UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

In the Matter of the Search of

Mar-a-Lago
1100 S. Ocean Blvd.
Palm Beach, FL 33480

_____/

**ORDER**

THIS CAUSE is before the Court upon Movant Donald J. Trump's Motion For Judicial Oversight And Additional Relief. The Court having reviewed the Motion and any opposition thereto, and being otherwise fully advised, it is hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that:

(a) A Special Master shall be appointed in this matter to review all materials seized pursuant to the Search Warrant signed on August 5, 2022, for execution at the premises listed above;

(b) The Government is enjoined from further review of those materials until such time as a Special Master is appointed;

(c) The Government shall provide Movant with a sufficiently detailed Receipt for Property, stating with specificity each item seized pursuant to the Search Warrant, and where that item was located at the time of seizure; and

(d) The Government shall promptly return any item seized that was not within the scope of the Search Warrant.

**DONE AND ORDERED** in Chambers at _____, Florida, this _____ day of _____, 2022.

_____
United States District Judge

Copies furnished to: All Counsel of Record