**FORM A**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-81294-AMC

In the Matter of the Search of

Mar-a-Lago
1100 S. Ocean Blvd.
Palm Beach, FL 33480

_____/

### NOTICE OF CONVENTIONAL FILING

Please take notice that the foregoing Motion For Judicial Oversight And Additional Relief is being filed conventionally because a technical issue with access to the Court's CM/ECF system precluded electronic filing today, and the CM/ECF Help Desk advised undersigned counsel to file conventionally.

Dated: August 22, 2022                    Respectfully submitted,

                                          /s/ Lindsey Halligan
                                          Lindsey Halligan
                                          Florida Bar No. 109481
                                          511 SE 5th Avenue
                                          Fort Lauderdale, FL 33301
                                          Email: lindseyhalligan0@gmail.com


                                          /s/ James M. Trusty
                                          James M. Trusty
                                          Ifrah Law PLLC
                                          1717 Pennsylvania Ave. N.W. Suite 650
                                          Washington, DC 20006
                                          Telephone: (202)524-4176
                                          Email: jtrusty@ifrahlaw.com
                                          (*pro hac vice filed contemporaneously*)

/s/ M. Evan Corcoran
M. Evan Corcoran
SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC
400 East Pratt Street – Suite 900
Baltimore, MD 21202
Telephone: (410) 385-2225
Email: ecorcoran@silvermanthompson.com
(*pro hac vice filed contemporaneously*)