Generated: Aug 22, 2022 4:54PM

Page 1/1



# U.S. District Court

## Florida Southern - Fort Lauderdale

Receipt Date: Aug 22, 2022 4:54PM

Lindsey Halligan

Rcpt. No: 15943     Trans. Date: Aug 22, 2022 4:54PM     Cashier ID: #LS

| CD  | Purpose                      | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|------------------------------|----------------------|-----|--------|--------|
| 200 | Civil Filing Fee- Non-Prisoner |                    | 1   | 402.00 | 402.00 |
| 111 | Pro Hac Vice                 | DFLS922CV081294      | 2   | 200.00 | 400.00 |

| CD  | Tender      | Amt     |
|-----|-------------|---------|
| CC  | Credit Card | $802.00 |

Total Due: $802.00
Total Tendered: $802.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments**: 22-CIV-81294-Cannon/Reinhart Attorneys: M. Evan Corcoran James M. Trusty

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.