**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.**

In the Matter of the Search of

Mar-a-Lago
1100 S. Ocean Blvd.
Palm Beach, FL 33480
_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for

James M. Trusty, Consent to Designation, and Request to Electronically Receive Notices of

Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer

Review, and Discipline of Attorneys in the United States District Court for the Southern District

of Florida and Section 2B of the CM/ECF Administrative Procedures.   This Court having

considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.   James M. Trusty may appear and participate in this action on

behalf of Movant Donald J. Trump. The Clerk shall provide electronic notification of all electronic

filings to James M. Trusty, at jtrusty@ifrahlaw.com.

DONE AND ORDERED in Chambers at _____, Florida, this

_____ day of _____, 2022.

_____
United States District Judge

Copies furnished to: All Counsel of Record