**FORM A**

FILED BY _NA_ D.C.
AUG 23 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT
S. D. OF FLA. - FT. LAUD.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 22-cv-81294-AMC**

In the Matter of the Search of

Mar-a-Lago
1100 S. Ocean Blvd.
Palm Beach, FL 33480

_____/

## NOTICE OF CONVENTIONAL FILING

Please take notice that the foregoing Motion to Appear *Pro Hac Vice* for James M. Trusty, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion") is being filed conventionally because a technical issue with access to the Court's CM/ECF system precluded electronic filing today, and the CM/ECF Help Desk advised undersigned counsel to file conventionally.

Dated: August 23, 2022

Respectfully submitted,

/s/ Lindsey Halligan
Lindsey Halligan
Florida Bar No. 109481
511 SE 5th Avenue
Fort Lauderdale, FL 33301
Email: lindseyhalligan@outlook.com

/s/ James M. Trusty
James M. Trusty
Ifrah Law PLLC
1717 Pennsylvania Ave. N.W. Suite 650
Washington, DC 20006
Telephone: (202)524-4176
Email: jtrusty@ifrahlaw.com
(*pro hac vice filed contemporaneously*)

/s/ M. Evan Corcoran
M. Evan Corcoran
SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC
400 East Pratt Street – Suite 900
Baltimore, MD 21202
Telephone: (410) 385-2225
Email: ecorcoran@silvermanthompson.com
(*pro hac vice filed contemporaneously*)