FILED BY_\_\_\_\_D.C.

AUG 23 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-81294-AMC

In the Matter of the Search of

Mar-a-Lago
1100 S. Ocean Blvd.
Palm Beach, FL 33480

_____/

MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission pro hac vice of M. Evan Corcoran of the law firm of Silverman, Thompson, Slutkin, & White, LLC, 400 East Pratt Street, Suite 900, Baltimore, Maryland 21230, 410-385-2225, for purposes of appearance as co-counsel on behalf of Movant Donald J. Trump in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit M. Evan Corcoran to receive electronic filings in this case, and in support thereof states as follows:

1. M. Evan Corcoran is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bar of the District of Columbia, the United States District Court for the District of Maryland, the United States District Court for the District of Columbia, and the United States District Court for the Eastern District of Virginia.

2. Movant, Lindsey Halligan, Esquire, 511 SE 5th Avenue, Fort Lauderdale, Florida 33301, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing

system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, M. Evan Corcoran has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. M. Evan Corcoran, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to M. Evan Corcoran at the following email address: ecorcoran@silvermanthompson.com.

WHEREFORE, Movant, Lindsey Halligan, moves this Court to enter an Order admitting M. Evan Corcoran, to appear before this Court on behalf of Movant Donald J. Trump, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to M. Evan Corcoran.

Date: August 23, 2022                    Respectfully submitted,

                                                                    /s/ Lindsey Halligan
                                                                    Lindsey Halligan
                                                                    Florida Bar No. 109481
                                                                    511 SE 5th Avenue
                                                                    Fort Lauderdale, FL 33301
                                                                    Email: lindseyhalligan@outlook.com

                                                                    *Counsel for Donald J. Trump*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.**

In the Matter of the Search of

Mar-a-Lago
1100 S. Ocean Blvd.
Palm Beach, FL 33480

_____/

**CERTIFICATION OF M. EVAN CORCORAN**

M. Evan Corcoran, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Bar of the District of Columbia, the United States District Court for the District of Maryland, the United States District Court for the District of Columbia, and the United States District Court for the Eastern District of Virginia; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

/s/ M. Evan Corcoran
M. Evan Corcoran