**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-cv-81294 AMC**

**Donald J. Trump,**
      Plaintiff

vs.

**United States of America,**
      Defendant.

_____/

<u>**NOTICE OF CHANGE OF ADDRESS**</u>

Attorney Lindsey Halligan files this Notice of Change of Address in the above-captioned case.  All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

Address:      Attn: Lindsey Halligan
                    511 SE 5th Avenue
                    Fort Lauderdale, Florida 33301
                    lindseyhalligan@outlook.com

<u>**Certificate of Service**</u>

I hereby certify that a true and correct copy of the Notice of Change of Address was furnished via electronic filing to all counsel of record.

Dated: August 25, 2022              Respectfully submitted,

                                <u>/s/ Lindsey Halligan</u>
                                Lindsey Halligan
                                Florida Bar No. 109481
                                511 SE 5th Avenue
                                Fort Lauderdale, FL 33301
                                Email: lindseyhalligan@outlook.com

                                *Counsel for Donald J. Trump*