AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| Donald J. Trump | ) |
|---|---|
| *Plaintiff/Petitioner* | ) |
| v. | ) Civil Action No. 9:22-cv-81294-AMC |
| USA | ) |
| *Defendant/Respondent* | ) |

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
N/A

My gross pay or wages are: $ _____, and my take-home pay or wages are: $ _____ per
*(specify pay period)* _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☒ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☒ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☒ No |
| (e) Gifts, or inheritances | ☒ Yes | ☐ No |
| (f) Any other sources | ☐ Yes | ☒ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

$19,000 in check; this was to pay off credit card debt to attend family event; $11,000+ in debt still; do not expect anything.



FILED BY _____ D.C.

AUG 26 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

    4. Amount of money that I have in cash or in a checking or savings account: $ _____ 4,000.00 .

    5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

N/A

    6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

$80 cell phone bill; $1,500 minimun payment; $1,500 food expenses; cloths expenses.

    7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

N/A

    8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

I am taking loans and cash advances.

$0. But, I have about $4,500 in cash advance which is a part of my debt.

IFP was recently granted in Patel v. US, No. 1:22-cv-734-LAS (C.F.C. 202_)

    *Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____8/25/2022_____            _____/s/ Raj K. Patel_____
                                                                                *Applicant's signature*

                                                                                      _____Raj K. Patel_____
                                                                                        *Printed name*

[ Print ]      [ Save As... ]      [ Add Attachment ]      [ Reset ]




**PRIORITY MAIL EXPRESS 1-DAY™**

US POSTAGE & FEES PAID
PRIORITY MAIL EXPRESS
ZONE 5 FLAT-RATE ENVELOPE
ComPlsPrice

062S0009657730
18427848
FROM 46219

stamps
endicia
08/25/2022

Raj Patel
6850 E 21ST ST
INDIANAPOLIS IN 46219-1728

0007
((31) 7) -450- x6651

SIGNATURE REQUIRED

SHIP TO:
Clerk of Court
P.G.R. Fed. Bldg. & U.S. Courthouse
701 Clematis St Rm 202
West Palm Beach FL 33401-5113

**USPS SIGNATURE TRACKING #**

9481 7111 0803 3423 0722 31

T.E. Intervention






This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.