IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DONALD J. TRUMP,<br><br>　　　　　　　　　　*Plaintiff*<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　*Defendant* | No. 9:22-cv-81294-AMC<br><br>Dated: August 25, 2022<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

I, T.E., T.E Raj K. Patel, the plaintiff (*pro se*), will represent myself, and I hereby enter my appearance with the Court:

1. My street and mailing address are the same:

    6850 East 21st Street
    Indianapolis, IN 46219

2. I am able to and willing to appear either in person or over computer or mobile device.

3. I am initiating an intervention.

4. I will accept service by e-mail at either rajp2010@gmail.com or raj@rajpatel.live.

5. I will accept notices by ECF notification.

6. If I decide to be represented by an attorney in the future, either my attorney or I will notify the Court of the change IMMEDIATELY.

Respectfully submitted,

/s/ Raj K. Patel
T.E., T.E. Raj K. Patel (*pro se*)



FILED BY _____ D.C.

AUG 26 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

- 2 -

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Raj K. Patel's (Pro Se) Notice of Appearance on 08/25/2022 to below individuals via the e-mail, consistent with the Local Rules:

**James M. Trusty**
IFRAH, PLLC
1717 Pennsylvania Avenue, NW, Suite 650
Washington, DC 20006
202-852-5669
Email: jtrusty@ifrahlaw.com

**Lindsey Halligan**
511 SE 5th Avenue
Fort Lauderdale, Florida 33301
lindseyhalligan@outlook.com
720-435-2870
Email: lindseyhalligan@ymail.com

**M. Evan Corcoran**
Silverman, Thompson, Slutkin, & White, LLC
400 East Pratt Street, Suite 900
Baltimore, MD 21230
410-385-2225
Email: ecorcoran@silvermanthompson.com


Dated: August 25, 2022


Respectfully submitted,


/s/ Raj Patel
T.E., T.E. Raj K. Patel (*Pro Se*)
6850 East 21st Street
Indianapolis, IN 46219
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

3