IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DONALD J. TRUMP,<br><br>*Plaintiff*<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Defendant* | No. 9:22-cv-81294-AMC<br><br>Dated: August 25, 2022<br><br>JURY TRIAL DEMANDED |

**MOTION TO E-FILE**

I, T.E., T.E Raj K. Patel, the plaintiff (*pro se*), respectfully move this Court to allow me to file electronically via PACER. I have been granted IFP is the United States Courts of Appeals. I have been granted IFP in the United States trial courts, both the district courts and the Court of Federal Claims. I have been allowed to file electronically in the United States Court of Appeals for the Federal Circuit via PACER. I have been able to file electronically via a court-assigned e-mail address in every other federal district court. I am also filing IFP and will save me the cost of mailing and production to prevent prejudice and allow for litigation to happen without mental stress about my economics. The judicial economy might even benefit from reduced time for filing.

For all these reasons, I move that the Court allow me to file electronically.

Respectfully submitted,

/s/ Raj K. Patel
T.E., T.E. Raj K. Patel (*pro se*)
6850 East 21st Street
Indianapolis, IN 46219

Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live



## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Raj K. Patel's (Pro Se) Notice of Appearance on 08/24/2022 to below individuals via the e-mail, consistent with the Local Rules:

**James M. Trusty**
IFRAH, PLLC
1717 Pennsylvania Avenue, NW, Suite 650
Washington, DC 20006
202-852-5669
Email: jtrusty@ifrahlaw.com

**Lindsey Halligan**
511 SE 5th Avenue
Fort Lauderdale, Florida 33301
lindseyhalligan@outlook.com
720-435-2870
Email: lindseyhalligan@ymail.com

**M. Evan Corcoran**
Silverman, Thompson, Slutkin, & White, LLC
400 East Pratt Street, Suite 900
Baltimore, MD 21230
410-385-2225
Email: ecorcoran@silvermanthompson.com


Dated: August 25, 2022


Respectfully submitted,


/s/ Raj Patel
T.E., T.E. Raj K. Patel (*Pro Se*)
6850 East 21st Street
Indianapolis, IN 46219
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live