AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Donald J. Trump | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 22-cv-81294-AMC |
| United States of America | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States of America
c/o U.S. Attorney's Office for the Southern District of Florida
99 NE 4th Street, Third Floor
Miami, FL 33132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lindsey Halligan (Bar No. 109481),
    511 SE 5th Avenue, Fort Lauderdale, FL 33301
James M. Trusty (Pro Hac Vice), Ifrah Law PLLC,
    1717 Pennsylvania Ave. N.W., Suite 650, Washington, DC  20006
M. Evan Corcoran (Pro Hac Vice), SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC,
    400 East Pratt Street, Suite 900, Baltimore, MD 21202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 08/26/2022

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ J. Adams
Deputy Clerk
U.S. District Courts