**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

CASE NO. 22-81294-CIV-CANNON

**DONALD J. TRUMP**,

     Plaintiff,

v.

**UNITED STATES OF AMERICA**,

     Defendant.

_____/

**PRELIMINARY ORDER ON MOTION
FOR JUDICIAL OVERSIGHT AND ADDITIONAL RELIEF**

**THIS CAUSE** comes before the Court upon Plaintiff's Motion for Judicial Oversight and Additional Relief [ECF No. 1] and Supplemental Filing [ECF No. 28]. Upon review of Plaintiff's submissions and the exceptional circumstances presented, and subject to an opportunity to be heard as indicated below, it is **ORDERED AND ADJUDGED** as follows:

1. Pursuant to Rule 53(b)(1) of the Federal Rules of Civil Procedure and the Court's inherent authority, and without prejudice to the parties' objections, the Court hereby provides notice of its preliminary intent to appoint a special master in this case.

2. A hearing on the Motion is scheduled for **September 1, 2022, at 1:00 p.m**. The hearing shall be conducted at the Paul G. Rogers U.S. Courthouse, 701 Clematis Street, Courtroom 1, West Palm Beach Florida, Florida 33401.

3. The parties shall adhere to the following instructions:

    a. On or before **August 30, 2022**, Defendant shall publicly file a Response to the Motion and Supplement, including Plaintiff's request for the appointment of a special master.

    b. In addition to the Response, on or before **August 30, 2022**, Defendant shall file **under seal** the following materials:

        i. A more detailed Receipt for Property specifying all property seized pursuant to the search warrant executed on August 8, 2022.

        ii. A particularized notice indicating the status of Defendant's review of the seized property, including any filter review conducted by the privilege review team and any dissemination of materials beyond the privilege review team.

    c. Plaintiff shall file a Reply to Defendant's Response on or before **August 31, 2022, at 8:00 p.m.**

    d. In accordance with Rule 53, the parties are advised to include in their filings their respective and particularized positions on the duties and responsibilities of a prospective special master, along with any other considerations pertinent to the appointment of a special master in this case.

4. This Order should not be construed as a final determination on Plaintiff's Motion.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 27th day of August 2022.

                                              **AILEEN M. CANNON**
                                              **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record