## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 22-CV-81294-AMC

Plaintiff:
**DONALD J. TRUMP**

vs.

Defendant:
**UNITED STATES OF AMERICA**

For:
IFRAH LAW
1717 Pennsylvania Avenue, Nw
SUITE 650
WASHINGTON, DC 20006

Received by Statewide Process Service, Inc on the 29th day of August, 2022 at 10:43 am to be served on **UNITED STATES OF AMERICA C/O U.S. ATTORNEYS OFFICE FOR THE SOUTHERN DISTRICT OF FLORIDA, 99 NE 4TH STREET, THIRD FLOOR, MIAMI, FL 33132**.

I, HENRY PINTO, do hereby affirm that on the **29th day of August, 2022** at **1:15 pm, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **SUMMONS, CIVIL COVER SHEET, MOTION FOR JUDICIAL OVERSIGHT AND ADDITIONAL RELIEF, ORDER AND EXHIBITS** with the date and time of service along with my initials and server # endorsed thereon by me, to: **H. RON DAVIDSON** as **ASSISTANT US ATTORNEY** for **UNITED STATES OF AMERICA C/O U.S. ATTORNEYS OFFICE FOR THE SOUTHERN DISTRICT OF FLORIDA**, and informed said person of the contents therein, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing Affidavit of Service and that the facts stated in it are true to the best of my knowledge.

**HENRY PINTO**
PROCESS SERVER  CPS # 2351

**Statewide Process Service, Inc**
**5727 NW 7th Street**
**Suite 317**
**Miami, FL 33126**
**(786) 512-5440**

Our Job Serial Number: OCH-2022001489

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2h