UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81294-CIV-CANNON

DONALD J. TRUMP,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

_____/

## UNITED STATES' UNOPPOSED MOTION TO EXCEED PAGE LENGTH

In accordance with Southern District of Florida (SDFL) Local Rules, the United States seeks permission from the Court to file a response in excess of twenty pages to Plaintiff Donald J. Trump's ("Plaintiff") "Motion for Judicial Oversight and Additional Relief" (Docket Entry ("D.E.") 1) and Supplement (D.E. 28). SDFL Local Rule 7.1(c)(2) specifies that "[a]bsent prior permission of the Court, neither a motion and its incorporated memorandum of law nor the opposing memorandum of law shall exceed twenty (20) pages; a reply memorandum shall not exceed ten (10) pages." As grounds for its Motion, the government states the following:

1.  On August 22, 2022, Plaintiff filed a 21-page "Motion for Judicial Oversight and Additional Relief." D.E. 1. In his motion, Plaintiff requested, among other things, that the Court appoint a special master and that the government return to the Plaintiff certain property. *See id.* The following day, this Court ordered Plaintiff to file by August 26 a supplement to his motion addressing certain ambiguities in his filing. D.E. 10. On August

26, Plaintiff filed a 10-page supplement, D.E. 28.

    2.  On August 27, 2022, the Court entered a preliminary order on Plaintiff's motion and ordered the government to respond by August 30, D.E. 29.

    3.  The government seeks to file a response up to forty pages in length in order to adequately address the legal and factual issues raised by Plaintiff's Motion and Supplement and the Court's August 27 Order requiring a response from the government.

    4.  The government has conferred with counsel for the Plaintiff and counsel does not object to the granting of this Motion.

## Conclusion

This Court should grant the government's unopposed Motion.  A proposed Order is attached herein.

Respectfully submitted,

/s *Juan Antonio Gonzalez*
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY
Florida Bar No. 897388
99 NE 4th Street, 8th Floor
Miami, Fl 33132
Tel: 305-961-9001
Email: juan.antonio.gonzalez@usdoj.gov

**Certificate of Service**

I **HEREBY CERTIFY** that I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing.

/s *Juan Antonio Gonzalez*
Juan Antonio Gonzalez
United States Attorney
