UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81294-CIV-CANNON

DONALD J. TRUMP,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____/

### PROPOSED ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO EXCEED PAGE LENGTH

The United States of America, having applied to this Court for an Order granting permission to exceed twenty pages in its response to this Court's August 27 Order requiring the government to respond to Plaintiff's Motion and Supplement contained in Docket Entries 1 and 28, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the government shall have up to forty pages in its response to Plaintiff's motion and supplement filed respectively in D.E. 1 and 28.

**DONE AND ORDERED** in chambers at Fort Pierce, Florida, this ____ day of August, 2022.

                                                    _____
                                                  HON. AILEEN M. CANNON
                                                  UNITED STATES DISTRICT JUDGE

cc: counsel of record