UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 22-81294-CIV-CANNON

| | |
|---|---|
| DONALD J. TRUMP, | * |
| Plaintiff, | * |
| v. | * |
| UNITED STATES OF AMERICA, | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF POTENTIAL SPECIAL MASTER CANDIDATES**

On August 27, 2022, this Court "provide[d] notice of its preliminary intent to appoint a special master in this case." (Prelim. Order on Mot. Jud. Oversight & Add'l Relief, ECF No. 29, at 1 (filed Aug. 27, 2022).)

In accordance with the rules of this Court, the undersigned respectfully proffers the attached letter and assorted attachments to the Court, which was authored by an attorney who is not a member of this Court's bar. This letter informs the Court that four legal scholars who specialize, *inter alia*, in matters of Executive Privilege are available for appointment, should the Court make a final decision to appoint a special master in this case. Neither the author of this letter, the scholars themselves, nor the undersigned take any position on the question of whether the Court should appoint a special master; this letter is purely presented for informational purposes.

Date:   August 29, 2022

Respectfully submitted,

/s/ Andrew F. Knopf
Andrew F. Knopf, Esq.

FL Bar #658871
Paul Knopf Bigger
840 South Denning Drive
Suite 200
Winter Park, FL  32789
407-622-2111
Andrew@PKBLawFirm.com