**HEIDI KITROSSER**
Northwestern – Pritzker School of Law – 357 E. Chicago Avenue
Chicago, IL 60611; heidi.kitrosser@law.northwestern.edu

## ACADEMIC EXPERIENCE (while tenured or tenure-track)
**Northwestern University Pritzker School of Law,** Chicago, IL
William W. Gurley Memorial Professor of Law

Courses include Constitutional Law, First Amendment, Presidential Power and the Law, Government Secrecy seminar

(Previously held several visiting professorships at Northwestern)

**University of Minnesota Law School,** Minneapolis, MN
Fall 2006 – Summer 2022
Robins Kaplan Professor of Law (2018 – 2022); held several professorships at U. of Minnesota prior to Robins Kaplan professorship.

Courses included Constitutional Law I, Constitutional Law II (Fourteenth Amendment), First Amendment, Government Secrecy Seminar

**University of Illinois Law School**, Champaign, IL                Spring 2014
Visiting Professor.  Taught government secrecy seminar and First Amendment.

**Brooklyn Law School,** Brooklyn, NY                Fall 2003 – Spring 2006
Assistant Professor.  Taught constitutional law, administrative law and free speech seminar.


## AWARDS AND FELLOWSHIPS
John Simon Guggenheim Memorial Fellowship, 2017

2014 IIT Chicago-Kent College of Law / Roy C. Palmer Civil Liberties Prize for RECLAIMING ACCOUNTABILITY: TRANSPARENCY, EXECUTIVE POWER, AND THE U.S. CONSTITUTION


## BOOKS AND ARTICLES
RECLAIMING ACCOUNTABILITY: TRANSPARENCY, EXECUTIVE POWER, AND THE U.S. CONSTITUTION (University of Chicago Press) (2015)
>Designated a 2015 "Outstanding Academic Title" by CHOICE, a publication of the Association of College and Research Libraries of the American Library Association; also received CHOICE's top rating of "essential"

*Protecting Public Knowledge Producers*, Knight First Amendment Institute at Columbia University – chapter in forthcoming book and freestanding online publication in conjunction with symposium: *Lies, Free Speech, and the Law* (2022) (forthcoming)

Att. 1

*"A Government That Benefits from Expertise": Unitary Executive Theory and the Government's Knowledge Producers*, ___ Syr. L. Rev. ___ (2022) (forthcoming)

*A House Built on Sand: The Constitutional Infirmity of Espionage Act Prosecutions for Leaking to the Press* (with David Schulz), 19 First Am. L. Rev. 153 (2021)

*"Like Nobody Has Ever Seen Before": Precedent and Privilege in the Trump Era*, 95 Chicago – Kent L. Rev. 519 (2020)

*On Public Employees and Judicial Buck-Passing: The Respective Roles of Statutory and Constitutional Protections for Government Whistleblowers*, 94 Notre Dame L. Rev. 1699 (2019)

*Accountability in the Deep State*, 65 UCLA L. Rev. 1532 (2018)

*Public Employee Speech and Magarian's Dynamic Diversity*, 95 Wash. U. L. Rev. 1405 (2018)

*The Shadow of Executive Privilege*, 15 The Forum 547 (2017)

*Free Speech and National Security Bootstraps*, 86 Fordham Law Review 509 (2017)

*Free Speech, Higher Education, and the PC Narrative* 101 Minnesota Law Review 1987 (2017)

*Interpretive Modesty*, 104 Georgetown L.J. 459 (2016)

*The Special Value of Public Employee Speech*, 2015 Supreme Court Review 301 (2015)

*Leak Prosecutions and the First Amendment: New Developments and a Closer Look at the Feasibility of Protecting Leakers*, 56 Wm. & Mary L. Rev. 1221 (2015)

*Free Speech aboard the Leaky Ship of State: Calibrating First Amendment Protections for Leakers of Classified Information*, 6 J. Nat'l. Sec. L. & Pol'y 409 (2013)

*What if Daniel Ellsberg Hadn't Bothered?* 45 Ind. L. Rev. 89 (2011)

*Scientific Integrity: The Perils and Promise of White House Administration*, 79 Fordham L. Rev. 2395 (2011)

*Supremely Opaque? Accountability, Transparency, and Presidential Supremacy* 5 St. Thomas Jnl. L. & Pub. Pol'y 62 (2011)

*It Came From Beneath the Twilight Zone: Wiretapping and Article II Imperialism*, 88 Texas L. Rev. 1401 (2010)

*National Security and the Article II Shell Game*, 26 Const. Comm. 483 (2010)

*The Accountable Executive*, 93 U. MINN. L. REV. 1741 (2009)

*Accountability and Administrative Structure,* 45 WILLAMETTE L. REV. 607 (2009)

*Classified Information Leaks and Free Speech,* 2008 ILLINOIS L. REV. 881 (2008) [reprinted in *First Amendment Law Handbook*, 2008-09 (Thomson Reuters / West)]

*Congressional Oversight of National Security Activity: Improving Information Funnels*, 29 CARDOZO L.REV. 1049 (2008)

*"Macro-Transparency" as Structural Directive: A Look at the NSA Surveillance Controversies*, 91 MINN. L. REV. 1163 (2007)

*Secrecy and Separated Powers: Executive Privilege Revisited*, 92 IOWA L. REV. 489 (2007)

*Containing Unprotected Speech*, 57 FLA. L. REV.  843 (2005)

*Secrecy in the Immigration Courts and Beyond: Considering the Right to Know in the Administrative State*, 39 HARV. C.R. – C.L. L. REV. 95 (2004) [reprinted in 25 IMMIGR. AND NAT'LITY L. REV. (2004)]

*From Marshall McLuhan to Anthropomorphic Cows: Communicative Manner and the First Amendment*, 96 NW. U. L.R. 1339 (2002)

*Meaningful Consent: Toward a New Generation of Statutory Rape Laws*, 4 VA. J. SOC. POL'Y & L. 287 (1997)


**SHORT ESSAYS AND OPINION PIECES**
*On Peter Shane's Engaged Excellence*, 83 Ohio St. L.J. 199 (2022)

*The Espionage Act and Media Sources After 9/11,* American Constitution Society Blog, Sept. 10, 2021

*Media Leak Prosecutions and the Biden-Harris Administration: What Lies Ahead?*, 2021 U. Ill L. Rev. Online Biden 100 Days 2021

*Stephanie Wolkoff's Revelations Are Exactly What the First Amendment Should Protect*, The Atlantic (theatlantic.com), Oct. 16, 2020

*Trump's Political NDAs are an Abomination to the First Amendment*, slate.com, July 2, 2020

*Don't Forget the Cover-Up(s): On Trump's Abuse of the Executive's Secret-Keeping Powers*, American Constitution Society Blog, September 30, 2019

*Opinion Analysis: With Facts Like These*, SCOTUSBLOG.COM, June 19, 2018

*Argument Analysis: Justices Weigh Threats to Free Speech Against Constraints on Local Policing,* SCOTUSBLOG.COM, Feb. 28, 2018

*Argument Preview: Justices to Consider Whether Probable Cause Defeats Claims of Retaliatory Arrest for First-Amendment-protected Expression*, SCOTUSBLOG.COM, Feb. 21, 2018

*Trust Me and Transparency Do Not Mix*, 2017 ILLINOIS L. REV. ONLINE (online symposium about the first 100 days of the Trump administration), April 2017

*Is Speech From the Campaign Trail Relevant to Religious Discrimination Claims?*, American Constitution Society Blog, March 20, 2017

*Leaks, Leakers, and a Free Press*, HARV. L. & POL'Y REV. BLOG: NOTICE AND COMMENT, March 9, 2017

*Accountability and Presidential Administration*, ADMINISTRATIVE AND REGULATORY LAW NEWS (published by ABA Section of Administrative Law & Regulatory Practice) (spring 2015)

"Book Talk" about RECLAIMING ACCOUNTABILITY: TRANSPARENCY, EXECUTIVE POWER, AND THE U.S. CONSTITUTION on American Constitution Society Blog, January 14, 2015


## BOOK REVIEWS
*Stopping the Presses: National Security Meets Freedom of Speech* (reviewing *National Security, Leaks & Freedom of the Press: The Pentagon Papers Fifty Years On, edited by Lee C. Bollinger and Geoffrey F. Stone*), 106 Judicature 6 (spring 2022)

*No FOIA Is An Island*, post for online symposium on *Saving the Freedom of Information Act* by Margaret Kwoka, Yale Journal on Regulation, "Notice and Comment" blog, Feb. 2, 2022

*Secret Law and the Snowden Revelations: A Response to* THE FUTURE OF FOREIGN INTELLIGENCE: PRIVACY AND SURVEILLANCE IN A DIGITAL AGE, *by Laura K. Donohue*, 51 NEW ENGLAND L. REV. 5 (2017)

*Review of* SECRECY IN THE SUNSHINE ERA: THE PROMISE AND FAILURES OF U.S. OPEN GOVERNMENT LAW *by Jason Ross Arnold*, 131 POL. SCI. Q. 876 (2016 - 2017)

*Review of Whistleblowers, Leaks, and the Media: The First Amendment and National Security, edited by Paul Rosenzweig, Timothy J. McNulty, & Ellen Shearer*, 6 INTERNATIONAL DIALOGUE 142 (2016)


## SELECTED ACADEMIC SYMPOSIA AND PRESENTATIONS (SINCE 2011)

Presenter, *Protecting Public Knowledge Producers*, annual Freedom of Expression Scholars Conference at Yale Law School, May 1, 2022

Discussant, annual Freedom of Expression Scholars Conference at Yale Law School, May 1, 2022; April 30, 2021; October 25, 2020; April 28, 2018; April 29, 2017; May 1, 2016; May 2, 2015; & May 5, 2013

Presenter, *Protecting Public Knowledge Producers*, Knight First Amendment Institute at Columbia University – Symposium on Lies, Free Speech, and the Law, April 8, 2022

Presenter, Talk on Private Speech Restrictions and Free Speech Theory, Arizona State University symposium on Non-Governmental Restrictions on Free Speech, March 19, 2022

Panelist, National Security Whistleblowing and the Public Interest, (co-organized by participants from the University of East Anglia, Whistleblowing International Network, and Government Accountability Project), November 16, 2021

Panelist, Syracuse Law Review Symposium on Executive Authoritarianism: A Celebration of Professor David Dreisen's *The Specter of Dictatorship*, November 12, 2021

Panelist, Yale Law School Media Freedom and Information Access Clinic's annual Access and Accountability Conference, Friday, October 1st, 2021; Friday, October 23rd, 2020; October 5, 2019; October 13, 2018; October 28, 2017

Panelist, Yale Law School -- Abrams Institute Conversations: *Fifty Years After the Pentagon Papers: Its Impact and Its Future* (conversation with Floyd Abrams, David Rudenstine & Alan Rusbridger), June 15, 2021

Panelist, "Author Meets Reader" Panel on Thomas Crocker's book, *Overcoming Necessity*, Law & Society Association Annual Meeting, May 29, 2021.

Presenter, *A House Built on Sand: The Constitutional Infirmity of Espionage Act Prosecutions for Leaking to the Press*, University of Kentucky Faculty Workshop, Apr. 6, 2021

Co-presenter (with David Schulz), *A House Built on Sand: The Constitutional Infirmity of Espionage Act Prosecutions for Leaking to the Press*, annual Freedom of Expression Scholars Conference at Yale Law School, April 30, 2021; First Amendment Law Review Symposium, January 22, 2021

Presenter, chapter from work-in-progress on U.S. government whistleblowers. Workshop on executive power hosted by Floersheimer Center for Constitutional Democracy, Cardozo School of Law, Nov. 8, 2019

Presenter, chapter from work-in-progress on U.S. government whistleblowers. Colloquium hosted by Professor Margaret Kwoka (Governance Workshop: Transparency and Privacy), University of Denver Sturm College of Law, October 21, 2019

Panelist, roundtable on EU and U.S. protections for whistleblowers entitled "Empowering Public Voices," Maastricht University (Brussels campus), September 20, 2019

Lecturer on "Committing Truth in the Deep State" on occasion of my receiving the Robins Kaplan Professor of Law chair at University of Minnesota Law School, March 6, 2019

Panelist, conference sponsored by NYU's London program, entitled "Exposing Secrets: The Past, Present, and Future of U.S. National Security Whistleblowing and Government Secrecy," January 17-18, 2019

Keynote speaker at the University of Illinois 2018 Cline Symposium (annual event of the Cline Center for Advanced Social Research, 2018 theme was "Democracy, the Separation of Powers, and the Future of American Constitutionalism"), November 29, 2018

Presenter, *On Public Employees and Judicial Buck-Passing: The Respective Roles of Statutory and Constitutional Protections for Government Whistleblowers*: Notre Dame Law Review symposium, November 2, 2018

Presenter, early outline of book-in-progress at faculty workshops: Ohio State University Moritz College of Law, April 18, 2018; University of Georgia School of Law, March 7, 2018; UC Hastings College of the Law, November 7, 2017

Moderator, Wayne Law Review Symposium on "Congressional Oversight in the 21st Century," Mar. 23, 2018

Panelist, Denver Law Review symposium entitled "Uproar: The Intersection of Animals and the Law," February 9, 2018

Presenter, *Accountability in the Deep State*, UCLA Law Review Symposium on "The Safeguards of our Constitutional Republic," Feb. 2, 2018

Presenter, *Public Employee Speech and Magarian's Dynamic Diversity*, Washington University Law Review symposium on "The Roberts Court's First Amendment," January 19, 2018

Panelist on two sessions of American Association of Law Schools 2018 Annual Meeting: National Security Law Section panel (January 5, 2018); Internet and Computer Law Section panel (January 6, 2018)

Presenter, early outline of book-in-progress at faculty workshop, UC Hastings College of the Law, November 7, 2017

Panelist, Vermont Law Review symposium on "Media Law and Journalism: Protecting Democracy's Safeguards," September 15, 2017

Presenter, *Free Speech, Higher Education, and the PC Narrative*: annual Freedom of Expression Scholars Conference at Yale Law School, April 29, 2017; University of Minnesota Law Review symposium, October 21, 2016

Presenter, *Free Speech and National Security Bootstraps,* Fordham Law Review symposium, April 7, 2017

Panelist, Presidential Power and Polarized Politics, Harvard Law School, April 1, 2016

Presenter, *The Special Value of Public Employee Speech*: First Amendment Law Review symposium, University of North Carolina Law School, October 30, 2015; Freedom of Expression Scholars Conference at Yale Law School, May 2, 2015

Discussant, 23rd Annual Ira C. Rothberger Conference, University of Colorado Law School, Boulder, CO, October 15, 2015

Presenter, RECLAIMING ACCOUNTABILITY: TRANSPARENCY, EXECUTIVE POWER, AND THE U.S. CONSTITUTION (University of Chicago Press 2015): Palmer Prize Lecture, Chicago-Kent College of Law (November 21, 2014); Case Western Reserve Law Review symposium (November 14, 2014); faculty workshop, DePaul University College of Law (Mar. 20, 2014); faculty workshop, University of Illinois Law School (Feb. 13, 2014); faculty workshop, Northwestern University School of Law (October 18, 2012); legal history workshop, University of Minnesota (September 28, 2012); public law workshop, University of Minnesota (March 26, 2012); legal history workshop, University of Minnesota (October 7, 2011); annual Law & Society Conference (May 30, 2010); faculty symposium, University of Texas Law School (April 10, 2010)

Panelist, Freedom of Speech and National Security: Dialogue on Free Speech series, University of Texas, September 30, 2014

Presenter, *Leak Prosecutions and the First Amendment: New Developments and a Closer Look at the Feasibility of Protecting Leakers*: William and Mary Law Review symposium, February 21, 2014

Presenter, *Interpretive Modesty*: Georgetown Law School advanced constitutional law colloquium, September 16, 2013

Discussant, conference on Professor Mariah Zeisberg's book, WAR POWERS, Georgetown University Law School, Washington, D.C., September 13 – 14, 2013

Presenter, *Free Speech Aboard the Leaky Ship of State: Calibrating First Amendment Protections for Leakers of Classified Information*: Yale Law School Information Society Project (October 24, 2012); Northwestern University School of Law faculty scholarship day (August 28, 2012); panel co-sponsored by Association of American Law Schools (AALS) media law and national security law sections, AALS annual meeting, January 7, 2012

Presenter, several works on secrecy and presidential power at conference, "From the Pentagon Papers to Wikileaks," University of Heidelberg (Germany), American Studies Center, May 11, 2012

Moderator, panel on *Citizens United* for Minnesota Law Review symposium, October 21, 2011

Presenter, *What if Daniel Ellsberg Hadn't Bothered?* Indiana Law Review symposium, Apr. 1, 2011

Discussant, panel regarding executive power in the wake of 9/11, Wayne Law Review symposium, Wayne State University Law School, Detroit, MI, February 4, 2011

## SELECTED PUBLIC EDUCATION AND CAMPUS TALKS (SINCE 2011)

Speaker on then-pending Supreme Court opinion in Dobbs v. Jackson Women's Health Organization, Kellogg School of Management at Northwestern University, May 23, 2022,

Panelist on discussion regarding pending Supreme Court case, West Virginia v. EPA, American Constitution Society Northwestern – Pritzker School of Law student chapter, March 1, 2022

Speaker at meeting of the American Association of University Women, Minneapolis Branch, on topic of "Protecting and Punishing Whistleblowers," April 12, 2021

Moderator for discussion with Professor Jack Goldsmith, Federalist Society Northwestern – Pritzker School of Law student chapter, April 1, 2021

Panelist on topic of voter suppression, American Constitution Society Northwestern – Pritzker School of Law student chapter, March 23, 2021

Guest lecturer for Media Law & Government Transparency Practicum at Northwestern University – Pritzker School of Law, lectured on topic of National Security Leaks to the Media and the Reporter's Privilege, March 19, 2021

Speaker at Minnesota Senior College program on recent Supreme Court cases on free speech, Mar. 16, 2021

Panelist at University of Minnesota diversity discussion series event on free speech and equality on campus, September 23, 2020

Speaker at Minnesota Senior College program on the law of leaking and whistleblowing, September 17, 2020

Speaker at Northwestern Osher Lifelong Learning program on the law of leaking and whistleblowing, September 16, 2020

Panelist at event on impeachment, co-sponsored by Penn State American Constitution Society and Penn State Federalist Society, Penn State Law School, January 16th, 2020

Panelist at conference for 10th anniversary of the Government Accountability Project's Food Integrity Campaign (panel on government food inspector whistleblowers), November 15, 2019

Speaker at event on the "Mueller Report" and public and congressional access to the same sponsored by the American Constitution Society, University of Minnesota students' chapter, April 16, 2019

Speaker at event on emergency declarations and the U.S. presidency sponsored by the American Constitution Society, University of Minnesota students' chapter, March 12, 2019

Speaker at event on judicial nominations and the U.S. Supreme Court sponsored by the American Constitution Society, Minneapolis – St. Paul Lawyers' Chapter, November 13, 2018

Panelist at symposium on Free Speech and Campus Violence and Disruption co-sponsored  by the Academic Engagement Network and Northwestern University -- Pritzker School of Law, January 25, 2018

Speaker at event on hate speech and hate crimes on college campuses sponsored by several student groups, University of Minnesota Law School, March 29, 2017

Panelist at event sponsored by several student groups: "Can Trump's Policies Pass Constitutional Muster?," University of Minnesota Law School, February 13, 2017

Panelist at public education event on First Amendment rights sponsored by We the People Minnesota, January 29, 2017

Panelist at student-organized discussion on campus hate speech, University of Minnesota Law School, November 14, 2016

Panelist, University of Minnesota "Critical Conversation" on tensions between free speech and religion on college campuses, November 20, 2015

Conducted 8-hour CLE program on topic of government secrecy as part of University of Minnesota's summer CLE program, Minneapolis, MN, June 4, 2015

Panelist, "Supreme Court Roundup" Panel, National Conference of State Legislatures Annual Legislative Summit, Minneapolis, MN, August 20, 2014

Spoke to student chapter of American Constitution Society about progressive constitutionalism, University of Minnesota Law School, Minneapolis, MN, September 19, 2013

Spoke to student chapter of American Constitution Society about government secrecy, Northwestern University Law School, Chicago, IL, October 29, 2012

Moderated discussion on constitutional challenges to the Affordable Care Act for Minnesota State Bar Association, health law section, St. Paul, MN, March 23, 2012

Panelist, *Executive Orders: Executive Necessity or Executive Overreach?*, sponsored by Federalist Society, student chapter of University of St. Thomas, Minneapolis, MN, January 25, 2012

Spoke on panel discussing legacy of *Near v. Minnesota* as part of series of first amendment events sponsored by U. of Minn. School of Journalism & Mass Communication, Minneapolis, MN, November 16, 2011

Spoke on panel regarding national security and free speech at ACLU Northwest Civil Liberties Conference, Portland, OR, October 28th, 2011

Spoke to Minneapolis chapter of American Association of University Women on presidential power and government secrecy, Minneapolis, MN, October 17th, 2011

Spoke to student chapter of American Constitution Society about progressive values and the U.S. Constitution, University of Minnesota Law School, Minneapolis, MN, September 22, 2011

Presented lecture to student chapter of Federal Bar Association on recent free speech cases in the U.S. Supreme Court, University of Minnesota Law School, Minneapolis, MN, September 20, 2011

Presented lecture on campaign finance law and the First Amendment as part of University of Minnesota "Constitution Day," Minneapolis, MN, September 16, 2011

Spoke to Milwaukee chapter of American Constitution Society on constitutionality of federal law mandating individual health insurance coverage, Milwaukee, WI, July 14, 2011


**TESTIMONY**
Submitted solicited written testimony to U.S. Senate Judiciary Committee, Subcommittee on the Constitution, for hearing on Restoring the Rule of Law, September 16, 2008

Testified before U.S. Senate Judiciary Committee, Subcommittee on the Constitution, in hearing on Secret Law and the Threat to Democratic and Accountable Government, April 30, 2008


**PRO-BONO AND OTHER NON-UNIVERSITY SERVICE WORK**
Member of steering committee for newly formed Free Expression Legal Network (FELN), a coalition of groups and individuals, including the Reporter's Committee for Freedom of the Press and the Yale Media Freedom and Information Access Clinic, devoted to increasing both pro bono and practical learning opportunities tied to press freedom and information access in law schools.

Organized effort for and co-authored amicus brief on behalf of a group of constitutional law, First Amendment law, and media law scholars for the sentencing phase of U.S. v. Hale (E.D. Va. July 2021) (urging court to consider speech and press freedom implications at sentencing of former intelligence analyst for leaking information to the media in violation of the Espionage Act)

Organized team for and co-authored amicus brief on behalf of a group of constitutional law, First Amendment law, and media law scholars for the sentencing phase of U.S. v. Albury (D. Minn. Oct. 2018) (urging court to consider speech and press freedom implications at sentencing of former FBI agent for leaking information to the media in violation of the Espionage Act)

Member of the Board of Advisors, Minneapolis – St. Paul Lawyer Chapter of the American Constitution Society (2017 – 2019)

Board member, Minnesota Coalition on Government Information (2015 – 2020)

Board member, Public Record Media, Minneapolis, MN (2015 – 2020)

Member of curriculum project faculty committee of Government Accountability Project in Washington, D.C. (committee develops university curricula on legal and other aspects of workplace whistleblowing) (2012 – 2015)

Consulted on equal protection and standing issues for the Battered Women's Justice Project of Minneapolis, MN, spring 2011

Co-authored (with Stephen Vladeck) amicus brief on behalf of Erwin Chemerinsky in Hepting v. AT&T (U.S. D.Ct., N.D. Cal.) March 2007 (addressing state secrets issue in case involving warrantless electronic surveillance)


**PEER REVIEW WORK**
Have provided solicited peer review assistance to Oxford University Press; Cambridge University Press; Columbia University Press; Journal of National Security Law and Policy; University of California Press; American Journal of Political Science, Ethics & International Affairs; Language Sciences; and Polity.  Regularly conduct peer review of articles as a member of *Constitutional Commentary* editorial board.


**LAW SCHOOL & UNIVERSITY COMMITTEE WORK (SINCE 2011)**
2019 – 2022: editor, *Constitutional Commentary* (no other committee assignments for this time period due to multi-year visit at Northwestern – Pritzker School of Law)

2018-19: editor, *Constitutional Commentary*; co-faculty advisor to UMN student branch of American Constitution Society; member, appointments committee; member, diversity committee; 1L faculty advisor; student note advisor

2017-18: editor, *Constitutional Commentary* (no other committee assignments for the year due to sabbatical)

2016-17: editor, *Constitutional Commentary*; co-faculty advisor to UMN student branch of American Constitution Society; member, admissions committee; chair, faculty recognition committee; 1L faculty advisor; student note advisor

2015-16: editor, *Constitutional Commentary*; co-faculty advisor to UMN student branch of American Constitution Society; member, admissions committee; member, faculty recognition committee; 1L faculty advisor; student note advisor; member, University committee on public engagement

2014-15: editor, *Constitutional Commentary*; co-faculty advisor to UMN student branch of American Constitution Society

2013-14: editor, *Constitutional Commentary*; co-faculty advisor to UMN student branch of American Constitution Society; member, clerkships committee; 1L faculty advisor; student note advisor

2012-13: editor, *Constitutional Commentary*; co-faculty advisor to UMN student branch of American Constitution Society

2011-12: editor, *Constitutional Commentary*; faculty advisor to UMN student branch of American Constitution Society; member, clerkships committee; 1L faculty advisor; student note advisor

## EDUCATION
**YALE LAW SCHOOL**, New Haven, CT                              J.D., May 1996
**Honors:** Harlan Fiske Stone Prize for Best Oral Argument, Morris Tyler Moot Court of Appeals Competition.
**Activities:** Coker Teaching Fellow (teaching assistant for Professor Robert Gordon's contracts course); *Yale Journal of Law and Feminism*, editor

**UCLA,** Los Angeles, CA                              B.A., December 1992
**Honors:** Phi Beta Kappa; *summa cum laude*

## PRE-TENURE-TRACK ACADEMIC EXPERIENCE
**Northwestern University School of Law**, Chicago, IL                  Fall 2002 - Spring 2003
Visiting Assistant Professor.  Taught courses on First Amendment and civil procedure.

**Santa Clara University School of Law**, Santa Clara, CA                  Spring 2002
Visiting Assistant Professor.  Taught courses on constitutional law and administrative law.

**University of Oregon School of Law**, Eugene, OR                              Fall 2001
Visiting Assistant Professor.  Taught courses on administrative law and telecommunications law.

## NON-ACADEMIC WORK EXPERIENCE (since law school)

**Law and Policy Consulting**, San Francisco Bay Area, CA                    Fall 2000 – Spring 2001
Performed full time consulting work on law and policy matters.  Primary project undertaken in this time entailed researching and writing extensive comments and reply comments to the FCC, on behalf of the non-profit organization Children Now.  The comments concerned the importation of broadcasters' educational and informational programming requirements into the era of digital television, and raised significant issues of telecommunications law and policy and of First Amendment law.

**U.S. Court of Appeals, D.C. Circuit**, Washington, D.C.                    Summer 1999 - Summer 2000
Law Clerk to Judge Judith Rogers.  Assisted Judge Rogers on a wide variety of civil and criminal matters.

**Jenner & Block,** Washington, D.C.                              Fall 1997 - Spring 1999
Law firm associate.  Wrote numerous federal court briefs concerning telecommunications company's rights under 1996 Telecommunications Act; prepared lengthy First Amendment analysis for client; drafted significant portions of petition for review, merits and reply briefs in appeal of habeas corpus decision in death penalty case.  Also participated extensively in public housing discrimination class action on behalf of pro bono plaintiffs, including drafting class settlement notice, participating in all settlement negotiations, drafting summary judgment motions, defending depositions, and communicating with named plaintiffs.

**U.S. District Court, Central District of California,** Los Angeles, CA              Fall 1996 - Fall 1997
Law Clerk to Judge William Rea.  Assisted Judge Rea on a wide variety of civil and criminal matters.

## BAR ADMISSION
California (active)

**MARK J. ROZELL**
Founding Dean
Schar School of Policy and Government
Ruth D. and John T. Hazel Chair in Public Policy
George Mason University

## Faculty/Administrative Positions

George Mason University, 2004-present (Professor of Public Policy, 2004-2016; Hazel Chair 2016-present; Acting Dean 2013-2016; Dean, 2016-present).

Ordinary Professor of Politics, The Catholic University of America, 1999-2004 (Department Chair, 2002-2004; director of off-campus graduate programs 1999-2002).

Associate Professor of Political Science, The American University, 1995-1998.

Associate Professor of Political Science (1991-1995), Assistant Professor (1986-1990), Mary Washington College.

## Publications

### Written and Co-Written Books (and updated editions):

African American Statewide Candidates in the New South. New York: Oxford University Press, 2022 (with C. Bullock, S. MacManus, and J. Mayer).

Executive Privilege: Presidential Power, Secrecy and Accountability (revised and updated third edition). Lawrence, KS: University Press of Kansas, 2020 (fourth edition).

The Unitary Executive: A Threat to Constitutional Government. Lawrence, KS: University Press of Kansas, 2020 (with M. Sollenberger and J. Crouch).

The South and the Transformation of U.S. Politics. New York: Oxford University Press, 2019 (with C. Bullock, S. MacManus, and J. Mayer).

Federalism: A Very Short Introduction. New York: Oxford University Press, 2019 (with Clyde Wilcox).

The President's Czars: Undermining Congress and the Constitution. Lawrence, KS: University Press of Kansas, 2012 (with Mitchel A. Sollenberger).

Interest Groups in American Campaigns: The New Face of Electioneering (revised and updated third edition). New York: Oxford University Press, 2012 (with Clyde Wilcox and Michael Franz). Revised and updated second edition (with Clyde Wilcox and David

Madland, 2006) and first edition (with Clyde Wilcox, 1999) published by Congressional Quarterly Press.

Power and Prudence: The Presidency of George H.W. Bush. College Station, TX: Texas A& M University Press, 2004 (with Ryan Barilleaux).

Second Coming: The New Christian Right in Virginia Politics. Baltimore: The Johns Hopkins University Press, 1996 (with Clyde Wilcox).

In Contempt of Congress: Postwar Press Coverage on Capitol Hill.  Westport, CT: Praeger, 1996.

The Press and the Bush Presidency.  Westport, CT:  Praeger, 1996.

Executive Privilege: The Dilemma of Secrecy and Democratic Accountability.  Baltimore: The Johns Hopkins University Press, 1994.

The Press and the Ford Presidency.  Ann Arbor: University of Michigan Press, 1992.

The Press and the Carter Presidency.  Boulder, CO: Westview Press, 1989.

**Edited Books:**

The New Dominion: The 20th Century Elections that Shaped Modern Virginia. Charlottesville, VA: University of Virginia Press, forthcoming (with John G. Milliken).

Catholics and U.S. Politics after the 2020 Elections. New York: Palgrave-MacMillan Press, 2022 (with Blandine Chelini-Pont and Marie Gayte).

The New Politics of the Old South: An Introduction to Southern Politics (revised and updated seventh edition). Lanham, MD: Rowman & Littlefield, 2022 (with Charles S. Bullock III) (sixth edition, 2018; fifth edition 2014; fourth edition 2010; third edition 2006, second edition 2002, first edition 1998).

The Oxford Encyclopedia of Politics and Religion. New York: Oxford University Press, 2020 (with Paul Djupe and Ted G. Jelen). (Three volumes, 1898 pages).

Catholics and U.S. Politics after the 2016 Elections: Understanding the "Swing Vote". New York: Palgrave-MacMillan Press, 2018 (with Blandine Chelini-Pont and Marie Gayte).

God at the Grass Roots, 2016: The Christian Right in American Elections. Lanham, MD: Rowman & Littlefield, 2018 (with Clyde Wilcox).

<u>Religion and the American Presidency</u> (revised and expanded third edition). New York: Palgrave-MacMillan Press, 2017 (with Gleaves Whitney) (second edition 2012; first edition 2008).

<u>Oxford Handbook of Southern Politics</u>. New York: Oxford University Press, 2012 (with Charles S. Bullock III).

<u>Fundamentalism, Politics and the Law</u>. New York: Palgrave-MacMillan Press, 2011 (with Marci Hamilton).

<u>Testing the Limits: George W. Bush and the Imperial Presidency</u>. Lanham, MD: Rowman & Littlefield, 2009 (with Gleaves Whitney).

<u>Media Power, Media Politics</u> (revised and updated second edition). Lanham. MD: Rowman & Littlefield, 2008 (with Jeremy D. Mayer).

<u>Catholics and Politics: The Dynamic Tension Between Faith and Power</u>. Washington, DC: Georgetown University Press, 2008 (with Michael Genovese and Kristen Heyer).

<u>Religion and the Bush Presidency</u>. New York: Palgrave-MacMillan Press, 2007, (with Gleaves Whitney).

<u>The Values Campaign?: The Christian Right and the 2004 Elections</u>. Washington, DC: Georgetown University Press, 2006 (with John C. Green and Clyde Wilcox).

<u>Considering the Bush Presidency</u>. New York: Oxford University Press, 2004 (with Gary L. Gregg).

<u>The Christian Right in American Politics: Marching to the Millenium</u>. Washington, D.C.: Georgetown University Press, 2003 (with John C. Green and Clyde Wilcox).

<u>Media Power, Media Politics</u>. Lanham, MD: Rowman & Littlefield, 2003.

<u>Contemporary Readings in American Government</u>. New York: Prentice-Hall, 2002 (with John Kenneth White).

<u>George Washington: Foundation of Presidential Leadership and Character</u>. Westport, CT: Praeger, 2001 (with Ethan Fishman and William D. Pederson).

<u>The Clinton Scandal and the Future of American Government</u>. Washington, DC: Georgetown University Press, 2000 (with Clyde Wilcox).

<u>Prayers in the Precincts: The Christian Right in the 1998 Elections</u>. Georgetown University Press, 2000 (with John C. Green and Clyde Wilcox).

George Washington and the Origins of the American Presidency. Westport, CT: Praeger, 2000 (with William D. Pederson and Frank Williams).

God at the Grass Roots, 1996: The Christian Right in American Elections.  Lanham, MD: Rowman & Littlefield, 1997, (with Clyde Wilcox).

FDR and the Modern Presidency: Leadership and Legacy.  Westport, CT: Praeger, 1997, (with William D. Pederson).

God at the Grass Roots: The Christian Right in the 1994 Elections.  Lanham, MD: Rowman & Littlefield, 1995 (with Clyde Wilcox).

American Conservative Opinion Leaders.  Boulder, Colo.: Westview Press, 1990 (with James F. Pontuso).

**Law Review Articles**

"Executive Privilege and the Bush Presidency", Journal of Law and Politics, Vol. 24, No. 1 (Winter 2008), pp. 1-48 (with Mitchel A. Sollenberger).

"Executive Privilege Revived: Secrecy and Conflict in the Bush Presidency", Duke Law Journal, Vol. 52, No. 2 (November 2002), pp. 403-421.

"New Interest Group Strategies: A Preview of Post McCain-Feingold Politics", Election Law Journal, Vo. 1, No. 4 (2002), pp. 541-556 (with Michael Malbin, Clyde Wilcox and Richard Skinner).

"Restoring Balance to the Debate Over Executive Privilege: Time to Move Beyond Berger", William and Mary Bill of Rights Journal, Vol. 8, No. 3 (April 2000), pp. 541-582.

"Executive Privilege and the Modern Presidents: In Nixon's Shadow", Minnesota Law Review, Vol. 83, No. 5 (May 1999), pp. 1069-1126.

**Refereed Articles (General Political/Social Science Journals):**

"The 2020 U.S. Elections: A Mixed Result for the Political Parties". Korean Journal of Policy Studies, Vol. 36, No. 1 (2021) pp. 58–66.

"Federalism in a Time of Plague: How Federal Systems Cope with Pandemic". American Review of Public Administration, Vol. 50, Nos. 6-7 (August 2020), pp. 519-525 (with Clyde Wilcox).

"African Americans and the Politics of the South", in The Forum (Spring 2016) (with Charles S. Bullock III).

"The Libertarian Right and the Religious Right", in Perspectives on Political Science, Vol. 44, No. 2 (2015), pp. 92-99 (with Charles Keckler).

"The Origins and Development of Executive Branch Czars", Journal of Policy History, Vol. 25, No. 2 (Winter 2013) (with Mitchel A. Sollenberger).

"Presidential Direct Action and Policy Continuity: The Case of U.S. International Population Policy", Social Science Quarterly, Vol. 90, No. 4, December 2009, pp. 949-959 (with Debasree Das Gupta).

"Executive Privilege and the Bush Legacy", American Review of Politics, Vol. 29 (Fall and Winter 2008-2009, pp. 215-234 (with Mitchel A. Sollenberger).

"The Bush Presidency: Transition to Crisis Leadership", Acta Politica: An International Journal of Political Science, Vol. 37 (Autumn 2002), pp. 243-261 (With Jeremy Mayer and Clyde Wilcox).

"Religious Constituencies and Support for the Christian Right in the 1990s," Social Science Quarterly, Vol. 79, No. 4 (December 1998), pp. 815-827 (with John C. Green and Clyde Wilcox).

"Second Coming: The Strategies of the New Christian Right," Political Science Quarterly, Vol. 111, No. 2 (Summer 1996), pp. 42-65 (with Clyde Wilcox).

"Religious Coalitions in the New Christian Right," Social Science Quarterly, Vol. 77, No. 3 (September 1996), pp. 543-558 (with Clyde Wilcox).

"The Limits of White House Image Control," Political Science Quarterly, Vol. 108, No. 3 (Fall 1993), pp. 453-480.

"Local v. National Press Assessments of Virginia's 1989 Gubernatorial Campaign," Polity, Vol. 24, No. 1 (Fall 1991), pp. 69-89.

"President Carter and the Press: Perspectives from White House Communications Advisers," Political Science Quarterly, Vol. 105, No. 3 (Fall 1990), pp. 419-434.

**Refereed Articles (Specialized Political/Social Science Journals):**

"The Unitary Executive Theory and Donald J. Trump", <u>Presidential Studies Quarterly</u>, Vol. 47. No. 3 (September 2017), pp. 561-573 (with Jeffry Crouch and Mitchel A. Sollenberger).

"White House Equities: The New Executive Privilege", <u>Presidential Studies Quarterly</u>, Vol. 45, No. 2 (June 2015), pp. 382-395 (with Daniel Z. Epstein).

President's Obama's Controversial Signing Statements", <u>Presidential Studies Quarterly</u>, Vol. 43, No. 4 (December 2013), pp. 883-899 (with Mitchel A. Sollenberger and Jeffrey Crouch).

"Obama's Executive Branch Czars: The Constitutional Controversy and a Legislative Solution", <u>Congress & the Presidency</u>, Vol. 39, No. 1 (January-April 2012), pp. 74-99 (with Mitchel A. Sollenberger).

"Prerogative Power and Executive Branch Czars: President Obama's Signing Statement," <u>Presidential Studies Quarterly</u>, Vol. 41, No. 4 (December 2011), pp. 819-833 (with Mitchel A. Sollenberger).

"Executive Privilege and the U.S. Attorneys Firings", <u>Presidential Studies Quarterly</u>, Vol. 39, No. 2 (June 2008), pp. 315-328 (with Mitchel A. Sollenberger).

"Social Movements and Party Politics: The Case of the Christian Right", <u>Journal for the Scientific Study of Religion</u>, Vol. 40, No.3 (September 2001), pp. 413-426 (with John C. Green and Clyde Wilcox).

"Uneasy Alliance: Catholics and the Christian Right", <u>Sociology of Religion</u>, Vol. 62, No. 1 (Spring 2001), pp. 51-64 (with Mary Bendyna, RSM, John C. Green, and Clyde Wilcox).

"Catholics and the Christian Right: A View from Four States", <u>Journal for the Scientific Study of Religion</u>, Vol. 39, No. 3 (September 2000), pp. 321-332 (with Mary Bendyna, RSM, John C. Green and Clyde Wilcox).

"Helping Women to Run and Win: Interest Groups, Candidate Training, and Recruitment", <u>Women & Politics</u>, Vol. 21, No. 3, (2000), pp. 101-116.

"When Women Lose: A Study of Press Coverage of two Gubernatorial Campaigns", <u>Women & Politics</u>, Vol. 20, No. 4 (1999), pp. 1-21 (with John David Rausch and Harry Wilson).

"A GOP Gender Gap? Motivations, Policy, and Candidate Choice," <u>Women & Politics</u>, Vol. 19, No. 1 (1998), pp. 91-106 (with Clyde Wilcox).

"Executive Privilege: Definition and Standards of Application", <u>Presidential Studies Quarterly</u>, Vol. 29, No. 4 (December 1999), pp. 918-930.

"Executive Privilege in the Lewinsky Scandal: Giving a Good Doctrine a Bad Name," <u>Presidential Studies Quarterly</u>, Vol. 28, No. 4 (Fall 1998), pp. 816-820.

"Raoul Berger on Executive Privilege," <u>Presidential Studies Quarterly</u>, Vol. 28, No. 3 (Summer 1998), pp. 687-692 (with Louis Fisher).

"Executive Privilege in the Ford Administration: Prudence in the Exercise of Presidential Power," <u>Presidential Studies Quarterly</u>, Vol. 28, No. 2 (Spring 1998), pp. 286-298.

"In Reagan's Shadow: Bush's Anti-Rhetorical Presidency," <u>Presidential Studies Quarterly</u>, Vol. 28, No. 1 (Winter 1998), pp. 128-139.

"Executive Privilege in the Reagan Administration: The Battle for Information Control," <u>Presidential Studies Quarterly</u>, Vol. 27, No. 4 (Fall 1997), pp. 760-772.

"Executive Privilege in the Carter Administration: The 'Open' Presidency and Secrecy Policy," <u>Presidential Studies Quarterly</u>, Vol. 27, No. 2 (Spring 1997), pp. 272-283.

"Press Coverage of Virginia's 1993 Gubernatorial Campaign," <u>State and Local Government Review</u>, Vol. 28, No. 1 (Winter 1996), pp. 28-37 (with Harry Wilson).

"Joining the Mainstream: The New Christian Right in Virginia," <u>Spectrum:  The Journal of State Government</u>, Vol. 69, No. 1 (Winter 1996), pp. 26-32 (with Clyde Wilcox).

"Presidential Image-Makers on the Limits of Spin Control," <u>Presidential Studies Quarterly</u>, Vol. 25, No. 1 (Winter 1995), pp. 67-90.

"The Virginia Capitol Press Corps: Home Grown Liberals," <u>Spectrum:  The Journal of State Government</u>, Vol. 67, No. 1 (Winter 1994), pp. 42-50.  Reprinted in Thad Beyle, ed., <u>State Government: 1995-1996</u>.  Washington, D.C.: Congressional Quarterly, 1995, pp. 79-81.

"President Ford's Pardon of Richard M. Nixon: Constitutional and Political Considerations," <u>Presidential Studies Quarterly</u>, Vol. 24, No. 1 (Winter 1994), pp. 121-137.

"Carter Rehabilitated: What Caused the 39th President's Press Transformation?," <u>Presidential Studies Quarterly</u>, Vol. 23, No. 2 (Spring 1993), pp. 317-330.

"President Nixon's Conception of Executive Privilege: Defining the Scope and Limits of Executive Branch Secrecy," <u>Presidential Studies Quarterly</u>, Vol. 22, No. 2 (Spring 1992), pp. 323-335.

"The Role of General Accounting Office Evaluation in the Post-Reform Congress," <u>International Journal of Public Administration</u>, Vol. 7, No. 3 (Fall 1985), pp. 267-290.

"In Defense of Executive Privilege: Historic Developments and Modern Imperatives," <u>International Social Science Review</u>, Vol. 59, No. 2 (Spring 1984), pp. 67-81.

"Education Vouchers: A Neglected Alternative," <u>International Journal of Public Administration</u>, Vol. 6, No. 4 (Winter 1984), pp. 393-414.


**Non-refereed Articles, Essays:**

"Evolutia lui George Bush ca Orator", <u>Jurnalism & Comunicare</u> (Romania), Vol. 2, No. 4 (Fall 2003), pp. 40-43.

"The Press and Congress", <u>Perspectives on Political Science</u>, Vol. 29, No. 2  (Spring 2000), pp. 71-75.

"Introduction: The Media and American Institutions", in <u>ibid</u> (special issue editor), pp. 69-70.

"Something to Hide: Executive Privilege in the Clinton Scandal", <u>PS: Political Science and Politics</u>, Vol. 32, No. 3, (September 1999), pp. 550-553.

"The Clinton Scandal in Retrospect", in <u>ibid</u>, pp. 538-540 (with Clyde Wilcox).

"The Christian Right in the Old Dominion: Resurgent Republicans or Holy War?"  <u>PS: Political Science and Politics</u>,  Vol. 28, No. 1 (March 1995), pp. 15-18 (with Clyde Wilcox and J. Bradford Coker).

"Executive Privilege in the Bush Administration: Constitutional Problems, Bureaucratic Responses," <u>The Miller Center Journal</u>, Vol. 1, No. 1 (Spring 1994), pp. 83-90.  Reprinted in <u>Problems and Policies of American Presidents II</u>.  Lanham, MD: University Press of America, 1995, pp. 239-262.

"Campaign Press Coverage in the 'New Dominion,'" <u>Comparative State Politics</u>, Vol. 14, No. 4 (August 1993), pp. 30-47.

"George F. Will and Contemporary American Conservatism," <u>Modern Age</u>, Vol. 35, No. 1 (Fall 1992), pp. 51-60.

"Professional Objectivity in State Political Reporting: Where Do Journalists Draw the Line?," <u>Comparative State Politics</u>,     Vol. 13, No. 5 (October 1992), pp. 1-9.

"He's No Favorite Son: Virginia's Journalists Assess Governor Wilder's Presidential Campaign and Leadership," <u>Comparative State Politics</u>, Vol. 13, No. 2 (April 1992), pp. 22-30.

"The Presidential Pardoning Power: A Bibliographic Essay," <u>Journal of Law and Politics</u>, Vol. 5, No. 2 (Winter 1989), pp. 459-467.

"Executive Privilege: A Bibliographic Essay," <u>Journal of Law and Politics</u>, Vol. 4, No. 3 (Winter 1988), pp. 639-651.

"Civic Virtue and the Gods: Plato's 'Apology of Socrates' and Nietzsche's 'Thus Spoke Zarathustra,'" <u>Modern Age</u>, Vol. 31, No. 3-4 (Summer/Fall 1987), pp. 252-260  (with James F. Pontuso).

**Chapters in Books**:

"The Catholic Vote in the 2020 Elections", in B. Chelini-Pont, M. Gayte, and M. Rozell, eds., <u>Catholics and U.S. Politics after the 2020 Elections</u>. New York: Palgrave-MacMillan Press, 2022.

"Interest Groups, Super PACs, and Independent Expenditures: Driven By Ideology", in Richard J. Semiatin, ed., Campaigns on the Cutting Edge. Washington, DC: Congressional Quarterly Press, 2021, pp. 119-136.

"Strangest of Bedfellows: Why the Religious Right Embraced trump and what That Means for the Movement", in J.P. Singh, ed., <u>Cultural Values in Political Economy</u>. Stanford, CA: Stanford University Press, 2020, pp. 150-172.

"The Catholic Vote in the 2016 Elections", in B. Chelini-Pont, M. Gayte, and M. Rozell, eds., <u>Catholics and U.S. Politics after the 2016 Elections: Making Sense of the "Swing' Vote</u>. New York: Palgrave-MacMillan Press, 2018, pp. 1-22.

"Donald J. Trump and the Enduring Role of Religion in U.S. Elections", in M. Rozell and C. Wilcox, eds., <u>God at the Grass Roots, 2016: The Christian Right in American Elections</u>. Lanham, MD: Rowman & Littlefield, 2018, pp. 3-18.

"Virginia: Christian Right Birthplace Rejects Trump", in <u>ibid</u> (with Clyde Wilcox), pp. 147-160.

"The Importance of Religion in Understanding the American Presidency", in M. Rozell and G. Whitney, eds., *<u>Religion and the American Presidency.</u>* New York: Palgrave/MacMillan Press, 2017 (revised and updated 3rd edition) (with Harold F. Bass and Gleaves Whitney), pp. 1-12.

"Donald J. Trump and the Enduring Religion Factor in American Elections", in <u>Ibid</u>., pp. 285-298.

"Virginia: From Red to Blue?", in Charles S. Bullock III and Mark J. Rozell, eds., *The New Politics of the Old South: An Introduction to Southern Politics* (revised and updated sixth edition). Lanham, MD: Rowman & Littlefield, 2017.

"Resolved, Presidential 'Czars' Undermine Congress and the Constitution," in Richard J. Ellis and Michael Nelson, eds., <u>Debating the Presidency: Conflicting Perspectives on the American Executive</u>. Washington, D.C.:  Congressional Quarterly Press, 2014 (With Mitchel A. Sollenberger).

"Virginia: From Red to Blue?", in C. Bullock and M. Rozell, eds., <u>The New Politics of the Old South: An Introduction to Southern Politics</u>. Lanham, MD: Rowman & Littlefield (5th edition), 2014, pp. 137-156.

"Interest Groups and the Future of Campaigns", in Richard Semiatin, ed., <u>Campaigns on the Cutting Edge</u>. Washington, D.C.: Congressional Quarterly Press, 2013 (2nd edition) (with Nina Theresa Kasniunas), pp. 121-138.

"The Unitary Executive Theory and the Bush Legacy", in Donald Kelley and Tod Shields, eds., <u>Taking the Measure: The Presidency of George W. Bush</u>. College Station, TX: Texas A&M Press, 2013 (with Mitchel A. Sollenberger), pp. 21-35.

"The Christian Right and the South", in C. Bullock and M. Rozell, eds., *The Oxford Handbook of Southern Politics*. New York: Oxford University Press, 2012 (with Mark Caleb Smith), pp. 133-152.

"The Christian Right and Contemporary U.S. Politics", in G. Peele and J. Aberbach, eds., <u>Crisis of Conservatism?</u> New York: Oxford University Press, 2011, pp. 114-128.

"Religion and Politics, 1976-2008", in Robert Vallelly, ed., <u>Encyclopedia of US Political History, 1976-2008</u>, (Vol. 7). Washington, DC: Congressional Quarterly Press, 2012.

"Religion and the American Presidency", in Amy Black and Douglass Koopman, eds., <u>Religion and American Politics</u>. New York: Longman Press, 2011 (with Harold F. Bass), pp. 231-239.

"Executive Privilege and the Unitary Executive Theory in the Bush Administration: The Cheney Energy Task Force Controversy", in Chris Kelley and Ryan Barrilleaux, eds., <u>The Unitary Executive and American Politics</u>. College Station: Texas A&M University Press, 2010 (with Mitchel A. Sollenberger), pp. 145-162.

"Executive Privilege and the Unitary Executive Theory in the George W. Bush Administration", in James Thurber, ed., Rivals for Power. Lanham, MD: Rowman & Littlefield, 2009 (with Mitchel A. Sollenberger), pp. 209-228.

"Religion and the American Presidency", in Corwin Smidt, Lyman Kellstedt, and James Guth, eds., The Oxford Handbook on Religion and American Politics. New York: Oxford University Press, 2009 (with Harold Bass), pp. 475-496.

"The Republican Party, 1968-2006", in Michael Kazin, ed., The Princeton Encyclopedia of U.S. Political History. Princeton, NJ: Princeton University Press, 2009 (with Kyle T. Barbieri).

"The Religious Right in U.S. Politics", in Dennis Johnson, ed., The Routledge Handbook of Political Management. London: Routledge Press, 2009.

"The Political Mobilization of the Christian Right in the U.S.", in Jurgen Gebhardt and David Martin, eds., Religious Cultures: Communities of Belief. Munich, Germany: Bavarian-American Academy, 2009.

"Executive Privilege: The Bush Record and Legacy", in M. Rozell and G. Whitney, eds., Testing the Limits: George W. Bush and the Imperial Presidency. Lanham, MD: Rowman & Littlefield, 2009 (with Mitchell A. Sollenberger), pp. 199-218.

"Executive Privilege", in Michael A. Genovese and Lori Cox Han, eds., Encyclopedia of American Government and Civics. New York: Facts on File, 2009, pp. 562-564.
"Chief Administrator", in CQ Press's The Powers of the Presidency. Washington, DC: Congressional Quarterly Press, 2008 (with S. Warshaw, W. Bledsoe, J. Watts), pp. 65- 136.

"Interest Groups and the Future of Campaigns", in Richard Semiatin, ed., Campaigns on the Cutting Edge. Washington, DC: Congressional Quarterly Press, 2008 (with Nina Kasniunas), pp. 123-136.

"Congress and the Media", in Lynda Lee Kaid, ed., The Handbook of Political Communication. CA: Sage Press, 2008 (with Richard Semiatin), pp. 124-128.

"Marriage of Convenience?: The Evolution of the Conservative Catholic-Evangelical Alliance", in M. Genovese, M. Rozell and K. Heyer, eds. Catholics and Politics. Washington, DC: Georgetown University Press, 2008, pp. 27-42.

"Introduction: Catholics and Politics", in ibid (with Kristen Heyer), pp. 1-10.

"The Christian Right and the Bush Presidency: The Triumph of Pragmatism?", in M. Rozell and G. Whitney, Religion and the Bush Presidency. New York: Palgrave/MacMillan, 2007, pp. 12-30.

11

"Introduction: Religion and the Bush Presidency", in <u>ibid</u>, pp. 1-11.

"Religion and the Presidency in Historical Perspective", in M. Rozell and G. Whitney, eds., <u>Religion and the Presidency</u>. New York: Palgrave/MacMillan, 2007, pp. 1-8.

"A Values Campaign?: Moral Issues in the 2004 Elections", in J. Green, M. Rozell ,and C. Wilcox, eds., <u>The Values Vote?: The Christian Right in the 2004 Elections</u>. Washington, DC: Georgetown University Press, 2006 (with Debasree Das Gupta), pp 11-21.

"The March Goes On: The Christian Right and the 2004 Values Campaign", in <u>ibid</u> (with John C. Green and Clyde Wilcox), pp. 3-10.

"Adaptations and Alliances: Strategic Decisions by Ongoing Interest Groups and Advocacy Organizations", in Michael Malbin, ed., <u>The Election After Reform: Money, Politics and the Bipartisan Campaign Reform Act</u>. Lanham, Md.: Rowman & Littlefield, 2006 (with R. Boatright, M. Malbin, and C. Wilcox), pp. 114-140.

"Executive Privilege in an Era of Polarized Politics", in Christopher S. Kelly, ed., <u>Executing the Constitution: Putting the Presidency Back Into the Constitution</u>. Albany: State University of New York Press, 2006, pp. 91-108.

"Pro: Executive Privilege is Necessary to the Proper Functioning of the Presidency", in Richard Ellis and Michael Nelson, eds., <u>Debating the Presidency</u>. Washington, DC: Congressional Quarterly Press, 2006, pp. 127-132.

"Virginia: The New Politics of the Old Dominion", in C. Bullock and M. Rozell, eds., <u>The New Politics of the Old South: An Introduction to Southern Politics</u> (3d ed.). Lanham, MD: Rowman & Littlefield, 2006, pp. 141-160.

"Introduction: Southern Politics in the 21st Century", in <u>ibid</u>., pp. 1-28 (with Charles S. Bullock III).

"The Christian Right in Virginia", in Glenn Feldman, ed., <u>Politics in the White South</u>. Lexington, KY: University Press of Kentucky, 2005 (with Clyde Wilcox), pp. 255-270.

"Lincoln and the Prerogative Presidency", in Karl Deutche and Joseph Fornieri, eds., <u>Abraham Lincoln's American Dream</u>. Dulles, VA: Brassey's Press, 2005 (with Jeffrey Crouch), pp. 304-310.

 "Interest Groups in Congressional Campaigns", in Paul Herrnson, Ron Shaiko, and Clyde Wilcox, eds., <u>The Interest Group Connection</u>, 2d ed. Washington, DC: Congressional Quarterly, 2005 (with Richard J. Semiatin), pp. 75-88.

"Reagan and the Courts", in Paul Kengor, ed., <u>The Reagan Presidency</u>. Lanham, MD: Rowman & Littlefield, 2005 (with Mitch Sollenberger and Jack Rossotti), pp. 93-114.

"A President Transformed: Bush's pre and post September 11 Rhetoric and Image", in Lori Cox Han and Diane J. Heathe, eds., <u>In the Public Domain: Presidents and the Challenge of Public Leadership</u>. Albany: State University of New York Press, 2005 (with Jeremy D. Mayer), pp. 207-226.

"Executive Privilege", in Harry Jeffrey and Thomas Maxwell-Long, eds., <u>Watergate and the Resignation of Richard Nixon: Impact of a Constitutional Crisis</u>. Washington, DC: Congressional Quarterly Press, 2004, pp. 63-76.

"Executive Privilege in the Bush Administration", in G. Gregg and M. Rozell, eds., <u>Considering the Bush Presidency</u>. New York: Oxford University Press, 2004, pp. 125-140.

"Bush, Thatcher, and Managing the End of the Cold War", in Alexej Ugrinsky, ed., <u>The Thatcher Legacy</u>. London: Politicos Press, 2003 (with Ryan Barilleuax), pp. 141-156.

"Virginia: Birthplace of the Christian Right", in <u>The Christian Right in American Politics: Marching Toward the Millenium</u>, in J. Green, M. Rozell, and C. Wilcox, eds. Washington, D.C.: Georgetown University Press, 2003, pp. 41-58 (with Clyde Wilcox).

"The Christian Right's Long Political March", in <u>ibid</u>, pp. 1-20 (with John C. Green and Clyde Wilcox).

"The Christian Right in the U.S.: Expansion or Contraction?", in Michael Cromartie, <u>A Public Faith: Evangelicals in American Public Life</u>. Lanham, MD: Rowman & Littlefield, 2003, pp. 31-50.

"Interest Group Innovations in the Post-BCRA Period", In Michael Malbin, ed., <u>Life After Reform: When the Bipartisan Campaign Reform Act Meets Politics</u>. Lanham. MD: Rowman & Littlefield, 2003 (with R. Boatright, M. Malbin, R. Skinner, and C. Wilcox), pp. 43-60.

"Congress and the Media", in M. Rozell, ed., <u>Media Power, Media Politics</u>. Lanham, MD: Rowman & Littlefield, 2003.

"The Christian Right in the 2000 GOP Presidential Campaign", in Mary Segers, ed., <u>Piety, Politics, and Pluralism: Religion and the Courts in the 2000 Election</u>. Lanham, MD: Rowman & Littlefield, 2002, pp. 57-74.

"The Clinton Legacy: An Old (or New) Understanding of Executive Privilege?", in Michael Genovese and David Gray Adler, eds., The Presidency & the Law: The Clinton Legacy. Lawrence, KS: University Press of Kansas, 2002, pp. 58-74.

"The Bush Presidency and the Media", in Leslie Feldman and Rosanna Perotti, eds., Honor and Loyalty: Inside the Politics of the Bush White House. Westport, CT: Greenwood Press, 2002, pp. 407-419.

"The Two Sides of the Clinton Legacy", in M. Rozell and J. White, eds., Contemporary Readings in American Government. New York: Prentice-Hall, 2002, pp. 526-536.

"Virginia: The New Politics in the Old Dominion", in C. Bullock and M. Rozell, eds., Southern Politics in the New Millennium. Lanham, MD: Rowman & Littlefield, 2002, pp. 135-152.

"Introduction: Southern Politics in the 21st Century", in ibid., pp. 1-22.

"The Rev. Michael Farris: Baptist Social Movement Organizer", in Jo Renee Formicola and Hubert Morken eds., Religious Leaders, Political Causes. Lanham, MD: Rowman & Littlefield, 2001, pp. 141-158.

"President Ford's Pardon of Richard M. Nixon", in David Arbshire, ed., Triumphs and Tragedies of the Modern Presidency. New York: Praeger, 2001, pp. 94-97.

"Executive Privilege from Washington to Clinton", in Philip Henderson ed., The Presidency: Then and Now. Lanham, MD: Rowman & Littlefield, 2000, pp. 31-46.

"The Media: Then and Now", in ibid (with Graham Dodds), pp. 139-160.

"The Press v. the Pulpit: State and Local Coverage of the Religious Factor in Politics", in Mark Silk, ed. Religion and the Media. Hartford, CT: Center for the Study of Religion in Public Life, 2000.

"Executive Privilege in the Clinton Scandal", in M. Rozell and C. Wilcox, eds., The Clinton Scandal and the Future of American Government. Washington, DC: Georgetown University Press, 2000, pp. 81-99.

"Introduction: The Politics of Scandal", in ibid (with Clyde Wilcox), pp. vii-xxii.

"Virginia: Prophet in Waiting?" in J. Green, M. Rozell, and C. Wilcox, eds., Prayers in the Precincts: The Christian Right in the 1998 Elections. Washington, DC: Georgetown University Press, 2000 (with Clyde Wilcox), pp. 77-92.

14

"Conclusion: The Christian Right at the Millennium", in <u>ibid</u> (with Clyde Wilcox), pp. 287-297.

"George Washington and the Origins of Presidential Power", in Gary Gregg and Matthew Spalding, eds., <u>Patriot Sage: George Washington and the American Political Tradition</u>. Wilmington, DE: Intercollegiate Studies Institute, 2000, pp. 123-140.

"George Washington and the Origins of Executive Privilege", in M. Rozell, W. Pederson, and F. Williams, eds., <u>George Washington and the Origins of the Presidency</u>. Westport, CT: Praeger, 2000 pp. 145-154.

"Introduction: Washington and the Origins of the Presidency", in <u>ibid</u> (with W. Pederson and F. Williams), pp. vii-xv.

"WISH LIST: Pro-Choice Women in the GOP Congress", in Robert Biersack, Paul Herrnson, and Clyde Wilcox, eds., <u>After the Revolution: PACs, Lobbies, and the Republican Congress</u>. Boston:  Allyn & Bacon, 1999, pp. 184-191.

"Pragmatism and Its Discontents: The Evolution of the Christian Right in the United States", in Madeleine Cousineau, ed., <u>Religion in a Changing World: Comparative Studies in Sociology</u>.  Westport, CT: Praeger, 1998, pp. 193-202  (with Clyde Wilcox).

"Virginia:  The New Politics of the Old Dominion," in C. Bullock and M. Rozell, eds., <u>The New Politics of the Old South</u>.  Lanham, Md.: Rowman & Littlefield, 1998, pp. 123-140.

"Southern Politics at Century's End", in <u>ibid</u> (with Charles S. Bullock III), pp. 3-21.

"Virginia:  The Politics of Concealed Weapons," in John Bruce and Clyde Wilcox, eds., <u>The Changing Politics of Gun Control</u>. Lanham, MD: Rowman & Littlefield, 1998, pp. 125-138 (with Harry Wilson).

"The Bush Presidency and the Media," in K. Thompson, ed., <u>The Bush Presidency</u>. Lanham, MD: University Press of America, 1998, pp. 99-128.

"The Press and the Presidency," in Roger Davidson and James Pfiffner, eds., <u>Understanding the Presidency</u>.  New York: Longman, 1997, pp. 88-99. Reprinted in second edition (2000), pp. 109-119.

"Growing Up Politically: The New Politics of the New Christian Right," in Corwin E. Smidt and James M. Penning, eds., <u>Sojourners in the Wilderness:  The Christian Right in Comparative Perspective</u>.  Lanham, MD: Rowman & Littlefield, 1997, pp. 235-248.

"Virginia:  When the Music Stops, Choose Your Faction," in M. Rozell and C. Wilcox, eds., <u>God at the Grass Roots, 1996:  The Christian Right in American Elections</u>.  Lanham, Md.: Rowman & Littlefield, 1997 (with Clyde Wilcox), pp. 99-114.

"Conclusion:  The Christian Right in Campaign '96," in <u>ibid</u> (with Clyde Wilcox), pp. 255-269.

"FDR and the Prerogative Presidency," in M. Rozell and W. Pederson, eds., <u>FDR and the Modern Presidency:  Leadership and Legacy</u>.  Westport, CT: Praeger, 1997, pp. 133-146.

"Introduction:  The Roosevelt Legacy," in <u>Ibid</u> (with William D. Pederson), pp. 1-9.

"Executive Privilege in the Reagan Administration," in Eric J. Schmertz, Natalie Datlof and Alexej Ugrinsky, eds.,  <u>Ronald Reagan's America</u>.  Westport, Conn.: Greenwood Press, 1997, pp. 431-445.

"Chief Executive," in Michael Nelson, ed., <u>Congressional Quarterly Guide to the Presidency</u>, 2d ed.  Washington, D.C.: Congressional Quarterly Press, 1996, pp. 467-550 (with W. Craig Bledsoe and Christopher J. Bosso).  Reprinted in Congressional Quarterly, <u>The Powers of the Presidency</u>.  Washington, D.C.: Congressional Quarterly Press, 1997, pp. 1-84. Revised and updated for 2002 edition.

"Executive Prerogative, Abraham Lincoln, and American Constitutionalism," in Frank J. Williams and William D. Pederson, eds., <u>Abraham Lincoln, Contemporary:  An American Legacy</u>.  Campbell, Ca.: Savas/Woodbury Pub., 1995, pp. 135-156.

"Virginia:   God, Guns, and Oliver North" in M. Rozell and C. Wilcox, eds., <u>God at the Grass Roots:  The Christian Right in the 1994 Elections</u>.  Lanham, MD: Rowman & Littlefield, 1995, pp. 109-131 (with Clyde Wilcox).

"The Past as Prologue: The Christian Right in the 1996 Elections", in <u>Ibid</u>  (with Clyde Wilcox), pp. 253-263.

"Press Coverage of Congress: 1946-1992," in Thomas Mann and Norman Ornstein, eds., <u>Congress, the Press, and the Public</u>.  Washington, D.C.: Brookings Institution/American Enterprise Institute, 1994, pp. 59-129.

"Issues in Media Coverage of the War," in Marcia Lynn Whicker, Raymond A. Moore, and James P. Pfiffner, eds., <u>The Presidency and the Persian Gulf War</u>.  Westport, CT: Praeger, 1993, pp. 153-175.

"The Press and the Ford and Carter Presidencies," in K. Thompson, ed., <u>The Virginia Papers on the Presidency, Vol. 27</u>.  Lanham, Md.: University Press of America, 1993, pp. 65-98.

"Carter Rehabilitated: What Caused the 39th President's Press Transformation?," in Herbert Rosenbaum and Alexej Ugrinsky, eds., <u>Jimmy Carter:  His Foreign Policy and Post Presidential Years</u>.  Westport, Conn.: Greenwood Press, 1993.

"In Defense of President Ford's Pardon of Richard M. Nixon," in Bernard Firestone and Alexej Ugrinsky, eds., <u>Gerald Ford and the Politics of Post-Watergate America</u>.  Westport, Conn.: Greenwood Press, 1993, pp. 39-51.

"President Nixon's Conception of Executive Privilege: Defining the Scope and Limits of Executive Branch Secrecy," in William Levantrosser and Leon Friedman, eds., <u>Watergate and Afterward:  The Legacy of Richard M. Nixon</u>.  Westport, Conn.: Greenwood Press, 1992, pp. 163-176.

"Norman Podhoretz's Polemical Commentaries," in M. Rozell and J. Pontuso, eds., <u>American Conservative Opinion Leaders</u>.  Boulder, Colo.: Westview Press, 1990, pp. 119-134.

"Jeane Kirkpatrick's Public Philosophy and Rhetoric," <u>Ibid</u>., pp. 135-152.

"George F. Will's 'Tory' Conservatism," <u>Ibid</u>., pp. 13-28.

**Reprints:**

"Should the President Be Allowed Executive Privilege?", in G. McKenna and S. Feingold, eds., <u>Taking Sides: Clashing Views on Political Issues</u>. New York: McGraw-Hill, 2013.

"Executive Privilege and the U.S. Attorneys Firings", in James Pfiffner and Roger Davidson, eds., <u>Understanding the Presidency</u>, 6th ed. New York: Pearson Press, 2010, pp. 288-302.

"Undermining a Constitutional Doctrine", in Mitchell Young, ed., <u>Issues on Trial: Political Corruption</u>. Farmington Hills, MI: Cengage Press, 2009.

"Filling in the Blanks – George Washington and the Origins of Presidential Power", in Gary L. Gregg II, ed., <u>Thinking About the Presidency</u>. Lanham, MD: Rowman & Littlefield, 2005, pp. 41-53.

"The Arguments for Executive Privilege", in Robert F. Turner, ed., <u>National Security Law</u>. Charlottesville, VA: Center for National Security Law, 2004.

"Presidential Image-Makers on the Limits of White House Image Control", in Jeffrey Cohen and David Nice, eds., <u>The Presidency: Classic and Contemporary Readings</u>. New York: McGraw-Hill, 2003, pp. 105-126.

"Interest Groups and the American Political System", in Peter Woll, ed., <u>American Government: Readings and Cases</u>. New York: Longman, 2002, pp. 251-254 (with Clyde Wilcox).

"The New Christian Right in Virginia", in Paul Escott, et.al, eds., <u>Major Problems in the History of the American South</u>. 2d ed. Boston: Houghton-Mifflin, 1999, pp. 408-414 (with Clyde Wilcox).

"Professional Objectivity in State Political Reporting", in Thad Beyle, ed., <u>State Government, 1993-1994</u>.  Washington, D.C.: Congressional Quarterly, 1993, pp. 80-85.

**Other Publications:**

Invited book reviews appearing in <u>American Political Science Review</u>, <u>Journal of Politics</u>, <u>Social Science Quarterly</u>, <u>Canadian Journal of Political Science</u>, <u>Congress and the Presidency</u>, <u>Presidential Studies Quarterly</u>, <u>Perspectives on Political Science</u>, among others.

Op-ed essays appearing in <u>Washington Post</u>, <u>Los Angeles Times</u>, <u>Christian Science Monitor</u>, <u>USA Today</u>, <u>Roll Call</u>, <u>The Hill</u>, <u>Houston Post</u>, <u>Baltimore Sun</u>, <u>Atlanta Journal & Constitution</u>, <u>Legal Times</u>, <u>San Francisco Chronicle</u>, <u>Pittsburgh Post-Gazette</u>, <u>Los Angeles Herald-Examiner</u>, <u>Arkansas Democrat-Gazette</u>, <u>Richmond Times-Dispatch</u>, <u>Norfolk Virginian-Pilot</u>, <u>Politico</u>, among others.

"Jerry Falwell (1933–2007)." In Brendan Wolfe, ed., <u>Encyclopedia Virginia</u>. Charlottesville, VA: Virginia Foundation for the Humanities, 2010.

"Congress and the Media", <u>The Encyclopedia of Political Communication</u>. New York: Sage Press, 2008 (with Richard Semiatin).

"The Christian Right in Virginia" and "Michael Farris", <u>Encyclopedia of Religion and Politics</u>, 2001.

"Executive Privilege", <u>Encyclopedia Americana</u>, 2002.

"The 2000 Presidential Election", <u>Encyclopedia Americana</u>, 2002.

"George W. Bush" and "Richard Cheney", <u>Encyclopedia Americana</u>, 2001, 2002.

"William Jefferson Clinton", <u>Encyclopedia Americana</u>, 1994, 1995, 1996, 1997,1998, 1999, 2000, 2001, 2002.

"Carla Hills", "Alan K. Simpson", "Carl Hayden", "Fred Harris", <u>World Book Encyclopedia</u>, 2002.

"Conservatism," <u>The Encyclopedia of Women in American Politics</u>, 2000.

<u>Instructor's Guide to American Government: Origins, Institutions, and Public Policy</u>.  New York: McGraw-Hill, 1984.

**Congressional Testimony:**

U.S. Congress, Subcommittee on Federal Courts, Oversight, Agency Action, and Federal Rights of the Senate Judiciary Committee, "Executive Privilege: Separation of Powers and the Accommodation Process", August 3, 2021, Dirksen Senate Office Building, Washington, D.C.

U.S. Congress, House Subcommittee on Government Efficiency, Financial Management and Intergovernmental Relations. Hearing: "H.R. 4187, The Presidential Records Act Amendments of 2002". April 24, 2002, 2154 Rayburn House Office Building, Washington, D.C.

U.S. Congress, House Committee on Government Reform and Oversight. Hearing: "Withholding Information from Congress". February 6, 2002, 2157 Rayburn House Office Building, Washington, D.C.

U.S. Congress, House Subcommittee on Government Efficiency, Financial Management and Intergovernmental Relations. Hearing: "The Implementation of the Presidential Records Act of 1978". November 6, 2001, 2154 Rayburn House Office Building, Washington, D.C.

**International Conferences/Presentations**:

"US-China Relations in the Biden Era: Time for a Reset?" Presented at The World Affairs Council, May 24, 2022, Amman, Jordan.

"The President, Congress, War Powers, and the Crisis in Ukraine: How the Constitution, International Agreements, and Public Opinion Set the Framework for U.S. Action". Presented at The Center for Strategic Studies, University of Jordan, May 22, 2022, Amman, Jordan.

"The 2020 US Presidential Election: What's in the Cards". Presented at the Deutsche-Amerikanisches Institut, October 23, 2019, Nuremberg, Germany.

"The 2020 US Presidential Election: What's in the Cards?" Presented at Augsburg University, October 22, 2019, Augsburg, Germany.

19

"The 2020 US Presidential Election: What to Expect". Presented at the Shandong Academy of Social Science, June 24, 2019, Jinan, China.

"The 2020 US Presidential Election: What's in the Cards?" Presented at Tsinghua University School of Public Policy and Management, June 4, 2019, Beijing, China.

"The 2020 US Presidential Election: What's in the Cards?" Presented at Chinese Academy of Sciences, June 3, 2019, Beijing, China.

"The US Presidential Election in 2020: What to Expect." Presented at Ajou University, May 20, 2019, Seoul, South Korea.

"Electing African-American Candidates Statewide in Virginia: From Doug Wilder to Justin Fairfax". Presented at the annual meeting of the British Association of American Studies, April 24-27, 2019, Brighton, England.

"The 2020 U.S. Presidential Election: What's in the Cards?" Presented at Goodenough College, April 23, 2019, London, England.

"The US Domestic Context of Trump Administration Trade Policies Toward China". Presented at the Chinese Academy of Sciences, August 2, 2018, Beijing, China.

"United States-China Political and Economic Relations in the Trump Administration". Presented at the Global Value-Chain Training and Research Workshop, University of International Business and Economics (UIBE), July 29-August 4, 2018, Beijing, China.

"International Security and the Korean Peninsula". Panel discussion at the Korea National Diplomatic Academy, Institute of Foreign Affairs and National Security, June 1, 2018, Seoul, South Korea.

"International Security and the Korean Peninsula". Roundtable discussion at the Asan Institute for Policy Studies, May 31, 2018, Seoul, South Korea.

"Preparing International Students for Success in US Universities". Panel presentation at the National Human Resources Development Institute, May 30, 2018, Gwacheon City, South Korea.

"The War Powers of the US Presidency". Presented at George Mason University-Korea, May 28, 2018, Songdo, South Korea.

"The Challenges of US Academic Administration". Presented at Beijing Language and Culture University, May 25, 2018, Beijing, China.

"The Trump Presidency and Midterm US Elections". Presented at the University of the Chinese Academy of Sciences, May 21, 2018, Beijing, China.

"The Rise of the Evangelical Right in the US South and its Impact on National Politics". Presented at the joint meeting of the European Association of American Studies and the British Association of American Studies, April 4-7, 2018, London, England.

"Trump: First Year Reflections". Hong Kong University of Science and Technology Leadership and Public Policy Distinguished Lecture, January 15, 2018, Hong Kong, China.

"The Intersection of Religion and Politics in the US". Presented at the University of Macau, January 11, 2018, Macau, China.

"Trump and the Religious Right". Presented at the Elcano Royal Institute, November 20, 2017, Madrid, Spain.

"The Intersection of Religion and Politics in the U.S." Presented at the Universidad Francisco de Vitoria, November 15, 2017, Madrid, Spain.

"Religion and U.S. Politics: An Overview of Church-State Separation and the Faith Factor in Elections and Public Policy". Presented at George Mason University-Korea campus distinguished lecture series, September 11, 2017, Songdo, South Korea.

"Strangest of Bedfellows: Why the Religious Right Embraced Donald J. Trump and What it means for the Movement". Presented at the "Cultural Interests and Values" conference, University of Edinburgh, June 14-16, 2017, Edinburgh, Scotland.

"100 Days in office: The Trump Administration", Presented at the Hanns Seidel-Foundation, May 5, 2017, Berlin, Germany.

"The Trump Administration's First 100 Days: Triumph or Turmoil?", Presented at the American Studies Department, Leipzig University, May 4, 2017, Leipzig, Germany.

"The First 100 Days of President Trump", Presented at Frederich Alexander University, in collaboration with the German-American Institute, May 3, 2017, Erlangen-Nuremberg, Germany.

"100 Days in Office: The Trump Administration", Presented at Augsburg University, May 2, 2017, Augsburg, Germany.

"100 Days in Office: The Trump Administration", Presented at the Bavarian Amerika-Akademie, May 2, 2017, Munich, Germany.

"The U.S. Presidential Campaign 2016: An Assessment". Presented at the Amerikazentrum Hamburg, September 29, 2016, Hamburg, Germany.

"The U.S. Elections 2016". Presented at "Runder Tisch USA" at Deutscher Akademissher Austrauchdienst, September 28, 2016, Berlin, Germany.

"The First Presidential Debate Analysis". Presented at U.S. Consulate Munich, September 27, 2016, Munich, Germany.

"Religion and the Presidential Election". Presented at the Amerikahaus Munich, September 26, 2016, Munich, Germany.

"The Catholic Vote as an Obvious Key Vote". Presented at the conference "Religion and the U.S. Presidential Election, Aix-Marseille Université, September 22-23, 2016, Aix-en Provence, France.

"Religion and U.S. Politics: An Overview of Church-State Separation and the Faith Factor in Elections and Public Policy". Presented at the Chinese Academy of Sciences, July 25, 2016, Beijing, China.

"The Presidential Campaign and the Impact of a Trump or Clinton Victory". Presented at the Global Value-Chain Training and Research Workshop", University of International Business and Economics (UIBE), July 18-22, 2016, Beijing, China.

"The 2016 Presidential Nomination Process and Prospects for the General Election". Presented at University of International Business and Economics (UIBE), July 21, 2016, Beijing, China.

"The 2016 U.S. Presidential Campaign." Presented at the Center for American Studies, Fudan University, May 24, 2016, Shanghai, China.

Visiting Professor, Akita International University. Taught "The Relationship Between Religion, Politics & Government in the United States." June 15-26, 2015, Akita, Japan.

"Principles and Operations of the Decentralized Governing System in the United States". Presented at School of Public Affairs, Chongqing University, December 29, 2014, Chongqing, China.

"Separation of Powers in the U.S.: President, Congress and the Struggle for Control". Presented at Southwest University College of Political Science and Law, December 28, 2014, Chongqing, China.

"Presidential Unilateralism and War Powers in the Obama Era." Presented at the Chinese Academy of Sciences, August 15, 2014, Beijing, China.

"Principles and Operations of the Decentralized Governing System in the United States." Presented at Tsinghua University School of Public Policy and Management, August 14, 2014, Beijing, China.

Four Lectures on religion and U.S. politics delivered at the Center for American Studies, Fudan University, and co-sponsored by U.S.-China Educational Trust, May 11-17, 2013, Shanghai, China.

"Presidential Leadership and the Role of the Media in the Obama Era". Hosted by American-German Business Club and the U.S. Consulate General, June 7, 2011, Frankfurt, Germany.

"Obama's Leadership: Media Image and Reality". Presented at the Hesse State Chancellery, June 7, 2011, Weisbaden, Germany.

"Religion and Politics in the Obama Era". Presented at the Atlantische Akademie with University Kaiserslautern, June 6, 2011, Kaiserslautern, Germany.

"Presidential Unilateralism in the Obama Era". Presented at the Department of Political Science, University of Mannheim, June 6, 2011, Mannheim, Germany.

"Religion and Politics in the Obama Administration". Presented at the National Fachleiter Conference, "The Obama Presidency Past Midpoint", June 2-5, 2011, Hamburg, Germany.

"The Role of the Media in U.S. Politics". Presented at the American Center (Hanoi), April 19, 2011, Hanoi, Vietnam.

"The Role of the Media in U.S. Politics". Presented at the Vietnamese Social Science Academy, April 19, 2011, Hanoi, Vietnam.

"The Obama Presidency at Midterm". Presented at Beijing Foreign Studies University, April 12, 2011, Beijing, China.

"The Obama Presidency at Midterm". Presented at Tsinghua School of Public Policy and Management, April 12, 2011, Beijing, China.

"The Obama Presidency at Midterm". Presented at China Foreign Affairs University, April 11, 2011, Beijing, China.

"The Obama Presidency at Midterm". Presented at Beijing Administrative College, April 11, 2011, Beijing, China.

"Religion, Politics and Democracy". Presented at the Center for International Relations (CSM), February 25, 2010, Warsaw, Poland.

"Obama: His First Year Leadership". Presented at the Lazarski School of Commerce and Law", February 25, 2010, Warsaw, Poland.

"Obama: His First Year Leadership". Presented at the American Studies Center of the University of Warsaw, February 24, 2010, Warsaw, Poland.

"Obama: His First Year Leadership". Presented at the American Information Resource Center, U.S. Embassy, February 24, 2010, Warsaw, Poland.

"Obama: His First Year Leadership". Presented at the Institute of International Relations at the University of Warsaw, February 23, 2010, Warsaw, Poland.

"Obama: His First Year Leadership". Roundtable discussion hosted by the Polish National Security Bureau, (BBN), February 23, 2010, Warsaw, Poland.

"The Role of the Media". Roundtable discussion on "A Transatlantic Comparison of Muslim Integration in Germany and the U.S.". Sponsored by the American Institute for Contemporary German Studies (AICGS), February 22, 2010, Berlin, Germany.

"The 2008 U.S. Presidential Election: An Analysis of the Policy Positions of the Candidates". Presented at the School of Public Policy and Governance, Management Development Institute, October 3, 2008, Gurgaon, India.

"The U.S. Presidential Campaign of 2008: The Roles of Immigration, Demographic Changes, and Religion". Presented at the Center for Canadian, U.S., and Latin American Studies, School of International Studies, Jawaharlal Nehru University, October 3, 2008, New Delhi, India.

"The Political Implications of Demographic Changes in the U.S." Presented at the American Center of New Delhi, October 1, 2008, New Delhi, India.

"The Role of Religion in U.S. Politics and its Impact on the 2008 Presidential Campaign". Keynote speech at the conference "Multiculturalism and Representative Politics", Lucknow University, September 30, 2008, Lucknow, India.

"The 2008 U.S. Presidential Elections: Social and Economic Agendas". Presented at the Giri Institute of Development Studies, September 29, 2008, Lucknow, India.

"The Intersection of Religion and Politics in the U.S." Presented at the UGC-Academic Staff College, Lucknow University, September 29, 2008, Lucknow, India.

"The Intersection of Religion and Politics in the U.S." Presented at the Indian Council of Social Science Research, September 26, 2008, Shillong, India.

"The 2008 U.S. Presidential Election: The Policy Positions of the Candidates". Presented at Shillong Women's College, September 26, 2008, Shillong, India.

"The 2008 U.S. Presidential Election: The Policy Positions of the Candidates". Presented at North Eastern Hill University, September 25, 2008, Shillong, India.

"The Intersection of Religion and Politics in the U.S." Presented at the Omeo Kumar Das Institute of Development and Social Change", September 23, 2008, Guwahati, India.

"The 2008 U.S. Presidential Election: The Policy Positions of the Candidates". Presented at the Regional Institute of Journalism and Mass Communication", September 23, 2008, Guwahati, India.

"The Intersection of Religion and Politics in the U.S." Presented at the Rotary Club of Guahati, East, September 22, 2008, Guwahati, India.

"The 2008 U.S. Presidential Election: The Policy Positions of the Candidates". Presented at the Department of Political Science, Guwahati University, September 22, 2008, Guwahati, India.

"Immigration, Integration and the Political Process: Presented at the Deutsche Gesellschaft (Intercultural Summer School), August 18, 2008, Berlin, Germany.

Faculty lecturer, Wittenberg Summer Program "The 2008 U.S. Elections", August 10-16, 2008, Martin Luther University, Wittenberg, Germany.

"The Role of Religion in the Public Arena in the U.S." Presented at the Islamic Research Center, May 12, 2008, Istanbul, Turkey.

"Religion and Politics in the U.S.". Presented at Fatih University, May 12, 2008, Istanbul, Turkey.

"The Religious Conservative Movement in U.S. Politics". Presented at the conference, "The Conservative Movement in America", May 8-10, 2008, Oxford University, Oxford, England.

"The U.S. Christian Right and the Politics of Abortion". Presented at the conference "In God They Trust?: Religion and Politics in the U.S. and Germany", Freidrich Ebert Stiftung, June 21-22, 2007, Berlin, Germany.

"Religion and the Bush Presidency" and "Demystifying the Christian Right". Presented at the First Wittenberg Summer School program "Religion and Politics in the U.S.", July 30-August 5, 2006, Martin-Luther University, Wittenberg, Germany.

"The Christian Right in Comparative Perspective". Presented at the annual meeting of the International Institute of Sociology, July 5-9, 2005, Stockholm, Sweden.

Program fellow, Salzburg Seminar, "East Asia and the United States: A Search for Common Values", June 13-18, 2005, Schloss Leopoldskron, Salzburg, Austria.

"Religion and U.S. Politics", journalists/scholars forum sponsored by U.S. Consulate, June 13, 2005, Munich, Germany (with Clyde Wilcox).

"Will Bush Win?:  A View from Washington". Presented at the Finnish Business Forum, October 15, 2004, Helsinki, Finland.

"The Christian Right and Interest Group Politics in the U.S." Presented at the University of Turku, October 14, 2004, Turku, Finland.

"The Christian Right and Interest Group Politics in the U.S." Presented at the American Studies Program, University of Helsinki, October 13, 2004, Helsinki, Finland.

"The U.S. Presidential and Congressional Elections". Presented at the German Council on Foreign Affairs, June 24, 2004, Berlin, Germany.

"The U.S. 2004 Elections". Presented at the Amerika House U.S. elections program, June 22, 2004, Munich, Germany.

"Religion, Politics, and the American Elections". Presented at the University of Eichstaett, June 21, 2004, Eichstaett, Germany.

"Religious Pluralism and Fundamentalism in the U.S.". Presented at the conference "Religious Cultures: Communities of Belief", sponsored by the Bavarian-American Academy, June 16-18, 2004, Munich, Germany.

"The Religious Right in the 2004 Presidential Election". Presented at the conference "U.S. Elections 2004: Personalities, Policies and Perspectives" at the Center for the Study of the Americas, Copenhagen Business School, May 4-5, 2004, Frederiksberg, Denmark.

"A Preview of the 2004 U.S. Elections". Presented at the U.S. Embassy, May 3, 2004, Copenhagen, Denmark.

"In God They Trust? The Fundamantalist Right in the U.S.". Presented at the Einstein Forum, November 21, 2003, Potsdam, Germany.

"The 2004 U.S. Presidential Campaign: What's in the Cards?" Presented at the Konrad Adenauer Stifung, November 20, 2003, Berlin, Germany.

"Religion and Politics in the U.S." Presented at the Amerika Haus, November 20, 2003, Cologne, Germany.

"The 2004 U.S. Presidential Campaign: What's in the Cards?" Presented at Das Amerika-Institut, Munich University, November 19, 2003, Munich, Germany.

"The 2004 U.S. Presidential Campaign: What's in the Cards?" Presented at the U.S. Consulate General, November 19, 2003, Munich, Germany.

"Religion and Politics in the U.S." Presented at the graduate program in Kulturhermeneutik, Universitat Erlangen-Nuremberg, November 18, 2003, Nuremberg, Germany.

"Religion and Politics in the U.S." Presented at the German-American Institute, November 17, 2003, Stuttgart, Germany.

"Extremism or Pragmatism: What is the Future of the U.S. Christian Right". Presented at the annual meeting of the European Consortium for Political and Social Research, September 17-21, 2003, Marburg, Germany.

"Influence, Values, and Professional Responsibility in the Media". Conference Fellow at the Salzburg Seminar, Schloss Leopoldskron, March 19-26, 2003, Salzburg, Austria.

"Race and Evangelical Political Beliefs in the U.S." Presented at the annual Multi-Ethnic Studies in Europe and the Americas Conference, June 26-29, 2002, Padua, Italy (with Clyde Wilcox).

"Religious Group Political Mobilization in the U.S." Presented at the 35th World Congress of the International Institute of Sociology, July 11-16, 2001, Krakow, Poland (with Clyde Wilcox).

"Presidential Leadership and the Clinton Legacy". Presented at the annual meeting of the British Association of American Studies, April 5-9, 2001, Keele, England.

"The Christian Right in the 2000 Elections". Presented at the 50th International Conference of Americanists, July 10-14, 2000, Warsaw, Poland.

**U.S. Conferences/Presentations:**

"Executive Privilege and the Trump Presidency". Presented at the annual meeting of the American Political Science Association, August 31, 2019, Washington, DC. (with Mitchel A. Sollenberger).

"The Religion Factor in Explaining Support for Presidents and Presidential Leadership." Faith and Leadership Lecture, Ashland University, March 25, 2019, Ashland, Ohio.

"Fundraising in Schools of Public Affairs and Public Policy". Panel discussion at the annual meeting of the National Association of Schools of Public Affairs and Administration, October 12, 2017, Washington, DC.

"The Catholic Vote in the United States". Lecture at St. Michael's College, November 1, 2016, Burlington, VT.

"Partisan Loyalty and the Pursuit of Power". Presented at the "Living Ethics" lecture series, Science Museum of Virginia, October 12, 2016, Richmond, VA.

"Interest Groups in U.S. Politics". Seminar leader for secondary school teacher education program at Montpelier, October 7-9, 2016, Montpelier, VA.

"The Presidency and Separation of Powers". Claremont College Institute of Leadership conference, May 8-10, 2014, Claremont, CA.

"Religion, the U.S. Presidency and the 2012 Elections". Hundere lecture presented at Oregon State University, October 19, 2012, Corvallis, OR.

"The Conservative Catholic-Evangelical Alliance in the GOP". Presented at the program on "Catholics and the 2008 Elections", The Catholic University of America, October 22, 2008, Washington, DC.

"Executive Power and the Bush Presidency". Annual Constitution Day lecture presented at Rochester Institute of Technology, September 16, 2008, Rochester, NY.

"Religion and Politics in America". Presented at the program "Religious Freedom in a Secular Society: How Religion and Government Relate to Each Other in the U.S. and China", sponsored by The Faith & Politics Institute, September 10, 2008, Rayburn House Office Building, Washington, DC.

"The Political Alliance of Conservative Catholics and Evangelicals." Presented at the conference, "Catholics and Politics", Loyola Marymount University of L.A., February 12, 2007, Los Angeles, CA.

"Executive Privilege in the Modern Era". Presented at the conference in honor of Lloyd Cutler at University of Virginia School of Law, November 11, 2006, Charlottesville, VA.

"The Christian Right and the Politics of Abortion". Presented at the conference "Fundamentalism and the Rule of Law" at Cardozo School of Law, March 14-15, 2006, New York, N.Y.

"The Media and Civic Engagement." Presented at the Urban Affairs Association annual conference, March 31-April 3, 2004, Washington, DC.

"History Tells All, Or Does It?: Executive Privilege and the Presidency". Presented at the Knight Center for Specialized Journalism conference "Government Secrecy: Local, State, National", September 8, 2003, College Park, MD.

"Executive Privilege Revived: Secrecy and Conflict during the Clinton and Bush Presidencies". Presented at the Duke Law Journal 32nd Annual Administrative Law Conference, March 29-30, 2002, Durham, N.C.

"Interest Group Innovations in Campaign Finance". Presented at the annual meeting of the Southern Political Science Association, November 8-11, 2001, Atlanta, Ga. (with Michael Malbin, Richard Skinner, and Clyde Wilcox).

"The Christian Right in Virginia". Presented at the annual meeting of the American Political Science Association, August 30-September 2, 2001, San Francisco, CA.

"The Christian Right: Evolution, Expansion, Contraction". Presented at the conference "Evangelicals and Public Life", June 17-19, 2001, Cape Elizabeth, Maine.

 "The Clinton Legacy: An Old (or New) Understanding of Executive Privilege?" Presented at the annual meeting of the American Political Science Association, August31-September 3, 2000, Washington, D.C.

"Executive Privilege: Time to Move beyond Berger". Presented at the annual meeting of the Midwest Political Science Association, April 27-30, 2000, Chicago, Ill.

"Bush, Thatcher and Managing the End of the Cold War". Presented at the Conference "The Thatcher Years: Rebirth of Liberty?" at Hofstra University, March 27-28, 2000, Hempstead, N.Y. (with Ryan Barrilleaux).

"Catholics and the Christian Right: A View from Four States". Presented at the annual meeting of the American Political Science Association, September 2-5, 1999, Atlanta, Ga. (with John C. Green, Mary Bendyna, and Clyde Wilcox).

"Executive Privilege: 25 Years After Nixon".  Presented at the University of Minnesota Law School Forum, "U.S. v. Nixon 25 Years Later". University of Minnesota Law School, October 24, 1998, Minneapolis, MN.

"George Washington and the Origins of Executive Privilege".  Presented at the conference "Washington's Life, Times, and Legacy."  Louisiana State University – Shreveport, September 18-19, 1998, Shreveport, La.

"Catholics in the Christian Right".  Presented at the annual meeting of the American Political Science Association, September 3-6, 1998, Boston, MA (with John C. Green, Mary Bendyna and Clyde Wilcox).

"Media Coverage of Women Gubernatorial Candidates."  Presented at the annual meeting of the Southern Political Science Association, November 6-8, 1997, Norfolk, VA (with John David Rausch).

"The Media and the Bush Presidency."  Presented at the Tenth Presidential Conference - "George Bush: 41st President of the U.S.," Hofstra University Cultural Center, April 17-19, 1997, Hempstead, New York.

"Christian Right Mobilization in the 1996 Virginia Elections." Presented at the annual meeting of the Western Political Science Association, March 13-15, 1997, Tucson, Arizona.

"The 'Congressionalization' of State Legislative Races."  Presented at the annual meeting of the Southern Political Science Association, November 7-9, 1996, Atlanta, Ga. (with G. Patrick Lynch).

"The Political Maturation of the New Christian Right."  Presented at the Calvin Center for Christian Scholarship conference, "The Politics of the Christian Right," October 4-5, 1996, Grand Rapids, Michigan.

"Secrecy in the Bush Presidency."  Presented at the annual meeting of the American Political Science Association, August 29-September 1, 1996, San Francisco, California.

"The Public Presidency of George Bush."  Presented at the annual meeting of the Western Political Science Association, March 14-16, 1996, San Francisco, California.

"Religious Coalitions in the Christian Right: The Decline of Religious Particularism."  Presented at the Tenth Citadel Conference on Southern Politics, March 7-8, 1996, Charleston, S.C. (with John C. Green and Clyde Wilcox).

"A GOP Gender Gap?"  Presented at the annual meeting of the Southern Political Science Association, November 1-4, 1995, Tampa, Florida (with Clyde Wilcox).

"FDR and the Prerogative Presidency."  Presented at the conference, "FDR After 50 Years," September 14-16, 1995, Louisiana State University-Shreveport.

"Faith, Hope and Conflict: Religious and State Republican Activists in 1994."  Presented at the annual meeting of the American Sociological Association, August 18-22, 1995, Washington, D.C. (with John C. Green and Clyde Wilcox).

"Religious Coalitions in the New Christian Right."   Presented at the annual meeting of the Association for the Sociology of Religion, August 18-20, 1995, Washington, D.C. (with Clyde Wilcox).

"The Christian Right and the Virginia GOP: Holy Alliance or Marriage of Convenience?"   Presented at the annual meeting of the Western Political Science Association, March 16-18, 1995, Portland, Oregon (with Clyde Wilcox).

"Local v. National Press Coverage of Virginia's 1993 Gubernatorial Campaign."   Presented at the Ninth Citadel Conference on Southern Politics, March 4-5, 1994, Charleston, South Carolina (with Harry Wilson).

"Executive Privilege in the Post-Watergate Era: President Ford and the Nixon Legacy."   Presented at the annual meeting of the Southern Political Science Association, November 3-6, 1993, Savannah, Georgia.

"Executive Privilege in the Bush Administration."   Presented at the White Burkett Miller Center for the Study of the Presidency, September 15, 1993, Charlottesville, Virginia.

"Press Coverage of Congress: 1946-1992."   Presented at the Conference, "Congress, the Press, and the Public," Sponsored by the Renewing Congress Project of the American Enterprise Institute and the Brookings Institution, Washington, D.C., May 13, 1993.

"Executive Privilege in the Reagan Administration."   Presented at the Ninth Presidential Conference - "Ronald Reagan: 40th          President of the United States," Hofstra University Cultural Center, Hempstead, New York, April 22-24, 1993.

"Presidential Exercise of Executive Privilege in the Post-Watergate Presidency."   Presented at the annual meeting of the Southwestern Political Science Association, New Orleans, Louisiana, March 17-20, 1993.

"Professional Objectivity: Where Do Virginia's Political Journalists Draw the Line?"   Presented at the annual meeting of the Southern Political Science Association, Atlanta, Georgia, November 5-8, 1992.

"Executive Prerogative and American Constitutionalism: In Defense of the Lincolnian View."   Presented at the conference, "Lincoln's Life, Times, and Legacy," Louisiana State University, Shreveport, Louisiana, September 17-18, 1992.

"Press Freedom v. Governmental Secrecy in the Persian Gulf War."   Presented at the annual meeting of the Western Political Science Association, March 19-21, 1992, San Francisco, California.

"Press Coverage of a Local Campaign: The 1991 Fairfax County (Virginia) Board of Supervisors Chairman Election."  Presented at the Eighth Citadel Conference on Southern Politics, March 5-6, 1992, Charleston, South Carolina.

"The Press-Presidency Relationship: A Look Inside the Ford and Carter White Houses."  Presented at the White Burkett Miller Center for the Study of the Presidency, February 18, 1992, Charlottesville, Virginia.

"The Dilemma of Executive Privilege."  Presented at the annual meeting of the Southern Political Science Association, November 7-10, 1991, Tampa, Florida.

"The Press Strategies of Presidents Ford, Carter and Reagan." Presented at the annual meeting of the Western Political Science Association, March 21-23, 1991, Seattle, Washington.

"Carter Rehabilitated: What Caused the 39th President's Press Transformation?"  Presented at the Eighth Presidential Conference - "Jimmy Carter: Keeping Faith," November 14-17, 1990, Hofstra University Cultural Center, Hempstead, New York.

"Press Coverage of Abortion and Race in the 1989 Virginia Gubernatorial Campaign."  Presented at the annual meeting of the American Political Science Association, August 30 - September 2, 1990, San Francisco, California.

"So Who Changed?  Jimmy Carter or the Press?"  Presented at the annual meeting of the Western Political Science Association, March 20-22, 1990, Long Beach, California.

"Local v. National Press Assessments of Virginia's 1989 Gubernatorial Campaign."  Presented at the Seventh Citadel Conference on Southern Politics, March 9-10, 1990, Charleston, South Carolina.

"Presidential Journalism During the Ford-Carter Years."  Presented at the annual meeting of the American Political Science Association, August 29 - September 1, 1989, Atlanta, Georgia.

"In Defense of President Ford's Pardon of Richard M. Nixon."  Presented at the Seventh Presidential Conference - "Gerald R. Ford: Restoring the Presidency," April 6-8, 1989, Hofstra University Cultural Center, Hempstead, New York.

"Presidential Prerogative During Wartime and the Public's 'Right-to-Know.'"  Presented at the annual meeting of the American Political Science Association, September 1-4, 1988, Washington, D.C.

"President Nixon's Conception of Executive Privilege: Defining the Scope and Limits of Executive Branch Secrecy."  Presented at the Sixth Presidential Conference - "Richard Nixon: A Retrospective on His Presidency," November 19-21, 1987, Hofstra University Cultural Center, Hempstead, New York.

## Media Appearances/Interviews

National/International.   PBS "Jim Lehrer News Hour", ABC "Nightline," ABC "World News Tonight," ABC "World News Sunday," ABC "Good Morning America", NBC "Today Show," NBC "Nightly News," CBS "Evening News," CNN "Inside Politics," CNN "Headline News," NPR "All Things Considered," BBC, CBC, Reuters, Reuters America TV, Associated Press, Knight-Ridder, Bloomberg News, Gannet News Service, Scripps-Howard News Service, Pacifica Radio News, ABC Radio, CBS Radio, NBC Radio, Congressional Quarterly Weekly Report, National Journal, Legal Times, National Law Journal, The Hill, Lingua Franca, New York Times, Washington Post, Wall Street Journal, L.A. Times, Boston Globe, Chicago Tribune, Milwaukee Journal, St. Petersburg Times, San Francisco Chronicle, Houston Chronicle, Newsday, Charlotte Observer, Atlanta Journal & Constitution, Philadelphia Inquirer, Minneapolis Tribune, Detroit News, U.S. News & World Report, London Independent, London Financial Times, Toronto Globe & Mail, Le Presse, Tokyo Shinbun, National Post of Canada, New Republic, National Review, Education Week, American Prospect, among many others.

## GRANTS

2012-2013: $262,000 – U.S. State Department. Co-directed a six weeks study program at GMU for students from Kazakhstan, Libya and Mongolia.

2009: $160,000 - U.S. State Department/Academy for Educational Development, "Studies of U.S. Institutes: China 30X30". Co-directed three-week study program at GMU for thirty undergraduate students from China.

## Academic Awards and Fellowships

GMU School of Public Policy Alumni Association Outstanding Faculty Member (2010)
American University School of Public Affairs Outstanding Scholar Award (1997-1998)
Nominee, State Council of Higher Education Outstanding Teacher Award (1994-1995)
Dirksen Congressional Center Grant (1995)
Earhart Foundation Grant (1994)
Lynde and Harry Bradley Foundation Fellowship (1992)
National Endowment for the Humanities Summer Fellowship (1991)
American Political Science Association Small Research Grant (1994-1995) and (1989-1990)
Gerald R. Ford Foundation Fellowship (1989-1990)

## Manuscript Reviewer

American Journal of Political Science, Polity, Political Research Quarterly, Presidential Studies Quarterly, Social Science Quarterly, Congress & the Presidency, State and Local Government Review, PS: Political Science and Politics, Harvard International Journal of Press/Politics, Political Communication, Political Methodology, Southeastern Political Review, Journal for the Scientific

Study of Religion, Sociology of Religion, University of Michigan Press, Peacock Publishers, University Press of Kansas, Harper-Collins Publishers, Texas A&M University Press, Rowman & Littlefield, McGraw-Hill, Prentice-Hall, Congressional Quarterly Press, among many others.

**Professional Associations and Service**

Co-editor of Palgrave MacMillan Press book series on religion and politics (2012-present)
Co-editor of Georgetown University Press series on religion and politics (2003-2012)
Academic Advisory Board, Campaign Finance Institute (2000-2014)
Council, Presidency Research Group of APSA (1998-2001)
Editorial Board member, International Journal of Political Science & Diplomacy (2016-present)
Editorial Board member Anthenaeum: Polish Political Science Studies (2011-present)
Editorial Board member, Journal of Political Marketing (2000-present)
Editorial Board member, PS: Political Science and Politics (1994-1997)
Executive Council: National Capitol Area Political Science Association (1995-1998)
Committee: Gerald R. Ford Award for Distinguished Reporting on the Presidency (1995-present)
Board member, Institute for Leadership, Hampden-Sydney College (1996-2000)

**Courses Taught**

Undergraduate:  Presidency; Congress; Presidency & Congress; Separation of Powers; Media & Politics; Introduction to American Government; Public Policy; Introduction to Political Science; Graduate: Congress; Presidency & Congress; Legislative-Executive Relations; Media & Congress; Media and Politics; Media and Public Policy; Graduate Introduction to American Politics; Theory and Practice in Public Policy; Governance and the Policy Process; US National Institutions; Religion and Public Policy.

**Education**

Ph.D., 1987, University of Virginia (Politics)
M.A., 1983, University of Virginia (Public Administration)
B.A., 1982, Eisenhower College (Political Science)


Visiting Appointment

Visiting professor of global studies, Akita International University, June 2015, Akita, Japan. Taught seminar on religion and U.S. government and politics.

JONATHAN DAVID SHAUB

---

ACADEMIC APPOINTMENTS

---

**UNIVERSITY OF KENTUCKY J. DAVID ROSENBERG SCHOOL OF LAW**
*Assistant Professor of Law*, Fall 2020 – present
> Classes Taught: Constitutional Law I & II, Federal Courts, Presidential and Executive Power; Law & Inequality (co-taught)

> Committees & Service: Curriculum, Appointments & Clerkship Committees

PUBLICATIONS AND WORKS IN PROGRESS

---

*What the January 6 Investigation Taught Us About Executive Privilege*, 38 CONST. COMM. ___ (2023) (in progress – invited submission)

*There Is No Presidential Communications Privilege* (in progress)

*Interbranch Cases in Equity*, 25 U. PENN. J. CONST. L. ___ (2023) (forthcoming)

*The Executive's Privilege*, 70 DUKE L.J. 1 (2020)

*Expatriation Restored*, 55 HARV. J. LEGIS. 363 (2018)

*Delegation Enforcement by State Attorneys General*, 52 U. RICH. L. REV. 653 (2018)

*Children's Freedom of Speech and Expressive Maturity*, 36 LAW & PSYCHOL. REV. 191 (2012)

*A Positive Theory and Empirical Analysis of Strategic Word Choice in District Court Opinions*, 4 J. LEGAL ANALYSIS 407 (2012) (with Rachael Hinkle, Andrew Martin, & Emerson Tiller)

Note, *A Foucauldian Call for the Archaeological Excavation of Discourse in the Post-*Boumediene *Habeas Litigation*, 105 NW. U. L. REV. 869 (2011)

SELECTED PRESENTATIONS AND ONLINE CONTRIBUTIONS

---

"Executive Privilege Is Lawless," *The Atlantic* (Jan. 20, 2022), https://www.theatlantic.com/ideas/archive/2022/01/executive-privilege-does-not-have-to-be-lawless/621315/

"The Jan. 6 Committee Should Take Its Time With Mark Meadows," *Lawfare* (Nov. 2, 2021 1:07 PM), https://www.lawfareblog.com/jan-6-committee-should-take-its-time-mark-meadows

"Executive Privilege and the Jan. 6 Investigation," *Lawfare* (Sept. 29, 2021 8:01 AM), https://www.lawfareblog.com/executive-privilege-and-jan-6-investigation

"Why the McGahn Agreement is a Devastating Loss for Congress," *Lawfare* (May 19, 2021 11:47 AM), https://www.lawfareblog.com/why-mcgahn-agreement-devastating-loss-congress

"The D.C. Circuit Got History Wrong in its McGahn Decision,", *Lawfare*, (Sept. 3, 2020 10:10 AM), https://www.lawfareblog.com/dc-circuit-got-history-wrong-its-mcgahn-decision

"Executive Privilege Should Have No Power When It Comes to an Impeachment," *The Atlantic*, (Nov. 15, 2019), https://www.theatlantic.com/ideas/archive/2019/11/no-executive-privilege-in-impeachment/602044

"The Prophylactic Executive Privilege," *Lawfare Blog* (June 14, 2019 5:18 PM), https://www.lawfareblog.com/prophylactic-executive-privilege

"Testimonial Immunity, Executive Privilege and the President's Authority Over Former Officials," *Lawfare Blog* (May 22, 2019 6:34 PM), https://www.lawfareblog.com/testimonial-immunity-executive-privilege-and-presidents-authority-over-former-officials

"What Is a 'Protective' Assertion of Executive Privilege?" *Lawfare Blog* (May 8, 2019 8:23 PM), https://www.lawfareblog.com/what-protective-assertion-executive-privilege

"Executive Privilege and Compelled Testimony of Presidential Advisers: Don McGahn's Dilemma," *Lawfare Blog* (May 3, 2019 10:04 AM), https://www.lawfareblog.com/executive-privilege-and-compelled-testimony-presidential-advisers-don-mcgahns-dilemma

"'Masters from Two Equal Branches of Government': Trump and Congress Play Hardball," *Lawfare Blog* (Apr. 27, 2019 10:00 AM), https://www.lawfareblog.com/masters-two-equal-branches-government-trump-and-congress-play-hardball

Presentation: *Ideology and Linguistic Markers in Supreme Court Majority Opinions* at "Text Analysis and Law Conference," Northwestern University Kellogg School of Management, April. 2019

"Hoda Muthana and Shamima Begum: Citizenship & Expatriation in the U.S. and U.K.," *Lawfare Blog* (Feb. 25, 2019 9:00 AM), https://www.lawfareblog.com/hoda-muthana-and-shamima-begum-citizenship-and-expatriation-us-and-uk

Presentation: *Delegation Enforcement by State Attorneys General*, at Symposium: "Defining the Constitution's President Through Legal & Political Conflict," University of Richmond School of Law, Oct. 2017

Presentation: *A Positive Theory and Empirical Analysis of Strategic Word Choice in District Court Opinions*, at Positive Political Theory Colloquium, Northwestern Pritzker School of Law, Feb. 2012, and at Conference on Judicial Collegiality: Positive Theories and Empirical Analyses, University of Southern California, Gould School of Law, Nov. 2011

EDUCATION

**NORTHWESTERN PRITZKER SCHOOL OF LAW**
J.D., *magna cum laude*, May 2011

| | |
|---|---|
| *Honors* | John Paul Stevens Award for Academic Excellence (highest GPA in graduating class)<br>Order of the Coif<br>Wigmore Key (graduate most exemplifying law school's traditions)<br>Honors for Senior Research with Professor Martin H. Redish<br>2010 Julius H. Miner Moot Court Semifinalist |
| *Activities* | *Northwestern University Law Review*, Executive Articles Editor, 2010-2011<br>Problem Editor, 2011 Julius H. Miner Moot Court Executive Board |

**BELMONT UNIVERSITY**
M.A., English (Literature & Creative Writing), December 2010 (part-time program)

**VANDERBILT UNIVERSITY**
B.A., Philosophy & Religious Studies (English & Astronomy minors), *magna cum laude*, May 2003

| | |
|---|---|
| *Honors* | Larry Cathey Award (outstanding undergraduate student in Astronomy) |
| *Activities* | Division I-A football (safety); three-year letterman; two-year starter |

CLERKSHIPS AND FELLOWSHIPS

**Office of the Solicitor General, U.S. Department of Justice**, Washington, DC
*Bristow Fellow*, July 2012 to July 2013

**Honorable Paul V. Niemeyer, U.S. Court of Appeals for the Fourth Circuit**, Baltimore, MD
*Law Clerk*, August 2011 to July 2012

OTHER LEGAL EXPERIENCE

**Office of the Tennessee Attorney General**
*Assistant Solicitor General*, August 2017 to June 2020

**Office of Legal Counsel, U.S. Department of Justice**, Washington, DC
*Attorney-Adviser*, July 2014 to June 2017
   ➢ 2016 John Marshall Award recipient (highest award given to attorneys) in 2016
   ➢ Held TS/SCI security clearance

**Hogan Lovells US LLP**, Washington, DC
*Associate*, Appellate & Supreme Court Litigation, September 2013 to July 2014

ADMISSIONS

| | |
|---|---|
| Tennessee, 2017 | U.S. Court of Appeals, Sixth Circuit 2018 |
| Illinois, 2012 | U.S. Court of Appeals, D.C. Circuit 2013 |
| U.S. Supreme Court, 2017 | U.S. Court of Appeals, Fourth Circuit, 2012 |
| U.S. District Court, Middle District TN 2019 | U.S. District Court, District of MD, 2011 |

**Mitchel A. Sollenberger**
msollenb@umich.edu

---

## Education

**Ph.D.**   Catholic University; Politics; September 2006; Awarded with Distinction

**M.A.**   Catholic University; Politics; December 2001 (American Politics)

**B.A.**   Fairfield University; Politics; May 2000 (Minors: Legal Studies and Philosophy)

---

## Professional Experience

*Associate Provost of Undergraduate Education and Student Success*, University of Michigan-Dearborn, February 2018-Present

*Interim Vice Provost of Enrollment Management*, University of Michigan-Dearborn, June 2019-August 2019

*Associate Provost of Undergraduate Programs and Integrative Learning*, University of Michigan-Dearborn, September 2013-January 2018

*Interim Director of the Office of Institutional Research*, University of Michigan-Dearborn February 2016-September 2018

*Professor* (with tenure), University of Michigan-Dearborn
September 2016-Present

*Associate Professor* (with tenure)*,* University of Michigan-Dearborn
September 2012-August 2016

*Assistant Professor,* University of Michigan-Dearborn
September 2008-August 2012

*Visiting Assistant Professor* and *Undergraduate Director*, George Mason University
August 2007-August-2008

*Instructor*, Bowling Green State University
August 2006-May 2007

*Analyst in American National Government*, Congressional Research Service
April 2001-September 2004

---

## Authored Books

*The Unitary Executive Theory: A Danger to Constitutional Government* (University Press of Kansas, 2020) (With Jeff Crouch and Mark J. Rozell)

*Executive Privilege: Presidential Power, Secrecy, and Accountability* (University Press of Kansas, 2020) (With Mark J. Rozell)

*The President's Czars: Undermining Congress and the Constitution* (University Press of Kansas, 2012) (With Mark J. Rozell)

*Judicial Appointments and Democratic Controls* (Carolina Academic Press, 2011)

*The President Shall Nominate: How Congress Trumps Executive Power* (University Press of Kansas, 2008)

---

## Articles

"The Unitary Executive Theory and President Donald J. Trump," *Presidential Studies Quarterly*, vol. 47, Sept. 2017 (With Jeffrey Crouch and Mark J. Rozell)

"Presidential Studies, Behavioralism, and Public Law," *Presidential Studies Quarterly*, vol. 44, Dec. 2014

"The Origins and Development of Executive Branch Czars," *Journal of Policy History,* vol. 25, Fall 2013 (With Mark J. Rozell)

"President Obama's Signing Statements and the Expansion of Executive Power," *Presidential Studies Quarterly,* vol. 43, Dec. 2013 (With Jeff Crouch and Mark Rozell)

"Louis Fisher: Government and the Academy," *Political Science & Politics*, vo. 46, July 2013

"Obama's Executive Branch Czars: The Constitutional Controversy and a Legislative Solution," *Congress & the Presidency,* vol. 29, Jan.-April 2012 (With Mark J. Rozell)

"Prerogative Power and Executive Branch Czars: President Obama's Signing Statement," *Presidential Studies Quarterly*, vol. 41, December 2011 (With Mark J. Rozell)

"The Blue Slip: A Theory of Unified and Divided Government," *Congress & the Presidency*, vol. 37, May-August 2010

"Statutory Qualifications on Appointments: Congressional and Constitutional Choices," *Public Administration Quarterly*, vol. 34, summer 2010

"Executive Privilege: The Bush Record and Legacy," *American Review of Politics*, vol. 29, fall 2008 (With Mark J. Rozell)

"Executive Privilege and U.S. Attorneys' Firings," *Presidential Studies Quarterly*, vol. 38, June 2008 (With Mark J. Rozell) Republished in *Understanding the Presidency*, James P. Pfiffner and Roger H. Davidson eds. (Longman, 6th edition, 2010)

"Executive Privilege and the Bush Administration," *Journal of Law & Politics*, vol. 24, winter 2008 (With Mark J. Rozell)

"The President 'Shall Nominate': Exclusive or Shared Constitutional Power?" *Presidential Studies Quarterly*, vol. 36, December 2006

"Must the Senate Take a Floor Vote on a Presidential Judicial Nominee?" *Presidential Studies Quarterly*, vol. 34, June 2004

---

**Book Chapters**

"Michigan's Governor and Executive Branch," in John S. Klemanski and David A. Dulio, eds., *Michigan Government, Politics and Policy* (University of Michigan Press, 2017)

"The Power to Advise and Consent," in Brien Hallett, ed., *The Powers of U.S. Congress: Where Constitutional Authority Begins and Ends* (ABC-CLIO, 2016)

"Presidential and Congressional Relations: An Evolution of Military Appointments," in Colton Campbell and David Auerswald eds., *Congress and Civil-Military Relations* (Georgetown University Press, 2015)

"Resolved, Presidential 'Czars' Undermine Congress and the Constitution," in Richard J. Ellis and Michael Nelson, eds., *Debating the Presidency: Conflicting Perspectives on the American Executive* (CQ Press 2014) (With Mark J. Rozell)

"The Unitary Executive Theory and the Bush Legacy" in *Taking the Measure: The Presidency of George W. Bush*, Donald R. Kelley and Todd G. Shields, eds. (Texas A&M University Press, 2013) (With Mark J. Rozell)

"The Unitary Executive and Secrecy in the Bush Presidency: The Case of the Energy Task Force Controversy" in *The Unitary Executive and the Modern Presidency,* Ryan Barilleaux and Christopher Kelly eds. (Texas A&M University Press, 2010) (With Mark J. Rozell)

"Beyond The Watergate Taint II: George W. Bush, Barack Obama, and the Growing Discord Over Executive Privilege" in *Executive Privilege: Presidential Power, Secrecy, and Accountability* (University Press of Kansas, 2010) (With Mark J. Rozell)

"Executive Privilege and U.S. Attorneys' Firings," in *Understanding the Presidency*, James P. Pfiffner and Roger H. Davidson eds. (Longman, 6th edition, 2010) (With Mark J. Rozell)  First published in *Presidential Studies Quarterly*, vol. 38, June 2008

"Executive Privilege: The Bush Record and Legacy," in *Testing the Limits: George W. Bush and the Imperial Presidency*, Mark J. Rozell and Gleaves Whitney, eds. (Rowman & Littlefield, 2009) (With Mark J. Rozell)

"Executive Privilege and the Unitary Executive Theory in the George W. Bush Administration," in *Rivals for Power*, James Thurber, ed. (Rowman & Littlefield, 2009) (With Mark J. Rozell)

"Reagan and the Courts" in *The Reagan Presidency*, Paul Kengor, ed. (Rowman & Littlefield, 2005) (With Jack Rossotti and Mark J. Rozell)

---

**Additional Writings**

"President Biden: Open the White House virtual visitor logs: Campaign promises of improving transparency have yet to fully materialize," *Roll Call*, April 2, 2021 (With Mark J. Rozell)

"How Biden can end executive order ping-pong," *The Hill*, January 20, 2021 (With Jeffrey Crouch and Mark J. Rozell)

"A Judicial Win for Executive Privilege, Not Transparency," *The Hill*, September 23, 2020 (With Mark J. Rozell)

"A Supreme Court Compromise? How Republicans and Democrats could fairly fill Ruth Bader Ginsburg's seat," *New York Daily News*, September 22, 2020 (With Mark J. Rozell)

"Does the country need a coronavirus testing czar? Not really," *The Hill*, April 25, 2020 (With Mark J. Rozell)

"Can Executive Privilege Prevent Bolton's Testimony," *Law & Liberty*, Jan. 21, 2020 (With Mark J. Rozell)

"Trump's Executive Privilege Claims: Where we go from here," *New York Daily News*, May 13, 2019 (With Mark J. Rozell)

"Congress is Right to Probe Trump White House Security Clearances. Hand Over the Documents," *USA Today*, March 24, 2019 (With Mark J. Rozell).

"Why Trump Can't Bury the Mueller Report by Claiming Executive Privilege." *New York Daily News*, February 21, 2019 (With Mark J. Rozell).

"Open all the Trump visitor logs, starting with the White House." *USA Today*, Aug. 1, 2017 (With Mark J. Rozell).

Book review of Nathan B. Oman's "The Dignity of Commerce: Markets and the Moral Foundations of Contract Law," *Choice*, September 2017.

"Mr. President: Cooperation with Russian Investigation is your best Play," *The Hill*, May 26, 2017 (With Mark J. Rozell)

Book review of William E. Leuchtenburg's "The American President: From Teddy Roosevelt to Bill Clinton," *Indiana Magazine of History*, May 2017, pp. 96-98.

"Presidential Secrecy and Transparency in the Age of Trump." *The Hill*, Jan. 17, 2017 (With Mark J. Rozell)

Book review of Ken Gormley's "The Presidents and the Constitution: A Living History," *Choice*, October 2016.

"Policy Czars Already Have Too Much Power. Trump Would Make That Worse." *Washington Post: In Theory*, March 30, 2016 (With Mark. J. Rozell)

"Taking Executive Privilege Too Far," *The Hill*, Feb. 16, 2016 (With Mark J. Rozell)

"Presidents and Executive Privilege," in Melvin Dubnick and Domonic Bearfield, eds., *Encyclopedia of Public Administration and Public Policy* (In press) (With Mark J. Rozell)

Book review of Heidi Kitrosser's "Reclaiming Accountability: Transparency, Executive Power, and the U.S. Constitution," *Choice*, September 2015

Book review of Thomas E. Brennan's "The Article V Amendatory Constitutional Convention: Keeping the Republic in the Twenty-First Century," *Choice*, May 2015

"Why Congress Needs to Keep Up Heat on Clinton Emails," *The Hill,* March 20, 2015 (with Mark J. Rozell)

"Obama: The Art of Disguised Unilateralism," *The Hill*, Dec. 23, 2014 (with Mark J. Rozell)

"An Ebola Czar? Not So Fast," *The Hill*, Oct. 17, 2014 (with Mark J. Rozell)

"Brief For *Amici Curiae* Former U.S. Government Officials in Support of Respondent," in the U.S. Supreme Court case of *Department of Homeland Security v. Robert J. MacLean*, Sept. 29, 2014 (With Marion E. Bowman, Teresa C. Chambers, Lou Fisher, Michael German, Lisa Graves, Lawrence Korb, J. William Leonard, Patrice McDermott, Mandi Murray, Molly Bishop Shadel, Bryan Siebert, and Andrew Wright)

"Another White House-Congress Collision Course?" *The Hill*, July 21, 2014 (with Mark J. Rozell)

"An Executive Privilege Gone Too Far," *The Hill*, June 19, 2014 (with Mark J. Rozell)

Book review of John Prados's "The Family Jewels: the CIA, Secrecy, and Presidential Power," *Choice*, June 2014

Book review of J. David Alvis, Jeremy D. Bailey, and F. Flagg Taylor IV's "The Contested Removal Power, 1789-2010," *Congress & the Presidency*, vol. 41, summer 2014

"If It's Executive Privilege, Then Say So," *The Hill*, March 20, 2014 (with Mark J. Rozell)

"The President's Strained Argument for Privilege," *Roll Call*, March 13, 2014 (With Mark J. Rozell)

Book review of Louis Michael Seidman's "On Constitutional Disobedience," *Choice*, Dec. 2013

"Obama Administration Needs to Renew its Pledge to Greater Transparency," *The Hill*, Nov. 21, 2013 (with Mark J. Rozell)

"Park Testimony Was Critical to Tamp Down Interbranch Acrimony," *Roll Call*, Nov. 15, 2013 (with Mark J. Rozell)

Book review of Brien Hallett's "Declaring War: Congress, the President, and What the Constitution Does Not Say," *Choice*, Sept. 2013

"'Fast and Furious' Requires a Judicial Resolution," *The Hill*, June 5, 2013 (with Mark J. Rozell)

"A Review of 'Presidential Term Limits in American History: Power, Principles & Politics,'" *Congress & the Presidency*, vol. 40, winter 2013

"Time To Compromise on Fast and Furious Resolution?" *Roll Call*, Jan. 3, 2013 (with Mark J. Rozell)

"Presidential 'Czars': A Constitutional Aberration." *History News Network*, Oct. 29, 2012 (with Mark J. Rozell)

"Why Stonewall Congress in Fast and Furious Scandal?" *CNN*, June 28, 2012 (with Mark J. Rozell)

"Obama's Unconvincing Claim of Executive Privilege," *New York Daily News*, June 21, 2012 (with Mark J. Rozell)

"No Choice: Contempt for Eric Holder," *Roll Call*, June 11, 2012 (with Mark J. Rozell)

"Obama's Transparency Is Only a Masquerade," *Roll Call*, April 19, 2012 (with Mark J. Rozell)

"Obama Mirrors Bush in Signing Statements," *Roll Call*, Jan. 19, 2012 (with Jeffrey Crouch and Mark J. Rozell)

"Presidential Records Plan Sets a Worrisome Precedent," *Roll Call*, Nov. 28, 2011 (with Mark J. Rozell)

"No Executive Privilege for Obama's BlackBerry," *Roll Call*, Oct. 24, 2011 (with Mark J. Rozell)

"Obama Must Fulfill Transparency Promise," *Roll Call*, Oct. 5, 2011 (with Mark J. Rozell)

"Obama's Promises Not Kept," *Politico*, April 29, 2011 (with Mark J. Rozell)

"Congress Should Deal With Unchecked Czars," *Roll Call*, Feb. 1, 2011 (with Mark J. Rozell)

"Senate Needs Full Access to Kagan Files," *Roll Call*, June 21, 2010 (with Mark J. Rozell)

"Administration Jeopardizes Open Government," *Roll Call*, May 3, 2010 (with Mark J. Rozell)

"Congress, 1784-1840," in the *Encyclopedia of U.S. Political History*, Michael A. Morrison ed., vol. 2 (Washington, DC: CQ Press, 2010) (with Kyle Barbieri)

"State-Federal Relations, 1976-2008," in the *Encyclopedia of U.S. Political History,* Richard Valelly ed., vol. 7 (Washington, DC: CQ Press, 2010) (with Kyle Barbieri)

"Beware of the Collapse of the 'Open Presidency,'" *Roll Call*, Oct. 29, 2009 (With Mark J. Rozell)

"Georgia's Influence on the U.S. Senate's Customs and Procedures: A Reassessment of the Rejection of Benjamin Fishburn and the Origin of Senatorial Courtesy," *Georgia Historical Quarterly*, summer 2009

"Congress Needs to Reassert Its War Powers," *Roll Call*, March 17, 2009.

"End the Nonsense, Make Rove Testify," *Politico*, March 6, 2009 (With Mark J. Rozell)

"Taking Executive Privilege to Absurd Levels?" *Roll Call*, Feb. 6, 2009 (With Mark J. Rozell)

"Obama Opens the Books," *Politico*, Feb. 2, 2009 (With Mark J. Rozell)

Amicus Brief filed in the case of *Committee on the Judiciary v. Harriet Miers, et al.,* Civil No. 1:08-cv-00409 (D.D.C. 2008) (With Thomas E. Mann, Norman J. Ornstein, and Mark J. Rozell)

"Alex Kozinski," in *Great American Judges,* John Vile ed. (ABC-CLIO, 2003)

---

**Teaching Experience**

*Undergraduate Courses*: Constitutional Law I (fall 2006, winter 2009, winter 2011, fall 2013), Constitutional Law II (spring 2007, fall 2009, fall 2010, winter 2013), Constitution and National Security (fall 2010, winter 2012), Introduction to American Politics (two courses, fall 2006; two courses, spring 2007; two courses, fall 2008; winter 2009; fall 2009, winter 2010, fall 2010, winter 2011, winter 2012, fall 2012, winter 2013), Judicial Process (fall 2006, fall 2007, spring 2008, fall 2008, summer 2012), Media and Politics (TA, spring 2003), The American Chief Executive/Presidency (fall 2009, fall 2012)

*Graduate Courses*: Administrative Law (spring 2007, winter 2010, winter 2011, winter 2012, winter 2013)

---

**Conferences and Presentations**

"Executive Privilege in the Trump Presidency," Paper presented at the 2019 Annual Meeting of the American Political Science Association Conference, August 31, 2019, Washington, DC (with Mark Rozell)

"Unitary Executive and Theories of Executive Power," Paper presented at the 2017 Annual Meeting of the Southern Political Science Association Conference, January 12-14, 2017, New Orleans, LA (with Jeff Crouch and Mark J. Rozell)

"President Obama's Signing Statements and the Unitary Executive Theory." Paper presented at the 2012 Annual Meeting of the Southern Political Science Association Conference, January 12-14, 2012, New Orleans, LA (with Jeff Crouch and Mark J. Rozell).

"The Unitary Executive Theory and the Bush Legacy." Paper presented at the Fulbright Institute conference on the George W. Bush presidency, University of Arkansas, April 20-22, 2011, Fayetteville, AR.

"Executive Privilege and the Unitary Executive Theory." Paper presented at the Southern Political Science Association Annual Conference, January 8, 2009, New Orleans, LA.

"The George W. Bush Legacy." Roundtable participant at the Southern Political Science Association conference, January 8, 2009, New Orleans, LA.

"Executive Privilege: Bush and Presidential Secrecy." Paper presented at the Hauenstein Center for Presidential Studies conference "Bush: Legacy & Lessons." Grand Valley State University, November 14, 2008, Grand Valley, MI. (Conference repeated in Washington, DC on Dec. 12, 2008).

"Boumediene and the War on Terror." Roundtable participant at the Michigan Conference of Political Scientists, Eastern Michigan University, October 17, 12008, Ypsilanti, MI.

"Polarization of the Federal Appointment Process." Presentation at the Washington Program, American University, February 12, 2008, Washington, DC.

---

**University and Professional Service**

Member, Political Science program review/self-study committee, Fall 2019-Winter 2020.

Panelist, "Presidential Power in the Age of Impeachment," UMD, CASL, Political Science Faculty Forum on President Donald Trump's Impeachment, Dec. 3, 2019

Panelist, "President Trump: How I Learned to Stop Worrying and Love the Craziness," UMD, Retired Faculty and Staff Association, 2016 Election Assessment, Oct. 11, 2017

Panelist, "Presidential Power and the Election," UMD, Retired Faculty and Staff Association, 2016 Election Analysis, Oct. 12, 2016

Panelist, "Supreme Court Nomination's Impact on the Election and Donald Trump," UMD, CASL, Political Science Faculty Forum on 2016 Presidential Election, March 30, 2016

Reviewer, *Administration & Society (2012), American Journal of Political Science (2013), Journal of Law and Courts (2012), Journal of Policy History (2013), Legislative Studies Quarterly (2010), National Science Foundation (2011), Oxford University Press (2012), Political Research Quarterly (2011), Presidential Studies Quarterly (2012 & 2008), University Press of Kansas (2013) and University of Wisconsin Press (2012)*

Political Science Discipline Representative, Social Sciences Department Executive Council, UMD, CASL, September 2012-August 2013

Member, PEP Founders Committee (Best Conf. Paper by Ph.D. Scholar for 2012-2013), APSA, Presidency Section, Sept. 2012-March 2013

Member, College of Education, Health, and Human Services By-Laws Committee, UMD, Provost Office, Feb. 2013-June 2013

Member, Curriculum Committee, UMD, CASL, March-April 2013

Chair, Environmental Politics Search Committee, UMD, Political Science Discipline, Sept. 2012-Nov. 2012

Panelist, "The Election and National Security," UMD, CASL, Political Science Faculty Forum on 2012 Presidential Election, Oct. 24, 2012

Reviewer, Wayne State University's Master of Law in United States Law, UMD, Provost Office, May 2012

Panelist, Best Practices in the Development and Teaching of Hybrid Graduate Programs, UMD, CASL, April 1, 2011

Representative-At-Large, Social Sciences Department Executive Council, UMD, CASL, 2010-2012

Panelist, "Is the Health Care Law Constitutional?" UMD, CASL, Faculty Forum on Health Care Reform, April 16, 2010.

Member, 50 Difference Makers Award Committee, UMD, CASL, Feb. 2010

Panelist, "Obama at 1: Transition to Governance," UMD, Political Science Faculty Forum, Jan. 14, 2010

Committee member, MPP Five Year Review, UMD, fall 2009-winter 2010

Panelist, Amnesty International Anti-Discrimination Seminar, "Citizenship and the Constitution," UMD, Dec. 10, 2009

Co-Director, Social Sciences Research Colloquium, UMD, September 2008-2009

Faculty Advisor, College Republicans, UMD, September 2008-September 2010

Panelist, "The Future of the Courts," UMD, CASL, Faculty Forum on the Presidential Election, fall 2008

Faculty Advisor, Law Society, BGSU, fall 2006-spring 2007

Panelist, Law Society, "Homosexual Rights," BGSU, spring 2007

Panelist, Constitution Day Panel Discussion, "Domestic Wiretapping: Liberty vs. Security," BGSU, fall 2006

_____

**Professional Memberships**

American Political Science Association; Law and Courts (Organized section in APSA); American Society for Legal History; American Judicature Society; Supreme Court Historical Society