IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

DONALD J. TRUMP,

                          *Plaintiff*     No. 9:22-cv-81294-AMC

v.

UNITED STATES OF AMERICA,

                          *Defendant*

## ORDER

This matter **COMES NOW** before the Court on Mr. Patel's Motion to Alter or Amend Judgment at Dkt. 30, under Fed. R. Civ. P. 59(e), or Motion for Relief from Judgment or Order at Dkt. 30, under Fed. R. Civ. P. 60, and the following is **ORDERED**:

[ ] Mr. Patel's Motion for Intervention is **GRANTED**.

    [ ] The Intervention is one of right under Fed. R. Civ. P. 24(a).

    [ ] The Intervention is permissive under Fed. R. Civ. P. 24(b).

[ ] Mr. Patel's Motion for Leave to Proceed In Forma Pauperis is **GRANTED**.


SO ORDERED this _____ day of _____, 2022

                                                               AILEEN M. CANNON
                                                   United States District Judge

Distribution to all attorneys and *pro se* litigants of record.

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Proposed Order on 08/29/2022 to below individuals via e-mail:

**James M. Trusty**
IFRAH, PLLC
1717 Pennsylvania Ave, NW, Suite 650
Washington, DC 20006
202-852-5669
Email: jtrusty@ifrahlaw.com

**Lindsey Halligan**
511 SE 5th Avenue
Fort Lauderdale, Florida 33301
720-435-2870
Email: lindseyhalligan@outlook.com

**M. Evan Corcoran**
Silverman, Thompson, Slutkin, & White, LLC
400 East Pratt Street, Suite 900
Baltimore, MD 21230
410-385-2225
ecorcoran@silvermanthompson.com

**Juan Antonio Gonzalez**
UNITED STATES ATTORNEY
99 NE 4th Street, 8th Floor
Miami, Fl 33132
Telephone: (305) 961-9001
Email:
juan.antonio.gonzalez@usdoj.gov

**Jay I. Bratt, Chief**
Counterintelligence & Export Control Section Nat'l Security Div.
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
(202) 233-0986
jay.bratt2@usdoj.gov

Dated: August 29, 2022

Respectfully submitted,

/s/ Raj Patel
T.E., T.E. Raj K. Patel (*Pro Se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live