# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 22-CV-81294-CANNON**

**DONALD J. TRUMP,**

Plaintiff,

v.

**UNDER SEAL AND *EX PARTE***

**UNITED STATES OF AMERICA,**

Defendant.
______________________________/

**DETAILED PROPERTY INVENTORY**
**PURSUANT TO COURT'S PRELIMINARY ORDER**

| Item #1 – Documents from Office |
| --- |
| 1 US Government Document with SECRET Classification Markings |
| 2 US Government Documents/Photographs without Classification Markings |

| Item #2 – Box/Container from Office |
| --- |
| 99 Magazines/Newspapers/Press Articles and Other Printed Media dated between 01/2017-10/2018 |
| 2 US Government Documents with CONFIDENTIAL Classification Markings |
| 15 US Government Documents with SECRET Classification Markings |
| 7 US Government Documents with TOP SECRET Classification Markings |
| 69 US Government Documents/Photographs without Classification Markings |
| 43 Empty Folders with "CLASSIFIED" Banners |
| 28 Empty Folders Labeled "Return to Staff Secretary/Miliary Aide" |

| Item #3 – Documents from Office |
| --- |
| 2 US Government Documents/Photographs without Classification Markings |

| Item #4 – Documents from Office |
| --- |

| |
|---|
| 26 Magazines/Newspapers/Press Articles and Other Printed Media dated between 01/2020-11/2020 |
| 1 US Government Document with CONFIDENTIAL Classification Markings |
| 1 US Government Documents with SECRET Classification Markings |
| 357 US Government Documents/Photographs without Classification Markings |

| Item #5 – Documents from Office |
|---|
| 396 US Government Documents/Photographs without Classification Markings |

| Item #6 – Documents from Office |
|---|
| 640 US Government Documents/Photographs without Classification Markings |

| Item #7 – Documents from Office |
|---|
| 1 US Government Document/Photograph without Classification Markings |

| Item #8 – Box/Container from Storage Room |
|---|
| 68 Magazines/Newspapers/Press Articles and Other Printed Media dated between 10/2015-05/2017 |
| 1 Article of Clothing/Gift Item |
| 1 Book |
| 2 US Government Documents/Photographs without Classification Markings |

| Item #9 – Box/Container from Storage Room |
|---|
| 91 Magazines/Newspapers/Press Articles and Other Printed Media dated between 01/2019-09/2020 |
| 1 Article of Clothing/Gift Item |
| 65 US Government Documents/Photographs without Classification Markings |

| Item #10 – Box/Container from Storage Room |
|---|
| 30 Magazines/Newspapers/Press Articles and Other Printed Media dated between 10/2008-12/2019 |
| 11 US Government Documents with CONFIDENTIAL Classification Markings |
| 21 US Government Documents with SECRET Classification Markings |

| |
|---|
| 3 Articles of Clothing/Gift Items |
| 1 Book |
| 255 US Government Documents/Photographs without Classification Markings |

| Item #11 – Box/Container from Storage Room |
|---|
| 116 Magazines/Newspapers/Press Articles and Other Printed Media dated between 06/2019-08/2020 |
| 8 US Government Documents with CONFIDENTIAL Classification Markings |
| 1 US Government Document with SECRET Classification Markings |
| 2 US Government Document with TOP SECRET Classification Markings |
| 104 US Government Documents/Photographs without Classification Markings |

| Item #12 – Box/Container from Storage Room |
|---|
| 39 Magazines/Newspapers/Press Articles and Other Printed Media dated between 01/2017-03/2020 |
| 71 US Government Documents/Photographs without Classification Markings |

| Item #13 – Box/Container from Storage Room |
|---|
| 62 Magazines/Newspapers/Press Articles and Other Printed Media dated between 09/2018 -08/2019 |
| 2 US Government Documents with CONFIDENTIAL Classification Markings |
| 1 US Government Document with TOP SECRET Classification Markings |
| 1 Article of Clothing/Gift Items |
| 708 US Government Documents/Photographs without Classification Markings |

| Item #14 – Box/Container from Storage Room |
|---|
| 87 Magazines/Newspapers/Press Articles and Other Printed Media dated between 01/2018-11/2019 |
| 2 US Government Documents with CONFIDENTIAL Classification Markings |
| 438 US Government Documents/Photographs without Classification Markings |

| Item #15 – Box/Container from Storage Room |
|---|
| 65 Magazines/Newspapers/Press Articles and Other Printed Media dated between 10/2016-11/2018 |

| |
|---|
| 1 US Government Documents with CONFIDENTIAL Classification Markings |
| 4 US Government Document with SECRET Classification Markings |
| 2 Books |
| 78 US Government Documents/Photographs without Classification Markings |
| 2 Empty Folders with "CLASSIFIED" Banners |
| 2 Empty Folders Labeled "Return to Staff Secretary/Miliary Aide" |

| Item #16 – Box/Container from Storage Room |
|---|
| 76 Magazines/Newspapers/Press Articles and Other Printed Media dated between 11/2017-12/2017 |
| 60 US Government Documents/Photographs without Classification Markings |

| Item #17 – Box/Container from Storage Room |
|---|
| 67 Magazines/Newspapers/Press Articles and Other Printed Media dated between 7/2016 – 3/2017 |
| 5 Articles of Clothing/Gift Items |
| 2 US Government Documents/Photographs without Classification Markings |

| Item #18 – Box/Container from Storage Room |
|---|
| 4 Magazines/Newspapers/Press Articles and Other Printed Media dated between 01/2018 – 12/2019 |
| 1 US Government Document with SECRET Classification Markings |
| 1 Book |
| 1571 US Government Documents/Photographs without Classification Markings |
| 2 Empty Folders Labeled "Return to Staff Secretary/Miliary Aide" |

| Item #19 – Box/Container from Storage Room |
|---|
| 53 Magazines/Newspapers/Press Articles and Other Printed Media dated between 05/2016 – 01/2020 |
| 1 US Government Documents with CONFIDENTIAL Classification Markings |
| 5 Articles of Clothing/Gift Items |
| 236 US Government Documents/Photographs without Classification Markings |

| Item #20 – Box/Container from Storage Room |
|---|

| 121 Magazines/Newspapers/Press Articles and Other Printed Media dated between 08/2017-12/2017 |
|---|
| 16 US Government Documents/Photographs without Classification Markings |

| Item #21 – Box/Container from Storage Room |
|---|
| 2 Magazines/Newspapers/Press Articles and Other Printed Media dated 11/2020 |
| 1406 US Government Documents/Photographs without Classification Markings |

| Item #22 – Box/Container from Storage Room |
|---|
| 109 Magazines/Newspapers/Press Articles and Other Printed Media dated between 06/2020 – 10/2020 |
| 29 US Government Documents/Photographs without Classification Markings |

| Item #23 – Box/Container from Storage Room |
|---|
| 67 Magazines/Newspapers/Press Articles and Other Printed Media dated between 11/2016 – 06/2018 |
| 1 US Government Document with SECRET Classification Markings |
| 1 Book |
| 70 US Government Documents/Photographs without Classification Markings |
| 8 Empty Folders Labeled "Return to Staff Secretary/Miliary Aide" |

| Item #24 – Box/Container from Storage Room |
|---|
| 1 Magazines/Newspapers/Press Articles and Other Printed Media dated circa 2018 |
| 1603 US Government Documents/Photographs without Classification Markings |

| Item #25 – Box/Container from Storage Room |
|---|
| 76 Magazines/Newspapers/Press Articles and Other Printed Media dated between 10/2016 – 11/2017 |
| 1 US Government Documents with CONFIDENTIAL Classification Markings |
| 1 US Government Document with SECRET Classification Markings |
| 20 US Government Documents/Photographs without Classification Markings |
| 1 Empty Folder with "CLASSIFIED" Banner |

| Item #26– Box/Container from Storage Room |
|---|

| |
|---|
| 8 Magazines/Newspapers/Press Articles and Other Printed Media dated between 12/2017 – 3/2020 |
| 3 US Government Document with TOP SECRET Classification Markings |
| 1 Article of Clothing/Gift Items |
| 1 Book |
| 1841 US Government Documents/Photographs without Classification Markings |

| Item #27– Box/Container from Storage Room |
|---|
| 1 Magazines/Newspapers/Press Articles and Other Printed Media dated between 07/2016 – 9/2020 |
| 1 Article of Clothing/Gift Items |
| 23 Books |
| 52 US Government Documents/Photographs without Classification Markings |

| Item #28 – Box/Container from Storage Room |
|---|
| 2 Magazines/Newspapers/Press Articles and Other Printed Media dated between 2/2017 – 3/2017 |
| 2 US Government Documents with CONFIDENTIAL Classification Markings |
| 8 US Government Document with SECRET Classification Markings |
| 4 US Government Document with TOP SECRET Classification Markings |
| 1 Article of Clothing/Gift Items |
| 1 Book |
| 795 US Government Documents/Photographs without Classification Markings |

| Item #29 – Box/Container from Storage Room |
|---|
| 86 Magazines/Newspapers/Press Articles and Other Printed Media dated between 10/1995 – 05/2019 |
| 1 US Government Document with TOP SECRET Classification Markings |
| 35 US Government Documents/Photographs without Classification Markings |

| Item #30 – Box/Container from Storage Room |
|---|
| 29 Magazines/Newspapers/Press Articles and Other Printed Media dated between 05/2020 – 09/2020 |
| 82 US Government Documents/Photographs without Classification Markings |

| Item # 31– Box/Container from Storage Room |
| --- |
| 111 Magazines/Newspapers/Press Articles and Other Printed Media dated between 06/2015 – 04/2019 |
| 41 US Government Documents/Photographs without Classification Markings |

| Item #32 – Box/Container from Storage Room |
| --- |
| 94 Magazines/Newspapers/Press Articles and Other Printed Media dated between 02/2008 – 04/2020 |
| 1 Book |
| 88 US Government Documents/Photographs without Classification Markings |

| Item #33 – Box/Container from Storage Room |
| --- |
| 83 Magazines/Newspapers/Press Articles and Other Printed Media dated between 02/2017 – 02/2018 |
| 1 Book |
| 44 US Government Documents/Photographs without Classification Markings |
| 2 Empty Folders with "CLASSIFIED" Banners |
| 2 Empty Folders Labeled "Return to Staff Secretary/Miliary Aide" |