## APPENDIX:  LIST OF *AMICI*

The *amici* listed below join this brief as individuals; institutional affiliation is noted for informational purposes only and does not indicate endorsement by institutional employers of the positions advocated in this brief.

**Donald B. Ayer** served as Deputy Attorney General at the U.S. Department of Justice ("DOJ")  from 1989 to 1990, Principal Deputy Solicitor General of the United States from 1986 to 1989; and U.S. Attorney for the Eastern District of California from 1981 to 1986. He has argued nineteen cases in the U.S. Supreme Court.

**Gregory A. Brower** has served as Assistant Director for the Office of Congressional Affairs at the Federal Bureau of Investigation, U.S. Attorney for the District of Nevada, and as both General Counsel and Inspector General at the U.S. Government Publishing Office.  He also served five regular sessions in the Nevada Legislature, including as Chair of the Senate Judiciary Committee in 2015.

**John J. Farmer Jr.** has served as an Assistant U.S. Attorney, New Jersey Attorney General, Senior Counsel to the 9/11 Commission, and Dean of Rutgers Law School, and now serves as Director of the Eagleton Institute of Politics.  He has also served on New Jersey's Executive Commission on Ethical Standards, Advisory Committee on Judicial Conduct, and the State Commission of Investigations.

**Stuart M. Gerson** served as Acting Attorney General of the United States during the early Clinton Administration.  He also served as President George H.W. Bush's appointee as Assistant Attorney General for the Civil Division of the DOJ, as an advisor to several presidents, and as an Assistant U.S. Attorney for the District of Columbia from 1972 to 1975.

**Peter D. Keisler** served as Acting Attorney General of the United States during the George W. Bush Administration.  He served as Assistant Attorney General for the DOJ's Civil Division from 2003 until 2007, as Principal Deputy Associate Attorney General and Acting Associate Attorney General from 2002 to 2003, and as Assistant and Associate Counsel to President Ronald Reagan in the Office of White House Counsel from 1986 to 1988.

**William F. Weld** served as the U.S. Attorney for Massachusetts from 1981 to 1986, as Assistant U.S. Attorney General in charge of the DOJ's Criminal Division from 1986 to 1988, and as Governor of Massachusetts from 1991 until 1997.

**Christine Todd Whitman** served as Governor of New Jersey from 1994 to 2001 and as Administrator of the Environmental Protection Agency from 2001 to 2003 during the George W. Bush Administration.  She serves on a number of non-profit boards including the Board of Trustees' Executive Committee of the Eisenhower Fellowships and the Board of Directors of the Council on Foreign Relations.