UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81294-CIV-CANNON

**DONALD J. TRUMP,**

    *Plaintiff*,

v.

**UNITED STATES OF AMERICA,**

    *Defendant.*

_____/

### ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN OPPOSITION TO FORMER PRESIDENT TRUMP'S MOTION FOR JUDICIAL OVERSIGHT AND ADDITIONAL RELIEF

**THIS CAUSE** comes before the Court upon the Motion of Former Federal and State Government Officials for Leave to File Brief as *Amici Curiae* in Opposition to Former President Trump's Motion for Judicial Oversight and Additional Relief (the "Motion"). This Court having considered the Motion and all other relevant factors, it is **ORDERED AND ADJUDGED** as follows:

The Motion is **GRANTED**. The Court accepts as filed the brief of Donald B. Ayer, Gregory A. Brower, John J. Farmer, Stuart M. Gerson, Peter D. Keisler, William F. Weld and Christine Todd Whitman as *Amici Curiae*, submitted as an attachment to the Motion.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this _____ day of _____, 2022.

                                                                   _____
                                                                   **AILEEN M. CANNON**
                                                                   **UNITED STATES DISTRICT JUDGE**

cc:    All Counsel of Record