UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81294-CIV-CANNON

**DONALD J. TRUMP,**

        Plaintiff,

v.

**UNITED STATES OF AMERICA,**

        Defendant.

_____/

## CERTIFICATION OF ROBERTO FINZI

Roberto Finzi, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the U.S. District Court for the Southern District of Florida; (2) I am a member in good standing of the bars of the State of New York and the U.S. District Court for the Southern District of New York, as well as several other federal bars; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                                */s/ Roberto Finzi*
                                                Roberto Finzi