UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81294-CIV-CANNON

**DONALD J. TRUMP,**

        Plaintiff,

v.

**UNITED STATES OF AMERICA,**

        Defendant.
_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

**THIS CAUSE** having come before the Court on the Motion to Appear *Pro Hac Vice* for Harris Fischman, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the U.S. District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby **ORDERED AND ADJUDGED** that:

      The Motion is **GRANTED**.  Harris Fischman, may appear and participate in this action on behalf of *Amici Curiae*.  The Clerk shall provide electronic notification of all electronic filings to Harris Fischman at HFischman@paulweiss.com.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this _____ day of _____, 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: All Counsel of Record