UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81294-CIV-CANNON

**DONALD J. TRUMP,**

      Plaintiff,

v.

**UNITED STATES OF AMERICA,**

      Defendant.

_____/

**<u>CERTIFICATION OF FRED WERTHEIMER</u>**

      Fred Wertheimer, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the U.S. District Court for the Southern District of Florida; (2) I am a member in good standing of the U.S. Supreme Court Bar and the District of Columbia Bar; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                                */s/ Fred Wertheimer*
                                                Fred Wertheimer