**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 22-81294-CIV-CANNON**

**DONALD J. TRUMP,**

          Plaintiff,

v.

**UNITED STATES OF AMERICA,**

          Defendant.

_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

      **THIS CAUSE** having come before the Court on the Motion to Appear *Pro Hac Vice* for

Fred Wertheimer, Consent to Designation, and Request to Electronically Receive Notices of

Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer

Review, and Discipline of Attorneys in the U.S. District Court for the Southern District of

Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having

considered the motion and all other relevant factors, it is hereby **ORDERED AND ADJUDGED**

that:

      The Motion is **GRANTED**.  Fred Wertheimer, may appear and participate in this action

on behalf of *Amici Curiae*.  The Clerk shall provide electronic notification of all electronic

filings to Fred Wertheimer at fwertheimer@democracy21.org.

    **DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this _____ day of

_____, 2022.

                                     _____

                                     **AILEEN M. CANNON**
                                     **UNITED STATES DISTRICT JUDGE**

cc: All Counsel of Record