**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 22-81294-CIV-CANNON**

**DONALD J. TRUMP,**

    Plaintiff**,**

v.

**UNITED STATES OF AMERICA,**

    Defendant.

_____/

## NOTICE OF APPEARANCE

Dana J. McElroy of Thomas & LoCicero PL hereby gives notice of her appearance as counsel on behalf of proposed intervenors The New York Times Company, CBS Broadcasting Inc., and Times Publishing Company. The certificate of service for all pleadings, orders, and other papers in this action should include **Dana J. McElroy** at Thomas & LoCicero PL, 915 Middle River Drive, Suite 309, Fort Lauderdale, FL 33304 (dmcelroy@tlolawfirm.com; bbrennan@tlolawfirm.com).

Dated: August 31, 2022          Respectfully submitted,

                                    THOMAS & LOCICERO PL

                                    /s/ Dana J. McElroy
                                    Dana J. McElroy (FBN 845906)
                                    915 Middle River Drive, Suite 309
                                    Fort Lauderdale, FL 33304
                                    Telephone: (954) 703-3418
                                    Facsimile: (954) 400-5415
                                    dmcelroy@tlolawfirm.com
                                    bbrennan@tlolawfirm.com

                                    *Attorneys for Proposed Intervenors The New*
                                    *York Times Company, CBS Broadcasting Inc., and*
                                    *Times Publishing Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **31st** day of **August, 2022,** I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all parties and counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

/s/ *Dana J. McElroy*
Dana J. McElroy