**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

CASE NO. 22-81294-CIV-CANNON

**DONALD J. TRUMP,**

    Plaintiff**,**

v.

**UNITED STATES OF AMERICA,**

    Defendant.
_____/

## NOTICE OF APPEARANCE

Mark R. Caramanica of Thomas & LoCicero PL hereby gives notice of his appearance as counsel on behalf of proposed intervenors The New York Times Company, CBS Broadcasting Inc., and Times Publishing Company. The certificate of service for all pleadings, orders, and other papers in this action should include **Mark R. Caramanica** at Thomas & LoCicero PL, 601 S. Boulevard, Tampa, FL 33606 (mcaramanica@tlolawfirm.com; dlake@tlolawfirm.com).

Dated: August 31, 2022                 Respectfully submitted,

                                            THOMAS & LOCICERO PL

                                            /s/ Mark R. Caramanica
                                            Mark R. Caramanica (FBN 110581)
                                            601 South Boulevard
                                            Tampa, FL 33606
                                            Telephone: (813) 984-3060
                                            Facsimile: (813) 984-3070
                                            mcaramanica@tlolawfirm.com
                                            dlake@tlolawfirm.com

                                            *Attorneys for Proposed Intervenors The New York Times Company, CBS Broadcasting Inc., and Times Publishing Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **31st** day of **August, 2022,** I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties and counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

/s/ *Mark R. Caramanica*
Mark R. Caramanica