AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| DONALD J. TRUMP<br>*Plaintiff*<br>v.<br>UNITED STATES OF AMERICA<br>*Defendant* | )<br>)<br>)   Case No.   9:22-cv-81294-AMC<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Proposed Intervenors WP Company LLC d/b/a The Washington Post, Cable News Network, Inc., NBCUniversal Media, LLC d/b/a NBC News, the E.W. Scripps Company, the Associated Press, Gray Media Group, Inc., d/b/a WCJB-TV, WJHG-TV, WWSB-TV, and Bloomberg LP.

Date:   08/31/2022

/s/Charles D. Tobin
*Attorney's signature*

Charles D. Tobin (FBN 816345)
*Printed name and bar number*
1909 K St., NW, 12th Fl.
Washington, D.C. 20006

*Address*

tobinc@ballardspahr.com
*E-mail address*

(202) 661-2218
*Telephone number*

(202) 661-2299
*FAX number*