**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

DONALD J. TRUMP

                                                     Case No.: 9:22-cv-81294-AMC

      v.

UNITED STATES OF AMERICA

_____/

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Elizabeth Seidlin-Bernstein of the law firm of Ballard Spahr LLP, 1735 Market St., 51st Fl., Philadelphia, PA 19103, (215) 988-9774, for purposes of appearance as co-counsel on behalf of Proposed Intervenors WP Company LLC d/b/a The Washington Post, Cable News Network, Inc., NBCUniversal Media, LLC d/b/a NBC News, the E.W. Scripps Company, the Associated Press, Gray Media Group, Inc., d/b/a WCJB-TV, WJHG-TV, WWSB-TV, and Bloomberg LP, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Elizabeth Seidlin-Bernstein to receive electronic filings in this case, and in support thereof states as follows:

    1.     Elizabeth Seidlin-Bernstein is not admitted to practice in the Southern District of Florida and is a member in good standing of the Eastern District of New York, Northern District of New York, Southern District of New York, District of New Jersey, Eastern District of

Pennsylvania, Middle District of Pennsylvania, Western District of Pennsylvania, U.S. Court of Appeals for the Second Circuit, and U.S. Court of Appeals for the Third Circuit.

2. Movant Charles D. Tobin, of the law firm of Ballard Spahr LLP, 1909 K St., NW, 12th Floor, Washington, D.C., 20006, (202) 661-2200, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, and contemporaneously with this filing, Elizabeth Seidlin-Bernstein has made payment of this Court's $200 admission fee.

4. Elizabeth Seidlin-Bernstein, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings at email address: SeidlinE@ballardspahr.com.

WHEREFORE, Charles D. Tobin moves this Court to enter an Order allowing Elizabeth Seidlin-Bernstein to appear before this Court on behalf of Proposed Intervenors WP Company LLC d/b/a The Washington Post, Cable News Network, Inc., NBCUniversal Media, LLC d/b/a NBC News, the E.W. Scripps Company, the Associated Press, Gray Media Group, Inc., d/b/a WCJB-TV, WJHG-TV, WWSB-TV, and Bloomberg, LP, for all purposes relating to the

proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to her.

Dated: August 31, 2022

Respectfully submitted,

BALLARD SPAHR LLP

By: */s/Charles D. Tobin*
Charles D. Tobin
Florida Bar No. 816345
1909 K Street NW, 12th Floor
Washington, DC 20006
Telephone: 202.661.2218
Facsimile: 202.661.2299
tobinc@ballarspahr.com

*Attorneys for Proposed Intervenors WP Company LLC d/b/a The Washington Post, Cable News Network, Inc., NBCUniversal Media, LLC d/b/a NBC News, the E.W. Scripps Company, the Associated Press, Gray Media Group, Inc., d/b/a WCJB-TV, WJHG-TV, WWSB-TV, and Bloomberg LP*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

DONALD J. TRUMP

            v.   Case No.: 9:22-cv-81294-AMC

UNITED STATES OF AMERICA

_____/

**CERTIFICATION OF ELIZABETH SEIDLIN-BERNSTEIN**

Elizabeth Seidlin-Bernstein, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Eastern District of New York, Northern District of New York, Southern District of New York, District of New Jersey, Eastern District of Pennsylvania, Middle District of Pennsylvania, Western District of Pennsylvania, U.S. Court of Appeals for the Second Circuit, and U.S. Court of Appeals for the Third Circuit; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

                                                        /s/ Elizabeth Seidlin-Bernstein
                                                        Elizabeth Seidlin-Bernstein