**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 22-81294-CIV-CANNON**

**DONALD J. TRUMP,**

      Plaintiff**,**

v.

**UNITED STATES OF AMERICA,**

      Defendant.

_____/

**NOTICE OF APPEARANCE OF COUNSEL**

Rachel E. Fugate of Shullman Fugate PLLC hereby gives notice of her appearance as counsel on behalf of Intervenors American Broadcasting Companies, Inc. and Dow Jones & Company, Inc. The certificate of service for all pleadings, orders, and other papers in this action should include **Rachel E. Fugate** at Shullman Fugate PLLC, 2101 Vista Parkway, Ste. 4006, West Palm Beach, FL 33411 and rfugate@shullmanfugate.com.

      Dated: August 31, 2022.

                  Respectfully submitted,

                  SHULLMAN FUGATE PLLC

                  **Rachel E. Fugate**
                  Rachel E. Fugate (FBN 144029)
                  rfugate@shullmanfugate.com
                  Shullman Fugate PLLC
                  2101 Vista Parkway, Ste. 4006
                  West Palm Beach, FL 33411
                  Tel: 813-935-5098

                  *Attorney for Intervenors American Broadcasting*
                  *Companies, Inc. and Dow Jones & Company, Inc.*