UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81294-CIV-CANNON

**DONALD J. TRUMP,**

    Plaintiff**,**

v.

**UNITED STATES OF AMERICA,**

    Defendant.

_____/

## NOTICE OF APPEARANCE OF COUNSEL

Deanna K. Shullman of Shullman Fugate PLLC hereby gives notice of her appearance as counsel on behalf of Intervenors American Broadcasting Companies, Inc. and Dow Jones & Company, Inc. The certificate of service for all pleadings, orders, and other papers in this action should include **Deanna K. Shullman** at Shullman Fugate PLLC, 2101 Vista Parkway, Suite 4006, West Palm Beach, FL 33411 and dshullman@shullmanfugate.com.

Dated: August 31, 2022.

                                          Respectfully Submitted,

                                        SHULLMAN FUGATE PLLC

                                        **Deanna K. Shullman**
                                        Deanna K. Shullman (FBN 514462)
                                        dshullman@shullmanfugate.com
                                        Shullman Fugate PLLC
                                        2101 Vista Parkway, Ste. 4006
                                        West Palm Beach, FL 33411
                                        Tel: (561) 429-3619

                                        *Attorney for Intervenors American Broadcasting Companies, Inc. and Dow Jones & Company, Inc.*