**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 22-81294-CIV-CANNON**

**DONALD J. TRUMP,**

    Plaintiff**,**

v.

**UNITED STATES OF AMERICA,**

    Defendant.

_____/

**NOTICE OF APPEARANCE OF COUNSEL**

Minch Minchin of Shullman Fugate PLLC hereby gives notice of his appearance as counsel on behalf of Intervenors American Broadcasting Companies, Inc. and Dow Jones & Company, Inc. The certificate of service for all pleadings, orders, and other papers in this action should include **Minch Minchin** at Shullman Fugate PLLC, 2101 Vista Parkway, Suite 4006, West Palm Beach, FL 33411 and mminchin@shullmanfugate.com.

Dated: August 31, 2022.

                                                Respectfully Submitted,

                                                SHULLMAN FUGATE PLLC

                                                **Minch Minchin**
                                                Minch Minchin (FBN 1015950)
                                                mminchin@shullmanfugate.com
                                                Shullman Fugate PLLC
                                                2101 Vista Parkway, Ste. 4006
                                                West Palm Beach, FL 33411
                                                Tel: (904) 914-3070

                                                *Attorney for Intervenors American Broadcasting*
                                                *Companies, Inc. and Dow Jones & Company, Inc.*

1
