AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| DONALD J. TRUMP, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   22-81294-CIV-CANNON |
| UNITED STATES OF AMERICA | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Intervenor The Palm Beach Post                                                                                      .

Date:     08/31/2022

/s/ Martin Reeder

*Attorney's signature*

L. Martin Reeder, Jr., Florida Bar No. 308684

*Printed name and bar number*

Atherton Galardi Mullen & Reeder PLLC
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409

*Address*

martin@athertonlg.com

*E-mail address*

(561) 293-2530

*Telephone number*

(561) 293-2593

*FAX number*