UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO: 22-cv-81294-CANNON

**DONALD J. TRUMP,**

    Plaintiff,

v.

**UNITED STATES OF AMERICA,**

    Defendant.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Christopher M. Kise of the law firm of Chris Kise & Associates, P.A., enters his appearance as co-counsel on behalf of the Plaintiff, Donald J. Trump. All future correspondence, pleadings and other papers in this matter directed to the Plaintiff should be served on the undersigned counsel at 201 East Park Avenue, 5th Floor, Tallahassee, FL 32301 and via email at chris@ckise.net.

Dated: September 1, 2022

                              Respectfully submitted,

                              **CHRIS KISE & ASSOCIATES, P.A.**
                              201 East Park Avenue
                              5th Floor
                              Tallahassee, FL 32301
                              Telephone: (850) 270-0566

                              By: /s/ **Christopher M. Kise**
                                      **Christopher M. Kise**
                                      Florida Bar No: 855545
                                      chris@ckise.net

                              *Co-Counsel for Plaintiff Donald J. Trump*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 1st, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

      **CHRIS KISE & ASSOCIATES, P.A.**
      201 East Park Avenue
      5th Floor
      Tallahassee, FL 32301
      Telephone: (850) 270-0566

      By: /s/ **Christopher M. Kise**
           **Christopher M. Kise**
           Florida Bar No: 855545
           chris@ckise.net

*Co-Counsel for Plaintiff Donald J. Trump*

## SERVICE LIST

| | |
|---|---|
| **Lindsey Halligan, Esq.**<br>511 S.E. 5th Avenue<br>Suite 1008<br>Fort Lauderdale, FL 33301<br>Lindseyhalligan@gmail.com<br>*Counsel for Plaintiff* | **James M. Trusty, Esq.**<br>IFRAH, PLLC<br>1717 Pennsylvania Ave. N.W.<br>Suite 650<br>Washington, DC 20006<br>202-524-4176<br>jtrusty@ifrahlaw.com<br>*Pro Hac Vice Counsel for Plaintiff* |
| **M. Evan Corcoran, Esq.**<br>Silverman, Thompson, Slutkin & White, LLC<br>400 East Pratt Street, Suite 900<br>Baltimore, MD 21230<br>410-385-2225<br>ecorcoran@silvermanthompson.com<br>*Pro Hac Vice Counsel for Plaintiff* | **Juan Antonio Gonzalez, Esq.**<br>United States Attorney's Office – H.I.D.T.A.<br>11200 N.W. 20th Street, Ste. 101<br>Miami, FL 33172<br>305-715-7639<br>Juan.antonio.gonzalez@usdoj.gov<br>*Counsel for Defendant, USA* |
| **Jay I. Bratt, Chief**<br>Counterintelligence and Export Control Section<br>National Security Division<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530<br>202-233-0986<br>Jay.bratt2@usdoj.gov<br>*Counsel for Defendant* | **Jay Brian Shapiro, Esq.**<br>Stearns Weaver Miller Weissler Alhadeff & Sitterson<br>Museum Tower<br>150 W. Flagler Street, Ste. 2200<br>Miami, FL 33130<br>305-789-3229<br>jshapiro@stearnsweaver.com<br>*Counsel for Former Federal and State Gov't Officials* |
| **Brad S. Karp, Esq.**<br>**David K. Kessler, Esq**<br>**Harris Fischman, Esq.**<br>**Roberto Finzi, Esq.**<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>212-373-3000<br>bkarp@paulweiss.com<br>dkessler@paulweiss.com<br>hfischman@paulweiss.com<br>rfinzi@paulweiss.com<br>*Pro Hac Vice Counsel for Former Federal and State Gov't Officials* | **Fred Wertheimer, Esq.**<br>Democracy 21<br>2000 Massachusetts Avenue NW<br>Washington, DC 20036<br>202-355-9600<br>fwertheimer@democracy21.org<br>*Pro Hac Vice Counsel for Former Federal and State Gov't Officials* |

| | |
|---|---|
| **Norman Eisen, Esq.**<br>States United Democracy Center<br>1101 17th St. NW, Suite 250<br>Washington, DC 20036<br>202-999-9305<br>nleisen@normaneisenllc.com<br>*Pro Hac Vice Counsel for Former Federal and State Gov't Officials* | |