O'Rane M. Cornish, Sr.,
3767 New Getwell Road,
Memphis, TN 38118.
901/795-4405.

August 20, 2022

United States District Court,
Southern District of Florida,
Wilkie D. Ferguson Jr. Building,
400 NW 1st Avenue,
Miami, FL 33128.



RE: Case No. 22-cv-81294 – an OFFENSIVE filing....
Attn: Hon Aileen M. Cannon (AMC):

While perusing the Yahoo News face page on my computer, I saw an item that announced that the attached was filed. I began reading it, and was immediately *offended* and *repulsed* by the statement of the very first line the end of which falsely state "... ... ...President ... ... ...". I find this extremely offensive as a citizen of the United States; as a United States Air Force Vietnam-era Veteran ( 1972-2002) *Attach 2 just so you know.* The offensive verbiage is highlighted in yellow fyi. It is my fervent hope that your responses, whatever form it takes, to the filing, repudiates the impudent claim evidenced by that verbiage. May I suggest that your very first line state something such as: 'Movant Donald H. Trump *improperly* identified as 'President', ... ... .... Fact is, as I am sure you know, the USA has just one President at a time.

To allow such verbiage to go unchallenged, is to give aid and comfort to the continued effort to undermine the Democracy; the good order; discipline and freedoms, which have been the hallmarks of the grand experiment - - - the United States of America. Please, I beseech you not to let that arrogant falsity go unchallenged, because it is corrosive to our freedoms – our society, the form of government we chose to live by – – *see* what happened on January 6th? Further, the Attorneys who submitted the filing should be sanctioned for they should know better.
Respectfully,

O'Rane M. Cornish, Sr.
A distressed US Citizen.

*Attach* 1: 1st page copy of filing denominated as Movant's Supplemental Filing in Support ... ..
*Attach* 2: Copy of my very first Order as a Member of the USAF dated 1972.
cc:       Mr. Juan Antonio Gonzalez, United States Attorney,
            99 NE 4th Street, 8Flr, Miami, FL 33132;
                        and
            Mr. Jay I Bratt, Chief, Counterintelligence and Export Control Section,
            National Security Division, 950 Pennsylvania Avenue, NW,
            Washington, DC 20530.

**NB:** IN THE INTEREST OF APPEARANCE, SUGGEST YOU RECUSE YOURSELF.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-81294-AMC

In the Matter of the Search of

Mar-a-Lago
1100 S. Ocean Blvd.
Palm Beach, FL 33480

_____/

## MOVANT'S SUPPLEMENTAL FILING IN SUPPORT OF MOTION FOR JUDICIAL OVERSIGHT AND ADDITIONAL RELIEF

Pursuant to the Court's Order dated August 23, 2022, Dkt. 10, ▓▓▓▓▓ Donald J. Trump ("President Trump" or "Movant"), by and through his undersigned counsel, respectfully submits this supplemental filing in support of his Motion for Judicial Oversight and Additional Relief. This supplemental filing responds to the Court's request that Movant provide additional information on the basis for the Court's jurisdiction in this proceeding, the relief sought, and any anticipated effect on a matter before Magistrate Judge Bruce E. Reinhart, which has largely concluded with today's release of a heavily redacted affidavit. This filing also addresses the status of Movant's efforts to perfect service on the Government.

This Court has jurisdiction to provide the equitable relief sought by Movant pursuant to the Court's equitable and ancillary jurisdiction, as well as Federal Rule of Civil Procedure 53. In May 2021, the Government pursued a similar avenue for requesting the appointment of a Special Master in *In re Search Warrants Executed on April 28, 2021*, No. 1:21-mc-00425 (S.D.N.Y.). After securing a search warrant from a magistrate judge in the U.S. District Court for the Southern District of New York, the U.S. Department of Justice wrote a letter to a district judge seeking the appointment of a Special Master. *See Id.*, Dkt. 1. There, the Department of Justice wrote, "Consistent with a court's supervisory authority . . . the court may . . . appoint a special master

DEPARTMENT OF THE AIR FORCE
HEADQUARTERS LACKLAND MILITARY TRAINING CENTER (ATC)
LACKLAND AIR FORCE BASE, TEXAS 78236

SPECIAL ORDER
AB-20805

1972 DEC 20

ASSIGNMENT: EACH OF THE FOLLOWING AMN, UNLESS OTHERWISE INDICATED, LISTED BELOW, IS RELIEVED FROM ASSIGNMENT AND DUTY PIPELINE STUDENT, FLIGHT AND BASIC MILITARY TRAINING SQUADRON INDICATED, ATC, THIS BASE; ASSIGNED ORGANIZATION AND BASE INDICATED, TDY/EDCSA INDICATED, REPORTING DATA; DALY AUTHORIZED THOSE AIRMEN SO INDICATED BY AN ASTERISK. WILL PROCEED AND REPORTING DATE INDICATED.
GENERAL INSTRUCTIONS: AIRMEN AWARDED PRIMARY AFSC INDICATED, AUTHORITY; ATC ASSIGNMENT GUIDE OR AFM 35-1. REPORTING MONTH AND LINE NUMBER INDICATED. GRADUATES OF COURSE 99000, WEEK GP INDICATED. TRANSPORTATION PCS, TCN. 5733500 323 P575.02 410   SS03725 PCS CODE B.
AIRMEN WHOSE NAMES ARE PRECEDED BY AN ASTERISK ARE PERMITTED TPC WITH NUMBER OF DAYS TRAVEL TIME INDICATED AND ARE PERMITTED TO TRAVEL SEPARATELY. IF POC NOT USED, TRAVEL TIME WILL BE COMPUTED PER AFM 35-6. ADVANCE TRAVEL PAY AUTHORIZED TO AIRMEN PROCEEDING BY TPC. PURSUANT TO DOD DIRECTIVES, YOU WILL CONTACT THE BASE HOUSING OFFICE/HOUSING REFERRAL OFFICE SERVICING YOUR NEW DUTY STATION. YOU WILL NOT BE AUTHORIZED TO ENTER INTO A RENTAL OR LEASE AGREEMENT FOR AN APARTMENT OR TRAILER FACILITY WITHOUT FIRST CONSULTING, EITHER PERSONALLY OR THROUGH AN AGENT, THE HOUSING REFERRAL OFFICE SERVICING YOUR NEW DUTY STATION. XXXXXXXXXXXXXXXXXXXXXXXXXXXXX
ASSIGNED: Det 20, 16 Weather Sq, MAC, Ft Walter AAF, Mineral Wells, TX; 96067. Will proceed on or about 4 Jan 73, reporting to Comdr NLT 15 Jan 73. TPC with 1 day tvl time.
(LOSING PAS: ZBJQLX)

PAFSC 25231   CAFSC 25231   PRIM PAS CFQMIN  HLXV   TDY/EDCSA 730115
GRADE A₁C
* CORNISH ORANE M                                  9981  370C 46  01NG0280

FOR THE COMMANDER

CHARLES T. MILLION, Lt Col, USAF
Chief of Administration

DISTRIBUTION
D

CORNISH, SR/D/M/
**DAECOR INDUSTRIES**
3767A New Getwell Road • Memphis, TN 38118

MEMPHIS TN 380
29 AUG 2022 PM 2 L

United States District Court,
Southern District of Florida,
Wilkie D. Ferguson Jr. Courthouse,
400 NW 1st Avenue, Chambers,
Miami, FL 33128
**Attn**: Hon. Aileen M. Cannon (AMC)