UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 22-CV-81294-AMC

DONALD J. TRUMP,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## NOTICE OF LIMITED APPEARANCE

The United States, through undersigned counsel, hereby notices this Honorable Court that the undersigned counsel will appear as Privilege Review Team counsel for the limited purpose of addressing attorney-client privilege issues in the above-captioned matter.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: *[signature]*
Anthony W. Lacosta
Managing Assistant United States Attorney - WPB
Court. No. A5500698
500 S. Australian Avenue (4th Floor)
West Palm Beach, Florida 33132
Ph: (561) 209-1015
Email: anthony.lacosta@usdoj.gov

/s/Benjamin J. Hawk
Benjamin J. Hawk
Deputy Chief for Export Control and Sanctions
New Jersey Bar No. 030232007
National Security Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Ph: (202) 307-5176
Email: Benjamin.Hawk@usdoj.gov

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 8, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Anthony W. Lacosta*
Anthony W. Lacosta
Assistant United States Attorney