

Letter J Capital LLC
539 W. Commerce St
#5767
Dallas, TX 75208

9:22-cv-81294
US District Court for the Southern District of Florida
Justice Aileen Cannon

September 3, 2022

FILED BY ___ces___ D.C.

SEP 06 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### THIRD PARTY MOTION TO CONSIDER SPECIAL MASTER

Dear Clerk,

I am a retired person since age 39 who is currently a hobbyist in the film and music industry, but has the credentials of a Doctor of Philosophy in the ethics of Administration with my Ph.D. dissertation, Summa cum Laude, *A Flourishing Science: Administration in the Face of Bureaucratic Nihilism.*

I also have special knowledge as it pertains to certain White House documents sent to the Trump transition committee prior to his inauguration in January of 2017. These documents were sensitive to US Security, one of which was labeled as sensitive, and would have had to have been properly transitioned into the White House Archives.

The nature of these documents pertains to technology being developed by my artificial intelligence research at Secret Handshake Corporation, 7T2K0 (no longer in service as such, as operations have shifted to a new entity), as well as potentially sensitive information pertaining to the South China Sea.

After the release of information regarding at least TWO missing folders of documents that were to be returned to Staff Secretary/Military Aide, this indicates to me the potential mishandling of data with regards to such secretary/aide, but does not alone indicate guilt by any party. If it were to be that the documents I have special knowledge of, were the missing documents, I will be able to make a special case about the guilt or

innocence of the person or persons involved based on my special knowledge. If these documents are included within the missing files, and these missing files have a particular nature to them, I will be able to make a separate special case about the guilt or innocence of the person or persons involved.

Therefore, I humbly petition myself as Special Master in case number 9:22-cv-81294 or its related casework and investigations.

My requirements, as I quickly muster the courage to submit this motion, include:

- A Military Motorcade (Triple Canopy or National Guard) to safely transition me from Nevada to the case files, with an intermediary stop in Massachusetts to pick up my things.
- A private office space.
- A room comparable to my current private residence at Trump International Hotel in Las Vegas.
- A budget for the inclusion of staff, including an adequate number of legal researchers with the necessary expertise for the evaluation of the nature of the documents, and advisors from Fog Data Science, among other staff as they become necessary for this evaluation.
- The power to conduct independent reviews and investigations related to, and as they pertain to the files confiscated at Mar-a-Lago.
- Emergency Security Clearance
- Any other powers the judge may see fit, to help lower the temperature for the peaceful conclusion of justice under the laws of the constitution of the United States of America. (No state of exception).

Sincerely,

Joseph M. Inman, Ph.D. (ret.)
Chairman of the Board of Managers, Letter J Capital LLC

TO REUSE: Mark through all previous shipping labels

ORIGIN ID:BLDA (617) 708-7077
J MARK INMAN

2000 FASHION SHOW DR
#5904
LAS VEGAS, NV 89109
UNITED STATES US

SHIP DATE:
ACTWGT: 0.1
CAD: 699280

BILL CREDIT

TO US DISTRICT COURT
ATTN AILEEN CANNON
701 CLEMATIS ST ROOM 202

WEST PALM BEACH FL 33401
(000) 000-0000 REF:
INV:
PO: DEPT:

TUE - 0
PRIORITY

TRK# 0201 2775 6566 8754

XG PBIA

Reusable E

1 10:30 B 8754 09.06

USMS ... 337

BY

