UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

DONALD J. TRUMP,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

                                         /

Case No.: 22-CV-81294-AMC

### THE NEWS MEDIA'S JOINT MOTION TO UNSEAL NOTICE OF STATUS OF PRIVILEGE REVIEW TEAM'S FILTER PROCESS

Proposed Intervenors American Broadcasting Companies, Inc.; the Associated Press; Bloomberg LP; Cable News Network, Inc.; CBS Broadcasting Inc.; Dow Jones & Company, Inc., publisher of *The Wall Street Journal*; the E.W. Scripps Company; *The Palm Beach Post*, a newspaper owned and operated by Gannett Co., Inc.; Gray Media Group, Inc. d/b/a WCJB-TV, WJHG-TV, and WWSB-TV; NBCUniversal Media, LLC d/b/a NBC News; The New York Times Company; and WP Company LLC d/b/a *The Washington Post* (the "News Media") hereby join the Government's Motion to Unseal Notice of Status of Privilege Review Team's Filter Process ("Gov't Mot."), ECF No. 71.[1]

As the Government correctly notes, the common law presumes public access to judicial records. *See* Gov't Mot. at 3 (citing *Chi. Trib. Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304,

---

[1] This group of movants has previously requested leave to intervene for the limited purpose of seeking public access to all documents filed under seal with this Court pursuant to its August 27, 2022 Preliminary Order on Motion for Judicial Oversight and Additional Relief, ECF No. 29. *See* The News Media's Joint Mot. to Intervene for the Limited Purpose of Obtaining Access to Ct. Records and to Unseal Same, ECF No. 49. That motion remains pending decision.

1311 (11th Cir. 2011); *United States v. Ignasiak*, 667 F.3d 1217, 1238 (11th Cir. 2012)). The First Amendment to the U.S. Constitution also provides for a presumption of access to judicial records. *See Bright v. Mental Health Res. Ctr., Inc.*, 2012 U.S. Dist. LEXIS 33929, at *11-12 (M.D. Fla. Mar. 14, 2012) ("The Court may only disregard the presumption of openness" for judicial records "where there is a compelling government interest, and may only do so in a manner that is narrowly tailored to protect that interest.").

Here, the Court ordered the Government to file the notice of the status of the filter review by the Government's privilege review team (the "Filter Notice") under seal. *See* Preliminary Order on Motion for Judicial Oversight and Additional Relief, ECF No. 29 at 2. The Court's subsequent Order relies in part on the Filter Notice. *See* Order, ECF No. 64 at 6, 15 n.13. The Filter Notice is therefore clearly a judicial record subject to the presumption of public access. Moreover, the Government has informed the Court that no compelling interest, or any justification at all, would warrant the continued sealing of that document. *See* Gov't Mot. at 4-5.

For these reasons, and those stated in their prior motion to unseal, ECF No. 49, the News Media join in the Government's Motion and respectfully request that the Court unseal the Filter Notice.

Dated: September 9, 2022

THOMAS AND LOCICERO PL

By: */s/ Carol Jean LoCicero*
    Carol Jean LoCicero (FBN 603030)
    Mark R. Caramanica (FBN 110581)
    601 South Boulevard
    Tampa, FL 33606
    Telephone: 813.984.3060
    clocicero@tlolawfirm.com
    mcaramanica@tlolawfirm.com

    Dana J. McElroy (FBN 845906)
    915 Middle River Drive, Suite 309
    Fort Lauderdale, FL 33304
    Telephone: 954.703.3418
    dmcelroy@tlolawfirm.com

*Attorneys for Intervenors The New York Times Company and CBS Broadcasting Inc.*

SHULLMAN FUGATE PLLC

By: */s/ Rachel E. Fugate*
    Rachel E. Fugate (FBN 144029)
    Deanna K. Shullman (FBN 514462)
    Minch Minchin (FBN 1015950)
    2101 Vista Parkway, Suite 4006
    West Palm Beach, FL 33411
    Telephone: 813.935.5098
    rfugate@shullmanfugate.com
    dshullman@shullmanfugate.com
    mminchin@shulmanfugate.com

*Attorneys for Intervenors Dow Jones & Company, Inc. and American Broadcasting Companies, Inc.*

Respectfully submitted,

BALLARD SPAHR LLP

By: */s/ Charles D. Tobin*
    Charles D. Tobin (FBN 816345)
    1909 K Street NW, 12th Floor
    Washington, DC 20006
    Telephone: 202.661.2218
    tobinc@ballardspahr.com

    Elizabeth Seidlin-Bernstein (*pro hac vice*)
    1735 Market Street, 51st Floor
    Philadelphia, PA 19103-7599
    Telephone: 215.665.8500
    seidline@ballardspahr.com

*Attorneys for Intervenors the Associated Press, Bloomberg LP, Cable News Network, Inc., Gray Media Group, Inc., NBCUniversal Media, LLC, the E.W. Scripps Company, and WP Company LLC*

ATHERTON GALARDI MULLEN & REEDER PLLC

By: */s/ L. Martin Reeder, Jr.*
    L. Martin Reeder, Jr. (FBN 308684)
    1641 Worthington Road, Suite 11
    West Palm Beach, FL 33409
    Telephone: 561.293.2530
    martin@athertonlg.com

*Attorneys for Intervenor The Palm Beach Post*