22cv81294



**Angela D. Gupta**
angela@adrmediate.com
785-357-1800 (o)
913-558-6963 (c)

August 30, 2022

FILED BY ___ D.C.

SEP 06 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

**Via Email and U.S. Mail**
The Honorable Aileen M. Cannon
Alto Lee Adams, Sr. United States Courthouse
101 South U.S. Highway 1
Chambers 4044
Fort Pierce, Florida 34950

      Re:  Special Master Appointment

Dear Judge Cannon,

I am writing to express my willingness and desire to serve as Special Master in the Donald Trump matter.  I am an apolitical attorney in Kansas.  My only goal is to help you reach a just decision under the law.

I have over 30 years of legal experience and currently practice exclusively in the neutral role.  I serve as a Mediator and Arbitrator in commercial and employment cases and also work closely with Special Master David C. Cohen in the Opioid MDL litigation pending before Judge Dan A. Polster in the Northern District of Ohio.

Previously, I served as a long-time career law clerk to Judge Kathryn H. Vratil in the District of Kansas federal court, where I worked on a wide variety of complex civil and criminal cases, including numerous matters involving privileged documents.  Earlier in my career, I litigated civil cases in two Kansas City law firms and in the U.S. Attorney's Office.

My resume is enclosed for your review.  I know this is a long shot.  Please feel free to call or email me for additional information.  Judge Vratil and David Cohen will give me high recommendations.

      Best regards,

      Angela D. Gupta

# Angela D. Gupta

Associates in Dispute Resolution, LLC
212 SW 8th Avenue, Suite 207
Topeka, Kansas 66603

(913) 558-6963
angela@adrmediate.com
www.adrmediate.com

**Profession:** Mediator, Arbitrator, Special Master

**Employment:**

- Associates in Dispute Resolution, LLC, Mediator, Arbitrator, Special Master, 2019-present
- Special Master David R. Cohen, *Opioid MDL,* N.D. Ohio, 2019-present
- U.S. District Court, D. Kan., Chambers Attorney to Judge Kathryn H. Vratil, 2000-2019
- Assistant United States Attorney, D. Kan., Civil Litigation, 1999-2000
- Spencer Fane Britt & Brown LLP, Litigation Counsel, 1996-1998
- U.S. District Court, D. Kan., Chambers Attorney to Judge Kathryn H. Vratil, 1993-1996
- Lathrop & Norquist (now Lathrop GPM), Litigation Counsel, 1991-1992

**Education and Credentials:**

- J.D., University of Pennsylvania, 1991
- B.S., Business Administration, *With Distinction,* University of Kansas 1988
- Western District of Missouri Federal Court, List of Outside Mediators, 2019-present
- District of Kansas Federal Court, List of Approved Mediators, 2019-present
- Advanced Mass Tort MDL Certificate, Duke University School of Law (2022)
- Mediator, American Arbitration Association (AAA), Employment and Commercial  2022-present
- Arbitrator, American Arbitration Association (AAA), Employment and Commercial  2022-present
- Arbitrator, Financial Industry Regulatory Authority (FINRA), 2020-present
- *15th Annual Arbitration Training Institute,* American Bar Association, 2022
- *13th Annual Arbitration Training Institute,* American Bar Association, 2020
- *Mediating the Litigated Case,* Pepperdine Caruso School of Law, 2019
- Mediation Coach, Johnson County Community College, 2017-present
- Pro Bono Mediator, Equal Employment Opportunity Commission, 2019-present
- Pro Bono Mediator, Johnson County District Court, Small Claims Division, 2014-2019
- Approved Mediator, Kansas Supreme Court Office of Judicial Administration, 2013-present
- *Civil Mediation Training,* Johnson County Community College, 2013
- *Principles of Core Mediation: How to Settle Disputes,* Johnson County Community College, 2013

**Professional:**

- Moderator, *Ethics in Mediation,* KCMBA, 2022
- Panelist, *Cultural Competency & Inclusivity in Mediation,* The Missouri Bar, 2022
- Moderator, *The Rise and Rise of Mediation,* JCBA, 2022
- Speaker, *Cognitive Biases & Their Effect on Negotiations and Decision-Making,* KBA, 2021
- Speaker, *Hidden Bias and Its Impact on Negotiations & Decision-Making,* ADR, LLC, 2020
- Moderator, *Judicial Perspectives on Mediation,* KBA, 2019
- Speaker, *Navigating Mediation in the District of Kansas,* ADR, LLC, 2019

Angela D. Gupta
Associates in Dispute Resolution, LLC
212 SW 8th Avenue, Suite 838
Topeka, Kansas 66603

SEP 0 6 2022

KANSAS CITY 640

30 AUG 2022  PM 5 L

34950-420901

The Honorable Aileen M. Cannon
Alto Lee Adams, Sr. United States Courthouse
101 South U.S. Highway 1
Chambers 4044
Fort Pierce, Florida 34950





ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

SEP 0 6 2022

REC'D BY _____ D.C.