**PHILIP E. RAKITA**
251 S. QUINCE STREET
PHILADELPHIA PA 19107

22cv81294

August 29, 2022

FILED BY _____ D.C.
SEP 06 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

Judge Aileen M. Cannon
Federal District Court, Chambers 4044
Southern District of Florida
101 South U.S. Highway 1
Fort Pierce, Florida 34950

Dear Judge Cannon (or is it Dear Your Honor):

I write to you about a news item which I saw in the on-line edition of the New York Times today. It said that you were "*leaning toward the appointment of a special master*"[1] to review the items recently taken from the Mar-a-Lago Hotel and Resort.

I'm not quite sure what the job specifications are for such an assignment (although I'm sure they are publicly available via a FOIA request) but I would like to offer my services for this task. I'm only a retired businessman with an amateur's interest in history, politics, and the law but I promise you I would perform the task to the best of my abilities.

And if you feel obliged to select someone with a law degree, you can appoint me as that person's advisor or legal assistant. Of course, I wouldn't expect to be paid. That would mess with my Social Security. As a citizen (native born), taxpayer, and voter, I want to help make our country a better place for all of us. Please tell me how I can help. Where do I send my resumé for this job?

I see where your office is located in Fort Pierce but you're holding hearings in West Palm Beach. I hope this letter is being sent to the right location. If not, please forward it to where it should go.

PS—I do have a connection to your "Southern District of Florida" as both of my parents are buried there. I have fond memories of visiting them when they were still alive in the previous century. Does that detail add anything to my application for that "special master" job. I hope so.

Sincerely, your friend and partner in Jurisprudence,

*[signature]*

Philip Rakita – Loyal American

---

[1] https://www.nytimes.com/2022/08/27/us/politics/trump-special-master-judge-cannon.html

Philip E. Rakita
251 South Quince Street
Philadelphia PA 19107

Judge Aileen M. Cannon
Federal District Court, Chambers 4044
Southern District of Florida
101 South U.S. Highway 1
Fort Pierce, Florida 34950

34950-420901

PHILADELPHIA PA 190
6 SEP 2022 PM 6 L



REC'D BY _____ D.D.C
SEP 10  0 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

REC'D BY _____ D.C.
SEP 0 6 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE