IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

DONALD J. TRUMP,

                         *Plaintiff* | No. 9:22-cv-81294-AMC

v.

UNITED STATES OF AMERICA,

                        *Defendant*

## ORDER

This matter **COMES NOW** before the Court on Mr. Raj K. Patel's Response to Defendant's Motion at Dkt. 69, and the following is **ORDERED**:

[ ] Mr. Patel's Motion for Intervention is **GRANTED**.

    [ ] The Intervention is one of right under Fed. R. Civ. P. 24(a).

    [ ] The Intervention is permissive under Fed. R. Civ. P. 24(b).

[ ] Mr. Patel's Motion for Leave to Proceed in Forma Pauperis is **GRANTED**.

[ ] The complaint is **DISMISSED** under

    [ ] Fed. R. Civ. P. 12(b)(2).

    [ ] Fed. R. Civ. P. 12(b)(6).

    [ ] Fed. R. Civ. P. 12(b)(7).

    [ ] Unclean Hands Doctrine.

    [ ] Political Question Doctrine.

[ ] The dismissal of the complaint is

    [ ] WITHOUT PREJUDICE.

[ ] **WITH PREJUDICE.**

[ ] All seized documents and other property is **ORDERED** to

    [ ] Remain with the court, or

    [ ] Be returned to the Plaintiff, Mr. Donald J. Trump.

[ ] After the previous happenings, then now, Mr. Patel's intervention is **DISMISSED WITHOUT PREJUDICE.**


**DONE AND ORDERED** in chambers at Fort Pierce, Florida, this \_\_\_\_\_ day of _____, 2022

                                         HON. AILEEN M. CANNON
                                         United States District Judge


Distribution to all attorneys and *pro se* litigants of record.

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Proposed Order on 09/12/2022 to below individuals via e-mail:

**James M. Trusty**
IFRAH, PLLC
1717 Pennsylvania Ave, NW, Suite 650
Washington, DC 20006
202-852-5669
jtrusty@ifrahlaw.com

**Lindsey Halligan**
511 SE 5th Avenue
Fort Lauderdale, Florida 33301
720-435-2870
lindseyhalligan@outlook.com

**M. Evan Corcoran**
Silverman, Thompson, Slutkin, & White, LLC
400 East Pratt Street, Suite 900
Baltimore, MD 21230
410-385-2225
ecorcoran@silvermanthompson.com

**Juan Antonio Gonzalez**
UNITED STATES ATTORNEY
99 NE 4th Street, 8th Floor
Miami, Fl 33132
Telephone: (305) 961-9001
juan.antonio.gonzalez@usdoj.gov

**Jay I. Bratt, Chief**
Counterintelligence & Export Control
Section Nat'l Security Div.
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
(202) 233-0986
jay.bratt2@usdoj.gov

**President Joe Biden**
c/o Marina M. Kozmycz, Associate Gen. Counsel
The E.O.P. at the White House
1600 Pennsylvania Avenue NW
Washington, D.C. 20500
Phone: 202-457-1414
Marina.M.Kozmycz@oa.eop.gov

Dated: September 12, 2022

Respectfully submitted,

/s/ Raj Patel
T.E., T.E. Raj K. Patel (*Pro Se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live