UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
---------------------------------------------------------- x
DONALD J. TRUMP,

        Plaintiff,

  - against -                              **SPECIAL MASTER ORDER**
                                                No. 22-81294-CIV-CANNON

UNITED STATES OF AMERICA,

        Defendant.

---------------------------------------------------------- x
RAYMOND J. DEARIE, Special Master

    Counsel are directed to appear before the undersigned in Courtroom 10A-S of the Brooklyn Federal Courthouse on Tuesday, September 20, 2022 at 2:00 PM for a preliminary conference in the above-captioned matter.

    Counsel are invited to submit proposed agenda items for discussion by docketed letter to be filed before the close of business on Monday, September 19, 2022.

Dated: Brooklyn, New York
       September 16, 2022

                                                RAYMOND J. DEARIE
                                                United States District Judge