UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-CV-81294-CANNON

**DONALD J. TRUMP**,

    Plaintiff,

v.

**UNITED STATES OF AMERICA**,

    Defendant.

_____/

## NOTICE OF APPEARANCE

The government hereby gives notice that the undersigned attorney of the National Security Division of the Department of Justice is appearing on behalf of the United States in the above-captioned matter.

    Respectfully submitted,

    JUAN ANTONIO GONZALEZ
    UNITED STATES ATTORNEY

By:    /s/ *Julie A. Edelstein*
    Julie A. Edelstein
    Deputy Chief
    Counterintelligence and Export Control Section
    National Security Division
    950 Pennsylvania Avenue, NW
    Washington, D.C. 20530
    Special Bar ID # A5502949
    Tel: 202-233-0986
    Email: julie.a.edelstein@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 18, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Julie A. Edelstein*
Julie A. Edelstein
Deputy Chief
Counterintelligence and Export Control Section
National Security Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Special Bar ID # A5502949
Tel: 202-233-0986
Email: julie.a.edelstein@usdoj.gov