united states district court southern district of florida

case no:  22-cv-81294-AMC

In the Matter of the Search of
Mar-a-Lago
1100 S. Ocean Blvd
Palm Beach, FL  33480 [1]
And

In the Matter of the We the People Claim [2]

FILED BY ___ M&& ___ D.C.

SEP 19 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

**URGENT AND EMERGENCY CLAIM BY JOINDER/INTERVENORS[3]**

This Claim is filed this 19th day of September, 2022.

---

**PART ONE**
**PROLOGUE**

---

**NOTICE AND CAVEAT:**
**DEMAND IS MADE THAT ALL JUDICIAL GOVERNMENT EMPLOYEE(S) WITH WHOM THIS CLAIM IS FILED COMPLY WITH THE LAWS SET FORTH HEREIN AND THE ISSUANCE OF THE INDICTMENTS SET FORTH HEREIN.**

**I. GOOD GOVERNANCE**

1. According to the U.N. Human Rights Office of the High Commissioner, [4]the true test of 'good' governance is the degree to which it delivers on the promise of **human rights: civil, cultural, economic, political and social rights**.

2. The Human Rights Council has identified the key attributes of good governance:
   a. transparency
   b. responsibility
   c. accountability
   d. participation
   e. responsiveness (to the needs of the people)

3. Good governance and human rights are mutually reinforcing. Human rights standards and principles provide a set of values to guide the work of governments and other political and social actors. They also provide a set of performance standards against which these actors can be held accountable.

4. On the other hand, without good governance, human rights cannot be respected and protected in a sustainable manner. The implementation of human rights relies on a conducive and enabling environment.

---

[1] This is a false, fraudulent "caption" as is the government norm that uses reverse names for the actions taking place -- in this case decrying "politics" for "justice" when the filing itself is only politics, injustice and flouting of non-facts

[2] See Article IV, Paragraph 18: Constitution; Required, Aggrieved, Interested, Joinder, Intervenor Parties and Witnesses. Claimants are set forth in signatory provisions.

[3] See Article IV, Paragraph 18

[4] https://www.ohchr.org/EN/Issues/Development/GoodGovernance/Pages/AboutGoodGovernance.aspx. Exhibit A

## II. RESPONSIBILITY TO PROTECT

5. Reference is made to the following principals of humanity and civilized societies ("Humanity Law"):

  a. the Responsibility to Protect [5] known as R2P, an international norm that seeks to ensure that the international community never again fails to halt the mass atrocity crimes of genocide, war crimes, ethnic cleansing and crimes against humanity.  See Exhibit A.

  b. Common Law fundamentals upon which the United State was founded, the foundations of which are "Do Not Harm Anyone" [6] and "Keep your Agreements." [7]

  c. The Non-Corporate Constitution [8] including but not limited to First Amendment right of Petition for grievances and Fourth Amendment protections prohibiting unlawful search and seizure.

  d. The Laws of Nature and Natures Law, equity and commonsense.  See Article IV herein.

## III. SUMMARY OF CLAIMS AND INDICTMENTS

6. The claim brought by Donald Trump affects the Unalienable Rights of the entire U.S. population.

7. Claimants herein ("Claimants") bring this Claim for Crimes against the Public Trust as Aggrieved Americans whose Unalienable Rights have also been seized by trespass, tyranny and fraud parallel to those unlawful and criminal acts against Donald Trump ("Perpetrator Trump").  See Part Four.[9]

8. In addition, Claimants, as Living and Breathing Men and Women bring Claims against the perpetrators set forth in Part Two and Part Three (the "Perpetrators") including Perpetrator Trump, Ron DeSantis ("Perpetrator DeSantis") under Humanity Law for:

  a. Genocide, Crimes against Humanity, Sex and Human Trafficking, Pillaging, War Crimes and Crimes of Aggression (collectively "U.S. Atrocity Crimes").  The U.S. Atrocity Crimes are perpetrated in the U.S. Guardian Genocide Regime and U.S. Child Trafficking Regime [10] using false unlawful edicts called by fraudulent "protection sounding names" like "guardianship" and "child protection" to strip the rights, possessions, liberty and life of the American and world population while pretending "protection;" and

  b. Claims against the false, fraudulent corporate government.

9. This Claim and Complaint is filed on behalf of the estimated **HUNDREDS OF MILLIONS** of victims of the U.S. Guardian Genocide Regime and U.S. Child Sex/Human Trafficking Regime.

10. This Claim and Indictments are the dastardly, diabolical result of:

  a. The installation of a false illegitimate corporate government and Constitution by government and corporate tyrants who usurped, trespassed and stole the We the People government and Constitution and by trickery and fraud created a corporate U.S. government in the Act of 1871;

  b. Vesting unlawful sole powers and false authority in top level falsely represented public servants who operate under corporate governance to protect their shareholders comprised of their affiliate and associate government employees;

  c. the color of law, criminal use by false corporate government employees of their illegitimate corporate positions to unleash and weaponize their fraudulent laws and fraudulent/corporate

---

[5] What is R2P? - Global Centre for the Responsibility to Protect (globalr2p.org)
[6] The principle underlying "harm" is anything that interferes with freedom and equality.
[7] If one of the parties fails to keep the promise, the other is entitled to legal redress.
[8] See Paragraph A. 9.
[9] See also ¶ 17 and 18.a - No Consent to self-devised terms and codes to obstruct Humanity law, remedy and access
[10] See Part Three

courts against the U.S. and world population to Murder, Human Traffic and Pillage hundreds of millions of America's children, mothers and fathers and the world population; and

d. the perpetration of U.S. Atrocity Crimes by the false corporate government employees using false "protection sounding euphemisms" such as "guardianship" and "child protection" to pretend legitimacy to its false, fraudulent laws and courts that strip, rape, gang-rape and murder the Unalienable Rights of "We the People" their masters.

11. The rights stripping/raping false protection sounding edicts (the "U.S. Nuremberg Laws") are no different than Nuremberg Laws enacted by Hitler in Nazi Germany including that falsely labelled "For the Protection of the People and the State" suspending all of the basic rights of citizens.[11]

12. The Rights and the equal rights of men and women are not "civil" or "constitutional" rights.

13. We the People own our Rights because we exist. Governments are installed to protect our rights:

a. Declaration of Independence: "We hold these Truths to be self-evident, that all Men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty, and the Pursuit of Happiness——That to secure these Rights, Governments are instituted among Men, deriving their just Powers from the Consent of the Governed, that whenever any Form of Government becomes destructive of these Ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its Foundation on such Principles, and organizing its Powers in such Form, as to them shall seem most likely to effect their Safety and Happiness. Prudence,"

b. On a universal level, fundamental human rights, dignity and worth as a human person and the equal rights of men and women are affirmed in the U.N. Declaration of Human Rights.

## IV. NO CONSENT; ALL RIGHTS RESERVED; GOVERNMENT EMPLOYEES ARE BOUND BY PROCEDURAL CODES AS TO JOINDER, INTERPLEADER, NECESSARY, AGGRIEVED, INTERESTED PARTIES AND WITNESSES

14. Claimants bring this Claim under, are solely bound by and declare this Court as bound by Humanity Law: i.e. Natural Law and Laws of Nature, [12] the Responsibility to Protect, Common Law fundamentals of "Do Not Harm Anyone and Keep your Agreements, Commonsense as set forth in the Federalist Papers, [13] equity law [14] and the non-corporate Constitution. [15]

15. Claimants do not consent[16] to any action nor grant any authority to any judicial government employees to take any action except that specifically set forth herein.

---

[11] See Part Two.

[12] The Law of Nature and of Nature's God (nccs.net)
**Natural Law: The Basis of Proper Government:** America's founders knew that the only reliable basis on which to found a government was on a foundation that never changes. They called it "the laws of nature and of nature's God."
**What is Natural Law?**
First of all, Cicero defines Natural Law as "true law." Then he says:
"True law is right reason in agreement with nature; it is of universal application, unchanging and everlasting; it summons to duty by its commands, and averts from wrongdoing by its prohibitions....
 It can also be defined as "the rules of moral conduct implanted by nature in the human mind, forming the proper basis for and being superior to all written laws; the will of God revealed to man through his conscience."

[13] Including but not limited to Federalist 22, 29 and 55

[14] Equity herein means **REMEDY.** Demand for grand jury and jury is specifically demanded.

[15] Including but not limited to Article III and Amendment I

[16] Declaration of Independence "That to secure these rights, Governments are instituted among Men, deriving their just powers from the **consent** of the governed:

16. Further, Claimants hereby specifically set forth for the record that any iota of trickery, word games, false names, deception, double dealing, subterfuge or countless other manufactured perversions concocted by the judicial/attorney brotherhood/fraternity/union to perpetrate U.S. Atrocity Crimes in the guise of a court proceeding shall be added as a count in the Indictment set forth herein.

17. Further, Claimants do not consent to any fabricated, illusory, technical terminology ("Fictitious Word Games") nor to any self-created, self-serving, so-called "procedural codes" ("Self-Serving Codes") used by any judicial or government employee including but not limited to the "U.S. Government Employee Fraud/False Flag Banners" below nor do they apply to nor bind Claimants.

18. Claimants hold the judicial employees with whom this Claim is filed, Perpetrators and their fellow albeit illegitimate corporate government servants strictly civilly, criminally, equitably and ethically liable, bound by, mandated to comply with and enforce Humanity Law, the Constitution including Article III, their Fictitious Word Games and Self-Serving Codes including the following ("U.S. Government Employee Fraud/False Flag Banners") intended to bind them, but used as their shield:

   a. U.S.C. terms, codes and provisions relating to "joinder of parties",[17] intervenor,[18] "necessary party," [19] "aggrieved party,"[20] "interested party," [21] "interested witness," [22] "material witness"[23] and any other such terms, codes and provisions and/or any obstacles to Humanity Laws;

   b. U.S.C. in its entirety including Title 42; [24] Title 18; and Title 15 commerce;

   c. 5 CFR § 2635.101 - Basic obligation of public service and all supplements thereto;

   d. Oath of Office and Bond;

---

[17] 28 U.S.C. Rule 19 -Required Joinder of Parties; 28 USC Rule 20;

[18] 5 CFR § 1201.34 - Intervenors and amicus curiae; Rule 24. Intervention; 28 U.S. Code § 1491;

[19] Definition of NECESSARY PARTY • Law Dictionary • TheLaw.com  NECESSARY PARTY-THELAW.COM LAW DICTIONARY & BLACK'S LAW DICTIONARY 2ND ED.  A person or a party whose rights or interests are affected by a lawsuit and, if that party is not included in the lawsuit, then all matters cannot be effectively concluded in a final judgment.

[20] Aggrieved Party Law and Legal Definition | USLegal, Inc. An aggrieved party can be any person whose financial, personal, or property rights or interests are adversely affected by an act of another or an order, judgment or statute.

[21] Definition of INTERESTED PARTY • Law Dictionary • TheLaw.com   THELAW.COM LAW DICTIONARY & BLACK'S LAW DICTIONARY 2ND ED.  A party with an interest in the matter and who is not unbiased or unconnected so as to remain unaffected regardless of the outcome.

[22] Definition of INTERESTED WITNESS • Law Dictionary • TheLaw.com
THELAW.COM LAW DICTIONARY & BLACK'S LAW DICTIONARY 2ND ED. A witness in a case at trial who may be personally affected by the outcome of the case & an indication of a likely bias towards an outcome that favors the witness.

[23] Definition of MATERIAL WITNESS • Law Dictionary • TheLaw.com   THELAW.COM LAW DICTIONARY & BLACK'S LAW DICTIONARY 2ND ED. A witness that has relevant and significant information to share about an issue being adjudicated in court, typically one who has important information that may not be possessed by others. A key or important witness

[24] Claimants specify 42 U.S.C. §1983, 1985, 1986

e. The despicable, fraudulent fraternity codification of the "reverse of law and ethics" by the American Bar Association devised to pretend to hold judicial employees and their frat attorneys responsible to comply with ethics but are a false flag, [25] protection arm[26] and subterfuge;[27]

f. All other Claims are reserved.

19. Claimants reserve all Rights and assert, reserve and claim all of their Victims Rights and Protections under International, federal and state laws including but not limited to those below. [28]

20. Claimants are Whistleblowers and assert, reserve, claim all Whistleblower Rights and Protections.

21. Just as attested by brave survivors who escaped the Holocaust,[29] so do Claimants hereby give testament and attest to perpetration of the U.S. Atrocity Crimes by Perpetrators, the top leaders of U.S. government who are responsible for remedy but are the Perpetrators.

## V. DEADLINE FOR REPLY

The deadline for reply is Monday, September 19, 2022 by email to courtvictims@gmail.com.

---

[25] Thousands of U.S. judges who broke laws or oaths remained on the bench (reuters.com) **With 'judges judging judges,' rogues on the bench have little to ...** Over a dozen years, Reuters found at **least 5,206** people who were directly affected by a judge's misconduct. The victims ranged from individuals who were subjected to racist, sexist and other abuse from judges to those illegally jailed. Nine of 10 kept their jobs, a *Reuters* investigation found – including an Alabama *judge* who unlawfully jailed hundreds ...

[26] **Special Report: Thousands of U.S. judges who broke laws ...**https://www.reuters.com › article › special-report-thous...
Jun 30, 2020 — MONTGOMERY, Alabama (*Reuters*) - *Judge* Les Hayes once sentenced a single mother to 496 days behind bars for failing to pay traffic tickets.
**How judges added to the grim toll of opioids – Reuters**  https://www.reuters.com › usa-courts-secrecy-judges
Jun 25, 2019 — When the opioid *epidemic* landed on *Judge* Polster's docket in federal district court in Cleveland in late 2017, it had claimed 350,000 lives.
**Inside the Reuters year-long investigation into judicial ...**https://www.reuters.com › rpb-judicialmisconduct › insi...
Jul 2, 2020 — A year-long *Reuters* investigation, by Michael Berens and John Shiffman, found that nine out of every 10 *judges* were allowed to keep their ...
A history of corruption in the United States - Harvard Law Today  https://today.law.harvard.edu › a-history-of-corruption-
Sep 23, 2020 — Third, wealthy business interests *corrupted* politicians to receive favorable treatment by the *government*,
**Report: Corruption in U.S. at Worst Levels in Almost a Decade**
https://foreignpolicy.com › 2021/01/28 › report-transpare...

[27] The "Bar Fraternity is so deplorable it was exposed by none other than a conspirator judicial government employee himself, John F. Molloy, now deceased, a former chief judge of the Arizona Court of Appeals who became so disgusted he authorized a book **The Fraternity: Lawyers and Judges in Collusion** "The once-honorable profession of law now fully functions as a bottom-line business, driven by greed and the pursuit of power and wealth, even shaping the laws of the United States outside the elected Congress and state legislatures." – Justice John F. Molloy

[28] **Universal Declaration of Human Rights | United Nations**
https://www.un.org/en/about-us/universal-declaration-of-human-rights
The Universal Declaration **of Human Rights** (UDHR) is a milestone document in the history **of human rights.**
**The Right to the Truth in International Law | Victims' ...**https://www.taylorfrancis.com/books/mono/10.4324/...
8-12-19 · The U.N.has established a **right to the truth** to be enjoyed by **victims** of gross violations of **human rights.**
**Rights of Victims - United States Department of Justice**  https://www.justice.gov/enrd/rights-victims
Mar 22, 2022 · The Victims' Rights and Restitution Act (VRRA) (34 U.S.C. § 20141) describes the **services the federal government is required to provide to victims of federal crime.** The Crime Victims' Rights Act (CVRA) (18 U.S.C. § 3771) sets forth the rights that a person has as a crime victim

[29] **Primary Sources/Testimonials - Holocaust and Genocide ... https://libguides.sonoma.edu › c.php**
Dec 1, 2020 — While the majority of the interviews are with Jewish Holocaust survivors (around 49,000), the archive also includes the testimonies of political ...

**FACES OF HORROR**

**U.S. ATROCITY CRIMES PERPETRATED BY THE PERPETRATORS,**

**U.S. CORPORATE GOVERNMENT EMPLOYEES**

**MARLA ZAHN'S MOTHER, LOUISE ZAHN**

**STARVED INTO A HUMAN SKELETON BY THE U.S. GUARDIAN GENOCIDE REGIME**

On August 22, 2017 at the Mueller Funeral Home, Louise Zahn shows signs of bruising under the skin and bleeding under the skin caused by infection from the buildup of toxin in the blood and tissues. These toxins, poisonous gasses, parasites, bacteria, fungus, protozoa, and viruses are as a direct result of exposure to the untreated sewer gas leak at Heritage Rehabilitating and from eating unsafe food (DHS, DQA, SOD PV2H11), inadequate medical care, and Easterseals unlawful confiscates Louise Zahn's supplements.



**On August 23, 2017** Louise Zahn's right arm shows the bruises and bleeding under the skin from lack of nutrition when on October 30, 2013 on the Discharge Summary Report from Columbia St. Mary's Hospital, Louise had no bruising tendency and no bleeding tendency. Louise Zahn died of abuse, dehydration, malnutrition and starvation, **not** Alzheimer's disease

**GRUESOME PHOTOS OF THE U.S. ATROCITY CRIMES**

**ARE SET FORTH IN PART THREE AND ENGRAVED IN HISTORY**

**THE WORLD NOW KNOWS**

**TABLE OF CONTENTS OF U. S. ATROCITY CRIMES AND**

## CRIMES AGAINST THE PUBLIC TRUST

| Part One | 1. Prologue<br>2. Caveat and Notice<br>3. The enormity of the U.S. Atrocity Crimes<br>4. Systemic destruction of lives, humanity, and civilization by U.S. Atrocity Crimes<br>5. the magnitude of the Genocide, Human Slave Trade, Pillaging Regime perpetrated by the U.S. against **HUNDREDS OF MILLIONS** of children, mothers and father to profit from its Atrocity Crimes against its own citizens and the world population. |
|---|---|
| Part Two | 1. Parties<br>2. Claims<br>3. Indictments<br>4. Mandatory remedy |
| Part Three | 1. Summary of the U.S. Atrocity Crimes<br>2. Summary and Graphic Description of the U.S. Guardian Genocide Regime<br>3. Summary and Graphic Description of the U.S.<br>4. Graphic Photos of Genocide, Torture, Trafficking of Children, Mothers and Fathers<br>5. In Our Words – Let the World Know<br>   Testaments, Affidavits, Declarations, Attestations, Videos and Websites of U.S. Atrocity Crimes<br>6. Rights, Property, Life and Liberty U.S. Nuremberg Orders by Judicial Perpetrators in Human Trafficking Courts |
| Part Four | 1. Crimes against the Public Trust and Election Fraud by Perpetrator Ron Desantis and his Florida affiliates<br>2. Flouting by and Mental Disease of the Perpetrators |
| Signatory | Claimants and Judicial Perpetrators |
| Exhibits | A. Responsibility to Protect<br>B. Representative Federal Crimes |

**The Universal Declaration of Human Rights (1948)**

▶ In its preamble and in Article 1, the Declaration unequivocally proclaims the inherent rights of all human beings

  ▷ "Disregard and contempt for human rights have resulted in barbarous acts which have outraged the conscience of mankind, and the advent of a world in which human beings shall enjoy freedom of speech and belief and freedom from fear and want has been proclaimed as the highest aspiration of the common people...All human beings are born free and equal in dignity and rights."

**PART TWO**
**PARTIES; CLAIMS; INDICTMENTS; DEMAND FOR REMEDY**

## I. PARTIES

### A.  CLAIMANTS

22. Claimants are living and breathing human beings, men and women who are victims of U.S. Atrocity Crimes and Crimes against the Public.

23. Claimants are:
    a.  The Masters and employers of the judicial government employees with whom this Claim is filed;
    b.  The Masters and employers of the Perpetrators, imposter public servants;
    c.  The owners of the taxpayer buildings that are falsely occupied by the Perpetrators who are trespassers of and under the law;
    d.  extorted to pay the salary [30] of Perpetrators, corporate fictions who falsely represents themselves as public servants;
    e.  owed a fiduciary duty.

24. Claimants bring this Claim in their natural capacities as:
    a.  Living and breathing human beings as men and women;
    b.  Crime Victims with Protected Rights under the Constitution and
    c.  Private Attorney Generals on behalf of themselves and the public;
    d.  Protected Whistleblowers;
    e.  In a Qui Tam capacity;
    f.  All other reserved rights.

### B.  PERPETRATORS

25. This incontrovertible claim is filed against the Perpetrators herein for U.S. Atrocity Crimes, Election Fraud and Crimes against the Public Trust.

### B-1:  PERPETRATORS OF U.S. ATROCITY CRIMES

26. Donald Trump and his affiliates, known and unknown.

27. Joseph Robinette Biden, Jr. and his affiliates, known and unknown, a mandatory party in order to obtain complete remedy and relief.

28. Ron DeSantis and his affiliates, known and unknown.

29. The Judicial Perpetrators set forth in the signatory and all judicial perpetrators involved in the U.S. Guardian Genocide Regime and the U.S. Child Trafficking Regime, known and unknown.

30. All corporate government employees, specifically including but not limited to state Governors and all others involved in the U.S. Guardian Genocide Regime and the U.S. Child Trafficking Regime, known and unknown.

### B-2:  PERPETRATORS OF ELECTION FRAUD AND
**CRIMES AGAINST THE PUBLIC TRUST RELATED TO FALSE FLORIDA GOVERNANCE**

---

[30] Taxation without Representation is tyranny

31. Ron DeSantis and his affiliates, known and unknown including but not limited to Jimmy Patronis, Tim Vaccaro and other Florida imposter government employees for election fraud by posing as a legitimate governor and a governor candidate when knowingly failing to provide bond ("Election Fraud") and deceiving the public as to the legitimacy of government employee officials, false and falsifying records, fraud in the election process, false, fraudulent and void Executive Orders, honest services fraud, violation of public trust, wire and mail fraud (collectively "Crimes against the Public Trust")

32. Juan Antonio "Tony" Gonzalez, U.S. Attorney S. District of Florida, Roger B. Handberg, U.S. Attorney Middle District of Florida and Jason R. Coody, U.S. Attorney Northern District of Florida for collusion, conspiracy and cover up.  See Part Four -Notice and Demand for Remedy.

**B-3:  PERPETRATORS OF TREASON AND CRIMES AGAINST THE PUBLIC TRUST RELATED TO FALSE GOVERNANCE OF THE U.S. UNDER THE VOID ACT OF 1871**

33. All false corporate government employees, known and unknown.

## II. CLAIMS

34. This Incontrovertible Claim constitutes of and comprises:
    a. Civil Claim for massive monetary damages for U.S. Atrocity Crimes and Crimes against the Public Trust;
    b. Criminal Indictments against the Perpetrators;
    c. Cease- and-Desist Injunction;
    d. Affirmation of Repeal of all U.S. Nuremberg Laws referenced in this Article II (being automatically repealed hereby).
    e. Affirmation of Repeal of the Act of 1871

35. All Claims to be Remedied by non-attorney, non-government "Special Master" to be agreed upon by Claimants and act and prosecute in concurrence with Claimants.

## III. INDICTMENTS

### A.  AS TO U.S. ATROCITY CRIMES

35. Claimants charge the Perpetrators, including the Judicial Perpetrators and all responsible for the U.S. Atrocity Crimes with Genocide, Crimes against Humanity, War Crimes; Crimes of Aggression; Enforced Disappearance; Human, Sex and Child Trafficking; Pillaging; and Torture under International, Federal and State laws.

36. **THE DEATH SENTENCE OR LIFE IMPRISONMENT IS DEMANDED AGAINST THE JUDICIAL PERPETRATORS.**

**A-1: GENOCIDE**

37. **The Crimes of Genocide** by the Perpetrators violate Humanity Law, 18 U.S. Code Chapter 50A: GENOCIDE and each act in the International Rome Statute that states; For the purpose of this Statute, "genocide" means **any** of the following acts committed with intent to destroy, in whole or in part, a national, ethnical, racial or religious group, as such:[31]

    **(a) Killing members of these groups:** the group in this case is the entire population of the U.S. and world population starting with the elderly, chronically ill and disabled.

    **(b) Causing serious bodily harm or mental harm to members of the group:** murder, bodily harm and mental harm is incontrovertibly and prima facie proven herein.

    **(c) Deliberately inflicting on the group conditions of life, calculated to bring about its physical destruction in whole or in part:** deliberate infliction on the group conditions of life, calculated to bring about its physical destruction in whole or in part is incontrovertibly and prima facie proven herein.

    **(d) Imposing measures intended to prevent births within the group:** the group is Forcibly Disappeared from the world with no human contact.

    **(e) Forcibly transferring children of the group to another group:** the Perpetrators fund third party grafter vendors with false protections sounding names such as "child protection service" and "adult protection service" instead of using accurate titles such traffickers, pillagers and murderers as to seize parents and children from their families and the world in order to steal their property and murder them.

## A-2: CRIMES AGAINST HUMANITY

38. The Crimes against Humanity by the Perpetrators violate Humanity Law,[32] the Rome Statute[33] and are incontrovertibly documented as a widespread or systematic attack directed against any civilian population, with knowledge of the attack and include:

    a. Murder;

---

[31] Rome Statute of the International Criminal Court, 1998 (un.org)

[32] crime against humanity | Wex | US Law | LII / Legal Information Institute (cornell.edu)

[33] 1. For the purpose of this Statute, 'crime against humanity' means any of the following acts when committed as part of a widespread or systematic attack directed against any civilian population, with knowledge of the attack:

    a.  Murder;

    b.  Extermination;

    c.  Enslavement;

    d.  Deportation or forcible transfer of population;

    e.  Imprisonment or other severe deprivation of physical liberty in violation of fundamental rules of international law;

    f.  Torture;

    g.  Rape, sexual slavery, enforced prostitution, forced pregnancy, enforced sterilization, or any other form of sexual violence of comparable gravity;

    h.  Persecution against any identifiable group or collectivity on political, racial, national, ethnic, cultural, religious, gender as defined in paragraph 3, or other grounds that are universally recognized as impermissible under international law, in connection with any act referred to in this paragraph or any crime within the jurisdiction of the Court;

    i.  Enforced disappearance of persons;

    j.  The crime of apartheid;

    k.  Other inhumane acts of a similar character intentionally causing great suffering, or serious injury to body or to mental or physical health.

2. For the purpose of paragraph 1:

    a.  'Attack directed against any civilian population' means a course of conduct involving the multiple commission of acts referred to in paragraph 1 against any civilian population, pursuant to or in furtherance of a State or organizational policy to commit such attack;

b. Extermination;

c. Enslavement;

d. Deportation or forcible transfer of population;

e. Imprisonment or other severe deprivation of physical liberty in violation of fundamental rules of international law;

f. Torture;

g. Rape, sexual slavery, enforced prostitution, forced pregnancy, enforced sterilization, or any other form of sexual violence of comparable gravity;

h. Persecution against any identifiable group or collectivity on political, racial, national, ethnic, cultural, religious, gender as defined in paragraph 3, or other grounds that are universally recognized as impermissible under international law, in connection with any act referred to in this paragraph or any crime within the jurisdiction of the Court;

i. Enforced disappearance of persons;

j. Other inhumane acts of a similar character intentionally causing great suffering, or serious injury to body or to mental or physical health.

## A-3: WAR CRIMES [34]

---

[34] **Article 8. Sexual and gender-based crimes are acts amounting to war crimes.** Through its inclusion of sexual and gender-based crimes as distinct war crimes, this provision recognises that gender-based violence is routinely committed in the context of armed conflicts. Under Article 8(2)(b)(xxii), rape, sexual slavery, enforced prostitution, forced pregnancy, and enforced sterilization are acts amounting to war crimes. Relevant Provisions include: For the purpose of this Statute, **"war crimes" means: (a) Grave breaches of the Geneva Conventions of 12 August 1949, namely, any of the following acts against persons or property protected under the provisions of the relevant Geneva Convention:** (i) Willful killing; (ii) Torture or inhuman treatment, including biological experiments; (iii) Wilfully causing great suffering, or serious injury to body or health; (iv) Extensive destruction and appropriation of property, not justified by military necessity and carried out unlawfully and wantonly; ...... (vii) Unlawful deportation or transfer or unlawful confinement; (viii) Taking of hostages. (b) Other serious violations of the laws and customs applicable in international armed conflict, within the established framework of international law, namely, any of the following acts: (i) Intentionally directing attacks against the civilian population as such or against individual civilians not taking direct part in hostilities;................ (x) Subjecting persons who are in the power of an adverse party to physical mutilation or to medical or scientific experiments of any kind which are neither justified by the medical, dental or hospital treatment of the person concerned nor carried out in his or her interest, and which cause death to or seriously endanger the health of such person or persons; ........(xiii) Destroying or seizing the enemy's property unless such destruction or seizure be imperatively demanded by the necessities of war; (xiv) Declaring abolished, suspended or inadmissible in a court of law the rights and actions of the nationals of the hostile party; .... (xvii) Employing poison or poisoned weapons; (xviii) Employing asphyxiating, poisonous or other gases, and all analogous liquids, materials or devices;....... (xx) Employing weapons, projectiles and material and methods of warfare which are of a nature to cause superfluous injury or unnecessary suffering or which are inherently indiscriminate in violation of the international law of armed conflict, provided that such weapons, projectiles and material and methods of warfare are the subject of a comprehensive prohibition and are included in an annex to this Statute, by an amendment in accordance with the relevant provisions set forth in articles 121 and 123; (xxi) Committing outrages upon personal dignity, in particular humiliating and degrading treatment; (xxii) Committing rape, sexual slavery, enforced prostitution, forced pregnancy, as defined in article 7, paragraph 2 (f), enforced sterilization, or any other form of sexual violence also constituting a grave breach of the Geneva Conventions; ............. (xxv) Intentionally using starvation of civilians as a method of warfare by depriving them of objects indispensable to their survival, including wilfully impeding relief supplies as provided for under the Geneva Conventions; (xxvi) Conscripting or enlisting children under the age of fifteen years into the national armed forces or using them to participate actively in hostilities. (c) In the case of an armed conflict not of an international character, serious violations of article 3 common to the four Geneva Conventions of 12 August 1949, namely, any of the following acts committed against persons taking no active part in the hostilities, including members of armed forces who have laid down their arms and those placed hors de combat by sickness, wounds, detention or any other cause: (i) Violence to life and person, in particular murder of all kinds, mutilation, cruel treatment and torture; (ii) Committing outrages upon personal dignity, in particular humiliating and degrading treatment; (iii) Taking of hostages; (iv) The passing of sentences and the carrying out of executions without previous judgement pronounced by a regularly constituted court, affording all judicial

39. A systemic attack and covert war is being waged against the U.S. and world population by the Perpetrators of the U.S. Atrocity Crimes.

40. These crimes constitute war crimes on the order of an international and non-international armed conflict.

41. Pursuant to the Rome Statute Article 8 'war crimes' means (a) Grave breaches of the Geneva Conventions of August 12, 1949, namely, any of the following acts against persons or property protected under the provisions of the relevant Geneva Convention:

   a.  (i) Willful killing.

   b.  (ii) Torture or inhuman treatment, including biological experiments;

   c.  (iii) Willfully causing great suffering, or serious injury to body or health:

   d.  (iv) Extensive destruction and appropriation of property, not justified by military necessity and carried out unlawfully and wantonly:

   e.  (v) Intentionally directing attacks against the civilian population as such or against individual civilians not taking direct part in hostilities:

   f.  (iv) Intentionally launching an attack in the knowledge that such attack will cause incidental loss of life or injury to civilians or damage to civilian objects or widespread, long-term and severe damage to the natural environment which would be clearly excessive in relation to the concrete and direct overall military advantage anticipated:

### D. CRIMES OF AGGRESSION [35]

---

guarantees which are generally recognized as indispensable. (d) Paragraph 2 (c) applies to armed conflicts not of an international character and thus does not apply to situations of internal disturbances and tensions, such as riots, isolated and sporadic acts of violence or other acts of a similar nature. (e) Other serious violations of the laws and customs applicable in armed conflicts not of an international character, within the established framework of international law, namely, any of the following acts: (i) Intentionally directing attacks against the civilian population as such or against individual civilians not taking direct part in hostilities; ..... (vi) Committing rape, sexual slavery, enforced prostitution, forced pregnancy, as defined in article 7, paragraph 2 (f), enforced sterilization, and any other form of sexual violence also constituting a serious violation of article 3 common to the four Geneva Conventions; (vii) Conscripting or enlisting children under the age of fifteen years into armed forces or groups or using them to participate actively in hostilities; (viii) Ordering the displacement of the civilian population for reasons related to the conflict, unless the security of the civilians involved or imperative military reasons so demand; .... (xi) Subjecting persons who are in the power of another party to the conflict to physical mutilation or to medical or scientific experiments of any kind which are neither justified by the medical, dental or hospital treatment of the person concerned nor carried out in his or her interest, and which cause death to or seriously endanger the health of such person or persons; (xii) Destroying or seizing the property of an adversary unless such destruction or seizure be imperatively demanded by the necessities of the conflict; (xiii) Employing poison or poisoned weapons; (xiv) Employing asphyxiating, poisonous or other gases, and all analogous liquids, materials or devices; .........

[35] Article 8 bis3 Crime of aggression 1. **For the purpose of this Statute, "crime of aggression" means the planning, preparation, initiation or execution, by a person in a position effectively to exercise control over or to direct the political or military action of a State, of an act of aggression which, by its character, gravity and scale, constitutes a manifest violation of the Charter of the United Nations.** 2. For the purpose of paragraph 1, "act of aggression" means the use of armed force by a State against the sovereignty, territorial integrity or political independence of another State, or in any other manner inconsistent with the Charter of the United Nations. Any of the following acts, regardless of a declaration of war, shall, in accordance with United Nations General Assembly resolution 3314 (XXIX) of 14 Dec. 1974, qualify as an act of aggression: (a) The invasion or attack by the armed forces of a State of the territory of another State, or any military occupation, however temporary, resulting from such invasion or attack, or any annexation by the use of force of the territory of another State or part thereof; (b) Bombardment by the armed forces of a State against the territory of another State or the use of any weapons by a State against the territory of another State; (c) The blockade of the ports or coasts of a State by the armed forces of another State; (d) An attack by the armed forces of a State on the land, sea or air forces, or marine and air fleets of another State; 3 Inserted by resolution RC/Res.6 of 11 June 2010. 8 Rome Statute of the ICC (e) The use of armed forces of one State which are within the territory of another State with the agreement of the receiving State, in contravention of the conditions provided for in the agreement or any extension of their presence in such territory beyond the termination

42. The attacks on civilians of other countries who visit or reside in the U.S. constitute Crimes of Aggression.

43. The Perpetrators are waging war and committing treason against Americans and the World Population.

## E. ENFORCED/FORCIBLE DISAPPEARANCE

45. The International Convention for the Protection of all Persons from Enforced Disappearance enacted December 20, 2006 provides in relevant part:

> **PART I - ART. 2:** For the purposes of this Convention, "enforced disappearance" is considered to be the arrest, detention, abduction or any other form of deprivation of liberty by agents of the State or by persons or groups of persons acting with the authorization, support or acquiescence of the State, followed by a refusal to acknowledge the deprivation of liberty or by concealment of the fate or whereabouts of the disappeared person, which place such a person outside the protection of the law.

46. The Crime of Enforced Disappearance, is graphically described by Amnesty.Org:[36]

   a. Victims of enforced disappearance are people who have literally disappeared; from their loved ones and their community. They go missing when state officials (or someone acting with state consent) grabs them from the street or from their homes and then deny it, or refuse to say where they are. Some disappearances may be committed by armed non-state actors, like armed opposition groups. And it is always a crime under international law.

   b. These people are almost never released and their fate remains unknown. Victims are frequently tortured and many are killed or live in constant fear of being killed. They know their families have no idea where they are and there is little chance of anyone coming to help them. Even if they escape death and are eventually released, the physical and psychological scars stay with them.

   c. Tool of Terror: Enforced disappearance is frequently used as a strategy to spread terror within a society. The feeling of insecurity and fear it generates is not limited to the close relatives of the disappeared, but also affects communities and society as a whole.

   d. A Global Issue: Once largely used by dictatorships, disappearances now happen in every region of the world and in a wide range of contexts. They are commonly carried out in internal conflicts, particularly by governments trying to repress political opponents or by armed opposition groups.

   e. Who is at Risk? Human rights defenders, relatives of those already disappeared, key witnesses and lawyers seem to be particular targets.

   f. Agony and Danger for Families. Families and friends of people who have disappeared experience slow mental anguish. Not knowing whether their son or daughter, mother or father is still alive. Not knowing where he or she is being held, or how they are being treated.

---

of the agreement; (f) The action of a State in allowing its territory, which it has placed at the disposal of another State, to be used by that other State for perpetrating an act of aggression against a third State; (g) The sending by or on behalf of a State of armed bands, groups, irregulars or mercenaries, which carry out acts of armed force against another State of such gravity as to amount to the acts listed above, or its substantial involvement therein.
[36] https://www.amnesty.org/en/what-we-do/enforced-disappearances/

Searching for the truth may put the whole family in great danger. Not knowing if their loved one will ever return leaves their relatives living in limbo.

g. Men Most Targeted, Women Lead the Struggle.  Globally, the vast majority of victims of enforced disappearance are men.  However it is women who most often lead the struggle to find out what happened in the minutes, days and years since the disappearance – putting themselves at risk for intimidation, persecution and violence.  On top of this, the disappeared person is often the main breadwinner, the only one able to cultivate the crops or run the family business.  This is then made even worse by some national laws that don't let you draw a pension or receive other support without a death certificate.[37]

h. Arbitrary Detention: Many victims of enforced disappearance have been arbitrarily arrested or detained – in other words arrested or detained without a warrant of arrest.

i. Torture:  A disappeared person is also at a high risk of torture since they are placed completely outside the protection of the law.  A victim's lack of access to legal remedies put them in a terrifying situation of complete defencelessness.  Victims of enforced disappearance are also at high risk of other human rights violations, such as sexual violence or even murder.

### F. PERFIDY

47. The U.S. Atrocity Crimes constitute the War Crime of Perfidy in violation of the Geneva Convention. [38]

48. Further, the deliberate and systemic betrayal of its own people and the world population by the U.S. makes the government the enemy of the people, engaged in a **COLD WAR** against the American and World Population and constitutes self-authenticated Crimes of Aggression.

### G.  VIOLATION OF NUREMBERG CODE: [39]

---

[37] The human traffickers steal the federally protected social security of the Crime Victims.

[38] Customary IHL - Rule 65. Perfidy (icrc.org) Additional Protocol I defines perfidy as "acts inviting the confidence of an adversary to lead him to believe that he is entitled to, or obliged to accord, protection under the rules of international law applicable in armed conflict, with intent to betray that confidence" This definition is restated in the Elements of Crimes for the International Criminal Court. It is also contained in numerous military manuals. It is supported by other practice. This practice includes that of States not, or not at the time, party to Additional Protocol I. New Zealand's Military Manual and Sweden's IHL Manual point out that the definition of perfidy contained in Article 37 codifies customary international law. The essence of perfidy is thus the invitation to obtain and then breach the adversary's confidence, i.e., an abuse of good faith. This requirement of a specific intent to breach the adversary's confidence sets perfidy apart from an improper use, making perfidy a more serious violation of international humanitarian law. Some military manuals translate this rule as follows: it is prohibited to commit a hostile act under the cover of a legal protection.

[39] The Nuremberg Code (1947)   https://media.tghn.org › medialibrary › 2011/04The judgment *by* the war crimes tribunal at *Nuremberg* laid down 10 standards to which physicians must conform when carrying out experiments *on* human subjects. THE NUREMBERG CODE - a medical code of ethics based on the laws under which the Nazi criminals were judged in U.S.A. vs. Karl Brandt, et al. (Nuremberg physicians' trial), for their role in conducting horrific medical experiments during the Second World War. The Nuremberg Code later constituted the basis for the Helsinki Declaration 1965 which binds the World Medical Association and practicing physicians to 'act in the [individual] patient's best interest when providing medical care'. Any physician or research scientist found to have breached any of the 10 principles of the Nuremberg code would face criminal liability, The first principle of the Nuremberg Code is a willingness and informed consent by the person to receive treatment and participate in an experiment. The person is supposed to activate freedom of choice without the intervention, either through force, deceit, fraud, threat, solicitation, or any other type of binding or coercion. Informed consent, with specific reliance on the Nuremberg Code, is also the basis of the International Ethical Guidelines for Biomedical Research Involving Human Subjects. Article 21 of the Rome Statute sets out the legal sources upon which the ICC may draw. The statute defines three primary sources of international law; international treaties, international custom, and general principles of law recognised by civilized nations. It is recognised that the three sources are of equal value and that there is no hierarchy among them. The elements of customary (jus cogens) international law include: ● the widespread

49. Victims are forcibly and relentlessly drugged with toxic, lethal chemical restraints.

50. **The Inhumanity of Systemic, Forced Drugging by Toxic Lethal Chemicals of vulnerable civilians extends far beyond the immoral atrocity of violation of the Nuremberg Code.**

51. **These are on the order of War Crimes and Crimes of Aggression against civilians.**

## H.  HATE CRIMES

52. The U.S. Guardian Genocide/Child Trafficking Regimes target Jews, persons of color and other Religions and classes of persons, including vulnerable adults.

## I.  OTHER HEINOUS CRIMES

53. The U.S. Atrocity Crimes constitute international threats in violation of:

    a.  Transnational Terrorist Crimes [40]

    b.  Global Terrorists Acts. [41]

    c.  Extraordinary Acts of Torture under U.N. Convention against Torture, Rome Statute, and Section 2340A of Title 18.

54. The U.S. Atrocity Crimes constitute torture; and cruel, inhuman and degrading treatment or punishment under international human rights treaties including 1975 UN Declaration against

---

repetition by States of similar international acts over time (State practice); • the requirement that the acts must occur out of a sense of obligation (opinion juris); and • that the acts are taken by a significant number of States and not rejected by a significant number of States.

[40] https://www.fbi.gov/investigate/organized-crime#:~:text=Crimes%20such%20as%20drug%20trafficking,are%20keystones%20within%20TOC%20enterprises.

https://home.treasury.gov/system/files/126/tco.pdf

[41] 18 U.S. Code CHAPTER 113B—TERRORISM

18 U.S.C. §2331.

As used in this chapter—

(1) the term "international terrorism" means activities that—

(A) involve violent acts or acts dangerous to human life that are a violation of the criminal laws of the U. S.or of any State, or that would be a criminal violation if committed within the jurisdiction of the United States or of any State;

(B) appear to be intended—

(i) to intimidate or coerce a civilian population;

(ii) to influence the policy of a government by intimidation or coercion; or

(iii) to affect the conduct of a government by mass destruction, assassination, or kidnapping; and

(C) occur primarily outside the territorial jurisdiction of the United States, or transcend national boundaries in terms of the means by which they are accomplished, the persons they appear intended to intimidate or coerce, or the locale in which their perpetrators operate or seek asylum;

(5) the term "domestic terrorism" means activities that—

(A) involve acts dangerous to human life that are a violation of the criminal laws of the U.S. or of any State;

(B) appear to be intended—

(i) to intimidate or coerce a civilian population;

(ii) to influence the policy of a government by intimidation or coercion; or

(iii) to affect the conduct of a government by mass destruction, assassination, or kidnapping; and

(C) occur primarily within the territorial jurisdiction of the United States.

Torture;[42]1984 UN Convention against Torture;[4344]1985 Inter-American Convention to Prevent and Punish Torture; [45] and European Convention on Human Rights. [46]

55. Ongoing criminal enterprise. Contrary to remedy, efforts seeking remedy subject Atrocity Crime Victims to heightened systemic, vicious retaliation, including MURDER of their captured family member, false arrest, assault by SWAT teams to terrorize them, and theft of their own assets.[47]

56. See Appendix for sampling of additional Federal Felony Crimes.

### B.  CRIMES AGAINST THE PUBLIC TRUST AND ELECTION FRAUD

57. Crimes against the Public Trust and Election Fraud constitute acts of Treason.

58. These crimes violate U.S. Government Employee Fraud/False Flag Banners set forth in the Prologue to which the false corporate public servants are bound.

### IV. DECLARATION OF URGENT MANDATORY REMEDY

### A. MANDATORY GRAND JURY;
### NON-GOVERNMENT, NON-ATTORNEY SPECIAL MASTER /PROSECUTOR
### TO BE AGREED UPON BY CLAIMANTS;
### DESIGNATED CLAIMANTS TO ACT IN CONCURRENCE

59. **No Consent to any Judicial Government Employee.**

   a. This Claim and Indictment must be submitted **directly** to a grand jury comprised of non-attorney, non-government members of the public.

   b. The grand jury must be presided by designated Claimants and a designated non-attorney, non-government employee ("Special Master/Prosecutor") who is agreed upon by Claimants.

   c. The Special Master/Prosecutor shall act in concurrence with Claimants.

   d. The designation of a grand jury and Special Master/Prosecutor is as of right and automatic.

### B. STATE OF EMERGENCY; NATIONAL SECURITY THREAT; MILITARY TRIBUNAL

60. Claimants are under seize. threat and in life danger.

61. Claimants, as "We the People" and Private Attorney Generals hereby **declare a State of Emergency** in accordance with the Preamble to the Constitution as follows:

   "We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America."

62. Claimants declare and demand the issuance of an IMMEDIATE AND URGENT CEASE AND DESIST COMMAND.

63. Claimant demand all enforcement action as necessary including but not limited to Military Tribunal and Military Personnel.

---

[42] https://www.ohchr.org/en/professionalinterest/pages/declarationtorture.aspx
[43] https://www.ohchr.org/en/professionalinterest/pages/cat.aspx
[44] Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment
[45] https://www.oas.org/juridico/english/treaties/a-51.html
[46] https://www.echr.coe.int/documents/convention_eng.pdf
[47] Part Three

## C. SENTENCING GRAND JURY

64. Claimant demand maximum sentencing.

## D. JURY TRIAL TO DETERMINE MONETARY DAMAGES

65. Summary judgment is automatic

66. This Claim and Indictment must be submitted **directly** to a jury comprised of non-attorney, non-government members of the public to determine damages.

67. The jury must be presided by designated Claimants and a designated non-attorney, non-government employee ("Special Monitor") who is agreed upon by Claimants.

68. The Special Monitor shall act in concurrence with Claimants.

## E. AUTOMATIC, MANDATED AND MANDATORY REMEDY

69. The actions of the Perpetrators are void and unlawful.

70. The remedy set forth herein is automatic.

71. There must be direct access to the Grand Jury, Jury, Special Master/Prosecutor and Special Monitor, all of whom must be provided this Claim.

72. The automatic remedy includes but is not limited to:

   a. The Nuremberg Orders are null void and shall be removed from all public records. Maintaining them on official records is a completely separate set of crimes and fraud including but not limited to false records and tampering with records.

   b. **Emergency Cease and Desist within 12 hours hereof**

   c. **Urgent and Immediate Rescue and Release of Crime Victims within 12 hours hereof**

   d. To protect the Crime Victims from the magnitude of the U.S. Atrocity Crimes URGENT MILITARY Personnel and military force if necessary is mandated and mandatory.

   e. Criminal investigation of the Perpetrators and all government employees involved in the U.S. Atrocity Crimes on the order of a Judges Trial at Nuremberg.

   f. Criminal investigation of the Perpetrators and all government employees involved in the Election Fraud and Crimes against the Public Trust.

   g. Criminal sentencing of the Judicial Perpetrators by life imprisonment or death sentence. A small sampling of judicial perpetrators is shown on the signatory.

   h. The U.S. Nuremberg Laws are null and void. Their repeal is automatic. They must be removed from the official records books. Maintaining them on official records is a completely separate set of crimes and fraud including but not limited to false records and tampering with records.

   i. The Act of 1871 is null and void. Its repeal is automatic and it must be removed from the official records book. Maintaining it on official records falls within the definition of treason and other high crimes and fraud.

   j. Massive Compensation, Restitution and Remuneration to Claimant by Jury Trial;

   k. Whistleblower and witness protection for Claimants.

## F. NO CONSENT EXCEPT AS SET FORTH HEREIN; ALL RIGHTS RESERVED

73. As set forth in the Declaration of Independence, [48] Claimants/Private Attorney Generals do not consent to nor grant any authority to any judicial government employees to take any action but for those set forth as follows to take place immediately and urgently- specifically within 12 hours.

---

## PART THREE
## THE U.S. ATROCITY CRIMES

---

### I. SUMMARY OF THE U.S. ATROCITY CRIMES

74. This Article I summarizes the U.S. Atrocity Crimes in the U.S. Guardian Genocide and Child Trafficking Regimes.

---

[48] "We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.—That to secure these rights, Governments are instituted among Men, deriving their just powers from the **consent of the governed**,

75. Graphic details setting forth the diabolical, sickening perversions carried out by the Perpetrators is included in Article V-VII.

76. Reference should be made hereafter to the viral expose of the predator U.S. judiciary that breeds, executes and perpetrates the U.S. Atrocity Crimes.

77. The U.S. judiciary is known to the world [49] as lawless, [50] corrupt,[51] subversive,[52] and a rotting carcass[53] that systemically destroys American families. [54]

---

[49] The US Justice System: Totally Corrupt, Criminal, and Out ...
**https://nationalvanguard.org › 2017 › 04 › the-us-justice-system-totally-corrupt-criminal-and-out-of-control**
Lt. Gen. Tom McInerney; 'We have a corrupt Supreme Court ...
https://noqreport.com › 2021 › 02 › 24 › lt-gen-tom-mcinerney-we-have-a-corrupt-supreme-court-so-its-up-to-us-to-act
Lt. Gen. Tom McInerney: 'We have a **corrupt** Supreme Court' so it's up to us to act.
[50] U.S. heading toward lawlessness - Washington Times  www.washingtontimes.com/news/2017/mar/22/us...
dxc
**Lawless America: What Happened to the Rule of Law**  *css.cua.edu* › wp-content › uploads › 2017/09 › lawless...
HUMANITAS • 13. *Lawless America*: What Happened to the Rule of Law hoc basis. We see this in many of our own Supreme *Court's* decisions regarding, for ... by BP Frohnen ·
**Counterattacking a Lawless Judiciary - The Social Contract ...**
www.thesocialcontract.com › pdf › tsc_27_4_witkerk_2
*American* conservatives have been bemoaning judicial activism since at least the 1950s, but the problem continues to worsen. Today, our *courts* are mandating ...
wordpress.com/2021/04/13/we-live-in-the-midst-of-fake-news-and-fake-law-tolerated-by-un-and-mainstream-media-alfred-de-zayas-condemns-global-silence-over-azerbaijani-failure-to-return-armenian-captives/
From May 1, 2012 to April 30, 2018, Alfred-Maurice de Zayas served as the first UN Independent Expert on the promotion of a democratic and equitable international order.
[51] **Opinion | Our courts also have a big corruption problem - The ...**
www.washingtonpost.com › opinions › 2020/03/05 › o...
Mar 5, 2020 — Whitehouse describes a three-step process these donors employ to capture the *judiciary*. First, Whitehouse says, "Supreme *Court* judges are ...
**Judge Sentenced To 28 Years In Bribery Scandal : The Two ...**
www.npr.org › sections › thetwo-way › 2011/08/11 › pa...
Aug 11, 2011 — *Judge* Sentenced To 28 Years In *Massive* Juvenile *Justice Bribery* ... Former Luzerne County *Judge* Mark Ciavarella Jr. was convicted of taking ...
**How Corrupt Is America's Judicial System? – Seeker**  www.seeker.com › how-corrupt-is-americas-judicial-sys...
Aug 27, 2015 — Almost 50% of Americans believe that the US *judicial* system is *corrupt*.
**West Virginia's high court corruption just the tip of the iceberg ...**
**www.nbcnews.com › think › opinion › west-virginia-s-...**
Aug 16, 2018 — West Virginia's high *court corruption* and impeachment scandal the tip of the iceberg when it comes to big money's judicial influence.
[52]**When Judges Lie. It's Called Creative, Subversive And ...**
https://lawsintexas.com › when-judges-lie-its-called-crea...
Oct 8, 2020 — *U.S.* Supreme *Court* Justice Joseph Story, for example, faced a conflict ... There are *subversive* judges today, as well as scholars who advise ...
[53] The American Justice System Is Broken | National Review
www.nationalreview.com/2016/01/american-justice...
Two relatively recent articles in respected publications have piercingly reminded me of what a rotting carcass much of the American legal system has become.
[54]CORRUPTION, FRAUD AND JUDICIAL MISCONDUCT  www.injusticexposed.org
*Corrupt judicial* systems not only violate the basic right to equality before the law but deny procedural rights guaranteed by the United States Constitution.
**Dependent Judiciary and Unaccountable Judges ... – Jstor**  www.jstor.org › stable
understand the consequences of *judicial misconduct*, to engage in *corruption* on a *massive* scale? How have *corrupt* judges been able to act illegally while ... by T Gong · 2004
**Courting Corruption: How Judicial Elections Threaten the ...**

78. However, the U.S. Atrocity Crimes are a calculated Genocide/Pillaging/Trafficking Regime perpetrated in conspiracy with all branches.

79. The U.S. corporate "Legislative branch" concocts unlawful, immoral, illegal, U.S. Nuremberg Laws[55] devised to:

   a. **Murder/Strip/Rape/Steal** the People of their **Unalienable Birth Rights** endowed by the Creator under the Declaration of Independence and derived from "**Inherent Human Dignity**" under the U.N. Declaration of Human Rights.

   b. For the U.S. Government to humanly own, sell, barter and trade Human Beings, pillage their assets and <u>Murder</u> them by Genocide by calling these Atrocity Crime by false monikers: "guardian" and "child protection" laws.

   c. **The Nuremberg Child Trafficking Laws financially incentivize the U.S. government** to steal, kidnap, sell, barter and trade children and pillage their assets and those of Family Members by calling Child Trafficking Laws by the false moniker "child protection."

   d. **The Nuremberg Vulnerable Adult Trafficking Laws financially incentivize the U.S. government** to steal, kidnap, sell, barter and trade vulnerable adults and pillage their assets and those of Family Members by calling these Trafficking Laws by the false moniker "guardianship" and "conservatorship."

80. The Perpetrators target those with wealth to call them by fabricated, defamatory, dehumanizing slurs such as "**Wards of the State.**"

81. In the U.S. Guardian Genocide Regime, Crime Victims are "decreed" DEAD under Nuremberg Law to make them the "property" of the state in order to perpetrate the Atrocity Crimes and prevent remedy or recourse.

82. In the U.S. Child Trafficking Regime, the Unalienable Parental Rights of one or both Parents are stripped/raped to make their children the "property" of the state in order to perpetrate the Atrocity Crimes and prevent remedy or recourse.

83. Armed government employees and third-party vendor "bounty hunters" are deployed to kidnap Crime Victims from their home and family. [56]

84. Family members become victims by savage retaliation crimes to silence them.

85. A demonic array of Nuremberg Tactic are deployed to attempt to "eliminate" the familial relationship of family members and extort and blackmail them into silence so as to:

   a. eliminate Family Members from any access to the Judicial Perpetrator;

   b. remove any means of remedy or recourse by any other government employee; and

   c. execute the Atrocity Crimes in secret and without obstacles.

---

www.theatlantic.com › politics › archive › 2014/10 › c...
Oct 15, 2014 — Courting *Corruption*: The Auctioning of the *Judicial* System ... the desperation to raise money means lawmakers pandering to *big* donors or ...

[55] **Nuremberg laws are used to strip citizens of their rights, criminalize human rights in order for public official to illegal seize their assets and steal their liberty.**

[56] See video of an armed government employee seizing the parent of a Crime Victim herein from her home and son. See photo of the SWAT team terrorizing and arresting the son of a Crime Victim.

86. The tactics deployed to destroy and exterminate the Unalienable Rights and Human Dignity of parents/family members ("Family Elimination Nuremberg Decrees") are shared in common by judicial perpetrators throughout the U.S.

87. The Family Elimination and Retaliation Nuremberg Decrees include:

    a. Holding family members in "contempt" of Human Trafficking Court by accusing them of "violating" Nuremberg Decrees if they attempt to protect their loved ones who have been decreed "DEAD" and "state" owned by the U.S. Guardian Genocide Regime or become "state" owned in the U.S. Child Trafficking Regime.

    b. Issuing Nuremberg false arrest "decrees" against family members;

    c. Erasing and eliminating their familial relationship on the Human Trafficking "fake fraudulent "docket" of the Human Trafficking Courts;

    d. Issuing "Nuremberg Blackmail Decrees" to prohibit family members from speaking about, exposing or reporting the Atrocity Crimes;

    e. Pillaging their assets and keeping them in indentured servitude by Nuremberg Decrees commanding them to turn over their property to "insiders" in the U.S. Guardian Genocide/Child Trafficking Regime;

    f. Torturing them by threats; stalking them and invading their privacy by a relentless stream of fraudulent Nuremberg Decrees by mail and wire;

    g. Attacking them by using their circle of "insider predators" to stalk them with an endless array of Nuremberg "summons" "warrants" "capias" and "arrest writs;."

    h. Stealing the assets and home of family members by fabricated, fraudulent, engineered lawsuits against them to render them indigent and unable to pursue remedy as they are struggling to financially support themselves;

    i. Murdering the "state owned" mother, father, child or spouse to retaliate and destroy a family member when none of the Atrocity Crimes are effective to silence and eliminate them.

88. U.S. Atrocity Crimes are perpetrated against an estimated **SIXTY MILLION** mostly women and children and over **ONE HUNDRED MILLION** family members throughout the world.

89. The U.S deploys and profits from an army of third-party human trafficker/vendors it pays to steal, traffic, murder and pillage children, parents and spouses in the entire world population.[57]

90. The Perpetrators and the U. S. government perpetrates systemic atrocity crimes under the charade of a democracy.

91. The U.S. Genocide/Child Trafficking Regime is a terror enterprise parallel to the Nazi Holocaust:

    a. Children, mothers and fathers are Kidnapped from their home and family often in the dark of night at GUNPOINT by Grifters/Traffickers paid by the U.S. government to Humanly Own, Sell, Pillage and Murder them;

    b. Atrocity Crime Victims who expose U.S. Atrocity Crimes and demand remedy are in heightened life endangerment by savage retaliation: the RETALIATORY MURDER of their family member captured in the Regime; their false arrest; seizing their homes and assets; and stripping their professional licenses to deprive them of their livelihood to eliminate them and make them indigent to silence them;

---

[57] https://drive.google.com/file/d/18tP5kKrxonO7j76p77ra8kw9nFS4cEmt/view?usp=drivesdk

    c.  **The Atrocity Crimes include the use of Torture to induce the suicide of Atrocity Crime Victims and fuel murderous rage against them and ignore life threatening danger against them to set up the Murder of Atrocity Crime Victims to eliminate and silence them and cover up the Atrocity Crimes.**[58]

92. The U.S. government attempts to keep all world countries blind to the enormity of the systemic U.S. Genocide, Trafficking and Pillaging Holocaust

93. Claimants are U.S. Atrocity Crime Victims and give testament herein to the world of the **ENORMITY OF THE U.S. ATROCITY CRIMES** just as the Nazi victims who escaped and attested to Nazi Atrocity Crimes

94. Just like in Nazi Germany, the U.S. atrocity crimes are a systemic, epidemic course of conduct.

95. Just as in the Nazi Holocaust, victims are forced plead for their lives and safety to the very U.S. government employees responsible for their protection but are perpetrators or their protectors.

96. The systemic U.S. Atrocity Crimes are a U.S. Holocaust far worse than the Nazi Holocaust.

97. There are an estimated **TEN MILLION CRIME VICTIMS** of the U.S. Guardian Genocide Regime using a 10 % increase per year based on the statistics below. [59]

98. There are an estimated **FIFTY MILLION VICTIMS** of the U.S. Child Trafficking Regime.[60]

99. With the inclusion of only two (2) direct Family Member Crime Victims, the staggering number of estimated Atrocity Crime Victims surpasses **ONE HUNDRED MILLION.**

100. **TRILLION OF DOLLARS a year are Pillaged from the Crime Victims.**[61]

101. The U.S. Atrocity Crimes are Crimes of Aggression by a government that falsely represents itself as a "world leader" in human rights, but has filed to sign most human rights treaties.

102. The U.S. Atrocity Crimes are a Global Terror Threat and Security Risk.

103. Using the citizenship statistics of Claimants, **almost 25% of the world population are U.S Atrocity Crimes Victims.**

### A. SUMMARY OF THE U.S. GUARDIAN GENOCIDE REGIME [62]

104. The U.S. Atrocity Crimes by the U.S. Guardian Genocide Regime are perpetrated by MURDER/STRIPPING/RAPING/THEFT of the **Unalienable Rights and Human Dignity** of their Victims in order to kidnap, enslave, forcibly disappear, human traffic and pillage their assets in human trafficking courts in the ruse of and by calling the U.S. Atrocity Crimes by the false moniker "guardianship/conservatorship".

105. Human beings are tortured by depraved indifference to their care; starved; deprived medical care; subjected to sensory deprivation by prohibiting them from touching, embracing or being

---

[58] Part Two
[59] http://aja.ncsc.dni.us/pdfs/GuardianshipSurveyReport_FINAL.pdf    Research on guardianships continues to be hampered by the lack of quality data. The number of adults under guardianship in the U.S. can only be estimated—a 1996 estimate by Schmidt put the total at approximately 1.5 million. Recent attempts at collecting state data on guardianships have demonstrated the absence of meaningful data—NCSC found in 2006 only thirteen states and DC could report complete statewide guardianship data to the Court Statistics project. Results from this survey show inconsistencies within states that suggest that much of the reported statewide data is inaccurate or incomplete
[60] Reported by government legislative expert Nancy Schaefer
Anthony Glock - Former Republican Senator Nancy Schaefer: "Child... | Facebook
[61] Anthony Glock - Former Republican Senator Nancy Schaefer: "Child... | Facebook
These are the statistics from 2002 – today the astronomical human trafficking pillaging likely exceeds trillions
[62] Graphic Description in Part Two

affectionate to their loved ones; removal of their eyeglasses, hearing aids, and dentures as forms of torture and to accelerate their death; chemically restrained with toxic, lethal, illegal drugs; and Murdered once their life savings and possessions are pillaged.

106. The life savings and possessions of the Family Member Crime Victims are **pillaged to pay Perpetrators who Murder and Traffic vulnerable adult family members.**

107. Many targeted persons are women, vulnerable and protected classes with even greater protections under International and Federal Laws, including the Convention on the Elimination of All Forms of Discrimination against Women; Convention on the Rights of Persons with Disabilities and Americans with Disabilities Act.

### B. SUMMARY OF THE U.S. CHILD TRAFFICKING REGIME [63]

108. The U.S. Atrocity Crimes against children by the U.S. Child Trafficking Regime are perpetrated in the ruse of and by calling them by the false moniker "child protection."

109. The U.S. Child Trafficking Regime orchestrates unlawful, null and void color of law statutes to pay government employees and insider grifters and criminals to:
   a. abduct, steals and kidnap children from their families;
   b. **Groom** children to be sex trafficked;
   c. Extort and threaten parents to silence them from reporting their Crimes Against Humanity;
   d. blackmail their parents to extort them to pay judicial criminals and grifters;
   e. Murder/steal/rape/strip the Inalienable Rights of parents and children.

### C. SUMMARY OF THE INEXTRICABLY INTERTWINED RACKETS

110. The U.S. Genocide/Child Trafficking Regimes spawn an endless array of inextricably intertwined rackets ("Inextricably Intertwined Rackets") [64]against Victims to silence and extort them and cover up the rackets.

111. We the People are Tortured, Stripped/Deprived of our Liberty, Pillaged of our Assets, subjected to Enforced Disappearance at all levels and by all branches of government employees to Perpetrate and Protect the U.S. Genocide/ Child Trafficking Regime.[65]

### II. "ALL RIGHTS STOLEN, STRIPPED, GANG-RAPED
### BY FALSE U.S. NUREMBERG "LAWS" AND "ORDERS"

### A:  FALSE U.S. NUREMBERG LAWS

112. U.S. Nuremberg Laws are encapsulated in "gang rights rape laws" by federal and state Legislators and Governor Perpetrators are **identical to the false "protection sounding names" used by the Nazis in German** euphemistically called by protection sounding names, such as "For the Protection of the People and State," suspending all of the basic rights of citizens. [66]

---

[63] Graphic Description hereafter in Part Two
[64] Graphic Description hereafter in Part Two
[65]       https://www.activistpost.com/2022/04/former-sheriff-incarcerated-for-refusing-to-shut-up-about-guardianship-abuses.html   Former Sheriff Incarcerated for Refusing to Shut up about Guardianship Abuses
[66] Decree of the Reich President for the Protection of the People and... | Holocaust Encyclopedia (ushmm.org) The Decree of the Reich President for the Protection of the People and the State is also known as the Reichstag Fire Decree. It was passed on February 28, 1933.  On February 27, 1933, 24-year-old Dutch militant Marinus van der Lubbe set fire to the German parliament (Reichstag), causing extensive damage to the building that had long been the symbol of German unity.

113. The U.S. parallel state and federal Nuremberg Laws are used to steal children and parents from their families and homes parallel to Nazi Nuremberg Laws.

114. U.S. Nuremberg Child Trafficking Laws include:

    a. "Title IV" ("Title IV Child Trafficking Decree"):

- Title IV Child Trafficking Decree funds Biden's appointee, Perpetrator Becerra's army of third-party vendors called by "protection sounding names" such as "Child Protection Services" to kidnap and abduct children and deploy them into the slave trade enterprise perpetrated by the U.S. Child Trafficking Regime.

- "Child support" is not rendered to mothers and fathers but funds[67] and money launders fund paid to Perpetrator Becerra, using his HHS criminal enterprise; his crime syndicate network of state child trafficking agencies and Perpetrator judicial employees who operate the child selling and trafficking enterprises in false "courts" and run pay-backs to legislative government employees.

    b. "Adoption and Safe Families Act" ("ASFA Child Trafficking Decree") was signed by Perpetrator William Jefferson Clinton and includes countless Gang Rights Rape and slave trade Nuremberg provisions:

---

The government falsely portrayed the incident as part of a Communist plot to overthrow the state in response to Adolf Hitler's appointment as Reich Chancellor by President Paul von Hindenburg on January 30, 1933.

On February 4, Hitler's cabinet had restricted the press and authorized the police to ban political meetings and marches. Nazi leaders then exploited the Reichstag fire to gain President von Hindenburg's approval for a more extreme measure called the Decree for the Protection of the People and the State.

Popularly known as the Reichstag Fire Decree, the regulations suspended important provisions of the German constitution, especially those safeguarding individual rights and due process of law. The decree permitted the restriction of the right to assembly, freedom of speech, and freedom of the press, among other rights, and it removed all restraints on police investigations. With the decree in place, the regime was free to arrest and incarcerate political opponents without specific charge, dissolve political organizations, and suppress publications. It also gave the central government the authority to overrule state and local laws and overthrow state and local governments. This law became a permanent feature of the Nazi police state.

[67] Title IV-D Child Support Court - 12th Judicial Circuit   https://www.jud12.flcourts.org › Divisions › Family
**What is *Title IV-D*. Child Support Court?** *Title IV-D* Child Support Court is a specialized court dealing only with child support matters involving the Florida.
42 US Code Part D - Child Support and Establishment of ...  https://www.law.cornell.edu › › SUBCHAPTER IV
LII · U.S. Code · *Title 42* · **CHAPTER 7** · SUBCHAPTER *IV*; *Part D*. 42 U.S. Code *Part D* - Child Support and Establishment of Paternity. U.S. Code.
Chapter 409 Section 2557 - 2016 Florida Statutes  https://www.flsenate.gov › laws › statutes
**(1) The department is designated as the state agency responsible for the administration of the child support enforcement program,** *Title IV-D* **of the Social ...**
Final Rule: Title IV-D of the Social Security Act: Child Support ...
https://www.acf.hhs.gov › css › policy-guidance › final...
Jun 26, 1975 — ATTACHMENT:Final regulations to implement the **Child Support Enforcement Program established** by *Part* B of P.L. 93-647. EFFECTIVE: July 1, 1975.
Title IV-D Funding Resource Guide (SRLN 2014, revised 2017)
https://www.srln.org › node › resource-title-iv-d-fundin...
**5 days ago** — Many state court systems and individual courts take advantage of federal funding under *Title IV-D* of the Social Security Act to obtain ...
How Florida Collects Child Support - Ayo and Iken   https://www.18884mydivorce.com › child-support-laws
**May 29, 2018** — *Title IV-D* of the Social Security Act, signed into law in 1975, is where the term *"Title IV-D"* is derived. This *section* of the Social Security ...

- requires States move to **terminate parental rights** for children who have been in Foster Care for 15 out of the last 22 months.
- "Clarifying" cases in which State are not "required" to reunite Families
- Extends subsidies for adoptive children
- Provides incentives for States to improve adoption rates
- Provides funding for efforts at encouraging adoption
- Promotes the transport of child slave trade by "clarifying" that interstate boundaries should not delay adoption.

115. Examples of U.S. Nuremberg Adult trafficking laws include:

    a. Public Law No: 115-70" ("Genocide Funding Decree")

- The Genocide Funding Decree purports to "protect seniors" from extortion and abuse when it tangentially only deals with the relatively benign issue of telemarketer calls.
- The Genocide Funding Decree superficially refers to U.S. Atrocity Crimes by the U.S. Guardian Genocide Regime to imply it provides some element of "remedy" when in the hidden "back end" it **FUNDS** the U.S. Guardian Genocide Regime.

    b. An Elder Kickback/Extortion Funding Decree called by the false protection sounding name the "Elder Justice Act," a fabricated fraudulent decree that pretends protection to elderly adults but is used to steal taxpayer funds and pay kickbacks to government agencies that abet and conspire with the U.S. Guardian Genocide Regime.

116. Examples of the state U.S. Nazi Nuremberg Laws include:

    a. State Child Trafficking Nuremberg Laws:

- **44.301 Florida Statutes:  Natural guardians.**
  
  (1)   The parents jointly are the natural guardians of their own children and of their adopted children, during minority, unless the parents' parental rights have been terminated pursuant to chapter 39.

- **700.5215 Michigan Statutes:  Powers and duties of guardian of minor.**

  A minor's guardian has the powers and responsibilities of a parent who is not deprived of custody of the parent's minor and unemancipated child, except that a guardian is not legally obligated to provide for the ward from the guardian's own money and is not liable to third persons because of the parental relationship for the ward's acts.

    b. State Guardian Genocide Nuremberg Laws:

- **744, Florida Statutes – Rape of all rights/defiling/slurring/dehumanizing a human being as a "ward" and pretending a judicial government employee can criminally violate laws and make "medical determinations" all in one sentence:**

  (b)"Plenary guardian" means a person who has been appointed by the court to exercise all delegable legal rights and powers of the ward after the court has found that the ward lacks the capacity to perform all of the tasks necessary to care for his or her person or property

- **700.5314 Michigan Statutes – the Third Party Trafficker can decide to murder their Crime Victim at any time (degrades/slurs/defames/dehumanized the mother, father child or their other Atrocity Crime Victim by identifying them as a "ward"):**

  (d) power to execute, reaffirm, and revoke a do-not-resuscitate order on behalf of a ward.

117. The U.S. Nuremberg Laws are a lethally concocted systemic attack against the world population at their inception:

    a. The very kidnappers/traffickers who abduct, kidnap and traffic our parents and children are paid by the government to perpetrate the U.S. Atrocity Crimes;

    b. The very same government funded kidnappers/traffickers are "authorized" under Nuremberg Laws to be the entities who "decide" to "terminate" parental rights and familial rights to the children, parents and vulnerable adults they kidnap;

    c. The very same government funded kidnappers/traffickers are "authorized" under Nuremberg Laws to "investigate" their own Atrocity Crimes. [68] In the Kafkaesque Genocide/Trafficking Regime, government insider traffickers openly flout they ignore reported Atrocity Crimes and fail to open official law enforcement investigations and instead rewards the perpetrators by providing them "resources" and criminalizes Atrocity Crime Victim by raping/stripping their Unalienable Rights and Human Dignity and selling them into ownership by a "guardian" or "conservator" **or both**. [69]

    d. "Guardian" Nuremberg Laws are void "financial slave trading incentives" to fund, "certify" and deploy Third party grafter/criminals called by the protection sounding names "guardian" and "conservator" to perpetrate U.S. Atrocity Crimes and enable, abet and conspire with their theft and concealment of theft of U.S taxpayer funds including Medicare, Medicaid, IRS, Pensions, Social Security and 401ks.

118. All U.S. Nuremberg Laws are specifically incorporated herein and void.

### B.   THE U.S. NUREMBERG LAWS AND U.S. ATROCITY CRIMES ARE SELF-AUTHENTICATED AND ADMITTED BY THE PERPETRATORS

### B-1: COLLUSION, CONSPIRACY AND COVER UP

119. The U.S. Nuremberg Laws and U.S. Atrocity Crimes are exposed by mainstream influencers and authors.[70]

120. They are rampantly reported in the media, documentaries and movies.

121. The U.S. Nuremberg Laws and U.S. Atrocity Crimes are affirmed and admitted by the **top officials** of the United States themselves.

122. Ted Cruz, Ranking Member of the Senate Judiciary Subcommittee on the Constitution; Richard Blumenthal, Chairman of the Senate Judiciary Subcommittee on the Constitution and Bob Casey and Susan Collins, Chairman and Committee Member respectively of the Senate Special Committee on Aging are Perpetrators and Protectors of the U.S. Atrocity Crimes:

    a. Cruz and Blumenthal falsely represent themselves as "fixers" of the U.S. Guardian Genocide Regime.

    b. Cruz and Blumenthal orchestrated an ex parte sham hearing they titled **"Toxic Guardianship"** [71] where the following events occurred:

---

[68] Part Seven where HSS, APS, CPS and countless other traffickers using "protection alphabets" acting under the auspices of "law enforcement receive Atrocity Crime Complaint against themselves and issue "NO REMEDY" Nuremberg determinations in the charade that they have "investigated" their own Atrocity Crimes.

[69] https://www.kttc.com/2022/06/09/olmsted-county-recognizes-vulnerable-adult-abuse-awareness-month/

[70] See Exhibit __

[71] Bipartisan senators to hold hearing on 'toxic conservatorships ...

- Atrocity Crime Victims were prohibited to appear;
- Cruz and Blumenthal used the ex parte sham hearing to issue pre-arranged "edicts" to cover up, conspire and fund the U.S. Guardian Genocide Regime;
- The Cease and Desist Demand to Crux and Blumenthal was ignored.[72]

c. Bob Casey, Senator and Chairman Senate Special Committee on Aging and Susan Collins Senator and Committee Member Senate Special Committee are leading Perpetrators and Protection arms of the U.S. Guardian Genocide Regime by their diabolical back-door Nuremberg Laws that fund the U.S. Guardian Regime while using false "protection sounding euphemisms" such as "Guardian Accountability Act" to delude the public that payment to judicial and other criminals to perpetrate Atrocity Crimes is "accountability."[73]

d. They hold endless farcical, color of law "legislative hearings" where they affirm and profess outrage to the U.S. Atrocity Crimes taking place in the U.S. Guardian Genocide Regime while conspiring to and funding the racket [74] thereby committing Perfidy.

e. Perpetrator Rick Scott is a mastermind of the U.S. Guardian Genocide Regime that is an apocalypse in Florida due to its large population of older adults with wealth. Perpetrator Scott devised the largest Medicare embezzlement racket in the country.[75] Instead of being indicted and incarcerated, he went on to bamboozle the public by becoming Florida's governor where he deployed his tactics used in the Medicare fraud scheme to make Florida the human trafficking capital of the world and then deployed his trafficking tactics on the entire country as a U.S. legislator.

f. The legislative Perpetrators use taxpayer funds to "track" these known U.S. Atrocity Crimes by the "Government Accountability Office" [76] one of their government employee vendors and then ignore, cover up and conspire.

---

https://thehill.com › homenews › senate › 573323-bipar...

**Sep 21, 2021 — Sens. Richard Blumenthal (D-Conn.) and Ted Cruz (R-Texas) on Tuesday announced plans to hold a hearing next week on "toxic conservatorships" ...**

[72] Part Seven

[73] Casey, Collins Introduce Bipartisan Bill to Protect ...

**https://www.casey.senate.gov/news/releases/casey...**

Sep 28, 2021 · Washington, D.C. - In a continuation of their efforts to protect seniors and people with disabilities from abusive guardians, U.S. Senators Bob Casey (D-PA) and Susan Collins (R-

[74] Part Seven

[75] Rick Scott 'oversaw the largest Medicare fraud' in U.S. history ...

https://www.politifact.com/.../rick-scott-rick-scott-oversaw-largest-medicare-fra

Mar 03, 2014 · Our Sources. Gov. Rick Scott for Florida online ad, "Wrong for Florida Seniors," Feb. 25, 2014 Florida Democratic Party press release, "Rick Scott: the ...

Rick Scott's Company Committed Historic Medicare Fraud. He Will ...

https://hcahealthcare.com/about/newsroom/rick...

Apr 01, 2019 · In the 1990s, Scott was the CEO of Columbia/HCA, a company that, under his direction, owned more than 340 hospitals, 135 surgery centers, and 550 home-health locations by

[76] Cases of Financial Exploitation, Neglect, and Abuse of Seniors

https://www.gao.gov › products › gao-10-1046

Sep 30, 2010 — Previous **GAO reports** have found that poor communication between state courts and federal agencies may allow **guardians** to continue abusing ...

GAO-17-33, ELDER ABUSE - Government Accountability Office

https://www.gao.gov › assets › gao-17-33

Nov 16, 2016 — This **report** describes (1) what is known about the extent of elder abuse by **guardians**; and (2) what measures federal agencies and selected state ...

g. In addition to abetting and conspiracy with the U.S. Atrocity Crimes, Richard Blumenthal, runs his own separate racket to proliferate the U.S. Atrocity Crimes as follows:

- Blumenthal admitted mass atrocities by the U.S. Genocide Regime in a 2018 Select Committee on Aging hearing stating **"these {guardian} judges run a fiefdom and make a ton of money."**[77]

- Blumenthal then **sponsored** a corrupt, collusive bill (Public Law No: 115-70 (10/18/2017) to fund the U.S. Guardian Genocide Regime.

h. U.S Atrocity Crimes are admitted at endless farcical "hearings" and "roundtables" by the legislative Perpetrators Grassley, Casey, Collins, Crux, Scott, Blumenthal and their accomplice legislative Perpetrators.

## B-2: FUNDING AND SPONSORING THE U.S. GUARDIAN GENOCIDE REGIME

123. The legislator Perpetrators pretend "outrage" [78]and then "enact" illegal void Nuremberg Decrees to payoff and fund their judicial brethren and "lobbyist" conspirators to perpetrate and perpetuate

---

GAO-10-1046 Highlights, GUARDIANSHIPS - Government ...
https://www.gao.gov › assets › gao-10-1046-highl...
Previous **GAO reports** have found that poor communication between state courts and federal agencies may allow **guardians** to continue abusing their victims. **GAO** was ...
EXPLOITATION OF OLDER AMERICANS BY GUARDIANS ...
https://www.govinfo.gov › content › pkg › html
[Senate **Hearing** 115-672] [From the U.S. Government Publishing Office] S. Hrg. 115-672 ABUSE ... 1 Statement of Senator Robert P. **Casey**, Jr., Ranking Member.
Bipartisan senators to hold hearing on 'toxic conservatorships ...
https://thehill.com › homenews › senate › 573323-bipar...
**Sep 21, 2021 — Sens. Richard Blumenthal (D-Conn.) and Ted Cruz (R-Texas) on Tuesday announced plans to hold a hearing next week on "toxic conservatorships"** ...
Collaboration Needed to Protect Incapacitated Elderly People
https://www.gao.gov › products › gao-04-655
**GAO** was asked to examine: (1) what state courts do to ensure that **guardians** fulfill their responsibilities, (2) what **guardianship** programs recognized as ...
GAO-06-1086T, Guardianships: Little Progress in Ensuring ...
https://www.gao.gov › assets
This is the accessible text file for **GAO report** number **GAO-06-1086T** entitled ... This **report** covered what state courts do to ensure that **guardians** fulfill ...
GAO-04-655, Guardianships: Collaboration Needed to Protect ...  https://www.gao.gov › assets
This is the accessible text file for **GAO report** number **GAO-04-655** entitled '**Guardianships**: Collaboration Needed to Protect Incapacitated Elderly People' ...
Nov 30, 2016 — Thank you for the opportunity to discuss our **report** on elder abuse and **guardianship**, which is being released today.1 The number of older.
[77] Senate Aging Committee Examines Financial Exploitation by ...
https://www.aging.senate.gov › press-releases › senate-a...
Apr 18, 2018 — U.S. Senators Susan Collins (R-ME) and Bob Casey (D-PA), the Chairman and Ranking Member of the Senate **Aging Committee**, held a **hearing** on this ..
Senate Special Committee on Aging Hearing on Financial Abuse by ...
https://www.sifma.org › resources › general › nov-senat...
ichard **Blumenthal** (D-Conn.) and Bob **Casey** (D-Pa.) asked that although the federal government is limited in its involvement in **guardianship**, how can it help ...
[78] Senate Aging Committee Examines Financial Exploitation by ...
https://www.aging.senate.gov › press-releases › senate-a...
Apr 18, 2018 — Today's **hearing** continues the **Committee's** efforts to identify opportunities to help ensure older Americans are protected from exploitation or ...
Exploitation of Seniors : America's Ailing Guardianship System

the U.S. Guardian Genocide Regime and the U.S. Child Trafficking Regime in U.S. Human Trafficking Courts.[79]

124. Senator Richard Blumenthal admitted the mass atrocities by the U.S. Genocide Regime in a 2018 Select Committee on Aging hearing stating "these {guardian} judges run a fiefdom and make a ton of money."[80] Blumenthal then sponsored a corrupt, collusive bill signed by Trump (Public Law No: 115-70 (10/18/2017) to fund the U.S. Guardian Genocide Regime.

125. As far back as 1987, Claude Pepper, a Florida congressman, said of guardianships at a joint hearing before the Special Committee On Aging 96th congress second session June 11, 1980 following an extensive report by the U. S. Senate Special Committee on Aging.[81]: **"The typical [person subject to guardianship] has fewer rights than the typical convicted felon…It is, in one short sentence, the most punitive civil penalty that can be levied <u>against an American citizen, with the exception, of course, of the death penalty."</u>**

126. The National Council on Disability (NCD) – an independent federal advisory body – issued a report in March, 2018 that calls <u>**guardianship a "civil death".**</u>[82]

---

https://www.aging.senate.gov › hearings › exploitation-...
**U.S. Senate Special Committee on Aging** · Exploitation of Seniors: America's Ailing **Guardianship** System · Hearings | United States Senate Special Committee on Aging
https://www.aging.senate.gov › hearings
**Hearings.** Currently showing results in the 102nd Congress. 102th Congress (1992). Roundtable Discussion on **Guardianship,** 06/02/92 12:00AM.
EXPLOITATION OF OLDER AMERICANS BY GUARDIANS ...
https://www.govinfo.gov › content › pkg › html
**[Senate Hearing** 115-672] [From the U.S. Government Publishing Office] S. Hrg. ... As we know, as the Baby Boomer generation continues to age, **guardianship** ...
WHO IS WATCHING THE GUARDIAN? - Govinfo.gov
https://www.govinfo.gov › content › pkg › html
Good afternoon and welcome to the **Senate** Special **Committee on Aging** Forum on ... a **hearing** exploring the misuse of **guardianships** imposed over the elderly.
Senate Aging Committee Releases Report on Guardianship ...
https://www.nasddds.org › senate-aging-committee-release...
Oversight of **Guardians** and **Guardianship** Arrangements; · Alternatives to **Guardianship** and Restoration of Rights; · The Need for Better Data. The **Committee** ...
[79] Elder Justice Innovation Grants - Improving Guardianship ...
https://acl.gov › grants › elder-justice-innovation-grants...
Apr 11, 2022 — (2020). WINGS Briefing Paper Advancing **Guardianship** Reform and Promoting Less Restrictive Options. U.S. **Senate** Special **Committee on Aging.** ( ...
[80] **Congressional hearing at the Senate Committee on Aging wherein Blumenthal makes this admission with Bob Casey in attendance.**
[81]**elder abuse - United States Senate Special Committee on Aging**
https://www.aging.senate.gov › imo › media › doc › publications
Jun 11, 1980 - Opening statement by Representative *Claude Pepper,* copresiding -__-. 5 ... *report* what their experience was with respect to *abuse* of elderly people by
WOMAN ESCAPES GUARDIANSHIP TRAP - Orlando Sentinel
**https://www.orlandosentinel.com › os-xpm-1988-03-31-0030080075-story**
Mar 31, 1988 - *Claude Pepper,* D-Miami, the American legal system may treat people like ... to a pattern of "grievous *abuses,*" said Pepper, who is drafting corrective legislation ... Require *guardians* to file regular financial *reports* about the ...
'I'm Petitioning ... for the Return of My Life' - The New York Times
**https://www.nytimes.com › court-appointed-guardianship-like-prison**
[82] Mar 22, 2018 - Federal *Report* Examines "Civil Death" of the Rights of People with ... *Claude Pepper* famously said of *guardianships,* 'The typical [person subject to ... people subject to *guardianships* or subject them to *abuse* or neglect. Sep

127. Repeated hearings by top government officials before the Senate Committee on Aging report and admit the U.S. Atrocity Crimes by the U.S. Guardian Genocide Regime. [83]

128. Instead of mandating criminal investigation, these cross-corrupted top U.S. government officials act in collusion, sponsoring legislation to fund the U.S. Atrocity Crimes.

129. Perpetrator Biden and his processors "enact and adopt" the unlawful, rights-raping-murder "Nuremberg bills," thereby accomplices and conspirators to the U.S. Atrocity Crimes.

130. As the entire government watched Britney Spears being humanly owned, trafficked, medicated with toxic drugs in violation of the Nuremberg Code and Pillaged, instead of ordering the arrest of Brenda Penny and all other judicial and other Perpetrators, Perpetrators Crux and Blumenthal pretended outrage by ridiculous "tweets" as if they were watching a tennis match.

### B-3: EXPOSURE BY STATE SENATOR NANCY SCHAEFER

131. Nancy Schaefer, a Senator in the state of Georgia devoted her public service career exposing the Atrocity Crimes of the U.S. Child Trafficking Regime and the third-Party Vendor Child traffickers using the protection sounding name" Child Protection Services" ("CPS"), calling their actions "Crimes against Humanity."[84]

132. **Schaefer reports the staggering unlawful Nuremberg control judicial government employees have over the rights of Americans and the world population:**

   a. Judicial government employees have control of the private living arrangements and income of over 48.3 million Americans;

   b. the Third-Party Vendor Child Traffickers known as CPS looks to the children for their job security;

   c. According to the U.S. census bureau $40 billion in transfer payments were made between households of custody parents and "others;" [85]

   d. That money in under the control of family judicial employers under confidentiality laws that protect the wrong persons;

   e. Rights are removed from parents, human rights, civil rights and even religious rights

   f. Three fathers that she was aware of committed suicide because of the theft and trafficking of their children by third party vendor traffickers CPS;

   g. **These are Crimes Against Humanity for Financial Gain**

133. Nancy Schaefer published a report entitled "The Corrupt Business of Child Protective Services" where she states: [86]

"The Department of Child Protective Services, known as the Department of Family and Children Service (DFCS) in Georgia and other titles in other states, has become a "protected empire" built on taking children and separating families. This report is concerned with the children and parents

25, 1987 - *Claude Pepper* on the *abuses* in *guardianship* of the elderly and infirm, and ... Only half the States require that *guardians* file an annual *report*.
[83] https://www.aging.senate.gov/press-releases/senate-aging-committee-examines-financial-exploitation-by-guardians-
[84] Anthony Glock - Former Republican Senator Nancy Schaefer; "Child... | Facebook
[85] These are the statistics from 2002 – today the astronomical human trafficking pillaging likely exceeds trillions
[86] 11-16-2007 THE CORRUPT BUSINESS OF CHILD PROTECTIVE SERVIC... (fightcps.com)
Full report: Anthony Glock - Former Republican Senator Nancy Schaefer; "Child... | Facebook

caught up in "legal kidnapping," ineffective policies, and DFCS who do does not remove a child or children when a child is enduring torment and abuse.

In one county in my District, I arranged a meeting for thirty-seven families to speak freely and without fear. These poor parents and grandparents spoke of their painful, heart wrenching encounters with DFCS. Their suffering was overwhelming. They wept and cried. Some did not know where their children were and had not seen them in years.

**I had witnessed the "Gestapo" at work and I witnessed the deceitful conditions under which children were taken in the middle of the night, out of hospitals, off of school buses, and out - 3 - of homes.** Due to being exposed, several employees in a particular DFCS office were fired. However, they have now been rehired either in neighboring counties or in the same county again. According to the calls I am now receiving, the conditions in that county are returning to the same practices that they had before the light was shown on their deeds.

**Having worked with probably 300 cases statewide, I am convinced there is no responsibility and no accountability in the system."**

134. **In this macabre, monstrous U.S. Holocaust, Atrocity Crime Victims live in terror and constant fear of suicide by their parents and children, shown in these testaments and affidavits herein.**

135. Nancy Schaefer was found dead at her home in Turnerville, Georgia in Habersham County on March 26, 2010 with a single gunshot wound to her back along with her husband of 52 years, Bruce Schaefer who was found with a single gunshot wound to his chest.

136. <u>Any reasonable person would conclude Nancy Schaefer was calculatedly and deliberately Murdered because of her whistleblowing expose of the U.S. Child Trafficking Regime.</u>

## B-5:  U.S. NUREMBERG LAWS ARE USED TO FUND THIRD PARTY GRIFTER/TRAFFICKER/HUMAN OWNER VENDORS

137. U.S. Nuremberg Laws fund the Perpetrators of Genocide and Trafficking by calling them by protection sounding "euphemisms/code words" such as "Health and Human Services," Child Protection Services" and "Adult Protection Services" to conceal their function – stealing children from their parents, selling them to slave traders and funding subsidies to Third-Party Vendor Traffickers to incentivize them to kidnap children from their families and traffic them.

138. Xavier Becerra, Secretary of HHS perpetrates the U.S. Atrocity Crimes:

    a. Becerra and HHS are in charge of, administer and pay trafficker/slavery agencies with protection sounding names as "Administration for Children & Families"[87] and "Adult Protection"[88] third-party insider traffickers funded by the Perpetrators to steal, kidnap and abduct children and parents from their families.

    b. Becerra and HHS control top government leaders by backdoor funding deals.

    c. Becerra and HHS control the human trafficking courts called by the "protection sounding euphemisms" "Family Court" and "Guardian Court."

---

[87] https://www.hhs.gov/about/agencies/hhs-agencies-and-offices/index.html
[88] <u>HHS awards $85.4 million in American Rescue Plan Act ...</u>
https://www.naco.org › blog › hhs-awards-854-million-a..

    d. Becerra deploys grifters, rapists and those with criminal records to perpetrate the U.S. Atrocity Crimes;  See Part Four re Perpetrator DeSantis

    e. Becerra learned his trade by engaging in direct systemic attacks on the U.S. and world population in his prior capacity as the Attorney General of California as evidenced and attested by Claimants.

139. Predators like Perpetrator Anthony Palmieri concoct a "National" Genocide, Pillaging, Trafficking Regime called by the outrageous "protection sounding name" National Guardian Association to use the U.S. and the world as a platform to transport U.S. Atrocity Crime Victims from state to state to traffic, pillage their assets and murder them.

140. Perpetrator Anthony Palmieri conspires with legislator perpetrators to seize Victims and their assets in all countries, endangering the entire world population.

141. Victims who are embroiled in the U.S. Guardian Genocide Regime and/or the U.S. Child Trafficking typically become embroiled in "Inextricably Intertwined Rackets" concocted by the Perpetrators to further terrorize, silence and retaliate against them.

### C. U.S. NUREMBERG "ORDERS"

142. The epitome of barbaric U.S. Nuremberg Orders that are the product of the U.S. Nuremberg Laws is exemplified by that below:



144. The judicial predator/perpetrator who gang raped and murdered the rights of a young Afro-American man is **MARK A. SPIESER**.

145. MARK A. SPEISER is part of the Florida Genocide/Human trafficking army of Perpetrator Ron DeSantis.

146. Another of the many judicial predators in Perpetrator DeSantis' arsenal is **CHARLES GREENE** [89] who openly spews his racist hate crimes opining a black victim is NHI (no human involved).

147. These brazen criminals who wear black robes and conduct human trafficking crimes in the guise of a "court hearing" are deployed and protected by Perpetrator DeSantis who routinely issues "protection/cover up letters" for his trafficking army.

148. Their victims are forced to resort to seek remedy by sending Petitions [91]exposing their U.S. Atrocity Crimes and futilely suing him in the lawless courts of crony corporate government employees [92] as they are perpetrated by design as a systemic war crime against humanity.

## III. LET THE WORLD KNOW

### FACES OF HORROR

### OUR AMERICAN CHILDREN, MOTHERS AND FATHERS

### AND THE WORLD POPULATION

### MURDERED AND BEING MURDERED

### TRAFFICKED, TORTURED, BEATEN, BLOODIED, STARVED, DRUGGED

### IN THE U.S. GENOCIDE HUMAN TRAFFICKING HOLOCAUST

### USING NAZI PARALLEL "PROTECTION SOUNDING EUPHAMISMS" OF

### "GUARDIANSHIP" AND "CHILD PROTECTION"

### CHILDREN OF THE NAZI HOLOCAUST

---

[89] **Judge Charles Greene of Ft. Lauderdale; racist, liar**
www.noethics.net/News/index.php?option=com_content&...
Judge **Charles** Greene of Ft. Lauderdale; racist, liar. Unfortunately for Floridians living in the Fort Lauderdale area, Charles Greene was presented with a law license by the Florida Supreme Court in April 1983. Immediately after a jury acquitted a defendant of attempted murder
[90] See Part Four
[91] https://www.change.org/p/please-remove-a-corrupt-court-judge-mark-a-speiser-from-the-bench?redirect=false
[92] Friedman v. Speiser, Case No. - Casetext
https://casetext.com › ... › SD FL › 2020 › July
Jul 31, 2020 — Opinion. Case No.: 1:20-cv-60779-GAYLES. 07-31-2020. STUART FRIEDMAN, Plaintiff, v. **MARK A. SPEISER**, the STATE OF FLORIDA, ...



ANNE FRANK
and Other
Hidden Children
of the Holocaust

**CHILDREN OF THE U.S. HOLOCAUST**



**LETTY LANZARIO'S SON**

**BEATEN, BLOODIED,
TERRORIZED, TRAFFICKED,
DRUGGED
IN THE U.S. CHILD
TRAFFICKING REGIME
BY THE U.S.
THIRD PARTY VENDOR
TRAFFICKERS**



**BARBARA STONE'S MOTHER, MRS. HELEN STONE**

**BEING BEATEN, BLOODIED, STARVED, TERRORIZED, TRAFFICKED, DRUGGED
IN THE U.S. GUARDIAN GENOCIDE REGIME**

**MRS. HELEN STONE WAS MURDERED
IN THE U.S. GUARDIAN GENOCIDE REGIME**

**ALTERED MENTAL STATE FROM FORCED DRUGGING
WITH TOXIC CHEMICAL RESTRAINTS**

AVENTURA HOSPITAL AND MEDICAL CENTER (COCAT)
Podiatry Progress Note
REPORT #: 1114-0753   REPORT STATUS: Signed
DATE: 11/14/13 TIME: 1341

PATIENT: STONE,HELEN                UNIT #: V00204847
ACCOUNT #: V032430267               ROOM/BED: V.802-N-A
AGE: 86       SEX: F                ATTEND: Pianko, Leonard
ADM DT: 11/09/13                    AUTHOR: Adler, Charlton

* ALL edits or amendments must be made on the electronic/computer document *

**Subjective**
Patient reports: pt f/u dermatitis and ingrown nail early ulcer. pt doing fair.

**Objective**

**Physical Exam**
General appearance: altered mental status, no acute distress
Wound/incision:



Mrs. A before guardianship



Mrs. A after guardianship

  

**JUNE LYNN LACEY – MURDERED IN THE U.S. GUARDIAN GENOCIDE REGIME**

**JOYCE LACEY'S MOTHER**

 

**PAT BROWN'S MOTHER,**

**MRS. DOROTHEA EDWARDS**

**BEING BEATEN, BLOODIED, TORTURED, TRAFFICKED, DRUGGED WHILE SHE WAS BEING MURDERED IN THE**

**U.S. GUARDIAN GENOCIDE REGIME**



**MRS. MARJORIE FISTER**

**BEATEN, BLOODIED, STARVED, TORTURED, TRAFFICKED, DRUGGED, MURDERED
IN THE U.S. GUARDIAN GENOCIDE REGIME**

**ELLEN OXMAN'S MOTHER**



**SHERRI ERWIN'S MOTHER**

**MRS. DOROTHY SHARP**

**BEATEN, BLOODIED, TORTURED, TRAFFICKED, DRUGGED, MURDERED IN THE U.S. GUARDIAN GENOCIDE REGIME**





**CHRISTIAN MCANNLY'S FATHER**

**CHARLES PHILLIP MCANALLY BEING BEATEN, BLOODIED, TORTURED, TRAFFICKED, DRUGGED, MURDERED IN THE U.S. GUARDIAN GENOCIDE REGIME**





**BRENDA DANIEL'S MOTHER**

**ANA DANIEL**
**BEING BEATEN, BLOODIED, TORTURED,**
**TRAFFICKED, ISOLATED, DRUGGED**
**WHILE BEING SYSTEMICALLY MURDERED**
**IN THE U.S. GUARDIAN GENOCIDE REGIME**




## MARLA ZAHN'S MOTHER, LOUISE ZAHN

## STARVED INTO A HUMAN SKELETON

**On August 22, 2017** On August 22, 2017 at the Mueller Funeral Home, Louise Zahn shows signs of bruising under the skin and bleeding under the skin caused by infection from the buildup of toxin in the blood and tissues. These toxins, poisonous gasses, parasites, bacteria, fungus, protozoa, and viruses are as a direct result of exposure to the untreated sewer gas leak at Heritage Rehabilitating and from eating unsafe food (DHS, DQA, SOD PV2H11), inadequate medical care, and Easterseals unlawful confiscates Louise Zahn's supplements.



**(775) On August 23, 2017** Louise Zahn's right arm shows the bruises and bleeding under the skin from lack of nutrition when on October 30, 2013 on the Discharge Summary Report from Columbia St. Mary's Hospital, Louise had no bruising tendency and no bleeding tendency. Louise Zahn died of abuse, dehydration, malnutrition and starvation, **not** Alzheimer's disease

## TERROR, TORTURE, TYRANNY, TRAFFICKING

**MURDER AND PILLAGING - THE REAL BUSINESS OF THE U.S. GOVERNMENT**







**TAMMY MORGAN AND HER MOTHER**

**VIRGINIA BEVERIDGE**





Poppy Helgren's father Lester G. Moore, died at age 92 on 2/2/2021 in Camarillo CA, under a Conservatorship. He was a U.S. Navy Veteran, killed by very negligent nursing care. His death certificate states his cause of death is septic shock, bowel obstruction and fecal impaction It is an incredibly painful way to die. He had a fecal impaction (his care takers were not monitoring his bowel movements) that led to a Bowel Impaction (blockage in the intestines) that caused necrosis (dying of the tissues/organs) which caused septic shock (a massive infection). I was notified by Email by the conservator of his death. It was an unnecessary death. I am his only child and was capable of caring for him. But the Probate Court smelled his money/assets and would not allow me to assume the role of successor trustee which was written in his 1993 Trust.

These pictures are in his casket that they finally sent to NV almost 6 weeks after he died. Inhumane is what happened.

**POPPY HELGREN**

**AND HER FATHER**

**LESTER MOORE**

**CYNTHIA AND HOLLY HAYES MOTHER**

**BETTY HAYES**
**BEATEN, BLOODIED, TORTURED,**
**TRAFFICKED, ISOLATED, DRUGGED**

**WHILE BEING SYSTEMICALLY MURDERED**
**IN THE U.S. GUARDIAN GENOCIDE REGIME**



  

**DUANE FARRANT'S MOTHER**

**NORMA FARRANT**
**BEING BEATEN, BLOODIED, TORTURED, TRAFFICKED,**
**ISOLATED, DRUGGED, MURDERED IN**
**THE U.S. GUARDIAN GENOCIDE REGIME**



*The United States of America*

*A Monumental Insidious Terrorist Enterprise*

*using a Banner of Democracy to Perpetrate a well-oiled Human Trafficking,*
*Pillaging, Genocide Machine*

*Desecrating Life and Destroying Families and any Vestige of Humanity*







**JOANNA BOUGALIS AND HER MOTHER**

**KATHY BOUGALIS TERRORIZED**

**IN THEIR OWN HOME BY THE**

**U.S. GUARDIAN GENOCIDE REGIME**

**THAT RANSACKED THEIR HOME AND POSSESSIONS**

**FORCED IN TERROR TO FLEE THE COUNTRY**

**LEAVING THEIR ENTIRE POSSESSIONS BEHIND**

**JUST AS DONE IN THIRD WORLD**

**WAR TORN COUNTRIES**

46



**MAUREEN MCCASLIN'S MOTHER**

**WANDA M. BELL**

**BEING BEATEN, BLOODIED, TORTURED, TRAFFICKED, ISOLATED, DRUGGED, MURDERED IN THE U.S. GUARDIAN GENOCIDE REGIME**





**GRAPHIC PHOTOS**

**OF THE BRUTAL ABUSE OF**

**MAUREEN MCCASLIN'S MOTHER**

**WANDA M. BELL**

**WAS FILED IN THE**

**THE HUMAN TRAFFICKING COURT OF**

**THE JUDICIAL PERPETRATORS ***

**WHO ARE ACCOMPLICES, ACCESSORIES AND CONSPIRATORS**

RECEIVED
COURT OF APPEALS
DIVISION ONE

MAR J 1 2011

Exhibit B
Sub 40
Pg. 21

# My letter to Joe Biden March 21, 2022

Impeachment evidence: You have ignored these growing numbers, Mr. President, since you took office.

**President Biden:**

The numbers: It has been over two years since I have seen my beloved sons Nikolay and Kennedy alive. The last time I saw my boys alive was March 10, 2020, or 741 days. To be denied their father is an unconscionable abuse of my children's rights.

10,000 dead children. On February 24, 2022, Acting director of DCFS Ginger Pryor and her Deputy Dawna Yokoyama stated for the record that DCFS has murdered 10,000 children over the past twenty years. You have ignored this Holocaust for 35 days, Mr. President.

 

I have reported these crimes against humanity to Interpol as of March 10, 2022. That was 11 days ago.

On March 5, 2022, Lauren Kupersmith of your Department of Justice said, in her letter to me, that the Justice Department would not investigate the mass murder of children in Los Angeles. In other words, your Justice Department is on the side of mass murder as well as child sex trafficking. It has been 16 days since, and you have not fired her. I will follow up with Katharine Chon, head of OTIP in your administration, to see if she is also in favor of mass murder of children.

I asked these two questions of Katherine Chon, again, who serves in your administration, and got these answers:

1.Katherine Chon, do you support the mass murder of children carried out by Los Angeles DCFS?

I, Katherine Chon of OTIP, support the mass murder of children carried out by DCFS. I applaud Ginger Pryor and her deputy Dawna Yokoyama for killing 10,000 children and hope they kill many more.

2.Do you support the child sex trafficking, carried out by DCFS, of my beloved sons Nikolay and Kennedy Taylor?

I, Katherine Chon of OTIP, support the child sex trafficking of the boys Nikolay and Kennedy Taylor.

I got these answers on March 10, 2022, President Biden, so that means 11 days that you have not fired her.

425 days (since January 20, 2021) that you have ignored the plight of my beloved sons, Nikolay and Kennedy Taylor, who have been child sex trafficked and disappeared in violation of Federal law and their human rights.

ADD WHEN THEY WERE TRAFFICKED APRIL 2, 2021

173 days since Nikolay and Kennedy were disappeared into Eslynne Weaver's extreme porn site (since September 29, 2021). I don't know if my boys are alive or dead.

574 days since the boys' mother, my ex-wife Liz Taylor, was disappeared (since August 24, 2020). She was murdered on that day by Kanaan Ng of DCFS (by his account) and his accessory (by her account) was the above mentioned Eslynne Weaver.

125 days since Eslynne Weaver confessed to working with Kanaan Ng to kill Liz (since November 16, 2021).

156 days since the above mentioned Katherine Chon of your administration announced her support of child sex trafficking and murder (since October 16, 2021). She's worse now, and still working in your administration.

1,477 days since my sons were kidnapped by Los Angeles DCFS (since March 5, 2018). Then and in the years since, the only reason ever stated for taking my sons was to force them into child porn. No legal reason has ever been given.

Mr. President, my children are in the care of the psychotic killer and extreme pornographer Eslynne Weaver. See the crime letter that I will send you next. Three criminal gangs, Los Angeles DCFS and Ohio JFS and OTIP in your administration are working to cover up the multiple murders and daily child abuse.

Note that the Acting Director of DCFS, Ginger Pryor, like the head of Ohio JFS, Matt Damschroder, has confessed to child rape and murder. What about negligent homicide?

Besides Liz there are the DCFS murders of Guler Ugur, Richard Kasa and four-year-old Noah Cuarto which are directly linked to this case.

Besides all that there was the fifth DCFS attempt on my life, January 28, 2022, and a police terror attack on me, February 8, but I'm still standing.

We conclude with the ever rising r          **TIMOTHY TAYLOR AND HIS CHILDREN**          director, Ginger Pryor, and her Deputy Dawna Yokoyama, and there is no reason to doubt them. Do the math—that means that DCFS kills a child each and every day.

**SWAT TEAM BREAKING INTO THE HOME OF A MOTHER AND**
**HER SON, ATROCITY CRIME VICTIMS OF THE**

**U.S. GUARDIAN GENOCIDE REGIME**

**AT GUNPOINT**



**AFFIDAVIT OF ATTORNEY FOR**
**ATROCITY CRIME VICTIM, DORIS BEATY, WIFE OF**
**ATROCITY CRIME VICTIM DONALD "PETE" BEATY**
**BEING HUMAN TRAFFICKED BY THE U.S. GUARDIAN GENOCIDE RACKET**
**STATING SHE AND HIS FAMILY MEMBERS**
**WERE THREATENED AT GUNPOINT**

https://drive.google.com/file/d/1z7OG96T3f_1Yn4otzpYT_yIblkXsDk3D/view?usp=sharing

## IV. THE U.S. GUARDIAN GENOCIDE AND U.S. CHILD TRAFFICKING REGIMES ARE A GLOBAL SECURITY RISK

149. The entire world population is targeted, endangered and unsafe from the U.S. Guardian Genocide Regime and U.S. Child Trafficking Regime.

150. Visitors, tourist, businessperson or others who enter the U.S. are at risk.

151. Atrocity Crime Victim Maria Romero is a citizen of Spain.

152. Atrocity Crime Victim Perla Brief de Abramovici was a Venezula citizen, visiting Florida to see her relatives and was captured, pillaged, trafficked and murdered in the U.S. Guardian Genocide Regime. [93] Her relatives were tortured and trafficked.

153. Using the statistic of the Claimants, [94] an estimated 25% of the victims either have dual citizenship or are non-U.S. citizens

154. U.S. Atrocity Crimes are **Crimes against Peace, in the nature of Crimes of Aggression against the world population.**

## V. GRAPHIC DESCRIPTION OF U.S. ATROCITY CRIMES AGAINST MOTHERS, FATHERS, CHILDREN BY THE U.S. GUARDIAN GENOCIDE REGIME

### A-1: MURDER/GANG RAPE OF RIGHTS

155. Crime Victims are illegally and falsely ruled "Incapacitated" by government paid Insiders and Conspirators to seize them into U.S. Guardian Genocide Regime.

156. **Living breathing human beings**, are stripped/GANG RAPED of their **UNALIENABLE** Human, Birth, Constitutional, International, and Universal Rights and **"HUMAN DIGNITY" to eliminate them and declare them DEAD under Nuremberg laws** so they can't fight back.

157. **Atrocity Crime Victims have** with fewer rights than a murderer on death row. [95]

158. The "records" are "sealed" to conceal, hide, cover up and protect the Atrocity Crimes.

### A-3: IDENTITY THEFT

159. The identities of the Crime Victims including their passports, driver's license and credit cards are stolen and illegally "assumed" by their trafficker.

### A-4: FORCIBLE DISAPPEARANCE

160. They are forcibly removed from their home, families and the world.

161. This crime under the auspices of government is "forcible disappearance" a war crime.

### A-4: HUMAN TRAFFICKING; INDENTURE SERVITUDE

---

[93] https://www.miamiherald.com/article16018967.html
Perla Brief de Abramovici, a Venezuela citizen was visiting Florida when she was fraudulently captured by the U.S. Guardian Genocide Racket. She was stripped of her rights when she was not a U.S. citizen. Mrs. Perla fled the country with her daughter, was threatened by illegal void "decree" by the Guardian Genocide Regime and forced to return to the U.S. where she was forcibly disappeared, human trafficked, pillaged of her life savings and Murdered.

[94] Claimant have completed Declarations of Citizenship

[95] Mark D. Andrews *"The Elderly in Guardianship: a Crises of Constitutional Proportions"*5 Elder L.J. *75*, 93 (Spring 1997).

162. Crime Victims are human trafficked – sold in slavery to traffickers and held in indentured servitude to Pillage their possessions and property.

### A-5: TORTURE; PROLONGED TORTURE AND SEXUAL ATROCITIES

163. The Crime Victims are sexually assaulted and sexually molested and raped and trafficked.

164. The torture atrocities are excruciatingly protracted to pretend a "court proceeding" is taking place in order to devise countless fraudulent, fabricated "hearings" in human trafficking courts as events to trigger ongoing Pillaging of the property of Crime Victims whereby the Crime Victims are forced to pay attorneys/guardians and their criminal affiliate to perpetrate the Atrocity Crimes to which they are subjected.

### A-6: TORTURE BY SENSORY DEPRIVATION

165. Crime Victims are dehumanized by slurs and degradation being termed a "ward" and "sensory deprivation:" – removal of eyes-glasses, hearing aids; dentures; a form of torture and terror.

166. They are prohibited from embracing, touching or any contact with their loved ones

167. These monstrous atrocities are devised to systemically, deliberately and willfully to:
    a. debilitate, incapacitate and dehumanize the Crime Victims, cause them to be compliant and incoherent and medically induce them to mimic signs of "dementia."
    b. accelerate their death.

### A-7: TORTURE BY WATERBOARDING

168. They are intubated/ "snowing" [96] to remove their ability to communicate, a form of torture.

169. Their stomach is cut open to implant a medically unneeded feeding tube that is also used to lace them with drugs.

170. Frequently, the feeding tube is used because the U.S. Genocide Regime deprives their victim of food, thus self-orchestrating this atrocity.

171. The use of "feeding tubes" is compared to the war crime of water-boarding; [97]

### A-6: TORTURE BY CHEMICAL RESTRAINTS;
### VIOLATION OF NUREMBERG CODE

172. Crime Victims are relentlessly drugged with toxic, illegal psychotropic drugs, chemical restraints to silence them and make them incoherent so they can't even talk.

173. Forced drugging of any type violates the Nuremberg Code.[98]

---

[96]https://www.chicagotribune.com/news/breaking/ct-sacred-heart-hospital-verdict-met-20160304-story.html
Federal agents raided the hospital in April 2013 amid bombshell allegations that doctors were performing medically unnecessary and sometimes risky procedures such as tracheotomies as well as giving heavy sedation to patients in a process called "snowing."

[97]Torture is torture, and waterboarding is not an ... – OHCHR  https://www.ohchr.org › Pages › DisplayNews
Jan 30, 2017 — "First, *waterboarding* is a form *of* torture and, contrary to popular belief, torture ... they irreparably destroy the *humanity* and integrity not only *of* the victim, but also ... recognized *crimes* and, in armed conflict, even to war *crimes*.

[98]The Nuremberg Code (1947)
https://media.tghn.org › medialibrary › 2011/04
The judgment *by* the war crimes tribunal at *Nuremberg* laid down 10 standards to which physicians must conform when carrying out experiments *on* human subjects *in*.

52

174. The systemic, forced drugging by toxic lethal chemical of civilians goes far beyond the immoral atrocity of violation of the Nuremberg Code.

175. This crime is in the nature of War Crime and Crimes of Aggression against civilians.

## A-7: PILLAGING

176. The Homes, Possessions, Life Savings, Generations of Assets, 401K's, Social Security, Pensions, Cars, Jewelry, Art, Heirlooms and all Property of Crime Victims are PILLAGED by U.S. Guardian Genocide Regime.[99]

## A-8: PILLAGING OF PROTECTED PROPERTY

177. The "federally protected property" of the Crime Victims, including social security, pension and disability funds is pillaged and stolen by the U.S. Genocide Racket.

## A-9: INTERSTATE AND INTRASTATE TRANSPORT OF ATROCITY CRIMES VICTIMS TO GANG RAPE THEIR RIGHTS IN MULTIPLE STATES

178. The Atrocity Crimes are frequently duplicated by transporting Crime Victims from state to state to be human trafficked in multiple states.

179. The property and possessions of the "transported" Atrocity Crime Victims are seized, pillaged and extorted in the multiple states in which they are being human trafficked

180. A reign of barbaric terror is savagely unleashed against them no different than a country being attacked by Wars against them by multiple countries.

## A-10: GENOCIDE

181. After their property, possessions and assets are stolen and pillaged by the Perpetrators, Crime Victims are murdered by toxic doses of illegal psychotropic drugs/chemical restraints.

182. Genocide by lethal chemical restraints is parallel to the Nazi Genocide by chemical gas.

## B.U.S. ATROCITY CRIMES IN INEXTRICABLY INTERTWINED RACKETS AGAINST FAMILY MEMBERS BY THE U.S. GUARDIAN GENOCIDE REGIME

183. Family Member Crime Victims are subjected to Atrocity Crimes and vicious retaliation perpetrated in inextricably Intertwined Rackets.

## B-1: MURDER/GANG RAPE OF RIGHTS

184. The perpetrators of the U.S. Guardian Genocide Racket Murder/Gang Rape the family members of their Unalienable birth and human rights, property, freedom and livelihood.

185. Family Member Crime Victims are blackmailed, threatened, falsely arrested, deprived of rights to court access to silence and retaliate against them for reporting the Atrocity Crimes.

## B-2: HUMAN TRAFFICKING; INDENTURE SERVITUDE

[99] Judges, lawyers use guardianships to prey on elderly
www.washingtonexaminer.com/judges-lawyers-use-...

186. Family Member Crime Victims are held in indentured servitude, kept in trafficking courts to strip them of their assets, forced to pay fees to attorneys who are working in collusion with the U.S. Guardian Genocide Racket.

187. While predator attorneys perpetrating the U.S. Genocide Regime flourish, making a business of stealing our rights and pillaging our property and assets, Family Member Crime Victims live in a perpetuate state of terror.

188. Family Member Crime Victims lose their livelihood and careers by being embroiled in the U.S. Guardian Genocide Racket.

189. Family Member Crime Victims are unable to secure employment as their credit is destroyed by being forced into foreclosure and bankruptcy and by fraudulent criminal allegations.

190. Family Member Crime Victims are unable to earn a livelihood and work as their entire life is consumed with chasing futile remedy for their loved one who is being Trafficked, Pillaged and Murdered by the U.S. Guardian Genocide Regime.

191. The professional licenses of Family Member Crime Victims are stripped to silence them and cause them to become indigent and struggle financially so they are unable to fight against the U.S. Atrocity Crimes of the U.S. Guardian Genocide Regime.

192. Family Member Crime Victims are Pillaged by judicial government employees, attorneys, guardians and affiliates in the U.S. Guardian Genocide Racket while seeking futile remedy.

### B-3: TORTURE BY FALSE ARREST; MALICIOUS PROSECUTION

193. Family Member Crime Victims are falsely arrested; maliciously prosecuted threatened and criminalized for the very crimes being perpetrated by the U.S. Guardian Genocide Racket.

### B-4: PILLAGING OF HOMES; POSSESSIONS AND PROTECTED PROPERTY

194. Family Member Crime Victims are forced into foreclosure and bankruptcy and lose their homes and life savings by fraudulent, fabricated lawsuits by the U.S. Genocide Regime.

195. The "federally protected property" of Family Member Crime Victims including social security, pension and disability funds is Pillaged and seized by the U.S. Genocide Racket.

196. Family Member Crime Victims become embroiled in endless staged, fraudulent litigation orchestrated by the U.S. Guardian Genocide Racket where they are forced in other collusion courts to seek futile remedy.

197. Family Member Crime Victims are relentlessly sued in conspiring courts in fabricated lawsuits to embezzle their assets.

### B-5: ENFORCED DISAPPEARANCE

198. Family Member Crime Victims live in fear, tortured, traumatized and terrorized by the Atrocity Crimes perpetrated against their parents and children and themselves.

199. Family Member Crime Victims are themselves victims of Enforced Disappearance.

### B-6: HATE/ RACIAL CRIMES; PILLAGING OF FINANCIAL SETTLEMENTS

200. Crime Victims with disabilities are retaliated and discriminated by slurs and epitaphs to denigrate and defame them, labeling them "wards" and "incompetent" to enslave them in the U.S. Genocide Trafficking Regime and forcibly disappear them from family and the world.[100]

201. Those who are disabled are targeted and preyed on to pillage their medical settlements.

## B-7: TORTURE BY EXTORTION; BLACKMAIL; THREATS AND SYSTEMIC RETALIATION

202. Family Member Crime Victims are threatened and blackmailed with "Nuremberg gag orders" to prohibit them from reporting the Atrocity Crimes.

203. In addition to violating free speech, protected rights and endangering Atrocity Crime Victims, these Nuremberg "orders" blackmail them to violate criminal laws as they are mandated reporters.

204. Family Member Crime Victims are targeted and hunted by bounty hunters purporting to act on behalf of the U.S. Genocide Regime who terrorize them at their home with threatened arrests and seizure causing many to **flee their own homes and the country.**

205. The horrors suffered by Family Member Crime Victims include:

    a. a car bombing of Family Member Crime Victims and dead body placed their home, not only felony crime themselves but threats to instill fear for reporting Atrocity Crimes; [101]

    b. the home of a Family Member Crime Victim was sledge-hammered [102] to loot their possessions and those of their loved one kidnapped in guardianship.

## B-8: TORTURE BY STALKING AND INVASION OF PRIVACY

206. Family Member Crime Victims are stalked in their homes and their privacy is invaded by an army of predatory "process servers," "bounty hunters" and other predators acting under the auspices of "government" who hound and stalk them to "serve" them Nuremberg decrees.

207. Family Member Crime Victims are tortured by a relentless barrage of mail and Nuremberg Orders, to stalk and intimidate them and as forms of threats, extortion and blackmail.

## B-9: PROLONGED TORTURE AND ATROCITY CRIMES

208. Once Crime Victims are seized by the U.S. Guardian Genocide Regime, there is no escape.

---

[100] See P video testimony by victim Randy Robinson whose mother, Mrs. Robinson, was "arrested" by an armed policeman and a grifter who broke into their home and terrifyingly kidnapped Mrs. Robinson who was saying "no."

[101] Bernstein v. New York, 591 F. Supp. 2d 448 - Casetext **Error! Hyperlink reference not valid.**

Aug 8, 2008 — This action presents a dramatic story of intrigue, *car bombing*, conspiracy, ... Bernstein and *Iviewit* fired the attorneys who claimed to be ...

t7 Senate Hearing Room 19th Floor New York, NY September ...

http://www.judgewatch.org › nys › pp-206-228-bernstein

Sep 24, 2009 — family by way of a *car bombing* of our family.

[102] Professional guardian's lawyer empties man's home - News ...

*https://www.palmbeachpost.com/article/20150403/NEWS/8120644*

Florida: The Judge's wife, a frequent court-appointed guardian

*https://aaapg.net/florida-the-judges-wife-a-frequent-court-appointed-guardian*

Jan 14, 2016 · Her longtime caretaker, **SkenderHoti,** charged that **guardian** Elizabeth "Betsy" Savitt, wife of Circuit Judge Martin Colin, improperly seized property from her home, which he owned.

209. The U.S. Guardian Genocide Regime spawns an endless Inextricably Intertwined Rackets set forth herein, including false arrest, theft of their homes and assets in fraudulent foreclosures, bankruptcies, SLAPP and other fabricated lawsuits, theft of their professional licenses, blackmail and extortion "decrees" to prohibit them from reporting the Atrocity Crimes to keep Family Member Crime Victims embroiled for life and destroy their lives.

210. Because of the vicious retaliation Atrocity Crimes, many Family Member Crime Victims are terrified to report the U.S. Atrocity Crimes against them or be a party hereto.

### C.  GRAPHIC DESCRIPTION OF U.S. ATROCITY CRIMES AGAINST MOTHERS, FATHERS, CHILDREN BY THE U.S. CHILD SEX/HUMAN TRAFFICKING REGIME

211. As in the U.S. Guardian Genocide Regime, Human Trafficking/Nuremberg Laws are "enacted" to financially incentivize kidnapping, sale, and trafficking of children.

### U.S. ATROCITY CRIMES AGAINST CRIME VICTIMS

212. The U.S. Child Sex/Human Trafficking Regime:
   a. abducts, steals and kidnaps children from their families.
   b. **Grooms** children to be sex trafficked by the U.S. Child Sex/Human Trafficking Racket.
   c. extorts their parents to prevent them from reporting the U.S. Atrocity Crimes.
   d. blackmails their parents to extort them to pay judicial criminals and grafters;.
   e. Steals/rapes the rights of parents and children to run the U.S. Human Atrocities in secret.

213. The U.S Child Sex/Human Trafficking Racket is a closely held enterprise perpetrated by judicial criminals and their assorted grifter minions who under Nuremberg law [103] engage in Orwellian activities to benefit themselves.

214. The U.S. Child Sex/Human Trafficking Regime runs a "reverse blackmail scheme" symbiotic to that of Jeffrey Epstein, where contrary to extorting payments from pedophiles, predators and perverts to buy silence, the U.S Child Sex/Human Trafficking Regime extorts payments from parents to prevent them from reporting U.S. Human Atrocities.

215. Judicial perverts perpetrated the Kids for Cash [104] scandal from their simulated court for years without criminal arrest as the **entire United States Government was aiding abetting, concealing and covering up Atrocity Crimes.**

216. Innocent children were falsely arrested and sent to **prison owned by judicial criminals** where they were raped, tortured and terrorized.

217. **Many committed suicide.**

---

[103] **Nuremberg laws are used to strip citizens of their rights, criminalize human rights in order for public official to illegal seize their assets and steal their liberty.**

[104] Corrupt 'Kids for Cash' judge ruined more than 2,000 lives
https://nypost.com › 2014/02/23 › film-details-teens-str...
Feb 23, 2014 — The scandal was called "*Kids* for *Cash*," and it rocked the state in 2009 — for the accusation that Ciavarella was happy to tear families apart in ...
Kids For Cash: Inside One of the Nation's Most Shocking ...  https://www.youtube.com › watch
**http://www.democracynow.org - Today a special on** *kids* for *cash*," **the shocking story of how thousands of**
Feb 4, 2014 · Uploaded by Democracy Now!
Pennsylvania rocked by 'jailing kids for cash' scandal - CNN.com
https://www.cnn.com › pennsylvania.corrupt.judges
Feb 23, 2009 — Pennsylvania rocked by 'jailing *kids* for *cash*' scandal · Story Highlights · Two Pennsylvania judges plead guilty to federal fraud charges · Judges ...

218. The lives of over Two Thousand families were destroyed.

219. The U.S Child Sex/Human Trafficking Racket is identical and worse whereby the Perpetrators **financially incentivize** themselves by their own unlawful, illegal U.S. Nuremberg Laws to traffic U.S. children and those of the world population.

220. As with the U.S. Guardian Genocide Regime, there is no escape.

221. The lives of Family Member Crime Victims are forever destroyed by the torture of having their children stolen and trafficked, the pillaging of their property and possessions and the pervasive threats and vicious retaliation if any attempt is made to release their children.

### U.S. ATROCITY CRIMES IN INEXTRICABLY INTERTWINED RACKETS AGAINST FAMILY MEMBER CRIME VICTIMS

222. Family Member Crime Victims of the U.S Child Sex/Human Trafficking Racket are subjected to Atrocity Crimes and Retaliation Atrocity Crimes.

223. Parents, children and vulnerable adults are Forcibly Disappeared from their families and the world under the auspices of government and put in human trafficking rings. [105]

224. The Family Member Crime Victims are also victims of Forcible Disappearance. [106]

## V. INTERTWINED U.S. ATROCITY CRIMES TO TERRORIZE, THREATEN AND INCITE MURDER; SUICIDE; FALSE ARREST; PILLAGING OF PROPERTY OF ATROCITY CRIME VICTIMS AND THEIR FAMILY MEMBERS; AND THEIR SILENCE; SUBMISSION; AND ENTRAPMENT

225. The U.S. Atrocity Crimes by the Perpetrators are also a twisted, sadistic playbook against Atrocity Crime Victims to incite murder and suicide; false arrest; blackmail; forced silence and submission; criminalize them; and set up and entrap them.

### A. KIDNAPPING OF CHILDREN BY PERPETRATORS OFTEN AT GUNPOINT

---

[105]Florida's Court-Appointed Guardianship System Is Corrupt
https://www.gierachlaw.com › investigation-finds-that-f...
Apr 17, 2019 — According to a new investigation released by ABC Action News, court-appointed *guardians* are very rarely held accountable by the state agency in ...
Elder guardianship: A well-oiled machine   http://ncdj.org › wp-content › uploads › 2017/12
Forced Assistance - The Intercept   https://theintercept.com › 2020/07/06 › coronavirus-ass...
Jul 6, 2020 — *Adult guardianship* is a legally thorny issue that sees seniors ... and placed in an assisted living facility in St. Petersburg, *Florida.*
inside the shocking legal guardianship industry | Movies  https://www.theguardian.com › film › feb › 99-of-the-...
Feb 18, 2021 — An estimated 1.3 million *adults* are under the care of *guardians* who control ... at one time had 450 guardianships in *Florida*, was last year ...
Florida should put guardian-abuse scammers out of business
https://www.miamiherald.com › op-ed › article251223579
May 6, 2021 — *Florida* Legislature must crack down on those who prey on seniors ... It takes more than a *corrupt guardian* to do these terrible things — it ...
https://courtvictim.com/horrors-of-guardianship-governor-baker-turns-a-blind-eye/

[106] Article 8 of the Principles on Reparation, the following are victims: • The person whose human rights have been violated, or the direct victim; • Members of the immediate family; • The direct victim's dependents; and • Persons who have suffered harm in intervening to aid the victims in danger or to prevent victimization.

**TO BE TRAFFICKED AND SOLD**



**A-1:  MEGHAN WALSH AND
HER NEWBORN INFANT**

**U.S. GOVERNMENT HIRED
THIRD PARTY CHILD VENDOR/TRAFFICKERS
WHO KIDNAPPED AND STOLE A NEWBORN
INFANT FROM HER MOTHER'S ARMS WHO IS
PLEADING  DON'T TAKE MY BABY**
https://tinyurl.com/DontTakeChild

**A-2:  TAMSEN CLARK AND HER CHILDREN**

https://youtube.com/shorts/ozhVC_Ce8sc?feature=share

https://youtube.com/shorts/ePl16m_Ko2s?feature=share

**U.S. GOVERNMENT HIRED
THIRD PARTY CHILD
VENDOR/TRAFFICKERS STEALING
CHILD BY GUNPOINT FROM
MOTHER'S HOME**

**A-3: MRS BETTY ROBINSON, MOTHER OF DEBBY FOX AND RANDY ROBINSON**



**MRS BETTY ROBINSON, A MILITARY
VETERAN BEING KIDNAPPED AND STOLEN
FROM HER HOME BY GOVERNMENT
FUNDED
THIRD PARTY TRAFFICKERS**
https://tinyurl.com/RobinsonVid

**B. INCITED SUICIDES OF
U.S. ATROCITY CRIMES VICTIMS**

226. Systemically inciting suicide is another sadistic agenda by the Perpetrators. [107]

---

[107] https://www.childabusivejudges.com/suicides.html
Medical Kidnapping in Maine: Child with Ehlers-Danlos Syndrome & Sister Seized – Grandfather Commits
Suicide - Medical Kidnap

227. It is almost impossible for any reasonable person to otherwise conclude that distraught mother, Dianne Hart whose children were abducted, tortured and trafficked by the U.S. Government took her own life.

**The late Dianne Hart,** *"A Mother with Endless Love for Her Children,"* opposed Judge Adelman and Judge Klatt. Her obituary states:  "She testified in front of the *CT Disputes Involving the Care and* established by legislators to along with other brave parents did retaliation by the courts in their own said that Hart, who lost her children machinations of Judge Adelman, *Task Force to Study Legal Custody of Minor Children,* investigate corruption. Dianne so even under a credible fear of cases for speaking out." It was through the ruthless and corrupt died of a broken heart.

Dianne Hart never saw her children again; **Hart case appeal.**

## 228. WHAT HAPPENED TO JUDICIAL PERPETRATOR GERALD I. ADELMAN?



PERPETRATOR GERALD I. ADELMAN WAS REWARDED BY HIS JUDICIAL PROTECTION ARM FOR BEING A KINGPIN IN THE U.S. CHILD TRAFFICKING REGIME BY BEING REAPPOINTED TO CONTINUE TO PERPETRATE THE GENOCIDE, TRAFFICKING AND PILLAGING REGIME.

Judge Gerard I Adelman

**The full Judiciary Confirmation Hearing re: Reappointment of Judge Gerard Adleman.**

Comment #: VD3582
Rating Not Rated
Comments:
October 14, 2018

It's been almost 60 days since I had to hand over my sons to their abuser. I don't know how I would survive the first hour, forgot the days and weeks. I hoped the passing of time would make it less painful, but it hasn't. The pain has become stacked upon itself, it has grown heavier with each passing day, magnifying and multiplying exponentially. Some days I wake up and cannot fathom enduring another day of agony, I take it, not one day at a time, but literally one minute at a time. I go on be my love for my children transcends my own desire to stop the pain, lay down, and give up

If you cannot fathom the sheer agony of turning over your children to their abuser, neither could I. It's a horrible mixture of disbelief, pain, resistance, guilt and fear. It was, without a doubt, the hardest thing I have ever done in my life. It made me doubt everything I had ever been told about right and wrong, fairness and justice. At 44 years old, I learned it was all a lie. These boys learned that lesson at six years old. Six years old. I don't know how they will get through the years and live a normal life, openly and lovingly, knowing that the world is a cruel place where they victims are disbelieved, debased, and devalued by those entrusted with their protection. How do you find your place and navigate this world knowing that justice, truth and the right to protection do not apply to you? That's for other kids, Judge Ryon's and Christina Hughes' kids. The same rules and mercies don't apply for William and Luke.

The added cruelty was that I had to tell my sons the verdict and deliver them to their abuser. Those who made the decision didn't have to look them in the eye and see the horror on their faces or hear their pleading wails of disbelief. I will never forget a second of it. You know those stories where killers make victims dig their own graves before killing them? I could never fathom why people complied and kept digging. Now I understand. It was be there was some small sliver of hope left in them, that they would somehow be spared or someone would come to their rescue. No one ever does, and no one did here either. I stood in the grave they made me dig. They pointed the gun at my head, and in the final sadistic act, they made me pull the trigger.

On that day, these two beautiful six year old boys who had trusted that there was at least one person in the world who would always protect them, learned the cold hard truth: that there is no protection. The Judge and BIA made the one person that they trusted, betray them. I had to tell them I had turn them over. I had to give them up.

With the verdict, they made it very clear that day that no one would hear their voices and that their pain and suffering didn't matter. I had to tell them not to cry or show any resistance be the judge said he could use force. That's right, I had to tell two six year olds to silence their voices and not resist, be if they did, their abuser was authorized by Joan Ryon "to use force," to get their submission. You know how we tell our kids that if anyone tries to force them into a car or take them, to scream and fight like hell? I had to tell my kids to do the exact opposite. I put them in their abusers car and told them to not fight back. Their lives literally depended on it.

Everything we tell our kids: tell the truth, speak up, ask for help, right and wrong matter, have a strong moral compass, help others , put good into the world and things will be ok. Justice will prevail. Truth always wins. Fairness matters. It's all a lie and now these two little boys know it.

Nash Holt (died May 13, 2019)

Comment #: VD3301
Rating: 1.0 ☆☆☆☆☆☆☆☆☆☆
Comments:
I have studied this judge and others. I have also studied the "style" of The Robing Room ratings and raters. This judge needs



### NASH HOLT AND HER CHILDREN

**Their Torture by the Predator into whose "custody" they were ordered by Nuremberg Human Trafficking, Torture Decree by Judicial Perpetrator Joan Ryon was reported around the world.**

Failure To Protect: Air Force Handling Of Colonel's Child Sex Assault Charges Raises Questions (forbes.com)

Young Boys Allegedly Abused By Air Force Colonel Now In His Sole Custody (forbes.com)

GIllibrand, Kennedy, Tsongas Letter to USAF 12 June 2018 - DocumentCloud

**There was NO REMEDY by the U.S. government Perpetrators, instead concealment and protection of Atrocity Crimes.**

**These are Nash Holt's own words as stated in the Robing Room, read by Judicial and Government Employees throughout the world.**

**NASH HOLT DIED ON MAY 13, 2019**
**One day after Mother's Day**

**B. THREATS AGAINST ATROCITY CRIME VICTIMS ARE IGNORED, INCITED AND
COLLUDED BY JUDICAL AND GOVERNMENT PERPETRATORS RESULTING IN
THEIR MURDER, SUSPICIOUS AND UNEXPLAINED DEATH
INSTEAD THEY ENACT VOID "SO CALLED REMEDY" LAWS TO COVER UP AND
DIVERT FROM THE FAILURE TO HOLD GOVERNMENT OFFICIALS
CRIMINALLY ACCOUNTABLE**

229. Judicial and other government Perpetrators deliberately fail to protect victims of domestic violence and threats of domestic violence or enforce restraining orders [108]when the victims are embroiled in their U.S. Guardian or Child Trafficking Regime to perpetrate the Regimes.

230. Instead, of holding Judicial and other Perpetrators criminally liable, their collusive legislator and governor Perpetrators enact "cover up and diversion laws" often named after their child such as "Damon's law" and "Greyson's law" who WERE MURDERED because of the criminal negligence and collusion by Judicial or other government perpetrator who failed to protect in the face of known and obvious threats.

231. Criminal conspiracy laws already exist but contrary to enforcing these laws against judicial and other government Perpetrators and holding them criminally liable, cover up and diversion laws are devised to protect them and divert the public from their crimes.

**C. INEXTRICABLY INTERTWINED RACKETS TO
PILLAGE THE PROPERTY OF FAMILY MEMBERS**

**D-1:  SKENDER HOTI AND HIS MOTHER GWENDOLYN BATSON**

232. Martin Colin, the judicial perpetrator in the U.S. Guardian Genocide Regime of Hoti and his mother is married to a trafficker guardian, Elizabeth Savitt.[109]

233. Together, they perpetrated the U.S. Guardian Regime for years against countless Atrocity Crime Victims including Gwendolyn Batson, Hoti's mother.

234. Hoti's own home and possessions were pillaged by the Perpetrators involved who broke into his home by sledgehammer in open sight as the Perpetrators flout their lawlessness, knowing it is protected at every level of U.S. government.[110]

235. Hoti's repeated demands for remedy by the F.B.I., county sheriff and other law enforcement were futile.

---

[108]https://tinyurl.com/GuilinoNoActionVideo  Atrocity Crime Victim's crime report is denied by Police Officer stating insanely there is already a pending restraining order being ignored thus the prosecutor will ignore ongoing violations.
[109] **Private Guardian Removes Money-Florida Senior's Bank**
https://www.guardianabusecases.com/2016/02/10/370
Feb 10, 2016 · Elizabeth **Betsy** Savitt is a private guardian in Florida. Her advantage over her peers rests in the fact her husband Martin Colin is a family court judge. Savitt has for many years been
[110] Professional guardian's lawyer empties man's home - Palm ...
https://www.palmbeachpost.com › news › 2015/04/03 › p...
Apr  3,  2015 — Professional **guardian's** lawyer  empties  man's  home. **John  Pacenti.**  jpacenti@pbpost.com.
Skender **Hoti** holds a photograph of himself with ...

236. Hoti's repeated demands for remedy for the failure by law enforcement and his own attorneys to provide remedy were futile. [111]

237. To the contrary, they subject him to heightened Atrocity Crimes by retaliation, cover up and shielding the Perpetrators.

238. Hoti's own home was pillaged in an Inextricable Intertwined Racket by the U.S. Guardian Genocide Regime. https://tinyurl.com/HotiPIllagingofProperty

### D-2: SYSTEMIC PILLAGING OF HOMES AND LIFE SAVINGS OF ATROCITY CRIME VICTIM FAMILY MEMBERS

239. The pillaging of the homes, property, life savings and all assets of family members in Inextricably Intertwined Regimes is systemic and part of the playbook and course of conduct of the Perpetrators of the U.S. Guardian Genocide Regime and the U.S. Child Trafficking Regime as incontrovertibly documented in the cases of the Atrocity Crime Victims.

240. The cover up, protection and concealment of U.S. Atrocity Crimes by every branch and level of government is epitomized by Perpetrator Clarence Thomas' "Nuremberg Consent, Collusion and Conspiracy Decree to Atrocity Crimes" against Atrocity Crime Victim Barbara Stone by federal perpetrators Joan Lenard, Laurel Isicoff, Jonathan Goodman and the entire 11th Circuit Court of Appeals set forth in Part Seven and against her mother, Helen Stone by an army of Perpetrators of the U.S. Guardian Genocide Regime.

### D. ATROCITY CRIME VICTIMS ARE ENTRAPPED AND CRIMINALIZED BY THE PERPETRATORS

241. Parents, and children subjected to Atrocity Crimes and denied remedy by their Government Protection Arms are attacked by an army of U.S. Nuremberg Laws weaponized against them.[112]

242. These are Crimes of Aggression by the U.S. government perpetrated against families.

---

[111] <u>Skender Hoti v. Palm Beach County Sheriff's Office</u>
https://unicourt.com/case/pc-ap1-skender-hoti-v...
Feb 22, 2022 · Case Summary. On 02/22/2022 **Skender Hoti** filed a Civil Right - Other Civil Right - Other Civil Right - Other Civil Right lawsuit against Palm Beach County Sheriff's Office. This case was filed in U.S. Courts Of Appeals, U.S. Court Of Appeals, Eleventh Circuit. The case status is Pending - Other Pending. Case Details Parties Documents Dockets.
<u>Skender Hoti v. Palm Beach County Sheriff's Office</u>
https://dockets.justia.com/docket/circuit-courts/ca11/22-10535
Feb 22, 2022 · Notice of appeal filed by Appellant Skender Hoti on 02/18/2022. Fee Status: Fee Not Paid. No hearings to be transcribed. Awaiting Appellant's Certificate of Interested Persons due on or before 03/09/2022 as to Appellant Skender Hoti. Awaiting Appellee's Certificate of Interested Persons due on or before 03/23/2022 as to Appellee Palm Beach ...
<u>Skender Hoti v. Robin Weiner 20-11801 | U.S. Court of ...</u>
https://dockets.justia.com/docket/circuit-courts/ca11/20-11801
May 12, 2020 · Notice of appeal filed by Appellant Skender Hoti on 05/12/2020. Fee Status: Fee Paid. No hearings to be transcribed. The appellant's brief is due on or before 06/22/2020. The
[112]https://womenscoalition.substack.com/p/mom-flees-to-canada-arrested-at-gunpoint?fbclid=IwAR0sJ5yu-b8i_oKK38IjLkMcQsBisRSNtiu2lk6Hj_3rstim1aC-2YAXc5g&s=r
https://www.onemomsbattle.com/blog/when-a-mother-flees
<u>With a Shotgun to Her Head: U.S. Marshals Arrest Mom in Hiding</u>
https://womenscoalition.substack.com/p/with-a-shotgun-to-her-head-us-marshals Jan 30, 2022 · The judge had been threatening to switch custody to the father and was just about to when **Lacie** fled into hiding from her home

### E. ATROCITY CRIME VICTIMS ARE SET UP BY THE PERPETRATORS

243. In addition to third-party trafficking agencies HHS and its state subsidiaries Perpetrators hire an army of other third-party trafficking agencies represented to the public as pseudo "law enforcement appendages" used to intimidate the confidence of Atrocity Crime Victims and reveal their whereabouts when they flee for their life and seek refuge and safe harbor.

244. Atrocity Crime Victims who confide in these decoy agencies to report Atrocity Crime are entrapped, captured and criminalized.

### F. RETALIATORY FALSE ARREST AND THREATS TO SILENCE AND BLACKMAIL ATROCITY CRIME VICTIMS INTO SILENCE AND SUBMISSION

245. Atrocity Crime Victims are systemically falsely arrested, threatened with false arrest and terrorized to silence them from their efforts to Protect their family members from U.S. Atrocity Crimes and reporting U.S. Atrocity Crimes.

246. They are villainized by a Playbook devised by the Perpetrators accusing them of the very Atrocity Crimes being perpetrated by the Perpetrators including "kidnapping," and a fictious "Nuremberg Charge" invented by the Perpetrators they call "interference" with the "custody" of their own child or parent, thus creating multiple systemic attacks -that the family member protecting their parent or child from U.S Atrocity Crimes has committed a crime and that the Atrocity Crime Victim is being held in criminal custody.

### G-1: SARAH CHAGNON AND HER CHILDREN



**ARRESTED AT GUNPOINT FOR FLEEING THE COUNTRY TO PROTECT HER CHILDREN FROM THE U.S. CHILD TRAFFICKING REGIME**

1. https://tinyurl.com/MotherArrestedatGunpoint
2. https://tinyurl.com/MomFleesUSgovtraffickers

### G-2: LACIE NEWELL AND HER CHILD



**ARRESTED AT GUNPOINT FOR FLEEING THE STATE TO PROTECT HER CHILDREN FROM THE U.S. CHILD TRAFFICKING REGIME**

https://tinyurl.com/MomArrestedatGunpoint1

### G-3: BARBARA STONE AND HER MOTHER, HELEN STONE



**ARRESTED FOR FEEDING HER MOTHER STARVED TO DEATH BY THE U.S. GUARDIAN GENOCIDE REGIME WHO LOST 40 LBS FROM DEPRIVED FOOD**

Court to Hear Extradition of Woman Accused of Feeding her ...
https://pinacnews.com › index.php › 2017/06/25 › cour...
Jun 25, 2017 — The fugitive, a former New York attorney, named Barbara Stone. Stone was originally arrested for feeding her mother.

### G-4: PATTY REID AND HER SON



**ARRESTED FOR FLEEING THE STATE TO PROTECT HER BLIND SON FROM U.S. GUARDIAN GENOCIDE REGIME**

**Blind man held captive in the guardianship system for his money.** In April of this year, Patty Reid was arrested and her son taken from her. She is being charged with "custody interference," which holds a potential sentence of five years in prison. In an interview last week, Reid stated that she does not know where her son is and has been denied any contact with him since her arrest.

### G-5: JOHN DOE AND STEWART HANDTE, A LAW ENFORCEMENT OFFICER



**ARRESTED FOR RESCUING HIS OWN MOTHER FROM U.S. GUARDIAN GENOCIDE REGIME**

**How a mom's guardianship backfired on her son and landed this ...** https://unionsquaretimes.town.news/g/new-york-ny/n/...
Jan 22, 2022 · Handte with Sheriff Richard Mack, founder of the Constitutional Sheriffs and Peace Officers Association.
When **Stewart Handte** was a state trooper with the Nevada Highway ...

**EVICTED AT GUNPOINT BY SWAT TEAM FROM HIS OWN HOME**

### G-6: BECKY HARBER AND HER HUSBAND HERSHEL HARBER

**BECKY HARBER WAS ARRESTED FOR EXPOSING ATROCITY CRIMES AGAINST HER HUSBAND AND TO COVER UP HIS MURDER BY THE U.S. GUARDIAN GENOCIDE REGIME**

**Guardianship bill would expand reach of Florida guardians - WFTS**

https://www.abcactionnews.com/news/local-news/i...

Feb 21, 2022 · **Becky Harber** While at a Volusia County hospital, Hershel suffered a heart attack and his condition worsened. "I removed my husband against medical advice and we were to go ...

### G-7: ELIZABETH HOLTWICK AND HER CHILDREN

**ARRESTED FOR "KIDNAPPING HER OWN CHILDREN AS IF THEY WERE IN "CRIMINAL CUSTODY"**

Witch Hunt: Another Mom Jailed on Bogus Kidnapping



247. Internet petition sites, [113]videos, [114] concerned citizens, [115] facebook, [116] are **exploding** with family members reporting their children and parents are

---

[113] https://www.change.org/p/removal-of-judge-abbe
[114] https://frankspeech.com/tv/video/another-case-cps-stealing-child-and-making-rules-they-go
[115] https://securetherepublic.com/arkansas/2019/06/13/is-there-a-connection-between-child-trafficking-and-child-protective-services-part-1/
[116] https://www.facebook.com/StopJudgeBrownDivision7/   Surviving the Nightmare
https://www.facebook.com/groups/judgesrcriminals/;
https://www.facebook.com/theconstitutionallawgroup/;
https://www.facebook.com/groups/justicefortwilaapger/;
https://www.facebook.com/groups/courtvictim/;
https://www.facebook.com/groups/apvictims/;
https://www.facebook.com/groups/1150521624978726/;
https://www.facebook.com/groups/venturavictims/;
https://www.facebook.com/groups/912888162161640/;
https://www.facebook.com/groups/508082082702821/;
https://www.facebook.com/groups/acwatch/;
https://www.facebook.com/groups/292667684457894/;
https://www.facebook.com/groups/536331853577802/;
https://www.facebook.com/groups/jam2016/;
https://www.facebook.com/groups/1184459378607900/;
https://www.facebook.com/groups/CommissionOnJudicialPerformance/;
https://www.facebook.com/groups/countdown/;
https://www.facebook.com/groups/probaterape/;
https://www.facebook.com/groups/2159378857705172/;
https://www.facebook.com/groups/LegalReform/;
https://www.facebook.com/groups/eclause/;
https://www.facebook.com/groups/axjvictims/;
https://www.facebook.com/groups/gertrudegettinger/;
https://www.facebook.com/groups/KirksLawCornerStudyGroup/;
https://www.facebook.com/groups/983935882101271/;
https://www.facebook.com/groups/601766783317789/;
https://www.facebook.com/groups/475120122603811/;
https://www.facebook.com/groups/1841279112850168/;

abducted; being threatened by arrest by third party traffickers hired by Perpetrators who fund Perpetrator Becerra and his "CPS" and "APS" trafficking agencies; exposing serial trafficking by government Perpetrators; the U.S. Atrocity Crimes and pleading for the return of their children and parents.

248. Not only are their pleas futile, the U.S. Government Perpetrators conspire with public media to place Atrocity Crime Victims in free speech "JAILS" by these public forums for reporting.

### H. MURDER, SUSPICIOUS AND UNEXPLAINED DEATH OF REPORTERS

249. Government insider Nancy Schaefer, a prolific whistleblower of the U.S. Atrocity Crimes in the U.S. Child Trafficking Regime described in Part One meet with suspicious death.[117]

250. Untold other government insider whistleblowers of the U.S. Atrocity Crimes have met suspicious deaths. As reported by Secure Arkansas [118]

**Was a recently-murdered former Arkansas Senator preparing to expose child trafficking in Arkansas government?**

By now, most of you have probably been made aware of the tragic murder of former Arkansas Senator Linda Collins-Smith and the court order to seal all documents related to the

---

https://www.facebook.com/groups/1171655806352393/;
https://www.facebook.com/groups/1102027720302028/;
https://www.facebook.com/groups/224981674202378/;
https://www.facebook.com/groups/295799027635669/;
https://www.facebook.com/groups/317419501686904/;
https://www.facebook.com/groups/634004213875197/
https://www.facebook.com/groups/familyforwardtexasproject/?ref=share
https://www.facebook.com/groups/169722354051 1940/?ref=share
https://www.facebook.com/FamilyCourtAntiCorruptionCoalition/
https://www.facebook.com/groups/1309541032416715/?ref=share
https://www.facebook.com/groups/2411701972283163/?ref=share
https://www.facebook.com/groups/tcdaw/?ref=share
https://www.facebook.com/groups/TexasFamilies/?ref=share
https://www.facebook.com/groups/AEovrT.m/?ref=share
https://www.facebook.com/aeovrt
https://www.facebook.com/groups/AEovrT03/?ref=share
https://www.facebook.com/groups/1328032584003452/?ref=share
https://www.facebook.com/groups/833834103619619/?ref=share
https://www.facebook.com/groups/788900065182698/?ref=share
https://www.facebook.com/groups/FighterCries/?ref=share
https://www.facebook.com/groups/265905917991397/?ref=share
https://www.facebook.com/groups/thetruthsocialservices/?ref=share
https://www.facebook.com/groups/DRPhilexposecps/?ref=share
https://www.facebook.com/groups/541350742640680/?ref=share
https://www.facebook.com/groups/162388487655386/?ref=share
https://www.facebook.com/groups/1171655806352393/?ref=share

[117] The Suspicious Death of Nancy Schaefer. Georgia State Senator ...
https://www.youtube.com/watch?v=p2zO5f-EyJA
Nov 14, 2016 · The Suspicious Death of Nancy Schaefer. Georgia State Senator Nancy Schaefer Helped Many Families and Children. She Fought Against Government Cor...
Nancy Shaefer, conservative activist, killed – Baptist Press https://www.baptistpress.com/resource-library/news/...
Mar 29, 2010 · CLARKESVILLE, Ga. (BP)–Nancy Schaefer, 73, a conservative activist and former officer of the Georgia Baptist Convention, and her husband Bruce, 74, died March 26 of gunshot
Senator Nancy Schaefer: Did her Fight Against CPS Child Kidnapping Cause her Murder? – Medical Kidnap
[118] Is There a Connection Between Child Trafficking and Child Protective Services? Part 1 - Secure Arkansas - A Grassroots Organization (securetherepublic.com)

investigation that immediately followed. The order was issued by Judge Harold Erwin, and it sure appears like authorities want information about the case hidden from the public…

Former Senator Linda Collins-Smith was the primary sponsor of HB1923, which became Act 922 in April 2017, drafted to make people aware of **human trafficking.**

**We are posing some important questions: Was Linda Collins-Smith getting ready to expose child trafficking in Arkansas government?** Did she have information that could incriminate a specific person or organization? Could one of those organizations be Child Protective Services? **There are still a lot of unanswered questions…**Could there be a connection between the recent suspicious deaths of 3 former state senators? According to FOX News, TWO former state senators were fatally shot at their homes in June 2019: Linda Collins-Smith from Pochontas, Arkansas and Jonathan Nichols from Norman, Oklahoma. Another brave former senator, Nancy Schaefer from Georgia, was killed the same way in 2010. Schaefer published "The Corrupt Business of Child Protective Services".

**All three former senators who met with suspicious deaths were looking into problems with Child Protective Services (CPS)!** Child Protective Services (CPS) and/or the Department of Human Services (DHS) are private, non-governmental agencies funded by federal grants. Child Protective Services (CPS) is a multi-billion dollar business and can be a very corrupt service. **Unfortunately, there is an incentive to sell children.**

**List of other names and acronyms for Child Protective Services (CPS):**
- Department of Children and Families – DCF
- Department of Children and Family Services – DCFS
- Department of Social Services – DSS
- Department of Human Services – DHS
- Department of Child Safety – DCS
- Department of Child Services – DCS

251. These human trafficker agencies are an open door to government pedophiles.[119]

252. These suspicious deaths of insider Whistleblowers to U.S. Atrocity Crimes CANNOT be ignored by this ICC and demand is made to hold the Perpetrators criminally liable.

## VI. RETALIATION ATROCITY CRIMES AGAINST THOSE WHO REPRESENT ATROCITY CRIME VICTIMS FOR SEEKING REMEDY

253. The rare attorney who attempts remedy instead of being a conspirator to U.S. Atrocity Crimes is subjected to the "Playbook" of Retaliation Atrocity Crimes used against "Whistleblower Bar Members" who expose Atrocity Crimes of the "Bar Crime Syndicate."

254. The Playbook used against Attorneys for Atrocity Crime Victims who seek remedy includes:
   a. They are typically stripped of their license to both cripple them financially and to defame and slur them in endless lawsuit where they become embroiled by labeling them as a "DISBARRED ATTORNEY to destroy their credibility;" [120]
   b. They are arrested or threatened with arrest;
   c. Their careers are destroyed by defamatory slurs against them;
   d. Their assets are stolen by Nuremberg "Contempt Orders," fabricated lawsuits and threats of seizure of their assets;

---

[119] Publicly Open Pedophile Running for Office in Virginia Reveals How Foster Care is a Pipeline to Adopt Children as "Sex Toys" - Medical Kidnap
[120] See Paragraph C slurs against Barbara Stone

e. They live in fear of the seizure of their assets, arrest and savage retaliation attacks.

## A. ATTORNEY MICHELLE MACDONALD

255. While attempting remedy for Atrocity Crimes against Sandra Grazzini-Rucki by Perpetrator David L. Knutson in the U.S. Child Trafficking Regime, [121] Attorney Michelle MacDonald was subjected to vicious retaliation Atrocity Crimes:

    a.  Attorney Michelle MacDonald was falsely arrested; [122]

    b.  She was "Ordered" by Nuremberg Decree to continue the "human trafficking trial" of her client while under arrest, handcuffed, with no files, without her glasses and without her client present;

    c.  Her license was stolen/suspended in retaliation in a 42-page diatribe with made up fabricated false cover up "facts;"[123]

    d.  Attorney Macdonald was seeking office as state Supreme Court judge and the Retaliation Atrocity Crimes were calculated to strip and destroy her ability to pursue this livelihood.

## B. ATTORNEY NICKOLA CUNHA

256. While attempting remedy for the Atrocity Crimes against her clients who were stripped/raped of their rights by Perpetrator Gerald I. Adelman in the U.S. Child Trafficking Regime Attorney Nickola Cunha was subjected to vicious retaliation Atrocity Crimes exposed to the world in an "Atrocity Crime Report." [124]

    a.  Perpetrator Thomas G. Moukawsher, the judicial protection arm of Perpetrator Adelman stole/stripped her of her license;

    b.  After stealing her license, Perpetrator Moukawsher ordered Cunha to turn over her clients' confidential contact information and active and pending files to a court-appointed trustee;

    c.  Perpetrator Moukawsher seized her escrow account, falsely accusing her of withdrawing funds that Cunha accounted for and earned;

    d.  Perpetrator Mouskawsher ordered a CT State Marshal to arrest without criminal charges being filed against her.

    e.  Attorney Cunha was arrested

**"What should be questioned is why I was targeted for going public with the truth," Cunha said.**

## C. ATTORNEY BARBARA STONE

257. Attorney Barbara Stone herself filed for guardianship of her OWN mother to protect her from theft and physical abuse by her son documented by forged checks and medical records.

258. The remedy is arrest and incarceration of the perpetrator, but U.S. law enforcement agencies systemically refuse to comply with their own criminal laws, leaving victims no remedy to fuel the charade that remedy must be sought in the very civil courts that conspire in the crimes.

---

[121]https://docs.google.com/document/d/1owcs4OMSTJ5V7eh8_8zF8CJRFDWn0a6T/edit?usp=sharing&ouid=112049247 086737778146&rtpof=true&sd=true
[122] https://drive.google.com/file/d/1CGlPLZypVGrgxflG70pXqmJoQHN2ZsZ/view?usp=sharing
[123] https://drive.google.com/file/d/117ZRBetUhHVQMTJSft2mHZ5Wmu3W4Skb/view?usp=sharing
[124] Disbarred Attorney Cunha Avoids Arrest Makes Statement About Corrupt CT Family Court Judges Adelman and Moukawsher - Frank Report

259. Thus the decoy/trap of "guardianship" is forced on victims as a pretend "remedy" to fuel the U.S. Guardian Genocide and Child Trafficking Regimes.

260. Attorney Stone herself filed a guardianship with the expectation her mother would be protected from crimes by a **civil court** as she would be "designated guardian" of her own mother as if she, the natural daughter needed a civil court to **validate her Unalienable rights to protect her own mother**.

261. Once Attorney Stone entered the terror syndicate called "guardianship," Stone's mother [125]and Stone [126] were subjected to barbaric Atrocity Crimes.

262. Helen Stone, Attorney Stone's mother was subjected to:

   a.  beatings and starvation, sensory deprivation, and denial of medical care;

   b.  emergency admitted to the hospital almost 20 times for life endangerment;

   c.  pillaged of her home, all assets and her life savings;

   d.  ruthlessly drugging with toxic lethal drugs;

   e.  Helen Stone was MURDERED by GENOCIDE by toxic drugging and depraved indifference to care.

263. Attorney Stone was weaponized and criminalized for the Atrocity Crimes by the Perpetrators:

   a.  Unlawfully stripped of her law license **after** she retired from law with a letter of appreciation from the bar for her many years of service to retaliate against her for being a whistleblower to their Atrocity Crimes. The stripping of bar licenses of whistleblower attorneys by the Perpetrator Bar Association is done to destroy them on many fronts: to steal their financial livelihood, to slur and defame them and attack their credibility by referring to them as a "disbarred attorney" or "frivolous litigant" in lawsuits by or against them; prevent them from filing class actions for victims and to threaten and blackmail them from seeking remedy; See blackmail letter from "bar president" who blackmailed and threatened Stone with "contempt of court" in a matter in which he was not a party and in which she was filing as a victim in compliance with applicable laws in order to protect the Atrocity Crimes of Governor Perpetrator Ron Desantis;

   b.  repeatedly falsely arrested for trying to save her mother's life from Atrocity Crimes by the U.S. Guardian Regime including being arrested **for feeding her mother** who was being starved and had the emaciated appearance of a child in a 3rd world country;

   c.  when Stone was sued by perpetrators in the U.S. Genocide Regime by being accused of their Crimes, their federal judicial accomplices including Joan Lenard, Jonathan Goodman, Laurel Isicoff, the entire 11th Federal Court of Appeals, Supreme Court Perpetrator Clarence Thomas and an army of accomplice judicial brethren gang raped Stone's rights by Nuremberg Orders to steal her home, life savings and possessions, prohibit her from reporting their Atrocity Crimes; prohibit her from seeking remedy against them; and slurred, defamed and hate crime labelled as "frivolous" and "vexatious" in a 60 page Nuremberg Order of false facts and

---

[125] https://tinyurl.com/StoneAffAtrocityCrimes

[126] **https://tinyurl.com/StoneAff3**

perjury[127] to retaliate for against her for exposing the U.S. Guardian Genocide Regime and their Inextricably Intertwined Rackets.

d. In another of a string of futile lawsuits by Stone against the perpetrators in the U.S. Guardian Genocide Regime, their cover up judicial accomplices including Mark Blumstein and Nushin Sayfie "STRUCK" her incontrovertible pleadings using a secret backdoor ex parte "fraternity members only" portal" to conceal Atrocity Crimes by the U.S. Guardian Genocide Regime and threaten her with "sanctions" for seeking remedy.[128]

## D. ATTORNEY KATHERINE HINE

264. Attorney Katherine Hine exposed the putrid rot infested in the "U.S. Bar Association"[129] in her resignation letter:

Maureen O'Connor, Chief Justice
SUPREME COURT OF OHIO, THE
65 S Front St
Columbus, Ohio [43215]

TO ALL CONCERNED:

This letter is for the purpose of publicly announcing that I am resigning as an attorney licensed to "practice law" in the State of Ohio. No one is pressuring me to make this decision. I have no reason to believe there are any attorney disciplinary proceedings pending or being initiated against me. My decision is based solely on my own conscience and sense of ethics. I understand it to be irrevocable.

As a follower of the teachings of our Lord Jesus Christ, I find I can no longer associate myself with those who have abandoned the pursuit of earthly justice in favor of money and power. In particular, I can no longer rationalize the legal system's increasing disregard of basic Constitutional principles, such as the rights of Us the People to not have our lives, liberties, or properties taken from us without due process of law, the right to bear arms without government approval, the right to be free of unreasonable searches and seizures, and the multiple rights enshrined in the now increasingly ignored First Amendment. I took an oath to become an "officer of the court" and to support the Constitution, not corporate interests, during a mass swearing-in ceremony in Columbus in the spring of 1977. I can no longer tolerate seeing that Constitution besmirched by "courts" at every level. In particular, I can no longer stomach the prospect of ever again working in a system that disregards plain meaning of both its own corporate statutes it calls "law" as well as the principles of higher jurisdictions of Common Law, the Constitution, and holy scripture. I cannot be part of a system that exempts corrupt judges from liability for crimes they commit against their fellow men, women and children under color of law [Stump v. Sparkman, 435 U.S. 349 (1978)], a system that condones pedophilia [State v. Mole, 2016-Ohio-5124; In re CP, 131 Ohio St.3d 513 (2012)], a system that denies recovery of compensation for those whose lives are shattered by the well-connected and the corporations [Arbino v. Johnson & Johnson, 2007-Ohio-6948], a system that destroys attorneys such as Richard Fine who legitimately criticize "judges"     [http://edition.cnn.com/2010/CRIME/05/24/jailed.lawyer.richard.fine/index.html],a system, in short, that is very much bifurcated into one kind of justice for the wealthy and another, very different one, for the rest of us.

---

[127] https://tinyurl.com/StoneNurembergRightsRape1
[128] https://tinyurl.com/StoneNurembergcoverupthreats
[129] https://therightsofthefew.com/when-a-bar-member-has-seen-through-the-lies/?fbclid=IwAR2ftp5YzGBZ39TmdzMdiks9UURi1-iUFBsqx2ahw0y6LNrB9HCh1EHdfa8

The last straw for me occurred a few months ago when I finally began to learn about the giant hoax that has been perpetrated against the American people, a process that continues to be expedited by attorneys and judges. My previous belief that the judiciary was a branch of our Constitutionally mandated republic was destroyed when I read former attorney Melvin Stamper´s book, Fruit from a Poisonous Tree and confirmed the truth of everything he disclosed and for which I could find documentation. What I now know, and which is still concealed from most of the American people, is that our "courts" are private, for-profit corporations that trade in on the churning of controversy for profit via systems such as CRIS (Court Registry Investment System). The most nauseating features of this type of corporate profiteering are not just the multiple frauds that support it, but the fact that it preys on the old, the young, and the disenfranchised of all races and genders. And it does so for dollars or should I say, for Federal Reserve Notes.

Finally, I require that my name be stricken from the rolls of the Ohio Supreme Court due to my recent discovery that any retention by me of "any title of nobility or honour [sic]", such as attorney at law, esquire, or any version thereof, may be prohibited by the original Thirteenth Amendment to the U.S. Constitution, which Amendment was apparently ratified in Ohio on January 31, 2011.
Sincerely,
ALL RIGHTS RESERVED

_____

Katherine Hine

## VII. IN OUR WORDS – LET THE WORLD KNOW

### TESTAMENTS, ATTESTATIONS, AFFIDAVITS, DECLARATIONS, VIDEOS AND WEBSITES OF U.S. ATROCITY CRIMES

265. Set forth herein are Testaments, Attestations, Affidavits, Declarations, Videos, Websites of U.S. Atrocity Crimes by the U.S. Guardian Genocide Regime and U.S. Child Trafficking Regime.

266. Mothers, fathers, children and spouses are held hostage, just as PRISONERS OF WAR in filthy facilities and group homes in undisclosed locations; starved, ruthlessly and forcibly drugged with toxic illegal drugs; deprived food and medical services; dehumanized, and used as medical experiments.

267. Mothers, fathers, children and spouses have been raped, repeatedly raped and sexual molested.

268. Many are in fear and many provide testament and attestation at grave peril, for fear of our lives and safety.

269. Our parents and children have been and are being murdered.

270. We have been and are being tortured; trafficked by forced to pay money to conspiring attorneys to file futile court documents in human trafficking courts wherein all are working in conspiracy.

271. We are terrorized and threatened at gunpoint and by SWAT teams with **Arrest and Incarceration to silence us.**

272. **Our homes and assets are seized in fabricated retaliation lawsuits to steal our possessions and make us indigent and struggle to survive for making the testament herein.**

273. **Many become homeless as we have lost our livelihood and unable to secure jobs as a result of false reporting on public credit records.**

274. **Many have fled the state or country as they are in fear of their lives.**

275. **The world should be outraged.**

### A. ATROCITY CRIMES AGAINST

**BARBARA STONE AND HER MOTHER, HELEN STONE
IN THE U.S. GUARDIAN GENOCIDE REGIME AND
INEXTRICABLY INTERTWINED RACKETS**
<u>**Barbara Stone -Affidavits of Atrocity Crimes**</u>:

    a.   https://tinyurl.com/StoneAff1
    b.   https://tinyurl.com/StoneAff2
    c.   https://tinyurl.com/StoneAff3

**Videos:** https://tinyurl.com/StoneVideoSlamGavel
**Website:**https://endguardianracket.com
**Legislative Testimony:** https://tinyurl.com/StoneFLCongTestimony

276. Barbara herself filed for guardianship of her mother, Helen Stone to protect her from documented abuse and financial exploitation by her son, Alan Stone and Barbara's sibling.

277. Barbara was forced to file guardianship after obtaining no relief from any law enforcement agency who criminally ignored their duty to protect Helen Stone; threatened Barbara when she filed complaints and treated crimes as if they were "civil matters."

278. The remedy of course was not to venally punish Barbara's mother for the crimes of her son by stripping/raping/murdering her rights and putting her in the "custody" of the U.S. Guardian Genocide Regime but to criminally indict and arrest Alan Stone.

279. Instead of being protected, Helen Stone was criminalized, her rights stripped, subjected to unthinkable U.S. Atrocity Crimes: forcibly disappeared and secreted in unknown location; deprived of food and medical attention and ruthlessly drugged with toxic illegal psychotropic drugs to incite litigation to pillage her life savings.

280. Mrs. Stone was **MURDERED** after being stripped all of her possessions and life savings.

281. Mrs. Stone was emergency hospitalized over 15 times with horrific conditions of abuse including malnutrition, dehydration, suspicious fractures, fungus and horrific infections which Barbara suspects were caused by sexual abuse.

282. Immediately after entrusting her mother to the court for protection, Barbara was threatened, terrorized and illegally gag ordered to prohibit her from reporting her mother's abuse.

283. Barbara was repeatedly falsely arrested and incarcerated "violating Nuremberg laws" to seek futile protection from government agencies for her mother and herself.

284. Barbara's story was reported world-wide [130] with NO REMEDY; instead retaliation.

---

[130] Florida's Guardians Often Exploit the Vulnerable Residents ...
www.miaminewtimes.com/news/floridas-guardians...
But even as the rest of South Florida gets serious about guardianship abuse, Miami-Dade seems stuck in the past. ... Barbara Stone is far from the only family member driven to desperation by Miami ...
Activist Alert: Barbara Stone in jail, to go to prison for ...
marygsykes.com/2018/01/12/activist-alert-barbara...
Activist Alert: Barbara Stone in jail, to go to prison for feeding her mother in an abusive gship in Miami Dade Fla--please write and call and demand her immediate release
From EB: an update on Barbara Stone and her mother held in an ...
marygsykes.com/2017/10/18/from-eb-an-update-on...
Subject: Texas Attorney Schwager produces Lawyer (Debra Rochlin, an American Hero) to Federal Court who claims she was threatened by FL Judge (Michael Genden) to stop representing Helen Stone a woman in a predatory guardianship with a feeding tube shoved down her throat while the lawyers guardians etc rip off her Estate) or Else he...

285. Barbara's **mother was murdered** by the U.S. Guardian Genocide Regime by relentless deadly chemical restraints **TO RETALIATE AGAINST BARBARA BY KILLING HER MOTHER** <u>one day after Barbara filed a lawsuit against judicial and other Perpetrators.</u>

286. Barbara was stripped of her law license in vicious retaliation and to deny her whistleblower protection by judicial predators without authority or jurisdiction as Barbara was a retired attorney at the time, having no client complaints and a letter of appreciation from the bar association for her many years of service.

287. Barbara is now legally blind, having been forced to spend upwards of 20 hours a day on the computer filing pleadings seeking futile remedy to Atrocity Crimes to which she remains subjected. Barbara is unable to obtain medical remedy as her assets were embezzled.

288. Barbara's home, her life savings and all property has been embezzled and stolen from her by fraudulent lawsuits in Inextricably Intertwined Rackets.

**B. ATROCITY CRIMES AGAINST**
**DR. ROBERT SARHAN AND HIS MOTHER, YVONNE SARHAN**
**IN THE U.S. GUARDIAN GENOCIDE REGIME**
**AND INEXTRICABLY INTERTWINED RACKETS**
**Dr. Robert Sarhan - Affidavits of Atrocity Crimes:**
a. https://tinyurl.com/SarhanNoRemedies2
b. https://tinyurl.com/SarhanNoRemedies

---

Getting Away with Egregious Guardianship Fraud - by Michael ...
www.hospicepatients.org/professional...
The Case of Attorney Barbara Stone and Her Mother Helen 5. Barbara Stone traveled to Florida from her home in New York to find her mother emaciated in a nursing home where she was under guardianship. (Barbara mistakenly thought *placing her mother in guardianship would be a way to protect* her from harm).

Exposing guardianship as human ownership. Depriving ...
guardianshipexposed.wordpress.com/2014/08/16/...
We cannot countenance their exploitation, abuse, fraudulent and malicious desecration and the violation of their declared wishes by predatory guardians and lawyers" says member Barbara Stone, who has been wrongfully arrested twice just for *trying to see and protect her mother who has been unlawfully iso*lated from her, when her actions, in ...

Court to Hear Extradition of Woman Accused of Feeding her ...
newsmaven.io/pinacnews/eye-on-government/court...
Barbara Stone is charged with "failing to comply with the plea agreement.....(stating that Stone) shall not file any documents in the pending guardianship case, or in any other court of competent jurisdiction, concerning her mother or any other *parties/participants unless said documents are filed by and through* an attorney licensed to ...

Professional Guardianship Abuse is accomplished under "Color ...
corruptwashington.com/2018/02/18/professional...
The Case of Attorney Barbara Stone & Her mother Helen. Barbara Stone traveled to Florida from her home in New York to find her mother emaciated in a nursing home where she was under guardianship (Barbara mistakenly thought placing her in *a nursing home for care would be a way to protect her mother fr*om harm).

Florida's most lucrative cottage industry: The Trafficking of ...
ppjg.me/.../floridas-most-lucrative-cottage-industry
Florida's most lucrative cottage industry: The Trafficking of Humans May 2, 2014 ppjg financial exploitation, Guardianship Abuse Barbara Stone,    corrupt    courts,    elder abuse,    financial    exploitation, Florida, Guardianship Abuse, human trafficking, looting estates, predatory guardians 8 Comments

289. Dr. Robert Sarhan's mother, Yvonne Sarhan was murdered by the U.S. Guardian Genocide Regime. [131]

290. Mrs. Sarhan DIED from cardiac arrest after being administered illegal psychotropic drugs that contain black box warning against their use by elderly adults as they cause cardiac arrest.

291. Dr. Sarhan frantically pleaded for his beautiful mother's life in state and federal courts throughout Florida, each of whom colluded with the U.S. Guardian Genocide Regime and denied relief.

292. Mrs. Sarhan was subjected to acts of terror and war crimes throughout the "guardianship" to incite fabricated litigation in order to embezzle her life savings and her home.

293. Dr. Sarhan lost his home to a fraudulent foreclosure as he spent his life savings trying to save his mother's life and fell prey to a mortgage fraud scheme during the time he spent fighting for his mother's life.

294. Dr. Sarhan became homeless and indigent as he is unable to secure employment as a result of his credit record and false reporting of false criminal charges against him.

### C.  U.S. ATROCITY CRIMES AGAINST
### PATTY REID AND HER SON LANDON REID
### IN THE U.S. GUARDIAN GENOCIDE RACKET;
### THE U.S. CHILD TRAFFICKING RACKET AND
### INEXTRICABLY INTERTWINED RACKETS
### Patty Reid - Affidavits of Atrocity Crimes:

   a.  https://tinyurl.com/ReidNoRemedies

   b.  https://tinyurl.com/ReidNoRemedies2

---

[131] MY BEAUTIFUL MOTHER YVONNE SARHAN WAS MURDERED BY …
*https://guardianabuse.blogspot.com/2010/09/my-beautiful-mother…*
**steven leslie** kaplan and judge **celeste muir** and our government let it happen Dear Readers and Elder Abuse Advocates. After a 7 year battle the Guardian Vicki Brail **murdered** my mother with the medication called Seroquel.
"Dr Robert Sarhan" talks about his mother ... - Internet Archive
**archive.org/details/scm-450093-eyesonpreditor…**Ripoff Report: Reiser & Reiser Company, INC Guardianship
*…https://www.ripoffreport.com/reports/reiser-reiser-company-inc/…*Please call Judge **Celeste Muir** at 305-349-7105, chief Judge Joseph Farina at 305-349-7054 and Governor Charlie Christ at 850-488-5603 and please tell them to release **Yvonne Sarhan** from this fraudulent **guardianship** scam.NATIONAL ASSOCIATION TO STOP ELDERLY ABUSE
*guardianabuse.blogspot.com/2010*
My mother **Yvonne Sarhan** was murdered by Judge **Celeste Muir** on February 2, 2010 she allowed the Guardian Vicki Brail and Dr Steven Leslie Kaplan to poison my mother with 400 mg of Seroquel a day until she was dead, why because the guardian and **attorney's** already took all the money from our family.
These Judge's are Forcing Elderly People into ...
*www.fourwinds10.com/siterun_data/health/abuse/news.php?q=1255198115*
Please call Judge **Celeste Muir** at 305-349-7105, chief Judge Joseph Farina at 305-349-7054 and Governor Charlie Christ at 850-488-5603 and please tell them to release **Yvonne Sarhan** from this fraudulent **guardianship** scam.
Plea for Justice | National Association to Stop Guardian Abuse
*https://nasga.wordpress.com/2008/01/28/plea-for-justice-2*
Jan 28, 2008 · Dr. Robert **Sarhan's** plea for justice is circulating the Internet. According to Dr. **Sarhan**, here is the problem: **Yvonne Sarhan**, never wanted nor requested a guardian, this was forced against her will. **Yvonne Sarhan** requested orally and in writing to the judge, that if she had to have a guardian she wanted her son, Robert…
ElderAbuseHelp.Org: Dr.Sarhan Fighting to Get His Mother ...
*elder-abuse-cyberray.blogspot.com/2008/12/judge-norman-gerstein…*Dec 17, 2008 · Judge Norman Gerstein took over a fraudulent guardianship case and continued to allow the elderly person to lose all of her assets. While the case was under investigation, Norman Gerstein allows large of money to be extorted from the then 74 year old, **Yvonne Sarhan**, the victim.

295. Landon Reid is a young Afro-American man who was born blind and his mother obtained a medical settlement.

296. As there was medical settlement money, Landon was captured and forcibly disappeared in a "guardianship" in Broward County where these assets are being embezzled.

297. Patty Reid, like Stone, both of whose stories were reported was falsely arrested for the self-serving charge of "interference" with "custody" of her own son when she tried to remove her son from the U.S. Guardian Genocide Regime. [132]

298. Landon Reid has been forcibly disappeared from the face of the earth.

299. Patty Reid does not know where her son is and has not seen her son in over 4 years.

300. Her son has no idea why his mother is not with him and is cruelly led to believe his mother abandoned him.

### D.  U.S. ATROCITY CRIMES AGAINST
### ELIOT BERNSTEIN AND HIS FAMILY
### IN THE U.S. GUARDIAN GENOCIDE RACKET;
### THE U.S. CHILD TRAFFICKING RACKET AND
### INEXTRICABLY INTERTWINED RACKETS

301. Eliot Bernstein's sons who long surpassed the age of capture in guardianship have nonetheless been illegally "guardianized" to insure the extortion of their inheritance.

302. **Eliot's car was bombed and blown up and he and his wife almost lost their life** as he has assiduously exposed and filed racketeering lawsuits against the prolific corrupt color of law attorneys, judges and others in the U.S. Guardian Genocide Racket.

303. A murdered body was found in the home of a family member to threaten him.[133]

### E.  U.S. ATROCITY CRIMES AGAINST
### SKENDER HOTI AND HIS MOTHER GYNDOLYN BATSON
### IN THE U.S. GUARDIAN GENOCIDE REGIME; AND
### INEXTRICABLY INTERTWINED RACKETS

---

[132] Disability Rights: When Is Taking Your Mother to Lunch a Felony? Janet Phelan: One might come away with the impression that the US simply views its elders as bank accounts to be harvested, without ...
US Political Prisoner Update - activistpost.com
www.activistpost.com/2016/06/us-political...
Taking Your Mother to Lunch is a Felony Barbara Stone was on house arrest for close to a year for taking her mother, who was under guardianship in Florida, to Denny's Restaurant.
How They Get Away with Egregious Professional Guardianship ...
www.case-abuse.org/professional-guardianship-fraud-by-larsen
Finding no one around to help her, Barbara used a wheelchair and put her mother in her car, and tried to take her to Denny's Restaurant for lunch. Barbara was stopped by police and thrown in jail, and her mother was taken to a hospital where it was verified that she was malnourished, dehydrated, bruised, and a host of other medical problems from lack of care under guardianship.

[133] Welcome to Iviewit Technologies ~ Surf with Vision
www.iviewit.tv WARNING, p. Stephen Lamont has been terminated from acting on behalf of Iviewit or Eliot Bernstein and has been reported for certain alleged criminal misconduct to THE state of new York and other authorities. If Lamont offers you shares of stock or any other inducement involving Eliot Bernstein or Iviewit he is committing further fraud-----

304. Mrs. Batson, a perfectly competent senior adult was illegally forced into guardianship controlled by the guardian wife of the color of law judge who illegally presided.

305. Mrs. Batson died in guardianship after vicious abuse and drugging with illegal toxic drugs.

306. Hoti's home was vandalized by this judge's "guardian" wife who used a sledgehammer to break into his home and looted all of his and his mother's possessions in broad daylight. [134]

## F.  U.S. ATROCITY CRIMES AGAINST
### GLENDA SMITH AND HER WAR VETERAN HUSBAND, ALAN SMITH
### IN THE U.S. GUARDIAN GENOCIDE REGIME

307. Mr. and Mrs. Smith's marriage was fraudulenty "annulled" by the U.S. Guardian Genocide Regime. [135]

308. Mrs. Smith was not allowed to see her husband.

309. Mrs. Smith pleaded for him to be seen by Stone and Sarhan, who despite threats of their arrest went to see Mr. Smith and reported he had bloody injuries on his face, was not being fed and so traumatized, he could not speak and reported his abuse.

310. Stone and Sarhan were then also prohibited from seeing Mr. Smith.

311. It is believed the guardian, John Cramer has a criminal record.

## G.  U.S. ATROCITY CRIMES AGAINST
### GEDIMINAS PAKALNIS AND HIS AUNT, GENYTE DIRSE
### IN THE U.S. GUARDIAN GENOCIDE REGIME

312. Mr. Pakalnis' aunt, a perfectly competent woman was kidnapped in guardianship by a REMAX real estate agent, Diana Sames, who criminally retaliated against her as she did not give that broker a listing to sell her property, filing a fraudulent petition for guardianship against her.

313. Instead of ordering the criminal investigation of that broker who is perpetrating capital crimes, kidnapping, forced disappearance and collusion and conspiracy, the judge is colluding with vindictive retaliatory attacks against Mr. Pakalnis.

---

[134] **Professional guardian's lawyer empties man's home - News - The ...**
https://www.palmbeachpost.com/article/20150403/NEWS/812064418Apr 3, 2015 - One afternoon three years ago, *Skender Hoti* received an unusual call from a neighbor asking whether he was moving out of his Lake ... This was an attorney operating under a court-ordered *guardianship*. ... By *John Pacenti* ...
Post investigates: Professional guardian's lawyer empties man ...
nasga-stopguardianabuse.blogspot.com/2015/04/...
**Post investigates: Professional guardian's lawyer empties man's home** By John Pacenti One afternoon three years ago, Skender Hoti received an unusual call from a neighbor asking if he was moving out of his Lake Worth home.
Guardianships: A Broken Trust: Gwen Batson: Savitt Clears ...
**nasga-stopguardianabuse.blogspot.com/2016/01/...**
Hoti said he saw Savitt scream at deputies: "You can't do that. I'm a judge's wife. I'm Judge Colin's wife." Three days after the seizure of Hoti's property, Colin recused himself from the case. Savitt wasn't Batson's guardian, yet Judge French approved paying her $1,500 of Batson's money.
[135] Marriage annulment in guardianship case heads to Florida ...
**www.palmbeachpost.com/lifestyles/health/marriage...**John Pacenti @jpacenti ... Circuit Judge Martin Colin threw her out of the courtroom. ... The 4th DCA wants to know whether a judge can approve a marriage after the fact or whether the
Post investigates: How professional guardian got marriage annulled ...
https://www.palmbeachpost.com/article/20150403/NEWS/812063143
Apr 3, 2015 - *Glenda Martinez-Smith* found the love of her life as a senior citizen. ... By *John Pacenti* ... $200,000 and counting — in legal fees fighting *guardian* John Cramer and orders by judges on his behalf. ... a retired physician from Aventura who is co-founder of Americans Against *Abusive* Probate *Guardianships*.

314. Mrs. Dirse, a perfectly competent and healthy woman prior to the guardianship was placed in a virus infected, filthy nursing facility and contracted the covid virus.

315. She was left to die alone and isolated in a hospital.

316. Mr. Pakalnis was denied his human rights of association with his aunt, his home threatened with foreclosure, he hemorrhages money on legal fees in sham proceedings, his own attorneys sabotage him and extort his assets and his life and his family has been destroyed.

### H. U.S. ATROCITY CRIMES
### AGAINST TERESA LYLES AND HER MOTHER, CARMEN TOZZA
### IN THE U.S. GUARDIAN GENOCIDE REGIME

**Theresa Lyles-  Affidavit of Atrocity Crimes:**
https://tinyurl.com/Lylesaffidavit
**Video:** (video blocked by youtube)
https://www.blogtalkradio.com/marti-oakley/2017/06/06/65-minutes-a-tale-of-torture-and-murder-in-guardianship
https://tinyurl.com/LylesBook2



**Book: 65 Minutes A Tale of Torture and Murder in Guardianship**

317. Teresa Lyles' mother was subjected to sickening atrocities.

318. Because Ms. Lyles exposed the U.S. Guardian Genocide Regime, she and her mother and children were criminalized and retaliated, her mother **forced into hospice, relentless drugged and died from chemical restraints.**

### I. U.S. ATROCITY CRIMES AGAINST
### BEVERLY NEWMAN AND HER FATHER, AL NEWMAN
### IN THE U.S. GUARDIAN GENOCIDE REGIME

319. Beverly Newman's father was a Holocaust survivor who was captured in the U.S. Guardian Genocide Regime. [136]

320. Ms. Newman wrote a pleading letter to Florida attorney general Pam Bondi and Florida governor Rick Scott, the collusive governmental officials in the U.S. Guardian Genocide Regime seeking relief for the horrors to which her father was subjected.

321. Excepts include:

"At least equally hideous to the abusive use of chemical restraints on the elderly is the forcible immobilization of them through physical restraints, tethering frail elderly women and men to beds and chairs, such that they cannot move their bodies or limbs.

---

[136] Beverly Newman - National Association to Stop Guardian Abuse
https://nasga-stopguardianabuse.blogspot.com › 2014/09 › beverly-newma...
Sep 16, 2014 - *Beverly Newman*: Dear Rick and Pam - as in Scott and Bondi ... both *the* chemical and physical restraint *of my 89-year-old Father, Al Katz*, ...
Beverly Newman – AAAPG
https://aaapg.net › tag › beverly-newman
AAAPG member *Beverly Newman* on ABC Action news in Tampa Florida, discussing *her father*, *Al* Katz, the abusive guardianship to which he was subjected by ..

On September 21, 2009, I personally witnessed both the chemical and physical restraint of my 89-year-old Father, Al Katz, at Manatee Memorial Hospital, against his will and mine.  From September 21 through September 24, with an emergency room diagnosis of cardiac and respiratory distress, my Father, a Ward of the State of Florida, was repeatedly drugged with Haldol, a narcotic that caused him to suffer vivid flashbacks to the tortures he endured as a slave laborer for seven years in the Holocaust.

With each dosage of Haldol, Dad was infused with fear, which invariably led to what is known as four-point physical restraints on his wrists and ankles, **tying him to the bed** so that he could not move at all.

Despite my pleas to cease the pill mill administration of Haldol to my Dad and to loosen the rigid physical restraints on him, which were causing him untold cardiac and respiratory stress, the Hospital staff did not relent."

322. This letter pleading for the life of her father from the U.S. Guardian Genocide Regime was ignored by all government officials who are accomplices, accessories and conspirators.

## J.  U.S. ATROCITY CRIMES
## AGAINST ILYA TSEGLIN AND HIS SON NATE TSEGLIN
## IN THE U.S. CHILD TRAFFICKING REGIME

323. The Tseglin family are Jewish family descendants of Holocaust survivors immigrated from Former Soviet Union to Chicago in 1989 with 2 elderly parents who miraculously avoided the death sentence by Nazi Germany Furer – Adolf Hitler.

324. Ilya and Riva have two sons Nate and Robert were born in Chicago in 1989 and 1990.

325. Nate was diagnosed with autism at age 2.

326. Nate significantly communication and social skills were improved and he was able to attend regular school when the family moved to California in 2000.

327. Nate's parents requested assistant in developing social and communication skills for Nate from Public school special education department and Regional Center, and to deny assistance and to financially profit from the enslavement of their son, accusations against Ilya of Nate's physical abuse.

328. In 2007, the following U.S. Atrocity Crimes occurred that  are no different than Nazi Gestapo Atrocity Crimes:
   a. four police officers forced themselves into family's apartment,
   b. discharged an electric gun into teenager's leg and hit him with their sticks on head until Nate felt unconscious
   c. police then locked handcuffs on unconscious child and dragged him into the police car to place Nate at a hostage facility called by the euphemism/code word CAPS (Child and Adolescence Psychiatric Services).

329. Thereafter, Nate was subjected to relentless U.S. Atrocity Crimes:
   a. In CAPS Nate's was subjected to medical experimentation on new psycho drugs for a pharmaceutical manufacturer without consent of the family in violation of  the Nuremberg Code.
   b. Nate was physically, emotionally, and sexually abused, mishandled.

     c. When Nate protested to his abusers he was striped to his bed for restraining for hours or sometimes overnight.

     d. Nate's family was forced to seek "civil remedy" for the U.S. Atrocity Crimes.

     e. Three times Nate was released back to his family by Habeas Corpus but every time after Nate was released, he was taking back to different psycho hospital when was continuously subjected to psycho drugs unrelated to his diagnosis of Asperger's syndrome, being used for new drug related experiments on human being and subjected to physical assaults, mishandling, restrains, mental and psychological traumas.

330. Nate was delivered to 10 times by emergency to the nearest Hospital with condition jeopardizing his survival after being drugged, beaten, and with pocked eyes.

331. There Nate has been injected with monthly dose of psycho drugs and was delivered for resuscitation to the emergency room of the nearest Hospital.

332. After the judicial Predator ruled to reunite Nate with family in 2013 the Director of Orange County Regional Center - Larry Landauer disregarded the Judge order and instead of returning Nate to his family ordered to Lous Pena the felony owner of group home to place Nate in his group were Nate was condemned to isolation, physically, emotionally, and medically abused, deprived from his faith services, family's life, work and education but was mishandled to the point that needed resuscitation in E.R. special unit.

333. In 2015 Larry Landauer threatened the family to consent to forcing Nate be drugged with psychotropic drugs. When the family refused, Director of DDS filed the petition to Orange County Probate Court to remove conservatorship from family to Director of DDS work and live in Sacramento with an annual budget of $8 billion of unsupervised Public Funding reserved for disabled services and treatment.

334. Despite requests by Nate and his family for Jury Trial and discovery, and considering that family has priority over governmental official to be appointed as a conservator judicial Perpetrator Judge Kim Hubbard from OC Probate Court declined the Jury trial, discovery, and Nate's request in the Court to appoint his father as conservator but appointed Director of DDS as a conservator in violation of Rules of Law, ethical and moral.

335. The family's attorney was stripped of his license after objecting to the U.S.Atrocity Crimes.

336. The family's doctor was jailed with false accusations.

337. Judicial Perpetrator Hubbard approved to place Nate into unlicensed group home owned by Lou Pena disregarding that Pena's staff broke Nate's arm.

338. Judicial Predator Hubbard closed the court to the public.

339. The family has made 150 +/- reports-complaints to Protective Services of Nate's abuse in the group home by the staff but the Protective Social Services has disregarded independent unbiased investigation in favor of cover up the Regional Center and group home.

340. The Police collaborates and covers abusive to Nate guards from the group home.

341. Nate compared his places outside of his home to Nazi Germany Concentration Camp.

342. Judicial Perpetrator Johnston ruled Nate's father and brother "vexatious" to eliminate them and deny them access to court.

343. When Nate's father filed the petition against Director of DDS Nancy Bargmann, Director of OCRC Larry Landauer and their proxies regarding the Public money laundering then attorney

Julie Trinh under color of California Attorney General Office, and attorneys hired by Nancy Bargmann, Larry Landauer, and their proxies demanded the Judge to dismiss the petition until the parents submit the bond of $400,000.

344. After Nate's mother Riva filed the petition for conservatorship over her son Nate, then Julie Trinh from California Attorney General office demanded from Probate Judge David Beltz sanctions of $7,500 against mother and the Judge Beltz approved the sanctions.

345. Ilya's attorney is demoralized and threatened with sanctions if she submits to the Public the photos with evidences of Nate's neglect and abuse.

## K.  U.S. ATROCITY CRIMES AGAINST
## LUDMILA BOIKO AND HER DAUGHTER
## IN THE U.S. CHILD TRAFFICKING REGIME
### Ludmila Boiko's Statement of Atrocity Crimes
https://tinyurl.com/BoikoNoRemedies

346. Like Ilya Tseglin's son, Ludmila Boiko's daughter is austistic.

347. Instead of being provided with the highest level of protection to which she is entitled as a vulnerable person, Ludila and her daughter are systemically criminalized.

348. Instead of being provided diagnostic testing and appropriate treatment at the San Andreas services for people with Autism their employees medically kidnapped Ludmila's daughter.

349. As stated in a Declaration by Ludmila Boiko:

a. Judge Marigonda took his part to continue the terror of false criminal charges against my autistic daughter. I raised my daughter in Russia in different culture and supported her financially until she was medically kidnapped from me in her 29th. To isolate her from me was equal to put her alone on the different planet. Instead of help for diagnostic test and appropriate treatment at the San Andreas services for people with Autism, BHD employees, with no reason used their power to kidnap her away from me  and locked her up in crisis psychiatric facility in the different county Napa, far away from normal society, her family and set up conspiracy for secret chain of conservatorships damaging her immature mind and along with Public Guardian's power began to turn my daughter into BHD life time client. Judges' system of injustice easily disregarded the Rule of Law completely as a priority for family care, education and consolidation with family for strong support of vulnerable client. Judges' orders continued damaging autistic person by isolation far away from family and friends. That was indescribable torture for both of us, permanently disabled women, mother and daughter as a result of Judge decision to advance county employees unlimited power abuse.

b. My daughter could be just fine and finish her college education if she wasn't violently disconnected from family. If teammate of Judge Marigonda, Judge Gallagher did not disregard my daughter's statement on October 26, 2017 at the hearing for case 15MH00017 in the basement of county building, that she wants me, her mother to be her conservator, my daughter could be just fine by this time. Statement that Judge Gallagher refused to hear, because his intention was to provide service to County Counsel, Behavioral Health Division (BHD) and Public Guardian. My daughter wanted me to be her conservator.

c. Public Guardian and Mental Health System forced my daughter to enter long term homelessness since 2014 by very current 2020 year. When in 2014, after the first illegally

obtained conservatorship of heavy brainwash for 8 months she was dropped homeless on dangerous Santa Cruz streets, she got lost and only I was looking for her and claimed her missing. At the same time, county employees arranged two false identical criminal cases one after each other in the row for no any actual crime, but for fabricated "obstructing police officers" 148(a), when she being found and evaluated of gravely disabled condition as a result of heavy brainwash and neglect after their first violently obtained conservatorship in violation of procedure by County Counsel for Public Guardian. It was outrageous abuse to charge criminally lost in the woods, autistic person that was claimed by me as a missing person, but was arrested and brought to jail to cover up county employees intentional and outrageous neglect of her well-being and safety.

d. I am deeply committed to ensuring that my daughter could get care that is essential to her life, but no authority likes it. Family has a priority for their own child and adult child too and not the corrupted, nothing good doing Public Guardian Vanessa Bertsche-Shelton and her conservators Vivian Van Dal and Maureen Clawson. Who all was taken care that my daughter won't get benefits and won't be kept on the road to happy life ever.

e. Judge Gallagher was a Judge for case 15MH00017, who made his violent order against human rights of both mother and daughter, but always work hard helping powerful to enslave powerless.

f. It is very scary to get into Judge's hands that without hesitation changing people's destinies by escalating his power to absolute power. My daughter's brain was destroyed because Judge Order to isolate my daughter against her wish from her family that would take good care of her and prevent ongoing damages.

g. They try to make sure that I am going to watch my daughter dying slowly and surely. It is impossible to vocalize what torture they dragged my autistic daughter through inside of horrible psychiatric locked facilities. There is no doubt that entire court has working hard to prevent my daughter to get under real protection and care of family.

## L.  U.S. ATROCITY CRIMES AGAINST
### JODEE SUSSMAN AND HER MOTHER MARTY S. ADAIR
#### Jodee Sussman – Affidavit of Atrocity Crimes
https://tinyurl.com/SussmanAff
#### Videos of Atrocity Crimes:

h. https://drive.google.com/file/d/1NCeF8BZdxxfd4kaxJMBJk0W0_0L50DgJ

i. https://www.dropbox.com/s/o67l259g636vu7s/Video%20Mar%2025%2C%203%2007%2046%20PM.mov?dl=0

350. Marty Adair was forced into a fraudulent abusive conservatorship by her son Joe "Joey" Adair and wife Darian Mathias-Adair in 2019.

351. Their first attempt was against both parents in 2015 to take over the parents vast wealth and because they financially cut Joey off for non-payment of over $500,000.00 in loans.

352. The law office of Eric Becker, the conservator Richard Huntington, and the GAL David Shaver were all part of the conspiracy to force Jodee's mom into conservatorship.

353. The motivation was self enrichment through horrendous billable hours. In 30 months, their fees are over $1 million dollars.

354. Fiduciary Real Estate Services, husband/wife team Ruben Martinez and attorney Teresa Gorman were paid $850,000.00 to sell Marty's property.

355. There is a "cabal" of attorneys, for profit Fiduciaries and this real estate team that have perpetuated this fraud in Southern California going back to 2009.

356. Jodee was able to keep her mom out of the lockdown "care" facility they set up.

357. Jodee's mom Marty escaped and fled to Texas where she now resides.

358. Marty left her $16,700,000.00 from the sale of her property behind, for the corrupt conservator, now Trustee and his cohorts to pillage and drain.

359. Jodee is retaliated and attacked for being a "whistleblower" to U.S. Human Atrocities.

### M. U.S. ATROCITY CRIMES AGAINST CHRISTIAN MCNALLY AND HIS MOTHER VALBRUNA MCANALLY AND FATHER CHARLES PHILLIP MCANALLY IN THE U.S. GUARDIAN GENOCIDE REGIME AND INEXTRICABLY INTERTWINED RACKETS
#### Videos of Atrocity Crimes:
a. https://tinyurl.com/McNallyNoRemedies
b. https://tinyurl.com/McNallyNoRemedies2
c. https://tinyurl.com/McNallyNoRemedies3

360. **BOTH** of Christian's parents were seized in the U.S. Guardian Genocide Regime.

361. Both of Christian's parents were and are lethally drugged, tortured and human trafficked.

362. Christian was viciously retaliated when he exposed the torture of his parents BY BEING FALSELY ARRESTED.

363. While Christian was falsely imprisoned and unable to protect his mother, HIS MOTHER WAS MURDERED BY ABUSE AND TOXIC DRUGGING.

364. Christian has lost his livelihood and lives in constant fear, terror and torment for his own life and that of his father who is forcibly disappeared and being relentlessly drugged.

### N. U.S. ATROCITY CRIMES AGAINST BECKY HARBER AND HER HUSBAND HERSHEL HARBER IN THE U.S. GUARDIAN GENOCIDE REGIME AND INEXTRICABLY INTERTWINED RACKETS
**Affidavit of Atrocity Crimes:**  https://tinyurl.com/HarberNoRemedies
**Legislative Testimony:** https://tinyurl.com/HaberNoRemedies2

365. Becky and Hershel Harber are Georgia residents who went to Florida for treatment at Mayo Clinic and sent to Daytona Select Specialty Hospital.

366. This story of horrors started with a false report by Select Specialty to DCF to cover up a potential lawsuit.

367. DCF, that has no criminal prosecutorial or investigative powers and with no investigation, or proof, concocted a convoluted story, filed a false charge against Mrs. Harber to strip her of her medical power of attorney for her husband, and obtain illegal "supervised" visitation.

368. Mr. and Mrs. Harber were held hostage at a state run facility Halifax hospital for 5 months.

369. Mrs. Harber was tortured and threatened repeatedly with false accusations, including a false incident report in which police were called for no reason and she was permanently barred from association with her husband.

370. They were told Mr. Harber was going to become a "ward" of the state of Florida.

371. The social worker blocked any transfer of a Medicare facility in Georgia by repeatedly making false accusations about Mrs. Harber to any new facility.

372. They were extorted to withdraw Mr. Hershel's 401k money in the amount of 210k to put him in a "private facility" in Georgia. There was no Medicare option.

373. Immediately upon arrival to TBI the private facility in Georgia, Mrs. Harber was no longer allowed to see her husband.

374. Four days after arrival in Georgia, her husband was in critical shape and had to be transferred to Henry Piedmont Hospital.

375. Mrs. Harber was told by the facility TBI that she has no rights to information about her husband and that his family had no rights.  She was told by the hospital he was not there.

376. Mrs. Harber contacted the police and was told her husband was at the hospital and fought for information.

377. Mrs. Harber was not allowed to be with her husband nor were any family members.

378. Mrs. Harber sought clarification for visitation from a Judge in Florida, all to no avail.

379. Florida DCF worked in collusion with the Georgia courts to do their dirty work of keeping a lawsuit from being filed by Mrs. Harber by threatening her with false criminal accusations.

380. Georgia DCF filed an Emergency Temporary Guardianship based on a dismissed case in Fla and a false charge against Mrs. Harber and falsely arrested her.

381. The accusation was made up by a nurse who has 3 felony charges and the loss of a nurse's license twice.

382. Mrs. Harber was falsely arrested without being indicted.

383. Mrs. Harber has been prohibited from seeing her husband who is being terrorized and abused and slowly tortured to death from abuse and  drugs.

384. Mr. Harber has been forcibly disappeared and Mrs. Harber does not know where her husband is being kept.

385. Mrs. Harber is being tortured by this depravity and suffering depression and hopelessness.

386. Mrs. Harber's husband has been "Sold" and "Stolen" from under her eyes by the U.S. Guardian Genocide Regime.

387. The DCF attorney bragged she not only wanted temporary guardianship as well as our life savings, but she would be applying for permanent Guardianship as well.

388. The judge and attorneys celebrated the "purchase" of Mr. Harber, Mrs. Harber's  husband of 31 years, even listing the assets they embezzled to which they claim "entitlement."

## N.  U.S. ATROCITY CRIMES AGAINSTS

## JOYCE LACEY AND HER MOTHER JUNE LYNNE LACEY
## IN THE U.S. GUARDIAN GENOCIDE REGIME

389. Joyce's mother was targeted for exploitation by Woodwinds Hospital in Minnesota.

390. Joyce later learned Woodwinds Hospital was going bankrupt.

391. They labeled Joyce's mother Vulnerable at the onset.

392. Joyce's mother was just crowned National Ms. Congeniality at the Ms. Senior USA pageant in Las Vegas weeks earlier. She was by no means incompetent.

393. While volunteering with the Alzheimer's Walk, her breathing wasn't so good, so Joyce took her to the ER. She had congestive heart failure, but people live with that every day.

394. They got her stabilized and insisted she stay in the hospital for observation. All they saw were $$$$$$$$$$$$$$$. They saw an elderly woman they could exploit.

395. A doctor, social worker, hospice nurse and chaplain tried to convince Joyce, as POA, to change Joyce's mother to DNR, dump her in a nursing home and put her on Hospice.

396. When Joyce said "No", the hospitalist doctor (who had never seen Joyce's mother before) shook his finger at her and said she was a very poor POA. He said he had wasted 27 minutes on her and asked if Joyce was her mother's legal guardian? He was told no, her mother is not incompetent and has no need of a legal guardian and that "she wants to live". To which he replied, She doesn't know what she wants, she has dementia."

397. Joyce's mother did not have dementia. She was legally blind and somewhat hard of hearing.

398. They went over Joyce's instructions and got an emergency guardianship/conservatorship to steal Joyce's mother's honor, dignity, life savings and her very life itself.

399. Joyce's mother clearly stated "No, I don't want to go to a nursing home!" So they drugged her. When Joyce asked what was being done, the nurse replied that the guardian said to use any and all means necessary to get her to comply so they were giving her more morphine!

400. They trafficked Joyce's mother 215 miles from her home to a negligent nursing home, where she was treated worse than a prisoner.

401. She was denied a phone, forced to only use a bedpan her entire stay, drugged with harmful chemical restraints continuously, given only day-old pirated food.

402. Joyce was threatened with arrest, if she so much as took her outside the door.

403. Within three weeks Joyce's mother got septic blood, pneumonia, a staph infection, bed sores, UTI, numerous bruises and a temperature of 102. She had to be taken to the hospital because she wasn't DNR. She fought all that with four IV antibiotics and was doing great in the hospital. Joyce found a reputable nursing home within two miles of the hospital, but the abusive, for-profit, fraudulent guardian forced her to travel 80 miles back to the torture chamber known as Frazee Care Center.

404. Joyce was removed by security when she refused to allow her mother to be forced 80 miles back to the negligent nursing home that nearly killed her in just three weeks. The trip alone could kill her - she was on a ventilator on Monday and forced to travel 80 miles back, sitting in a wheelchair, on Thursday.

405. When she got back to the prison, Joyce was only allowed two hour supervised visits Monday through Friday, leaving her isolated continuously.

406. The nursing home doctor ordered Hospice and she was drugged to death with oxycodone and morphine.

407. Joyce's mother couldn't breathe or swallow on the oxycodone. The harmful drugs gave her migraine headaches and extreme constipation. The drugs gave her seizures, an irregular heartbeat and intense stomach and chest pain.

408. At a care meeting, the Hospice nurse wanted to take her off all the heart meds that she needed and leave her only on the harmful drugs, like oxycodone, that were killing her. The guardian agreed with the hospice nurse to only leave her on the drugs that were killing her. Joyce insisted she be allowed to remain on the meds she needed. Joyce was told by her sabotaging attorney, to keep her mouth shut.

409. When she got a bloodclot by the heart, which could have been treated, the guardian and Hospice nurse refused her medical attention. They gave her oxycodone and said it was heartburn, which the autopsy proved was really a bloodclot by the heart.

410. Joyce wrote Adult Protection 4 times and received 4 "No Action" letters refusing to investigate. The ombudsman refused to investigate. The police officer said Joyce's mother would have more rights if she were a convicted criminal.  They can refuse being drugged.

411. The last day the Hospice nurse said Joyce's mother's blood pressure was low. Joyce pleaded to take her mother to ER, but she refused to allow her to be seen by a competent physician. Joyce's mother stopped breathing, Joyce called 911 and was verbally attacked.

412. The paramedics came and resuscitated her, as Joyce's mother was still fighting to live, but the ER doctor refused to take her in because he said her pulse was too weak. They walked away and let her die. Five witnesses heard the paramedic refuse to take Joyce's mother.

413. Joyce has their signatures as the paramedic and hospital later lied on their report, to cover up the murder.

414.

### O.  U.S. ATROCITY CRIMES AGAINST
### SHERRI ERWIN AND HER MOTHER DOROTHY SHARP
### IN THE U.S. GUARDIAN GENOCIDE REGIME
### Sherri Erwin Statements of Atrocity Crimes
**a. https://tinyurl.com/ErwinNoRemedies2**
**b.  https://tinyurl.com/ErwinNoRemedies3**
**c. https://tinyurl.com/ErwinNoRemedies4**
**Timeline of Atrocity Crimes:** https://tinyurl.com/ErwinTimeLine

415. Adult Protective Service agent Ron Horton came into my home on January 11, 2018 and ordered me to physically take my Mother out of my home to a "1" star rated nursing home called Arlington Heights Rehabilitation Center, 4825 Wellesley St. Fort Worth, Texas 76107 that has a current contract with the Adult Protective Services. The adult protective service agent Ron Horton put my Mother in lock down that you have to have a code to get in, and my Mother cannot walk. My Mother was taken from my home due to an accidental bruise under her eye due to conditions brought on by aggressive behavior in her stages of severe Alzheimer's Disease and

habitual urinary tract infections. She left my home with a small black eye and a skin tear on her right middle finger.

416. Within the next 10 days I have to watch my Mother get beat to an inch of her life.

417. Walking in every day with the less than an hour supervised visit, I get to watch my Mother get big black and blue bruises on top of new bruises and skin tears all over her arms and hands, pretty much all over her body. She gets a total of 2 black eyes and 2 huge knots on her forehead and eyebrow and NO ONE will do anything to help me make the bruising and markings stop the on this very scared 85-year-old fragile woman that does not know what is going on around her, begging me to "please take me home with you."

418. I call Ron Horton the adult Protective Service agent numerous times with never not one phone call returned back. I text his phone number numerous times begging him to let me have my Mother back or could I please get a 24-hour nurse to come stay with her at our home or please move her.!!! With of course no reply back from him. During all this I am having to hire a very expensive incompetent attorney that is dragging his rear on the urgency of this matter as well. So, I am in front of Judge Brooke Allen in an emergency hearing and my expensive attorney Bob Leonard has already told me she does not like doing Guardianship hearings, so she dismisses my guardianship appeal request and leaves my Mother in that nursing home jail. My Mother is showing severe signs of dehydration and losing a lot of weight at this time begging to come home and eating like a starved pup.

419. I had supervised hour visits for the first 5 days as long as they had a cna available. Then on Tuesday, January 16 the nursing home bars me from coming in to see or tend to my Mother at all now. I called the police in there on Saturday, January 20, 2018 because of all the bruising and marking & unattended medical care with bleeding skin tears and then 2 days later my Mother comes up with a serious black eye on her right side with a knot on her eye brow that is swollen and a busted lip all across the front of her mouth and my inadequate attorney didn't even submit the pictures that I gave to him that happened to her THAT MORNING for the emergency court hearing to be reviewed. It was ridiculous. Neither my attorney or my Mothers attorney ad-litem said a thing and never made the adult protective services submit any court ordered papers for why they took my Mother out of my home.

420. The courts waited over 10+ days to require adult protective services to produce papers from her courts why they actually removed my Mother from a home she was well taken care of.

421. Judge Brooke Allen was very perturbed by the fact that no paper work had gone through her approval so they took her without any court orders, claiming to ME they did and using a very large amount of scare tactic to me and all of my family and hired attendant aids, they refused me to be able to do as well. They would not even let me hire my own personal attendant to take care of Mother even at the facility. Ron Horton and the facility has barred all family and attendants and anyone who wants to come see or talk to her. THEY BAR EVERYONE FROM SEEING MY MOTHER AT THIS POINT. And I am begging everyone at hand, my attorney, Mothers attorney ad-litem and begging to get an appointment with the guardianship services to get up there and meet with me so I can see my Mother. All these people, the judge, the courts, my attorney, Mother's attorney ad-litem, Ron Horton, Asana Hospice and the doctor at hand in that holocaust of a nursing home are all claiming to have my Mothers best interest at heart.

422. Finally, after 10+ days my attorney makes additional charges to my account and finally arranges the guardianship service agent Cindy Brown to meet with me at the nursing home at 2:00pm. She already had her mind made up about me before even meeting me. It was the worse day of my entire life and I am not sure I will ever recover from this. She was rude, critical and bullying me into paying a large amount of my Mother's money to that place that just killed her. She threatened financial exploitation if I didn't pay the $1065.00 fork the month of February and my Mother died February 7.

423. And no money was refunded. So, after I walked in on my Mother looking like death and she was literally hanging onto life till someone in her family showed up, she died within 30 minutes of me getting there. We all walked in and I nearly fell out in the floor by the way my MOTHER LOOKED. So finally, after I get Cindy to open her eyes to the fact my Mother is dying we need to call 911 stat, she tells the doctor to call them. They argue for 30+ minutes on why to call the ambulance. The doctor says: "what's the point"?

424. After that horrific scene my Mother had to die in with all the hollering done by Cindy Brown in her orders and demands for me to stop loving and kissing my Mother she had done and then the final death of my Mother even sent her out of the room red as a beet and feeling floored. I wonder to this day what she would have done if that would have been her mother she was looking at and someone screaming at her to stop kissing and loving her parents on their death bed...

425. Yes, the hospice company was in there that morning and did not notify anyone in my family or me of this precious woman's condition. I get there at 4:30pm after being forced to pay $1065.00 before they will let me see her and my MOTHER DIES IN MY ARMS.

426. All along that Cindy Brown throwing her already bullying assumptions about me around the room telling me not to kiss my Mother and stop loving on her and to GET UP FROM HER AND LISTEN TO WHAT THAT DOCTOR IS SAYING.... I AM AND HAVE BEEN SEVERELY TRAUMATIZED BY ALL OF THIS.!!!! I WILL NEVER BE THE SAME!!!!

427. Oh, by the way, have I mentioned that adult protective services filed a case against me for the bruise under her left eye that landed us in all this torturous hell that ended my Mother's life and destroyed mine after the fact I made a report against him when I saw the condition my Mother was in under the care of his lack of observation and care.

428. I have recently received a letter from Family Services saying they DID NOT HAVE SUCH COURT ORDERS as they were merely assisting me in PLACING MY MOTHER.!!!!!!!!!!!!!!

429. I DIDN'T WANT TO PLACE MY MOTHER. I had been taking care of her in my home for 5 straight years 24/7. She was my most prized possession. I had to watch them kill her and all the system made me stand back and watch it and watch her get BEAT TO AN INCH OF HER LIFE and then they starved her and dehydrated her in their care of less than 27 days and 22 days of BARRING me from seeing my MOTHER and for no reason.!!! I know what they did was wrong and I would Love to bring Asana Hospice, Arlington Heights Nursing Home and Ron Horton, agent of the adult Protective Service agent to justice.

430. I had begged Ron Horton to move her or let me have her back or I would get a full time live in nurse, but he wouldn't do anything or answer my phone calls or text messages begging him. Asana never contacted me again after they took over at the nursing home jail.

431. The guardianship service lady Cindy Brown also made me pay $1065.00 for the month of February and she died February 7, 2018 and they did not refund any money. The guardianship services and my attorney went longer than 10+ days to make it to where I could see my Mother. No one has still made adult protective services produce any legal papers for taking my Mother out of my home. PLEASE HELP ME.. THIS IS A VERY GOOD CHANCE TO BRING MANY HORRIBLE ACTS OF COMPLETE INSANITY TO JUSTICE.

432. I have MANY pictures, witnesses and everything that is needed to prove their violence against my Mother and my family. I called the cops on that place to get the ambulance to pick her up and take her to the ER and since it was a civil thing, they couldn't do anything about it. I also had an autopsy done.

433. I am waiting on the toxicology and histology of the part of the autopsy, which is due back any time. So as soon as that comes in I am going to be ready to pursue these barbaric mean cruel animals to full accountability. Thank you, Sherri Erwin.

434. Please call me for further details. This is a good case for bringing accountability for more than 5 parties to have done something differently in their efforts of **Murdering** my mother in all claiming to be doing what's best for her.

### P.  U.S. ATROCITY CRIMES AGAINST
### BRAD LAMB AND HIS CHILDREN
### IN THE U.S. CHILD TRAFFICKING REGIME
#### Statement from Brad Lamb: https://tinyurl.com/LambStmt

435. This is an extremely well documented case of sexual & physical abuse of my two young children Isaiah, 7 years old, & Aria, 5 years old. Both children have reported sexual & physical abuse at the hands of their mother, Carist Washington, & half-brother, Orlando Simmons, who is now 18 years old. These were reported to Cook Children's Sexual Assault Nurse Examiner (SANE) in 2019. These interviews are with only Isaiah & the SANE nurse. There were reports made in 2018 as well. Isaiah & Aria have now also told all five court ordered supervisors, Ft Worth police officers, many family members, & friends.

436. My son, Isaiah, now 7 years old, made a sexual assault outcry July 1, 2019, at Cook Children's Hospital Ft Worth to a Sexual Assault Nurse Examiner (SANE) with detail of his assault. We were ordered the next day for my son to do a forensic interview at Alliance Center for Children & assigned Detective Joshua Rodriquez & Sgt. Rachel DeHoyos over our case who are with Crimes Against Children Unit (CACU). My son did make another outcry in this forensic interview in front of Detective Rodriquez. Det Rodriquez & Sgt DeHoyos did nothing but impede the investigation from the start, never speaking to any of the SANE nurses, witnesses of the outcries, supervisors assigned to the case, play therapists assigned to the case. CACU issued a warrant for my arrest on July 31, 2019, the day before my recusal hearing of the judge on my case & 48-hour hold was placed on me in jail. This arrest was done by the Fugitive Task Force complete with the riot gear, machine guns, police cars parked all throughout our neighborhood, & roadblocks set up on our street. After missing this recusal due to being in jail, I was released with charges later dropped. Sgt DeHoyos & Det Rodriquez refused to show up for court subpoenas & also refused to release the forensic interview of my son.

437. My very first supervised visit, September 2019, was with Heather Moore & my son told her at the end of the visit "don't make me go back. My mommy still hits me in my face." Heather contacted CPS & reported this on the mother. The next day, at our visit, my daughter had a busted lip & said her mom did it. Heather took a picture & reported that to CPS to find out that CPS had already closed this case including this new report she was filing that day. Heather Moore went on to hear many outcries, she noted & testified to these.

438. We have gone through 5 supervisors now who have all witnessed my children's bruises, knots, & outcries. My wife, Amanda, has lived with the children since Isaiah was 16 months old. She has witnessed all the pickups of my children along with all the bruises, knots, disturbing behavior, & disturbing accounts of what happens to them at their mother's house. It appears the only investigation that CACU did was to talk to the abuser herself & have me arrested (just so happened to be the day before the judge's recusal hearing).

439. FWPD installed a surveillance camera on a light post by our house on April 20, 2020. We have this order; it was issued for our address & was labeled as MHMR. The abuser, the mother, fled with my 2 kids, so we filed a missing person on August 5, 2021.

440. Sgt. DeHoyos took over this missing person on August 9, 2021 & located my kids the next day. She sent me emails with both of my children's eyes black. She left my children there & cut off all contact with me. We have now found out that Sgt DeHoyos has been kicked out of CACU & is currently under investigation. No one will speak to us on this matter, nor will they meet with my wife & me.

441. There have been many violations committed by CACU, even against their own Standard Operating Procedures, signed by Sgt. DeHoyos herself which we also have. These include not only improper investigation of a sexual assault on a child, going out of their way to impede any other agency from getting involved in the investigation (Sheriff's Dept, National Center for Missing & Exploited Children, US Military, FBI, Texas Rangers, & any other organization that has tried to help my children), but also includes ongoing police harassment, illegal arrest with excessive force, surveillance camera installed on a citizen's home for no reason.

442. Please note that all the outcries, & there have been too many to count, have been made against the mother & half-brother, & I have never been accused or had any allegations against me CACU has completely covered up the crimes committed against my two children, & have put their lives in constant danger, & harassed my wife & I in every way possible. I have all the evidence to prove all that I have stated is the truth & factual, & there needs to be a thorough investigation on this matter with all involved & charges should be filed against these officers that did this to my family. CACU & Internal Affairs to this day will not call me back.

### Q. JERYL GRAY

*February 9, 2021 Testimony of Opposition*

https://www.cga.ct.gov/2021/AGEdata/Tmy/2021SB...

Feb 9, 2021    I do so in my opposition to both the specific design and stated purpose of this instant Bill in seeking to have Connecticut's Probate Court.

February 9, 2021 Testimony of Opposition to Labor And Public Employees Committee H.B. 6382 Raised Bill: AN ACT STRENGHTENING THE PROBATE COURT SYSTEM Honorable Chairs,

Vice-Chairs, Ranking and Committee Members; I am respectfully herein submitting my opposition to the passage of H.B. 6382. I do so in my opposition to both the specific design and stated purpose of this instant Bill in seeking to have Connecticut's Probate Court employees become Connecticut State Employees and additionally, in my comprehensive, wholesale, sweeping opposition to any direction of action that would serve to increase any of the powers of the already grossly over-powered, above-the-law Connecticut Probate Court System, a system which may be better characterized as being a rampantly corrupt, self-serving, predatory, rapacious, human trafficking Racketeering Enterprise. I label the Connecticut Probate Court in such extreme and repugnant terms not from context of indulgence in perfervid hyperbole or in rancorous bitterness in being a so-called "disgruntled" casualty of this contemptible and despicable mob syndicate; my labeling is instead grounded and founded in the horrifically and agonizingly acquired knowledge and awareness of who and what the Probate Court System is, it is grounded and founded in the terrible cognizance of the ruthless, unconscionable brutality that is perpetrated again and again and again and again upon so many prey victims of this rapaciously marauding pack of predators, it is grounded and founded in the shared excruciatingly torturous experience of so many of us who are prey victims of the Connecticut Probate Court Conservatorship/Guardianship Racketeering Enterprise. As two of the many many prey victims of the ravaging rape/pillage/plunder perpetrated by this marauding estatelooting gang, my Mother Dolores Gray and I have been subjected to such unspeakable evildoing, have been prey victims to such monstrous infliction of torturous pain and suffering at the deliberate hands of these predators that it would almost belie rational credibility of even a rudimentary and superficial telling of our story… Yet, while our story of victimization at the rapaciously predatory hands of the Connecticut Probate Racket is so dark and so ugly to the extreme, it is at its core in commonality with the same horror story that has been agonizingly suffered by literally thousands of Connecticut Probate Prey. And while the ostensible, so-professed reason for the creation of and existence of our probate court goes back hundreds of years to the pre-existence of the United States of America in being created in the so-stated purpose of providing for the surviving widows and their fatherless children of those times, probate court has deliberately and actively transformed 180 degrees away from any such noble and worthy purpose to become an unbridled, self-governing, above-the-law, grossly over-reaching, self-serving business enterprise, a racketeering enterprise that serves to strip prey of their civil rights and their assets for purpose of I.R.A - Involuntary Redistribution of prey's probate-stolen Assets out of the prey's possession/control/ownership and into the probate predators' own pockets, into their own coffers. The putrid reality is this: the probate "system" is a self-serving business enterprise that masquerades in the guise/disguise sham pretense of their purpose being their service to their targeted prey via their deeming unto themselves the powers of the taking of complete control over the lives and assets of those whom they determine to be needing their "services" of their so stripping these probate-sentenced conservatorship/guardianship wards of all their rights of self-governance in all aspects of their own lives and their stripping the prey of all control/possession/ownership of whatever assets the probate-sentenced conservatorship/guardianship wards may have so as to pay themselves from these appropriated assets for their performance of these "services" upon these wards. The truth: their service is not to these wards, their service is to their own greed and avarice. Thus, Probate Court prey become Probate Racket-owned chattel slaves in this Human Trafficking Enterprise as their assets are completely transferred into the pockets and coffers of these wicked, fiendish, diabolical ogres, who,

while presenting themselves in a façade of being polite, decorous, well-dressed, well-educated, well-behaved, respectable honorable professionals, are devoid of basic humanity, are devoid of constraints of ethics, conscience, scruples. principles, integrity as they ruthlessly destroy lives and rob every aspect of their prey's God-given rights as being Children of God. As Yale Law School Professor of Estate Law John Langbein so testified Connecticut Probate is so irredeemably corrupt that the only legitimate course of action would be the complete elimination of this cancer that is Connecticut Probate Court... As U.S. Senator Richard Blumenthal has testified on the national level, Connecticut Probate Judges are running a hugely self-profiting racket in which they (and their complicit/collusive/collaborative/conspiratorial co-profiting "interested person" cronies in the Connecticut Probate/ElderLaw/Social Service Human Trafficking RACKET) are contemptibly, despicably exploiting their targeted prey to the tune of many many tens of millions of dollars which are taken from the pockets of the prey and from the pockets of Connecticut taxpayers so as to go into their own pockets, so as to go into their own coffers... The Probate Court players are permitted to operate as separate entities outside of the judicial system; the Probate Court players are able to operate as sovereign entities as these Probate Court parties are able to exert total power over the lives and assets of any who come into their crosshair sights; these Probate Court players thus fully enjoy and thus self-servingly utilize the unbridled and unrestrained power of SOVEREIGN IMMUNITY from accountability and culpability and liability for their actions in stripping rights and seizing assets from their Probate Court Prey. And, as the members of the Connecticut Legislature are so aware of this filthy Racket and as they continue to assist and enable and support and facilitate and empower these human traffickers, so too are the Connecticut Legislators responsible in their own culpability and blameworthiness; so too are they guilty of these murderous crimes against the people of whose interests and rights they are supposed to be representing and upholding.

| Cheryl Abrams | **Affidavit of Atrocity Crimes:** https://tinyurl.com/AbramsAff |
|---|---|
| Alicia Jennifer Adams and her child | **Petition documenting Atrocity Crimes:** https://tinyurl.com/AdamsPetition |
| Chris Anthony, husband of Kim Gonsalves | **Video of Atrocity Crimes:** Kim Gonsalves: Depraved Indifference to Life; Chemical Restraints https://tinyurl.com/AnthonyVid |
| Vicci Bailey and her children | **Affidavit of Atrocity Crimes:** https://tinyurl.com/BaileyAff |
| Miriam Blank and her children | **Affidavits of Atrocity Crimes:** https://tinyurl.com/BlankAff https://tinyurl.com/BlankAff2 https://tinyurl.com/BlankAff3 https://tinyurl.com/BlankAff4 |
| Ludmila Boiko and her daughter | **Declaration of Atrocity Crimes:** https://tinyurl.com/BoikoDecl |
| Harry Scott Boggs and his mother Betty Boggs | **Affidavits of Atrocity Crimes:** https://tinyurl.com/BoggsAff https://tinyurl.com/BoggsAff2 |

| | |
|---|---|
| Kathleen Bosse and her mother, Mary Frances McCulloch | **Affidavits of Atrocity Crimes:**<br>https://tinyurl.com/BosseAff<br>https://tinyurl.com/BosseAff2 |
| Joanna Bougalis, daughter of Katherine G. Bougalis, **forced to flee the country** to save the life of her mother from torture, drugging and abuse. | **Website of Atrocity Crimes:**<br>https://tinyurl.com/BougalisWeb<br>**Video of Atrocity Crimes:**<br>https://tinyurl.com/BougalisVid |
| Michael and Jennifer Brabson and their children | **Affidavit of Atrocity Crimes:**<br>https://tinyurl.com/BabsonAff |
| Pat Brown and her mother Dorothea Edwards | **Affidavits of Atrocity Crimes:**<br>https://tinyurl.com/PBrownAff<br>https://tinyurl.com/PBrownAff2 |
| Sarah Chagnon and her children | **Global Threat and Atrocity Crimes Outrage**<br>https://tinyurl.com/MotherArrestedatGunpoint<br>https://tinyurl.com/MomFleesUSgovtraffickers |
| Rey Contreras and his step father Pete Beaty | **Statement of Atrocity Crimes:**<br>https://tinyurl.com/ContrerasStmnt<br>**Affidavit of Atrocity Crimes:**<br>https://tinyurl.com/ContrerasAff |
| Westley Curtiss and his children | **Affidavit of Atrocity Crimes:**<br>https://tinyurl.com/CurtissAff |
| Natalie Dalton and her children | **Report of Atrocity Crimes:**<br>**Chief Judge Lisa B. Kemler of the City of Alexandria Jails MOTHER FOR TALKING TO HER YOUNG SON'S DOCTORS AND REPORTING FATHER'S PHYSICAL ABUSE OF HER SON**<br>(amlegalnews.blogspot.com) |
| Brenda Daniel and her mother Ana L. Daniel | **Affidavit of Atrocity Crimes:**<br>https://tinyurl.com/DanielAff |
| Sherri Erwin and her mother Dorothy Sharp | **Statements of Atrocity Crimes:**<br>https://tinyurl.com/ErwinStmnt<br>https://tinyurl.com/ErwinStmnt2<br>https://tinyurl.com/ErwinStmnt3<br>**Timeline of Atrocity Crimes:**<br>https://tinyurl.com/ErwinTimeLn |
| Duane Farrant and his mother Norma Farrant | **Declaration of Atrocity Crimes:**<br>https://tinyurl.com/FarrantDecl |
| Doug Franks, and his mother Ernestine Franks | **Website of Atrocity Crimes:**<br>https://tinyurl.com/FranksWeb |
| Kenneth R. Gottfried and his children | **Statements of Atrocity Crimes:**<br>https://tinyurl.com/GottfriedStmnt<br>**Book: Child Abusers wear Black Robes** |
| Irene Grivas and her mother Eugenia Grivas | **Statement of Atrocity Crimes:**<br>https://tinyurl.com/GrivasStmnt |

| Amy Hale and her children | **Affidavit of Atrocity Crimes:**<br>**https://tinyurl.com/HaleAff** |
|---|---|
| Stewart Handte | **Affidavit of Atrocity Crimes:**<br>**https://tinyurl.com/HandteAff** |
| Becky Harber and her husband Hershel Harber | **Affidavit of Atrocity Crimes:**<br>**https://tinyurl.com/HarberAff**<br>**Legislative Testimony of Atrocity Crimes:**<br>**https://tinyurl.com/HarberLegTestmny** |
| Poppy Helgren and her father Lester Moore | **Affidavits of Atrocity Crimes:**<br>**https://tinyurl.com/HelgrenAff**<br>https://tinyurl.com/kamalaharris1 |
| Karla Johnson, her daughter Sara Ybarra Johnson and grandchildren/children | **Affidavits of Atrocity Crimes:**<br>**https://tinyurl.com/JohnsonAff**<br>**https://tinyurl.com/JohnsonAff2**<br>**https://tinyurl.com/JohnsonAff3** |
| Stephanie Jones, her husband Tosh Jones and their children | **Affidavit of Atrocity Crimes:**<br>**https://tinyurl.com/JonesAff** |
| Joyce Lacey and her mother June Lynne Lacey | **Website of Atrocity Crimes:**<br>**https://tinyurl.com/LaceyWeb**<br>https://junelynnelaceyfoundation.com/ |
| Brad Lamb and his children | **Statement of Atrocity Crimes:**<br>**https://tinyurl.com/LambStmnt**<br>**Poster of Atrocity Crimes:**<br>#LittleVoicesBigOutcries #NotJustACaseNumber ...<br>**Legislative Testimony of Atrocity Crimes:**<br>(176) JUDGE JUDITH WELLS IS RESPONSIBLE FOR CHILD ABUSE - YouTube;<br>Brad Lamb - YouTube |
| Geralyn Lambou and her father Victor W. Lambou | **Affidavit of Atrocity Crimes:**<br>**https://tinyurl.com/LambouAff** |
| Dari Langone, mother and Andrea Schmall, sister and their child/niece | **Affidavits of Atrocity Crimes:**<br>https://tinyurl.com/SchmallAff<br>https://tinyurl.com/LangoneAff2 |

| | |
|---|---|
| Richard Leonhardt and his father Richard Leonhardt | **Video of Atrocity Crimes:** <br> WWII Veteran loses life savings to a Florida guardian - YouTube <br><br> https://tinyurl.com/LeonhardtVideo <br> We tell the story of **Richard Leonhardt**, and how a court appointed **guardian** stole more than $250,000 of his hard-earned money. His son, Larry ... <br> YouTube · DanielleWaugh · <br>    Arrest warrant:  Human Trafficker "Guardian" <br> Lynrod Douglas <br> **https://tinyurl.com/LeonhardtVid** <br> **Notice to Appear:** <br> **https://tinyurl.com/LeonhardtNot** |
| Kathrine Lester and her grandchildren | **Statement of Atrocity Crimes:** <br> **https://tinyurl.com/LesterAtrocityCrimes** <br> **Video of Atrocity Crimes:** <br> **https://tinyurl.com/LesterVideo** |
| Doreen Ludwig and her children | **Podcast of Atrocity Crimes:** <br> **https://tinyurl.com/LudwigPod** <br> **Website of Atrocity Crimes:** <br> **DOREEN LUDWIG - Divorce in Connecticut** <br> https://divorceinconnecticut.blogspot.com/search/label/DOREEN%20LUDWIG <br> **https://tinyurl.com/LudwigBlog** <br> **DOREEN LUDWIG**, activist and author of the new book "Motherless America" speaks out against the war on women in our corrupt family court <br> **Book of Atrocity Crimes:** <br> **https://www.amazon.com/Motherless-America-Confronting-Welfares-Fatherhood/dp/1515256219** <br> **https://tinyurl.com/LudwigBook** |
| Teresa Lyles and her mother, Carmen Tozza | **Affidavit of Atrocity Crimes:** <br> **https://tinyurl.com/Lylesaffidavit** <br><br> **Video of Atrocity Crimes:** <br> **https://tinyurl.com/LylesVid** <br> **Book of Atrocity Crimes:** <br> 65 minutes:  A Tale of Torture and Murder in Guardianship |

| | |
|---|---|
| Michelle Macdonald, retaliation victim | **Book of Atrocity Crimes:**<br>**Sandra Grazzini-Rucki and the World's Last Custody Trial**<br>**https://tinyurl.com/MacdonaldBook**<br>**Public exposure of Atrocity Crimes:**<br>Minnesota High Court Yanks Judicial Candidate's Law License \| Minnesota News \| US News<br>Jun 30, 2021 — The judge was Dakota County Judge David Knutson, who presided over the 2013 child-custody trial of MacDonald's client, Sandra Grazzini-Rucki ... |
| Renee Mazer and her children | **Website of Atrocity Crimes:**<br>**https://tinyurl.com/MazerWeb**<br>https://thedirtysecretsofdivorce.com<br>**Book of Atrocity Crimes:**<br>**The Dirty Secrets of Divorce** |
| Christian McAnally and his mother Valbruna McAnally and father, Charles Phillip McAnally | **Videos of Atrocity Crimes:**<br>**https://tinyurl.com/McAnallyVid**<br>**https://tinyurl.com/McAnallyVid2**<br>**https://tinyurl.com/McAnallyVid3** |
| Christine Middleton and her father James Middleton | **Affidavit of Atrocity Crimes:**<br>**https://tinyurl.com/MiddletonAff** |
| Christine Montanti and her mother Karilyn Montanti | **Declaration of Atrocity Crimes:**<br>Karilyn Montanti<br>Depraved Indifference to Life and Chemical Restraints<br>**https://tinyurl.com/MontantiDec**<br>https://www.einnews.com/pr_news/561343057/guardianship-abuse-victim-s-desperate-plea-to-be-heard<br>**Website of Atrocity Crimes:**<br>**https://tinyurl.com/MontantiWeb** |
| Ernest Moore and his mother Myrtle Moore | **Affidavit of Atrocity Crimes:**<br>**https://tinyurl.com/MooreAff**<br>https://tinyurl.com/MooreAff1<br>**Podcast: The Justice Channel**<br>**https://tinyurl.com/MoorePodcast** |
| Tammy Morgan and her mother Virginia Suzanne Beveridge | **Statement of Atrocity Crimes:**<br>**https://tinyurl.com/MorganStmnt**<br>**Affidavit of Atrocity Crimes**<br>**https://tinyurl.com/MorganAff** |
| Christine Morrison and her children | **Affidavit of Atrocity Crimes:**<br>**https://tinyurl.com/MorrisonAff**<br>**Website of Atrocity Crimes:**<br>**https://tinyurl.com/MorrisonWeb**<br>https://judicialcriminal.com/<br>www.judicialcrimes.com<br>**Articles of Atrocity Crimes:**<br>**https://tinyurl.com/MorrisonArt**<br>**Book of Atrocity Crimes:**<br>Judicial Criminals |

| | |
|---|---|
| Lisa Nadig and her children | **Website of Atrocity Crimes:**<br>**https://tinyurl.com/NadigWeb**<br>https://songsunsilenced.wordpress.com/case-summary-corruption-litigation-therapy-racket-natalie-koga-drs-fisher-gamze/ |
| Michael Nedderman and his mother Delores Ruth Nedderman. | **Affidavit of Atrocity Crimes:**<br>**https://tinyurl.com/NeddermanAff** |
| Michele A. Newell and her children | **Affidavit of Atrocity Crimes:**<br>https://tinyurl.com/NewellAff1<br>**Statement of Atrocity Crimes:**<br>**https://tinyurl.com/NewellStatement** |
| Lacie Newell and her children | **Report of Atrocity Crimes:**<br>https://tinyurl.com/MomArrestedatGunpoint1 |
| John Oral and his children | **Affidavit of Atrocity Crimes:**<br>**https://tinyurl.com/JOralAff**<br>**Statement of Atrocity Crimes:**<br>**https://tinyurl.com/OralStmnt**<br>**Book of Atrocity Crimes:** |
| Wanda Su Wanek Patrick and her child | **Affidavits of Atrocity Crimes:**<br>https://tinyurl.com/PatrickAff1 |
| Gale Penney and her children | **Affidavit of Atrocity Crimes:**<br>**https://tinyurl.com/PenneyAff** |
| Maria Peric and her husband Tomislav Peric | **Affidavit of Atrocity Crimes:**<br>**https://tinyurl.com/PericAff** |
| Maryann Petri and her children | **Radio Show/Podcast of Atrocity Crimes:**<br>Slam the Gavel<br>Slam the Gavel Maryann Petri - Apple Podcasts<br>https://podcasts.apple.com › podcast › slam-the-gavel<br>***Slam the Gavel*** is a podcast to discuss Family Court, Child Support and Child Services issues. Advice on how parents can cope with these issues along<br>**https://tinyurl.com/PetriPodcast**<br>**Website of Atrocity Crimes**<br>https://dismantlingfamilycourtcorruption.com<br>**https://tinyurl.com/PetriWeb**<br>**Interview:**<br>**https://tinyurl.com/PetriInterview**<br>**Book of Atrocity Crimes:**<br>Dismantling Family Court Corruption: Why taking the Kids Was Not Enough |
| Juliet Ramos and her children | **Declaration of Atrocity Crimes:**<br>**https://tinyurl.com/RamosAff** |

| Patty Reid and her son Landon Reid | **Affidavits of Atrocity Crimes:**<br>https://tinyurl.com/ReidAff<br>https://tinyurl.com/ReidAff2 |
| --- | --- |
| Michelle Robertson and her father Robert W. Robertson | **Statement of Atrocity Crimes:**<br>https://tinyurl.com/RobertsonStmnt |
| Randy Robinson and his mother Gayle Robinson | **Video of Atrocity Crimes:**<br>Armed kidnapping of his mother in her own home<br>https://tinyurl.com/RobinsonVid |
| Jenny Reimenschneider and her mother<br>Elsie Reimenschneider | **Affidavit of Atrocity Crimes:**<br>https://tinyurl.com/ReimenschneiderAff |
| Maria C. Romero and her mother Maria Romero | **Affidavit of Atrocity Crimes:**<br>https://tinyurl.com/RomeroAff |
| Dr. Robert Sarhan and his mother Yvonne Sarhan | **Affidavits of Atrocity Crimes:**<br>https://tinyurl.com/SarhanNoRemedies2<br><br>https://tinyurl.com/SarhanDecl |
| David Segui and his children | **Affidavit of Atrocity Crimes:**<br>https://tinyurl.com/SeguiAff |
| Jacob Dimon Shaw | **Affidavit of Atrocity Crimes:**<br>https://tinyurl.com/DimonAff |
| Neil Shelton and his children | **Whistleblower Statement of Atrocity Crimes:**<br>https://www.wral.com/senate-budget-helps-connected-judges-/16721756/?version=amp<br>**Videos of Atrocity Crimes:**<br>The Silver Bullet Technique Divorce Tactics and Strategies. Family Court;<br>https://www.mtairynews.com/news/43068/lawsuit-against-stevens-limps-forward;<br>**Books of Atrocity Crimes:**<br> |
| Tabitha Shoars and her children | **Statement of Atrocity Crimes:**<br>https://tinyurl.com/ShoarsStmnt<br>**Viral Reports of Atrocity Crimes:**<br>https://tinyurl.com/ShoarsVideo<br>Rape of Parental Rights to **SEVEN** children<br>https://tinyurl.com/ShoarsArt1<br>https://tinyurl.com/ShoarsArt2 |

| | |
|---|---|
| | https://tinyurl.com/ShoarsArt3 <br> https://tinyurl.com/ShoarsArt4 <br> https://tinyurl.com/ShoarsArt5 <br> https://tinyurl.com/ShoarsArt6 <br> https://tinyurl.com/ShoarsArt7 <br> https://tinyurl.com/ShoarsArt8 <br> https://tinyurl.com/ShoarsArt9 <br> https://tinyurl.com/ShoarsArt10 <br> https://tinyurl.com/ShoarsArt11 <br> https://tinyurl.com/ShoarsArt12 |
| Susan Silver, M.D. and her children | **Affidavit of Atrocity Crimes:** <br> https://tinyurl.com/SilverAff |
| Kristine Smith and her children | **Affidavit of Atrocity Crimes:** <br> https://tinyurl.com/SmithAff |
| Kimberly Sperling and her children | **Book of Atrocity Crimes:** <br> **Part I** is the true story of how the cover up began and escalated with each step Q's ex-wife took to seek help. **Part II** is in process. The **Part I** August 2013 revision contains an appendix of "symptoms" of government cover-ups. <br> https://tinyurl.com/SperlingBook <br> **Warnings of Atrocity Crimes:** <br> https://tinyurl.com/SperlingWarning |
| Elaine Stainbrook and her grandmother Mary Lorraine Burgett Phillips | **Videos of Atrocity Crimes:** <br> https://tinyurl.com/StainbrookVideo1 <br> https://tinyurl.com/StainbrookVideo2 |
| Joan Stanton and her mother Elizabeth Weber and her father Richard Weber | **Affidavit of Atrocity Crimes:** <br> https://tinyurl.com/StantonAff <br> **Human Trafficking Documents:** <br> https://tinyurl.com/StantonDoc |
| Phyllis Stafford and her children | **Congressional Testimony of Atrocity Crimes**: <br> https://tinyurl.com/StaffordCongTestimony |
| Linh Stephens and her child | **Affidavit of Atrocity Crimes:** <br> https://tinyurl.com/StephensAff |
| Barbara Stone and her mother, Helen Stone | **Affidavits of Atrocity Crimes:** <br> https://tinyurl.com/StoneAff1 <br> https://tinyurl.com/StoneAff2 <br> https://tinyurl.com/StoneAff3 <br> **Videos of Atrocity Crimes:** <br> https://tinyurl.com/StoneVideo1 <br> **Websites of Atrocity Crimes** <br> https://endguardianracket.com <br> https://peoplesrightsforum.com <br> **Legislative Testimony of Atrocity Crimes:** <br> https://tinyurl.com/StoneLegTestimony <br> **Movie of Atrocity Crimes:** <br> https://tinyurl.com/StoneEyeonPredator |

| | |
|---|---|
| Jodee Sussman and her mother, Marty S. Adair | **Affidavit of Atrocity Crimes:**<br>https://tinyurl.com/SussmanAff<br>**Videos of Atrocity Crimes:**<br>https://tinyurl.com/SussmanVideo1<br>https://tinyurl.com/SussmanVideo2 |
| Cindy Card and Ken Swenson and their mother/mother in law Ella Card | **Affidavit of Atrocity Crimes:**<br>https://tinyurl.com/SwensonAff<br>**Videos of Atrocity Crimes:**<br>Slavery in the name of "guardianship"<br>https://tinyurl.com/SwensonVideo1<br>https://tinyurl.com/SwensonVideo2 |
| Timothy Taylor and his children | **Statement of Atrocity Crimes:**<br>https://tinyurl.com/TaylorStmnt<br>**Affidavit of Atrocity Crimes:**<br>https://tinyurl.com/TaylorAff<br>**Petition of Atrocity Crimes:**<br>https://tinyurl.com/TaylorPet |
| Meghan Walsh and her children | **Petition of Atrocity Crimes:**<br>Petition · A national outcry for Meghan Walsh, the daughter of NCMEC founders John and Reve Walsh · Change.org<br>**Video of Atrocity Crimes:**<br>(6) TGI NOW Podcast | Facebook<br>Newborn baby snatched from the arms of her mother |
| Vanessa Wereko and her children | **Affidavit of Atrocity Crimes:**<br>https://tinyurl.com/WerekoAff1 |
| Suzy Whelan and her aunt Susan Terranova | **Videos of Atrocity Crimes:  Susan Terranova story**<br>https://tinyurl.com/WhelanVideo1<br>https://tinyurl.com/WhelanVideo2<br>https://tinyurl.com/WhelanVideo3<br>https://tinyurl.com/WhelanVideo4<br>https://tinyurl.com/WhelanVideo5 |
| Quenby Wilcox | **Websites of Atrocity Crimes:**<br>www.WarOnDomesticTerrorism.com<br>**Website of Atrocity Crimes:**<br>https://tinyurl.com/WilcoxWeb2<br>**Blogs of Atrocity Crimes:**<br>https://tinyurl.com/WilcoxBlogs1<br>https://tinyurl.com/WilcoxBlogs2<br>**Video of Atrocity Crimes;**<br>https://tinyurl.com/WilcoxVideos |
| David Winstanley and his mother Elizabeth Winstanley | **Statement of Atrocity Crimes:**<br>https://tinyurl.com/WinstanleyStmnt |
| Adrian Wright and her mother Betty Robinson | **Affidavit of Atrocity Crimes:**<br>https://tinyurl.com/WrightAff |
| Marla Zahn and her mother Louise A. Zahn | **Affidavits of Atrocity Crimes 1**<br>https://tinyurl.com/ZahnAff1<br>https://tinyurl.com/ZahnAff2<br>https://tinyurl.com/ZahnAff3 |

| Brenda and Christopher Cambron and their children | **Affidavit of Atrocity Crimes:**<br>https://tinyurl.com/CambronAff |
|---|---|
| Daphne Coleman and her children | **Video of Atrocity Crimes:**<br>https://ring.com/share/9b1850f2-9ef9-420a-99a1-96ffbccf3a7a |
| Raniesha Hubbert and her children | **Statements of Atrocity Crimes**<br>https://tinyurl.com/HubbertStatement<br>https://tinyurl.com/HubbertAtrocityCrimes |
| Holley Medina and her children | **Affidavit of Atrocity Crimes:**<br>Child Abduction and Trafficking using false accusations of abductors/traffickers<br>https://tinyurl.com/MedinaAtrocityCrimes |
| Elaine Mickman and her children | **Affidavit of Atrocity Crimes:**<br>https://tinyurl.com/MickmanAff |
| Taesha Foster and her children | **Video of Atrocity Crimes:**<br>www.change.org/BringReignHome |
| Sean Losure and Paige Denson and their children | **Statement of Atrocity Crimes**<br>https://tinyurl.com/LosureAff |
| Alicia Perez | Petition of Atrocity Crimes<br>Petition · GET JUDGE DALLAS SIMS OFF THE BENCH · Change.org |
| Sylvia Toran and her children | **Affidavit of Atrocity Crimes:**<br>https://tinyurl.com/ToranAff |

---

**Judicial Perpetrator Michael Rudisill terrorizing a victim, stating "you belong to me"**

**that he owns his family, house, and everything.**

**"I own you, I own your kids, I own your house",**

https://tinyurl.com/JudicialPerpRudisillHumanOwner

---

## VIII. U.S. NUREMBERG ORDERS

443. Set forth herein is an APOCALYPSE OF U.S. NUREMBERG ORDERS by judicial predators that order the Murder, Rape, Conspiracy, Pillaging, Sex Trafficking And Human Trafficking of hundreds of millions of children, mothers and fathers in the U.S. and world population.

444. All Nuremberg Decrees in the human trafficking cases identified by Case Number in Article X herein and in all other lowly, lower human trafficking court; all conspiracy/consent Nuremberg Orders issued by all other U.S. state and federal courts; all "no action letters" and all acts of no response to Atrocity Crimes complaints are specifically incorporated and included herein.

445. These Nuremberg Orders are void on their face.

446. Conspiracy/Consent Nuremberg Orders issued by other United States State and Federal Courts, "No Action Letters" issued by other government agencies and their criminal neglect to Atrocity Crimes Complaints has been compiled and is available.

447. The Crimes perpetrated thereby include but are not limited to Deprivation of Rights under color of law and conspiracy against Rights in violation of 18 U.S.C. 241 and 18 U.S.C. 242.

448. The penalties include life imprisonment and the death sentence.

449. CLAIMANTS DEMAND THIS MAXIMUM CRIMINAL PENALTY FOR EACH AND EVERY JUDICIAL PERPETRATORS OF U.S. ATROCITY CRIMES.

| **SYSTEMIC NUREMBERG DECREES BY JUDICIAL PERPETRATORS PERPETRATING ATROCITY CRIMES IN THE MASQUERADE OF A "COURT PROCEEDING":**<br>**A. GENOCIDE/RAPE/MURDER OF RIGHTS, LIBERTY, PROPERTY AND LIFE;**<br>**B. CRIMES AGAINST HUMANITY;**<br>**C. KIDNAPPING;**<br>**D. FORCIBLE DISAPPEARANCE;**<br>**E. SENSORY DEPRIVATION;**<br>**F. FORCED DRUGGING;**<br>**G. HUMAN TRAFFICKING;**<br>**H. TORTURE;**<br>**I. FALSE OFFICIAL RECORDS;**<br>**J. CONSPIRACY WITH THIRD PARTY GOVERNMENT VENDORS/ TRAFFICKERS**<br>**K. PILLAGING OF ASSETS;**<br>**L. FAMILY ELIMINATION AND RETALIATION NUREMBERG DECREES PLACING CRIME VICTIMS IN FURTHER DANGER FOR SEEKING REMEDY** |
|---|
| **STATE OF ALABAMA** |
| **ALABAMA HUMAN TRAFFICKING COURT CASE: 16-00641** |
| Systemic Gang Rights Rape Nuremberg Decrees by Judicial Perpetrator Steven L. Reed in criminal conspiracy with Third Party U.S. Government Vendor/Trafficker in the U.S. Guardian Genocide Regime: Request by Third Party Vendors to Traffick and Pillage:<br>https://tinyurl.com/WhelanNurembergDecree2<br>Human Traffickers Pillaging Petition independent of judicially ordered "Pillaging Decrees" by Judicial Perpetrators<br>https://tinyurl.com/WhelanPillagingPetition<br>Atrocity Crimes Victims: Suzy Whelan and her aunt Susan Terranova |
| **STATE OF ARIZONA** |
| **ARIZONA HUMAN TRAFFICKING COURT CASES: JD18007, JD509161 and JD 27773 IN CONSPIRACY WITH STATE OF OKLAHOMA HUMAN TRAFFICKING CASES: DH 2011-165, JD-2011-130** |
| Systemic Gang Rights Rape Nuremberg Decrees by Judicial Perpetrators including Cathy Holt; Christopher A. Coury; Peter A. Thompson; Brian K. Ishikawa; Edward Ballinger Jr.; Bradley Astrowsky; Robert Houser; Joan Sinclair; Colleen McNally; Norm Davisto in criminal conspiracy with Third Party U.S. Government Vendor/Trafficker in the U.S. Child Trafficking Regime:<br>1.  https://tinyurl.com/JohnsonNurembergDecree2<br>2. https://tinyurl.com/JohnsonNurembergDecree3<br>3. https://tinyurl.com/JohnsonNurembergDecree4<br>4. https://tinyurl.com/JohnsonNurembergDecree5<br>5. https://tinyurl.com/JohnsonNurembergDecree6<br>Atrocity Crimes Victims: Karla Johnson, Sara Ybarra-Johnson and their grandchildren/children |

---

**ARIZONA HUMAN TRAFFICKING COURT CASES: FC 2015 004537**

Systemic Gang Rights Rape Nuremberg Decrees by Judicial Perpetrator Bradley Astrowsky, Geoffrey Fish and Mark H. Brain in criminal conspiracy with Third Party U.S. Government Vendor/Trafficker in the U.S. Child Trafficking Regime:

https://tinyurl.com/JohnsonSeguiDecree
https://tinyurl.com/JohnsonSeguiDecree2

Atrocity Crimes Victims:  David Segui and *his* children

**STATE OF FLORIDA**

**FLORIDA HUMAN TRAFFICKING COURT CASES:**

**PRC000004940 and 062000CP04940AX**

Systemic Gang Rights Rape Nuremberg Decrees by Judicial Predators Mark A. Speiser, Mel Grossman and Peter Weinstein in criminal conspiracy with Third Party U.S. Government Vendor/Trafficker in the U.S. Child Trafficking Regime:

https://tinyurl.com/ReidNurembergDecree

Atrocity Crimes Victims:  Patty Reid and her son

**FLORIDA HUMAN TRAFFICKING COURT CASES:**

**12-4330 AND COUNTLESS AFFILIATED HUMAN TRAFFICKING CASES PERPETRATED BY THE U.S. GUARDIAN GENOCIDE REGIME AND IN INEXTRICABLE INTERTWINED RACKETS**

Systemic Gang Rights Rape Nuremberg Decrees by Judicial Perpetrator Michael Genden, Celeste Hardee Muir, Rosa Figarola, Jerald Bagley, Maria Korvick, Milton Hirsch, Yvonne Colodny and other Judicial Predators in criminal conspiracy with Third Party U.S. Government Vendor/Trafficker in the U.S. Guardian Genocide Regime:

https://tinyurl.com/StoneNurembergDecree11

Nuremberg Decree by Judicial Perpetrators selling Crime Victim to another trafficker

1. https://tinyurl.com/StoneNurembergDecrees12
2. https://tinyurl.com/StoneNurembergDecrees13
3. https://tinyurl.com/StoneNurembergDecrees14
4. https://tinyurl.com/StoneNurembergDecrees15
5. https://tinyurl.com/StoneNurembergDecrees16

Countless Nuremberg Decrees to:

6. pillage all property, home, assets and all possessions of Helen Stone
7. extort the assets of Barbara Stone by threats of danger to her and her mother.
8. "fence/transfer" the pillaged property to perpetrators of the U.S. Guardian Genocide Regime.
9. Eliminate daughter Barbara Stone
10. Retaliation Decrees::
    a. Contempt
    b. False arrest
    c. Forcible Disappearance
    d. Deprivation of access to court and remedy
    e. Blackmail; Extortion and Threats
    f. Pillaging to pay third party trafficker to associate with mother
    g. Human Trafficked by forced, coerced payments
    h. Torture by Stalking orders

Atrocity Crimes Victims: Barbara Stone and her mother Helen Stone

---

**FLORIDA HUMAN TRAFFICKING COURT CASE: 2018 018800 FC 04**

Systemic Gang Rights Rape Nuremberg Decrees by Judicial Predator Valerie Manno Schurr in criminal conspiracy with Third Party U.S. Government Vendor/Trafficker in the U.S. Child Trafficking Regime:

https://tinyurl.com/DwyerNurembergDecree

https://tinyurl.com/DwyerNurembergDecree2

Heightened Atrocity Crimes and Retaliation Atrocity Crimes when Atrocity Crime Victim seeks relief including brutal rape of her parental rights and "commanding" that her parental rights be raped and that she obtain a "mental valuation' for objecting to be their torture

1. https://tinyurl.com/DwyerNurembergDecree3
2. https://tinyurl.com/DwyerNurembergDecree4
3. https://tinyurl.com/DwyerNurembergDecree5
4. https://tinyurl.com/DwyerNurembergDecree6

Deliberately putting Atrocity Crime Victim in life threatening danger by ignoring Protection Order

https://tinyurl.com/DwyerNoRemedies7

Atrocity Crime Victims:  Jennifer Dwyer and her child

**FLORIDA HUMAN TRAFFICKING COURT CASES:**
**2019-CP-000206 and 2019-MH-000204**

Systemic Gang Rights Rape Nuremberg Decrees by Judicial Perpetrators John K Stargel and Gerald P. Hill – in criminal conspiracy with Third Party U.S. Government Vendor/Trafficker in the U.S. Guardian Genocide Regime:

**MILITARY ASSAULT WEAPON BRANDISHED AGAINST ATROCITY CRIME VICTIMS BY THE U.S. GUARDIAN GENOCIDE REGIME:**

https://tinyurl.com/ContrerasWeaponThreat

Atrocity Crime Victims: Rey Contreras and his step-father Donald "Pete" Beaty

**FLORIDA HUMAN TRAFFICKING COURT CASE:  2008-CP – 0509**

Systemic Gang Rights Rape Nuremberg Decrees by Judicial Perpetrator Nancy F. Alley in criminal conspiracy with Third Party U.S. Government Vendor/Trafficker in the U.S. Guardian Genocide Regime:

https://tinyurl.com/WoodhullNurembergDecrees

Atrocity Crimes Victims: Angela Woodhull and her mother Louise Falco

**FLORIDA HUMAN TRAFFICKING COURT CASE:   2019-008255-FC-04**

Systemic Gang Rights Rape Nuremberg Decrees by Judicial Perpetrator Maria Espinosa Dennis in criminal conspiracy with Third Party U.S. Government Vendor/Trafficker in the U.S. Guardian Genocide Regime:

https://tinyurl.com/AlanNurembergDecrees

https://tinyurl.com/AlanNurembergThreats

Atrocity Crimes Victims:  Susanna Alan and her children

**FLORIDA HUMAN TRAFFICKING COURT CASE:   2003-CP-665**

Systemic Gang Rights Rape Nuremberg Decrees by Judicial Perpetrator Mark A. Speiser in criminal conspiracy with Third Party U.S. Government Vendor/Trafficker in the U.S. Guardian Genocide Regime:

https://tinyurl.com/BrownNoRemedies2

https://tinyurl.com/BrownNurembergMurderdecrees

 https://tinyurl.com/BrownNurembergdecrees

Maniacal "Murder Decrees" by multiple Do Not Resuscitate /Forcible Disappearance Decrees against a daughter and mother in a human trafficking court parallel to convicting murderer to the electric chair and other insane decrees

1. https://tinyurl.com/BrownNurembergdecrees2
2. https://tinyurl.com/BrownNurembergdecrees4
3. https://tinyurl.com/BrownNurembergdecrees5
4. https://tinyurl.com/BrownNurembergdecrees6
5. https://tinyurl.com/BrownNurembergdecrees7

Atrocity Crime Victims:  Pat Brown and her mother, Dorothea Edwards

**FLORIDA HUMAN TRAFFICKING COURT CASE:  2007-DR-4732**

Systemic Gang Rights Rape Nuremberg Decrees by Judicial Predators John D. Galluzzo, Melanie Chase, Donna McIntosh, Jessica Recksiedler, Marcia Langlois, Lisa Davidson in criminal conspiracy with Third Party U.S. Government Vendor/Trafficker in the U.S. Child Trafficking Regime:

Atrocity Crimes Retaliation; Rape Of Inalienable Rights; Theft Of Passport And Right To Travel; Blackmail/ Extortion of Assets And Cover Up And Conspiracy At All U.S. Agencies

Atrocity Crime Victims:  John Oral and his son

**FLORIDA HUMAN TRAFFICKING COURT CASE:   2007-101065-PRDI**

Systemic Gang Rights Rape Nuremberg Decrees by Judicial Predator Kathryn D. Weston in criminal conspiracy with Third Party U.S. Government Vendor/Trafficker in the U.S. Child Trafficking Regime:

https://tinyurl.com/CarterNurembergdecree;

https://tinyurl.com/CarterNurembergdecree1

Judicial Predator Kathryn D. Weston changing location of Atrocity Crimes to remove her Atrocity Crime Victim further from his mother and Reinforcing and Ensuring the Elimination of the mother of her Crime Victim

Atrocity Crimes Victims:  Bonnie Carter and her son

**FLORIDA HUMAN TRAFFICKING COURT CASES**

**2013GA000460XXXSB and 2013GA000481XXXSB:**

Criminal Capias Warrant against Lynrod Douglas, Human Trafficker/Grifter who was appointed a **HUMAN OWNER** by Judicial Perpetrator David French by Rights Raping Nuremberg Decrees in criminal conspiracy with Third Party U.S. Government Vendor/Trafficker in the U.S. Guardian Genocide Regime:

https://tinyurl.com/WeberTraffickerCapias

Atrocity Crimes Victims: Joan Stanton, her sister Mary Steffan and both of their parents, Elizabeth Weber and Richard Weber

**FLORIDA HUMAN TRAFFICKING COURT CASE: 2017 - 018681**

Systemic Gang Rights Rape Nuremberg Decrees by Judicial Predators Migna Sanchez-Llorens and Angelica D. Zayas in criminal conspiracy with Third Party U.S. Government Vendor/Trafficker in the U.S. Child Trafficking Regime:

https://tinyurl.com/PimientaPillagingPetitions

https://tinyurl.com/PimientaRetaliationattacks

Atrocity Crimes Victims: Michelle Pimienta and her son

**FLORIDA HUMAN TRAFFICKING COURT CASES:**

**Case Nos. PRC110004713; 2017-GA -0001 and GA17-01**

**Where Lilia Martinez was slave transported from county to county**

Systemic Gang Rights Rape Nuremberg Decrees by Judicial Perpetrator Mark A. Speiser, James Sloan and Jack Lundhy in criminal conspiracy with Third Party U.S. Government Vendor/Trafficker in the U.S. Guardian Genocide Regime:

1. https://tinyurl.com/FriedmanNurembergdecrees
2. https://tinyurl.com/FriedmanPillagingdecrees1
3. https://tinyurl.com/FriedmanPillagingdecrees2
4. https://tinyurl.com/FriedmanGangRightsRapedecrees
5. https://tinyurl.com/FriedmanPillagingPetDecrees
6. https://tinyurl.com/FriedmanTraffickerrapereport
7. https://tinyurl.com/FriedmanAtrocityCrimes
8. https://tinyurl.com/FriedmanNoRemedies8
9. https://tinyurl.com/FriedmanPerpPillagingRights

Atrocity Crime Victims:  Marci Friedman and her mother Lilia Martinez

## FLORIDA HUMAN TRAFFICKING COURT CASES:
### Case Nos. 502012-GA-000028SB and 502012MH-000123SB

Systemic Gang Rights Rape Nuremberg Decrees by Judicial Perpetrators Martin Colin, David French and James Martz in criminal conspiracy with Third Party U.S. Government Vendor/Trafficker in the U.S. Guardian Genocide Regime:

https://tinyurl.com/HotiNurembergDecrees

Atrocity Crime Victims:  Skender Hoti and his mother Gwendolyn Batson

## STATE OF GEORGIA

### GEORGIA HUMAN TRAFFICKING COURT CASE:   223254

Systemic Gang Rights Rape Nuremberg Decrees by Judicial Predator Pinkie P. Toomer in criminal conspiracy with Third Party U.S. Government Vendors/Traffickers:

1. https://tinyurl.com/KingerySecretNoNoticePillage
2. https://tinyurl.com/KingerySecretNoNoticePillage
3. https://tinyurl.com/KingeryPetExposeAtrociyCrimes
4. https://tinyurl.com/KingeryPetExposeAtrociyCrimes
5. https://tinyurl.com/KingeryNurembergCoverUp
6. https://tinyurl.com/KingeryNoRemedies6
7. https://tinyurl.com/KingeryNurembergPerpContinue
8. https://tinyurl.com/KingeryNurembergPillageDecree1
9. https://tinyurl.com/KingeryNurembergPillageDecree2

Atrocity Crime Victims:  Maria Kingery and desecration and defiling of her deceased mother Graciela Alvarez and father, Federico P. Alvarez

## STATE OF ILLINOIS

### ILLINOIS HUMAN TRAFFICKING COURT CASE: 12 P 4726

Systemic Gang Rights Rape Nuremberg Decrees by Judicial Perpetrator Shauna L. Boliker in conspiracy with Third Party U.S. Government Vendors/Traffickers in the U.S. Guardian Genocide Regime

1. https://tinyurl.com/RobinsonNurembergPillageDecree
2. https://tinyurl.com/RobinsonAtrocityCrimesTrans

Atrocity Crimes documentation and Demands for remedy to Judicial Perpetrator Shauna L. Boliker

1. https://tinyurl.com/RobinsonPleasforRelieftoPerp1
2. https://tinyurl.com/RobinsonPleasforRelieftoPerp2
3. https://tinyurl.com/RobinsonPleasforRelieftoPerp3
4. https://tinyurl.com/RobinsonPleasforRelieftoPerp4
5. https://tinyurl.com/RobinsonPleasforRelieftoPerp5
6. https://tinyurl.com/RobinsonPleasforRelieftoPerp6
7. https://tinyurl.com/RobinsonPleasforRelieftoPerp8

Atrocity Crime Victims Adrian Wright and her mother Betty J. Robinson

## STATE OF MASSACHUSETTS

### MASSACHUSETTS HUMAN TRAFFICKING COURT CASE: ES21P15555GD

Systemic Gang Rights Rape Nuremberg Decrees by Judicial Perpetrator Abbe Ross in criminal conspiracy with Third Party U.S. Government Vendors/Traffickers in the U.S. Child Trafficking Regime:

(including the judicial lunatic "requiring" the Crime Victim mother to  "post a bond" to assert her parental rights)

https://tinyurl.com/ChristiansenNoRemedies10

https://tinyurl.com/ChristiansenNurembergRape

Atrocity Crimes Victims:  Lisa Christiansen and her child

## MASSACHUSETTS HUMAN TRAFFICKING COURT CASE: ES09W02998

Systemic Gang Rights Raping/Torture/Pillaging Nuremberg Decrees by Judicial Perpetrator Abbe L. Ross in criminal conspiracy with Third Party U.S. Government Vendors/Traffickers in U.S. Child Trafficking Regime:

https://tinyurl.com/MateNurembergRightsRapeDecrees
https://tinyurl.com/MateNurembergPillagingDecrees

Atrocity Crimes Victims:  Maria Pilar Mate and her children

## MASSACHUSETTS HUMAN TRAFFICKING COURT CASE: 17-0129TN

Systemic Gang Rights Rape Nuremberg Decrees by Judicial Perpetrator Tracy L. Souza in criminal conspiracy with Third Party U.S. Government Vendors/Traffickers in the U.S. Child Trafficking Regime::

https://tinyurl.com/MoranNurembergRapeChildSaleDec
https://tinyurl.com/MoranNurembergRapeChildSaleDec
https://tinyurl.com/MoranEliminateFamilyStealChild

Atrocity Crimes Victims:  Tiffany Moran and her children

## STATE OF MICHIGAN

## MICHIGAN HUMAN TRAFFICKING COURT CASE: 21-865509-CA

Systemic Gang Rights Rape Nuremberg Decrees by Judicial Perpetrator Freddie G. Burton, Jr.in criminal conspiracy with Third Party U.S. Government Vendors/Traffickers in the U.S. Guardian Genocide Regime:

https://tinyurl.com/HayeNuremberg1
https://tinyurl.com/HayesPillaging

 Atrocity Crimes Victims:  Cynthia Hayes; Holly Hayes; Betty Jane Hayes

## MICHIGAN HUMAN TRAFFICKING COURT CASE: 21-865509-CA

Systemic Gang Rights Rape Nuremberg Decrees by Judicial PerpetratorTerrance A Keith in criminal conspiracy with Third Party U.S. Government Vendors/Traffickers in the U.S. Guardian Genocide Regime:

https://tinyurl.com/RobinsonAtrocityCrimes
https://tinyurl.com/RobinsonFamElimination

Atrocity Crimes Victims:  Debbie Fox; Randy Robinson; Gayle Robinson

## MICHIGAN HUMAN TRAFFICKING COURT CASE: 2010-752507 -TV

Systemic Gang Rights Rape Nuremberg Decrees by Judicial Perpetrator David Braxton in criminal conspiracy with Third Party U.S. Government Vendors/Traffickers in the U.S. Guardian Genocide Regime:

https://tinyurl.com/EdwardsPillaging
https://tinyurl.com/EdwardsFamElimination

Atrocity Crimes Victims: Melissa Edwards and her mother, Kim Maria Edwards

## MICHIGAN HUMAN TRAFFICKING COURT CASES:
## 2016-370,510-GAAND  2016-371,339-CA

Systemic Gang Rights Raping/Torture/Pillaging Nuremberg Decrees by Judicial Perpetrators Kathleen A Ryan and and Jennie E. Barkey in criminal conspiracy with Third Party U.S. Government Vendor/Trafficker in the U.S. Guardian Genocide Regime

1.  https://tinyurl.com/MorganRightsRape
2.   https://tinyurl.com/MorganRightsRape2
3.  https://tinyurl.com/MorganRightsRape3
4.  https://tinyurl.com/MorganRightsRape4
5.   https://tinyurl.com/MorganRightsRape5
6.   https://tinyurl.com/MorganRightsRape6
7.  https://tinyurl.com/MorganRightsRape7
8.  https://tinyurl.com/MorganRightsRape8
9.  https://tinyurl.com/MorganRightsRape9
10. https://tinyurl.com/MorganTraffickingFee

Atrocity Crime Victims Tammy Morgan and her mother Virginia Suzanne Beveridge

| STATE OF MINNESOTA |
|---|
| **MINNESOTA HUMAN TRAFFICKING COURT CASE: 56-PR-18-2692** |
| Systemic Gang Rights Rape Nuremberg Decrees by Judicial Perpetrator Sharon Grewell Benson in criminal conspiracy with Third Party U.S. Government Vendors/Traffickers in the U.S. Guardian Genocide Regime: https://tinyurl.com/LaceyAtrocityCrimesDocket  https://tinyurl.com/LaeySaletoTrafficker |
| Atrocity Crimes Victims: Joyce Lacey and her mother June Lacey |
| **MINNESOTA HUMAN TRAFFICKING COURT CASE:** |
| Systemic Gang Rights Rape Nuremberg Decrees by Judicial Perpetrator Tim D. Wermager, David Knutson, Susan Nelson and others in criminal conspiracy with Third Party U.S. Government Vendors/Traffickers in the U.S. Child Trafficking Regime: https://tinyurl.com/RuckiAppendixofAtrocityCrimes |
| Summary Nuremberg Gang Rights Rape Decrees in state and federal Minnesota courts and U.S. Supreme Court https://tinyurl.com/RuckiSummaryofAtrocityCrimes |
| Nuremberg Decrees Denying Remedy: |
| 1. State Court Appeal:  https://tinyurl.com/Grazzini-RuckiNoRemedies4 |
| 2. State Supreme Court Appeal: https://tinyurl.com/Grazzini-RuckiNoRemedies5 |
| 3. U.S. Supreme Court – Denied Hearing; Response and Remedy: https://tinyurl.com/Grazzini-RuckiNoRemedies6 |
| 4. U.S. Supreme Court Demand for Rehearing demanding REPEAL OF ILLEGAL VOID "FAMILY COURT LAWS" –Denied Hearing; Denied Response; Denied Remedy |
| https://tinyurl.com/Grazzini-RuckiNoRemedies7 |
| Atrocity Crimes Victims:  Sandra Sue Grazzini-Rucki  and her children |
| Retaliation Atrocity Crime Victims: Michelle Macdonald and Dede Evavold |
| **MINNESOTA RETALIATION HUMAN TRAFFICKING COURT CASE:0:15-cv-01590** |
| Systemic Retaliation Gang Rights Rape Nuremberg Decrees against Michelle Macdonald |
| The same judicial government employee David Knutson perpetrating the rape of rights of Atrocity Crime Victims Sandra Sue Grazzini-Rucki and her children, stripped attorney Michelle Macdonald of her law certificate: Minnesota High Court Yanks Judicial Candidate's Law License https://www.usnews.com › ... › Minnesota News https://www.usnews.com/news/best-states/minnesota/articles/2021-06-30/minnesota-high-court-yanks-judicial-candidates-law-license |
| https://tinyurl.com/Grazzini-RuckiNoRemedies8 |
| Jun 30, 2021 — The judge was Dakota County Judge David Knutson, who presided over the 2013 child-custody trial of MacDonald's client, Sandra Grazzini-Rucki . |
| https://tinyurl.com/MacDonaldNoRemedies |
| Retaliation Atrocity Crime Victims: Michelle Macdonald |
| **MINNESOTA RETALIATION HUMAN TRAFFICKING COURT CASE:** |
| Systemic Gang Rights Rape Nuremberg Decrees by Judicial Perpetrators Jody Winter and Jessica Maher against James Steinbach and his mother Stephana Steinbach: https://tinyurl.com/SteinbachSumAtrocityCrimes |
| Atrocity Crimes Victims:  James Steinbach and his mother Stephana Steinbach |
| **MINNESOTA HUMAN TRAFFICKING COURT CASE:62-PR-21-465** |
| Systemic Gang Rights Rape Nuremberg Decrees by Judicial Perpetrator Lezlie Marek Ott, Thomas Gilligan Jr., Sara R. Grewing, Patrick C. Diamond, Joel Olson and others in criminal conspiracy with Third Party U.S. Government Vendors/Traffickers in the U.S. Guardian Genocide: https://tinyurl.com/CooperDocketAtrocityCrimes |

106

Rights Raping, Human Trafficking and Pillaging Decrees and decrees conspiring with countless third party vendor/traffickers to own and traffic John Irvin Cooper and to terrorize and pillage his wife:

https://tinyurl.com/CooperRightsRape1

https://tinyurl.com/CooperRightsRape2

https://tinyurl.com/CooperRightsRape3

https://tinyurl.com/CooperRightsRape4

https://tinyurl.com/CooperPhotos

## MINNESOTA RETALIATION ATROCITY CRIMES CASE: 62-HR-CV-12-237

Countless systemic retaliation and torture attacks against Kathy Cooper by "harassment orders" to torture, intimidate and silence her from reporting Atrocity Crimes against her husband

Atrocity Crime Victims: Kathy Cooper and her husband John Irvin Cooper

## MINNESOTA HUMAN TRAFFICKING COURT CASE: 69HI-PR-14-99

Systemic Gang Rights Rape Nuremberg Decrees by Judicial Perpetrator Gary Pagliaccetti and Andrew R Peterson in criminal conspiracy with Third Party government Vendors/Traffickers in U.S. Guardian Genocide:

https://tinyurl.com/BougalisTraffickersFileCrime

https://tinyurl.com/BougalisNoRemedy

https://tinyurl.com/BougalisPillagingakaAccounting

Atrocity Crime Victims:  Joanne Bougalis and her mother Kathy Bougalis

## STATE OF NEW JERSEY

## NEW JERSEY HUMAN TRAFFICKING COURT CASE:  FM-12-2556- 11E

Systemic Gang Rights Rape Nuremberg Decrees by Judicial Perpetrator Sheree V. Pitchfordin criminal conspiracy with Third Party U.S. Government Vendors/Traffickers in the U.S Child Trafficking Regime:

https://tinyurl.com/PenneyRightsRape1

https://tinyurl.com/PenneyRightsRape2

https://tinyurl.com/PenneyRightsRape3

Atrocity Crimes Victims:  Gale Penney and her children

## STATE OF NEW YORK

## NEW YORK HUMAN TRAFFICKING COURT CASE: NN-13093-16

Systemic Gang Rights Rape Nuremberg Decrees by Judicial Perpetrator Jacqueline B. Deane in criminal conspiracy with Third Party U.S. Government Vendors/Traffickers in the U.S Child Trafficking Regime:

1. https://tinyurl.com/LangoneRightsRape1

2. https://tinyurl.com/LangoneRightsRape2

3. https://tinyurl.com/LangoneRightsRape3

4. https://tinyurl.com/LangoneRightsRape4

5. https://tinyurl.com/LangoneNurembergCodeViolations

Atrocity Crimes Victims:  Dori Langone, her daughter and sister, Andrea Schmall, her daughter's aunt

## NEW YORK HUMAN TRAFFICKING COURT CASE: 100016/2001

Systemic Gang Rights Rape Nuremberg Decrees by Judicial Perpetrators Betsy Barros and Leon Ruchelsman in criminal conspiracy with Third Party U.S. Government Vendors/Traffickers in the U.S Guardian Genocide Regime:

Rights Raping Nuremberg Decrees:

https://tinyurl.com/CardRightsRape

https://tinyurl.com/CardPillagingDecree1

https://tinyurl.com/CardPillagingPetition1

Atrocity Crimes Victims Cindy Card and her mother Ella Card, Murdered by Atrocity Crimes and Ken Swenson

| |
|---|
| **STATE OF OHIO** |
| **OHIO HUMAN TRAFFICKING COURT CASE: 15 GU 0223** |
| Systemic Gang Rights Rape Nuremberg Decrees and crimes against and defiling of human dignity by "incompetent" slurs by Judicial Perpetrator Mark J. Bartolotta in criminal conspiracy with Third Party Vendors/Traffickers in the U.S. Guardian Genocide and Pillaging Petitions:<br>1. https://tinyurl.com/PhillipsRightsRape1<br>2. https://tinyurl.com/PhillipsPillagingDecree<br>3. https://tinyurl.com/PhillipsRightsRape2<br>Atrocity Crimes Victims Elaina Stainbrook and her grandmother Mary Phillips |
| **STATE OF OKLAHOMA** |
| **OKLAHOMA HUMAN TRAFFICKING COURT CASES: DH 2011-165, JD-2011-130**<br>**IN CONSPIRACY WITH ARIZONA HUMAN TRAFFICKING COURT CASES:**<br>**JD18007, JD509161 and JD 27773** |
| Systemic Gang Rights Rape Nuremberg Decrees by Judicial Perpetrators Doris L. Fransein, Kyle B. Haskins and Kirsten Pace in criminal conspiracy with Third Party U.S. Government Vendors/Traffickers in the U.S Child Trafficking Regime:<br>Rights Raping Nuremberg Decrees<br>Atrocity Crimes Victims: Karla Johnson, Sara Ybarra-Johnson and their grandchildren/children |
| **STATE OF OREGON** |
| **OREGON HUMAN TRAFFICKING COURT CASE:17PR01740** |
| COMPLETE "DOCKET" REPLETE WITH Systemic Gang Rights Rape Nuremberg Decrees by Judicial Perpetrators Katherine Tennyson, Francis G. Troy and Patrick W. Henry<br>https://tinyurl.com/KingRightsRape<br>Atrocity Crimes Victims Loyd Waugh and his loved one Susan M. King |
| **STATE OF PENNSYLVANIA** |
| Inhumanely and Degradingly called "Orphans Court" to purport its Atrocity Crime Victims are somehow unwanted "ORPHANS" with no family and falsely representing they are financially supported by the state |
| **PENNSYLVANIA HUMAN TRAFFICKING COURT CASES:**<br>**CP-17-DP-52-2018 AND CP-17-DP-52-2021** |
| Systemic Gang Rights Rape Nuremberg Decrees by Judicial Predator Paul E Cherryin criminal conspiracy with ThirdParty Government Vendors/Traffickers in the U.S. Child Trafficking Regime<br>https://tinyurl.com/JonesChildTheftDecree<br>https://tinyurl.com/JonesChildTheftDecree2<br>Nuremberg Decrees by Judicial Predator Paul E Cherry to kidnap and abduct the son and daughter of Atrocity Crime Victims and have them humanly owned by his human trafficker Third Party Government Human Trafficker insiders:<br>https://tinyurl.com/JonesRightsRapeDecree<br>https://tinyurl.com/JonesRightsRapeDecree2<br>Atrocity Crimes Victims: Stephanie Jones and her husband Tosh Jones and their children |
| **PENNSYLVANIA HUMAN TRAFFICKING COURT CASE: 2021-X4252** |
| Systemic Gang Rights Rape Nuremberg Decrees by Judicial Predator Lois E. Murphyin criminal conspiracy with ThirdParty Government Vendors/Traffickers in the U.S. Guardian Genocide Regime:<br>https://tinyurl.com/ElsieRightsRapeDecree<br>Atrocity Crimes Victims: Jenny Reimenschneider and her mother, Elsie Reimenschneider |
| **PENNSYLVANIA HUMAN TRAFFICKING COURT CASE: 311 ½ OF 1999** |
| Systemic Gang Rights Rape Nuremberg Decrees by Judicial Perpetrator James Cullen in criminal conspiracy with ThirdParty Government Vendors/Traffickers in the U.S. Guardian Genocide Regime:<br>https://tinyurl.com/GrivasRightsRape |

**Atrocity Crimes perpetrated in a human trafficking court in the Masquerade of a "court proceeding"**
https://tinyurl.com/GrivasAtrocityCrimes
Atrocity Crime Victims: Irene Grivas and her mother Eugenia Grivas

## PENNSYLVANIA HUMAN TRAFFICKING COURT CASE: 2020-20577

**Systemic Gang Rights Rape Nuremberg Decrees by Judicial Perpetrator Carolyn Tornetta Carluccio in criminal conspiracy with Third Party Government Vendors/Traffickers in the U.S. Child Trafficking Regime:**
https://tinyurl.com/DecordovaRightsRape
 https://tinyurl.com/DecordovaPillagingDecrees
These Nuremberg Decrees perpetrate an endless string of Atrocity Crimes:
1. Criminalizing and raping a Crime Victim of her rights;
2. Threatening, blackmailing, torturing and extorting a Crime Victim in order to steal access to information about her property and possessions
3. Pillaging the assets of Crime Victim using a human trafficking court
4. Placing Crime Victim in danger by invading her privacy and publically "publishing" a list of her private holdings
5. Threatening, blackmailing, torturing and extorting a Crime Victim with rape of her liberty and freedom
6. Torture of Crime Victim by assault on her character and forcing her to submit to a medical evaluation procedure in violation of the Nuremberg Code
Atrocity Crimes Victims: Elizabeth Decordova and her children

## PENNSYLVANIA HUMAN TRAFFICKING COURT CASE: 2010-12435-CU

**Systemic Gang Rights Rape Nuremberg Decrees by Judicial Perpetrator David Bortner in criminal conspiracy with ThirdParty Government Vendors/Traffickers in the U.S. Child Trafficking Regime:**
https://tinyurl.com/MazerRightsRapeDecrees
https://tinyurl.com/MazerAtrCrimesTranscript
Judicial Perpetrator David Bortneris informed of beatings, atrocities, hospitalization and deprivation of rights of Crime Victim, Renee Mazer's son including:
p. 24-25 "when I was at U Mass hospital"
p. 25  "I wish my mother had full custody"
p. 26-27 "And my dad has tried manipulating me, yelling at me and hitting me. Two years ago he yelled at me because I was telling people that he had hit me. He said your mom is not going to get full custody over you, and I'm not going to pay for you to go to camp.
That's what he told me. And there's one time the whole week he kept hitting me, like kicked me, slapped me and all that. One time he hit me on the head so hard that was another time. And I was a teen and my eyes were watering. "
p. 27 Judicial Perpetrator's David Bortner's reply was to purport the only significance to being informed of beatings and atrocities was the period of time in which they occurred.
"THE COURT: Do you have any — can you tell mewhen these things happened recently? "
Crime Victim: "the times he hit me was three years ago, and the other time was two years ago. He was trying to put manipulation on me back in April. "
Notwithstanding being informed of atrocities against a Crime Victim, Judicial Perpetrator David Bortner sold/traded the Crime Victim to the trafficker.
Atrocity Crimes Victims: Renee Mazer and her son and other children

## PENNSYLVANIA HUMAN TRAFFICKING COURT CASE: FD-15-08183-010

**Systemic Gang Rights Rape Nuremberg Decrees by Judicial Perpetrator Kim Berkeley Clark.in criminal conspiracy with ThirdParty Government Vendors/Traffickers in the U.S. Child Trafficking Regime:**
https://tinyurl.com/SilverRightsRapeDecree1
 https://tinyurl.com/SilverRightsRapeDecree2
https://tinyurl.com/SilverBlackmailDecree
 Atrocity Crimes Victims: Susan Silver, M.D. and her son

## STATE OF TENNESSEE

### TENNESSEE HUMAN TRAFFICKING COURT CASE: BCJ 16097

Systemic Gang Rights Rape Nuremberg Decrees by Judicial Perpetrator Randy Kennedy in criminal conspiracy with Third Party Government Vendors/Traffickers in the U.S. Child Trafficking Regime:
https://tinyurl.com/BrabsonRightsRapeDecrees
Atrocity Crimes Victims: Jennifer and Michael Brabson and their children

## STATE OF TEXAS

### TEXAS HUMAN TRAFFICKING COURT CASE: 06-855-2

Systemic Gang Rights Rape Nuremberg Decrees by Judicial Perpetrator Brenda Hull Thompson in criminal conspiracy with ThirdParty Government Vendors/Traffickers in the U.S. Child Trafficking Regime:
https://tinyurl.com/LanzerioRightsRape
Atrocity Crimes Victims:  Letty Lanzerio and  her children

### TEXAS HUMAN TRAFFICKING COURT CASE:2007-24649

Systemic Gang Rights Rape Nuremberg Decrees by Judicial Perpetrators Brent Berg, David Farr,  Robert Hinijosa  and Linda Thompson in criminal conspiracy with Third Party Government Vendors/Traffickers in the U.S. Child Trafficking Regime:
https://tinyurl.com/ShawExtortionDecree
Atrocity Crimes Victims:  Jackie Radai and her children

### TEXAS HUMAN TRAFFICKING COURT CASE: 233-67419-19

Systemic Gang Rights Rape Nuremberg Decrees by Judicial Perpetrator Kate Jones in criminal conspiracy with ThirdParty Government Vendors/Traffickers in the U.S. Child Trafficking Regime:
https://tinyurl.com/HaleAtrocCrimesTranscript
Atrocity Crimes Victims:  Amy Hale and her children

### TEXAS HUMAN TRAFFICKING COURT CASES: 669-G and 11-12837-278-8

Systemic Gang Rights Rape Nuremberg Decrees by Judicial Perpetrators James W.  Locke,
Amanda Sullivan Matzke, Kenneth H. Keeling and Hal R. Ridley in criminal conspiracy with ThirdParty Government Vendors/Traffickers in the U.S. Child Trafficking Regime
https://tinyurl.com/PatrickNurembergDecrees
Atrocity Crimes Victims: Wanda Su Wanek Patrick and her son

### TEXAS HUMAN TRAFFICKING COURT CASE:325-684756-20

Systemic Gang Rights Rape Nuremberg Decrees by Judicial Perpetrators Judith Wells, Kim Brown and Lindsay A. Parkhurs in criminal conspiracy with Third Party Government Vendors/Traffickers in the U.S. Child Trafficking Regime
https://tinyurl.com/LoveSerialRightsRape
https://tinyurl.com/LoveSerialRightsRape2
https://tinyurl.com/LoveSerialRightsRape3
https://tinyurl.com/LoveSerialRightsRape4
https://tinyurl.com/LoveJudicialConspiracy
 https://tinyurl.com/LoveSlaveTrade
https://tinyurl.com/LoveSlaveTradeRequest
https://tinyurl.com/LoveAtrocityCrimesRequest
 https://tinyurl.com/LoveAtrocityCrimesRequest1
Atrocity Crime Victims: Kionna Love and her children

## STATE OF VIRGINIA

### VIRGINIA HUMAN TRAFFICKING COURT CASE: CL 190003 72-00

**Systemic Gang Rights Rape Nuremberg Decrees by Judicial Perpetrators William Edward Tomko and Edward Anson Robbins Jr. in criminal conspiracy with Third Party Government Vendors/Traffickers in the U.S. Guardian Genocide Regime**

https://tinyurl.com/McAnallyRightsRapeDocket

Atrocity Crimes Victims: Christian McAnally; mother Valbruna McAnally **Murdered,** father Charles Phillip McAnally, **Murdered**

## STATE OF WASHINGTON

### WASHINGTON HUMAN TRAFFICKING COURT CASE:  08-2-17016-1 SEA

**Systemic Gang Rights Rape Nuremberg Decrees by Judicial Perpetrators William Downing, Bruce Gardiner, John Erlick, Chris Wickham, Paris Kallas and Catherine Shaffer in criminal conspiracy with Third Party Government Vendors/Traffickers in the U.S. Guardian Genocide Regime;**

1. https://tinyurl.com/McCaslinRightsRapePetition
2. https://tinyurl.com/McCaslinRightRapePetition2
3. https://tinyurl.com/McCaslinRightsRapePetition3
4. https://tinyurl.com/McCaslinRightsRapePetition4
5. https://tinyurl.com/McCaslinRIghtsRapePetition5
6. https://tinyurl.com/McCaslnRightsRapePetition6
7. https://tinyurl.com/McCaslinRightsRapePetition7

**Family Elimination and Torture Decrees:** Daughter Maureen McCaslin defiled and degraded as the "restrained person; stripped of her familial rights; human dignity degraded by being subjected to "mental evaluations" by the judicial Perpetrator; extorted and threatened to silence her in a human trafficking civil court.

1. https://tinyurl.com/McCaslinRetaliateFamEliminate
2. https://tinyurl.com/McCaslinNurembergDecrees

**Transcript of Atrocity Crimes;**  https://tinyurl.com/CaslinandTranscript
**Denial of Remedy by Judicial Perpetrators:**
https://tinyurl.com/CaslinandNoRemedies10
**Human Trafficking/Pillaging Docket:**
https://tinyurl.com/CaslinandNoRemedies11
**Summary of Human Trafficking/Pillaging/Torture/ Family Elimination Atrocity Crimes:**
https://tinyurl.com/CaslinandSummary
Atrocity Crimes Victims:  Maureen McCaslin and her mother Wanda M. Bell

## STATE OF WISCONSIN

### WISCONSIN HUMAN TRAFFICKING COURT CASE:

**Systemic Gang Rights Rape Nuremberg Decrees by Judicial Perpetrator Janet Resnick in criminal conspiracy with Third Party Government Vendors/Traffickers in the U.S. Guardian Genocide Regime:**
https://tinyurl.com/ZahnAtrocityCrimes
https://tinyurl.com/ZahnAtrocityCrimes01
https://tinyurl.com/ZahnAtrocityCrimes02
Futile request by Atrocity Crime Victim asking Judicial Perpetrator not to Rape her of her Rights:
https://tinyurl.com/ZahnNoRemedies12
https://tinyurl.com/ZahnNoRemedies13
https://tinyurl.com/ZahnNoRemedies14
**Pillaging Petitions:**  https://tinyurl.com/ZahnPetition
**Retaliation Police Reports against Atrocity Crime Victim when she sought remedy:** https://tinyurl.com/ZahnRetaliation
Atrocity Crimes Victims:  Marla Zahn and her mother Louise A. Zahn

## PART FOUR
## CRIMES AGAINST THE PUBLIC TRUST; ELECTION FRAUD BY PERPETRATOR RON DESANTIS AND HIS FLORIDA AFFILIATES; AND TREASON AND CRIMES AGAINST THE PUBLIC TRUST BY PERPETRATORS USING VOID FRAUDULENT ACT OF 1871

### A.  NO BOND =
### IMPOSTER PUBLIC SERVANTS; CRIMES AGAINST THE PUBLIC TRUST; PERJURY AND FALSE OFFICE

1. Reference should be made to the attached Filings, Communication and Documents to Jimmy Patronis, the U.S. Attorneys shown thereon and other shown therein documenting the apparent deliberate failure to obtain and provide bond and the flouting thereof ("NO BOND EVIDENCE").
2. These apparent criminal acts are self-authenticated and incontrovertible Crimes against the Public Trust and Election fraud by Perpetrator Ron DeSantis and his Florida Affiliates
3. Perpetrator DeSantis operates one of the most Prolific Genocide, Human Trafficking Enterprises against children, mothers and fathers in the state of Florida and visitors to Florida.
4. Perpetrator DeSantis uses his self-appointed and designated color of law government agencies to cover up his apparent criminal acts and attack his opponents and whistleblowers who expose these acts.
5. The following sections document and evidence NO BOND

### B. FALSE VOID TREASONOUS ACT OF 1871 =
### IMPOSTER GOVERNMENT; IMPOSTER PUBLIC SERVANTS; TREASON; CRIMES AGAINST THE PUBLIC TRUST; PERJURY AND FALSE OFFICE

6. The void, fraudulent, false Act of 1871 usurped, trespassed up and stole Unalienable Rights and Human Dignity of We the People and We the People Government.
7. See examples and summary of the Treasonous acts, Crimes against the Public Trust and other high crimes of the Perpetrators by the void, fraudulent, false Act of 1871 in Exhibit A, a diabolically, deceptive title and name.
8. The Act of 1871is false, fraudulent and void on its face and hereby declared void and repealed and must be removed from the books by remedy set forth herein.

1
#WeKnow
The U.S. is at War against Humanity
Genocide, Torture, Trafficking, Pillaging – the Real Business of the Corporate U.S. Goverment

**EMERGENCY DEMAND FOR GRAND JURY INVESTIGATION OF RON DESANTIS, JIMMY PATRONIS AND OTHER PERSONS USING FLORIDA PUBLIC OFFICIAL TITLES**

**TO:   Juan Antonio "Tony" Gonzalez, U.S. Attorney S. District of Florida,** by Fax: 305.530.7679, (954) 356-7336, (561) 820-8777, (772) 466-1020 305) 292-1423 and email: juan.antonio.gonzalez@usdoj.gov

**Roger B. Handberg, U.S. Attorney Middle District of Florida,** by Fax: 904-301-6310, 407-648-7643, 239-461-2219, 352-547-3623 and email: roger.handberg@usdoj.gov

**Jason R. Coody, U.S. Attorney Northern District of Florida,** by Fax: 850.942.8429, 850.434.9050, 352.337.2653 and email: Jason.coody@usdoj.gov **NOTE:** Jason Coody is not listed as a member of the Florida Bar (Exhibit E) and an explanation is demanded

Citizen Complaints:USAFLS-CitizenCompla@usdoj.gov

**CC: FLORIDA ELECTIONS COMMISION: Tim Vaccaro, Executive Director by Fax:** 850.921.0783 timothy.vaccaro@myfloridalegal.com

**BCC:  GOVERNORS; LAW ENFORCEMENT; PUBLIC; INTERNATIONAL, NATIONAL AND LOCAL MEDIA AND OTHER INTERESTED PARTIES**

Reference should be made to the attached documents:

1. Communication to Jimmy Patronis ("Patronis Demand") requesting the bonds of the Florida government employees/public servants set forth therein including that of Patronis as Constitutionally required. See Exhibit A.

2. Email dated August 23, 2022 where it appears instead of response, Jimmy Patronis subversively diverted the Patronis Demand to the Department of Financial Services wherein an unnamed "bot" (the "Bot Email") indicated that department did not have the bonds and was not the bond custodian. By this subterfuge Jimmy Patronis is criminally misrepresenting/covering up his duties. See Exhibit B.

3. Emails from bots and others in the offices of the Inspector General, Department of State, Office of General Counsel, Dept of Financial Services and other agencies indicating none of these agencies hold the bonds of Florida government servants. These emails include the July 27 and July 29 email from Dept of Financial Services wherein David Harper already stated that agency does not hold the Florida government servant bonds (collectively "No-Bond bot and other email"). See Exhibit C.

By this subterfuge by Patronis, the person responsible for the Florida bonds, is both willfully, grossly and criminally negligent and flouting[1] his unlawful acts and duties to the public.

## A.  DEMAND FOR GRAND JURY INVESTIGATION OF RON DESANTIS, JIMMY PATRONIS AND OTHER PERSONS IN THE STATE OF FLORIDA USING OFFICIAL TITLES INCLUDING BUT NOT LIMITED TO THOSE IN THE PATRONIS DEMAND

The failure to provide bonds governing the state of Florida and its government employees and the subterfuge by Jimmy Patronis makes the following unlawful and illegal acts apparent including but not limited to:

1. It is alleged the State of Florida government officials are operating under color of law;

---

[1] Flout Definition & Meaning | Britannica Dictionary
to break or ignore (a law, rule, etc.) without hiding what you are doing or showing fear or shame
  ▪ Despite repeated warnings, they have continued to *flout* the law. *flouting* authority *flouting* convention

2. It is alleged Florida government officials have civilly and criminally violated a string of laws including but not limited to perjured and false oaths; [2] official records tampering and alteration; [3] deprivation of rights under color of law;[4] conspiracy against rights;[5] concealment and falsification of records.[6]

3. It is alleged that all State of Florida official acts are unlawful and void.

Demand is hereby made for a grand jury investigation. Further, Filers demand:

1. direct access to all jury foremen to file these criminal allegations

2. the grand jury investigation and proceeding shall be presided by non-government officials including but not limited to the Filers.

Complete transparency is mandatory, mandated and demanded.

### B.  GRAND JURY INDICTMENT OF FLORIDA DEPARTMENT OF ELECTIONS

Tim Vaccaro, the Elections Director is apparently criminally negligent and unfit to hold office.  Moreover, the Florida Elections Commission is an unfit agency itself, being a hotbed of criminality, corruption and child trafficking as explosively exposed by law enforcement and the media in Exhibit D.

1. Tim Vaccaro has willfully and criminally negligently failed to vet the Florida candidates for office who are criminally and civilly violating laws.

2. Tim Vaccaro falsely represents to the public his position as "providing administrative support to the Secretary of State" in the Division of Elections website[7] when Tim Vaccaro is on record as on staff of the Florida attorneys general, having an email address at that office (timothy.vaccaro@myfloridalegal.com);

3. Tim Vaccaro is thereby holding multiple offices in violation of the Florida Constitution as described in Article III of the Patronis Demand in criminal conflict of interest.

### C.  MANDATORY CEASE AND DESIST OF FLORIDA ELECTIONS AND APPOINTMENT OF MONITORS WHO ARE NON-GOVERNMENT OFFICIALS

In addition to Grand Jury investigations, Filers hereby demand:

1. The cease and desist of all Florida Elections pending a grand jury investigation;

2. A grand scale audit of the state of Florida and all of its government servants;

---

[2] 18 U.S. Code § 1001 18 U.S. Code §1003; 18 U.S. Code § 1038; 18 U.S. Code § 1621; 28 U.S. Code § 1746

[3] 18 U.S. Code § 1519; 25 CFR § 11.420; 18 U.S. Code § 1512

[4] 18 U.S. Code § 241

[5] 18 U.S. Code § 242

[6] 18 U.S. Code § 2071; 18 U.S. Code Chapter 47

[7] About Us - Division of Elections - Florida Department of State (myflorida.com)
The Florida Department of State's Division of Elections provides administrative support to the Secretary of State, Florida's Chief Election Officer, to ensure that Florida has fair and accurate elections. The Division consists of three bureaus - the Bureau of Election Records, the Bureau of Voter Registration Services, and the Bureau of Voting Systems Certification. Through these bureaus and the director's office, the Division ensures compliance with the election laws, provides statewide coordination of election administration and promotes public participation in the electoral process.  The Division also assists county Supervisors of Elections in their duties, including providing technical support.

3. Official determination and statement under oath and penalties of perjury as to the status of the Entity and Organization of the State of Florida – i.e. affirmation or denial if the State of Florida is incorporated, is a corporation and its Dun and Bradstreet identification number.

4. The immediate designation of an Independent Oversight Team to be appointed by the foremen of the Grand Juries in the manner described in Article B to monitor the state of Florida government to consist of non-government personnel who are bonded by independent, impartial bonding agencies.

Filed this 25ᵗʰ day of August. A response is demanded with a filing number confirmation of this Emergency Demand and the contact information for the Grand Jury Foremen to be provided by email to: **wherearefloridabonds@gmail.com** by 5 p.m. EST, on August 26, 2022.

| CITIZENS AND THE POPULATION OF THE STATE OF FLORIDA | | | |
|---|---|---|---|
| **s/Susanna Alan**<br>Susanna Alan<br>**John Doe/ Jane Doe**<br>Family Members of Susanna Alan | **s/Chris Anthony**<br>Chris Anthony<br>**John Doe/ Jane Doe**<br>Family Members of Chris Anthony | **s/Harry Scott Boggs**<br>Harry Scott Boggs<br>**John Doe/ Jane Doe**<br>Family Members of Harry Scott Boggs | **s/Mitzi Borota**<br>Mitzi Borota<br>**John Doe/ Jane Doe**<br>Family Members of Mitzi Borota |
| **s/Randi Borrack**<br>Randi Borrack<br>**John Doe/ Jane Doe**<br>Family Members of Randi Borrack | **_s/Pat Brown**<br>Pat Brown<br>**John Doe/ Jane Doe**<br>Family Members of Pat Brown | **s/Brenda Cambron**<br>Brenda Cambron<br>**John Doe/ Jane Doe**<br>Family Members of Brenda Cambron | **s/Christopher Cambron**<br>Christopher Cambron<br>**John Doe/ Jane Doe**<br>Family Members of Christopher Cambron |
| **s/Bonnie Carter**<br>Bonnie Carter<br>**John Doe/ Jane Doe**<br>Family Members of Bonnie Carter | **s/Rey Contreras**<br>Rey Constreras<br>**John Doe/ Jane Doe**<br>Family Members of Rey Constreras | **s/Westley Curtiss**<br>Westley Curtiss<br>**John Doe/ Jane Doe**<br>Family Members of Westley Curtiss | **s/Doug Franks**<br>Doug Franks<br>**John Doe/ Jane Doe**<br>Family Members of Doug Franks |
| **s/Jay Goodley**<br>Jay Goodley<br>**John Doe/ Jane Doe**<br>Family Members of Jay Goodley | **_s/Fran Grady-Gilhooly**<br>Fran (Rutkosky) Grady-Gilhooly<br>**John Doe/ Jane Doe**<br>Family Members of Fran (Rutkosky) Grady-Gilhooly | **_s/Linda Grzybowicz**<br>Linda Grzybowicz<br>**John Doe/ Jane Doe**<br>Family Members of Linda Grzybowicz | **s/Becky Harber**<br>Becky Harber<br>**John Doe/ Jane Doe**<br>Family Members of Becky Harber |
| **s/Faye Herring**<br>Faye Herring<br>**John Doe/ Jane Doe**<br>Family Members of Faye Herring | **s/Skender Hoti**<br>Skender Hoti<br>**John Doe/ Jane Doe**<br>Family Members of Skender Hoti | **s/Gary Housman**<br>Gary Housman<br>**John Doe/ Jane Doe**<br>Family Members of Gary Housman | **s/Diane Housman**<br>Diane Housman<br>**John Doe/ Jane Doe**<br>Family Members of Diane Housman |
| **s/Keith Klingenstein**<br>Keith Klingenstein<br>**John Doe/ Jane Doe**<br>Family Members of Keith Klingenstein | **s/Geralyn Lambou**<br>Geralyn Lambou<br>**John Doe/ Jane Doe**<br>Family Members of Geralyn Lambou | **s/Tammie Ledbetter**<br>Tammie Ledbetter<br>**John Doe/ Jane Doe**<br>Family Members of Tammie Ledbetter | **s/Larry Leonhardt**<br>Larry Leonhardt<br>**John Doe/ Jane Doe**<br>Family Members of Larry Leonhardt |
| **s/Teresa Lyles**<br>Teresa Lyles<br>**John Doe/ Jane Doe**<br>Family Members of Teresa Lyles | **s/Bruna Melo**<br>Bruna Melo<br>**John Doe/ Jane Doe**<br>Family Members of Bruna Melo | **s/Christine Middleton**<br>Christine Middleton<br>**John Doe/ Jane Doe**<br>Family Members of Christine Middleton | **_s/ Mary Mieczynski**<br>Mary Mieczynski<br>**John Doe/ Jane Doe**<br>Family Members of Mary Mieczynski |
| **s/Christine Montanti**<br>Christine Montanti | **s/John Serhan Oral**<br>John Serhan Oral | **s/Michelle Pimienta**<br>Michelle Pimienta | **s/Maria Peric**<br>Maria Peric |

| John Doe/ Jane Doe Family Members of Christine Montanti | John Doe/ Jane Doe Family Members of John Serhan Oral | John Doe/ Jane Doe Family Members of Michelle Pimienta | John Doe/ Jane Doe Family Members of Maria Peric |
|---|---|---|---|
| _s/Patty Reid Patty Reid John Doe/ Jane Doe Family Members of Patty Reid | _s/Tony Reid Tony Reid John Doe/ Jane Doe Family Members of Tony Reid | _s/Maria C. Romero Maria C. Romero John Doe/ Jane Doe Family Members of Maria C. Romero | _s/ Dr. Robert Sarhan Dr. Robert Sarhan John Doe/ Jane Doe Family Members of Dr. Robert Sarhan |
| _s/Linda Scott Linda Scott John Doe/ Jane Doe Family Members of Linda Scott | _s/Deborah Scott Young Deborah Scott Young John Doe/ Jane Doe Family Members of Deborah Scott Young | _s/Joan Stanton Joan Stanton John Doe/ Jane Doe Family Members of Joan Stanton | _s/Mary Steffen Mary Steffen John Doe/ Jane Doe Family Members of Mary Steffen |
| _s/Barbara Stone Barbara Stone John Doe/ Jane Doe Family Members of Barbara Stone | _/s Pamela Suleman Pamela Suleman John Doe/ Jane Doe Family Members of Pamela Suleman | _s/Nathalie Tordion Nathalie Tordion John Doe/ Jane Doe Family Members of Nathalie Tordion | _s/Meghan Walsh Meghan Walsh John Doe/ Jane Doe Family Members of Meghan Walsh |
| _s/Vanessa Werko Vanessa Werko John Doe/ Jane Doe Family Members of | _s/Angela Woodhull Angelina Woodhull John Doe/ Jane Doe Family Members of Angelina Woodhull | | |

## EXHIBITS

| A | Patronis Demand |
|---|---|
| B | Bot Email |
| C | No-Bond bot and other email indicating **NO BOND** of Florida government officials: **NO BOND:** July 20 email from Office of General Counsel **NO BOND:** July 21 email from Inspector General (Melinda M. Miguel) representing that the Office of General Counsel (Kevin Avila) as being the bond holder after being informed Office of General Counsel denied bond and represented he did not hold bonds **NO BOND:** July 27 from David Harper, Inspector General of Department of Financial Services **NO BOND:** July 28 subterfuge and lies email from Department of Financial Services in conflict with July 27 email from David Harper **NO BOND:** July 29 from Department of Financial Services: "Chief Financial Officer Jimmy Patronis' Office of Open Government received your request for records. However the Department of Financial Services is not the custodian of these records." **NO BOND** August 23 subterfuge and lies email from Department of Financial Services orchestrated by the subterfuge and lies by Jimmy Patronis |
| D | Explosive Expose of Florida Department of Elections |
| E | Florida Bar Screenshot– no Florida Bar listing for Jason Coody |

4

**EXHIBIT A**

**PATRONIS DEMAND**

BY CERTIFIED MAIL, FAX TO  850–488–0697 AND EMAIL TO:          August 22, 2022
CFO.Patronis@MyFloridaCFO.com

Jimmy Patronis
Chief Financial Officer – State of Florida
Florida Department of Financial Services
200 East Gaines St.
Tallahassee, FL 32399

**Re: Notice of Apparent Unlawful State of Florida De jure, Banana Republic Government,
Demand for Bonds; Insurance Policies and Oaths of Office**

TO:  JIMMY PATRONIS

We are citizens and the population of the state of Florida.  Having repeatedly requested the Bonds,
Insurance Policies and Oaths of Office for Florida government public servants including those in
Article II, from the Florida government officials responsible to provide same and who cover up and
shield their failure to provide same by systemically, willfully, fraudulently and deceptively diverting
us to other Florida public servants who engage in the same subterfuge, it appears these fundamental
documents establishing the State of Florida as a legitimate government that can guarantee its
obligations and the government public servants as obligated to comply with and enforce the
Constitutional apparently do not exist.

You purport to "alert consumers" of the need for a fidelity and surety bond to guarantee performance
and payment. Bonds Overview (myfloridacfo.com) on a posting funded by taxpayers.

**Why isn't the fidelity and surety bond of the State of Florida and its government public servants
posted thereon?** Deplorable, disingenuous, willful lack of transparency. Why are the taxpayers and
citizens of Florida who pay your salary and the salary of these government employees subjected to
deceit and subterfuge instead of being immediately provided the documents evidencing and validating
that the state of Florida and its government employees are lawfully established and can pay, guarantee
and satisfy their obligations, performance and duties.

**I. DEMAND FOR FUNDAMENTAL DOCUMENTS FOR GOVERNANCE OF
THE STATE OF FLORIDA AND OF THE STATE OF FLORIDA PUBLIC SERVANTS**

This is a request under Federal Laws and the Florida Constitution and Florida Laws including but not
limited to the Freedom of Information Act; 5 U.S.C. § 552; 5 U.S.C. § 552b; Article II, Sections 5 and
8 of the Florida Constitution and Florida Statute 286.011, PUBLIC RECORDS, for a certificate copy
of the following documents mandated pursuant to Florida Statutes 30.09; and 113 for the governance
of the state of Florida and its public servants,  The state of Florida public servants for whom these
documents are demanded are identified in Article II (collectively, "Florida government
employees/public servants"):

1. Public Official Surety Bond;
2. The blanket surety bond;
3. The individual surety bond for each Florida government employee/public servant;
4. The Errors & Omissions (E&O), a Surety Liability Insurance policy, and the Duty of Care policy
   for each Florida government employee/public servant;
5. The courts General Obligation Bonds of the state courts, school board and county commissioners;
6. The general long-term bond for the state courts; the school board and the county commissioners:

1

7. The Crime Policy for the state courts, the school board and the county commissioner;

8. Risk Management Policy;

9. The following:
   a. ACORD 125;
   b. ACORD 126;
   c. ACORD 127;
   d. ACORD 128

10. Certificate of Liability;

11. Public Officials and/or any other bonds pertaining to proof of liability and policies. **Based on any and all loses of financial responsibility due to negligence or dishonesty. Any and all based on the contract of terms and conditions.

12. The faithful Performance Bond for each Florida government employee/public servant;

13. The Fidelity Bond for each Florida government employee/public servant;

14. The Public Employee Dishonesty Policy for each Florida government employee/public servant;

15. The Public Employee Blanket Bond;

16. The Statutory Bond;

17. The power of attorney for the surety bond company for each Florida government employee/public servant;

18. The Blanket Bond power of attorney for the surety bond company;

19. The Record of commission, oath, and acceptance set forth in Florida Statute 113.06:
   Every commission issued by the Governor shall be recorded in the office of the Secretary of State in a book of commissions and an index made thereof, and the oath of office of the person named in said commission shall be endorsed on said commission, and accompanying the commission there shall be transmitted to each officer a printed acceptance of said commission, and his or her oath of office, which shall be subscribed and taken by such officer, and returned to the office of the Secretary of State and filed therein, and a note thereof made on the record of said commission by the Secretary of State.

20. Documents evidencing compliance by the surety companies and sureties with state of Florida law including but not limited to Florida Statute 113.07 and 113.071.

21. The oath of office for each Florida government employee/public servant;

22. The financial statements for each Florida government employee/public servant each year in office.

The documents should indicate the policy number and the insured amount of the policy.

The foregoing information concerning public official surety bonds, Errors & Omissions (E&O), and the Duty of Care policy is mandatory before swearing the oath of office.

## II. STATE OF FLORIDA PUBLIC SERVANTS

The state of Florida government employees/public servants for which the documents in Article I are demanded include but are not limited:

1. Jimmy Patronis
2. Ron Desantis;
3. Ashley Moody;
4. Melinda M. Miguel;
5. Kevin Avila;
6. James Uthmeier

### III. STATEMENT AND VERIFICATION OF THE GOVERNMENT AND OTHER POSITIONS HELD BY JIMMY PATRONIS

Under information and belief, it appears Jimmy Patronis holds many positions within the state of Florida and within other entities and agencies as follows:

1. State of Florida Chief Financial Officer;
2. State of Florida Fire Marshal;
3. State of Florida Cabinet Member
4. State Board of Administration
5. Institutional Real Estate Inc.
6. Osceola Chamber of Commerce

Reference is made to the Federal Constitution, Article I, Section 9, Clause 8 and the Florida Constitution, Article II, Section 5 as follows:

**SECTION 5.  Public officers.—**
(a)  No person holding any office of emolument under any foreign government, or civil office of emolument under the United States or any other state, shall hold any office of honor or of emolument under the government of this state. No person shall hold at the same time more than one office under the government of the state and the counties and municipalities therein, except that a notary public or military officer may hold another office, and any officer may be a member of a constitution revision commission, taxation and budget reform commission, constitutional convention, or statutory body having only advisory powers.

Further, in the context of a criminal law matter, a constitutional violation occurs when an agent of the state (or an actor acting on behalf of or at the behest of an agent of the state) performs some act that does something that infringes upon one of the rights guaranteed to a citizen under the U.S. Constitution.

Demand is made for an affirmation before a notary public under oath and penalties of perjury by Jimmy Patronis as to the public offices he holds; the private positions he holds and the agencies to which he is affiliated and any monetary payments and other benefits he obtains.

### IV. STATEMENT OF STATUS OF THE ENTITY OF THE STATE OF FLORIDA

This will demand that you affirm or deny if the State of Florida is incorporated, is a corporation and its Dun and Bradstreet identification number.

You are hereby on formal and official notice.  Be assured we will take all necessary legal action to ensure compliance with this demand.  The information and documents requested are to be furnished by email to: **whereareflloridabonds@gmail.com** by 5 p.m. EST, close of business on August 23, 2022.

| CITIZENS AND THE POPULATION OF THE STATE OF FLORIDA | | | |
|---|---|---|---|
| _s/Susanna Alan<br>Susanna Alan<br>**John Doe/ Jane Doe**<br>Family Members of Susanna Alan | _s/Chris Anthony<br>Chris Anthony<br>**John Doe/ Jane Doe**<br>Family Members of Chris Anthony | _s/Harry Scott Boggs<br>Harry Scott Boggs<br>**John Doe/ Jane Doe**<br>Family Members of Harry Scott Boggs | _s/Mitzi Borota<br>Mitzi Borota<br>**John Doe/ Jane Doe**<br>Family Members of Mitzi Borota |
| _s/Randi Borrack<br>Randi Borrack<br>**John Doe/ Jane Doe**<br>Family Members of Randi Borrack | _s/Pat Brown<br>Pat Brown<br>**John Doe/ Jane Doe**<br>Family Members of Pat Brown | _s/Brenda Cambron<br>Brenda Cambron<br>**John Doe/ Jane Doe**<br>Family Members of Brenda Cambron | _s/Christopher Cambron<br>Christopher Cambron<br>**John Doe/ Jane Doe**<br>Family Members of Christopher Cambron |

3

| | | | |
|---|---|---|---|
| **s/Bonnie Carter**<br>Bonnie Carter<br>**John Doe/ Jane Doe**<br>Family Members of Bonnie Carter | **s/Rey Contreras**<br>Rey Constreras<br>**John Doe/ Jane Doe**<br>Family Members of Rey Constreras | **s/Westley Curtiss**<br>Westley Curtiss<br>**John Doe/ Jane Doe**<br>Family Members of Westley Curtiss | **s/Doug Franks**<br>Doug Franks<br>**John Doe/ Jane Doe**<br>Family Members of Doug Franks |
| **s/Jay Goodley**<br>Jay Goodley<br>**John Doe/ Jane Doe**<br>Family Members of Jay Goodley | **s/Fran Grady-Gilhooly**<br>Fran (Rutkosky) Grady-Gilhooly<br>**John Doe/ Jane Doe**<br>Family Members of Fran (Rutkosky) Grady-Gilhooly | **s/Linda Grzybowicz**<br>Linda Grzybowicz<br>**John Doe/ Jane Doe**<br>Family Members of Linda Grzybowicz | **s/Becky Harber**<br>Becky Harber<br>**John Doe/ Jane Doe**<br>Family Members of Becky Harber |
| **s/Faye Herring**<br>Faye Herring<br>**John Doe/ Jane Doe**<br>Family Members of Faye Herring | **s/Skender Hoti**<br>Skender Hoti<br>**John Doe/ Jane Doe**<br>Family Members of Skender Hoti | **s/Gary Housman**<br>Gary Housman<br>**John Doe/ Jane Doe**<br>Family Members of Gary Housman | **s/Diane Housman**<br>Diane Housman<br>**John Doe/ Jane Doe**<br>Family Members of Diane Housman |
| **s/Keith Klingenstein**<br>Keith Klingenstein<br>**John Doe/ Jane Doe**<br>Family Members of Keith Klingenstein | **s/Geralyn Lambou**<br>Geralyn Lambou<br>**John Doe/ Jane Doe**<br>Family Members of Geralyn Lambou | **s/Tammie Ledbetter**<br>Tammie Ledbetter<br>**John Doe/ Jane Doe**<br>Family Members of Tammie Ledbetter | **s/Larry Leonhardt**<br>Larry Leonhardt<br>**John Doe/ Jane Doe**<br>Family Members of Larry Leonhardt |
| **s/Teresa Lyles**<br>Teresa Lyles<br>**John Doe/ Jane Doe**<br>Family Members of Teresa Lyles | **s/Bruna Melo**<br>Bruna Melo<br>**John Doe/ Jane Doe**<br>Family Members of Bruna Melo | **s/Christine Middleton**<br>Christine Middleton<br>**John Doe/ Jane Doe**<br>Family Members of Christine Middleton | **s/ Mary Mieczynski**<br>Mary Mieczynski<br>**John Doe/ Jane Doe**<br>Family Members of Mary Mieczynski |
| **s/Christine Montanti**<br>Christine Montanti<br>**John Doe/ Jane Doe**<br>Family Members of Christine Montanti | **s/John Serhan Oral**<br>John Serhan Oral<br>**John Doe/ Jane Doe**<br>Family Members of John Serhan Oral | **s/Michelle Pimienta**<br>Michelle Pimienta<br>**John Doe/ Jane Doe**<br>Family Members of Michelle Pimienta | **s/Maria Peric**<br>Maria Peric<br>**John Doe/ Jane Doe**<br>Family Members of Maria Peric |
| **s/Patty Reid**<br>Patty Reid<br>**John Doe/ Jane Doe**<br>Family Members of Patty Reid | **s/Tony Reid**<br>Tony Reid<br>**John Doe/ Jane Doe**<br>Family Members of Tony Reid | **s/Maria C. Romero**<br>Maria C. Romero<br>**John Doe/ Jane Doe**<br>Family Members of Maria C. Romero | **s/ Dr. Robert Sarhan**<br>Dr. Robert Sarhan<br>**John Doe/ Jane Doe**<br>Family Members of Dr. Robert Sarhan |
| **s/Linda Scott**<br>Linda Scott<br>**John Doe/ Jane Doe**<br>Family Members of Linda Scott | **s/Deborah Scott Young**<br>Deborah Scott Young<br>**John Doe/ Jane Doe**<br>Family Members of Deborah Scott Young | **s/Joan Stanton**<br>Joan Stanton<br>**John Doe/ Jane Doe**<br>Family Members of Joan Stanton | **s/Mary Steffen**<br>Mary Steffen<br>**John Doe/ Jane Doe**<br>Family Members of Mary Steffen |
| **s/Barbara Stone**<br>Barbara Stone<br>**John Doe/ Jane Doe**<br>Family Members of Barbara Stone | **/s Pamela Suleman**<br>Pamela Suleman<br>**John Doe/ Jane Doe**<br>Family Members of Pamela Suleman | **s/Nathalie Tordion**<br>Nathalie Tordion<br>**John Doe/ Jane Doe**<br>Family Members of Nathalie Tordion | **s/Meghan Walsh**<br>Meghan Walsh<br>**John Doe/ Jane Doe**<br>Family Members of Meghan Walsh |
| **s/Vanessa Werko**<br>Vanessa Werko<br>**John Doe/ Jane Doe**<br>Family Members of | **s/Angela Woodhull**<br>Angelina Woodhull<br>**John Doe/ Jane Doe**<br>Family Members of Angelina Woodhull | | |

4

cc and bcc:

**Florida Media** including Sun Sentinel; Tampa Bay Times; Orlando Sentinel; Palm Beach Post; Sarasota Herald-Tribune; The Florida Times-Union; Miami Herald; The News-Journal; The Villages Daily Sun Collier Citizen

**National and International Media**

**Interested Parties** including but not limited to those herein

## Osceola Chamber of Commerce – Board of Directors

| Allison Beeman<br>Cemex<br>allisond.beeman@cemex.com | Crystal Bethea<br>Riviera Spa Massage<br>crystaljohnson60@yahoo.com | Jennifer Bondy<br>Overstreet Law<br>jbondy@kisslawyer.com | Amy Buehler<br>Land Title Professionals<br>amy@landtitleprofessionals.org |
|---|---|---|---|
| Charles Castellon<br>Widerman Malek<br>ccastellon@uslegalteam.com | Mary K. Cooper<br>Mary Cooper<br>kisshawk@aol.com | Kevin Crain<br>Osceola Press-Printing & Signs<br>info@osceolapress.com | Alex De Jorge<br>Brightway Insurance<br>alex.dejorge@brightway.com |
| Mary Downey<br>Hope Partnership, Inc.<br>mary.downey@hope192.com | Tom Franklin<br>KPM Franklin (aka Franklin,<br>Hart & Reid)<br>tomsr@kpmfranklin.com | Kathy Frazier-Kenney<br>Kenney Consulting LLC<br>kfrazier0@aol.com | Linda Goodwin-Nichols<br>Goodwin Realty & Associates,<br>Inc.<br>goodwinfl@aol.com |
| Andrew Harrell<br>Harrell Agency Service<br>andrew.harrellagency@yahoo.com | Sam Haught<br>Wild Florida<br>sam@wildfl.com | Hector Lizasuain<br>Magic Companies Group LLC<br>hector@magicdevelopment.com | Atlee E. Mercer<br>Visions by Atlee<br>atlee@cfl.rr.com |
| Pablo Rendic Olivieri<br>Imagine Digital Expressions<br>pablo@idx.marketing | Pablo Rendic Olivieri<br>Imagine Digital Expressions<br>pablo@idx.marketing | Kathy D Pierson<br>Kathy Pierson Communications<br>kpierson@cfl.rr.com | Keith Ronan<br>Positively Osceola<br>keith@positivelyosceola.com |
| Rob Rosen<br>Edward Jones<br>rob.rosen@edwardjones.com | Thearon Scurlock<br>Old Town<br>Kissimmee thearon.scurlock@<br>myoldtownusa.com | Adrianna Sekula<br>PureCycle Technologies<br>asekula@purecycletech.com | Steve Silcock<br>Bardell Real Estate<br>steve.silcock@bardellrealestate.com |
| Stella Siracuza<br>Tomato Express Market<br>tomatoexpress@aol.com | Brianne Stefek<br>Osceola Arts<br>brianne@osceolaarts.org | Jo Thacker<br>Nelson Mullins Broad and Cassel<br>jthacker@nelsonmullins.com | Kelly Ann Trace<br>Reach<br>kelly@itsjustreach.com |
| Carlos Velez<br>Orlando Magic<br>cvelez@orlandomagic.com | Larry Walter<br>Hanson, Walter & Associates<br>lwalter@hansonwalter.com | Tim Weisheyer<br>Dream Builders Realty<br>tim@dreambuildersrealty.com | Tom White<br>BankFlorida<br>twhite@bankflorida.com |
| Don Whyte<br>Deseret Cattle & Citrus<br>dwhyte@deseretranches.com | Jozef Bladek; Luxe Event<br>Management & Services<br>jozef@luxeevent.com | Ulysses Escobar<br>Movement Mortgage<br>Ulysses.escobar@movement.com | Heather Kahoun<br>Heyyy Heather<br>heather@heyyyheather.com |
| Ashok Patel<br>Hayes Vacation Homes<br>info@hayesvacationhomes.com | Gene Terrico<br>Street Outdoor – Osceola<br>County LLC<br>gene@streetoutdoor.com | Melissa Thacker<br>Balfour Beatty Construction<br>mthacker@balfourbeattyus.com | Melissa Zayas-Moreno<br>City of Kissimmee<br>melissa.zayasmoreno@kissimme<br>.gov |

## Trustees: Osceola Chamber of Commerce

| ABC Paving and Sealcoating<br>Shawn Savage<br>shawn@pavingandsealcoating.com | Addition Financial<br>Joel Martinez<br>jmartinez@additionfi.com | AdventHealth<br>Rebekah Hurd<br>Sheila Rankin<br>rebekah.hurd@adventhealth.com<br>sheila.rankin@adventhealth.com | SouthState Bank<br>Amber Adams<br>aadams@southstatebank.com |
|---|---|---|---|
| ChampionsGate Golf Resort<br>Marc Reicher<br>mreicher@championsgate.com | City of Kissimmee<br>Olga Lucia Castano<br>olga.castano@kissimmee.gov | City of St. Cloud<br>William Sturgeon<br>wsturgeon@stcloud.org | Crown Castle<br>Malcolm Eve<br>malcolm.eve@crowncastle.com |
| Deseret Cattle and Citrus<br>Don Whyte<br>dwhyte@deseretranches.com | Duke Energy<br>Kari Conley<br>kari.conley@duke-energy.com | Gatorland<br>Mark McHugh<br>markmchugh@gatorland.com | GrayRobinson, P.A.<br>Chris Carmody<br>chris.carmody@gray-<br>robinson.com |

| | | | |
|---|---|---|---|
| Hanover Land Company, LLC<br>Tony Iorio<br>tiorio@hcpland.com | Hanson, Walter & Associates<br>Shawn Hindle<br>shindle@hansonwalter.com | HCA Florida Osceola Hospital<br>David Shimp<br>David.Shimp@hcahealthcare.com | IMEC USA Nano-electronics<br>Design Center, Inc.<br>Ryan Honeycutt<br>Ryan.Honeycutt@imec-int.com |
| Kissimmee Utility Authority<br>Tiffany Henderson<br>thenderson@kua.com | Krush Brau Park<br>Mark Covey<br>mark.covey@krushacquisitions.com | Lennar Homes<br>Alyssa Marsico<br>Alyssa.Marsico@Lennar.com | Magic Companies Group<br>hector@magicdevelopment.com |
| Mark McCormick Miller, LLC<br>Eileen Daley<br>edaley@frontdeskglobal.com | Nelson Mullins Broad and<br>Cassel<br>Jo Thacker<br>jthacker@nelsonmullins.com | OUC – The Reliable One<br>Terry Torrens<br>TTorrens@ouc.com | Old Town Kissimmee<br>Thearon Scurlock<br>Thearon.Scurlock@myoldtownusa.com |
| Orlando Health St. Cloud<br>Hospital<br>Aparna Shamra<br>Aparna.Shamra@orlandohealth.com | Orlando Magic<br>Carlos Velez<br>cvelez@orlandomagic.com | Osceola County Association of<br>Realtors®, INC.<br>Twis H Lizasuain<br>tlizasuain@osceola-realtors.com | Osceola County<br>Cheryl Grieb<br>cheryl.grieb@osceola.org |
| Osceola County District<br>Schools - Julius Melendez<br>julius.melendez@osceolaschools.net | Pepsico-Gatorade<br>Dan Munoz<br>dan.munoz@quakeroats.com | Restoration First Services<br>Adriel A. Nieto<br>info@restorationfirstservices.com | Reunion Resort and Golf Club<br>Anthony Carll<br>acarll@reunionresort.com |
| SchenkelShultz Architecture<br>Michelle Chandler<br>info@schenkelshultz.com | Schoolfield Properties, Inc.<br>Alicia Kelly<br>alicia@schoolfieldproperties.com | Southcrest Management<br>Mary Ezzard<br>mary@southcrest.us | State Housing and Development,<br>Inc.<br>Tom Tompkins<br>tnt6125@aol.com |
| SkyWater<br>Dale Miller<br>dale.miller@skywatertechnology.com | Teco Peoples Gas<br>Josh Wyche<br>JWWyche@tecoenergy.com | Toho Water Authority<br>Todd Swingle<br>tswingle@tohowater.com | Tupperware Corporation<br>Jody Ketchum-Koger<br>jodykoger@tupperware.com |
| Travel & Leisure Co.<br>Jose Nido<br>Jose.Nido@travelandleisur.com | University of Central Florida<br>Esther Vargas<br>esther.vargas@ucf.edu | Valencia College<br>Jay Galbraith<br>jgalbraith1@valenciacollege.edu | Walt Disney World<br>Elizabeth Watkins<br>elizabeth.watkins@disney.com |
| Xentury – Global Resort City<br>Dimitri Toumazos<br>-dtoumazos@xenturycity.com | | | |

**Institutional Real Estate Inc.**

| | | | |
|---|---|---|---|
| Geoffrey Dohrmann<br>Chairman, CEO,Editor-in-Chief<br>g.dohrmann@irei.com | Mark Dohrmann<br>CFO, Board of Directors<br>m.dohrmann@irei.com | Erika Cohen<br>President and COO<br>e.cohen@irei.com | Tom Parker<br>Executive VPt and Publisher<br>t.parker@irei.com |
| David "Mac" McWhorter<br>Managing Director, iREOC &<br>Capital Markets Consulting<br>d.mcwhorter@irei.com | Chase McWhorter<br>Managing Director, Americas<br>and Infrastructure<br>c.mcwhorter@irei.com | Reno Sio<br>Managing Director, Asia Pacific<br>r.sio@irei.com | Brooke Heffington<br>Managing Director, Real Assets<br>Adviser<br>b.heffington@irei.com |
| Taylor Gray<br>Director, Client Services<br>t.gray@irei.com | Larry Gray<br>VP, Editorial Director<br>l.gray@irei.com | Sandy Terranova, VP, Marketing<br>& Audience Development<br>s.terranova@irei.com | Lucero Jaramillo<br>Conference Director<br>l.jaramillo@irei.com |
| Karen Palma<br>Data Services Director<br>k.palma@irei.com | Linda Ward<br>Sponsor Benefits Manager<br>l.ward@irei.com | Jenny Guerrero<br>Controller / Corporate Secretary<br>j.guerrero@irei.com | Karim Garcia<br>Sales and Executive Administrator<br>k.garcia@irei.com |
| | Cynthia Kudren<br>Sr Account Exec Advertising<br>c.kudren@irei.com | Elaine Daniels<br>Sales Associate<br>e.daniels@irei.com | Karen McLean<br>Sales Associate<br>k.mclean@irei.com |

EXHIBIT B


**August 23 Email from Department of Financial Services**

**apparently a subversion by Jimmy Patronis to the Patronis Demand**

 Gmail                                    Where are Florida Bonds <wherearefloridabonds@gmail.com>

---

**Records Request Confirmation**

---

**JustFOIA Notification** <donotreply@request.justfoia.com>                    Tue, Aug 23, 2022 at 11:07 AM
To: wherearefloridabonds@gmail.com

The Florida Department of Financial Services is in receipt of your request for records. A search for responsive records will be initiated and someone from this office will be back in touch with you soon. If the search produces a volume of records which indicates that there will be a fee associated with your request, you will be provided with a fee estimate for your review.

Your request security key is 806253.
Your request reference number is Request Number: 3229-2022.

Please have this security key and reference number available when communicating with our staff regarding your request.

Thank you for contacting the Florida Department of Financial Services.


Note: This is an automated email notification. Please do not respond to this email.

**EXHIBIT C**

**No–Bond bot and other email indicating NO BOND of Florida government officials**

| | |
|---|---|
| July 20 email from Office of General Counsel | **NO BOND** |
| July 21 email from Inspector General (Melinda M. Miguel) representing that the Office of General Counsel (Kevin Avila) as being the bond holder after being informed Office of General Counsel denied bond and represented he did not hold bonds | **NO BOND** |
| July 27 from David Harper, Inspector General of Department of Financial Services | **NO BOND** |
| July 28 subterfuge and lies email from Department of Financial Services in conflict with July 27 email from David Harper | **NO BOND** |
| July 29 from Department of Financial Services:<br>   "Chief Financial Officer Jimmy Patronis' Office of Open Government received your request for records. However the Department of Financial Services is not the custodian of these records." | **NO BOND** |
| August 23 subterfuge and lies email from Department of Financial Services orchestrated by the subterfuge and lies by Jimmy Patronis | **NO BOND** |

 Gmail

Tom Moore <tmoore4646@gmail.com>

## RE: Public Records Response

**General Counsel** <DOS.GeneralCounsel@dos.myflorida.com>
To: Tom Moore <tmoore4646@gmail.com>

Wed, Jul 20, 2022 at 10:06 AM

Dear requestor,

Enclosed are records responsive to your public records request for the Oaths of Office of Ron DeSantis and Ashley Moody.

Please note that some information is redacted. These redactions are made pursuant to section 119.071, Florida Statutes.

The Florida Department of State does not have records responsive to your request for bonds. The Department now considers this request fulfilled. It has been a pleasure to be of service to you. There is no charge for these copies.

Respectfully,

Office of the General Counsel

FLORIDA DEPARTMENT OF STATE

R. A. Gray Building, Suite 100

500 South Bronough Street

Tallahassee, Florida 32399

Note: This response is provided for reference only and does not constitute a formal legal opinion or representation from the sender or the Department of State. Parties should refer to the Florida Statutes and applicable case law, and/or consult an attorney to represent their interests before relying upon the information provided.

In addition, Florida has a very broad public records law. Written communications to or from state officials regarding state business constitute public records. Public records are available to the public and media upon request, unless the information is subject to a specific statutory exemption. Therefore, any information that you send to this address, including your contact information, may be subject to public disclosure.

**From:** Tom Moore <tmoore4646@gmail.com>
**Sent:** Monday, July 18, 2022 5:31 PM
**To:** General Counsel <DOS.GeneralCounsel@DOS.MyFlorida.com>
**Cc:** Office of the Inspector General <OIG@dos.myflorida.com>
**Subject:** Fwd: Bond and Oath

EMAIL RECEIVED FROM EXTERNAL SOURCE

See below request for the bond and oath of office for Ron DeSantis and Ashley Moody immediately

---------- Forwarded message ----------
From: **Office of the Inspector General** <OIG@dos.myflorida.com>
Date: Mon, Jul 18, 2022 at 3:54 PM
Subject: RE: Bond and Oath
To: Tom Moore <tmoore4646@gmail.com>
Cc: Office of the Inspector General <OIG@dos.myflorida.com>

The Department of State Office of Inspector General has received your public records request.  You will need to contact the Department of State Office of the General Counsel with your request.  A link to their contact information is provided below for your convenience.

https://dos.myflorida.com/offices/general-counsel/public-records-requests/

Sincerely,

Office of the Inspector General

Florida Department of State

OIG@dos.myflorida.com

**From:** Tom Moore <tmoore4646@gmail.com>
**Sent:** Monday, July 18, 2022 3:48 PM
**To:** Office of the Inspector General <OIG@dos.myflorida.com>
**Subject:** Bond and Oath

EMAIL RECEIVED FROM EXTERNAL SOURCE

This requests a copy of the bond for Ron DeSAntis and Ashley Moody immediately:

**2 attachments**

**Oath for Ron DeSantis.pdf**
30K

**Oaths for Ashley Moody_Redacted.pdf**
103K

 Gmail

Tom Moore <tmoore4646@gmail.com>

## Where is the bond of Ron DeSantis and Ashley Moody? Concealing record; honest service fraud, false oaths

**Office of the Inspector General** <OIG@dos.myflorida.com>
To: Tom Moore <tmoore4646@gmail.com>
Cc: Office of the Inspector General <OIG@dos.myflorida.com>

Thu, Jul 21, 2022 at 9:57 AM

The Department of State Office of Inspector General has received your follow-up email correspondence.  As previously stated, you will need to contact the Department of State Office of the General Counsel with your request.  A link to their contact information is provided below for your convenience.

[Quoted text hidden]

 Gmail

Tom Moore <tmoore4646@gmail.com>

---

## Bond for Ron Desantis and Ashley Moody

---

Harper, David <David.Harper@myfloridacfo.com>                                    Wed, Jul 27, 2022 at 1:29 PM
To: Tom Moore <tmoore4646@gmail.com>, "Cosson, Sheryl" <Sheryl.Cosson@myfloridacfo.com>
Cc: "Cosson, Sheryl" <Sheryl.Cosson@myfloridacfo.com>

Mr. Moore,

I appreciate your email.

As the Inspector General for the Department of Financial Services (DFS), I can assure you that the Office of
Inspector General (OIG) for DFS does not have copies of any bond for anyone with any government office
for the State of Florida. Additionally, we only have oversight for DFS – both the Governor and Attorney
General each of an Inspector General that reports to them.

I recommend that you visit the Governor's (https://www.flgov.com/inspector_general/) and Attorney
General's (https://myfloridalegal.com/pages.nsf/Main/B954A1A51E04F1D085256CE0004CBB95)
websites for more information on their OIGs and contact information.

Thank you.

VR,

David



**David T. Harper, MPA, CIG, CFE, CFCI, CECFE**

**Inspector General**

Office of Inspector General

Florida Department of Financial Services

(850) 413-3112

https://www.MyfloridaCFO.com/division/oig

www.MyFloridaCFO.com

**Subscribe to Weekly Rundown, CFO Patronis' weekly newsletter** 

*Please note that Florida has a broad public records law. Most written communications to or from state officials regarding state business are considered to be public records and will be made available to the public and the media upon request. Therefore, your e-mail message may be subject to public disclosure.*

**From:** Tom Moore <tmoore4646@gmail.com>
**Sent:** Wednesday, July 27, 2022 1:13 PM
**To:** Harper, David <David.Harper@myfloridacfo.com>; Cosson, Sheryl <Sheryl.Cosson@myfloridacfo.com>
**Subject:** [EXT] Bond for Ron Desantis and Ashley Moody

**External Email**

We were advised by Mario at the Department of Financial Services that you hold the bond for Ron Desantis and Ashley Moody.

This will request a copy of the bond for Ron Desantis and Ashley Moody immediately

**External Email:** Please <u>do not click</u> on links or attachments unless you know the content is safe.

 Gmail

Tom Moore <tmoore4646@gmail.com>

## Records Request Confirmation

**JustFOIA Notification** <donotreply@request.justfoia.com>                    Thu, Jul 28, 2022 at 12:16 PM
To: tmoore4646@gmail.com

The Florida Department of Financial Services is in receipt of your request for records. A search for responsive records will be initiated and someone from this office will be back in touch with you soon. If the search produces a volume of records which indicates that there will be a fee associated with your request, you will be provided with a fee estimate for your review.

Your request security key is 188219.
Your request reference number is Request Number: 2859-2022.

Please have this security key and reference number available when communicating with our staff regarding your request.

Thank you for contacting the Florida Department of Financial Services.

Note: This is an automated email notification. Please do not respond to this email.

 Gmail

**Tom Moore <tmoore4646@gmail.com>**

## Important Information About Your Request: 2859-2022

**Open Government (Florida Department of Financial Services)** <FLDFS@justfoia.com>      Fri, Jul 29, 2022 at 3:09 PM
Reply-To: 1f038192-fca1-471c-b25d-1045cf638d69.FLDFS@request.justfoia.com
To: tmoore4646@gmail.com

Tom Moore,

Chief Financial Officer Jimmy Patronis' Office of Open Government received your request for records. However, the Department of Financial Services is not the custodian of these records.

Sincerely,

The Office of Open Government

Florida Department of Financial Services

Download **CFO Patronis' Hurricane Financial Preparedness Toolkit**

*Please note that Florida has a broad public records law. Most written communications to or from state officials regarding state business are considered to be public records and will be made available to the public and the media upon request. Therefore, your e-mail message may be subject to public disclosure.*

 Gmail

Where are Florida Bonds <wherearefloridabonds@gmail.com>

---

## Records Request Confirmation

---

**JustFOIA Notification** <donotreply@request.justfoia.com>    Tue, Aug 23, 2022 at 11:07 AM
To: wherearefloridabonds@gmail.com

---

The Florida Department of Financial Services is in receipt of your request for records. A search for responsive records will be initiated and someone from this office will be back in touch with you soon. If the search produces a volume of records which indicates that there will be a fee associated with your request, you will be provided with a fee estimate for your review.

Your request security key is 806253.
Your request reference number is Request Number: 3229-2022.

Please have this security key and reference number available when communicating with our staff regarding your request.

Thank you for contacting the Florida Department of Financial Services.


Note: This is an automated email notification. Please do not respond to this email.

**EXHIBIT D**

Florida Elections Commission official arrested on child porn charges (floridapolitics.com)

**The Elections Commission is cooperating after the arrest of General Counsel Eric Lipman.**

**Eric M. Lipman,** general counsel for the Florida Elections Commission, was arrested Wednesday and charged with possession of child pornography,

A **news release from** the Leon County Sheriff's Office stated Lipman, 59, was charged with 11 counts of possession of child pornography. The Sheriff's Office reported he was taken to the Leon County Detention Facility and his mugshot and other identifiers were being withheld. He was not listed as an inmate on the jail's website Thursday.

"The Florida Elections Commission is fully cooperating with law enforcement's investigation. The employee has been placed on administrative leave pending further information," **Tim Vaccaro**, Florida Elections Commission Executive Director, said in a statement released to media Thursday.

The **Tallahassee Democrat**, which reported Lipman's arrest Thursday, said Lipman also served as an officer with the Capitol Soccer Association, a nonprofit soccer league for boys and girls ages 4-17.

The Sheriff's news release said the office's Internet Crimes Against Children Unit received a tip from the The National Center for Missing & Exploited Children regarding possible child pornography being transmitted via an internet electronic email provider to a local email account holder.

After a six-week investigation, Lipman was identified as a suspect, the release stated.

"On April 7, LCSO deputies along with ICAC task force partners with the Florida Department of Law Enforcement and Homeland Security Investigations, executed a residential search warrant in eastern Leon County," the release states. "As a result of the investigation and evidence discovered in the search warrant, Lipman was arrested and charged with 11 counts of possession of child pornography."

The Tallahassee Democrat noted that Lipman began working for the Elections Commission in 2001 as assistant general counsel, according to his online bio. He earns $85,444 a year, according to a state salary database.

Before that, he worked as a senior attorney with the Florida Department of Children and Families in Leon, Wakulla and Franklin counties.

**EXHIBIT E**

**Screen shot from Florida Bar**

**indicating no listing of Jason Coody**

# LAWYER DIRECTORY

## Find a Lawyer

*Search by Bar number only produces results that are an exact match to the number provided.*

| jason | ⑦ |

| Coody | ⑦ |

| Law Firm | ⑦ |

| City | ⌄ ⑦ |

| City Name | ⑦ |

☐ **Willing to provide Pro Bono services for crime victims** ⑦
☐ **Find names that sound like the entered names** ⑦
☐ **Eligible lawyers only** ⑦
☐ **Include deceased lawyers** ⑦

More options

+ **Board Certifications** ⑦
+ **Practice Areas** ⑦
+ **Law Schools** ⑦
+ **Services Offered** ⑦
+ **Languages Spoken** ⑦

| Search | | Clear All |

⚠ **Exact name match not found.**

**Showing 1 of 1 results with names that *sound like* the entered name.**



**Jason Nisan Gad**

**Bar #101567**

**Eligible to Practice Law in Florida**

3981 Coral Heights Way
Oakland Park, FL 33308-5225

Office: **954-429-8889x11**
**jasongad@hotmail.com**

⚠ **Exact name match not found.**

**Showing 1 of 1 results with names that *sound like* the entered name.**

---

Need legal help?

Take a look at our newly enhanced **Lawyer Referral Service site**.

## I. THE FLORIDA APOCALYSE

1. The U.S. Guardian Genocide/Child Trafficking Regime in the State of Florida is deliberately populated by grifters and criminals who are certified by Perpetrator Ron DeSantis including but not limited to:

    a. Rebecca Fierle, found with **NINE DEAD CREMATED BODIES** of her Crime Victims in urns in her office. [1] Fierle and the Governor and other government employee Perpetrators should be sentenced to prison for life or the death sentence. However because the Florida Governor Perpetrator Ron DeSantis uses his self-installed protection arm, FDLE in the guise of "law enforcement," Fierle remains free and a life threatening danger to the world population and uses his judicial government employees to perpetrate the U.S. Guardian Genocide Regime, Fierle's pillaged property has not been returned to her Crime Victim and Crime Victims were prohibited from attending a "sentencing hearing" by zoom call; [2]

    b. Tracy Hudson; [3]

    c. Lynrod Douglas; [4]

    d. Betsy Savitt, wife of Perpetrator judicial employee Martin Colin who together operated a vast U.S. Guardian Genocide Regime throughout Palm Beach Florida and their Atrocity

---

[1] **REBECCA FIERLE:**
Cremated remains of 9 people found in Rebecca Fierle's office
https://www.wesh.com › article › cremated-remains-reb...
Aug 7, 2019 — The *cremated remains* of *nine* people were found in the office of an embattled professional guardian. AG: 9 urns found in office of ex-guardian accused of filing ...
https://www.wftv.com › news › local › ag-9-urns-found...
Cremated remains found in former state guardian's office ...
https://www.wftv.com › news › local › orange-county
Professional guardian accused of causing death under .../ www.abcactionnews.com/news/local-news/...
Expert's complaint against Florida guardian Rebecca Fierle was ignored for years before scandal erupted | .https://www.orlandosentinel.com › florida › guardians  Jul 26, 2019 —
Beyond Britney: Abuse, Exploitation, And Death Inside ...  *https://www.buzzfeednews.com* › article › heidiblake › co... Sep 17, 2021 — BuzzFeed News has scoured *hundreds* of thousands of court documents ... *Rebecca Fierle* made millions while controlling the lives and finances ...
[2] **https://drive.google.com/file/d/1vkPSYGTp7Wiv-KGMfwDBb3PzfotGTMp-/view?usp=sharing**
[3] **TRACI HUDSON SAMUEL:**
Another embezzler "cerified" by Ron DeSantis. While Fierle's murders were covered up, Samuels' victims, themselves were falsely arrested when they reported her crimes to silence/strong arm them.
More criminal charges against Traci Samuel Hudson – AAAPG  https://aaapg.net › Convictions and Guilty Pleas  Jun 30, 2021 — Referencing cases that have been under investigation for over a year, *Hudson* was charged among other things with the disappearance of between ...
Guardian arrested for exploitation won't verify accounting  https://www.abcactionnews.com › the-price-of-protection
On November 14th, 2019, professional guardian *Traci Hudson* was booked into the Pinellas County Jail, accused of exploiting 93-year-old Maurice ...
Embattled guardian doesn't show up at hearing  https://www.abcactionnews.com › the-price-of-protection
Nov 20, 2019 — During that hearing, Judge Campbell praised *Hudson*, known as *Traci Samuel* at the time. "I know Ms. *Samuel* to be a good and professional ...
Former guardian stole guns, money from Tampa Bay seniors ...  *https://www.tampabay.com* › News › Crime
Jul 1, 2021 — *Traci Hudson*, 53, stole 10 guns from an 84-year-old man for whom she acted as a court-appointed guardian and changed a court document to make it ...
[4] **LYNROD DOUGLAS:**
Another deranged criminal "certified" by Florida Governor Perpetrator Ron DeSantis who plotted with his wife to embezzle money for his bail.

1
#WeKnow
The U.S. is at War against Humanity
Genocide, Torture, Trafficking, Pillaging – the Real Business of the Corporate U.S. Goverment

Crimes covered up at every level by the Perpetrators and their accomplice government employees. [5]

2. These predators are put in place to act under the auspices of government, and rarely held criminally accountable as all government agencies act as their protection arm.

3. It is only on the rare instances where the public outcry and outrage is so titanic that it cannot be silenced even by the top-level government Perpetrators, the Third-Party Vendor Traffickers become the lowly scapegoats with insignificant token "liability".

4. The top-level government Perpetrators then pretend outrage themselves, thereby affirming, their knowledge, accomplice, conspiracy and cover up of the U.S. Atrocity Crimes.

5. To retaliate against the Atrocity Crime Victims whose reporting and exposure caused the charges or arrests of the Third-Party Vendor/ Traffickers, the systemic attacks against Crime Victims continue and escalate: [6]

   a. their family member being human trafficked is sold/traded to another Grifter/Criminal;

   b. their family member being human trafficked is **MURDERED;**

   c. the family member is criminalized and viciously attacked, slurred and defamed;

   d. the family member is falsely arrested and criminally threatened with false arrest;

   e. they are embroiled in Inextricably Intertwined Rackets;

   f. their home and possessions are stolen to "teach them a lesson" and "show the public" the Perpetrators will take savage revenge on those who expose their U.S. Atrocity Crimes, just as done by Mafia thugs and barbarians.[7]

---

[5] **BETSY SAVITT:**
Did judge, wife commit a crime? State attorney says no, but ...  http://www.ccfj.net › CORRJudgeWifeCrime
Jun 30, 2019 — Former Guardianship Judge Martin Colin and his wife, **Elizabeth 'Betsy' Savitt**, were investigated and exonerated by the state attorney in a 2016 ...
From EB: Massive fraud found in Palm Beach gship cases of ...
https://marygsykes.com › 2018/09/06 › from-eb-massiv...
Sep 6, 2018 — EXCLUSIVE: Betsy Savitt guardianship report alleges 'wrongdoing by sitting judges' ...
[6] See "No Remedy" by Federal Law Enforcement for Atrocity Crimes against Crime Victims Angela Woodhull, Eliot Bernstein and dozens of other Crime Victims and their families in the chart even when the lowly "Grifter/Criminal Guardians" were charged with Crimes against them.
[7] Woman loses Seffner home after father's guardian sues ...
https://www.abcactionnews.com/news/local-news/i...
Feb 10, 2022 · **Lesa Martino** watches as trash haulers load her belongings into a trailer. A $480,000 house... the price of speaking out . **Martino**, a licensed pharmacist, bought the house for $295,000 in 2014.
**LESA MARTINO vs. TRACI SAMUEL, SC22-319 (Fla.)**
https://www.docketalarm.com/cases/Florida_State...
Case docket: LESA MARTINO vs. TRACI SAMUEL, SC22-319 in Florida State, Supreme Court, last filing 03/09/2022, filed 03/09/2022.
**Daughter names Florida judge in federal lawsuit over elderly ...**
https://setexasrecord.com/stories/522951033...
Jan 08, 2020 · The Plaintiff daughter Lesa Martino named the Honorable Hillsborough County Judge Daryl M. Manning in a petition filed in the U.S. District Court for the Middle District of Florida. "Martino was not notified of the hearing for summary judgement," states the Plaintiff Martino in her complaint. "The hearing took place without any testimony ...
Lesa Marino_https://lesamarino.com/
**TRACI HUDSON, INDIVIDUALLY, et al Vs LESA MARTINO, et al**
https://unicourt.com/case/fl-picc-traci-hudson-ind-vs-lesa-martino-et-al-588019

#WeKnow
The U.S. is at War against Humanity
Genocide, Torture, Trafficking, Pillaging – the Real Business of the Corporate U.S. Goverment

6. The Perpetrator top- level government employees then devise "loophole tactics" in the guise of "reform" to insure NO REMEDY and perpetuation of the U.S. Guardian Genocide Regime.

## II. REPRESENTATIVE SYSTEMIC ATTACKS BY PERPETRATOR DESANTIS

7. Perpetrator DeSantis has set up a trafficking agency called by the "protection sounding name" termed Office of Professional and Public Guardians ("OPPG").

8. Florida Crime Victims are diabolically led to believe U.S. Atrocity Crimes fall under the "authority" of an agency euphemistically called OPPG that is actually the agency used by Perpetrator DeSantis to "certify" the human traffickers known as "guardians."

9. Hundreds of Crime Victims have filed Criminal Complaints with OPPG, to which the response was "No Action Letters." [8]

10. Atrocity Crime Victims are "steered" to report the Atrocity Crimes to the Perpetrators themselves to control them, preclude and discourage them from seeking remedy by other, albeit collusive government agencies.

11. Governor Perpetrator Ron DeSantis admits "someone" should be responsible, pretending the "someone" is not him and anyone else but him. [9]

## III. OTHER PROPENSITIES OF PERPETRATOR DESANTIS

12. Examples of perverse characteristics as to Perpetrator DeSantis as they relate to his perpetration of U.S. Atrocity Crimes include:

   a. His use of his human trafficking army, OPPG called by false "protection sounding euphemisms" like "child protection service" and "office of professional and private guardians" to kidnap, traffic, extort, and murder Florida children and parents and visitors to Florida and threaten anyone who reports.

   b. His use of a fabricated, fraudulent illegitimate government agency called the "Florida Department of Law Enforcement" to replace constitutionally installed sheriffs and function as his personal protection racket that he uses to threaten, falsely arrest, terrorize Claimants, all victims of the U.S. Atrocity Crimes and those who report. [10]

---

May 31, 2019 · On 05/31/2019 TRACI HUDSON, INDIVIDUALLY, filed a Personal Injury - Assault/Battery/Defamation court case against LESA MARTINO, in Florida Pinellas Court System ...
**Former guardian was negligent, committed crimes, report ...**
https://www.abcactionnews.com/news/local-news/i...
Apr 08, 2022 · Lesa and her father Roland Martino in 2017. Hudson was arrested on the original felony charges months after she received a summary judgment against Martino.

[8] https://tinyurl.com/noactionoppg

[9] Gov. DeSantis: 'There doesn't seem to be anybody held accountable...
https://www.abcactionnews.com/news/local-news/i-team-investigates/gov-desantis-there-doesnt-seem-to-be-anybody-held-accountable-describing-guardianship-oversight https://tinyurl.com/GovDeSantisNoAction
https://www.abcactionnews.com/news/local-news/i-team-investigates/state-watchdog-does-little-to-hold-court-appointed-guardians-accountable https://tinyurl.com/GovDeSantisNoAction2

[10] Documents and evidence of threats to be provided

3
#WeKnow
The U.S. is at War against Humanity
Genocide, Torture, Trafficking, Pillaging – the Real Business of the Corporate U.S. Goverment

    c. His payments to his child and adult traffickers [11](also intertwined with his buying votes).[12]

13. Examples of delusional characteristics as to Perpetrator DeSantis as they relate to his Crimes against the Public Trust include:

    a. His apparent perjured statement in his oath of office as a result of his failure to provide bond;

    b. His flouting of his apparent criminal failure to provide bond;

    c. His running an apparent fraudulent campaign for governor as his failure to provide bond disqualifies him;

    d. His deviant desire to use retired police and first responders as teachers; [13]

    e. His use of his false corporate position to crush and savagely retaliate against his opponents and whistleblowers who expose these acts; [14]

    f. his "pay to play rackets" openly and virally exposed in the media;[15]

    g. his attacks against voters to obviously skew votes.[16]

## IV. COLD WAR AGAINST WE THE PEOPLE

14. The American public are in a Cold War, not with a foreign government but the U.S. corporate tyrannical government that is waging war against We the People, its rightful masters.

15. The U.S. government has become a crime syndicate of Kakistocrats and Kleptocrats.

16. The U.S. Atrocity Crimes are viral in a movie by a major film company.[17]

17. The depravity, and sadistic deception by the U.S. corporate government masquerading as a free world nation is patent on every front:

---

[11] Florida sends $450 checks to selected families to 'offset' inflation
https://www.tallahassee.com › news › politics › 2022/07/20
Jul 20, 2022 — TALLAHASSEE — Foster and adoptive families are among the nearly 59,000 families in Florida who will soon receive a one-time check.

[12] See below footnote

[13] Gov. DeSantis wants retired cops as teachers
https://floridapolitics.com/archives/547584-ron-desantis-cops-2
Aug 16, 2022 · DeSantis said his proposed Governor's Recruitment Program was "focusing on our heroes," seeking to bring former first responders in the way that former members of the ...
DeSantis wants retired police, first responders as teachers
https://news.yahoo.com/desantis-wants-retired-police-first-031450763.html
Aug 17, 2022 · DeSantis wants retired police, first responders as teachers. August 16, 2022, 8:14 PM. Gov. Ron DeSantis on Tuesday teased legislation aimed at recruiting to teaching jobs ...

[14] https://www.rebekahjonescampaign.com/post/desantis.
Altercation: Ron DeSantis Is an Honest-to-God Semi-Fascist -
https://www.alternet.org/2022/08/i-struck-a-nerve-fascist/
https://www.msnbc.com/the-reidout/reidout-blog/desantis-anti-riot-law-united-nations-rcna45623
I'm Suing Florida Gov. Ron DeSantis for Attacks on Free Speech, Press (OPINION) - Latino Rebels
DeSantis' unmatched power as Florida's governor- POLITICO

[15] Ron DeSantis' political team planned $25K golf games, $250K 'intimate gatherings,' memos say (tampabay.com)

[16] Florida let them vote. Then DeSantis's election police arrested them. (msn.com)
20 were charged for voter fraud in Florida. Advocates say a broken system is to blame : NPR

[17] Real life fraudster behind Rosamund Pike film character ...
https://www.mirror.co.uk › ... › Rosamund Pike
Mar 6, 2021 — April Lynn Parks was a private, professional guardian appointed by Clark County Family Court to protect hundreds of vulnerable people ; Rosamund

4
#WeKnow
The U.S. is at War against Humanity
Genocide, Torture, Trafficking, Pillaging – the Real Business of the Corporate U.S. Goverment

a. The U.S. government has one of the worst records of so called western liberal democracies for its failure to ratify most major multilateral human rights treaties and conventions.

b. The U.S. is likely the biggest human rights hypocrite, having one of the worst records of so called western liberal democracies for its failure to ratify most major multilateral human rights treaties and conventions. [18]

18. The U.S. is no different than a third world nation.[19] Its false, fraudulent, fabricated ratings must be remedied.

## V. FLOUTING

19. The U.S. makes a mockery of treaties and international law by its U.S. Atrocity Crimes.

20. These acts of subterfuge and perfidy are known under international law as flouting [20]

21. The perfidy of the United States that purports to be a "democratic republic" and "protector" of human rights when it is a corporate government that weaponizes and criminalizes the world population by its U.S. Atrocity Crimes is perfectly encapsulated in this lethally accurate report: [21] "The U.S. claims it is operating under a "rules-based order" ("RBIO")but the term is not the same international law recognized by the rest of the world. Rather, it is camouflage to attack, criticize, accuse, and delegitimate countries in their crosshairs as rogue outliers to an international order."

22. The U.S. is violating the Charter of the U.N. [22]

---

[18] https://www.jstor.org/stable/29766443. In this article entitled "The Hypocrisy and Racism Behind the Formulation of U.S. Human Rights Foreign Policy:" Francis A. Boyle, a professor of law at University of Illinois at Urbana-Champaign, states: "It might come as a surprise to learn that the United States government has absolutely one of the very worst records among all of the so called Western liberal democracies when it comes to the ratification of the major multilateral human rights instruments. The U.S. government has failed to ratify the International Covenant on Economic, Social and Cultural Rights (1966); the International Covenant on Civil and Political Rights (1966); the International Convention of the Suppression and Punishment of the Crime of Apartheid (1973); the International Convention of the Elimination of all Forms of Racial Discrimination (1965); the Convention of the Elimination of All Forms of Discrimination Against Women (1979); the Convention on the Reduction of Statelessness (1961); as this article went to press, the Convention on the Prevention and Punishment of the Crimes of Genocide (1948); and the American Convention on Human Rights (1965), among others. The refusal of the U.S. government to ratify these major international human rights treatises simply demonstrates the rank hypocrisy that historically has determined the formulation of U.S. human rights foreign policy:

**What right does American have to preach human rights to other states, governments, and peoples when it has adamantly refused to ratify these major multi-lateral international human rights treaties?"**

[19] **The US Is Becoming A Third World Country**
https://thewashingtonstandard.com/the-us-is-becoming-a-third-world-country
Jan 25, 2022 · Michael Snyder / January 25, 2022. In the old days, Americans would derisively speak of "**third world** countries" that were plagued by high crime rates, corrupt governments, …

[20] Flout Definition **& Meaning | Dictionary.com**
https://www.dictionary.com/browse/flout
**Flout definition**, to treat with disdain, scorn, or contempt; scoff at; mock: to **flout** the rules of propriety.

[21] https://towardfreedom.org/story/archives/americas/the-u-s-makes-a-mockery-of-treaties-and-international-law/

[22] Chapter I: Purposes and Principles (Articles 1-2) | United Nations

**CHAPTER I PURPOSES AND PRINCIPLES**
Article 1 The Purposes of the United Nations are:
a. To maintain international peace and security, and to that end: to take effective collective measures for the prevention and removal of threats to the peace, and for the suppression of acts of aggression or other breaches of the peace, and to bring about by peaceful means, and in conformity with the principles of justice and international law, adjustment or settlement of international disputes or situations which might lead to a breach of the peace;

#WeKnow
The U.S. is at War against Humanity
Genocide, Torture, Trafficking, Pillaging – the Real Business of the Corporate U.S. Goverment

23. Moreover, the U.S. is not only a U.N Member but a host member held to a higher world standard.

24. The U.S. is brazenly a trespasser U.N. member.

25. The grotesque U.S. Atrocity Crimes extend far **beyond greed and money, they are a sadistic form of gratification for the Perpetrators, a savage "blood-sport," the "human hunting" and ritual killing of Americans and the world population like animal hunts and kills. [23]**

## VI. PERVERSE REALITIES

26. The U.S. Genocide/Trafficking/Pillaging False Flag Corporate Government could only exist as:

   a. U.S. corporate color of law government employees criminally fail to report the crimes by their fellow corporate government employees and assassinate their corporate government employees who report and expose their genocide/human trafficking/pillaging racket. [24]

   b. U.S. corporate color of law government employees maintain a pretense of their legitimacy and that of the false corporate government by their endless bursts / rants of "outrage."

   c. The manifest traits of obvious mental illness, psychological disease, abnormality and "Dictator/Hitler Mentality" of its top-level corporate officials that are virally reported ignored and flouted.

27. These perversions, immoral and unhuman obscenities and the meaningless, self-serving tirades of the corporate color of law government employees to make themselves appear as if somehow they are protecting the public and complying with Humanity Law are virally reported including by mainstream reporters.

---

b. To develop friendly relations among nations based on respect for the principle of equal rights and self-determination of peoples, and to take other appropriate measures to strengthen universal peace;

c. To achieve international cooperation in solving international problems of an economic, social, cultural, or humanitarian character, and in promoting and encouraging respect for human rights and for fundamental freedoms for all without distinction as to race, sex, language, or religion; and

d. To be a center for harmonizing the actions of nations in the attainment of these common ends.

Article 2 The Organization and its Members, in pursuit of the Purposes stated in Article 1, shall act in accordance with the following Principles.

a. the Organization is based on the principle of the sovereign equality of all its Members.

b. All Members, in order to ensure to all of them the rights and benefits resulting from membership, shall fulfil in good faith the obligations assumed by them in accordance with the present Charter.

c. All Members shall settle their international disputes by peaceful means in such a manner that international peace and security, and justice, are not endangered.

d. All Members shall refrain in their international relations from the threat or use of force against the territorial integrity or political independence of any state, or in any other manner inconsistent with the Purposes of the United Nations.

e. All Members shall give the U.N .every assistance in any action it takes in accordance with the present Charter, and shall refrain from giving assistance to any state against which the U.N. is taking preventive or enforcement action.

f. The Organization shall ensure that states which are not Members of the United Nations act in accordance with these Principles so far as may be necessary for the maintenance of international peace and security.

g. Nothing contained in the present Charter shall authorize the United Nations to intervene in matters which are essentially within the domestic jurisdiction of any state or shall require the Members to submit such matters to settlement under the present Charter; but this principle shall not prejudice the application of enforcement measures under Chapter VII.

[23] **https://en.wikipedia.org/wiki/Human_hunting**

[24] See Government Thugs below

6
#WeKnow
The U.S. is at War against Humanity
Genocide, Torture, Trafficking, Pillaging – the Real Business of the Corporate U.S. Goverment

## A.  JOHN W. WHITEHEAD

28. Constitutional attorney John W. Whitehead, president of The Rutherford Institute: [25] "We have let government's evil-doing, abuses, power grabs, brutality, meanness, inhumanity, immorality, greed, corruption, debauchery and tyranny go on too long. We have seen this convergence in Hitler's Germany, Stalin's Russia, Mussolini's Italy, and Mao's China: the rise of strongmen and demagogues, ascendency of profit-driven politics over deep-seated principles, warring nationalism that seeks to divide and conquer, callous disregard for basic human rights and dignity and silence of people who should know better. The government has ripped the Constitution to shreds and left us powerless in the face of its power grabs, greed and brutality. Yet the government can only go as far as "we the people" allow. The time to act is now, using all methods of nonviolent resistance available to us."

## B. NAOMI WOLF NAOMI WOLF – FASCIST AMERICA IN 10 EASY STEPS

29. Naomi Wolf, former political adviser, Rhodes scholar and journalist states [26] "Don't sit around waiting for the two corrupted established parties to restore the Constitution or the Republic," Naomi Wolf warns. If you're watching, you're not doing. Easily mesmerized by the government's political theater — **endless congressional hearings and investigations that go nowhere, the president's reality show antics, the warring factions, electoral drama** — we have become a society of watchers rather than activists who are distracted by even the clumsiest government attempts at sleight-of-hand. **Start recognizing evil and injustice and tyranny for what it is.**

30. "Don't sit around waiting for the two corrupted established parties to restore the Constitution or the Republic." "If you're watching, you're not doing. **Easily mesmerized by the government's political theater — endless congressional hearings and investigations that go nowhere, the president's reality show antics, the warring factions, the electoral drama — we have become a society of watchers rather than activists who are distracted by even the clumsiest government attempts at sleight-of-hand.** Wake up and take a good, hard look around you. **Start by recognizing evil and injustice and tyranny for what they are.** Stop being apathetic, neutral, accomplices and distracted by the political theater staged by the Deep State: they want you watching the show while they manipulate things behind the scenes." [27]

31. From Hitler to Pinochet and beyond, history shows there are certain steps that any would-be dictator must take to destroy constitutional freedoms.

## C. MOISES NAIM

32. Moises Naim, a scholar at the Carnegie Endowment for International Peace, best-selling author, and internationally syndicated columnist writes: [28]

---

[25] The Tyranny of the Police State Disguised as Law-and-Order
The Tyranny of the Police State Disguised as Law-and-Order | Tenth Amendment Center
[26] Naomi Wolf: We've Reached 'Step Ten' of the 10 Steps to Fascism
https://childrenshealthdefense.org/defender/naomi-wolf-steps-to-fascism
[27] Monsters with Human Faces: The Tyranny of the Police State Disguised as Law-and-Order - The Washington Standard
[28] https://carnegieendowment.org/2018/06/18/kleptocracy-and-kakistocracy-pub-76648

7
#WeKnow
The U.S. is at War against Humanity
Genocide, Torture, Trafficking, Pillaging – the Real Business of the Corporate U.S. Goverment

## ATROCITY CRIME VICTIM CLAIMANTS

### ONGOING U.S. ATROCITY CRIMES AND
### U.S. ATROCITY CRIMES VICTIMS AND JUDICIAL PERPETRATORS
### TO WHOM ALL JUDICIAL ENABLERS ARE LIABLE

In the Nuremberg Trial of Genocide Judge Oswald Rothhaug the Court found in its sentencing judgment:

*"By his manner and methods he made his court an instrumentality of terror and won the fear and hatred of the population. From evidence of his closest associates as well as his victims, we find Oswald Rothaug represented in Germany the personification of the secret Genocide intrigue and cruelty. He was and is a sadistic and evil man. Under any civilized judicial system he could have been impeached and removed from office or convicted of malfeasance in office on account of the scheming malevolence with which he administered injustice."*[1]



### URGENT AND EMERGENCY DEMAND FOR REMEDY
### ON BEHALF OF HUNDREDS OF MILLIONS
### OF U.S. ATROCITY CRIMES VICTIMS, WE DEMAND:
### NON-GOVERNMENT, NON-ATTORNEY, AGREED "SPECIAL MASTER"
### TO PROSECUTE IN CONCURRENCE WITH CLAIMANTS;
### CEASE-AND-DESIST;
### CONVICTION OF PERPETRATORS; RESTITUTION;
### RELEASE OF U.S. ATROCITY CRIME VICTIMS;
### REPEAL OF U.S. NUREMBERG LAWS AND ACT OF 1871;
### WHISTLEBLOWER AND ATROCITY CRIME VICTIM PROTECTION

### NOTICE OF DEADLINE OF SEPTEMBER 19, 2022 FOR REPLY
### AND NOTICE OF CIVIL AND CRIMINAL LIABILITY AND CLAIM ON BOND
### OF ALL JUDICIAL ENABLERS

#WeKnow
THE U.S. IS AT WAR AGAINST HUMANITY

**THIS CLAIM IS FILED BY:**

| ATROCITY CRIME VICTIMS; U.S ATROCITY CRIMES AND DUAL CITIZENSHIP DESIGNATION | | ATROCITY CRIMES CASE "INDENTIFIER" [1] | EXTRA-JUDICIAL PERPETRATORS[2] |
|---|---|---|---|
| **STATE OF ALABAMA** | | | |
| _s/Suzanne Terranova Whelan_<br>Suzanne Terranova Whelan<br>**_s/David Whelan_**<br>David Whelan<br>**Trafficked, Pillaged, Tortured** | Susan Terranova<br>Aunt of Suzanne Terranova Whelan<br>**Trafficked, Pillaged, Tortured** | 16-00641<br>Montgomery County | Steven Reed<br>JC Love |
| **STATE OF ARIZONA** | | | |
| _s/Steven Bradley Moose_<br>Steven Bradley Moose<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe**<br>Child/Children of Steven Bradley Moose<br>**Trafficked, Pillaged, Tortured** | Case # JD532254<br>Maricopa County | Kristin Culbertson |
| _s/Michelle Fox_<br>Michelle Fox<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe**<br>Child/Children of Michelle Fox<br>**Trafficked, Pillaged, Tortured** | FC2017-091085<br>Maricopa County | Adele Ponce<br>Jeffrey Reuter |
| _s/Karla Johnson_<br>Karla Johnson<br>**Trafficked, Pillaged, Tortured**<br>_s/Sara Ybarra Johnson_<br>Sara Ybarra Johnson<br>**Trafficked, Pillaged, Tortured** | **John Doe/Jane Doe**<br>Grandchild/Child<br>Grandchildren/Children of Karla Johnson and Sara Ybarra Johnson<br>**Trafficked, Pillaged, Tortured** | JD18007,<br>JD509161<br>JD 27773 | Cathy Holt;<br>Christopher A. Coury;<br>Peter A. Thompson;<br>Brian K. Ishikawa;<br>Edward Ballinger Jr.;<br>Bradley Astrowsky;<br>Robert Houser;<br>Joan Sinclair;<br>Colleen McNally;<br>Norm Davisto |
| _s/David Segui_<br>David Segui<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe**<br>Child/Children of David Segui<br>**Trafficked, Pillaged, Tortured** | FC2015-004537<br>Maricopa County | Bradley Astrowsky |

[1] a. The case "identifiers" listed do not include the identifier numbers in any other tier of appellate or other courts where futile and danger remedy was sought, nor **Inextricably Intertwined Regimes in other courts where Atrocity Crime Victims sued or were sued, nor are the judicial perpetrators in any such other court tiers or Inextricably Intertwined Regimes set forth herein.**

    b. Some but not all of the Representative cases identifiers and other Judicial Perpetrators in those other appeal and other cases and Inextricably Intertwined Racket are identified. All are incorporated.

    c. In addition, the case "identifiers" herein do not include all affiliated "guardian" and "probate" court regimes where the assets of the Atrocity Crimes Victims and Family Member Atrocity Crime Victims and their inheritance is pillaged; they are falsely arrested, lose their homes and are forced into bankruptcy and foreclosure; sued in fraudulent lawsuits and other "cases" where Atrocity Crimes are perpetrated.

[2] The color of law judicial perpetrators specific to each case are identified herein.

| Tabitha Shoars<br>Tabitha Shoars<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe**<br>Child/Children of Tabitha Shoars<br>**Trafficked, Pillaged, Tortured** | Number #JS18709<br>Maricopa County | Joseph Welty |
|---|---|---|---|
| **STATE OF ARKANSAS** | | | |
| _s/Kayla Fitts<br>Kayla Fitts<br>**Trafficked, Pillaged, Tortured**<br>_s/Colby Fitts<br>Colby Fitts<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe**<br>Child/Children of Kayla Fitts and Colby Fitts<br>**Trafficked, Pillaged, Tortured**<br>**John Doe/ Jane Doe**<br>Child/Children of Kayla Fitts and Jonathan Lively<br>**Trafficked, Pillaged, Tortured** | 44JV-2021-2-8<br>Madison County | Diane Warren<br>Staci Zimmerman<br>Kelly K Brown |
| _s/Courtney Sappington<br>Courtney Sappington<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe**<br>Child/Children of Courtney Sappington<br>**Trafficked, Pillaged, Tortured** | Case No:<br>60DR-17-3331<br>Pulaski County | Michael Reif |
| **STATE OF CALIFORNIA** | | | |
| _s/Vicci Bailey<br>Vicci Bailey<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe**<br>Child/Children of Vicci Bailey<br>**Trafficked, Pillaged, Tortured** | Family Court;<br>FL009445C/19FDV838<br>38C/<br>CPS case: 520629<br>San Diego County | Family court:<br>Daniel Link,<br>Blaine Bowman,<br>Jose Castillo<br>CPS: Marian Gaston |
| _s/Liza Black<br>Liza Black<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe**<br>Child/Children of Liza Black<br>**Trafficked, Pillaged, Tortured** | Case #D364564<br>Ventura County | Roger L. Lund |
| /sLudmila Boiko<br>Ludmila Boiko<br>**Trafficked, Pillaged, Tortured**<br>**DUAL CITIZEN OF RUSSIA** | **John Doe/ Jane Doe,**<br>Child/Children of Ludmilla Boiko<br>**Trafficked, Pillaged, Tortured** | Case: 20FL00754<br>Santa Cruz | Paul Marigonda<br>Rebecca Connolly |
| _s/Jennifer Church<br>Jennifer Church<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe**<br>Child/Children of Jennifer Church<br>**Trafficked, Pillaged, Tortured** | Case Nos:<br>17CCJP00827 A&B<br>B311757, S274149<br>Los Angeles County | Terry T. Truong |
| _s/Robert Emert<br>Robert Emert<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe**<br>Child/Children of Robert Emert<br>**Trafficked, Pillaged, Tortured** | 19FL010852N<br>San Diego, CA | Lorna Alksne<br>Kelly Mok<br>Cynthia Freeland |
| _s/ Duane Farrant<br>Duane Farrant<br>**Trafficked, Pillaged, Tortured** | **Norma Claire Duffy Farrant**<br>Mother of Duane Farrant<br>**Genocide, Murder, Trafficked, Pillaged, Tortured** | Case No: 56-2016-00483787-PR-CP-OXN<br>Ventura County | Roger L. Lund<br>Glen Michael Reiser |
| _s/Shoshana Friedman<br>Shoshana Friedman<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe**<br>Child/Children of Shoshana Friedman<br>**Trafficked, Pillaged, Tortured** | 20FAM02358<br>20FAM02358-A<br>DVRO<br>Marin County | Rachel Holt<br>Sean Dabel<br>Renee Renay<br>Susan Greenberg<br>Leland Davis |
| /s Poppy Helgren<br>Poppy Helgren<br>**Trafficked, Pillaged, Tortured** | **Lester G. Moore**<br>Father of Poppy Helgren<br>U.S. Navy 1946-51, Korean War. | 56-2010-00387487-PR-CP-OXN<br>Ventura County | Roger L. Lund<br>Glen Michael Reiser |

#WeKnow
THE U.S. IS AT WAR AGAINST HUMANITY

| | Genocide, Murder, Trafficked, Pillaged, Tortured | | |
|---|---|---|---|
| s/Marissa Hernandez<br>Marissa Hernandez<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe**<br>Child/Children of Marissa Hernandez<br>**Trafficked, Pillaged, Tortured** | 21CCJP02742A-C<br>**Los Angeles County** | Philip Soto |
| s/Lisa Knight<br>Lisa Knight<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe**<br>Child/Children of Lisa Knight<br>**Trafficked, Pillaged, Tortured** | Case number S -1501-FL-630524<br>Kern County | James Compton |
| s/Patty Lacy<br>Patty Lacy<br>**Trafficked, Pillaged, Tortured** | **Stanley Zurko**<br>Father of Patty Lacy<br>Veteran of WW II<br>**Genocide, Murder, Trafficked, Pillaged, Tortured** | 56-2018-00514843<br>**Ventura County** | Roger Lund<br>Glenn Michael Reiser<br>Joanne Johnson |
| _s/Kathrine Lester<br>Katherine Lester<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe**<br>Grandchild/Grandchildren of Kathrine Lester<br>**Trafficked, Pillaged, Tortured** | J46192<br>Monterey County | Susan M. Dauphine |
| _s/Tania McCash<br>Tania McCash<br>**Trafficked, Pillaged, Tortured**<br>**DUAL CITIZEN CANADA/ SLOVENIA** | **John Doe/ Jane Doe**<br>Child/Children of Tania McCash<br>**Trafficked, Pillaged, Tortured**<br>**CHILDREN ARE DUAL CITIZENS OF CANADA** | Case # 1-11-FL-157048<br>Probate. # 17-1-PR-181727; and<br># 17884808<br>Santa Clara County | Rise Pichon |
| s/Orit Mizrachi<br>Orit Mizrachi<br>**Trafficked, Pillaged, Tortured** | Neomi Mizrachi<br>Mother of Orit Mizrachi<br>**Trafficked, Pillaged, Tortured** | 2015-1-PR-177014<br>Santa Clara County | Thomas E. Kuhnle<br>Julie A. Emede |
| s/Ernest Moore<br>Ernest Moore<br>**Trafficked, Pillaged, Tortured** | **Myrtle L. Moore**<br>Mother of Ernest Moore<br>**Genocide, Murder, Trafficked, Pillaged, Tortured** | Conservator: BP141987<br>Los Angeles County, CA<br>Probate: 12-C-00748<br>Gwinnett County, Georgia | Aviva K. Bobb<br>Michael I. Levanas<br>Lesley C. Green<br>Barbara Johnson<br>Ana Maria Luna |
| _s/Jacqueline Navarro<br>Jacqueline Navarro<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe**<br>Child/Children of Jacqueline Navarro<br>**Trafficked, Pillaged, Tortured** | Case #JJV073560B<br>Tulare County | Anthony Ufland<br>(Orange County)<br>Glade Roper<br>Gary Peden |
| s/Michael Nedderman<br>Michael Nedderman<br>**Trafficked, Pillaged, Tortured** | **Delores Ruth Nedderman**<br>Mother of Michael Nedderman<br>**Trafficked, Pillaged, Tortured** | RP16807891<br>Alameda County | Thomas M. Reardon |
| s/Lacie Newell<br>Lacie Newell<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Lacy Newell<br>**Trafficked, Pillaged, Tortured** | FL-012294<br>Nevada County | B. Scott Thomsen<br>Candace Heidelberger |
| s/ Carol Picket<br>Carol Picket<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Carol Picket<br>**Trafficked, Pillaged, Tortured** | | Egan Walker |
| _s/Michelle Robertson<br>Michelle Robertson<br>**Trafficked, Pillaged, Tortured** | **Robert Robertson**<br>Father of Michelle Robertson<br>**Trafficked, Pillaged, Tortured** | MSP19-00579<br>Contra Costa County | John Sugiyama<br>Virginia George |

#WeKnow
THE U.S. IS AT WAR AGAINST HUMANITY

| | | | |
|---|---|---|---|
| _s/Carrie Schaupp<br>Carrie Schaupp<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe**<br>Child/Children of Carrie Schaupp<br>**Trafficked, Pillaged, Tortured** | Case Nos: 688253<br>8007354 DV case<br>FL20001695 paternity<br>PR20000740-<br>guardianship fraud<br>CR20008761criminal<br>Stanislaus County | Jack M. Jacobson<br>Alan K. Cassidy<br>Valli Isreals |
| _s/Jodee Sussman<br>Jodee Sussman<br>**Trafficked, Pillaged, Tortured** | **Marty S. Adair**<br>Mother of Jodee Sussman<br>**Trafficked, Pillaged. Tortured** | 30-2019-01066588-PR-<br>CP-CJC<br>Orange County | Gerald Johnston |
| _s/Lisa Taylor<br>Lisa Taylor<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Lisa Taylor<br>**Trafficked, Pillaged, Tortured** | FL 1503293<br>Marin County | Verna Adams |
| _s/Timothy Taylor<br>Timothy Taylor<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Timothy<br>Taylor<br>**Trafficked, Pillaged, Tortured** | 18CCJP01519AB<br>Los Angeles County | Kim Nguyen<br>Michael Whitaker<br>Victor Greenberg<br>Linda L. Sun |
| _s/Ana Tinocco<br>Ana Tinocco<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Grandchild/Grandchildren of Ana<br>Tinocco<br>**Trafficked, Pillaged, Tortured** | 18CCJP00419A/17C<br>CJP01374B<br>Los Angeles County | |
| _s/Arthur Tsatryan<br>Arthur Tsatryan<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Arthur<br>Tsatryan<br>**Trafficked, Pillaged, Tortured** | BD512645<br>Los Angeles County | Hank Goldberg,<br>Maren E. Nelson,<br>Mark A. Juhas,<br>Dean Hansell,<br>Shelley Kaufman |
| _s/Ilya Tseglin<br>Ilya Tseglin<br>**Trafficked, Pillaged, Tortured**<br>**DUAL CITIZEN OF ISRAEL** | **John Doe/ Jane Doe,**<br>Child/Children of Ilya Tseglin<br>**Trafficked, Pillaged, Tortured** | A246780<br>Orange County | Jamoa A. Moberly,<br>Jacki C. Brown,<br>Gerald G. Johnson,<br>David L. Belz<br>Kim Hubbard |
| _s/Jennifer Bright Williams<br>Jennifer Bright Williams<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Jennifer Bright<br>Williams<br>**Trafficked, Pillaged, Tortured** | Case # FL19-014931<br>Nevada County | Thomas M. Anderson<br>B. Scott Thomson<br>Candace S.<br>Heidelberger |
| **STATE OF COLORADO** | | | |
| _s/Jeni Dees<br>Jeni Dees<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Jeni Dees<br>**Trafficked, Pillaged, Tortured** | Case # 12DR1367<br>Denver County | William Hood<br>Mag. Karen Hubler<br>Tighe<br>Jennifer Torrington<br>Nikea T. Bland |
| _s/Jessica Del Valle<br>Jessica Del Valle<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Jessica Del Valle<br>**Trafficked, Pillaged, Tortured** | 2019DR2294<br>Adams County | Mag Kelly Southerland<br>Kyle Seedorf<br>Brett Martin |
| _s/Michelle Schreiber<br>Michelle Schreiber<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Grandchild/Grandchildren of<br>Michelle Schreiber<br>**Trafficked, Pillaged, Tortured** | Case # 20JV128<br>Case #21JV108<br>Adams County | Katherine Delagado |

#WeKnow
THE U.S. IS AT WAR AGAINST HUMANITY

| | | | |
|---|---|---|---|
| _s/Kathleen Grisby<br>Kathleen Grisby<br>**Trafficked, Pillaged, Tortured** | **Mary Regina Grisby**<br>Mother of Kathleen Grisby<br>One of the first female Captains<br>U.S. Air Force, also a RN. who<br>proudly served her country<br>stationed at in Cheyenne, WY.<br>Her husband, Billy Grisby, PhD,<br>lieutenant stationed at Francis E<br>Warren Air Force Base in<br>Cheyenne, Wyoming.<br>**Genocide, Murder, Trafficked,<br>Pillaged, Tortured**<br>**DUAL CITIZEN OF IRELAND** | Case # 2021 PR 30002<br>Douglas County | H. Clay Hurst |
| _s/Leanne Maruhn<br>Leanne Maruhn<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Leanne Maruhn<br>**Trafficked, Pillaged, Tortured** | Case 2019DR604<br>Boulder County | Sangeeta Mallavarapu |
| _s/Vita Shannon<br>Vita Shannon<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Vita Shannon<br>**Trafficked, Pillaged, Tortured** | Case 2020 DR 30288<br>Boulder County | Sangeeth Mallavarapu |
| **STATE OF CONNECTICUT** | | | |
| _s/Pamela Dudgeon Eisenlohr<br>Pamela Dudgeon Eisenlohr<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Pamela<br>Dudgeon Eisenlohr<br>**Trafficked, Pillaged, Tortured** | Case:<br>LLIFA030091072S<br>Litchfield County | John W. Pickard,<br>James P. Ginocchio,<br>Elizabeth Gallagher,<br>John A. Danaher III |
| _s/Kelly Groh<br>Kelly Groh<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Kelly Groh<br>**Trafficked, Pillaged, Tortured** | UWYFA104022991<br>Middlesex County | Lynda B. Munro |
| _s/Ronna Marie Guiliano-<br>Reich<br>Ronna Marie Guiliano-Reich<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe**<br>Child/Children of Ronna Marie<br>Guiliano-Reich<br>**Trafficked, Pillaged, Tortured** | HHD-FA12-4064290-S<br>Hartford County | Robert Nastri, Jr.<br>Jorge Simon |
| _s/Robin Herzog<br>Robin Herzog<br>**Trafficked, Pillaged, Tortured**<br>**DUAL CITIZEN OF<br>CANADA** | **John Doe/ Jane Doe**<br>Child/Children of Robin Herzog<br>**Trafficked, Pillaged, Tortured**<br>**ALL 3 CHILDREN ARE<br>DUAL CITIZEN OF<br>CANADIAN** | Case #: FST-FA-15-<br>6026880-s<br>Fairfield County | Mark T Gould<br>Donna Heller<br>Thomas Colin<br>Anthony Truglia<br>Margret Hartley<br>Moore<br>Stephanie<br>McLaughlin<br>Erica Tindill<br>Anthony Fusco<br>magistrate<br>William Strada<br>magistrate |
| _s/Karen Riordan<br>Karen Riordan<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Karen Riordan<br>**Trafficked, Pillaged, Tortured** | FBT FA19 6088163 S<br>Fairfield County | Gerald I. Adelman |

#WeKnow
THE U.S. IS AT WAR AGAINST HUMANITY

| | | | |
|---|---|---|---|
| _s/Susan Skipp**<br>Susan Skipp<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Susan Skipp<br>**Trafficked, Pillaged, Tortured** | UWY-FA10-4022992<br>Middlesex County | Lynda B. Munro |
| _s/Heather Walter**<br>Heather Walter<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Heather Walter<br>**Trafficked, Pillaged, Tortured** | DBD-FA07-4008204-S<br>DBD-FA21-5016954-S<br>Fairfield County | DBD-FA07-4008204-S<br>Axelrod, Winslow<br>Leheny, Gordon<br>Munro, Eschuk<br>DBD-FA21-5016954-S<br>Truglia, Winslow |
| **DISTRICT OF COLUMBIA** | | | |
| _s/Quenby Wilcox**<br>Quenby Wilcox<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Quenby Wilcox<br>**Trafficked, Pillaged, Tortured** | | |
| **STATE OF FLORIDA** | | | |
| _s/Susanna Alan**<br>Susanna Alan<br>**Trafficked, Pillaged, Tortured<br>DUAL CITIZEN OF RUSSIA** | **John Doe/ Jane Doe,**<br>Child/Children of Susanna Alan<br>**Trafficked, Pillaged, Tortured<br>Child One – Dual Citizen** | Case:2019-008255   FC<br>04<br>Miami-Dade County | Maria Espinosa<br>Dennis |
| _s/Chris Anthony**<br>Chris Anthony<br>**Trafficked, Pillaged, Tortured** | Kim Gonsalves<br>Spouse of Chris Anthony<br>Trafficked, Pillaged, Tortured | Case No: xxxxxx3097<br>Broward County | Charles M Greene<br>Claudette Vanni |
| _s/Elizabeth Benedetto**<br>Elizabeth Benedetto<br>**Trafficked, Pillaged, Tortured** | | 51-2007-CP- 001152<br>CRC -10-04400<br>CFAWS/03<br>51-2010-CA5648-ES<br>Pasco County | Mary M. Handsel |
| _s/Harry Scott Boggs**<br>Harry Scott Boggs<br>**Trafficked, Pillaged, Tortured** | **Betty Boggs<br>Genocide, Murder, Trafficked,<br>Pillaged, Tortured**<br>Mother of Harry Scott Boggs<br>Wife of Lt. Harry Arthur<br>Boggs, Army Air Corps (North<br>Africa, Italy), 1944-45, wounded<br>piloting B-24 bomber<br>"Strawberry Blonde". Betty<br>Boggs was volunteer with U.S.<br>Organization (USO) at Wright<br>Field, Fairborn, OH. | Consolidated  Probate<br>Case      #2015-CP-<br>003335-O, Division 1<br>**Orange County,** | Jose Rodriguez<br>Janet Thorpe |
| _s/Mitzi Borota**<br>Mitzi Borota<br>**Trafficked, Pillaged, Tortured** | **John J. Borota**<br>Husband of Mitzi Borota<br>**Genocide, Murder, Trafficked,<br>Pillaged, Tortured** | 14-CP-003286<br>Hillsborough County | Richard Weis |
| _s/Randi Borrack**<br>Randi Borrack<br>**Trafficked, Pillaged, Tortured** | **Richard Louis Borrack**<br>Father of Randi Borrack<br>U.S Air Force<br>**Genocide, Murder, Trafficked,<br>Pillaged, Tortured** | 09-67IN;<br>432009GA00068;<br>432014000325<br>Martin County | Gary Sweet<br>Lawrence Mirman |

#WeKnow
THE U.S. IS AT WAR AGAINST HUMANITY

| | | | |
|---|---|---|---|
| **_s/Pat Brown**<br>Pat Brown<br>**Trafficked, Pillaged, Tortured** | **Dorothea Edwards**<br>Mother of Pat Brown<br>Husband served 4 years in U.S. Navy<br>**Genocide, Murder, Trafficked, Pillaged, Tortured** | 48-2003-CP 000665-O<br>Orange County | Janet C. Thorpe<br>Leticia J. Marsques |
| **_s/Bonnie Carter**<br>Bonnie Carter<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Bonnie Carter<br>**Trafficked, Pillaged, Tortured** | 2007-10165 PRDL; and 321-19J 20<br>Volusi and Leon County | Gilbert Smith<br>Margaret Hudson<br>Katheryn D. Weston |
| **_s/Rey Contreras**<br>Rey Constreras<br>**Trafficked, Pillaged, Tortured** | **Donald "Pete" Beaty**<br>Step-Father of Rey Contreras<br>**Trafficked, Pillaged, Tortured** | 2019-CP-00206;2019 MH- 000204<br>Polk County | John K Stargel<br>Gerald P. Hill |
| **_s/Westley Curtiss**<br>Westley Curtiss<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Westley Curtiss<br>**Trafficked, Pillaged, Tortured** | P2018-GA-000220<br>Seminole County | Ken Lester<br>Debra Goerner |
| **_s/Doug Franks**<br>Doug Franks<br>**Trafficked, Pillaged, Tortured** | **Ernestine Franks**<br>Mother of Doug Franks<br>**Genocide, Murder, Trafficked, Pillaged, Tortured** | FL-F-84BJ-NN3V<br>Escambia County | Jan Shackelford |
| **_s/Jay Goodley**<br>Jay Goodley<br>**Trafficked, Pillaged, Tortured** | **Catherine Kolen**<br>Mother of Jay Goodley<br>**Genocide, Murder, Trafficked, Pillaged, Tortured** | PRC160001493<br>Broward County | Peter M Weinstein |
| **_s/Fran Grady-Gilhooly**<br>Fran (Rutkosky) Grady-Gilhooly<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Fran Grady-Gilhooly<br>**Genocide, Murder, Trafficked, Pillaged, Tortured** | 03 0213 GA 2003<br>Associated Case<br>48 1986 Dr 008550.<br>Seminole County.<br>Florida<br>Orange County, CA | Nancy F. Alley<br>John Galluzzo<br>Susan Stacy<br>Alan Dickey<br>Associated Case<br>Jeffords J. Miller<br>H. Thomas Mihok<br>child visitation orders<br>transferred to Sem. Co<br>Nancy Alley when<br>Guardian Policeman<br>Commodario filed Co<br>Guardian with Alley |
| **_s/Linda Grzybowicz**<br>Linda Grzybowicz<br>**Trafficked, Pillaged, Tortured** | **Fortunate Rivera**<br>Mother of Linda Grzybowicz<br>**Trafficked, Pillaged, Tortured** | 05 2019 CA 043801;<br>05 2020 GA 020746;<br>05 2020 MH 012081<br>Brevard County | Lisa Davidson |
| **_s/Becky Harber**<br>Becky Harber<br>**Trafficked, Pillaged, Tortured** | **Hershel Harber**<br>Spouse of Becky Harber<br>**Genocide, Murder, Trafficked, Pillaged, Tortured** | 2020-11867 MHDL<br>Volusia County | Margaret Hudson |
| **_s/Faye Herring**<br>Faye Herring<br>**Trafficked, Pillaged, Tortured** | **Richard Herring,**<br>Vietnam Veteran<br>**Trafficked, Pillaged, Tortured** | Case No: 2018-9- GA<br><br>Suwannee County | |

#WeKnow
THE U.S. IS AT WAR AGAINST HUMANITY

| _s/Skender Hoti<br>Skender Hoti<br>**Trafficked, Pillaged, Tortured**<br>**DUAL CITIZEN OF ALBANIA** | **Gwendolyn Batson**<br>Mother of Skender Hoti<br>**Genocide, Murder, Trafficked, Pillaged, Tortured** | Case Nos.<br>502012-GA-000028SB<br>502012MH-000123SB<br>Palm Beach County | Martin Colin<br>David French<br>James Martz |
|---|---|---|---|
| _s/Gary Housman<br>Gary Housman<br>_s/Diane Housman<br>Diane Housman<br>**Trafficked, Pillaged, Tortured** | **Hiroko Housman**<br>Mother of Gary Housman<br>**Trafficked, Pillaged, Tortured** | Case  No.   2018-GA-057142<br>Brevard County | Lisa Davidson |
| _s/Keith Klingenstein<br>Keith Klingenstein<br>**Trafficked, Pillaged, Tortured** | _s/ Lisa Hartung<br>Lisa Hartung<br>**Trafficked, Pillaged, Tortured** | Polk County | John Stargel |
| s/Geralyn Lambou<br>Geralyn Lambou<br>**Trafficked, Pillaged, Tortured** | **Victor Lambou**<br>Father of Geralyn Lambou<br>**MISSING PERSON**<br>**Trafficked, Pillaged, Tortured** | 2019 GA 67<br>Leon County<br>and Wakulla County | Stephen Everett<br>Anthony Miller, |
| _s/Tammie Ledbetter<br>Tammie Ledbetter<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children    of    Tammie<br>Ledbetter<br>**Trafficked, Pillaged, Tortured** | 500617;98-12449;<br>98-12449; 99- DP 9499;<br>02-DP 6694;<br>03-DP 806 | Thomas Ramsberger |
| _s/Larry Leonhardt<br>Larry Leonhardt<br>**Trafficked, Pillaged, Tortured** | **Richard Leonhardt,**<br>Father of Larry Leonhardt<br>**Genocide, Murder, Trafficked, Pillaged, Tortured** | Case  No  50-2020-CF-002084-AXXX-MB<br>Palm Beach County | Kathleen J. Kroll |
| _s/Teresa Lyles<br>Teresa Lyles<br>**Trafficked, Pillaged, Tortured** | **Carmen Tozzo**<br>Mother of Teresa Lyles<br>**Genocide, Murder, Trafficked, Pillaged, Tortured** | Case: 11-GA-623<br>Alachua County | Stan Griffis<br>Mary Coker<br>Victor Hulslander |
| _s/Bruna Melo<br>Bruna Melo<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Bruna Melo<br>**Trafficked, Pillaged, Tortured** | 2019-DP-721<br>Alachua County | Denise Ferraro |
| s/Christine Middleton<br>Christine Middleton<br>**Trafficked, Pillaged, Tortured** | **James Lamar Middleton**<br>Father of Christine Middleton<br>**Trafficked, Pillaged, Tortured** | 562020GA000065 &<br>562020MH000331<br>Port St. Lucie | Rebecca White<br>Lawrence Mirman |
| _s/ Mary Mieczynski<br>Mary Mieczynski<br>**Trafficked, Pillaged, Tortured** | _s/ Anthony Mieczynski<br>Anthony Mieczynski<br>**Trafficked, Pillaged, Tortured**<br>Grandfather, Allen<br>Velasco/Mieczynski<br>served five years, 3 in Viet Nam<br>Grandfather served in WW2.<br>Uncles served 15 Years. Niece<br>served 20 years. | 06-GA-182<br>Seminole County | John D. Galluzzo<br>Kenneth Lester Jr.<br>Nancy F. Alley |
| _s/Christine Montanti[3]<br>Christine Montanti<br>**Trafficked, Pillaged, Tortured** | **KarilynMontanti**<br>Mother of Christine Montanti<br>**Trafficked, Pillaged, Tortured** | PRC180004278<br>Broward County | Charles M. Greene,<br>Yves P. Laventure |

---

[3] Christine Montanti and her mother, KarilynMontanti are being subjected to Atrocity Crimes by the U.S. Guardian Genocide Regime in 2 different states, both of which have kidnapped KarilynMontanti

#WeKnow

**THE U.S. IS AT WAR AGAINST HUMANITY**

| | | | |
|---|---|---|---|
| _s/John Serhan Oral<br>John Serhan Oral<br>**Trafficked, Pillaged, Tortured**<br>**DUAL CITIZEN OF TURKEY** | **John Doe/ Jane Doe,**<br>Child/Children<br>John Serhan Oral<br>**Trafficked, Pillaged, Tortured** | 2007-DR-4732<br>Seminole County | John Galluzzo,<br>Melanie Chase,<br>Donna McIntosh,<br>Jessica Recksiedler,<br>Marcia Langlois,<br>Lisa Davidson. |
| _s/Michelle Pimienta<br>Michelle Pimienta<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Michelle<br>Pimienta<br>**Trafficked, Pillaged, Tortured** | 2017 - 018681<br>Miami-Dade County | Migna Sanchez-<br>Llorens |
| _s/Maria Peric<br>Maria Peric<br>**Trafficked, Pillaged, Tortured**<br>**DUAL CITIZEN OF SOUTH**<br>**AMERICA** | **Tomislav Peric**<br>Spouse of Maria Peric<br>**Genocide, Murder, Trafficked,**<br>**Pillaged, Tortured**<br>**DUAL CITIZEN OF CANADA** | Case #. 2021-GA-54<br>Seminole County | Donna Goerner |
| _s/Patty Reid<br>Patty Reid<br>_s/Tony Reid<br>Tony Reid<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Patty Reid<br>**Trafficked, Pillaged, Tortured** | PRC000004940;<br>062000CP04940AX<br>Broward County | Mark A. Speiser<br>Mel Grossman<br>Peter Weinstein |
| _s/Maria C. Romero<br>Maria C. Romero<br>**Trafficked, Pillaged, Tortured**<br>**DUAL CITIZEN OF SPAIN** | **Maria Romero**<br>Mother of Maria C. Romero<br>**Trafficked, Pillaged, Tortured**<br>**CITIZEN OF SPAIN** | 05-2017-GA-012737<br>Brevard County | Lisa Davidson |
| _s/ Dr. Robert Sarhan<br>Dr. Robert Sarhan<br>**Trafficked, Pillaged, Tortured** | **Yvonne Sarhan**<br>Mother of Dr. Robert Sarhan<br>**Genocide, Murder, Trafficked,**<br>**Pillaged, Tortured** | 03-3440<br>Miami-Dade County | Celeste Hardee Muir<br>Maria Korvich |
| _s/Linda Scott<br>Linda Scott<br>_s/Deborah Scott Young<br>Deborah Scott Young<br>**Trafficked, Pillaged, Tortured** | **Anna M. Scott**<br>Mother of Linda Scott and<br>Deborah Scott Young<br>**Genocide, Murder, Trafficked,**<br>**Pillaged, Tortured** | Case #<br>422016GA000039GAA<br>XXX<br>Case# 16GA000039AX<br>Marion County | Mary Hatcher<br>S. Sue Robbins<br>Lisa Herndon |
| _s/Joan Stanton<br>Joan Stanton<br>_s/Mary Steffen<br>Mary Steffen<br>**Trafficked, Pillaged, Tortured** | **Elizabeth E. Weber**<br>Mother of Joan Stanton and Mary<br>Steffen<br>**Genocide, Murder, Trafficked,**<br>**Pillaged, Tortured** | #2013GA000460XXX<br>SB | David French |
| _s/Joan Stanton<br>Joan Stanton<br>_s/Mary Steffen<br>Mary Steffen<br>**Trafficked, Pillaged, Tortured** | **Richard C. Weber**<br>Father of Joan Stanton and Mary<br>Steffen<br>**Genocide, Murder, Trafficked,**<br>**Pillaged, Tortured** | #2013GA000481XXXS<br>B<br>Palm Beach County | David French |
| _s/Barbara Stone<br>Barbara Stone<br>**Trafficked, Pillaged, Tortured** | **Helen Stone**<br>Mother of Barbara Stone<br>Wife of Vietnam Veteran<br>**Genocide, Murder, Trafficked,**<br>**Pillaged, Tortured** | Guardian Case No: 12-<br>4330 and attendant<br>cases<br>Probate Case No: 19-<br>4417<br>Miami- Dade County | Michael Genden<br>Celeste Hardee Muir<br>Rosa Figarola<br>Jerald Bagley<br>Maria Korvick<br>Milton Hirsch |

#WeKnow
THE U.S. IS AT WAR AGAINST HUMANITY

| | | | Yvonne Colodny |
|---|---|---|---|
| _/s Pamela Suleman<br>Pamela Suleman<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Pamela Suleman<br>**Trafficked, Pillaged, Tortured** | Cases: 13-26-DP-6 and<br>2D18-0636<br>Pinellas County | Kathleen T. Hessinger |
| _s/Nathalie Tordion<br>Nathalie Tordion<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe**<br>Child/Children of Nathalie<br>Tordion<br>**Trafficked, Pillaged, Tortured** | 2015-9770-FC-04<br>**Miami- Dade County** | General       magistrate<br>Rosenbaum.<br>Samantha Ruiz-Cohen<br>Christina Raimondo |
| _s/Meghan Walsh<br>Meghan Walsh<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe**<br>Child/Children of Meghan Walsh<br>**Trafficked, Pillaged, Tortured** | 3 1 2022DPOOOOO 76<br>Indian River County | |
| s/Vanessa Werko<br>Vanessa Werko<br>**Trafficked, Pillaged, Tortured** | **John Doe/Jane Doe**<br>Children of Vanessa Werko<br>**Trafficked, Pillaged, Tortured** | 19-DR-001760<br>Hillsborough County | Refused FOIA for<br>Judicial Perpetrator<br>identity |
| _s/Angela Woodhull<br>Angelina Woodhull<br>**Trafficked, Pillaged, Tortured** | **Louise A. Falvo**<br>Mother of Angelina Woodhull<br>**Genocide, Murder, Trafficked,<br>Pillaged, Tortured** | 2008-CP-0509<br>Seminole County | Nancy F. Alley |
| **STATE OF GEORGIA** | | | |
| _s/Valorie Byrd<br>Valorie Byrd<br>**Trafficked, Pillaged, Tortured** | **Katherine Watson Byrd**<br>Mother of Valorie Byrd<br>**Genocide, Murder, Trafficked,<br>Pillaged, Tortured** | 2019- 2172<br>Dekalb County | Bedelia C. Hargrove |
| _s/Richard L. Futrill<br>Richard L Futrill<br>**Trafficked, Pillaged, Tortured** | **Richard Lee Futrill**<br>Father of Richard L. Futrill<br>**Trafficked, Pillaged, Tortured** | 126-18<br>Worth County | Virginia Acord<br>Debra Sapp<br>Melanie Cross |
| _s/Maria Kingery<br>Maria Kingery<br>**Trafficked, Pillaged, Tortured** | **Graciela Alvarez**<br>Mother of Maria Kingery<br>**Genocide, Murder, Trafficked,<br>Pillaged, Tortured** | Estate of Federico<br>Patricio Alvarez, Case<br>No. 223354<br>Fulton County Estate of<br>Graciela Alvarez<br>Case No. 223254 | Pinkie Toomer<br>Tripp Self<br>William Self |
| **STATE OF HAWAII** | | | |
| _s/Christine Chaco<br>Christine Chaco<br>**Trafficked, Pillaged, Tortured** | **John Doe/Jane Doe**<br>Child/  Children  of  Christine<br>Chaco<br>**Trafficked, Pillaged, Tortured** | Case #: FC-P-15-1-<br>0110<br>Maui County | Lloyd Poelman |
| **STATE OF IDAHO** | | | |
| _s/Barbara Monroe<br>Barbara Monroe<br>**Trafficked, Pillaged, Tortured** | **Linda Mae Monroe**<br>Mother of Barbara Monroe<br>**Trafficked, Pillaged, Torture** | CV01-19-07473<br>Boise and<br>Kootenai County | Christopher Bieter<br>Boise |
| **STATE OF ILLINOIS** | | | |
| s/Alex Kumpin<br>Alex Kumpin<br>_s/Aldona Kumpin<br>Aldona Kumpin<br>**Trafficked, Pillaged, Tortured**<br>**DUAL CITIZEN OF POLAND** | **Danuta Kumpin**<br>Mother of Alex Kumpin and<br>Aldona Kumpin<br>**Genocide, Murder, Trafficked,<br>Pillaged, Tortured**<br>**DUAL CITIZEN OF POLAND** | 2020P003668<br>Cook County | Shauna L. Boliker |

#WeKnow
THE U.S. IS AT WAR AGAINST HUMANITY

| | | | |
|---|---|---|---|
| _s/Lisa Nadig**<br>Lisa Nadig<br>**Trafficked, Pillaged, Tortured** | **John Doe/Jane Doe**<br>Child/ Children of Lisa Nadig<br>**Trafficked, Pillaged, Tortured** | D-09-331278<br>Cook County | Samuel Betar<br>Alfred Levinson |
| _s/Crystal D. Stewart**<br>Crystal D. Stewart<br>**Trafficked, Pillaged, Tortured** | **John Doe/Jane Doe**<br>Child/ Children of Crystal D. Stewart<br>**Trafficked, Pillaged, Tortured** | Case number 1098334<br>Marion County | Erika Sanders |
| _s/Adrian Wright**<br>Adrian Wright<br>**Trafficked, Pillaged, Tortured** | **Betty Robinson**<br>Mother of Adrian Wright<br>**Trafficked, Pillaged, Tortured** | 12 P 4726<br>Cook County | Jane Stuart<br>Karen O'Malley<br>Aicha MacCarthy<br>Shana Boliker |
| _s/Vanessa Werko**<br>Vanessa Werko<br>**Trafficked, Pillaged, Tortured** | **John Doe/Jane Doe**<br>Child/ Children of Vanessa Werko<br>**Trafficked, Pillaged, Tortured** | 2015D560 and<br>2016D9029<br>Lake and Cook County | Lori Rosen,<br>David E. Haracz,<br>Raul Vega,<br>Mary S. Trew,<br>Grace G. Dickler,<br>Joseph V. Salvi |
| **STATE OF INDIANA** | | | |
| _s/Tracy Woodrich**<br>Tracy Woodrich | **John Doe/ Jane Doe**<br>Child/Children of Tracy Woodrich<br>**Trafficked, Pillaged, Tortured** | Custody Case<br>49D131305DR021968<br>Abuse Cases<br>#49G17-0803-CM-050642<br>#49G16-1909-CM-037351<br>#49G16-1805-CM-016961<br>Marion County | Magistrate Patrick Murphy,<br>James Joven |
| **STATE OF KENTUCKY** | | | |
| _s/Shameka Johnson**<br>Shameka Johnson<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe**<br>Child/Children of Shameka Johnson<br>**Trafficked, Pillaged, Tortured** | Case No 17-CI-501764.<br>Jefferson county | Derwin Webb |
| **STATE OF MAINE** | | | |
| _s/Sarah Chagnon**<br>Sarah Chagnon<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe**<br>Child/Children of Sarah Chagnon<br>**Trafficked, Pillaged, Tortured** | CR-2019-861<br>York County | Richard Mulhern (criminal)<br>Judge Moskowitz (civil) |
| **STATE OF MARYLAND** | | | |
| _s/Brenda Ann Daniel**<br>Brenda Ann Daniel<br>**_s/Douglas Lefevre**<br>Douglas Lefevre<br>**Trafficked, Pillaged, Tortured** | **Ana L. Daniel**<br>Mother of Brenda Daniel<br>**Trafficked, Pillaged, Tortured** | D -111-FM-21-818339<br>Frederick County | Eric William Schaffer<br>Oliver John Cejka, Jr. |

#WeKnow
THE U.S. IS AT WAR AGAINST HUMANITY

| STATE OF MASSACHUSETTS | | | |
|---|---|---|---|
| **s/Dennis Bain**<br>Dennis Bain<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe**<br>Child/Children of Dennis Bain<br>**Trafficked, Pillaged, Tortured** | Case No:<br>MI12D4967JP<br>Middlesex County | Marianne Hinkle<br>James D. Barretto<br>Michael Patten<br>Cesar A. Archilla<br>Melanie Gargas<br>Spenser Kagan |
| **s/Yadira Barrett**<br>Yadira Barrett<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe**<br>Child/Children of Yadira Barrett<br>**Trafficked, Pillaged, Tortured** | BA18-W0105/106D<br>Barnstable County | Angela Ordonez |
| **s/Shaunessy Butler**<br>Shaunessy Butler<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Shaunessy<br>Butler<br>**Trafficked, Pillaged, Tortured** | 21CP0076BO<br>and  3756844<br>Suffolk County | Helen Brown Bryant |
| **s/Heidi Heard**<br>Heidi Heard<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Heidi Heard<br>**Trafficked, Pillaged, Tortured** | PL 18 PO639GD<br>Plymouth County | Edward  G. Boyle |
| **s/Lisa Koehn**<br>Lisa Koehn<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Lisa Koehn<br>**Trafficked, Pillaged, Tortured** | ES21P0243GD<br>ES21P1555GD<br>Essex County | Abbe L. Ross |
| **s/Pilar Maté**<br>Pilar Maté<br>**Trafficked, Pillaged, Tortured**<br>**DUAL CITIZEN OF SPAIN** | **John Doe/ Jane Doe,**<br>Child/Children of Pilar Maté<br>**Trafficked, Pillaged, Tortured**<br>**CHILD ONE DUAL CITIZEN**<br>**OF SPAIN** | ES09W2998WD<br>Essex County | Abbe L. Ross |
| **/sDar Orvieto**<br>Dar Orvieto<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Dar Orvieto<br>**Trafficked, Pillaged, Tortured** | HS12D0265 DR<br>Hampden County | Linda Fidnick |
| **/s Wayman Rainey**<br>Wayman Rainey<br>**Trafficked, Pillaged, Tortured** | **Alberta Howard**<br>Aunt of Wayman Rainey<br>**Genocide, Murder, Trafficked,**<br>**Pillaged, Tortured** | HD20P0833PM /<br>HD20P0886PM /<br>HD20P0887GD<br>Hampden County | Ellen M. Randle |
| **s/Tiffany Scott**<br>Tiffany Scott<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Tiffany Moran<br>**Trafficked, Pillaged, Tortured** | 17CP00129TN<br>Bristol County | Tracy Souza |
| **s/Walter F. Sorenson, Jr.**<br>Walter F. Sorenson, Jr.<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe**<br>Child/Children of Walter F.<br>Sorenson, Jr.<br>**Trafficked, Pillaged, Tortured** | ES14D-0024DR<br>Essex County | Abbe L. Ross |
| STATE OF MICHIGAN | | | |
| **s/Marion E Becker**<br>Marion E. Becker<br>**Trafficked, Pillaged, Tortured** | **Marion Bappler**<br>Aunt of Marion Becker<br>**Trafficked, Pillaged, Tortured** | 2022- 873531 GA<br>Wayne County | Freddie Burton<br>David Perkins |
| **s/Owen Berger**<br>Owen Berger<br>**s/Greg Berger**<br>Greg Berger<br>**Trafficked, Pillaged, Tortured** | **Patty Berger**<br>Mother of Owen Berger and<br>Greg Berger<br>**Trafficked, Pillaged, Tortured** | No.2015-814229-CA<br>Wayne County | Lawrence J. Paolucci |

#WeKnow
THE U.S. IS AT WAR AGAINST HUMANITY

| | | | |
|---|---|---|---|
| _s/Holly J. Delph<br>Holly J. Delph<br>**Trafficked, Pillaged. Tortured** | **John Doe/Jane Doe**<br>Child/Children of Holly J. Delph<br>**Trafficked, Pillaged, Tortured** | 13-193245-DD<br>Kent County | David M. Murkowski |
| _s/April Donovan<br>April Donovan<br>**Trafficked, Pillaged, Tortured** | **Twila Jean Apger**<br>Mother of April Donovan<br>**Genocide, Murder, Trafficked,<br>Pillaged, Tortured** | 17-26063-GA.<br>Houghton County | Fraser Strome |
| s/Melissa Edwards<br>Melissa Edwards<br>Trafficked, Pillaged, Tortured | **Kim Marie Edwards**<br>Mother of Melissa Edwards<br>**Genocide, Murder, Trafficked,<br>Pillaged, Tortured** | Case #:  2004-681886-<br>GA (Guardianship)<br>2010-752507-TV (Trust)<br>Wayne County | Martin T Maher,<br>David T Braxton |
| _s/Debbie Fox<br>Debbie Fox<br>_s/Randy Robinson<br>Randy Robinson<br>**Trafficked, Pillaged, Tortured** | **Gayle Robinson USMC**<br>**Trafficked, Pillaged, Tortured**<br>Mother of Debbie Fox and Randy<br>Robinson<br>Veteran of U.S. Marine Corp<br>Wife of Russell P. Robinson, Jr.<br>Sgt -U.S. Marine  Korean War | 2014-797255<br>Wayne County | Terrance A Keith |
| _s/Holly Hayes<br>Holly Hayes<br>_s/Cynthia Hayes<br>Cynthia Hayes<br>_s/Randy Hayes<br>Randy Hayes<br>**Trafficked, Pillaged, Tortured** | **Betty Jane Hayes**<br>Mother of Holly Hayes and<br>Cynthia Hayes<br>**Trafficked, Pillaged, Tortured** | 2021-865509-CA<br>Wayne County | Freddie G. Burton, Jr. |
| _s/Sandra Lee Hanes<br>Sandra Lee Hanes<br>**Trafficked, Pillaged, Tortured** | **Ruby J. Hanes**<br>Mother of Sandra Lee Hanes<br>**Genocide, Murder, Trafficked,<br>Pillaged, Tortured** | 2018-839913 GA<br>Wayne County | June E. Blackwell-<br>Hatcher<br>David A Perkins |
| _s/Sandra Lee Hanes<br>Sandra Lee Hanes<br>**Trafficked, Pillaged, Tortured** | **William S. Hanes**<br>Father of Sandra Lee Hanes<br>**Genocide, Murder, Trafficked,<br>Pillaged, Tortured** | 2018-839914 GA<br>Wayne County | June E. Blackwell-<br>Hatcher<br>David A Perkins |
| _s/Thomas Howe<br>Thomas Howe<br>**Trafficked, Pillaged, Tortured** | **Beverly May Howe**<br>Mother of Thomas Howe<br>**Genocide, Murder, Trafficked,<br>Pillaged, Tortured** | 18210538-GA<br>(Guardianship)<br>21216835-DE<br>(Deceased Estate)<br>Genesee County, | Jeannie Barkey<br>Thomas   Byerley   of<br>Eaton County by State<br>Court Administrator<br>Thomas Boyd |
| _s/Michael Lipson<br>Michael Lipson<br>**Trafficked, Pillaged, Tortured** | **Doreen (Berg) Lipson**<br>Mother of Michael Lipson<br>**Trafficked, Pillaged, Tortured** | 2001-277, 029-GA.<br>Oakland County | Daniel A. O'Brien |
| _s/Tammy Morgan<br>Tammy Morgan<br>**Trafficked, Pillaged, Tortured** | **Virginia Suzanne Beveridge**<br>Mother of Tammy Morgan<br>**Genocide, Murder, Trafficked,<br>Pillaged, Tortured** | Case 2016-370,510-GA<br>Case 2016-371,339-CA<br>Oakland County<br>Michigan ProbateCourt<br>Genesee County<br>Probate Court<br>Case# 2017-208033GA<br>Case# 2017-208034CA | Oakland:<br>Kathleen Ryan<br>Genesse:<br>Jennie E. Barkey<br>Fabricated   Criminal<br>Charges – Genesse<br>Mark Latchana<br>Joseph Farrah |

#WeKnow
**THE U.S. IS AT WAR AGAINST HUMANITY**

|  |  | Fabricated Criminal Charges Genesee County 7th & 67th CourtsCase#18TC0957 | David Newblatt |
|---|---|---|---|
| _s/Christine Morrison<br>Christine Morrison<br>**Trafficked, Pillaged, Tortured** | **John Doe/Jane Doe**<br>Child/Children of Christine Morrison<br>**Trafficked, Pillaged, Tortured** | # 95-4609-DM<br>Macomb County<br># No. 238014, LC<br>No. 00-020759-CK<br>Oakland County | Macomb County:<br>Servitto,<br>Maceroni,<br>Yokich<br>Oakland County:<br>Mester/Templin |
| _s/Jennifer Myers<br>Jennifer Myers<br>**Trafficked, Pillaged, Tortured**<br>_s/Joshua Gardette<br>aka Joshua Myers-Gardette<br>**Trafficked, Pillaged, Tortured** | **Maxine E. Larrouy**<br>Grandmother of Joshua Myers-Gardette, son of Jennifer Myers<br>**Trafficked, Pillaged, Tortured** | Guardianship Case<br># 22-000237-GA<br>Conservatorship Case #<br>22-240-CA<br>Washtenaw County | Julia B. Owdziej |
| _s/Vita Shannon<br>Vita Shannon<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Vita Shannon<br>**Trafficked, Pillaged, Tortured** | Case no. 2017 –<br>852916<br>Oakland County | Victoria Valentine<br>Arbitrator Kurt<br>Schnelz |
| _s/Theresa A. Swencki<br>Theresa A. Swencki<br>**Trafficked, Pillaged, Tortured** | **John Doe/Jane Doe**<br>Child/Children of Theresa A.<br>Swencki<br>**Trafficked, Pillaged, Tortured** | 12-298704DM<br>Oakland County | Edward Sosnick<br>Karen D. McDonald<br>Kameisha D. Gant |
| **STATE OF MINNESOTA** | | | |
| _s/Arlen Britton<br>Arlen Britton<br>**Trafficked, Pillaged, Tortured** | **Paul Yankowiak**<br>Friend of Arlen Britton<br>**Trafficked, Pillaged, Tortured** | Case  No:  66-PR-14 -<br>474<br>Rice County | Thomas M. Neuville<br>Jeffrey Johnson |
| _s/ Joanna Bougalis<br>Joanna Bougalis<br>US Marine Corps 1983-1986<br>US Army 1987-1994<br>Disabled Veteran status<br>**Trafficked, Pillaged, Tortured**<br>**DUAL CITIZEN OF GREECE** | **Katherine G. Bougalis**<br>Mother of Joanna Bougalis<br>Wife of George Bougalis<br>US Army approximately 1956-58. Served in Germany.<br>**Trafficked, Pillaged, Tortured**<br>**DUAL CITIZEN OF GREECE** | Case No: 69HI-PR-14-99<br>St. Louis County | Gary Pagliaccetti<br>Andrew R Peterson |
| _s/ Kathy Cooper<br>Kathy Cooper<br>**Trafficked, Pillaged, Tortured** | **John Irvin Cooper**<br>Husband of Kathy Cooper<br>**Trafficked, Pillaged, Tortured** | 62-PR-21-465<br>Ramsey County<br>Wadena County | Lezlie Marek Ott<br>Thomas Gilligan Jr.<br>Sara R. Grewing<br>Patrick C. Diamond<br>Joel Olson |
| _s/ Kathy Cooper<br>Kathy Cooper<br>**Trafficked, Pillaged, Tortured** | **Lois Luella Rothfusz**<br>Mother of Kathy Cooper<br>**Trafficked, Pillaged, Tortured** | 62-PR-07-665<br>Ramsey County | Dean Maus<br>James H. Clark, Jr.<br>Paulette K. Flynn<br>Joel Olson |
| _s/Dede Evavold<br>Dede Evavold<br>**Retaliation Atrocity Crimes** | | 19-HA CV 18-4286 | Jerome B. Abrams |

#WeKnow
THE U.S. IS AT WAR AGAINST HUMANITY

| _s/Diane Heinecke<br>Diane Heinecke<br>**Trafficked, Pillaged, Tortured** | **John Doe/Jane Doe**<br>Child/Children of Diane Heinecke<br>**Trafficked, Pillaged, Tortured** | Case number: 27-FA-19-4719<br>Hennepin County | Michelle Hatcher<br>Amy Dawson<br>Theresa Couri |
|---|---|---|---|
| _s/Amy Jessina Janssen<br>Amy Jessina Janssen<br>**Trafficked, Pillaged, Tortured** | **John Doe/Jane Doe**<br>Child/Children of Amy Jessina Janssen<br>**Trafficked, Pillaged, Tortured** | 10-FA-11-425<br>Carver County | Kevin Eide<br>Richard C. Perkins<br>(Head of Children's Justice Initiative Minnesota and initial trafficking judge)<br>Eric J. Braaten |
| s/Joyce Lacey<br>Joyce Lacey<br>**Trafficked, Pillaged, Tortured** | **June Lynn Lacey**<br>Mother of Joyce Lacey<br>**Genocide, Murder, Trafficked, Pillaged, Tortured** | No. 56-PR-18-2692<br>Otter Tail County | |
| _s/Michelle Macdonald<br>Michelle Macdonald<br>**Retaliation Atrocity Crimes** | Counsel for numerous Atrocity Crime Victims | 19-HA-CR-13-2934<br>Dakota County | Tim T. Wermager |
| s/Vicki Distefano Perbeck<br>Vicki Distefano Perbeck<br>**Trafficked, Pillaged, Tortured** | **John Doe/Jane Doe**<br>Child/Children of Vicki Distefano Perbeck<br>**Trafficked, Pillaged, Tortured** | PR03-187547-003<br>Jackson County | Jack Gant, |
| s/Sandra Grazzini-Rucki<br>Sandra Grazzini-Rucki<br>**Trafficked, Pillaged, Tortured** | **John Doe/Jane Doe**<br>Child/Children of<br>Sandra Grazzini-Rucki<br>**Trafficked, Pillaged, Tortured** | 19-AV-FA 11-1273<br>Dakota county | David L. Knutson |
| _s/Kimberly Sperling<br>Kimberly Sperling<br>**Trafficked, Pillaged, Tortured** | **John Doe/Jane Doe**<br>Child/Children of Kimberly Sperling<br>**Trafficked, Pillaged, Tortured** | Case No:<br>19 F2-03-013229<br>Dakota County | Tim T. Wermager |
| _s/James Steinbach<br>James Steinbach<br>**Trafficked, Pillaged, Tortured** | **Stephana Steinbach**<br>Mother of James Steinbach<br>**Trafficked, Pillaged, Tortured** | Case No: 195679<br>McLeod County | Jody Winter<br>Jessica Maher |
| _s/Melissa Vagle<br>Melissa Vagle<br>**Trafficked, Pillaged, Tortured** | **John Doe/Jane Doe**<br>Child/Children of Melissa Vagel<br>**Trafficked, Pillaged, Tortured** | Case no : 02-FA-19-1806<br>Anoka county | Jenny Walker-Jasper |
| **STATE OF MISSOURI** | | | |
| _s/Michele Newell<br>Michele Newell<br>**Trafficked, Pillaged, Tortured** | **John Doe/Jane Doe**<br>Child/Children of Michele Newell<br>**Trafficked, Pillaged, Tortured** | 08SL000006<br>St. Louis County | Joan M. Gilmer |
| _s/Ashley Stewart<br>Ashley Stewart<br>**Trafficked, Pillaged, Tortured** | | Case number<br>21SDJU0191<br>Stoddard county | Robert Mayor |
| **STATE OF NEVADA** | | | |
| _s/Larry S. Braslow<br>Larry S. Braslow<br>**Trafficked, Pillaged, Tortured** | **Ruth Braslow**<br>Mother of Larry S. Braslow<br>**Genocide, Murder, Trafficked, Pillaged, Tortured** | G-13 038228 A<br>Clarks County | |

#WeKnow
THE U.S. IS AT WAR AGAINST HUMANITY

| | | | |
|---|---|---|---|
| **John Doe**<br>**Trafficked, Pillaged, Tortured** | **Jane Doe**<br>Mother of John Doe<br>**Genocide, Murder, Trafficked, Pillaged, Tortured** | | |
| _s/Stewart Handte<br>Stewart Handte<br>**Retaliation Atrocity Crimes** | | 19-15652<br>**Washoe County** | **Barry Breslow** |
| **STATE OF NEW JERSEY** | | | |
| _s/ Cheryl Abrams<br>Cheryl Abrams<br>**Trafficked, Pillaged, Tortured** | | Case #: 269573<br>Middlesex County | Roger W. Daley |
| _s/Gale Penney<br>Gale Penney<br>**Trafficked, Pillaged, Tortured**<br>**DUAL CITIZEN OF CANADA** | **John Doe/Jane Doe**<br>Child/Children of Gale Penney<br>**Trafficked, Pillaged, Tortured**<br>**ALL CHILDREN ARE**<br>**DUAL CITIZEN OF CANADA** | FM-12-2556-11E<br>**Middlesex County** | Sheree V. Pitchford |
| _s/Elischandra Walsh<br>Elischandra Walsh<br>**Trafficked, Pillaged, Tortured** | **Sernita Walsh**<br><br>**Trafficked, Pillaged, Tortured** | IMO Sernita Walsh<br>P-45-21/P-33-21<br>Neptune NJ 07753 | Joseph Quinn |
| **STATE OF NEW MEXICO** | | | |
| _s/Dana Carrasco<br>Dana Carrasco<br>**Trafficked, Pillaged, Tortured** | **John Doe/Jane Doe**<br>Child/Children of Dana<br>**Trafficked, Pillaged, Tortured** | D- 1226 DM- 2006-00090<br>Dm-2003-000163<br>DV-2004-107<br>**Lincoln County**<br>**Otero County** | Angie K. Schneider<br>Karen Parsons<br>Darrell N. Brantly |
| _s/Monica Griego<br>Monica Griego<br>**Trafficked, Pillaged, Tortured** | **John Doe/Jane Doe**<br>Child/Children of Monica<br>**Trafficked, Pillaged, Tortured** | D-202-JQ-2016-0076<br>**Bernalillo County** | Marie Ward |
| **STATE OF NEW YORK** | | | |
| s/Cindy Card[4]<br>Cindy Card<br>_s/Ken Swenson<br>Ken Swenson<br>**Trafficked, Pillaged, Tortured** | **Ella Card**<br>Mother of Cindy Card<br>**Trafficked, Pillaged, Tortured** | Supreme Court State<br>of New York<br>Kings County,<br>Index No:<br>100016/2011 | Leon Ruchlesman<br>Betsy Barros |
| _s/Jodi Graesser<br>Jodi Graesser<br>**Trafficked, Pillaged, Tortured** | **John Doe/Jane Doe**<br>Child/Children of Jodi Graesser<br>**Trafficked, Pillaged, Tortured** | File # 201540 Docket #<br>NN-16325-19 B-<br>01468-21<br>Erie County | **Sharon M Lovallo** |
| _s/Dari Langone<br>Dari Langone<br>_s/Andrea Schmall<br>Andrea Schmall<br>**Trafficked, Pillaged, Tortured** | **John/ Jane Doe,**<br>Child/Children/Daughter of Dari<br>Langone<br>Niece of Andrea Schmall<br>**Trafficked, Pillaged, Tortured** | File Number - 202229<br>Docket Number - NN-13093-16<br>Kings County | Ben Darvil Jr.<br>Lillian Wan<br>Jacqueline B. Deane |

---

[4] Forced into Human Trafficking Courts in other states including Pennsylvania

#WeKnow
THE U.S. IS AT WAR AGAINST HUMANITY

| | | | |
|---|---|---|---|
| s/Christine Montanti<br>Christine Montanti<br>**Trafficked, Pillaged, Tortured** | **Karilyn Montanti**<br>Mother of Christine Montanti<br>**Trafficked, Pillaged, Tortured** | | |
| s/Ellen Oxman<br>Ellen Oxman<br>**Trafficked, Pillaged, Tortured** | **Marjorie Fister**<br>Mother of Ellen Oxman<br>**Genocide, Murder, Trafficked, Pillaged, Tortured** | Case No 500168/13<br>New York County | Lottie Wilkins,<br>Tanisha James,<br>Kelly O'Neil Levy,<br>Lori Sokoloff |
| s/Elizabeth Harding Weinstein<br>Elizabeth Harding Weinstein<br>**Trafficked, Pillaged, Tortured** | John/ Jane Doe,<br>Child/Children of Elizabeth Harding Weinstein<br>**Trafficked, Pillaged, Tortured in Child Trafficking Court**<br>Elizabeth Harding Weisman<br>**Trafficked, Pillaged, Tortured in Guardian Court** | 161237 and 55866-2020<br>Child Trafficking Cases with active pedophilia investigation underway<br>31053-2021: Adult Trafficking Guardian Case | Nancy Quinn-Koba,<br>Lewis J Lubell<br>Janet C Malone<br>Brian Stryker |
| **STATE OF NORTH CAROLINA** | | | |
| s/Kenneth R. Gottfried<br>Kenneth R. Gottfried<br>**Trafficked, Pillaged, Tortured** | John/ Jane Doe,<br>Child/Children of Kenneth R. Gottfried<br>**Trafficked, Pillaged, Tortured** | 14-CvD-579<br>Watauga County | F. Warren Hughes<br>Hal G. Harrison |
| s/Neil Shelton<br>Neil Shelton<br>**Trafficked, Pillaged, Tortured** | John/ Jane Doe,<br>Child/Children of Neil Shelton<br>**Trafficked, Pillaged, Tortured** | | |
| John Doe<br>**Trafficked, Pillaged, Tortured** | **Jane Doe**<br>**Trafficked, Pillaged, Tortured** | | |
| **STATE OF OHIO** | | | |
| s/Kathleen Bosse<br>Kathleen Bosse<br>**Trafficked, Pillaged, Tortured** | **Mary Frances McCulloch**<br>**Trafficked, Pillaged, Tortured**<br>Mother of Kathleen Bosse<br>Wife of John Wellington McCulloch III: U.S Navy during WWII and Korean War,.<br>Four sons of Mary and Hugh Hamilton McCulloch, the Grandparents of Kathleen Bosse,<br>Tom – U.S. Army, John U.S. Navy, Hugh – U.S. Air Force, Mark – U.S. Marines. | Case No: 2013004051<br>Hamton County | Ralph E. Winker<br>Kendal M. Coes,<br>magistrate |
| s/Donna J. Kell<br>Donna J. Kell<br>**Trafficked, Pillaged, Tortured** | **Josephine Kell**<br>Mother of Donna Kell<br>**Trafficked, Pillaged, Tortured** | Case # 548313<br>Franklin County | Jeffrey Mackey<br>magistrate Mary Gadd |
| s/Elaina Stainbrook<br>Elaina Stainbrook<br>**Trafficked, Pillaged, Tortured** | **Mary Lorraine Burgett**<br>**Phillips,** Grandmother of Elaina Stainbrook<br>**Genocide, Murder, Trafficked, Pillaged, Tortured** | Case Nos: 15GU0223 and 16ES0524<br>Lake County | Mark J. Bartolotta |

#WeKnow
THE U.S. IS AT WAR AGAINST HUMANITY

| STATE OF OKLAHOMA | | | |
|---|---|---|---|
| _s/Tamsen Clark<br>Tamsen Clark<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Tamsen Clark<br>**Trafficked, Pillaged, Tortured** | JD-20-23<br>Tulsa County | Rodney Sparkman<br>Theresa Dreiling<br>Wilma Palmer |
| _s/Karla Johnson<br>Karla Johnson<br>**Trafficked, Pillaged, Tortured**<br>_s/Sara Ybarra Johnson<br>Sara Ybarra Johnson<br>**Trafficked, Pillaged, Tortured** | **John Doe/Jane Doe**<br>Grandchild/Child<br>Grandchildren/Children of<br>Karla Johnson and<br>Sara Ybarra Johnson<br>**Trafficked, Pillaged, Tortured** | DH 2011-165,<br>JD-2011-130 | |
| _s/Samantha Ricks,<br>Samantha Ricks<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Samantha Ricks<br>**Trafficked, Pillaged, Tortured** | JD-2021-88<br>Canadian County | Bob Hughey |
| _s/ Linh Stephens<br>Linh Stephens<br>US Navy Veteran; medical<br>doctor; and doctor for US Navy<br>for 5 yrs, Veterans Affairs for 2<br>years, Cherokee Nation for 2 yrs,<br>**Trafficked, Pillaged, Tortured**<br>**COUNTRY OF BIRTH:**<br>**VIETNAM** | **John Doe/ Jane Doe,**<br>Child/Children of Linh Stephens<br>**Trafficked, Pillaged, Tortured** | JD-2021-270<br>Tulsa County<br>FD-2015-2228,<br>PO-2021-3843 | Martin Rupp Carter<br>Rodney Sparkman<br>April Seibert |
| STATE OF OREGON | | | |
| _s/Ronda Butler<br>Ronda Butler<br>**Trafficked, Pillaged, Tortured** | **Ruth S. Huglin**<br>Mother of Ronda Butler<br>**Trafficked, Pillaged, Tortured** | 19PR00099<br>Clackamos County | Susie Norby |
| _s/Steve Miller-Hart<br>Steve Miller-Hart<br>_s/Barbara Ann Miller<br>Barbara Ann Miller<br>**Trafficked, Pillaged, Tortured** | **Donald G. Miller**<br>Father of Steve Miller-Hart<br>**Genocide, Murder, Trafficked,**<br>**Pillaged, Tortured** | D17-0550<br>Dallas County | |
| _s/Loyd A. Waugh<br>Loyd A. Waugh<br>**Trafficked, Pillaged, Tortured** | **Susan M. King**<br>Friend of Loyd A. Waugh<br>**Trafficked, Pillaged, Tortured** | Susan M. King - Case<br>#17PR01740<br>Multnomah County | Katherine Tennyson<br>Francis G. Troy<br>Patrick W. Henry |
| STATE OF PENNSYLVANIA | | | |
| _s/Mary Bush<br>Mary Bush<br>**Trafficked, Pillaged, Tortured** | **Genevieve Bush**<br>Mother of Mary Bush<br>**Genocide, Murder, Trafficked,**<br>**Pillaged, Tortured** | 1509-1720<br>Chester County | Katherine B .L. Platt |
| _s/Elizabeth DeCordova<br>Elizabeth DeCordova<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Elizabeth<br>DeCordova<br>**Trafficked, Pillaged, Tortured** | Case #: 2020-20567<br>Montgomery County | Patricia E. Coonahan<br>Carolyn Tornetta<br>Carluccio<br>Henry S. Hilles<br>Daniel J. Clifford<br>Wendy Demchick-<br>Alloy<br>(promoted to Criminal<br>Court less than 1 week |

| | | | after outrageous ruling against Crime Victim) Jeffrey S. Saltz Danielle Wall |
|---|---|---|---|
| _s/Irene Grivas<br>Irene Grivas<br>**Trafficked, Pillaged, Tortured**<br>**DUAL CITIZEN OF GREECE** | **Eugenia Grivas**<br>Mother of Irene Grivas<br>**Genocide, Murder, Trafficked, Pillaged, Tortured**<br>**DUAL CITIZEN OF GREECE** | 311 ½ of 1999<br>Lancaster County | James P. Cullen |
| _s/Stephanie Jones<br>Stephanie Jones<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Stephanie Jones<br>**Trafficked, Pillaged, Tortured** | CP-17-DP-55-2018<br>CP-17-DP-52-2021<br>Clearfield County | Paul E. Cherry<br>Fredric J. Ammerman |
| _s/Doreen Ludwig<br>Doreen Ludwig<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Doreen Ludwig<br>**Trafficked, Pillaged, Tortured** | Case No: 04-16445<br>Berks County | Scott D. Keller |
| _s/Maryann Petri<br>Maryann Petri<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Maryann Petri<br>**Trafficked, Pillaged, Tortured** | 21-1264<br>Erie County | Richard A. Lanzillo<br>John Trucilla,<br>Robert Sambroak<br>Shad Connolly<br>Elizabeth Kelly |
| _s/Renee Mazer<br>Renee Mazer<br>**Trafficked, Pillaged, Tortured** | **John/ Jane Doe,**<br>Child/Children of Renee Mazer<br>**Trafficked, Pillaged, Tortured** | 2010-12435-CU<br>Chester County | David Bortner |
| _s/Jenny Reimenschneider<br>Jenny Reimenschneider<br>**Trafficked, Pillaged, Tortured** | **Elsie Reimenschneider**<br>Mother of Jenny Reimenschneider<br>Wife of Don Reimenschneider,<br>Army Veteran, deceased.<br>**Trafficked, Pillaged, Tortured** | NO. 2021-X4252<br>Montgomery County | Lois E. Murphy |
| _s/Susan Silver<br>Susan Silver<br>**Trafficked, Pillaged, Tortured** | **John Doe/Jane Doe,**<br>Child/Children of Susan Silver<br>**Trafficked, Pillaged, Tortured** | FD-15-008183<br>Allegheny County | Kim Berkeley Clark |
| _s/Kristine Smith<br>Kristine Smith<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Krissy Smith<br>**Trafficked, Pillaged, Tortured** | 2015- 05067 CU<br>Chester County | Katherine B.L. Platt<br>James P. MacElree |
| _s/David Winstanley<br>David Winstanley<br>**Trafficked, Pillaged, Tortured** | **Elizabeth Winstanley**<br>Mother of David Winstanley<br>**Genocide, Murder, Trafficked, Pillaged, Tortured** | 36-2014-1202<br>Lancaster County | Jay J. Hoberg<br>James P. Cullen |
| **STATE OF RHODE ISLAND** | | | |
| _s/ Phyllis Stafford<br>Phyllis Stafford<br>**Trafficked, Pillaged, Tortured** | **John Doe/Jane Doe,**<br>Child/Children of Phyllis Stafford<br>**Trafficked, Pillaged, Tortured** | PO 82198 M<br>Providence County | Magistrate Shepard |
| **STATE OF SOUTH CAROLINA** | | | |
| _s/Jean Moore<br>Jean Moore<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Jean Moore<br>**Trafficked, Pillaged, Tortured** | 2019-DR-23-3881<br>Greenville County | Timothy Madden<br>Jessica Salvini<br>Tarita Dunbar |

#WeKnow
THE U.S. IS AT WAR AGAINST HUMANITY

| STATE OF TENNESSEEE | | | |
|---|---|---|---|
| _s/Jennifer Brabson_<br>Jennifer Brabson<br>**Trafficked, Pillaged, Tortured**<br>_s/Michael Brabson_<br>Michael Brabson<br>**Trafficked, Pillaged, Tortured** | John Doe/ Jane Doe,<br>Child/Children of Jennifer and Michael Brabson<br><br>**Trafficked, Pillaged, Tortured** | BCJ 16097<br>Sullivan County | Randy Kennedy |
| STATE OF TEXAS | | | |
| _s/Kathy Anderson_<br>Kathy Anderson<br>**Trafficked, Pillaged, Tortured** | **John/ Jane Doe,**<br>Child/Children of Kathy Anderson<br>**Trafficked, Pillaged, Tortured** | Case Number: 44860<br>Hutchison County | James Mosley |
| _s/Miriam Blank_<br>Miriam Blank<br>**Trafficked, Pillaged, Tortured** | **John/ Jane Doe,**<br>Child/Children of Miriam Blank<br>**Trafficked, Pillaged, Tortured**<br>**RESIDES IN ISRAEL** | 2008-51454<br>Harris County | |
| _s/Amy Charron_<br>Amy Charron<br>**Trafficked, Pillaged, Tortured** | **John/ Jane Doe,**<br>Child/Children of Amy Charron<br>**Trafficked, Pillaged, Tortured** | COA 278227<br>Harris County | Pat Shelton |
| _s/Christine Cruise_<br>Christine Cruise<br>**Trafficked, Pillaged, Tortured** | **John/ Jane Doe,**<br>Child/Children of Christine Cruise<br>**Trafficked, Pillaged, Tortured** | 2014-71072, and<br>2011-08360<br>Harris County | Sheri Y. Dean<br>Beverly Malazzo |
| _s/Beverly Donias_<br>Beverly Donias<br>**Trafficked, Pillaged, Tortured** | Mother of Beverly Donias<br>**Genocide, Murder, Trafficked, Pillaged, Tortured** | 1-1855-2<br>Tarrant county | Pat Ferchil |
| _s/Sherri Erwin_<br>Sherri Erwin<br>**Trafficked, Pillaged, Tortured** | **Dorothy Sharp**<br>Mother of Sherri Erwin<br>**Genocide, Murder, Trafficked, Pillaged, Tortured** | 2018-02-05<br>Tarrant County | Brooke Allen |
| _s/Misti Graves_<br>Misti Graves<br>**Trafficked, Pillaged, Tortured** | John Doe/ Jane Doe,<br>Child/Children of Misti Graves<br>**Trafficked, Pillaged, Tortured** | Case# 83699-D<br>Potter County<br>Case#28141B<br>Randall County | Potter County<br>Don Emerson,<br>Pam Sermon<br>Randall County<br>John Board |
| _s/Amy Oliver Hale_<br>Amy Oliver Hale<br>**Trafficked, Pillaged, Tortured** | John Doe/ Jane Doe,<br>Child/Children of Amy Hale<br>**Trafficked, Pillaged, Tortured** | 233-67419-19<br>Tarrant County | Kate Jones<br>Kenneth Newell |
| _s/Letty Lanzerio_<br>Letty Lanzerio<br>**Trafficked, Pillaged, Tortured** | John Doe/ Jane Doe,<br>Child/Children of Letty Lanzerio<br>**Trafficked, Pillaged, Tortured** | 06-855-02<br>Tarrant County | Patrick W. Ferchill<br>Brenda Hull<br>Thompson |
| _s/Brad Lamb_<br>Brad Lamb<br>**Trafficked, Pillaged, Tortured** | John Doe/ Jane Doe,<br>Child/Children of Brad Lamb<br>**Trafficked, Pillaged, Tortured** | #325-588960-15<br>Tarrant County | Judith Wells |
| _s/Kionna Love_<br>Kionna Love<br>**Trafficked, Pillaged, Tortured** | John Doe/ Jane Doe,<br>Child/Children of Kionna Love<br>**Trafficked, Pillaged, Tortured** | Case # 325-684756-20<br>Tarrant County | Kim Brown<br>Judith Wells<br>Lindsay A. Parkhurs |
| _s/Laura Martinez_<br>Laura Martinez<br>**Trafficked, Pillaged, Tortured** | **Charlie Thrash**<br>Spouse of Laura Martinez<br>**Trafficked, Pillaged, Tortured** | 2017-PC-2912 B<br>Bexar County | Oscar Kazen |

#WeKnow
THE U.S. IS AT WAR AGAINST HUMANITY

| | | | |
|---|---|---|---|
| _s/Karla L. Murillo<br>Karla L.Murillo<br>**Trafficked, Pillaged, Tortured** | **Laura Murillo**<br>Mother of Karla L. Murillo<br>**Trafficked, Pillaged, Tortured** | PR-20-02446-1<br>**Guardianship of Laura Murillo**<br>PR-20-02447-1 Estate of Laura Murillo<br>Dallas County | Brenda Hull<br>Thompson |
| _s/Wanda Su Wanek Patrick<br>Wanda Su Wanek Patrick<br>**Trafficked, Pillaged, Tortured**<br>**RESIDED IN BELIZE** | **John Doe/ Jane Doe,**<br>Child/Children of Suzi Patrick<br>**Trafficked, Pillaged, Tortured**<br>**RESIDED IN BELIZE** | 669-G<br>**Brazos County**<br>and 11-12837-278-8<br>**Madison County** | Amanda Sullivan Matzke<br>James W. Locke<br>Wendy Wood Hencerling<br>Kenneth H. Keeling<br>Hal R. Ridley |
| _s/Marcie Schreck<br>Marcie Schreck<br>**Trafficked, Pillaged, Tortured** | **Wanda Jean Dutschmann**<br>Mother of Marcie Schreck<br>**Trafficked, Pillaged, Tortured** | 2021-3814-5<br>**McLennan County** | Vicky L. Menard<br>Jim Myer<br>Billy Ray Stubblefield |
| _s/Marcie Schreck<br>Marcie Schreck<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe**<br>Child/Children of Marcie Schreck<br>**Trafficked, Pillaged, Tortured** | 30487-A<br>Randall County | Dan Schaap |
| _s/Jackie Schwager<br>Jackie Schwager<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe**<br>Child/Children of Jackie Schwager<br>**Trafficked, Pillaged, Tortured** | 2007- 24629<br>Harris County | Brent Berg<br>David Farr<br>Robert Hinijosa<br>Linda Thompson |
| _s/Jacob Shaw<br>Jacob Shaw<br>**Trafficked, Pillaged, Tortured** | | Case #1: G00490<br>Case #2: PR-2021-00189<br>Hunt and Denton County | Duncan Thomas<br>Steve Shipp<br>Bonnie Robison |
| **STATE OF VERMONT** | | | |
| _s/Ashley Nutbrown<br>Ashley Nutbrown<br>**Trafficked, Pillaged, Tortured** | **John/ Jane Doe,**<br>Child/Children of Ashley Nutbrown<br>**Trafficked, Pillaged, Tortured** | Case Number: 21-JV-01113, 60-2-13WnDm, F134-4-12WNDM, 10-1-14WnJv | Kevin Griffin,<br>Mary Morrisey,<br>Thomas Devine,<br>Thomas Zonay,<br>Brian Greason, |
| _s/Melanie Hudson<br>Melanie Hudson<br>**Trafficked, Pillaged, Tortured** | **John/ Jane Doe,**<br>Child/Children of Melanie Hudson<br>**Trafficked, Pillaged, Tortured** | Windham Count | Katherine Hayes<br>Michael Kainen |
| **STATE OF VIRGINIA** | | | |
| _s/Said Chahmoune<br>Said Chahmoune<br>**Trafficked, Pillaged, Tortured**<br>DUAL CITIZEN OF MOROCCO | Geraldine Dwyer<br>Wife of Said Chahmoune<br>**Genocide, Murder, Trafficked, Pillaged, Tortured** | CW 1900 – 1332<br>Alexandria | James Clark and<br>Lisa Kemler |
| _s/Natalie Dalton<br>Natalie Dalton<br>**Trafficked, Pillaged, Torture** | **John/ Jane Doe,**<br>Child/Children of Natalie Dalton<br>**Trafficked, Pillaged, Tortured** | CJ 14001064<br>CJ 14001065 | Lisa Kemler |

#WeKnow
THE U.S. IS AT WAR AGAINST HUMANITY

| _s/Doug DeMoranville<br>Doug DeMoranville<br>**Trafficked, Pillaged, Tortured** | **John/ Jane Doe**<br>Child/Children of Doug DeMoranville<br>**Trafficked, Pillaged, Tortured** | CL10 350-0<br>CL10 350-01<br>CL10 350-02<br>CL10 350-03<br>Spotsylvania County | J. Howe Brown |
|---|---|---|---|
| _s/Christian McAnally<br>Christian McAnally<br>**Trafficked, Pillaged, Tortured** | **Valbruna McAnally**<br>Mother of Christian McAnally<br>**Genocide, Murder, Trafficked,<br>Pillaged, Tortured**<br>**Charles Phillip McAnally**<br>Father of Christian McAnally<br>**Trafficked, Pillaged, Tortured** | CL19000371-00<br>CL19000372-00<br>CL19000385-00<br>CL21000355-00<br>CL21000354-00<br>Prince George County | William Edward Tomko<br>Edward Anson Robbins Jr. |
| _s/Beatrice Rivera<br>Beatrice Rivera<br>**Trafficked, Pillaged, Tortured** | **John/ Jane Doe,**<br>Child/Children of Beatrice Rivera<br>**Trafficked, Pillaged, Tortured** | Case #CJ21-67<br>Arlington, Virginia | Judy Wheat |
| _s/Mark Young<br>Mark Young<br>**Trafficked, Pillaged, Tortured** | **John/ Jane Doe,**<br>Child/Children of Mark Young<br>**Trafficked, Pillaged, Tortured** | J-42716-1, J-42717-1,<br>J-42718-1<br>J005291-02-01, J005593-02-00, J005557-02-00<br>A06037<br>Warwick County;<br>10776 and 10774<br>City of Williamsburg and James City County | Robert   M   Jacobi,<br>Robert W  Curran |
| **STATE OF WASHINGTON** | | | |
| _s/Maureen McCaslin<br>Maureen McCaslin<br>**Trafficked, Pillaged, Tortured** | **Wanda M. Bell**<br>Mother of Maureen McCaslin<br>**Trafficked, Pillaged, Tortured** | 08-2-17016-1SEA<br>Kings County | William Downing<br>Bruce Gardiner<br>John Erlick<br>Chris Wickham<br>Paris Kallas<br>Catherine Shaffer |
| **STATE OF WISCONSIN** | | | |
| _s/Angela Campbell<br>Angela Campbell<br>**Trafficked, Pillaged, Tortured** | **Marion Rose Roesler**<br>Mother of Angela Campbell<br>**Genocide, Murder, Trafficked,<br>Pillaged, Tortured** | Guardianship case #:<br>2015GN000019<br>Probate:2019PR000084<br>Civil #2029CV000293<br>Dodge County | Guardianship:<br>Brian Pfitzinger<br>Probate/Civil:<br>Troy Cross |
| _s/Kelley Voss<br>Kelley Voss<br>**Trafficked, Pillaged, Tortured** | **Kurt M Brand**<br>Son of Kelley Voss<br>**Trafficked, Pillaged, Tortured** | Case # 2010GN000004<br>Langlade County | John B Rhode |
| _s/Marla Zahn<br>Marla Zahn<br>**Trafficked, Pillaged, Tortured** | **Louise A. Zahn**<br>Mother of Marla Zahn<br>**Genocide, Murder, Trafficked,<br>Pillaged, Tortured** | Guardianship 11-GN-64<br>Writ of Habeas Corpus -<br>U.S.   District   Court,<br>Eastern District of WI<br>2:16-c -01604-LA<br>16-CV-005947Ozaukee<br>and Milwaukee County | Sandy Williams<br>Paul V. Malloy<br>Federal Judge Lynn<br>Adelman and Judge<br>Nancy Joseph denied<br>Habeas Corpus<br>Dennis P. Moroney |

#WeKnow
THE U.S. IS AT WAR AGAINST HUMANITY

**UPDATE ONE WITH ADDITIONAL ATROCITY CRIME VICTIMS**
**AND ADDITIONAL JUDICIAL PERPETRATORS**

| ADDITIONAL ATROCITY CRIME VICTIMS; AND U.S ATROCITY CRIMES; DUAL CITIZENSHIP DESIGNATION | | ATROCITY CRIMES CASE "INDENTIFIER" [5] | ADDITIONAL JUDICIAL PERPETRATORS[6] |
|---|---|---|---|
| **STATE OF ALABAMA** | | | |
| _s.Kandace Edwards Kandace Edwards **Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,** Child/Children of Kandace Edwards **Trafficked, Pillaged, Tortured** | Case Number: ju201951102 and 2019.511.01 Etowah County | Joe F. Nabors Will Clay |
| **STATE OF ARIZONA** | | | |
| _s/Amy Harshbarger Amy Harshbarger **Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,** Child/Children of Amy Harshbarger **Trafficked, Pillaged, Tortured** | Case Nos: FC2014-006133 FC2009-003973 Maricopa County | John Blanchard Mark Brain |
| **STATE OF CALIFORNIA** | | | |
| _s/Joyce Aire Joyce Aire **Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,** Child/Children of Joyce Aire **Trafficked, Pillaged, Tortured** | Case: LD 051587 Los Angeles County | Christine Byrd |
| _s/Tisha Cain Tisha Cain **Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,** Child/Children of Tisha Cain **Trafficked, Pillaged, Tortured** | Case #s:686517; 686608; 8002906 Stanislaus County | Alan Cassidy Jack Jacobson Robert Westbrook. |
| _s/Desirie Dominguez Desirie Dominguez **Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe** Child/Children of Desirie Dominguez **Trafficked, Pillaged, Tortured** | Case No: 20CCJP03369 Los Angeles County | Sun |
| _s/Daniel Greenberg Daniel Greenberg **Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,** Child/Children of Daniel Greenberg **Trafficked, Pillaged, Tortured** | Docket:#13d007979 Orange County | Julie Palafox Theodore Howard |
| _/sRaneisha Hubbert Raneisha Hubbert **Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe** Child/Children of Raneisha Hubbert **Trafficked, Pillaged, Tortured** | Case Nos.: DK188820A; DK 188820B 21CCPJP01280 A Los Angeles County | James N Bianco and Commissioner Stephen Marpet |

[5] a. The case "identifiers" listed do not include the identifier numbers in any other tier of appellate or other courts where futile and danger remedy was sought, nor **Inextricably Intertwined Regimes in other courts where Atrocity Crime Victims sued or were sued , nor are the judicial perpetrators in any such other court tiers or Inextricably Intertwined Regimes set forth herein.**

    b. **Some but not all of the Representative cases identifiers and other Judicial Perpetrators in those other appeal and other cases and Inextricably Intertwined Racket are incorporated herein.**

    c. **In addition, the case "identifiers" herein do not include all affiliated "guardian" and "probate" court regimes** where the assets of the Atrocity Crimes Victims and Family Member Atrocity Crime Victims and their inheritance is pillaged; they are falsely arrested, lose their homes and are forced into bankruptcy and foreclosure; sued in fraudulent lawsuits and other "cases" where Atrocity Crimes are perpetrated.

[6] The color of law judicial perpetrators specific to each case are identified herein.

#WeKnow
THE U.S. IS AT WAR AGAINST HUMANITY

| _s/**Larry Matthies**<br>Larry Matthies<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe**<br>**Father of Larry Matthies**<br>**Trafficked, Pillaged, Tortured** | Case No:: P183907<br>San Diego County | |
|---|---|---|---|
| _s/**Krystal Wood**<br>Krystal Wood<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe**<br>Child/Children of Krystal Wood<br>**Trafficked, Pillaged, Tortured** | Case No:<br>Kern County | Robert Anspach |
| _s/**Sylvia Toran**<br>Sylvia Torens<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe**<br>Child/Children of Sylvia Toran<br>**Trafficked, Pillaged, Tortured** | Case #s: PR1900-1010<br>PR1900-1200<br>Stanislaus County | Jack Jacobson |
| **STATE OF FLORIDA** | | | |
| _s/**Brenda Cambron**<br>Brenda Cambron<br>**Trafficked, Pillaged, Tortured**<br>_s/**Christopher Cambron**<br>Christopher Cambron<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe**<br>Child/Children of Brenda and<br>Christopher Cambron<br>**Trafficked, Pillaged, Tortured** | #15-2016-DP0006<br>Dixie County | Jennifer (Ellison)<br>Johnson<br>Mark Feagle<br>William "Bill" Blue<br>William Slaughter |
| **STATE OF GEORGIA** | | | |
| _/s**Stephanie Blalock**<br>Stephanie Blalock<br>**Trafficked, Pillaged, Tortured** | **John Doe/Jane Doe**<br>Child/ Children of Stephanie<br>Blalock<br>**Trafficked, Pillaged, Tortured** | Case #<br>**SUFV2012000102**<br>**Coweta County** | Jack Kirby |
| _s/**Janay Carter**<br>Janay Carter<br>**Trafficked, Pillaged, Tortured** | **John Doe/Jane Doe**<br>Child/ Children of Janay Carter<br>**Trafficked, Pillaged, Tortured** | Case #<br>SUDR2018000195<br>Effingham County | Michael T. Muldrew |
| _s/**Daphne Coleman**<br>Daphne Coleman<br>**Trafficked, Pillaged, Tortured** | **John Doe/Jane Doe**<br>Child/ Children of Daphne<br>Coleman<br>**Trafficked, Pillaged, Tortured** | Case # 20J01794<br>Dekalb County | Vincent Crawford |
| **STATE OF MAINE** | | | |
| _s/**Les Cook**<br>Les Cook<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Les Cook<br>**Trafficked, Pillaged, Tortured** | Case Number: FM 16-38<br>Washington County | Locke<br>David Mitchell<br>Charles Budd<br>Meghan Szylvian |
| **STATE OF MICHIGAN** | | | |
| _s/**Marnisha Braggs**<br>Marnisha Braggs<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe**<br>Child/Children of<br>Marnisha Braggs<br>**Trafficked, Pillaged, Tortured** | 15-520770NJKJ<br>18-003031-NA<br>Wayne County | Kathleen Allen |
| _s/**Taesha Foster**<br>Taesha Foster<br>**Trafficked, Pillaged, Tortured**<br>_s/**Yvonne Foster**<br>Yvonne Foster<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe**<br>Child/Children of Taesha Foster<br>**Trafficked, Pillaged, Tortured** | 19-000-490 DP;<br>19-490 DP<br>Washtenaw County<br>10458-21<br>Lawrence County<br>22-103273-DC<br>Wayne County | David Acker<br>Patrick Conlin Jr |

#WeKnow
THE U.S. IS AT WAR AGAINST HUMANITY

| _s/Leilani Ray<br>Leilani Ray<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Leilani Ray<br>**Trafficked, Pillaged, Tortured** | Case No: D14-018149-DM<br>Dickinson County | Christopher **Ninomiya** |
|---|---|---|---|
| **STATE OF MINNESOTA** | | | |
| _s/Brooke Bennett<br>Brooke Bennett<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Brooke Bennett<br>**Trafficked, Pillaged, Tortured** | Case #: 17-JV-22-37 | |
| Donna<br><br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Donna<br>**Trafficked, Pillaged, Tortured** | Case No:<br>73-FA-22-763<br>Stearns County | Shan Wang |
| **STATE OF MISSISSIPPI** | | | |
| Dawn Tisdale | | Case #:<br>Perry County | |
| **STATE OF MISSOURI** | | | |
| _s/Isabella Lynnette<br>Isabella Lynnette<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe**<br>Grandchild/Grandchildren of Isabella Lynnette<br>**Trafficked, Pillaged, Tortured** | 16-CP-PR00029<br>Christian County | Douglas P. Bacon |
| _s/Sean Losure<br>Sean Losure<br>**Trafficked, Pillaged, Tortured**<br>_s/Paige Denson<br>Paige Denson<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe**<br>Child/Children of Sean Losure and Paige Denson<br>**Trafficked, Pillaged, Tortured** | 2016-JR01300 and 11770107<br>Jackson County | |
| _s/Holley Medina<br>Holley Medina<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe**<br>Child/Children of Holley Medina<br>**Trafficked, Pillaged, Tortured** | 21BR-JU00162<br>Barry County | Johnnie Cox |
| **STATE OF NEBRASKA** | | | |
| _s/John Udesen<br>John Udesen<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of John Udensen<br>**Trafficked, Pillaged, Tortured** | Case Nos: JV 20 36 and JV 20 37<br>Cuming County | Michael Long |
| **STATE OF NEW YORK** | | | |
| _s/James Schoch<br>James Schoch<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of James Schoch<br>**Trafficked, Pillaged, Tortured** | File No: 159053<br>Docket: V-10380-19<br>Westchester County | Maryann Scattaretico-Naber |
| _s/Stacey Sonnelitter<br>Stacey Sonnelitter<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Stacey Sonnelitter<br>**Trafficked, Pillaged, Tortured** | Case No: 150065/2013<br>Niagara County | Nugent-Panepinto<br>Kloch<br>Sheldon<br>Furlong<br>Sedita |
| **STATE OF OHIO** | | | |

| _s/Shirley Thornburg<br>Shirley Thornburg<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Shirley<br>Thornburg<br>**Trafficked, Pillaged, Tortured** | Case #s: 2021-18719<br>2021-18720; 2021-<br>18721; 2021-3051<br>2021-3052; 2021-3053<br>Preble County | Jennifer Overmeyer |
|---|---|---|---|
| **STATE OF PENNSYLVANIA** | | | |
| _s/Elaine Mickman<br>Elaine Mickman<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe**<br>Child/Children of Elaine<br>Mickman<br>**Trafficked, Pillaged, Tortured** | Divorce: 2003- 06252<br>Child Custody<br>2003-02562<br>Support 2003-02972<br>Montgomery County | J. Roberts<br>Bernard Moore<br>Rhonda Daniele<br>Arthur Tilson<br>Patricia E. Coonahan<br>Wendy Demchick-<br>Alloy<br>Unassigned judicial<br>perpetrators who<br>entered orders:<br>Tobey Dickinson<br>Kelly Wall |
| _/sNancy J. Pantoni<br>Nancy J. Pantoni<br>**Trafficked, Pillaged, Tortured** | **Dominic Pantoni**<br>Son of Nancy J. Pantoni<br>**Trafficked, Pillaged, Tortured** | Case No: 3129 -2009<br>Allegheny County | Lawrence J. O'toole |
| **STATE OF TEXAS** | | | |
| _s/Alicia Perez<br>Alicia Perez<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe**<br>Child/Children of Alicia Perez<br>**Trafficked, Pillaged, Tortured** | Case No:<br>21DFAM326003 | Dallas Sims and Jones |
| _s/Logan Schreck<br>Logan Schreck<br>**Trafficked, Pillaged, Tortured** | | Case No.: 11-2367 D<br>Smith County | Carole W. Clark |
| **STATE OF WISCONSIN** | | | |
| _s/Timothy J. Wydeven<br>Timothy J. Wydeven<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe**<br>Child/Children of Timothy J.<br>Wydeven<br>**Trafficked, Pillaged, Tortured** | Case No: 2018FA00082<br>Outagamie County | Carrie A. Schneider |

**UPDATE TWO WITH ADDITIONAL ATROCITY CRIME VICTIMS**
**AND ADDITIONAL JUDICIAL PERPETRATORS**

| ADDITIONAL ATROCITY CRIME VICTIMS;<br>AND U.S ATROCITY CRIMES;<br>DUAL CITIZENSHIP DESIGNATION | ATROCITY<br>CRIMES CASE<br>"INDENTIFIER" [7] | ADDITIONAL<br>JUDICIAL<br>PERPETRATORS |
|---|---|---|

---

[7] a. The case "identifiers" listed do not include the identifier numbers in any other tier of appellate or other courts
where futile and danger remedy was sought, nor **Inextricably Intertwined Regimes in other courts where
Atrocity Crime Victims sued or were sued , nor are the judicial perpetrators in any such other court tiers
or Inextricably Intertwined Regimes set forth herein.**
    b. Some but not all of the Representative cases identifiers and other Judicial Perpetrators in those other
    appeal and other cases and Inextricably Intertwined Racket are incorporated herein.

#WeKnow
THE U.S. IS AT WAR AGAINST HUMANITY

| STATE OF CALIFORNIA | | | |
|---|---|---|---|
| _s/Cecelia Towner<br>Cecelia Towner<br>**Trafficked, Pillaged, Tortured** | **Jane Doe**<br>Mother of Cecelia Towner<br>**Trafficked, Pillaged, Tortured** | Case: 20STPB07404<br>Los Angeles County | Daniel Juarez |
| **STATE OF INDIANA** | | | |
| _s/Karen T Muldoon Hess<br>Karen T Muldoon Hess<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Karen T<br>Muldoon Hess<br>**Trafficked, Pillaged, Tortured** | Case Nos: 29D04-0509-<br>DR-001518 and 29D02-<br>0509-DR-001518<br>Hamilton County (2006) | J. Richard Campbell<br>Daniel J. Pfleging |
| **STATE OF MINNESOTA** | | | |
| _s/Sabrina Dewey<br>Sabrina Dewey<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Sabrina<br>Dewey<br>**Trafficked, Pillaged, Tortured** | CHIPS Case: 30-JV-21-<br>25<br>TPR Case: 30-JV-22-26<br>Isanti County | Amy Rebecca<br>Brosnahan |
| **STATE OF MISSOURI** | | | |
| _s/Holley Medina<br>Holley Medina<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Holley<br>Medina<br>**Trafficked, Pillaged, Tortured** | Case No: 21BR-ju00162<br>Barry county | Johnnie Cox |
| **STATE OF NEW YORK** | | | |
| _s/Hope Wagner<br>Hope Wagner<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Hope Wagner<br>**Trafficked, Pillaged, Tortured,**<br>**Murdered** | Oneida County | |
| **STATE OF TEXAS** | | | |
| _s/Alicia Perez<br>Alicia Perez<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Alicia Perez<br>**Trafficked, Pillaged, Tortured** | Case Number:<br>21DFAM326003<br>Bell County | Dallas Sims<br>Jack Jones |
| **STATE OF WEST VIRGINIA** | | | |
| _s/Sandra Rice<br>Sandra Rice<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Grandchild/Grandchildren of<br>Sandra Rice<br>**Trafficked, Pillaged, Tortured** | Cabell County | Jim Justice |

---

c. **In addition, the case "identifiers" herein do not include all affiliated "guardian" and "probate" court regimes** where the assets of the Atrocity Crimes Victims and Family Member Atrocity Crime Victims and their inheritance is pillaged; they are falsely arrested, lose their homes and are forced into bankruptcy and foreclosure; sued in fraudulent lawsuits and other "cases" where Atrocity Crimes are perpetrated.

#WeKnow
THE U.S. IS AT WAR AGAINST HUMANITY

## UPDATE THREE WITH ADDITIONAL ATROCITY CRIME VICTIMS
## AND ADDITIONAL JUDICIAL PERPETRATORS

| ADDITIONAL ATROCITY CRIME VICTIMS; AND U.S ATROCITY CRIMES; DUAL CITIZENSHIP DESIGNATION | | ATROCITY CRIMES CASE "INDENTIFIER" [8] | ADDITIONAL JUDICIAL PERPETRATORS |
|---|---|---|---|
| **STATE OF CALIFORNIA** | | | |
| _s/Karie McEwen<br>Karie McEwen<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Karie McEwen<br>**Trafficked, Pillaged, Tortured** | Case: DN176837<br>North County | Ratekin;<br>Michael T Smyth<br>Dahlquist |
| _s/Denisha Walton<br>Denisha Walton<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Denisha Walton<br>**Trafficked, Pillaged, Tortured** | Case: Unknown<br>San Francisco | Breall and Woods |
| **STATE OF COLORADO** | | | |
| _s/Judi Atwood<br>Judi Atwood<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Judi Atwood<br>**Trafficked, Pillaged, Tortured** | Case 2013DR30319<br>Boulder County, | Patrick Butler<br>Thomas Mulvahil<br>Elizabeth House<br>Moulton Brodsky<br>Bruce Langer<br>Andrew Ross<br>MacDonald<br>Norma Sierra<br>Ingrid Bakke<br>Nancy W. Salomone<br>Magistrate Monica<br>Haenselman |
| **STATE OF INDIANA** | | | |
| _s/Charlene Clark<br>Charlene Clark<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Charlene Clark<br>**Trafficked, Pillaged, Tortured** | Case Number: 48C02-2108-JC-000250<br>Madison County | Unnamed |
| _s/Noreen Connelly<br>Noreen Connelly<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Noreen Connelly<br>**Trafficked, Pillaged, Tortured** | Cases: 45D03-1501-DR-000056;<br>45D08-1504-CM-000301;<br>45D03-1507-DR-000483;<br>45D03-1508-PO;<br>45D03-1510-DR-000703; | |

---

[8] a. The case "identifiers" listed do not include the identifier numbers in any other tier of appellate or other courts where futile and danger remedy was sought, nor **Inextricably Intertwined Regimes in other courts where Atrocity Crime Victims sued or were sued** , nor are the judicial perpetrators in any such other court tiers or **Inextricably Intertwined Regimes** set forth herein.

  b. Some but not all of the Representative cases identifiers and other Judicial Perpetrators in those other appeal and other cases and Inextricably Intertwined Racket are incorporated herein.

  c. In addition, the case "identifiers" herein do not include all affiliated "guardian" and "probate" court regimes where the assets of the Atrocity Crimes Victims and Family Member Atrocity Crime Victims and their inheritance is pillaged; they are falsely arrested, lose their homes and are forced into bankruptcy and foreclosure; sued in fraudulent lawsuits and other "cases" where Atrocity Crimes are perpetrated.

#WeKnow
**THE U.S. IS AT WAR AGAINST HUMANITY**

| | | 45D03-1511-000-24;<br>45D08-1601-CM-000008;<br>45G04-1610-F5-000104;<br>45D09-1610-SC-001934;<br>45D10-1611-DR-000612;<br>45D09-1805-SC-001553;<br>21A-DR-01099;<br>45C01-2107-CT-000661<br>Lake County | |
|---|---|---|---|
| **STATE OF MICHIGAN** | | | |
| _s/Louann Ballard<br>Louann Ballard<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Grandchild/Grandchildren of Louann Ballard<br>**Trafficked, Pillaged, Tortured** | Case 20000093 na<br>St Clair County | Elwood Brown |
| **STATE OF OKLAHOMA** | | | |
| _s/Lisa Woolley<br>Lisa Woolley<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Lisa Woolley<br>**Trafficked, Pillaged, Tortured,** | JD – 2018–4,<br>jd-2018-4-2020-176,<br>Cf-2018-00554,<br>Cf-2018-00167,<br>cf-2018-00553,<br>cf- 2020-00219,<br>Cf-2020-00220,<br>Cf-2018-00168,<br>cf-2018-00554,<br>Cf-2020, 00221<br>Wagoner Co. | Dennis Shook,<br>Langley,<br>Huggins,<br>Crosslan |
| **STATE OF SOUTH CAROLINA** | | | |
| _s/Bret Hixon<br>Bret Hixon<br>**Trafficked, Pillaged, Tortured** | **John Doe/ Jane Doe,**<br>Child/Children of Bret Hixon<br>**Trafficked, Pillaged, Tortured** | 2018-DR-39-517<br>2018-DR-39-853<br>2017-DR-39-853 Fake<br>Pickens County | Karen Roper<br>Stanley Gillespie |

**EXHIBIT A**

**TREASONOUS ACT OF 1871**

# Republic for the United States of America

Information about the interim government, restoring Operations under the Constitution for the United States of America

| REPUBLIC | CORPORATION |
|---|---|
| 1776 (years following 1776 – declaration of independence) | Act of 1871 |
| Constitution FOR the United States of America | Constitution OF the United States, Inc |
| For Union States, a Republic for the People | For the District of Columbia |
| "In whom all Power is inherent" | "A bankrupt corporation" |
| Money: Gold and Silver coin | Money: Federal Reserve Notes |
| Money:  Birth Certificate/Bond | Same: Birth Certificate Bond/SM |
| "Holder in Due Course" | "Holder-in-due-course" |
| Courts: Common Law/Grand Jury | State Franchise District Courts, Inc |
| Law: Injured Party Only | All commercial crimes of statutes |
| Total Freedom and Ownership of Property | Privileges and Licenses |
| No property Tax | Property Tax |
| No income tax | Income Tax |
| Free Speech Churches | 501(c) 3 – no freedom of speech |
| Sheriff and Militia | Sheriff goes Trader, works for attorneys and DC Foreign courts MN St 303.02 Foreign Agents not registered: State, Inc. County, Inc. of Cities, inc. |
| People's Court: Grand Jury and *** | DC, inc. District Courts |
| Right to Travel | Commercial Drivers License |

Michelle@MacDonaldforJustice.com   Direct: 612-554-0932

Constitutional Organization, LLC     Contact: 763.248.5252

**EXHIBIT B**

**RESPONSIBILITY TO PROTECT**

## EXHIBIT A

Responsibility to Protect

The Responsibility to Protect – known as R2P – is an international norm that seeks to ensure that the international community never again fails to halt the mass atrocity crimes of genocide, war crimes, ethnic cleansing and crimes against humanity. The concept emerged in response to the failure of the international community to adequately respond to mass atrocities committed in Rwanda and the former Yugoslavia during the 1990s. The International Committee on Intervention and State Sovereignty developed the concept of R2P during 2001.

The Responsibility to Protect was unanimously adopted in 2005 at the UN World Summit, the largest gathering of Heads of State and Government in history. It is articulated in paragraphs 138 and 139 of the World Summit Outcome Document:

World Summit Outcome Document

138. Each individual State has the responsibility to protect its populations from genocide, war crimes, ethnic cleansing and crimes against humanity. This responsibility entails the prevention of such crimes, including their incitement, through appropriate and necessary means. We accept that responsibility and will act in accordance with it. The international community should, as appropriate, encourage and help States to exercise this responsibility and support the United Nations in establishing an early warning capability.

139. The international community, through the United Nations, also has the responsibility to use appropriate diplomatic, humanitarian and other peaceful means, in accordance with Chapters VI and VIII of the Charter, to help to protect populations from genocide, war crimes, ethnic cleansing and crimes against humanity. In this context, we are prepared to take collective action, in a timely and decisive manner, through the Security Council, in accordance with the Charter, including Chapter VII, on a case-by-case basis and in cooperation with relevant regional organizations as appropriate, should peaceful means be inadequate and national authorities are manifestly failing to protect their populations from genocide, war crimes, ethnic cleansing and crimes against humanity. We stress the need for the General Assembly to continue consideration of the responsibility to protect populations from genocide, war crimes, ethnic cleansing and crimes against humanity and its implications, bearing in mind the principles of the Charter and international law. We also intend to commit ourselves, as necessary and appropriate, to helping States build capacity to protect their populations from genocide, war crimes, ethnic cleansing and crimes against humanity and to assisting those which are under stress before crises and conflicts break out.

R2P stipulates three pillars of responsibility:

**1**
PILLAR ONE
Every state has the Responsibility to Protect its populations from four mass atrocity crimes: genocide, war crimes, crimes against humanity and ethnic cleansing.

**2**
PILLAR TWO
The wider international community has the responsibility to encourage and assist individual states in meeting that responsibility.

**3**
PILLAR THREE
If a state is manifestly failing to protect its populations, the international community must be prepared to take appropriate collective action, in a timely and decisive manner and in accordance with the UN Charter.

**EXHIBIT C**

**APPENDIX WITH SAMPLING OF FEDERAL HIGH CRIMES**

## APPENDIX OF FEDERAL CRIMES

| | Crimes | Federal Codes |
|---|---|---|
| 1 | Serial Murder; Mass Killings, Murder; Murder for Hire, Conspiracy to Commit Murder; Depraved Heart Murder | 6 U.S. Code § 455; 18 U.S. Code § 1111; 18 U.S. Code § 1958; 18 U.S. Code 1349 |
| 2 | Kidnapping, Hostage Taking; Conspiracy to Commit Kidnapping | 18 U.S.C. § 1201; 18 U.S.C. § 1203 |
| 3 | Human Trafficking Sex Trafficking; Slavery and Indentured Servitude | 18 U.S. Code - Chapter 77 Peonage, Slavery, and Trafficking In Persons |
| 4 | Torture | 18 U.S. Code § 2340 |
| 5 | War Crimes | 18 U.S. Code § 2441 |
| 6 | Domestic Terrorism | USA Patriot Act from 2001; U. S. Code § 2331 |
| 7 | False imprisonment | 25 CFR § 11.404 |
| 8 | Torture | 18 U.S. Code § 2340 |
| 9 | War Crimes | 18 U.S. Code § 2441 |
| 10 | Illegal distribution of Toxic Drugs | |
| 11 | Racketeering | 18 U.S. Code § 1961-64 |
| 12 | Violent Crimes in Aid of Racketeering | 18 U.S. Code § 1959 |
| 13 | Money Laundering | 18 U.S. Code 1956; 18 U.S. Code § 1957 |
| 14 | Aggravated Abuse Aggravated Sexual Abuse Aggravated Assault | 18 U.S.C. § 351(e) 18 U.S. Code § 2245 18 U.S. Code § 2241 |
| 15 | Aggravated Identity Theft | 18 USC 1028A |
| 16 | Voter Fraud | 52 U.S. Code § 20511 52 USC 10307 |
| 17 | Acting as a Public Employee under False Pretenses Simulated Process | 18 U.S. Code § 912 |
| 18 | Larceny Embezzlement Theft | 10 U.S. Code § 921; 18 U.S. Code § 641; 18 U.S. Code § 645 |
| 19 | Theft of Federally Funds | 31 CFR § 212.1 Employment Retirement Income Security Act of 1974 (ERISA) |
| 20 | Financial Exploitation Extortion Receiving the Proceeds of Extortion | 18 U.S. Code § 654; 18 U.S. Code § 872; 18 U.S. Code § 880 |

| 21 | Blackmail | 18 U.S. Code § 873 |
|----|-----------|--------------------|
| 22 | Coercion<br>Intimidation | 42 U.S. Code § 3617<br>25 CFR § 11.406 |
| 23 | Retaliation | 18 U.S. Code § 1513;<br>42 U.S. Code § 12203 |
| 24 | Hate Crimes | Title I of Civil Rights Act;<br>18 U.S. Code § 249 |
| 25 | Defamation<br>Slander | 28 U.S. Code § 4101 |
| 26 | Solicitation to commit a crime of violence | 18 U.S. Code § 373 |
| 27 | Deprivation of Rights under color of law | 18 U.S. Code § 241;<br>18 U.S. Code § 242;<br>18 U.S. Code § 245 |
| 28 | Human Rights Violations | Federal Bill of Rights<br>18 U.S. Code Chapter 13<br>28 U.S. Code § 509B |
| 29 | Malicious Prosecution | 42 U.S.C. 1983<br>Fourth, Fifth, Eighth and Fourteenth Amendments |
| 30 | Forced Drugging | Nuremberg Code |
| 31 | Depraved Indifference to Care | |
| 32 | Perjury<br>Subordination of Perjury | 18 U.S. Code § 1621;<br>18 U.S. Code § 1622 |
| 33 | Concealment<br>False Declarations<br>False Papers | 18 U.S. Code § 1623<br>18 U.S. Code § 1001<br>18 U.S. Code § 1002 |
| 34 | Obstruction of Justice<br>Tampering with Witness | 42 U.S. Code § 1985<br>18 U.S. Code § 1503<br>18 U.S. Code § 1505 |
| 35 | Destruction, alteration, or falsification of records | 18 U.S. Code § 1519 |
| 36 | Interference with commerce by threats or violence | 18 U.S. Code § 1951<br>Hobbs Act |
| 37 | Scheme to Defraud<br>Frauds and Swindles | 18 U.S. Code § 1341;<br>18 U.S. Code § 1346;<br>18 U.S. Code § 371 |
| 38 | Bribery<br>Graft<br>Conflicts Of Interest<br>Abuse Of Office | 18 U.S. Code Chapter 11;<br>25 CFR 11.448 |
| 39 | Attempt and Conspiracy | 18 U.S. Code § 1349 |
| 40 | Wire Fraud<br>Mail Fraud | 18 U.S. Code § 1343<br>18 U.S. Code Chapter 63 |
| 41 | Continuing Criminal Enterprise | 21 U.S. Code § 848 |
| 42 | Treason | CHAPTER 115<br>Treason, Sedition, and Subversive Activities |

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2022 a copy of the foregoing Claim was filed by hand delivered in the U.S. District Court -Southern District Court, for service on all parties.

Signature: _Josef Leonard_

Print Name: _JOSEPh LEONARDi_