IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

FILED BY _ACS_ D.C.
SEP 16 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

DONALD J. TRUMP,

                *Plaintiff*

v.

UNITED STATES OF AMERICA,

               *Defendant*

No. 9:22-cv-81294-AMC

Dated: September 14, 2022

JURY TRIAL DEMANDED

## MOVANT-INTERVENOR (PRO SE)-RAJ K. PATEL'S AMENDED CERTIFICATE OF SERVICE

    I, T.E., T.E Raj K. Patel, the undersigned movant-intervenor *pro se*, in the above-named case, hereby submit the following amended certificate of service for the Dkt. 87:

I certify that I served a copy of the foregoing Raj K. Patel's (Pro Se) Cert. of Service on 09/12/2022 to below individuals via the e-mail:

**James M. Trusty**
IFRAH, PLLC
1717 Pennsylvania Ave, NW, Suite 650
Washington, DC 20006
202-852-5669
Email: jtrusty@ifrahlaw.com

**Lindsey Halligan**
511 SE 5th Avenue
Fort Lauderdale, Florida 33301
720-435-2870
Email: lindseyhalligan@outlook.com

**M. Evan Corcoran**
Silverman, Thompson, Slutkin, & White, LLC
400 East Pratt Street, Suite 900
Baltimore, MD 21230
410-385-2225
Email: ecorcoran@silvermanthompson.com

**Juan Antonio Gonzalez**
UNITED STATES ATTORNEY
99 NE 4th Street, 8th Floor
Miami, Fl 33132
Telephone: (305) 961-9001
Email: juan.antonio.gonzalez@usdoj.gov

**Jay I. Bratt, Chief**
Counterintelligence & Export Control Section Nat'l Security Div.
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
(202) 233-0986
jay.bratt2@usdoj.gov

**Christopher Michael Kise**
Chris Kise & Associates, P.A.
201 East Park Ave. Ste, 5th Floor
Tallahassee, FL 32301
(850) 270-0566
chris@ckise.net


Respectfully submitted,

/s/ Raj K. Patel
T.E., T.E. Raj K. Patel (*pro se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DONALD J. TRUMP,<br><br>             *Plaintiff*<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>             *Defendant* | No. 9:22-cv-81294-AMC |

**ORDER**

This matter **COMES NOW** before the Court on Mr. Raj K. Patel's Reply to Defendant's Reponses at Dkt. 69, and the following is **ORDERED**:

[ ] Mr. Patel's Motion for Intervention is **GRANTED**.

 [ ] The Intervention is one of right under Fed. R. Civ. P. 24(a).

 [ ] The Intervention is permissive under Fed. R. Civ. P. 24(b).

[ ] Mr. Patel's Motion for Leave to Proceed in Forma Pauperis is **GRANTED**.

[ ] The complaint is **DISMISSED** under

 [ ] Fed. R. Civ. P. 12(b)(2).

 [ ] Fed. R. Civ. P. 12(b)(6).

 [ ] Fed. R. Civ. P. 12(b)(7).

 [ ] Unclean Hands Doctrine.

 [ ] Political Question Doctrine.

[ ] The dismissal of the complaint is

 [ ] WITHOUT PREJUDICE.

1

[ ] WITH PREJUDICE.

[ ] All seized documents and other property is **ORDERED** to

  [ ] Remain with the court, or

  [ ] Be returned to the Plaintiff, Mr. Donald J. Trump.

[ ] After the previous happenings, then now, Mr. Patel's intervention is **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in chambers at Fort Pierce, Florida, this _____ day of _____, 2022

_____
HON. AILEEN M. CANNON
United States District Judge

Distribution to all attorneys and *pro se* litigants of record.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DONALD J. TRUMP,<br><br>                                          *Plaintiff*<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                                          *Defendant* | No. 9:22-cv-81294-AMC |

## ORDER

This matter **COMES NOW** before the Court on Mr. Raj K. Patel's Response to Defendant's Motion at Dkt. 69, and the following is **ORDERED**:

[ ] Mr. Patel's Motion for Intervention is **GRANTED**.

   [ ] The Intervention is one of right under Fed. R. Civ. P. 24(a).

   [ ] The Intervention is permissive under Fed. R. Civ. P. 24(b).

[ ] Mr. Patel's Motion for Leave to Proceed Without Pre-paying Filings Fees is **GRANTED**.

[ ] The complaint is **DISMISSED** under

   [ ] Fed. R. Civ. P. 12(b)(2).

   [ ] Fed. R. Civ. P. 12(b)(6).

   [ ] Fed. R. Civ. P. 12(b)(7).

   [ ] Unclean Hands Doctrine.

   [ ] Political Question Doctrine.

[ ] The dismissal of the complaint is

1

[ ] WITHOUT PREJUDICE.

[ ] WITH PREJUDICE.

[ ] All seized documents and other property is **ORDERED** to

    [ ] Remain with the court, or

    [ ] Be returned to the Plaintiff, Mr. Donald J. Trump.

[ ] After the previous happenings, then now, Mr. Patel's intervention is **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in chambers at Fort Pierce, Florida, this _____ day of _____, 2022

                                                          HON. AILEEN M. CANNON
                                                          United States District Judge

Distribution to all attorneys and *pro se* litigants of record.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

DONALD J. TRUMP,

                      *Plaintiff*

v.

UNITED STATES OF AMERICA,

                      *Defendant*

No. 9:22-cv-81294-AMC

## ORDER

This matter **COMES NOW** before the Court on Mr. Raj K. Patel's Notice under 18 U.S.C. § 2382, and the following is **ORDERED**:

[ ] The complaint is **DISMISSED** under

    [ ] Fed. R. Civ. P. 12(b)(2).

    [ ] Fed. R. Civ. P. 12(b)(6).

    [ ] Fed. R. Civ. P. 12(b)(7).

    [ ] Unclean Hands Doctrine.

    [ ] Political Question Doctrine.

[ ] The dismissal of the complaint is

    [ ] WITHOUT PREJUDICE.

    [ ] WITH PREJUDICE.

[ ] All seized documents and other property are **ORDERED** to

    [ ] Remain with the court, or

    [ ] Be returned to the Plaintiff, Mr. Donald J. Trump.

**DONE AND ORDERED** in chambers at Fort Pierce, Florida, this \_\_\_\_\_ day of

_____, 2022

_____
HON. AILEEN M. CANNON
United States District Judge

Distribution to all attorneys and *pro se* litigants of record.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

DONALD J. TRUMP,

          *Plaintiff*

v.

UNITED STATES OF AMERICA,

          *Defendant*

No. 9:22-cv-81294-AMC

## ORDER

This matter **COMES NOW** before the Court on Mr. Raj K. Patel's Response to Defendant's Motion at Dkt. 69, along with Mr. Patel's Notice under 18 U.S.C. § 2382, and the following is **ORDERED**:

[ ] Mr. Patel's Motion for Intervention is **GRANTED**.

 [ ] The Intervention is one of right under Fed. R. Civ. P. 24(a).

 [ ] The Intervention is permissive under Fed. R. Civ. P. 24(b).

[ ] Mr. Patel's Motion for Leave to Proceed Without Pre-paying Filings Fees is **GRANTED**.

[ ] The complaint is **DISMISSED** under

 [ ] Fed. R. Civ. P. 12(b)(2).

 [ ] Fed. R. Civ. P. 12(b)(6).

 [ ] Fed. R. Civ. P. 12(b)(7).

 [ ] Unclean Hands Doctrine.

 [ ] Political Question Doctrine.

[ ] The dismissal of the complaint is

    [ ] WITHOUT PREJUDICE.

    [ ] WITH PREJUDICE.

[ ] All seized documents and other property is **ORDERED** to

    [ ] Remain with the court, or

    [ ] Be returned to the Plaintiff, Mr. Donald J. Trump.

[ ] After the previous happenings, then now, Mr. Patel's intervention is **DISMISSED WITHOUT PREJUDICE**.


**DONE AND ORDERED** in chambers at Fort Pierce, Florida, this \_\_\_\_\_ day of _____, 2022

HON. AILEEN M. CANNON<br>
United States District Judge

Distribution to all attorneys and *pro se* litigants of record.

2

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Raj K. Patel's (Pro Se) Amended Cert. of Service & Additional Proposed Orders on 09/14/2022 to below individuals via the e-mail:

**James M. Trusty**
IFRAH, PLLC
1717 Pennsylvania Ave, NW, Suite 650
Washington, DC 20006
202-852-5669
Email: jtrusty@ifrahlaw.com

**Lindsey Halligan**
511 SE 5th Avenue
Fort Lauderdale, Florida 33301
720-435-2870
Email: lindseyhalligan@outlook.com

**Christopher Michael Kise**
Chris Kise & Associates, P.A.
201 East Park Ave. Ste, 5th Floor
Tallahassee, FL 32301
(850) 270-0566
chris@ckise.net

**M. Evan Corcoran**
Silverman, Thompson, Slutkin, & White, LLC
400 East Pratt Street, Suite 900
Baltimore, MD 21230
410-385-2225
Email: ecorcoran@silvermanthompson.com

**Juan Antonio Gonzalez**
UNITED STATES ATTORNEY
99 NE 4th Street, 8th Floor
Miami, Fl 33132
Telephone: (305) 961-9001
Email: juan.antonio.gonzalez@usdoj.gov

**Jay I. Bratt, Chief**
Counterintelligence & Export Control
Section Nat'l Security Div.
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
(202) 233-0986
jay.bratt2@usdoj.gov

Dated: September 14, 2022

Respectfully submitted,

/s/ Raj Patel
T.E., T.E., Raj K. Patel (*Pro Se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

**UNITED STATES POSTAL SERVICE®** | **PRIORITY® MAIL**

Raj Patel
6850 E 21ST ST
INDIANAPOLIS IN 46219

SHIP TO:
Clerk of Court
SD Fla PGR Fed. Bldg
701 CLEMATIS ST RM 202
WEST PALM BEACH FL 33401

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

USPS TRACKING #



9405 5111 0803 3569 0688 59


PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP