**Reference: Case # 22-cv-81291**

22-cv-81294



FILED BY __MC__ D.C.

SEP 19 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Hon Aileen Cannon
United States District Court
Southern District of FL
Wilkie D. Ferguson Jr. Building
400 NW 1 Avenue
Miami, FL 33128

O'Rane M. Cornish, Sr.
3767 New Getwell Road
Memphis, TN 38118

From One of the People
Steven A. Colon
91 North Main Street
Lyndonville, NY 14098

Dear Honorable Judge Aileen Cannon;
Attention Mr. O'Rane M. Cornish, Sr.

          I give you Notice that the U.S. Constitution is the Supreme Law of the Land. This is found in the US Constitution and in US Court precedent. From https://www.archives.gov/founding-docs/constitution : **The Constitution acted like a colossal merger,** uniting a group of states with different interests, laws, and cultures. Under America's first national government, the Articles of Confederation, the states acted together only for specific purposes. The Constitution united its citizens as members of a whole, vesting the power of the union in the people. Without it, the American Experiment might have ended as quickly as it had begun.

*We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.*

--Preamble to the United States Constitution

The Supremacy Clause of the Constitution of the United States (Article VI, Clause 2) establishes that **the Constitution, federal laws made pursuant to it, and treaties made under its authority,** constitute the "supreme Law of the Land", and thus take priority over any conflicting state laws. The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States.

https://www.archives.gov/milestone-documents/marbury-v-madison
"A Law repugnant to the Constitution is void." words written by Chief Justice Marshall in the US Court case of Marbury vs Madison.

Honorable Judge Aileen Cannon; Attention Mr. O'Rane M. Cornish, Sr.
Several States of the Union ran and certified unconstitutional 2020 elections. This is a well documented fact. Courts, Secretaries of States and election commissions all changed their particular States' 2020 election laws. Another documented fact is that these rogue States of the Union violated their particular States' laws regarding the running and certifying of the 2020 elections. Then to add insult to injury the bad acting public servants used the US Mail to help carry their nefarious mischief.
I give further Notice that on January 20th, at 12 noon the Coup D'etat the last act of the show was carried out and Intruders was placed in US Offices of Trust, Profit and Honor; However the Intruders lack authority to carry out anything in the name of the United States.
Articles 1 & 2 of the US Constitution was not followed therefore a Pseudo government was established with NO AUTHORITY to do anything. US Court precedent found in Marbury vs Madison, Nunn vs GA, Miranda vs AZ, and my personal favorite Norton vs Shelby County https://supreme.justia.com/cases/federal/us/118/425/  : While acts of a *de facto* incumbent of an office lawfully created by law and existing are often held to be binding from reasons of public policy, the acts of a person assuming to fill and perform the duties of an office which does not exist *de jure* **can have no validity whatever in law. An unconstitutional act is not a law; it confers no rights; it imposes no duties; it affords no protection; it creates no office; it is in legal contemplation as inoperative as though it had never been passed.**
 I give Notice to you Dear Honorable Judge Aileen Cannon; And Notice to you Mr. O'Rane M. Cornish,Sr... Donald J. Trump is STILL the Constitutional lawful President of the United States. He did not concede or resign. I wager he can prove he actually won the 2020 elections.
I give Notice to you Honorable Judge Aileen Cannon  that Stare Decisis was established and the President was wronged by many other US Courts. Stare Decisis was established by US Court cases https://supreme.justia.com/cases/federal/us/146/1/  McPherson v. Blacker and Bush vs Gore.


Best regards          *[signature] Steven A Colon*      9/12/22


~~Steven A~~. Colon



USMS INSPECTED   RECEIVED   SEP 19 2022 1:23 PM

Reference # 22-cv-81294

22 cv 81294

Steve colon
Po 597
Lyndonville NY
14098

CERTIFIED MAIL

7020 1290 0001 0090 3684

U.S. POSTAGE PAID
FCM LETTER
LYNDONVILLE, NY
14098
SEP 12, 22
AMOUNT
$7.85
R2305M146112

RE: Case # 22-CV-81291

Honorable Aileen Cannon
US District court southern District
of Fl, wilkie D. Ferguson Jr. Building
400 N Miami Ave, Miami, Fl 33128