**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 22-81294-CIV-CANNON**

**DONALD J. TRUMP**,

      Plaintiff,

v.

**UNITED STATES OF AMERICA**,

      Defendant.

_____/

## <u>ORDER FOLLOWING PARTIAL STAY</u>

      **THIS CAUSE** comes before the Court following the Eleventh Circuit's Order granting the Government's Motion for Partial Stay Pending Appeal. *See Trump v. United States*, No. 22-13005 (11th Cir. Sept. 21, 2022). The Eleventh Circuit's Order stays the Court's Order [ECF No. 64] to the extent it enjoins the Government's use of the approximately one-hundred documents bearing classification markings and requires the Government to submit those documents to the Special Master for review. In accordance with the Eleventh Circuit's Order, it is hereby

      **ORDERED AND ADJUDGED** as follows:

1. The term "seized material" in the Court's Order Appointing Special Master [ECF No. 91] is modified to include all materials seized on August 8, 2022, except the approximately one-hundred documents bearing classification markings [ECF No. 91 ¶ 2].

2. Paragraph 5(b)(i)(bb) of the Order Appointing Special Master is hereby **STRICKEN** [ECF No. 91 ¶ 5].

3. Paragraph 6 of the Order Appointing Special Master is hereby **STRICKEN** [ECF No. 91 ¶ 6].

CASE NO. 22-81294-CIV-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 22nd day of September

2022.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record

2