UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**CASE NO: 22-cv-81294-CANNON**

DONALD J. TRUMP,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____/

### **PLAINTIFF'S NOTICE OF STRIKING DE #107**

The Plaintiff, DONALD J. TRUMP, through counsel and pursuant to the Clerk's instructions in DE #109, hereby strikes DE #107 and will proceed to re-submit his protective order with a Notice of Filing.

    Respectfully submitted,

**CHRIS KISE & ASSOCIATES, P.A.**
201 East Park Avenue
5th Floor
Tallahassee, FL 32301
Telephone: (850) 270-0566

By: /s/ **Christopher M. Kise**
    **Christopher M. Kise**
    Florida Bar No: 855545
    chris@ckise.net

*Co-Counsel for Plaintiff Donald J. Trump*

## CERTIFICATE OF SERVICE

      I hereby certify that on September __23rd__, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

|  |  |
|---|---|
|  | Respectfully submitted, |
| **Lindsey Halligan** | **By: /s/ *Christopher M. Kise*** |
| Florida Bar No. 109481 | **Christopher M. Kise** |
| 511 S.E. 5th Avenue | Florida Bar No. 855545 |
| Suite 1008 | Chris Kise & Associates, P.A. |
| Fort Lauderdale, FL 33301 | 201 East Park Avenue |
| Lindseyhalligan@outlook.com | 5th Floor |
|  | Tallahassee, FL 32301 |
| **M. Evan Corcoran** | Telephone: (850) 270-0566 |
| SILVERMAN|THOMPSON| | Email: chris@ckise.net |
| SLUTKIN|WHITE, LLC |  |
| 400 East Pratt Street – Suite 900 | **James M. Trusty** |
| Baltimore, MD 21202 | Ifrah Law PLLC |
| Telephone: (410) 385-2225 | 1717 Pennsylvania Avenue N.W. |
| Email: ecorcoran@silvermanthompson.com | Suite 650 |
| (*pro hac vice*) | Washington, DC 20006 |
|  | Telephone: (202) 524-4176 |
|  | Email: jtrusty@ifrahlaw.com |
|  | (*pro hac vice*) |
|  |  |
|  | *Counsel for Plaintiff* |
|  | *Donald J. Trump* |

## SERVICE LIST

| | |
|---|---|
| **Juan Antonio Gonzalez, Esq.**<br>United States Attorney's Office – H.I.D.T.A.<br>11200 N.W. 20th Street, Ste. 101<br>Miami, FL 33172<br>305-715-7639<br>Juan.antonio.gonzalez@usdoj.gov<br>*Counsel for Defendant, USA* | **Jay Brian Shapiro, Esq.**<br>Stearns Weaver Miller Weissler Alhadeff & Sitterson<br>Museum Tower<br>150 W. Flagler Street, Ste. 2200<br>Miami, FL 33130<br>305-789-3229<br>jshapiro@stearnsweaver.com<br>*Counsel for Former Federal and State Gov't Officials* |
| **Jay I. Bratt, Chief**<br>Counterintelligence and Export Control Section<br>National Security Division<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530<br>202-233-0986<br>Jay.bratt2@usdoj.gov<br>*Counsel for Defendant* | **Brad S. Karp, Esq.**<br>**David K. Kessler, Esq**<br>**Harris Fischman, Esq.**<br>**Roberto Finzi, Esq.**<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>212-373-3000<br>bkarp@paulweiss.com<br>dkessler@paulweiss.com<br>hfischman@paulweiss.com<br>rfinzi@paulweiss.com<br>*Pro Hac Vice Counsel for Former Federal and State Gov't Officials* |
| **Norman Eisen, Esq.**<br>States United Democracy Center<br>1101 17th St. NW, Suite 250<br>Washington, DC 20036<br>202-999-9305<br>nleisen@normaneisenllc.com<br>*Pro Hac Vice Counsel for Former Federal and State Gov't Officials* | **Fred Wertheimer, Esq.**<br>Democracy 21<br>2000 Massachusetts Avenue NW<br>Washington, DC 20036<br>202-355-9600<br>fwertheimer@democracy21.org<br>*Pro Hac Vice Counsel for Former Federal and State Gov't Officials* |