UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81294-CIV-CANNON

DONALD J. TRUMP,

     Plaintiff,

v.

UNITED STATES OF AMERICA,

     Defendant.

_____/

ORDER GRANTING RENEWED
MOTION TO FILE AFFIDAVIT UNDER SEAL

THIS CAUSE comes before the Court upon Defendant's Renewed Motion to File Affidavit Under Seal [ECF No. 122]. The Motion seeks leave to file under seal an unredacted version of the minimally redacted Affidavit that has already been filed on the docket [ECF No. 116-1]. The Court has reviewed the Motion and is otherwise duly advised. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Defendant's Renewed Motion to File Affidavit Under Seal [ECF No. 122] is **GRANTED**.

2. On or before **September 30, 2022**, Defendant shall file under seal the unredacted version of the Affidavit [ECF No. 116-1].

3. The seal will remain in place until further order of the Court.

     **DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 29th day of September 2022.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:     counsel of record