UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81294-CIV-CANNON

**DONALD J. TRUMP**,

    Plaintiff,

v.

**UNITED STATES OF AMERICA**,

    Defendant.

_____/

## ORDER GRANTING MOTION TO UNSEAL NOTICE OF STATUS OF PRIVILEGE REVIEW TEAM'S FILTER PROCESS

**THIS CAUSE** comes before the Court upon Defendant's Motion to Unseal Notice of Status of Privilege Review Team's Filter Process (the "Motion") [ECF No. 71], filed on September 8, 2022.[1] The Court has reviewed the Motion, which seeks to unseal only the Notice of Status of Privilege Review Team's Filter Process [ECF No. 40]—not the attachments to that Notice [ECF Nos. 40-1, 40-2]. The Motion is hereby **GRANTED**. For purposes of protecting claims of attorney-client privilege, however, and in accordance with Defendant's Motion [ECF No. 71 p. 1 n.2], Exhibits A and B to the Notice [ECF Nos. 40-1, 40-2] shall remain sealed pending further Court order.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion [ECF No. 71] is **GRANTED**.

2. The Clerk of the Court is instructed to **UNSEAL** only the Notice of Status of Privilege Review Team's Filter Process [ECF No. 40]. **Exhibits A and B [ECF Nos. 40-1, 40-2] shall remain sealed until further Court order.**

---

[1] Plaintiff has not responded to the Motion, and the deadline to so expired on September 22, 2022.

CASE NO. 22-81294-CIV-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 3rd day of October 2022.

                                                      **AILEEN M. CANNON**
                                                      **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record