UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81294-CIV-CANNON

**DONALD J. TRUMP**,

    Plaintiff,

v.

**UNITED STATES OF AMERICA**,

    Defendant.

_____/

## ORDER GRANTING MOTION TO FILE LOG AND COVER LETTER UNDER SEAL

**THIS CAUSE** comes before the Court upon Defendant's Unopposed Motion to File Log and Cover Letter Under Seal (the "Motion") [ECF No. 129]. The Motion seeks permission to file under seal a cover letter to the Special Master and an attached log, pursuant to the Amended Case Management Plan [ECF No. 112 p. 4] and the Order Appointing Special Master [ECF No. 91 ¶ 9]. The Court has reviewed the Motion and is otherwise duly advised. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Motion [ECF No. 129] is **GRANTED**.

2. On or before **October 6, 2022**, Defendant shall file the Cover Letter and Attached Log conventionally and under seal.

3. The seal will remain in place until further order of the Court.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 4th day of October 2022.

                                                    AILEEN M. CANNON
                                                  UNITED STATES DISTRICT JUDGE

cc:    counsel of record