

U.S. Department of Justice

National Security Division

---

*Counterintelligence and Export Control Section*   Washington, D.C. 20530

October 5, 2022

**By ECF and Courtesy Copy**

Judge Raymond J. Dearie
United States District Court
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11202

Re:   *Donald J. Trump v. United States of America*, Case No. 22-81294-CIV-CANNON –
         Government Update on Selection and Contract with Document-Review Vendors

Dear Judge Dearie:

Consistent with Judge Cannon's order (ECF 125, at 3), the parties entered contracts with third-party vendors to scan, process, host, and provide a review platform for the Seized Materials.

Thank you for your consideration.

                                                                Respectfully submitted,


                                                                JUAN ANTONIO GONZALEZ
                                                                UNITED STATES ATTORNEY

                                                                MATTHEW G. OLSEN
                                                                Assistant Attorney General

                                                                By:    /s/
                                                                JAY I. BRATT
                                                                  Chief
                                                                JULIE EDELSTEIN
                                                                  Deputy Chief
                                                                STEPHEN MARZEN
                                                                  Trial Attorney
                                                                Counterintelligence and Export Control Section
                                                                National Security Division
                                                                Department of Justice

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 5, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/   *Julie A. Edelstein*
Julie A. Edelstein
Deputy Chief
Counterintelligence and Export Control Section
National Security Division
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
Special Bar # A5502949
Tel.: +1.202.233.0986
Email: julie.a.edelstein@usdoj.gov