UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 22-CV-81294-AMC

**DONALD J. TRUMP,**

    **Plaintiff,**

    v.

**UNITED STATES OF AMERICA,**

    **Defendant.**
_____/

**MOTION TO FILE PRIVILEGE REVIEW TEAM
LETTER DATED OCTOBER 5, 2022, UNDER SEAL**

    The United States of America, through the undersigned attorneys assigned to its Privilege Review Team, respectfully move this Court to file under seal a Privilege Review Team letter that was transmitted to the Special Master and Plaintiff's counsel on October 5, 2022.[1] The Privilege Review Team letter should be sealed because it refers, in part, to documents that have been designated potentially privileged. *See* DE:91 at ¶ 9 (directing Special Master to file under seal any potentially privileged . . . material that is submitted to be filed under seal).

    WHEREFORE, the United States respectfully request permission to file this letter under

---

[1] The United States consulted with Plaintiff's counsel. On October 7, 2022, and Plaintiff's counsel agreed the letter should be filed under seal.

seal for preservation in the record.

                                  Respectfully submitted,

                                  JUAN ANTONIO GONZALEZ
                                  UNITED STATES ATTORNEY

By:  /s/*Anthony W. Lacosta*
      Anthony W. Lacosta
      Managing Assistant United States Attorney - WPB
      Court. No.  A5500698
      500 S. Australian Avenue (4th Floor)
      West Palm Beach, Florida 33132
      Ph:  (561) 209-1015
      email: anthony.lacosta@usdoj.gov

      /s/*Benjamin J. Hawk*
      Benjamin J. Hawk
      Deputy Chief for Export Control and Sanctions
      National Security Division
      950 Pennsylvania Avenue, NW
      Washington, D.C.  20530
      New Jersey Bar No. 030232007
      Ph:  (202) 307-5176
      Email:  Benjamin.Hawk@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTFIY that on October 11, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

      /s/*Anthony W. Lacosta*
      Anthony W. Lacosta
      Managing Assistant United States Attorney - WPB