

**U.S. Department of Justice**

National Security Division

---

*Counterintelligence and Export Control Section*　　　　　　　　　　　Washington, D.C. 20530

October 11, 2022

**By ECF and Courtesy Copy**

Judge Raymond J. Dearie
United States District Court
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11202

> Re:　*Donald J. Trump v. United States of America*, Case No. 22-81294-CIV-CANNON –
>    Government Update on Availability of Electronic Copies of Seized Materials

Dear Judge Dearie:

Consistent with Judge Cannon's order (ECF 125, at 3), the government expects to provide Plaintiff and the Special Master access to electronic copies of the Seized Materials (excluding filter materials and documents with classification markings) tomorrow, Wednesday, October 12, 2022. Scanning of those Seized Materials was completed this past Saturday, October 8, 2022. Processing of the scanned documents took place over the holiday weekend and Bates numbers were applied today. Tomorrow, the government expects to "make available to Plaintiff and the Special Master [the Seized Materials as described above] . . . in electronic format with each page bearing a unique Bates number." ECF 125, at 3. We understand that the Bates range is SM_MAL_00000000 to SM_MAL_00021792 (Seized Materials_Mar-a-Lago), for a total production of 21,792 pages.

To access electronic copies of the Seized Materials, Plaintiff's counsel and the Special Master and his assistants – anyone who may access the Seized Materials under the Judicial Protective Order (ECF 113) – will need to provide the hosting vendor with their usernames and e-mail addresses. The government provided the hosting vendor's point of contact to Plaintiff's counsel on Wednesday, October 5, 2022, the same day that the government engaged the hosting vendor. The government is providing the hosting vendor's point of contact to the Special Master's courtroom deputy contemporaneously with this filing.

As soon as the government provides the spreadsheet and makes available the electronic copies of the Seized Materials, it will file the Notice of Completion. *See* ECF 125, at 3-4.

Thank you for your consideration.

        Respectfully submitted,

        JUAN ANTONIO GONZALEZ
        UNITED STATES ATTORNEY

        MATTHEW G. OLSEN
        Assistant Attorney General

        By:   /s/_____
        JAY I. BRATT
         Chief
        JULIE EDELSTEIN
         Deputy Chief
        STEPHEN MARZEN
         Trial Attorney
        Counterintelligence and Export Control Section
        National Security Division
        Department of Justice

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 11, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/     *Julie A. Edelstein*
Julie A. Edelstein
Deputy Chief
Counterintelligence and Export Control Section
National Security Division
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
Special Bar # A5502949
Tel.: +1.202.233.0986
Email: julie.a.edelstein@usdoj.gov