UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-CV-81294-CANNON

**DONALD J. TRUMP**,

    Plaintiff,

v.

**UNITED STATES OF AMERICA**,

    Defendant.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Lazaro P. Fields of the law firm of CONTINENTAL PLLC, enters his appearance as co-counsel on behalf of the Plaintiff, President Donald J. Trump. All future correspondence, pleadings and other papers in this matter directed to the Plaintiff should be served on the undersigned counsel at 255 Alhambra Circle, Suite 640, Coral Gables, Florida 33134, and via e-mail at LFields@ContinentalPLLC.com.

Dated: October 12, 2022

    Respectfully Submitted,

    CONTINENTAL PLLC
    255 Alhambra Circle
    Suite 640
    Coral Gables, Florida 33144
    Telephone: 305-677-2707

    By: /s/ Lazaro P. Fields
        Lazaro P. Fields
        Florida Bar No. 1004725
        LFields@ContinentalPLLC.com

    *Co-Counsel for Plaintiff,*
    *President Donald J. Trump*

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

By: /s/ Lazaro P. Fields
Lazaro P. Fields
Florida Bar No. 1004725
LFields@ContinentalPLLC.com

*Co-Counsel for Plaintiff,*
*President Donald J. Trump*