

U.S. Department of Justice

National Security Division

---

*Counterintelligence and Export Control Section*   Washington, D.C. 20530

October 12, 2022

**By ECF and Courtesy Copy**

Judge Raymond J. Dearie
United States District Court
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11202

Re:   *Donald J. Trump v. United States of America*, Case No. 22-81294-CIV-CANNON –
      Spreadsheet with Bates and Box Numbers

Dear Judge Dearie:

Pursuant to Judge Cannon's order (ECF 125, at 3), attached please find the "electronic spreadsheet that correlates the Bates numbers of each document with the pertinent item number (box or container number) in the Revised Detailed Property Inventory." ECF 125, at 3.

The government has provided Plaintiff and the Special Master access to electronic copies of the Seized Materials (excluding filter materials and documents with classification markings) and will file the Notice of Completion later this afternoon. *See* ECF 125, at 3-4.

Thank you for your consideration.

                                           Respectfully submitted,

                                           JUAN ANTONIO GONZALEZ
                                           UNITED STATES ATTORNEY

                                           MATTHEW G. OLSEN
                                           Assistant Attorney General

                                           By:   /s/
                                           JAY I. BRATT
                                             Chief
                                           JULIE EDELSTEIN
                                             Deputy Chief
                                           STEPHEN MARZEN
                                            Trial Attorney
                                         Counterintelligence and Export Control Section

National Security Division
Department of Justice

Attachment: SM_MAL Bates & Item Number Report

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 12, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/     *Julie A. Edelstein*
Julie A. Edelstein
Deputy Chief
Counterintelligence and Export Control Section
National Security Division
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
Special Bar # A5502949
Tel.: +1.202.233.0986
Email: julie.a.edelstein@usdoj.gov