UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-CV-81294-CANNON

**DONALD J. TRUMP**,

    Plaintiff,

v.

**UNITED STATES OF AMERICA**,

    Defendant.

_____/

## NOTICE OF COMPLETION

Consistent with the Order Accepting in Part and Rejecting in Part the Amended Case Management Plan (ECF 125, at 4), Defendant the United States of America certifies that it has made available to Plaintiff all of the Seized Materials as required by that Order.

Respectfully submitted,

                JUAN ANTONIO GONZALEZ
                UNITED STATES ATTORNEY

                MATTHEW G. OLSEN
                Assistant Attorney General

                By:   /s/_____
                JAY I. BRATT
                 Chief
                JULIE EDELSTEIN
                 Deputy Chief
                STEPHEN MARZEN
                 Trial Attorney
                Counterintelligence and Export Control Section
                      National Security Division
                Department of Justice

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 12, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/    Julie A. Edelstein
Julie A. Edelstein
Deputy Chief
Counterintelligence and Export Control Section
National Security Division
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
Special Bar # A5502949
Tel.: 202-233-0986
Email: julie.a.edelstein@usdoj.gov