UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81294-CIV-CANNON

**DONALD J. TRUMP**,

    Plaintiff,

v.

**UNITED STATES OF AMERICA**,

    Defendant.
_____/

## ORDER GRANTING MOTION TO FILE PRIVILEGE REVIEW TEAM LETTER UNDER SEAL

**THIS CAUSE** comes before the Court upon Defendant's Unopposed Motion to File Under Seal Privilege Review Team Letter Dated October 5, 2022 (the "Motion") [ECF No. 139]. The Motion seeks permission to file under seal a letter transmitted by the Privilege Review Team to the Special Master and Plaintiff's counsel [ECF No. 139 p. 1], pursuant to the Order Appointing Special Master [ECF No. 91 ¶ 9]. The Court has reviewed the Motion and is otherwise duly advised. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Motion [ECF No. 139] is **GRANTED** for the reasons stated in the Motion.

2. On or before **October 15, 2022**, Defendant shall file the October 5, 2022 Privilege Review Team Letter under seal.

3. The seal will remain in place until further order of the Court.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 13th day of October 2022.

                                                                    AILEEN M. CANNON
                                                                    **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record