1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X
DONALD J. TRUMP,                 :   22-CV-81294(AMC)
                                 :
         Plaintiff,              :
                                 :
                                 :
                                 :   United States Courthouse
      -against-                  :   Brooklyn, New York
                                 :
                                 :
                                 :
                                 :   Tuesday, September 20, 2022
UNITED STATES OF AMERICA,        :   2:00 p.m.
                                 :
         Defendant.              :
- - - - - - - - - - - - - - - - X

TRANSCRIPT OF CIVIL CAUSE FOR PREMOTION CONFERENCE
BEFORE THE HONORABLE RAYMOND J. DEARIE
SPECIAL MASTER

A P P E A R A N C E S :

For the Plaintiff:      IFRAH, PLLC
                        Attorneys for the Plaintiff -
                        Donald J. Trump
                            1717 Pennsylvania Avenue, N.W.
                            Suite 650
                            Washington, DC 20006
                        BY: JAMES M. TRUSTY, ESQ.

                        CHRIS KISE & ASSOCIATES, P.A.
                        Attorneys for the Plaintiff -
                        Donald J. Trump
                            201 East Park Avenue
                            Suite 5th Floor
                            Tallahassee, Florida 32301
                        BY: CHRISTOPHER M. KISE, ESQ.

                        LINDSEY HALLIGAN, ESQ.
                        Attorney for the Plaintiff -
                        Donald J. Trump
                            511 S.E. 5th Avenue
                            Suite 1008
                            Fort Lauderdale, Florida 33301

2

                    A P P E A R A N C E S: (Continued.)

                         SILVERMAN, THOMPSON, SLUTKIN & WHITE, LLC
                         Attorneys for the Plaintiff -
                         Donald J. Trump
                              400 East Pratt Street
                              Suite 900
                              Baltimore, Maryland 21230
                         BY: M. EVAN CORCORAN, ESQ.

 For the Defendant:      UNITED STATES DEPARTMENT OF JUSTICE
                         NATIONAL SECURITY DIVISION
                         For the Defendant -
                         United States of America
                              950 Pennsylvania Avenue, S.W.
                              Washington, DC 20530
                         BY: JAY I. BRATT, ESQ.
                              JULIE A. EDELSTEIN, ESQ.
                              STEVE MARZEN, ESQ.
                              BENJAMIN HAWK, ESQ.

                         UNITED STATES ATTORNEY'S OFFICE
                         SOUTHERN DISTRICT OF FLORIDA
                         For the Defendant -
                         United States of America
                              99 N.E. 4th Street
                              Miami, Florida 33132
                         BY: JUAN A. GONZALEZ, ESQ.

Court Reporter:   Anthony D. Frisolone, FAPR, RDR, CRR, CRI
                  Official Court Reporter
                  Telephone: (718) 613-2487
                  Facsimile: (718) 613-2694
                  E-mail: Anthony_Frisolone@nyed.uscourts.gov

Proceedings recorded by computerized stenography.
Transcript produced by Computer-aided Transcription.

*Premotion Conference*                                    3

1            (In open court.)

2            THE COURT:  Good afternoon, folks, please be

3    seated.

4            COURTROOM DEPUTY:  Good afternoon this is a

5    meeting with the Special Master in the matter of Donald

6    Trump versus United States of America.

7            Counsel, state your appearances for the record

8    starting with the plaintiff.

9            MR. TRUSTY:  Good afternoon, your Honor.  Jim

10   Trusty on behalf of the plaintiff.  I'm joined by Chris

11   Kise, Lindsey Halligan and Evan Corcoran.

12           Pleasure to see you, Judge.

13           THE COURT:  Thank you and good afternoon.

14   Welcome.

15           MR. BRATT:  Jay Bratt, Tony Gonzalez from the

16   Southern District of Florida.  Julie Edelstein from the

17   Department of Justice.  Steve Marzen from Department of

18   Justice and Ben Hawk from the Department of Justice.

19           THE COURT:  Welcome, all.  I realize I've dragged

20   all to Brooklyn, New York albeit on a beautiful day.  But

21   I'll try, as we go forward here, to keep this kind of thing

22   at a minimum as best we can.

23           Judge Cannon, as you all know, has asked me to

24   assist you all and to assist her in evaluating certain

25   claims.  I'm going to do the best I can with the time

*Premotion Conference*                                                    4

1    available to us.

2            As you know, we have little time to complete the

3    tasks assigned to the Court.  I have presented to you

4    yesterday a draft schedule.  I've gotten your comments and I

5    understand there's some stated concerns about the time

6    allocations.  I'm happy to hear you on that.  Shortly after

7    we conclude here today, I will issue a scheduling order and

8    provide Judge Cannon with a copy of it as well.

9            I think, as a preliminary matter, I just want to

10   make sure I have a full understanding of what really is in

11   dispute.  She's asked me to verify the accuracy of the

12   detailed property inventory; address the classification

13   status of the seized documents; ultimately address disputes

14   regarding privilege; categorization of seized documents

15   under the Presidential Records Act; and she's also asked me

16   to assess the full Rule 41 motion for return of the property

17   and I fully understand that motion has not yet been made.

18           I follow directions.  I do what I'm told.  We

19   won't be in a position to, I appreciate intelligently

20   address any such a claim until the first three issues that I

21   just noted are resolved.  We note the subset of materials

22   that the plaintiff may have a possessive interest in.

23           We're going to proceed with what I call

24   "responsible dispatch."  I'm not going to hurry but we have

25   a lot to do and a relatively short period of time.  I'm told

1  there are some 11,000 documents in play.  I have no idea

2  what that means in terms of my workload because until I hear

3  from plaintiff's counsel and I'm able to evaluate the number

4  of challenges, claims of privilege, et cetera.  Not until

5  then will I know fully the full range of my responsibility.

6          I just want to say at the outset that this is not

7  a criminal case.  This is a civil matter brought by the

8  plaintiff which means, of course, the plaintiff has the

9  burden in the first instance of establishing his right to

10  relief.  I realize there may be all sorts of litigation

11  strategies in play and I understand and respect that but

12  certainly can't let litigation strategy dictate my

13  resolution and recommendation to Judge Cannon on the

14  viability of any claim of privilege.  I just want that to be

15  understood.

16          I'm faced with some discrete number of legal

17  judgments and I will endeavor to make responsibly and in due

18  course and follow that my recommendation to Judge Cannon

19  who, of course, we will describe those disputed issues of

20  fact.

21          Now, let me turn shortly, briefly, to the greatest

22  categories that we have.

23          The first being, of course, verification of the

24  detailed property inventory.  I just want to make sure.  I

25  haven't been able to study the file, it seems to grow by

1    leaps and bounds almost by day.  I've gotten familiar with

2    the various filings.  So I have to ask:  Is there a real

3    dispute about the property inventory?

4            MR. TRUSTY:  Your Honor, should I address the

5    Court sitting down?

6            THE COURT:  Where ever you're more comfortable

7    given the microphone.

8            MR. TRUSTY:  I'm Pavlovian.  I'm used to standing

9    up.  I can try and sit here and address the Court and keep

10   the microphone in play.

11           THE COURT:  I understand.

12           MR. TRUSTY:  Judge, first of all, I completely

13   appreciate your preliminary comments and share that faith in

14   process in terms of your involvement and following quite

15   rigidly, I suppose, the directives of the District Court in

16   Florida.

17           On that first component, from the, again, this was

18   from looking at the draft plan that was submitted yesterday

19   or distributed yesterday, I actually think that in some ways

20   this issue is probably better a little deeper into the

21   process and I will explain why in a second.  This particular

22   issue is not at all about strategy but what the Court is

23   anticipating is the plaintiff identifying, essentially,

24   shortcomings in the inventory ether by way of either items

25   that were not actually found at the locations alleged or

1    mislabeled within the inventory.  That actually is going to

2    require a full inspection of 11,000-plus items.  And I will

3    tell the Court we're not the beneficiary from the

4    plaintiff's side of having some preexisting detailed

5    audit/inventory of our own which, again, the Court might not

6    be aware of that.

7           So we're not in a position where we're starting

8    with a list of 11,000.  What we're starting with are the

9    Government's two inventories that we received.  The first

10   one that Judge Cannon found to be insufficient under

11   Rule 41.  But interestingly, the first one actually had a

12   few specifics it would say, "Pardon Package," for instance.

13   But it was identifying at least some of the documents.  The

14   second one literally takes every document and says

15   "U.S. Government record" as the description.  So we are -- I

16   would just submit to the Court starting from scratch.

17          Now, it go to the heart of your Honor's question,

18   I'm not -- I can't at this point make a full-blown

19   representation that we're sure there's nothing that is at

20   issue, but I think that we would all probably be well served

21   economically or efficiently by letting us have the time to

22   look at all the documents maybe electronically at first and

23   circle back to the Court.

24          I don't expect that there's going to be 11,000

25   instances that are at issue.  There may be a handful or

*Premotion Conference*                                    8

1   none, I don't know yet but we can do that expeditiously.  I

2   just don't think that that should necessarily be the first

3   deadline in play.

4           THE COURT:  So the answer to my question is you

5   don't know whether there is going to be a real dispute on

6   the inventory.

7           MR. TRUSTY:  That's fair.

8           THE COURT:  All right.  Let me move on.

9           How quickly can you get these documents in digital

10  format and provide it to counsel?

11          MR. BRATT:  Your Honor, I'm going have

12  Ms. Edelstein handle the questions.

13          THE COURT:  Sure.

14          MS. EDELSTEIN:  Good afternoon, your Honor.

15          THE COURT:  If you're comfortable feel free to

16  remove your mask.

17          MS. EDELSTEIN:  Thank you, your Honor.

18          As was conveyed in the letter that we filed

19  yesterday, the documents that are not yet in digital form.

20  This afternoon, we provided to the plaintiff's counsel a

21  list of five government-approved vendors.  Once plaintiff's

22  counsel selects one, which we hope would be today, we would

23  be in a position to provide the documents to that vendor as

24  soon as tomorrow.  So we would be hopeful that by Friday or

25  the latest Monday that plaintiff's counsel would have all

*Premotion Conference*                                        9

1   the documents in digital form.

2        THE COURT:  Any reason why we can't agree on one

3   of those vendors?

4        MR. TRUSTY:  I think we can agree to move very

5   quickly but it's a little hard to get an e-mail right before

6   the hearing and then know that we've already finished our

7   shopping of who would be the right vendor.  We can certainly

8   jump on it quickly and try to get the vendor selected and

9   throw it back to the Government to do the download of the

10  data or begin the rolling download of the data.

11       THE COURT:  You're not familiar with the vendors?

12       MR. TRUSTY:  Some of my co-counsel are familiar

13  but, again, we would want to have an opportunity to quickly,

14  you know, review each one.  I think if we had till Friday to

15  at least pick a vendor that's, you know, and we would do

16  everything we can to pick a vendor tomorrow or Thursday.

17       THE COURT:  Let's do it tomorrow.  Okay.  You'll

18  have Bates Numbers on these documents.

19       MS. EDELSTEIN:  Yes, your Honor we'll request that

20  with the vendors.

21       THE COURT:  Will they be correlated to the

22  inventory in any way?

23       MS. EDELSTEIN:  We will figure out the best way to

24  to that but we could do expect we will Bates Number them and

25  we can correlate them to the inventory but that may just

*Premotion Conference*                                    10

1    take a little bit more time on our end.

2              THE COURT:  And will it be searchable format.

3              MS. EDELSTEIN:  Yes, your Honor.

4              THE COURT:  Okay.  And I take it we'll get one

5    master list?

6              MS. EDELSTEIN:  We will we intend to provide two

7    lists, one for the documents that were not identified by the

8    filter team as potentially privileged, and the potentially

9    privileged documents will be handled separately.

10             THE COURT:  Understood.  Okay.

11             Now, as far as the inventory itself is

12   concerned -- well, I think you answered the question

13   already.  You can't tell me the answer.  You can't tell me

14   the answer until we get the documents, all right.  Fair.

15             So tell me, I don't know who to address,

16   Mr. Bratt.

17             I guess in the absence of relief from the Circuit,

18   you say you ever find a way to move forward, could you give

19   me some indication there what we're going to do.

20             MR. BRATT:  Yes.  Again, I will defer to

21   Ms. Edelstein who has had more conversations than me with

22   the affected parties in the case.

23             MS. EDELSTEIN:  Yes, your Honor.

24             And, you know, it depends on what the

25   Eleventh Circuit rules.  But should the Eleventh Circuit

1    deny our stay, most likely we will be in a position to

2    consider our other appellate options at that point, and I

3    don't know that we're going to be able to provide the

4    documents on the timeframe that your Honor has requested

5    with respect to the classified documents only, of course.

6                    THE COURT:  I understand.

7                    Let's get to the, if I may, the Government, of

8    course, wants the classified documents off the table for the

9    moment at least and I understand that.  We're dealing with

10   presumably highly sensitive information.  If I'm going to

11   verify the classification, what am I looking at?  Is there a

12   claim that the document is classified that should not have

13   been classified?  Is that in play before me as a special

14   master?  Is there a claim that something was labeled

15   purposefully classified that isn't?  What exactly is the

16   nature of it?

17                   The reason I ask is if the Government essentially

18   gives me prima facie evidence that these are classified

19   documents and you, for whatever reason, decide not to

20   advance any claims claim of declassification which I

21   understand is your prerogative, I'm left with a prima facie

22   case of classified documents.  And as far as I'm concerned,

23   that's the end it.

24                   Would you then maintain that notwithstanding

25   they're being classified documents that you might have a

*Premotion Conference*                              12

1    privilege or a claim under the Records Act?

2            MR. TRUSTY:  Your Honor, there's a lot of layers

3    to that question.  I'll try my best to answer.

4            Can I take my mask off?

5            THE COURT:  Sure.

6            MR. TRUSTY:  First of all, yes.  I mean, I think

7    we've telegraphed in our pleadings so far without getting to

8    the point of a Rule 41 that the Presidential Records Act

9    does supersede traditional classification concerns.  It

10   breaks down the universe into presidential and personal

11   records.  And in the case of someone who has been President

12   of the United States, they have unfettered access along with

13   unfettered declassification authority.

14           So we do think that this exercise of creating the

15   buckets that we've all been anticipating and the Court

16   anticipates makes some sense independent of whether or not

17   there's an ultimate concession or belief by the Court at

18   least that the prima facie case is made.

19           But the starting point is the baby steps, your

20   Honor.  The first thing is we've never had access to these

21   documents so we need access we'll be asking --

22           THE COURT:  I understand that.  My question

23   assumed that you didn't have access.  My question simply

24   was, if they are prima facie on their face classified by the

25   Executive, but is it of the Court, without any evidence to

1    the contrary, to conclude that they're anything but at least

2    prima facie.

3           MR. TRUSTY:  Your Honor, that's the right paradigm

4    in terms of without evidence to the contrary.  The point is,

5    from our perspective, is it's premature.  What we're going

6    to be determining through this process of actually examining

7    documents and sifting through and creating and narrowing

8    disputes before you as the special master.  At the same

9    time, we'll be developing or not theories for why or why not

10   a Rule 41(g) motion should be filed.  If a Rule 41(g) motion

11   is filed, it relies on things like the Presidential Records

12   Act or general warrant allegation in violation of the

13   Particularity Clause of the Fourth Amendment those would be

14   independent.

15          If there is an added component to that motion that

16   says, these are effectively declassified documents then, at

17   that point, it makes sense to kind of follow what I think

18   the Court was anticipating in the draft plan which is

19   providing evidence so it's not just a he said-she said of

20   prima facie evidence.

21          So my point is, our only concern in terms of what

22   the Court has in that plan is that it's going a little

23   beyond what Judge Cannon contemplated in the first instance.

24   It's not that your plan doesn't make sense eventually if a

25   Rule 41(g) claim is brought that raises the declassification

1   issue, we just don't think we can say it's fully before the

2   Court until we've had an opportunity to examine all of the

3   documents and decide whether or not a pleading under Rule

4   41(g) is appropriate.

5          THE COURT:  I was taken aback by your comment that

6   I'm going beyond what Judge Cannon instructed me to do.  I

7   looked at her order.  On the second page, she says in plain

8   language, as plain as can be, evaluating claims for return

9   of property under Rule 41(g) of the Federal Rules of

10  Criminal Procedure.  I think I'm doing what I'm told.

11         MR. TRUSTY:  I don't dispute that at all, Judge.

12  All I'm saying is the claim under §41(g) is not here yet.

13  So we're not in the position without having seen the

14  physical evidence, and without having a chance to fully

15  explore what these documents purport to be to tell the Court

16  in good faith that I know that I have an argument to be made

17  about declassification.

18         So, again, I think we're --

19         THE COURT:  Well, you did bring the lawsuit and

20  make that claim.

21         MR. TRUSTY:  Well, we've teed up the issue for

22  resolution by saying, we have he concerns about whether or

23  not the Government ignored, again, we're remembering the

24  context of a §41(g) being roughly parallel to a Franks

25  Hearing or a motion to suppress a search warrant.  What

*Premotion Conference*                               15

1   we've done is we've raised the issue.  We have not been in a

2   position, nor should we be at this juncture, to fully

3   disclose a substantive defense relating to declassification

4   until we see the documents and have an opportunity to

5   explore our options under a filing under §41(g).

6          So, in a sense, I may have talked past the Court

7   unintentionally, I apologize for that.  But we agree that

8   you're in a position to evaluate the claims and make reports

9   and recommendations for §41(g) litigation.  All I'm

10  suggesting is, as much as we want to have clarification

11  today, we have to take some baby steps to get to the point

12  where we can commit to that as a matter of presenting

13  evidence to you in support of a §41(g).  I can't do that

14  without -- it's not about being kind of gamesman-like, I

15  just can't do that without seeing the actual documents.

16         THE COURT:  You wouldn't do that.

17         MR. TRUSTY:  I would not.  And, you know, I

18  haven't been before your Honor but I can tell you there's a

19  slew of federal judges that would agree with me on that.  I

20  swear to you, your Honor.

21         THE COURT:  I take your word for it.

22         Okay.  So, all right, I think I've probably said

23  all I'm going to say.  But getting back to the production of

24  the documents which is key because it seems to me, in terms

25  of a realistic scheduling order, I need that in place before

*Premotion Conference*                                        16

1   I can impose anything on the litigants.

2          You disagree?

3          MS. EDELSTEIN:  No, I completely agree, your

4   Honor.  And the Government thinks that the deadlines you

5   posed in this draft case management plan are very realistic.

6   The Government thinks that it's just of a matter of

7   potentially moving them back by a day or two to allow the

8   digital production of the records.

9          THE COURT:  Okay.

10         Now, Judge Cannon allows me from time to time as

11  necessary to communicate with the parties ex parte.  It's

12  not something we judges are used to doing.  If it became

13  necessary to do that, would you advise my clerk before the

14  end of this session who it is in your respective camps that

15  I should be reaching out to.  All right?

16         I think I've sort of touched on the areas of

17  concern.  I'm going to give counsel an opportunity to weigh

18  in.  And as I said, at some point I will issue a final

19  scheduling order.

20         Sir.

21         MR. TRUSTY:  Thank you, Judge.

22         Your Honor, our original plans in terms of

23  submitting a proposed agenda to the Court obviously changed,

24  or at least I can tell you they changed, when we received

25  the draft plan from the Court.  Despite the optimism

*Premotion Conference*                                    17

1   expressed from the Government that everything's fine within

2   a day or two, some components are just not feasible even

3   under their own scenario of getting a third-party contractor

4   and using relatively and doing a rolling disclosure.  The

5   reality is I think some of the deadlines included the

6   Government giving us electronic versions of all the

7   documents short of the marked ones by Thursday, and our

8   responding to the Court on Thursday whether or not any of

9   these fell afoul from the inventory list.

10         So, you know, we've addressed that separately as

11  something that I think it would probably be most efficient

12  to let that simmer a little bit because it could resolve a

13  lot of it on its own, if not all.  And so, and the

14  compression of the dates, again, I appreciate the spirit of

15  the Court's draft.  Number one, it's a draft.  And number

16  two, it's trying to make it clear to the parties that we

17  want this train to move on time.  The way it's written now

18  essentially compresses everything into a three-week process.

19  And, you know, it's not to be in favor of delay, we want

20  resolution on these things, too.

21         THE COURT:  You're a week off in your calculation.

22         MR. TRUSTY:  Okay.  Four weeks then?  Sorry.

23         THE COURT:  You're a week off in your calculation.

24         MR. TRUSTY:  I think the September 22nd part was

25  right.  And the Court also said that at the end of the draft

*Premotion Conference*                                      18

1   plan that we should give the Court our concerns, objections,

2   whatever, proposed modifications by the 25th if I remember

3   off the top of my head.  We're happy to do that, so I don't

4   want to suggest to the Court that we might not have a little

5   bit more between now and the 25th because we're really just

6   kind of digesting this overnight.

7             THE COURT:  That's why I gave you the 25th.

8             MR. TRUSTY:  I appreciate that.  We'll make that

9   deadline, that's not a problem.  What I would just suggest

10   to the Court is that we do have concerns enough about the

11   speed at which, and it's not about lack of good faith by the

12   Government or by us, but I think that for 11,000 items that

13   can translate in some ways when you talk to these vendors

14   to, I think, 220 man hours of review.  Now, hopefully

15   because a lot of these items might be photographs or might

16   be articles of clothing or golf shirts, that that part will

17   accelerate our average.  But I think that, to be fully

18   candid with the Court, that the vendor process and the

19   rolling review and our review is not something that lends

20   itself to being done in a couple of days.  It's just

21   physically not going to work out that way.  And we'll be

22   more specific in a more fulsome disclosure to the Court.

23             So we doing, I guess, quibble a little bit about

24   timing in terms of what the Court anticipates.  And

25   hopefully, as the Government, you know, consults with their

1   vendors, they'll get some realistic dates there in terms of

2   what they think a couple of days means.

3           Substantively, your Honor, I this I there was

4   really kind of two areas that we felt were going beyond the,

5   or potentially going beyond the limits of what Judge Cannon

6   set in motion.  Again, there might be a little bit more that

7   we come up with that we can talk about before Sunday, I

8   think it is, the 25th.  But in the short run, we just wanted

9   to flag in our letter and then flag again today that we have

10  the concerns that we've already talked about basically about

11  declassification defense and when and how that should be

12  borne out if it's going to be, meaning, that we shouldn't be

13  in a position to have to disclose declarations, witness

14  statements, whatever it might be, to substantiate that until

15  a Rule 41(g) is filed.

16          THE COURT:  I don't disagree with you.  As I said

17  a moment ago, I guess my view of it is you can't have your

18  cake and eat it.

19          MR. TRUSTY:  Sure.  Understood.  And, again, but I

20  just want the Court to know our concern there is that we

21  shouldn't be in a position where we're providing inherent

22  important components to a defense essentially at this stage.

23  But if we make that leap because of a §41(g) filing then so

24  be it.  Obviously, the Court is going to want evidence, not

25  just pure argument.

1          The second area that I wanted to or maybe one more

2     area after that.  Within the original order of the Court,

3     Judge Cannon gave you as Special Master the discretion to

4     consult with NARA, with the National Archivist, I don't

5     remember the exact language, but it's essentially you have

6     that ability.

7          The Government took the opportunity in their

8     filing yesterday to strongly urge you to consult with NARA

9     as part of this process.  And I would say from the

10    plaintiff's perspective, we would object to that.  And

11    it's -- and I'll come back with kind of a fallback position

12    to make it a little easier on the Court.  But we have an

13    objection.  NARA essentially is a potential fact witness;

14    they are an interested party.  In fact, from even recent

15    history, it's clear that this entity and the archivist

16    himself or herself in recent history have been very

17    politicized.  Right now, it's the national archives people

18    that put a warning label on the U.S. Constitution because

19    they're concerned it will trigger people.  It's the

20    archivist who let Sandy Berger into her personal office to

21    access important documents relating to 9/11 which he then

22    stuffed down his pants before his misdemeanor plea a few

23    months later.

24          So this is a group that has shown that even in

25    the, you know, in the public setting that they're highly

*Premotion Conference*                                           21

1   politicized.  We think their conduct in this case is

2   politicized as well.  And so, it's an odd scenario to think

3   that a special master, particularly, a special master with

4   your Honor's background would have the need to get

5   Presidential Records Act guidance, essentially, from a group

6   like NARA.  And I would just submit to the Court that, you

7   know, the flipside would be a little strange.  Like, if we

8   said, your Honor, we have an expert on declassification and

9   we'd love for you to just talk to him or her ex parte

10  whenever you need to.  I think the Court would properly

11  hesitate, like, wait a minute, am I getting into essentially

12  interested parties, fact witnesses, solicited experts,

13  whatever.

14         So I guess our concern there is broad and sincere.

15  If the Court gets to a point where your Honor, I'm sorry,

16  Special Master, as special master decides that you want to

17  take advantage of that discretion.  We're not quibbling over

18  the fact that she gave you the discretion, we'd at least

19  like the Court to consider having us heard, have an

20  opportunity to address in some perhaps elliptical way what

21  it is that you want from NARA and for us to weigh in.  But

22  we think the Court should err on the side of declining that

23  invitation that the Government keeps putting out there

24  because we think it's a political and partisan organization.

25         THE COURT:  Well, I think you're painting with a

1   rather broad brush to be fair to the folks at NARA.  But I

2   don't disagree with you.  I mean, at the moment, I can't

3   identify a need for me to speak to them.  On the other hand,

4   if I do identify a need to speak to them, you'll be notified

5   and be given an opportunity to speak.  I understand your

6   concerns.

7               MR. TRUSTY:  Thank you, Judge.

8               THE COURT:  Yes, sir.

9               MR. TRUSTY:  I have one other area just to raise

10  and then obviously respond to any questions the Court still

11  has for the plaintiff.

12              We're not at all conceding classification.

13  Obviously, you're aware of that from what's got us to that

14  point for these hundred documents.  But it does seem to make

15  practical sense because the Government is obviously still

16  believing that these are classified documents and that that

17  restricts access.  To find a way to have expedited clearance

18  for more folks on my team.  I actually have TS clearance

19  from a recent matter in the Eastern District of Virginia, so

20  I'm good for a few years.  But it's a strange scenario

21  where, again, in the vacuum of not having final decisions

22  about classification, the Government is going to err on the

23  side of saying, we've got to treat it that way, we've got to

24  restrict access, we can't let Mr. Trusty even talk to his

25  fellow attorneys about what he sees.  And I'm assuming the

*Premotion Conference*                                              23

1    Court's got more clearance than has ever been created on

2    Earth from your background as a Judge on the FISA Court, so

3    I don't think it's a problem for the Court.  But we would

4    like to see if the Court would be willing to essentially

5    exhort DOJ to move expeditiously on additional clearances

6    submitted to them.  Again, just to kind of keep them

7    satisfied and allows us to have more access than just one

8    person.  Usually, when you have this conversation with DOJ

9    or with U.S. attorneys they say, well, that's JMD, that's

10   Justice Management Division, they're totally different.

11   Yeah, they are.  They're not physically sitting in the same

12   office but they're part of Justice.  In a case like this

13   where all hands want to move expeditiously, we would just

14   appreciate some help from the Court kind of pushing that

15   along where we might be able to get people cleared in a way

16   where it doesn't slow anything down and doesn't

17   unnecessarily hamstring us if we review these documents.

18            THE COURT:  Frankly, the thought occurred to me

19   when it was first drafted.  Let's not belittle the fact that

20   we are dealing with at least potentially legitimately

21   classified information.  The Government has a very strong

22   obligation, as all of us, to see it to that that information

23   doesn't get in the wrong hands.  It's not just a matter, it

24   seems to me, of being cleared.  It is a matter of need to

25   know.  And if you need to know, you will know.  That's the

*Premotion Conference*                    24

1    way I see it.  If I can make my judgments without -- I don't

2    want to see the material -- it's presumably sensitive

3    material.  If I can make my recommendation to Judge Cannon,

4    right or wrong, without exposing myself or to you to that

5    material, I will do it.  On the other hand, if I can't, we

6    have to take another alternative.

7              MR. TRUSTY:  Understood.

8              THE COURT:  I take it very seriously on both sides

9    of the question.

10             All right.  You completed your comments?

11             MR. TRUSTY:  I think so.  Thank you, Judge.

12             THE COURT:  I appreciate them very much.

13             All right.  On Uncle Sam's side.  Mr. Bratt, who

14   is going to be your spokesperson for spokespeople.

15             MR. BRATT:  So for purposes of the Court's contact

16   with the Government, I and Ms. Edelstein are the primary

17   contacts.

18             THE COURT:  Okay.

19             MR. BRATT:  One thing I'd like to clarify just in

20   response to something Mr. Trusty said with respect to the

21   vendors.  Our understanding under the Judge Cannon 's order

22   is that they are responsible for the expenses of this

23   process.  So we've given them vendors that are approved for

24   us to work with on government systems.  We gave them until

25   tomorrow to choose an vendor.  They also need to finalize

*Premotion Conference*                                    25

1    the contract, the engagement, and payment.  And we will then

2    after that expeditiously deliver the documents to be scanned

3    and Bates-stamped.

4          THE COURT:  All right.  I assume, Mr. Trusty, that

5    you and your colleagues will act in good faith and in your

6    obligations to me and to your client.

7          MR. TRUSTY:  Your Honor, we absolutely will always

8    act in good faith.  I would just say, having five vendors

9    thrown at us today with us paying for them, we have to at

10   last be able to show our client and ourselves what the

11   different numbers look like to get, you know, essentially

12   estimates or engagements from them.  I would at least ask

13   till Friday.  That's not asking --

14         THE COURT:  You got it.  Friday it is.

15         MR. TRUSTY:  Thanks, Judge.

16         THE COURT:  Anything else from the Government?

17         MS. EDELSTEIN:  Your Honor, if I could respond to

18   a couple other points made by Mr. Trusty.

19         THE COURT:  By all means.

20         MS. EDELSTEIN:  And with respect to the timeline,

21   even if the vendor is selected on Friday, I think we'll be

22   in a position early next week to provide the documents over

23   to plaintiff's counsel and that should only necessitate the

24   moving of the proposed deadlines in your scheduling order by

25   a couple days.

1      THE COURT:  You'll keep me informed.

2      MS. EDELSTEIN:  Yes, your Honor, we will.

3      With respect to NARA.  The appointment order, of

4  course, does give you discretion to consult with them.  And

5  I would just point out that these documents are supposed to

6  be NARA's custody.  And if they had not be stored in an

7  improper place, they would be in the custody of NARA now.

8  And we will, of course, defer to you, your Honor, as to how

9  helpful you find it to consult with NARA if you want to do

10 so.  But I would point out that some of the documents would

11 require a call.  For instance, if there is a newspaper

12 article that has the former president's handwriting on it,

13 does that make it a presidential record?  And NARA, with

14 their expertise, is in the best position to make these kind

15 of determinations and may be able to assist you.

16      THE COURT:  I won't hesitate if I think I need

17 their help.

18      MS. EDELSTEIN:  I understand, your Honor.

19      THE COURT:  I'm not going in with any preconceived

20 notion that I need a tutorial from NARA, that's all.

21      MS. EDELSTEIN:  Understood.

22      We also want to make clear the Government's

23 position that the classification status of the documents

24 isn't ultimately for the Judicial Branch to decide.  The

25 classification of documents under prevailing case law

*Premotion Conference*                         27

1   including the Supreme Court's ruling in the <u>Department of</u>

2   <u>Navy v. Egan</u> makes very clear that it's an Executive Branch

3   determination whether to classify document and how to

4   control access to classified documents.

5           So while the Government has no objection to you

6   ordering to provide plaintiff's counsel to provide a

7   declaration along the lines that you have suggested with

8   respect to the declassification issue, the Government wants

9   to make clear that under the law we believe it is the

10  current Executive Branch's decision only, ultimately, as to

11  whether the documents are classified.

12          THE COURT:  I understand that's your position.

13          MS. EDELSTEIN:  And finally, we would like to

14  reiterate the point that your Honor made that there must be

15  a need to know to share classified information.  And in

16  addition to that, even if Mr. Trusty has a top secret

17  clearance, that clearance alone without a reasons should he

18  have a need to know would not be sufficient to see number of

19  the documents at issue in this case.  Some of the documents

20  are so sensitive that even members of the team that is

21  investigating possible offenses here have not yet been

22  provided the clearances to see these documents.

23          So we just want to make your Honor aware of the

24  very highly sensitive documents involved in this case.

25          THE COURT:  I appreciate that.

*Premotion Conference*                                    28

1          MR. TRUSTY:  Your Honor, two very quick things in

2    response.

3          THE COURT:  Yes, Mr. Trusty.

4          MR. TRUSTY:  First, it's kind of astounding to

5    hear the Government say that the President's lawyers don't

6    have a need to know.  I mean, I know we're not sorting

7    through the final classification issues her.  It's kind of

8    an amazing juncture to be dismissive of even one attorney

9    having access to the documents that form the justification

10   for their raid.  But I will also want to go back --

11         THE COURT:  I didn't hear you say that.  If you

12   have a need to know for the appropriate resolution of this

13   issue.

14         MR. TRUSTY:  I believe we have a need to know,

15   absolutely.  I don't know how we can fully address the

16   issues that might come with a Rule 41 without having some

17   access under all sorts protective measures but some access.

18   I will say I want to finish with one other point which is a

19   letter from the National Archivist on March 30th of 2017 to

20   Members of the Committee on Homeland Security and Government

21   Affairs.  I just think this line is perfectly appropriate

22   point in response to what we just heard about consulting

23   NARA.  The answer from the archivist to a question about

24   this was about President Trump's tweets as presidential

25   records was:  No, under the PRA, Presidential Records Act,

*Premotion Conference*                                    29

1   records management authority is vested in the President and

2   NARA does not make determinations with respect to whether

3   something is or is not a presidential record.

4          I mean again, I made my points about NARA but

5   there they are affirmatively saying that's not our game to

6   make these classifications.  So, again, you will see more

7   writing from us on this issue because we think it's an

8   overarching issue that essentially negates the issue of

9   classification.

10         THE COURT:  We're all in agreement then.  NARA

11  doesn't it, I don't.  Judge Cannon does.  And with that,

12  we'll be, once we get the schedule in place, I will include

13  in there another conference call, a progress conference, and

14  I hope with an emphasis on the word "progress."  I'll call

15  it a "progress conference."  Hopefully, we can do it

16  electronically so we don't have to bring everybody to

17  Brooklyn, not that I know most of you are just dying to be

18  in Brooklyn.  So we'll be in touch with that once we get the

19  schedule in place.

20         Anything else?

21         MR. TRUSTY:  Not for plaintiff, Judge.

22         THE COURT:  I have a hand in the background.

23         MR. HAWK:  Yes, your Honor.  Benjamin Hawk on

24  behalf of United States.  For the record, I am

25  representative of the Government's filter team.  I did want

1   to address several things, your Honor.

2           First, the filter team's materials which consist

3   of approximately 520 pages.  Pursuant to Judge Cannon's

4   order, those have been provided to plaintiff's counsel as of

5   Friday.  I have a courtesy copy here for your Honor both in

6   paper and electronic format if I can provide that to the

7   Court.

8           THE COURT:  Please.

9           MR. HAWK:  And to the clerk.

10          THE COURT:  Thank you.

11          MR. HAWK:  May I approach?

12          THE COURT:  We are making progress.

13          Okay.  Anything else?

14          MR. HAWK:  Yes, your Honor.  I did want to point

15  out that your Honor asked for with respect to the inventory

16  and the log and the spreadsheet.  I just wanted to clarify

17  that the filter materials -- the filter team has already

18  separated those out from the seized materials and we have a

19  separate spreadsheet that we can provide to plaintiff's

20  counsel to take care of those documents with respect to any

21  privilege claims that plaintiff's counsel may have.

22          THE COURT:  Much appreciated.  I assumed you would

23  set it up that way and I appreciate your offer as I'm sure

24  does Mr. Trusty and his colleagues.

25          Anything else?

*Premotion Conference*                                    31

1          MR. HAWK:  That's it, your Honor.  Thank you.

2          THE COURT:  Thank you, folks.  I appreciate your

3    time.

4          MS. EDELSTEIN:  One more quick thing.

5          With respect to the affidavit that the Court

6    contemplates the Government official providing tomorrow with

7    respect to the inventory.  Would it be okay in the public

8    version to redact the agent's name signing that declaration?

9          THE COURT:  Yes.

10          MS. EDELSTEIN:  Thank you.

11          THE COURT:  For the time being, sure.  Thank you.

12          (WHEREUPON, this matter was adjourned.)

13

14                          *   *   *

15

16                  <u>CERTIFICATE OF REPORTER</u>

17

18   I certify that the foregoing is a correct transcript of the
     record of proceedings in the above-entitled matter.

19

20

21

22        *Anthony D. Frisolone*

23   _____
      Anthony D. Frisolone, FAPR, RDR, CRR, CRI
24    Official Court Reporter

25

## 1

**1008** [1] - 1:23
**11,000** [4] - 5:1, 7:8, 7:24, 18:12
**11,000-plus** [1] - 7:2
**1717** [1] - 1:15

## 2

**20** [1] - 1:7
**20006** [1] - 1:16
**201** [1] - 1:19
**2017** [1] - 28:19
**2022** [1] - 1:7
**20530** [1] - 2:9
**21230** [1] - 2:5
**22-CV-81294(AMC** [1] - 1:3
**220** [1] - 18:14
**22nd** [1] - 17:24
**25th** [4] - 18:2, 18:5, 18:7, 19:8
**2:00** [1] - 1:8

## 3

**30th** [1] - 28:19
**32301** [1] - 1:20
**33132** [1] - 2:14
**33301** [1] - 1:24

## 4

**400** [1] - 2:4
**41** [4] - 4:16, 7:11, 12:8, 28:16
**41(g** [6] - 13:10, 13:25, 14:4, 14:9, 19:15
**4th** [1] - 2:14

## 5

**511** [1] - 1:23
**520** [1] - 30:3
**5th** [2] - 1:19, 1:23

## 6

**613-2487** [1] - 2:17
**613-2694** [1] - 2:17
**650** [1] - 1:15

## 7

**718** [2] - 2:17, 2:17

## 9

**9/11** [1] - 20:21
**900** [1] - 2:14
**950** [1] - 2:8
**99** [1] - 2:14

## A

**aback** [1] - 14:5
**ability** [1] - 20:6
**able** [6] - 5:3, 5:25, 11:3, 23:15, 25:10, 26:15
**above-entitled** [1] - 31:18
**absence** [1] - 10:17
**absolutely** [2] - 25:7, 28:15
**accelerate** [1] - 18:17
**access** [12] - 12:12, 12:20, 12:21, 12:23, 20:21, 22:17, 22:24, 23:7, 27:4, 28:9, 28:17
**accuracy** [1] - 4:11
**Act** [1] - 12:1
**act** [2] - 25:5, 25:8
**actual** [1] - 15:15
**added** [1] - 13:15
**addition** [1] - 27:16
**additional** [1] - 23:5
**address** [9] - 4:12, 4:13, 4:20, 6:4, 6:9, 10:15, 21:20, 28:15, 30:1
**addressed** [1] - 17:10
**adjourned** [1] - 31:12
**advance** [1] - 11:20
**advantage** [1] - 21:17
**advise** [1] - 16:13
**Affairs** [1] - 28:21
**affected** [1] - 10:22
**affidavit** [1] - 31:5
**affirmatively** [1] - 29:5
**afoul** [1] - 17:9
**afternoon** [6] - 3:2, 3:4, 3:9, 3:13, 8:14, 8:20
**agenda** [1] - 16:23
**agent's** [1] - 31:8
**ago** [1] - 19:17
**agree** [5] - 9:2, 9:4, 15:7, 15:19, 16:3
**agreement** [1] - 29:10
**aided** [1] - 2:19
**albeit** [1] - 3:20
**allegation** [1] - 13:12
**alleged** [1] - 6:25
**allocations** [1] - 4:6
**allow** [1] - 16:7
**allows** [2] - 16:10, 23:7
**almost** [1] - 6:1
**alone** [1] - 27:17
**alternative** [1] - 24:6
**amazing** [1] - 28:8
**America** [3] - 2:8, 2:13, 3:6
**AMERICA** [1] - 1:8
**answer** [5] - 8:4, 10:13, 10:14, 12:3, 28:23
**answered** [1] - 10:12
**anticipates** [2] - 12:16, 18:24
**anticipating** [3] - 6:23, 12:15, 13:18
**apologize** [1] - 15:7
**appearances** [1] - 3:7
**appellate** [1] - 11:2
**appointment** [1] - 26:3
**appreciate** [9] - 4:19, 6:13, 17:14, 18:8, 23:14, 24:12, 27:25, 30:23, 31:2
**appreciated** [1] - 30:22

**approach** [1] - 30:11
**appropriate** [3] - 14:4, 28:12, 28:21
**approved** [2] - 8:21, 24:23
**Archivist** [2] - 20:4, 28:19
**archivist** [3] - 20:15, 20:20, 28:23
**area** [3] - 20:1, 20:2, 22:9
**areas** [2] - 16:16, 19:4
**argument** [2] - 14:16, 19:25
**article** [1] - 26:12
**articles** [1] - 18:16
**assess** [1] - 4:16
**assigned** [1] - 4:3
**assist** [3] - 3:24, 26:15
**ASSOCIATES** [1] - 1:17
**assume** [1] - 25:4
**assumed** [2] - 12:23, 30:22
**assuming** [1] - 22:25
**astounding** [1] - 28:4
**attorney** [2] - 1:22, 28:8
**ATTORNEY'S** [1] - 2:12
**Attorneys** [2] - 1:14, 2:3
**attorneys** [3] - 1:18, 22:25, 23:9
**audit/inventory** [1] - 7:5
**authority** [2] - 12:13, 29:1
**available** [1] - 4:1
**Avenue** [3] - 1:15, 1:23, 2:8
**average** [1] - 18:17
**aware** [3] - 7:6, 22:13, 27:23

## B

**baby** [2] - 12:19, 15:11
**background** [3] - 21:4, 23:2, 29:22
**Baltimore** [1] - 2:5
**Bates** [3] - 9:18, 9:24, 25:3
**Bates-stamped** [1] - 25:3
**beautiful** [1] - 3:20
**became** [1] - 16:12
**BEFORE** [1] - 1:11
**begin** [1] - 9:10
**behalf** [2] - 3:10, 29:24
**belief** [1] - 12:17
**belittle** [1] - 23:19
**Ben** [1] - 3:18
**beneficiary** [1] - 7:3
**Benjamin** [1] - 29:23
**BENJAMIN** [1] - 2:11
**Berger** [1] - 20:20
**best** [5] - 3:22, 3:25, 9:23, 12:3, 26:14
**better** [1] - 6:20
**between** [1] - 18:5
**beyond** [4] - 13:23, 14:6, 19:4, 19:5
**bit** [5] - 10:1, 17:12, 18:5, 18:23, 19:6
**blown** [1] - 7:18
**borne** [1] - 19:12
**bounds** [1] - 6:1
**Branch's** [1] - 27:10
**Bratt** [3] - 3:15, 10:16, 24:13
**BRATT** [6] - 2:9, 3:15, 8:11, 10:20, 24:15, 24:19
**breaks** [1] - 12:10
**briefly** [1] - 5:21
**bring** [2] - 14:19, 29:16
**broad** [2] - 21:14, 22:1

**Brooklyn** [4] - 1:5, 3:20, 29:17, 29:18
**brought** [2] - 5:7, 13:25
**brush** [1] - 22:1
**buckets** [1] - 12:15
**burden** [1] - 5:9
**BY** [5] - 1:16, 1:20, 2:5, 2:9, 2:15

## C

**cake** [1] - 19:18
**calculation** [2] - 17:21, 17:23
**camps** [1] - 16:14
**candid** [1] - 18:18
**Cannon** [13] - 3:23, 4:8, 5:13, 5:18, 7:10, 13:23, 14:6, 16:10, 19:5, 20:3, 24:3, 24:21, 29:11
**Cannon's** [1] - 30:3
**care** [1] - 30:20
**case** [11] - 5:7, 10:22, 11:22, 12:11, 12:18, 16:5, 21:1, 23:12, 26:25, 27:19, 27:24
**categories** [1] - 5:22
**categorization** [1] - 4:14
**CAUSE** [1] - 1:10
**certain** [1] - 3:24
**certainly** [2] - 5:12, 9:7
**CERTIFICATE** [1] - 31:16
**certify** [1] - 31:17
**cetera** [1] - 5:4
**challenges** [1] - 5:4
**chance** [1] - 14:14
**changed** [2] - 16:23, 16:24
**choose** [1] - 24:25
**CHRIS** [1] - 1:17
**Chris** [1] - 3:10
**CHRISTOPHER** [1] - 1:20
**circle** [1] - 7:23
**Circuit** [3] - 10:17, 10:25
**CIVIL** [1] - 1:10
**civil** [1] - 5:7
**claim** [9] - 4:20, 5:14, 11:12, 11:14, 11:20, 12:1, 13:25, 14:12, 14:20
**claims** [6] - 3:25, 5:4, 11:20, 14:8, 15:8, 30:21
**clarification** [1] - 15:10
**clarify** [2] - 24:19, 30:16
**classification** [9] - 4:12, 11:11, 12:9, 22:12, 22:22, 26:23, 26:25, 28:7, 29:9
**classifications** [1] - 29:6
**classified** [14] - 11:5, 11:8, 11:12, 11:13, 11:15, 11:18, 11:22, 11:25, 12:24, 22:16, 23:21, 27:4, 27:11, 27:15
**classify** [1] - 27:3
**Clause** [1] - 13:13
**clear** [5] - 17:16, 20:15, 26:22, 27:2, 27:9
**clearance** [5] - 22:17, 22:18, 23:1, 27:17
**clearances** [2] - 23:5, 27:22
**cleared** [2] - 23:15, 23:24
**clerk** [2] - 16:13, 30:9
**client** [2] - 25:6, 25:10
**clothing** [1] - 18:16
**co** [1] - 9:12
**co-counsel** [1] - 9:12
**colleagues** [2] - 25:5, 30:24

**comfortable** [2] - 6:6, 8:15
**comment** [1] - 14:5
**comments** [3] - 4:4, 6:13, 24:10
**commit** [1] - 15:12
**Committee** [1] - 28:20
**communicate** [1] - 16:11
**complete** [1] - 4:2
**completed** [1] - 24:10
**completely** [2] - 6:12, 16:3
**component** [2] - 6:17, 13:15
**components** [2] - 17:2, 19:22
**compresses** [1] - 17:18
**compression** [1] - 17:14
**Computer** [1] - 2:19
**Computer-aided** [1] - 2:19
**computerized** [1] - 2:19
**conceding** [1] - 22:12
**concern** [4] - 13:21, 16:17, 19:20, 21:14
**concerned** [3] - 10:12, 11:22, 20:19
**concerns** [7] - 4:5, 12:9, 14:22, 18:1, 18:10, 19:10, 22:6
**concession** [1] - 12:17
**conclude** [2] - 4:7, 13:1
**conduct** [1] - 21:1
**conference** [3] - 29:13, 29:15
**CONFERENCE** [1] - 1:10
**consider** [2] - 11:2, 21:19
**consist** [1] - 30:2
**Constitution** [1] - 20:18
**consult** [4] - 20:4, 20:8, 26:4, 26:9
**consulting** [1] - 28:22
**consults** [1] - 18:25
**contact** [1] - 24:15
**contacts** [1] - 24:17
**contemplated** [1] - 13:23
**contemplates** [1] - 31:6
**context** [1] - 14:24
**Continued** [1] - 2:1
**contract** [1] - 25:1
**contractor** [1] - 17:3
**contrary** [2] - 13:1, 13:4
**control** [1] - 27:4
**conversation** [1] - 23:8
**conversations** [1] - 10:21
**conveyed** [1] - 8:18
**copy** [2] - 4:8, 30:5
**CORCORAN** [1] - 2:5
**Corcoran** [1] - 3:11
**correct** [1] - 31:17
**correlate** [1] - 9:25
**correlated** [1] - 9:21
**counsel** [13] - 3:7, 5:3, 8:10, 8:20, 8:22, 8:25, 9:12, 16:17, 25:23, 27:6, 30:4, 30:20, 30:21
**couple** [4] - 18:20, 19:2, 25:18, 25:25
**course** [8] - 5:8, 5:18, 5:19, 5:23, 11:5, 11:8, 26:4, 26:8
**court** [1] - 3:1
**Court** [46] - 2:16, 2:16, 4:3, 6:5, 6:9, 6:15, 6:22, 7:3, 7:5, 7:16, 7:23, 12:15, 12:17, 12:25, 13:18, 13:22, 14:2, 14:15, 15:6, 16:23, 16:25, 17:8, 17:25, 18:1, 18:4, 18:10, 18:18, 18:22, 18:24, 19:20, 19:24, 20:2, 20:12, 21:6, 21:10, 21:15, 21:19, 21:22, 22:10, 23:2, 23:3, 23:4,

23:14, 30:7, 31:5, 31:24
**Court's** [4] - 17:15, 23:1, 24:15, 27:1
**courtesy** [1] - 30:5
**Courthouse** [1] - 1:5
**COURTROOM** [1] - 3:4
**created** [1] - 23:1
**creating** [2] - 12:14, 13:7
**criminal** [1] - 5:7
**Criminal** [1] - 14:10
**current** [1] - 27:10
**custody** [2] - 26:6, 26:7

## D

**data** [2] - 9:10
**dates** [2] - 17:14, 19:1
**days** [3] - 18:20, 19:2, 25:25
**DC** [2] - 1:16, 2:9
**deadline** [2] - 8:3, 18:9
**deadlines** [3] - 16:4, 17:5, 25:24
**dealing** [2] - 11:9, 23:20
**DEARIE** [1] - 1:11
**decide** [3] - 11:19, 14:3, 26:24
**decides** [1] - 21:16
**decision** [1] - 27:10
**decisions** [1] - 22:21
**declaration** [2] - 27:7, 31:8
**declarations** [1] - 19:13
**declassification** [8] - 11:20, 12:13, 13:25, 14:17, 15:3, 19:11, 21:8, 27:8
**declassified** [1] - 13:16
**declining** [1] - 21:22
**deeper** [1] - 6:20
**defendant** [1] - 1:9
**defense** [3] - 15:3, 19:11, 19:22
**defer** [2] - 10:20, 26:8
**delay** [1] - 17:19
**deliver** [1] - 25:2
**deny** [1] - 11:1
**Department** [1] - 27:1
**Department of justice** [4] - 2:6, 3:17, 3:18
**DEPUTY** [1] - 3:4
**describe** [1] - 5:19
**description** [1] - 7:15
**despite** [1] - 16:25
**detailed** [3] - 4:12, 5:24, 7:4
**determination** [1] - 27:3
**determinations** [2] - 26:15, 29:2
**determining** [1] - 13:6
**developing** [1] - 13:9
**dictate** [1] - 5:12
**different** [2] - 23:10, 25:11
**digesting** [1] - 18:6
**digital** [4] - 8:9, 8:19, 9:1, 16:8
**directions** [1] - 4:18
**directives** [1] - 6:15
**disagree** [3] - 16:2, 19:16, 22:2
**disclose** [2] - 15:3, 19:13
**disclosure** [2] - 17:4, 18:22
**discrete** [1] - 5:16
**discretion** [4] - 20:3, 21:17, 21:18, 26:4
**dismissive** [1] - 28:8
**dispatch** [1] - 4:24
**dispute** [4] - 4:11, 6:3, 8:5, 14:11

**disputed** [1] - 5:19
**disputes** [2] - 4:13, 13:8
**distributed** [1] - 6:19
**DISTRICT** [3] - 1:1, 1:1, 2:12
**District** [3] - 3:16, 6:15, 22:19
**DIVISION** [1] - 2:7
**Division** [1] - 23:10
**document** [3] - 7:14, 11:12, 27:3
**documents** [46] - 4:13, 4:14, 5:1, 7:13, 7:22, 8:9, 8:19, 8:23, 9:1, 9:18, 10:7, 10:9, 10:14, 11:4, 11:5, 11:8, 11:19, 11:22, 11:25, 12:21, 13:7, 13:16, 14:3, 14:15, 15:4, 15:15, 15:24, 17:7, 20:21, 22:14, 22:16, 23:17, 25:2, 25:22, 26:5, 26:10, 26:23, 26:25, 27:4, 27:11, 27:19, 27:22, 27:24, 28:9, 30:20
**DOJ** [2] - 23:5, 23:8
**DONALD** [1] - 1:3
**Donald** [5] - 1:14, 1:18, 1:22, 2:3, 3:5
**done** [2] - 15:1, 18:20
**down** [4] - 6:5, 12:10, 20:22, 23:16
**download** [2] - 9:9, 9:10
**draft** [8] - 4:4, 6:18, 13:18, 16:5, 16:25, 17:15, 17:25
**drafted** [1] - 23:19
**dragged** [1] - 3:19
**due** [1] - 5:17
**dying** [1] - 29:17

## E

**e-mail** [1] - 9:5
**E-mail** [1] - 2:18
**early** [1] - 25:22
**Earth** [1] - 23:2
**easier** [1] - 20:12
**East** [2] - 1:19, 2:4
**Eastern** [1] - 22:19
**EASTERN** [1] - 1:1
**eat** [1] - 19:18
**economically** [1] - 7:21
**Edelstein** [4] - 3:16, 8:12, 10:21, 24:16
**EDELSTEIN** [17] - 2:10, 8:14, 8:17, 9:19, 9:23, 10:3, 10:6, 10:23, 16:3, 25:17, 25:20, 26:2, 26:18, 26:21, 27:13, 31:4, 31:10
**effectively** [1] - 13:16
**efficient** [1] - 17:11
**efficiently** [1] - 7:21
**Egan** [1] - 27:2
**either** [1] - 6:24
**electronic** [2] - 17:6, 30:6
**electronically** [2] - 7:22, 29:16
**Eleventh** [2] - 10:25
**elliptical** [1] - 21:20
**emphasis** [1] - 29:14
**end** [4] - 10:1, 11:23, 16:14, 17:25
**endeavor** [1] - 5:17
**engagement** [1] - 25:1
**engagements** [1] - 25:12
**entitled** [1] - 31:18
**entity** [1] - 20:15
**err** [2] - 21:22, 22:22
**ESQ** [9] - 1:16, 1:20, 1:21, 2:5, 2:9, 2:10, 2:10, 2:11, 2:15

**essentially** [1] - 6:23, 11:17, 17:18, 19:22, 20:5, 20:13, 21:5, 21:11, 23:4, 25:11, 29:8
**establishing** [1] - 5:9
**estimates** [1] - 25:12
**et** [1] - 5:4
**ether** [1] - 6:24
**evaluate** [2] - 5:3, 15:8
**evaluating** [2] - 3:24, 14:8
**Evan** [1] - 3:11
**EVAN** [1] - 2:5
**eventually** [1] - 13:24
**evidence** [8] - 11:18, 12:25, 13:4, 13:19, 13:20, 14:14, 15:13, 19:24
**ex** [2] - 16:11, 21:9
**exact** [1] - 20:5
**exactly** [1] - 11:15
**examine** [1] - 14:2
**examining** [1] - 13:6
**Executive** [2] - 12:25, 27:10
**Executive Branch** [1] - 27:2
**exercise** [1] - 12:14
**exhort** [1] - 23:5
**expect** [2] - 7:24, 9:24
**expedited** [1] - 22:17
**expeditiously** [4] - 8:1, 23:5, 23:13, 25:2
**expenses** [1] - 24:22
**expert** [1] - 21:8
**expertise** [1] - 26:14
**experts** [1] - 21:12
**explain** [1] - 6:21
**explore** [2] - 14:15, 15:5
**exposing** [1] - 24:4
**expressed** [1] - 17:1

## F

**face** [1] - 12:24
**faced** [1] - 5:16
**facie** [6] - 11:18, 11:21, 12:18, 12:24, 13:2, 13:20
**Facsimile** [1] - 2:17
**fact** [6] - 5:20, 20:13, 20:14, 21:12, 21:18, 23:19
**fair** [3] - 8:7, 10:14, 22:1
**faith** [5] - 6:13, 14:16, 18:11, 25:5, 25:8
**fallback** [1] - 20:11
**familiar** [3] - 6:1, 9:11, 9:12
**far** [3] - 10:11, 11:22, 12:7
**favor** [1] - 17:19
**feasible** [1] - 17:2
**federal** [1] - 15:19
**Federal** [1] - 14:9
**fell** [1] - 17:9
**fellow** [1] - 22:25
**felt** [1] - 19:4
**few** [3] - 7:12, 20:22, 22:20
**figure** [1] - 9:23
**file** [1] - 5:25
**filed** [4] - 8:18, 13:10, 13:11, 19:15
**filing** [3] - 15:5, 19:23, 20:8
**filings** [1] - 6:2
**filter** [5] - 10:8, 29:25, 30:2, 30:17
**final** [3] - 16:18, 22:21, 28:7
**finalize** [1] - 24:25

**finally** [1] - 27:13
**fine** [1] - 17:1
**finish** [1] - 28:18
**finished** [1] - 9:6
**first** [15] - 4:20, 5:9, 5:23, 6:12, 6:17, 7:9, 7:11, 7:22, 8:2, 12:6, 12:20, 13:23, 23:19, 28:4, 30:2
**FISA** [1] - 23:2
**five** [2] - 8:21, 25:8
**flag** [2] - 19:9
**flipside** [1] - 21:7
**Floor** [1] - 1:19
**FLORIDA** [1] - 2:12
**Florida** [5] - 1:20, 1:24, 2:14, 3:16, 6:16
**folks** [4] - 3:2, 22:1, 22:18, 31:2
**follow** [3] - 4:18, 5:18, 13:17
**following** [1] - 6:14
**FOR** [1] - 1:10
**foregoing** [1] - 31:17
**form** [3] - 8:19, 9:1, 28:9
**format** [3] - 8:10, 10:2, 30:6
**former** [1] - 26:12
**Fort** [1] - 1:24
**forward** [2] - 3:21, 10:18
**four** [1] - 17:22
**Fourth Amendment** [1] - 13:13
**frankly** [1] - 23:18
**Franks** [1] - 14:24
**free** [1] - 8:15
**Friday** [6] - 8:24, 9:14, 25:13, 25:14, 25:21, 30:5
**full** [5] - 4:10, 4:16, 5:5, 7:2, 7:18
**full-blown** [1] - 7:18
**fully** [4] - 4:17, 5:5, 14:1, 14:14, 15:2, 18:17, 28:15
**fulsome** [1] - 18:22

## G

**game** [1] - 29:5
**gamesman** [1] - 15:14
**gamesman-like** [1] - 15:14
**general** [1] - 13:12
**given** [3] - 6:7, 22:5, 24:23
**golf** [1] - 18:16
**Gonzalez** [1] - 3:15
**GONZALEZ** [1] - 2:15
**Government** [23] - 7:15, 9:9, 11:7, 11:17, 14:23, 16:4, 16:6, 17:1, 17:6, 18:12, 18:25, 20:7, 21:23, 22:15, 22:22, 23:21, 24:16, 25:16, 27:5, 27:8, 28:5, 28:20, 31:6
**government** [2] - 8:21, 24:24
**Government's** [3] - 7:9, 26:22, 29:25
**government-approved** [1] - 8:21
**greatest** [1] - 5:21
**group** [2] - 20:24, 21:5
**grow** [1] - 5:25
**guess** [4] - 10:17, 18:23, 19:17, 21:14
**guidance** [1] - 21:5

## H

**HALLIGAN** [1] - 1:21

**Halligan** [1] - 3:11
**hamstring** [1] - 23:17
**hand** [3] - 22:3, 24:5, 29:22
**handful** [1] - 7:25
**handle** [1] - 8:12
**handled** [1] - 10:9
**hands** [2] - 23:13, 23:23
**handwriting** [1] - 26:12
**happy** [2] - 4:6, 18:3
**hard** [1] - 9:5
**Hawk** [2] - 3:18, 29:23
**HAWK** [6] - 2:11, 29:23, 30:9, 30:11, 30:14, 31:1
**head** [1] - 18:3
**hear** [4] - 4:6, 5:2, 28:5, 28:11
**heard** [2] - 21:19, 28:22
**Hearing** [1] - 14:25
**hearing** [1] - 9:6
**heart** [1] - 7:17
**help** [2] - 23:14, 26:17
**helpful** [1] - 26:9
**herself** [1] - 20:16
**hesitate** [2] - 21:11, 26:16
**highly** [3] - 11:10, 20:25, 27:24
**himself** [1] - 20:16
**history** [2] - 20:15, 20:16
**Homeland** [1] - 28:20
**Honor** [33] - 3:9, 6:4, 8:11, 8:14, 8:17, 9:19, 10:3, 10:23, 11:4, 12:2, 12:20, 13:3, 15:18, 15:20, 16:4, 16:22, 19:3, 21:8, 21:15, 25:7, 25:17, 26:2, 26:8, 26:18, 27:14, 27:23, 28:1, 29:23, 30:1, 30:5, 30:14, 30:15, 31:1
**Honor's** [2] - 7:17, 21:4
**HONORABLE** [1] - 1:11
**hope** [2] - 8:22, 29:14
**hopeful** [1] - 8:24
**hopefully** [3] - 18:14, 18:25, 29:15
**hours** [1] - 18:14
**hundred** [1] - 22:14
**hurry** [1] - 4:24

---

**I**

**idea** [1] - 5:1
**identified** [1] - 10:7
**identify** [2] - 22:3, 22:4
**identifying** [2] - 6:23, 7:13
**IFRAH** [1] - 1:13
**ignored** [1] - 14:23
**important** [2] - 19:22, 20:21
**impose** [1] - 16:1
**improper** [1] - 26:7
**include** [1] - 29:12
**included** [1] - 17:5
**including** [1] - 27:1
**independent** [2] - 12:16, 13:14
**indication** [1] - 10:19
**information** [4] - 11:10, 23:21, 23:22, 27:15
**informed** [1] - 26:1
**inherent** [1] - 19:21
**inspection** [1] - 7:2
**instance** [4] - 5:9, 7:12, 13:23, 26:11
**instances** [1] - 7:25

**instructed** [1] - 14:6
**insufficient** [1] - 7:10
**intelligently** [1] - 4:19
**intend** [1] - 10:6
**interest** [1] - 4:22
**interested** [2] - 20:14, 21:12
**interestingly** [1] - 7:11
**inventories** [1] - 7:9
**inventory** [7] - 4:12, 5:24, 6:3, 6:24, 7:1, 8:6, 9:22, 9:25, 10:11, 17:9, 30:15, 31:7
**investigating** [1] - 27:21
**invitation** [1] - 21:23
**involved** [1] - 27:24
**involvement** [1] - 6:14
**issue** [15] - 4:7, 6:20, 6:22, 7:20, 7:25, 14:1, 14:21, 15:1, 16:18, 27:8, 27:19, 28:13, 29:7, 29:8
**issues** [4] - 4:20, 5:19, 28:7, 28:16
**items** [4] - 6:24, 7:2, 18:12, 18:15
**itself** [2] - 10:11, 18:20

---

**J**

**JAMES** [1] - 1:16
**JAY** [1] - 2:9
**Jay** [1] - 3:15
**Jim** [1] - 3:9
**JMD** [1] - 23:9
**joined** [1] - 3:10
**JUAN** [1] - 2:15
**judge** [1] - 6:12
**Judge** [22] - 3:12, 3:23, 4:8, 5:13, 5:18, 7:10, 13:23, 14:6, 14:11, 16:10, 16:21, 19:5, 20:3, 22:7, 23:2, 24:3, 24:11, 24:21, 25:15, 29:11, 29:21, 30:3
**judges** [2] - 15:19, 16:12
**judgments** [2] - 5:17, 24:1
**Judicial Branch** [1] - 26:24
**JULIE** [1] - 2:10
**Julie** [1] - 3:16
**jump** [1] - 9:8
**juncture** [2] - 15:2, 28:8
**Justice** [2] - 23:10, 23:12
**justification** [1] - 28:9

---

**K**

**keep** [4] - 3:21, 6:9, 23:6, 26:1
**keeps** [1] - 21:23
**key** [1] - 15:24
**kind** [11] - 3:21, 13:17, 15:14, 18:6, 19:4, 20:11, 23:6, 23:14, 26:14, 28:4, 28:7
**KISE** [2] - 1:17, 1:20
**Kise** [1] - 3:11

---

**L**

**label** [1] - 20:18
**labeled** [1] - 11:14
**lack** [1] - 18:11
**language** [2] - 14:8, 20:5
**last** [1] - 25:10
**latest** [1] - 8:25

**Lauderdale** [1] - 1:24
**law** [2] - 26:25, 27:9
**lawsuit** [1] - 14:19
**lawyers** [1] - 28:5
**layers** [1] - 12:2
**leap** [1] - 19:23
**leaps** [1] - 6:1
**least** [9] - 7:13, 9:15, 11:9, 12:18, 13:1, 16:24, 21:18, 23:20, 25:12
**left** [1] - 11:21
**legal** [1] - 5:16
**legitimately** [1] - 23:20
**lends** [1] - 18:19
**letter** [3] - 8:18, 19:9, 28:19
**letting** [1] - 7:21
**likely** [1] - 11:1
**limits** [1] - 19:5
**LINDSEY** [1] - 1:21
**Lindsey** [1] - 3:11
**line** [1] - 28:21
**lines** [1] - 27:7
**list** [4] - 7:8, 8:21, 10:5, 17:9
**lists** [1] - 10:7
**literally** [1] - 7:14
**litigants** [1] - 16:1
**litigation** [3] - 5:10, 5:12, 15:9
**LLC** [1] - 2:2
**locations** [1] - 6:25
**log** [1] - 30:16
**look** [2] - 7:22, 25:11
**looked** [1] - 14:7
**looking** [2] - 6:18, 11:11
**love** [1] - 21:9

---

**M**

**mail** [2] - 2:18, 9:5
**maintain** [1] - 11:24
**man** [1] - 18:14
**management** [2] - 16:5, 29:1
**Management** [1] - 23:10
**March** [1] - 28:19
**marked** [1] - 17:7
**Maryland** [1] - 2:5
**Marzen** [1] - 3:17
**MARZEN** [1] - 2:10
**mask** [2] - 8:16, 12:4
**MASTER** [1] - 1:11
**Master** [3] - 3:5, 20:3, 21:16
**master** [6] - 10:5, 11:14, 13:8, 21:3, 21:16
**material** [3] - 24:2, 24:3, 24:5
**materials** [4] - 4:21, 30:2, 30:17, 30:18
**matter** [10] - 3:5, 4:9, 5:7, 15:12, 16:6, 22:19, 23:23, 23:24, 31:12, 31:18
**mean** [4] - 12:6, 22:2, 28:6, 29:4
**meaning** [1] - 19:12
**means** [4] - 5:2, 5:8, 19:2, 25:19
**measures** [1] - 28:17
**meeting** [1] - 3:5
**members** [1] - 27:20
**Members** [1] - 28:20
**Miami** [1] - 2:14
**microphone** [2] - 6:7, 6:10
**might** [9] - 7:5, 11:25, 18:4, 18:15, 19:6,

19:14, 23:15, 28:16
**minimum** [1] - 3:22
**minute** [1] - 21:11
**misdemeanor** [1] - 20:22
**mislabeled** [1] - 7:1
**modifications** [1] - 18:2
**moment** [3] - 11:9, 19:17, 22:2
**Monday** [1] - 8:25
**months** [1] - 20:23
**most** [3] - 11:1, 17:11, 29:17
**motion** [7] - 4:16, 4:17, 13:10, 13:15, 14:25, 19:6
**move** [6] - 8:8, 9:4, 10:18, 17:17, 23:5, 23:13
**moving** [2] - 16:7, 25:24
**MS** [16] - 8:14, 8:17, 9:19, 9:23, 10:3, 10:6, 10:23, 16:3, 25:17, 25:20, 26:2, 26:18, 26:21, 27:13, 31:4, 31:10
**must** [1] - 27:14

## N

**N.E** [1] - 2:14
**N.W** [1] - 1:15
**name** [1] - 31:8
**NARA** [15] - 20:4, 20:8, 20:13, 21:6, 21:21, 22:1, 26:3, 26:7, 26:9, 26:13, 26:20, 28:23, 29:2, 29:4, 29:10
**NARA's** [1] - 26:6
**narrowing** [1] - 13:7
**National** [2] - 20:4, 28:19
**NATIONAL** [1] - 2:7
**national archives** [1] - 20:17
**nature** [1] - 11:16
**Navy** [1] - 27:2
**necessarily** [1] - 8:2
**necessary** [2] - 16:11, 16:13
**necessitate** [1] - 25:23
**need** [16] - 12:21, 15:25, 21:4, 21:10, 22:3, 22:4, 23:24, 23:25, 24:25, 26:16, 26:20, 27:15, 27:18, 28:6, 28:12, 28:14
**negates** [1] - 29:8
**never** [1] - 12:20
**NEW** [1] - 1:1
**New** [2] - 1:5, 3:20
**newspaper** [1] - 26:11
**next** [1] - 25:22
**none** [1] - 8:1
**note** [1] - 4:21
**noted** [1] - 4:21
**nothing** [1] - 7:19
**notified** [1] - 22:4
**notion** [1] - 26:20
**notwithstanding** [1] - 11:24
**Number** [1] - 9:24
**number** [5] - 5:3, 5:16, 17:15, 27:18
**numbers** [1] - 25:11
**Numbers** [1] - 9:18

## O

**object** [1] - 20:10
**objection** [2] - 20:13, 27:5
**objections** [1] - 18:1

**obligation** [1] - 23:22
**obligations** [1] - 25:6
**obviously** [5] - 16:23, 19:24, 22:10, 22:13, 22:15
**occurred** [1] - 23:18
**odd** [1] - 21:12
**OF** [5] - 1:1, 1:8, 1:10, 2:12, 31:16
**offenses** [1] - 27:21
**offer** [1] - 30:23
**office** [2] - 20:20, 23:12
**OFFICE** [1] - 2:12
**official** [1] - 31:6
**Official** [2] - 2:16, 31:24
**once** [3] - 8:21, 29:12, 29:18
**one** [16] - 7:10, 7:11, 7:14, 8:22, 9:2, 9:14, 10:4, 10:7, 17:15, 20:1, 22:9, 23:7, 24:19, 28:8, 28:18, 31:4
**ones** [1] - 17:7
**open** [1] - 3:1
**opportunity** [7] - 9:13, 14:2, 15:4, 16:17, 20:7, 21:20, 22:5
**optimism** [1] - 16:25
**options** [2] - 11:2, 15:5
**order** [9] - 4:7, 14:7, 15:25, 16:19, 20:2, 24:21, 25:24, 26:3, 30:4
**ordering** [1] - 27:6
**organization** [1] - 21:24
**original** [2] - 16:22, 20:2
**ourselves** [1] - 25:10
**outset** [1] - 5:6
**overarching** [1] - 29:8
**overnight** [1] - 18:6
**own** [3] - 7:5, 17:3, 17:13

## P

**P.A** [1] - 1:17
**p.m** [1] - 1:8
**Package** [1] - 7:12
**page** [1] - 14:7
**pages** [1] - 30:3
**painting** [1] - 21:25
**pants** [1] - 20:22
**paper** [1] - 30:6
**paradigm** [1] - 13:3
**parallel** [1] - 14:24
**Pardon** [1] - 7:12
**Park Avenue** [1] - 1:19
**part** [4] - 17:24, 18:16, 20:9, 23:12
**parte** [2] - 16:11, 21:9
**particular** [1] - 6:21
**Particularity** [1] - 13:13
**particularly** [1] - 21:3
**parties** [4] - 10:22, 16:11, 17:16, 21:12
**partisan** [1] - 15:6
**party** [2] - 17:3, 20:14
**past** [1] - 15:6
**Pavlovian** [1] - 6:8
**paying** [1] - 25:9
**payment** [1] - 25:1
**Pennsylvania** [2] - 1:15, 2:8
**people** [3] - 20:17, 20:19, 23:15
**perfectly** [1] - 28:21
**perhaps** [1] - 21:20
**period** [1] - 4:25

**person** [1] - 23:8
**personal** [2] - 12:10, 20:20
**perspective** [2] - 13:5, 20:10
**photographs** [1] - 18:15
**physical** [1] - 14:14
**physically** [2] - 18:21, 23:11
**pick** [2] - 9:15, 9:16
**place** [4] - 15:25, 26:7, 29:12, 29:19
**plain** [2] - 14:7, 14:8
**Plaintiff** [6] - 1:4, 1:13, 1:14, 1:18, 1:22, 2:3
**plaintiff** [8] - 3:8, 3:10, 4:22, 5:8, 6:23, 22:11, 29:21
**plaintiff's** [11] - 5:3, 7:4, 8:20, 8:21, 8:25, 20:10, 25:23, 27:6, 30:4, 30:19, 30:21
**plan** [7] - 6:18, 13:18, 13:22, 13:24, 16:5, 16:25, 18:1
**plans** [1] - 16:22
**play** [5] - 5:1, 5:11, 6:10, 8:3, 11:13
**plea** [1] - 20:22
**pleading** [1] - 14:3
**pleadings** [1] - 12:7
**pleasure** [1] - 3:12
**PLLC** [1] - 1:13
**point** [17] - 7:18, 11:2, 12:8, 12:19, 13:4, 13:17, 13:21, 15:11, 16:18, 21:15, 22:14, 26:5, 26:10, 27:14, 28:18, 28:22, 30:14
**points** [2] - 25:18, 29:4
**political** [1] - 21:24
**politicized** [3] - 20:17, 21:1, 21:2
**posed** [1] - 16:5
**position** [14] - 4:19, 7:7, 8:23, 11:1, 14:13, 15:2, 15:8, 19:13, 19:21, 20:11, 25:22, 26:14, 26:23, 27:12
**possessive** [1] - 4:22
**possible** [1] - 27:21
**potential** [1] - 20:13
**potentially** [5] - 10:8, 16:7, 19:5, 23:20
**PRA** [1] - 28:25
**practical** [1] - 22:15
**Pratt** [1] - 2:4
**preconceived** [1] - 26:19
**preexisting** [1] - 7:4
**preliminary** [2] - 4:9, 6:13
**premature** [1] - 13:5
**PREMOTION** [1] - 1:10
**prerogative** [1] - 11:21
**presented** [1] - 4:3
**presenting** [1] - 15:12
**President** [3] - 12:11, 28:24, 29:1
**president's** [1] - 26:12
**President's** [1] - 28:5
**presidential** [4] - 12:10, 26:13, 28:24, 29:3
**Presidential Records Act** [5] - 4:15, 12:8, 13:11, 21:5, 28:25
**presumably** [2] - 11:10, 24:2
**prevailing** [1] - 26:25
**prima** [6] - 11:18, 11:21, 12:18, 12:24, 13:2, 13:20
**primary** [1] - 24:16
**privilege** [5] - 4:14, 5:4, 5:14, 12:1, 30:21
**privileged** [2] - 10:8, 10:9

**problem** [2] - 18:9, 23:3
**Procedure** [1] - 14:10
**proceed** [1] - 4:23
**proceedings** [1] - 31:18
**Proceedings** [1] - 2:19
**process** [7] - 6:14, 6:21, 13:6, 17:18, 18:18, 20:9, 24:23
**produced** [1] - 2:19
**production** [2] - 15:23, 16:8
**progress** [4] - 29:13, 29:14, 29:15, 30:12
**properly** [1] - 21:10
**property** [5] - 4:12, 4:16, 5:24, 6:3, 14:9
**proposed** [3] - 16:23, 18:2, 25:24
**protective** [1] - 28:17
**provide** [10] - 4:8, 8:10, 8:23, 10:6, 11:3, 25:22, 27:6, 30:6, 30:19
**provided** [3] - 8:20, 27:22, 30:4
**providing** [3] - 13:19, 19:21, 31:6
**public** [2] - 20:25, 31:7
**pure** [1] - 19:25
**purport** [1] - 14:15
**purposefully** [1] - 11:15
**purposes** [2] - 24:15
**pursuant** [1] - 30:3
**pushing** [1] - 23:14
**put** [1] - 20:18
**putting** [1] - 21:23

### Q

**questions** [2] - 8:12, 22:10
**quibble** [1] - 18:23
**quibbling** [1] - 21:17
**quick** [2] - 28:1, 31:4
**quickly** [4] - 8:9, 9:5, 9:8, 9:13
**quite** [1] - 6:14

### R

**raid** [1] - 28:10
**raise** [1] - 22:9
**raised** [1] - 15:1
**raises** [1] - 13:25
**range** [1] - 5:5
**rather** [1] - 22:1
**RAYMOND** [1] - 1:11
**reaching** [1] - 16:15
**real** [2] - 6:2, 8:5
**realistic** [3] - 15:25, 16:5, 19:1
**reality** [1] - 17:5
**realize** [2] - 3:19, 5:10
**really** [3] - 4:10, 18:5, 19:4
**reason** [3] - 9:2, 11:17, 11:19
**reasons** [1] - 27:17
**received** [2] - 7:9, 16:24
**recent** [3] - 20:14, 20:16, 22:19
**recommendation** [3] - 5:13, 5:18, 24:3
**recommendations** [1] - 15:9
**record** [6] - 3:7, 7:15, 26:13, 29:3, 29:24, 31:18
**recorded** [1] - 2:19
**Records** [1] - 12:1
**records** [4] - 12:11, 16:8, 28:25, 29:1

**redact** [1] - 31:8
**regarding** [1] - 4:14
**reiterate** [1] - 27:14
**relating** [2] - 15:3, 20:21
**relatively** [2] - 4:25, 17:4
**relief** [2] - 5:10, 10:17
**relies** [1] - 13:11
**remember** [2] - 18:2, 20:5
**remembering** [1] - 14:23
**remove** [1] - 8:16
**Reporter** [3] - 2:16, 2:16, 31:24
**REPORTER** [1] - 31:16
**reports** [1] - 15:8
**representation** [1] - 7:19
**representative** [1] - 29:25
**request** [1] - 9:19
**requested** [1] - 11:4
**require** [2] - 7:2, 26:11
**resolution** [4] - 5:13, 14:22, 17:20, 28:12
**resolve** [1] - 17:12
**resolved** [1] - 4:21
**respect** [11] - 5:11, 11:5, 24:20, 25:20, 26:3, 27:8, 29:2, 30:15, 30:20, 31:5, 31:7
**respective** [1] - 16:14
**respond** [2] - 22:10, 25:17
**responding** [1] - 17:8
**response** [3] - 24:20, 28:2, 28:22
**responsibility** [1] - 5:5
**responsible** [2] - 4:24, 24:22
**responsibly** [1] - 5:17
**restrict** [1] - 22:24
**restricts** [1] - 22:17
**return** [2] - 4:16, 14:8
**review** [5] - 9:14, 18:14, 18:19, 23:17
**rigidly** [1] - 6:15
**rolling** [3] - 9:10, 17:4, 18:19
**roughly** [1] - 14:24
**Rule** [10] - 4:16, 7:11, 12:8, 13:10, 13:25, 14:3, 14:9, 19:15, 28:16
**Rules** [1] - 14:9
**rules** [1] - 10:25
**ruling** [1] - 27:1
**run** [1] - 19:8

### S

**S.E** [1] - 1:23
**S.W** [1] - 2:8
**said-she** [1] - 13:19
**Sam's** [1] - 24:13
**Sandy** [1] - 20:20
**satisfied** [1] - 23:7
**scanned** [1] - 25:2
**scenario** [3] - 17:3, 21:2, 22:20
**schedule** [3] - 4:4, 29:12, 29:19
**scheduling** [4] - 4:7, 15:25, 16:19, 25:24
**scratch** [1] - 7:16
**search** [1] - 14:25
**searchable** [1] - 10:2
**seated** [1] - 3:3
**second** [4] - 6:21, 7:14, 14:7, 20:1
**secret** [1] - 27:16
**SECURITY** [1] - 2:7

**Security** [1] - 28:20
**see** [9] - 3:12, 15:4, 23:4, 23:22, 24:1, 24:2, 27:18, 27:22, 29:6
**seeing** [1] - 15:15
**seem** [1] - 22:14
**sees** [1] - 22:25
**seized** [3] - 4:13, 4:14, 30:18
**selected** [2] - 9:8, 25:21
**selects** [1] - 8:22
**sense** [5] - 12:16, 13:17, 13:24, 15:6, 22:15
**sensitive** [4] - 11:10, 24:2, 27:20, 27:24
**separate** [1] - 30:19
**separated** [1] - 30:18
**separately** [2] - 10:9, 17:10
**September** [2] - 1:7, 17:24
**seriously** [1] - 24:8
**served** [1] - 7:20
**session** [1] - 16:14
**set** [2] - 19:6, 30:23
**setting** [1] - 20:25
**several** [1] - 30:1
**share** [2] - 6:13, 27:15
**shirts** [1] - 18:16
**shopping** [1] - 9:7
**short** [3] - 4:25, 17:7, 19:8
**shortcomings** [1] - 6:24
**shortly** [2] - 4:6, 5:21
**show** [1] - 25:10
**shown** [1] - 20:24
**side** [4] - 7:4, 21:22, 22:23, 24:13
**sides** [1] - 24:8
**sifting** [1] - 13:7
**signing** [1] - 31:8
**SILVERMAN** [1] - 2:2
**simmer** [1] - 17:12
**simply** [1] - 12:23
**sincere** [1] - 21:14
**sit** [1] - 6:9
**sitting** [2] - 6:5, 23:11
**slew** [1] - 15:19
**slow** [1] - 23:16
**SLUTKIN** [1] - 2:2
**solicited** [1] - 21:12
**someone** [1] - 12:11
**soon** [1] - 8:24
**sorry** [2] - 17:22, 21:15
**sort** [1] - 16:16
**sorting** [1] - 28:6
**sorts** [2] - 5:10, 28:17
**SOUTHERN** [1] - 2:12
**Southern** [1] - 3:16
**special** [5] - 11:13, 13:8, 21:3, 21:16
**Special** [3] - 3:5, 20:3, 21:16
**SPECIAL** [1] - 1:11
**specific** [1] - 18:22
**specifics** [1] - 7:12
**speed** [1] - 18:11
**spirit** [1] - 17:14
**spokespeople** [1] - 24:14
**spokesperson** [1] - 24:14
**spreadsheet** [2] - 30:16, 30:19
**stage** [1] - 19:22
**stamped** [1] - 25:3
**standing** [1] - 6:8

Case 9:22-cv-81294-AMC   Document 147   Entered on FLSD Docket 10/13/2022   Page 38 of 38

*(starting - §41(g))*                                                            Page 7

**starting** [5] - 3:8, 7:7, 7:8, 7:16, 12:19
**state** [1] - 3:7
**statements** [1] - 19:14
**status** [2] - 4:13, 26:23
**stay** [1] - 11:1
**stenography** [1] - 2:19
**steps** [2] - 12:19, 15:11
**Steve** [1] - 3:17
**STEVE** [1] - 2:10
**still** [2] - 22:10, 22:15
**stored** [1] - 26:6
**strange** [2] - 21:7, 22:20
**strategies** [1] - 5:11
**strategy** [2] - 5:12, 6:22
**Street** [2] - 2:4, 2:14
**strong** [1] - 23:21
**strongly** [1] - 20:8
**study** [1] - 5:25
**stuffed** [1] - 20:22
**submit** [2] - 7:16, 21:6
**submitted** [2] - 6:18, 23:6
**submitting** [1] - 16:23
**subset** [1] - 4:21
**substantiate** [1] - 19:14
**substantive** [1] - 15:3
**substantively** [1] - 19:3
**sufficient** [1] - 27:18
**suggest** [2] - 18:4, 18:9
**suggested** [1] - 27:7
**suggesting** [1] - 15:10
**Suite** [4] - 1:15, 1:19, 1:23, 2:4
**Sunday** [1] - 19:7
**supersede** [1] - 12:9
**support** [1] - 15:13
**suppose** [1] - 6:15
**supposed** [1] - 26:5
**suppress** [1] - 14:25
**Supreme** [1] - 27:1
**swear** [1] - 15:20
**systems** [1] - 24:24

## T

**table** [1] - 11:8
**Tallahassee** [1] - 1:20
**tasks** [1] - 4:3
**team** [5] - 10:8, 22:18, 27:20, 29:25, 30:17
**team's** [1] - 30:2
**teed** [1] - 14:21
**telegraphed** [1] - 12:7
**Telephone** [1] - 2:17
**terms** [8] - 5:2, 6:14, 13:4, 13:21, 15:24, 16:22, 18:24, 19:1
**the Defendant** [3] - 2:6, 2:7, 2:13
**theories** [1] - 13:9
**thinks** [2] - 16:4, 16:6
**third** [1] - 17:3
**third-party** [1] - 17:3
**THOMPSON** [1] - 2:2
**three** [2] - 4:20, 17:18
**three-week** [1] - 17:18
**throw** [1] - 9:9
**thrown** [1] - 25:9

**Thursday** [3] - 9:16, 17:7, 17:8
**timeframe** [1] - 11:4
**timeline** [1] - 25:20
**timing** [1] - 18:24
**today** [5] - 4:7, 8:22, 15:11, 19:9, 25:9
**tomorrow** [5] - 8:24, 9:16, 9:17, 24:25, 31:6
**Tony** [1] - 3:15
**took** [1] - 20:7
**top** [2] - 18:3, 27:16
**totally** [1] - 23:10
**touch** [1] - 29:18
**touched** [1] - 16:16
**traditional** [1] - 12:9
**train** [1] - 17:17
**Transcript** [1] - 2:19
**transcript** [1] - 31:17
**TRANSCRIPT** [1] - 1:10
**Transcription** [1] - 2:19
**translate** [1] - 18:13
**treat** [1] - 22:23
**trigger** [1] - 20:19
**TRUMP** [1] - 1:3
**Trump** [5] - 1:14, 1:18, 1:22, 2:3, 3:6
**Trump's** [1] - 28:24
**Trusty** [2] - 3:10, 30:24
**trusty** [6] - 22:24, 24:20, 25:4, 25:18, 27:16, 28:3
**TRUSTY** [29] - 1:16, 3:9, 6:4, 6:8, 6:12, 8:7, 9:4, 9:12, 12:2, 12:6, 13:3, 14:11, 14:21, 15:17, 16:21, 17:22, 17:24, 18:8, 19:19, 22:7, 22:9, 24:7, 24:11, 25:7, 25:15, 28:1, 28:4, 28:14, 29:21
**try** [4] - 3:21, 6:9, 9:8, 12:3
**trying** [1] - 17:16
**TS** [1] - 22:18
**Tuesday** [1] - 1:7
**turn** [1] - 5:21
**tutorial** [1] - 26:20
**tweets** [1] - 28:24
**two** [7] - 7:9, 10:6, 16:7, 17:2, 17:16, 19:4, 28:1

## U

**U.S** [3] - 7:15, 20:18, 23:9
**ultimate** [1] - 12:17
**ultimately** [3] - 4:13, 26:24, 27:10
**Uncle** [1] - 24:13
**under** [14] - 4:15, 7:10, 12:1, 14:3, 14:9, 14:12, 15:5, 17:3, 24:21, 26:25, 27:9, 28:17, 28:25
**understood** [5] - 5:15, 10:10, 19:19, 24:7, 26:21
**unfettered** [2] - 12:12, 12:13
**unintentionally** [1] - 15:7
**United States** [10] - 1:1, 1:8, 1:5, 2:6, 2:8, 2:12, 2:13, 3:6, 12:12, 29:24
**universe** [1] - 12:10
**unnecessarily** [1] - 23:17
**up** [4] - 6:9, 14:21, 19:7, 30:23
**urge** [1] - 20:8

## V

**vacuum** [1] - 22:21
**various** [1] - 6:2
**vendor** [8] - 8:23, 9:7, 9:8, 9:15, 9:16, 18:18, 24:25, 25:21
**vendors** [9] - 8:21, 9:3, 9:11, 9:20, 18:13, 19:1, 24:21, 24:23, 25:8
**verification** [1] - 5:23
**verify** [2] - 4:11, 11:11
**version** [1] - 31:8
**versions** [1] - 17:6
**versus** [1] - 3:6
**vested** [1] - 29:1
**viability** [1] - 5:14
**view** [1] - 19:17
**violation** [1] - 13:12
**Virginia** [1] - 22:19

## W

**wait** [1] - 21:11
**wants** [2] - 11:8, 27:8
**warning** [1] - 20:18
**warrant** [2] - 13:12, 14:25
**Washington** [2] - 1:16, 2:9
**ways** [2] - 6:19, 18:13
**week** [4] - 17:18, 17:21, 17:23, 25:22
**weeks** [1] - 17:22
**weigh** [2] - 16:17, 21:21
**welcome** [2] - 3:14, 3:19
**WHITE** [1] - 2:2
**willing** [1] - 23:4
**witness** [2] - 19:13, 20:13
**witnesses** [1] - 21:12
**word** [2] - 15:21, 29:14
**workload** [1] - 5:2
**writing** [1] - 29:7
**written** [1] - 17:17

## Y

**years** [1] - 22:20
**yesterday** [5] - 4:4, 6:18, 6:19, 8:19, 20:8
**YORK** [1] - 1:1
**York** [2] - 1:5, 3:20

## §

**§41(g** [4] - 14:12, 14:24, 15:9, 19:23
**§41(g)** [2] - 15:5, 15:13

Anthony D. Frisolone, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter