

**By ECF and Courtesy Copy**  October 20, 2022

Judge Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11202

Re:  *Donald J. Trump v. United States of America*, Case No. 22-81294-CIV-CANNON – Filter A Documents Respecting Document Categorization and Executive Privilege

Dear Judge Dearie:

As noted in the Defendant's October 20, 2022 submission (ECF 150) the parties met and conferred regarding Filter A documents on October 19, 2022. Up until receipt of the Defendant's October 20, 2022 filing, we anticipated that there would be a joint submission and an exchange between the parties preceding that joint submission to confirm both parties' positions. This is consistent with the process that was undertaken for the October 3, 2022 joint submission with the Filter Team. Instead, the government filed its own log and presented its legal positions on the documents for which there is dispute between the parties.

Unfortunately, the log submitted by the government is not fully accurate as to the Plaintiff's position on various documents.

In light of these facts, the Plaintiff will file our position on the documents that remain in dispute by the close of business on October 24, 2022.

Sincerely,

*/s/ James M. Trusty/*

James M. Trusty
Ifrah Law PLLC
1717 Pennsylvania Ave. NW, Suite 650
Washington, D.C.  20006

1



Telephone: (202) 524-4176
Email: jtrusty@ifrahlaw.com

Christopher M. Kise
Chris Kise & Associates, P.A.
201 East Park Avenue, 5th Floor
Tallahassee, FL 32301
Telephone: (850) 270-0566
Email: chris@ckise.net

Lindsey Halligan
Florida Bar No. 109481
511 SE 5th Avenue
Fort Lauderdale, FL 33301
Email: lindseyhalligan@outlook.com

M. Evan Corcoran
SILVERMAN|THOMPSON|SLUTKIN|
WHITE, LLC
400 East Pratt Street – Suite 900
Baltimore, MD 21202
Telephone: (410) 385-2225
Email: ecorcoran@silvermanthompson.com

*Counsel for Plaintiff President Donald J. Trump*

CC: Jay I. Bratt, jay.bratt2@usdoj.gov
Julie A. Edelstein, julie.edelstein@usdoj.gov
Anthony W. Lacosta, anthony.lacosta@usdoj.gov
Stephen Marzen, Stephen.Marzen@usdoj.gov
Juan Antonio Gonzalez, Jr., juan.antonio.gonzalez@usdoj.gov
Benjamin Hawk, Benjamin.Hawk@usdoj.gov