UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:   22-CV-81294-AMC

DONALD J. TRUMP,

   Plaintiff,

   v.

UNITED STATES OF AMERICA,

   Defendant.
_____/

DEFENDANT'S NOTICE OF STRIKING DE #154

The United States of America, through the undersigned attorneys and pursuant to the Clerk's instructions in Docket Entry (DE) #156, hereby strikes DE #154 and will proceed to re-submit the Notice of Filing of Joint Supplement to Log of Disputes.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY


By:   /s/*Anthony W. Lacosta*
      Anthony W. Lacosta
      Managing Assistant United States Attorney - WPB
      Court. No.  A5500698
      500 S. Australian Avenue (4th Floor)
      West Palm Beach, Florida 33132
      Ph:  (561) 209-1015
      email: anthony.lacosta@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTFIY that on October 24, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify a courtesy copy was delivered to the Special Master and Plaintiff's counsel on the same date.

/s/*Anthony W. Lacosta*
Anthony W. Lacosta
Managing Assistant United States Attorney - WPB