# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO:   22-CV-81294-AMC

**DONALD J. TRUMP,**

   **Plaintiff,**

   v.

**UNITED STATES OF AMERICA,**

   **Defendant.**
_____/

### PLAINTIFF'S NOTICE OF STRIKING ECF 153

The Plaintiff, through the undersigned counsel and pursuant to the Clerk's instructions in Docket Entry 155 (ECF 155), hereby strikes ECF 153 and will proceed to re-submit the Notice of Filing of Plaintiff's Log of Disputes.

                                Respectfully,

                                */s/ Lindsey Halligan*
                                Florida Bar No. 109481
                                511 SE 5th Avenue
                                Fort Lauderdale, FL 33301
                                Email: lindseyhalligan@outlook.com

                                James M. Trusty
                                Ifrah Law PLLC
                                1717 Pennsylvania Ave. NW, Suite 650
                                Washington, D.C.  20006
                                Telephone: (202) 524-4176
                                Email: jtrusty@ifrahlaw.com

                                Christopher M. Kise
                                Chris Kise & Associates, P.A.
                                201 East Park Avenue, 5th Floor
                                Tallahassee, FL 32301
                                Telephone: (850) 270-0566
                                Email: chris@ckise.net

M. Evan Corcoran
SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC
400 East Pratt Street – Suite 900
Baltimore, MD 21202
Telephone: (410) 385-2225
Email: ecorcoran@silvermanthompson.com

*Counsel for Plaintiff President Donald J. Trump*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 25, 2022, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification to counsel of record.

                                       */s/ Lindsey Halligan*
                                  *Counsel for Donald J. Trump*