UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:   22-CV-81294-AMC

**DONALD J. TRUMP,**

   **Plaintiff,**

   v.

**UNITED STATES OF AMERICA,**

   **Defendant.**
   _____/

**PLAINTIFF'S NOTICE OF FILING**

Plaintiff, through the undersigned counsel, hereby files the attached summary of disputes ("Plaintiff's Dispute Log") in response to the Defendant's log of disputes (ECF 150).  *See* Attachment A.  Plaintiff's Dispute Log was initially filed with the Court on October 21, 2021 (ECF 153); counsel for Plaintiff resubmits the Plaintiff's Dispute Log pursuant to the Clerk's instructions at Docket Entry (ECF 155).

Respectfully,

 */s/ Lindsey Halligan*
Florida Bar No. 109481
511 SE 5th Avenue
Fort Lauderdale, FL 33301
Email: lindseyhalligan@outlook.com

James M. Trusty
Ifrah Law PLLC
1717 Pennsylvania Ave. NW, Suite 650
Washington, D.C.  20006
Telephone: (202) 524-4176
Email: jtrusty@ifrahlaw.com

Christopher M. Kise
Chris Kise & Associates, P.A.
201 East Park Avenue, 5th Floor
Tallahassee, FL 32301
Telephone: (850) 270-0566
Email: chris@ckise.net

M. Evan Corcoran
SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC
400 East Pratt Street – Suite 900
Baltimore, MD 21202
Telephone: (410) 385-2225
Email: ecorcoran@silvermanthompson.com

*Counsel for Plaintiff President Donald J. Trump*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2022, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification to counsel of record.

       */s/ Lindsey Halligan*
       *Counsel for Donald J. Trump*