# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

CASE NO. 22-CV-81294-CANNON

**DONALD J. TRUMP**,

    Plaintiff,

v.

**UNITED STATES OF AMERICA**,

    Defendant.

_____/

## UNITED STATES' NOTICE OF FILING

The United States of America hereby files the attached premotion letter to the Special Master identifying global issues and proposing an agreed schedule for the briefing of those issues. *See* Attachment A.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

MATTHEW G. OLSEN
Assistant Attorney General

By: /s/_____
JAY I. BRATT
 Chief
JULIE EDELSTEIN
 Deputy Chief
STEPHEN MARZEN
 Trial Attorney
Counterintelligence and Export Control Section
    National Security Division
Department of Justice

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 26, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/     *Julie A. Edelstein*
Julie A. Edelstein
Deputy Chief
Counterintelligence and Export Control Section
National Security Division
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
Special Bar # A5502949
Tel.: 202-233-0986
Email: julie.a.edelstein@usdoj.gov