

**U.S. Department of Justice**

National Security Division

---

*Counterintelligence and Export Control Section*                    *Washington, D.C. 20530*

October 26, 2022

**By ECF and Courtesy Copy**

Judge Raymond J. Dearie
United States District Court
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11202

    Re:    *Donald J. Trump v. United States of America*, Case No. 22-81294-CIV-CANNON –
             Global Issues Premotion Letter

Dear Judge Dearie:

At last Tuesday's status conference, Your Honor suggested that the parties could brief global issues before you begin review of the scanned seized materials. Your Honor asked the parties to file "a short premotion letter identifying the issues to be briefed and setting a proposed schedule." 10/18/2022 Tr. 15: 6-11.

The parties met and conferred and identified global issues that might assist you in your review. The table below collects the issues identified by both parties.

| Concept | Global Issue |
|---|---|
| Document categorization as Presidential record or personal record | • Whether Plaintiff may designate or convert Presidential records to personal ones during or after his term in office<br>• Whether certain groups of documents (*e.g.*, pardon packages) are Presidential records |
| Executive privilege | • Whether categorization of a document as a personal record means that it cannot be claimed by a former officeholder as subject to a claim of executive privilege<br>• Whether Plaintiff may assert executive privilege to withhold seized materials from the government notwithstanding the four reasons and footnote in the government's letter with respect to the 15 Filter A documents filed on October 20, 2022 |
| Verification of the Detailed Property Inventory | • Whether Plaintiff should be required to file a declaration or affidavit regarding the government's inventory as set forth in ECF 118, at 1-2 |

The parties agree to submit principal and responsive briefs simultaneously. To brief the global issues before review of the document categorization and executive privilege disputes begins on November 12, the parties propose that principal briefs be filed no later than Tuesday, November 8, and responsive briefs no later than Saturday, November 12.

The parties believe that resolution of the global issues will enable Your Honor to rule on large groups of documents and minimize the number of documents that require individualized review.

Thank you for your consideration.

        Respectfully submitted,

*On behalf of the United States:*

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

MATTHEW G. OLSEN
Assistant Attorney General

By:  /s/
JAY I. BRATT
 Chief
JULIE EDELSTEIN
 Deputy Chief
STEPHEN MARZEN
 Trial Attorney
Counterintelligence and Export Control Section
National Security Division
Department of Justice

*On behalf of the Plaintiff, Donald J. Trump:*

By:  /s/
JAMES M. TRUSTY
 Ifrah Law PLLC
CHRISTOPHER M. KISE
 Chris Kise & Associates, P.A.
LINDSEY HALLIGAN
M. EVAN CORCORAN
 Silverman, Thompson, Slutkin, White, LLC