# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

### CASE NO. 22-CV-81294-CANNON

**DONALD J. TRUMP**,

      Plaintiff,

v.

**UNITED STATES OF AMERICA**,

      Defendant.

_____/

### MOTION TO FILE PORTIONS OF GLOBAL ISSUES BRIEF UNDER SEAL

The United States of America respectfully moves this Court to file under seal, with proposed redactions, its brief to the Special Master concerning certain "global issues" identified in the course of the Special Master's review process. *See* Docket Entry ("D.E.") 161-1, 162.

Portions of the government's brief should be sealed pursuant to the Protective Order issued by the Special Master because they "refer[] to" certain Seized Materials or certain categories of Seized Materials. D.E. 113 ¶ 3 ("Nothing herein shall prevent a party from using Seized Materials as exhibits to pleadings or otherwise, or from referring to, quoting, or reciting from Seized Materials in connection with pleadings or motions filed in the above-captioned case; *provided, however*, that any such Seized Materials be filed under seal or submitted to the Special Master or Court for in camera inspection.").[1]

---

[1] Before filing this motion, the government reached out to Plaintiff's counsel to ask for

WHEREFORE, the United States respectfully requests permission to file later today its brief to the Special Master under seal, with proposed redactions.

Respectfully submitted,

/s Juan Antonio Gonzalez
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY
Florida Bar No. 897388
99 NE 4th Street, 8th Floor
Miami, FL 33132
Tel: 305-961-9001
Email: juan.antonio.gonzalez@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 8, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

s/ Juan Antonio Gonzalez
Juan Antonio Gonzalez
United States Attorney

---

Plaintiff's position on the relief requested, but the government has not been able to confirm Plaintiff's position at this time.