UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-CV-81294-CANNON

**DONALD J. TRUMP**,

    Plaintiff,

v.

**UNITED STATES OF AMERICA**,

    Defendant.

_____/

### JOINT MOTION TO FILE REDACTED AND UNREDACTED GLOBAL ISSUES BRIEFS UNDER SEAL

The United States of America and Plaintiff Donald J. Trump jointly move this Court to file under seal their briefs to the Special Master concerning certain "global issues" identified in the course of the Special Master's review process. *See* Docket Entry ("D.E.") 161-1, 162.

Each party will file two versions of its respective memoranda under seal (for a total of four documents). The first version will consist of the party's full, unredacted response to the five issues identified in D.E. 161-1. The second version will be the same document but with the party's proposed redactions of selected paragraphs.

The reason for those redactions is that each party's pleadings will discuss certain Seized Materials or certain categories of Seized Materials. Under the Protective Order issued by the Special Master, the parties understand that those parts of their pleadings should not be disclosed publicly. *See* D.E. 113 ¶ 3 ("Nothing herein shall prevent a party from using Seized Materials as exhibits to pleadings or otherwise, or from referring to, quoting, or reciting from

Seized Materials in connection with pleadings or motions filed in the above-captioned case; *provided, however*, that any such Seized Materials be filed under seal or submitted to the Special Master or Court for in camera inspection.").

After the parties have exchanged their respective proposed redacted filings, the parties will move the Court separately to unseal the redacted versions of their memoranda. If and when the Court grants those forthcoming motions to unseal, the redacted versions of the memoranda can be filed publicly on the docket. Until that motions practice is complete, neither party will file its "global issues" briefs on the public docket in any form.

Counsel for Plaintiff Donald J. Trump and counsel for the United States have conferred and have agreed on this procedure, which safeguards the interests in keeping the contents of the Seized Materials confidential at this time and satisfies the dictates of the Special Master's Protective Order, D.E. 113. Both parties, once they have had an opportunity to review each other's filings and proposed redactions, will promptly move to unseal a redacted version of their pleadings.

WHEREFORE, the United States and Plaintiff Donald J. Trump respectfully request permission to file later today their "global issues" briefs to the Special Master under seal, along with duplicate versions of those briefs that contain the parties' proposed redactions (and which the parties intend to move to unseal at the appropriate time).

Respectfully submitted,

*On behalf of the United States*

/s Juan Antonio Gonzalez
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY
Florida Bar No. 897388
99 NE 4th Street, 8th Floor
Miami, FL 33132
Tel: 305-961-9001
Email: juan.antonio.gonzalez@usdoj.gov

*On behalf of the Plaintiff, Donald J. Trump:*

/s James M. Trusty
JAMES M. TRUSTY
Ifrah Law PLLC
CHRISTOPHER M. KISE
Chris Kise & Associates, P.A.
LINDSEY HALLIGAN
M. EVAN CORCORAN
Silverman, Thompson, Slutkin, White, LLC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 8, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

s/ Juan Antonio Gonzalez
Juan Antonio Gonzalez
United States Attorney