UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81294-CIV-CANNON

**DONALD J. TRUMP**,

    Plaintiff,

v.

**UNITED STATES OF AMERICA**,

    Defendant.

_____/

**ORDER GRANTING JOINT MOTION TO FILE
REDACTED AND UNREDACTED GLOBAL ISSUES BRIEFS UNDER SEAL**

**THIS CAUSE** comes before the Court upon the parties' Joint Motion to File Portions of Global Issues Brief Under Seal (the "Motion") [ECF No. 168]. The Motion seeks permission to file under seal four documents, which are two alternate versions of the party's two briefs submitted to the Special Master, which refer to certain seized materials or categories of seized materials, and which fall within the scope of the protective order issued by the Special Master [ECF No. 113].

The Court has reviewed the Motion and is otherwise duly advised. Accordingly, it is hereby

    **ORDERED AND ADJUDGED** as follows:

1. The Motion [ECF No. 168] is **GRANTED**.

2. On or before **November 8, 2022**, the parties shall file the four documents described above under seal.

3. The seal will remain in place until further order of the Court.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 8th day of November 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record