UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-CV-81294-CANNON

**DONALD J. TRUMP**,

    Plaintiff,

v.

**UNITED STATES OF AMERICA**,

    Defendant.

_____/

## JOINT MOTION TO UNSEAL REDACTED GLOBAL ISSUES BRIEFS FILED UNDER SEAL

    The United States of America and Plaintiff Donald J. Trump jointly move this Court to unseal their redacted briefs to the Special Master concerning certain "global issues" identified in the course of the Special Master's review process. *See* Docket Entry ("D.E.") 171, 173. D.E. 171 is the redacted version of the Plaintiff's memorandum, while D.E. 173 is the redacted version of the government's memorandum. Both filings can be unsealed and made available on the public docket because the parties have redacted any information covered by the Special Master's Protective Order. D.E. 113, ¶ 3. Also, each party has reviewed the other party's proposed redacted filing and has no objection to the other party's proposed redactions.

    WHEREFORE, the United States and Plaintiff Donald J. Trump respectfully request that the Clerk of Court shall **UNSEAL** and file on the public docket Docket Entries 171 and 173.

Respectfully submitted,

*On behalf of the United States*

<u>/s Juan Antonio Gonzalez</u>
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY
Florida Bar No. 897388
99 NE 4th Street, 8th Floor
Miami, FL 33132
Tel: 305-961-9001
Email: juan.antonio.gonzalez@usdoj.gov

*On behalf of the Plaintiff, Donald J. Trump:*

<u>/s James M. Trusty</u>
JAMES M. TRUSTY
Ifrah Law PLLC
CHRISTOPHER M. KISE
Chris Kise & Associates, P.A.
LINDSEY HALLIGAN
M. EVAN CORCORAN
Silverman, Thompson, Slutkin, White, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 9, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

<u>s/ Juan Antonio Gonzalez</u>
Juan Antonio Gonzalez
United States Attorney