UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81294-CIV-CANNON

**DONALD J. TRUMP**,

    Plaintiff,

v.

**UNITED STATES OF AMERICA**,

    Defendant.

_____/

**ORDER GRANTING JOINT MOTION TO UNSEAL**
**REDACTED GLOBAL ISSUES BRIEFS FILED UNDER SEAL**

**THIS CAUSE** comes before the Court upon the parties' Joint Motion to Unseal Redacted Global Issues Briefs Filed Under Seal (the "Motion") [ECF No. 174]. The Motion seeks to unseal redacted versions of memoranda that the parties submitted on November 8, 2022, to the Special Master [ECF Nos. 171 and 173].

The Court has reviewed the Motion and is otherwise duly advised. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Motion [ECF No. 174] is **GRANTED**.

2. The Clerk of Court shall **UNSEAL** and file on the public docket Docket Entries 171 and 173.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this __th day of November 2022.

                                       **AILEEN M. CANNON**
                                       **UNITED STATES DISTRICT JUDGE**

cc: counsel of record