UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-CV-81294-CANNON

**DONALD J. TRUMP,**

    Plaintiff,

v.

**UNITED STATES OF AMERICA,**

    Defendants.

_____/

**PLAINTIFF'S NOTICE OF FILING**

Plaintiff Donald J. Trump, through the undersigned counsel, hereby files the attached letter in response to the Special Master's Order dated November 7, 2022, ECF 164. *See* Attachment A.

Dated: November 10, 2022              Respectfully submitted,

                                                            */s/ Lindsey Halligan*
                                                             Lindsey Halligan
                                                             Florida Bar No. 109481
                                                             511 SE 5th Avenue
                                                             Fort Lauderdale, FL 33301
                                                            Email: lindseyhalligan@outlook.com

                                                           James M. Trusty
                                                           Ifrah Law PLLC
                                                           1717 Pennsylvania Ave. NW, Suite 650
                                                           Washington, D.C.  20006
                                                           Telephone: (202) 524-4176
                                                           Email: jtrusty@ifrahlaw.com

                                                           Christopher M. Kise
                                                           Chris Kise & Associates, P.A.
                                                           201 East Park Avenue, 5th Floor
                                                           Tallahassee, FL 32301
                                                           Telephone: (850) 270-0566
                                                           Email: chris@ckise.net

M. Evan Corcoran
Silverman Thompson Slutkin White, LLC
400 East Pratt Street – Suite 900
Baltimore, MD 21202
Telephone: (410) 385-2225
Email: ecorcoran@silvermanthompson.com

*Counsel for Plaintiff Donald J. Trump*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 10, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                            */s/ Lindsey Halligan*
                                                            Lindsey Halligan