UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-CV-81294-CANNON

**DONALD J. TRUMP**,

    Plaintiff,

v.

**UNITED STATES OF AMERICA**,

    Defendant.

_____/

## UNITED STATES' NOTICE OF FILING

The United States of America hereby gives notice that it is providing today to the Special Master the United States' Response Brief to the Special Master on Global Issues. While the government intended to file publicly this Response Brief, it contains references to Dkt. Nos. 171 and 173, which remain under seal.

On November 9, 2022, the parties filed under seal their Joint Motion to Unseal Redacted Global Issues Briefs (Dkt. Nos. 171 and 173) [ECF 174]. Since the filing of this motion, the Court has been closed due to Hurricane Nicole and the federal holiday. Understandably, the Court has not yet ruled on the parties' unsealing motion. If the Court grants the motion to unseal, the government will promptly file publicly its Response Brief to the Special Master on Global Issues.

    .

                                Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

MATTHEW G. OLSEN
Assistant Attorney General

By:    /s/ _____
JULIE A. EDELSTEIN
 Deputy Chief
JAY I. BRATT
 Chief
STEPHEN MARZEN
 Trial Attorney
Counterintelligence and Export Control Section
    National Security Division
Department of Justice

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 12, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/   *Julie A. Edelstein*
Julie A. Edelstein
Deputy Chief
Counterintelligence and Export Control Section
National Security Division
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
Special Bar # A5502949
Tel.: 202-233-0986
Email: julie.a.edelstein@usdoj.gov