UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-CV-81294-CANNON

**DONALD J. TRUMP,**

    Plaintiff,

v.

**UNITED STATES OF AMERICA,**

    Defendants.

_____/

**PLAINTIFF'S NOTICE OF FILING**

Plaintiff Donald J. Trump, through the undersigned counsel, hereby files the attached letter to the Special Master in relation to the Annotated Logs of Disputed Documents for Report and Recommendation. *See* Attachment A.

Dated: November 12, 2022                    Respectfully submitted,

                                                                     */s/ Lindsey Halligan*
                                                                     Lindsey Halligan
                                                                       Florida Bar No. 109481
                                                                       511 SE 5th Avenue
                                                                       Fort Lauderdale, FL 33301
                                                                       Email: lindseyhalligan@outlook.com

                                                                       James M. Trusty
                                                                       Ifrah Law PLLC
                                                                       1717 Pennsylvania Ave. NW, Suite 650
                                                                       Washington, D.C. 20006
                                                                       Telephone: (202) 524-4176
                                                                       Email: jtrusty@ifrahlaw.com

                                                                       Christopher M. Kise
                                                                       Chris Kise & Associates, P.A.
                                                                       201 East Park Avenue, 5th Floor
                                                                       Tallahassee, FL 32301

2

Telephone: (850) 270-0566
Email: chris@ckise.net

M. Evan Corcoran
Silverman Thompson Slutkin White, LLC
400 East Pratt Street – Suite 900
Baltimore, MD 21202
Telephone: (410) 385-2225
Email: ecorcoran@silvermanthompson.com

*Counsel for Plaintiff Donald J. Trump*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 12, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Lindsey Halligan*
Lindsey Halligan