

(202) 524-4140
1717 Pennsylvania Ave, N.W., Suite 650, Washington, D.C. 20006

November 12, 2022

**Via ECF and Courtesy Copy**

Judge Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11202

*Re:*   *Donald J. Trump v. United States of America*, Case No. 22-81294-CIV-CANNON – Scanned Material Log and Filter A, C Documents

Dear Judge Dearie:

We submit the following letter to supplement the Defendant's submission to you today and to confirm,

(1) The Scanned Materials Log submitted by the Defendant appears to accurately reflect Plaintiff's position on the scanned materials, as reflected in our November 2, 2022, log, which was circulated via email; and

(2) The additions highlighted in green in the Filter Table submitted today by the Defendant appear to accurately reflect Plaintiff's position as to those materials.

We note that, to the extent to which the Special Master does not concur with Plaintiff's designations that are marked exclusively "personal," Plaintiff reserves the right to argue that such documents are "personal" pursuant to *Judicial Watch v. NARA – i.e.*, that these are items created or received during the Trump presidency that can be possessed post-presidency as personal."

Further, the Defendant's cover letter contains legal arguments. We respectfully request that you disregard these portions of the cover letter, as they are tantamount to an additional brief not contemplated by the scheduling order.  The tasks before the Special Master do not include making findings as to hypothetical uses of seized personal documents and the parties were directed to make the Special Master aware of their position on "global issues" relating to the categorization of documents. That was done in separate filings. While the entirety of this litigation is within the framework of Rule 41, ECF 64 at 6, 14 (describing



the matters relevant to the Special Master's review as "bound up with" Rule 41), the issue of Government retention of documents is not yet before the Court.

Finally, consistent with the requested briefing order of the Special Master, the Plaintiff does not waive his ability to raise additional categorization issues as to specific documents or groups of documents. While the joint log provides a description of the basis for each item's categorization, we believe each party maintains the ability to discuss in more detail their position as to various specific items, which could be accommodated at the December 1 status conference, or at another time convenient to the Special Master.

Sincerely,

James M. Trusty
Ifrah Law PLLC
1717 Pennsylvania Ave. NW, Suite 650
Washington, D.C.  20006
Telephone: (202) 524-4176
Email: jtrusty@ifrahlaw.com

Christopher M. Kise
Chris Kise & Associates, P.A.
201 East Park Avenue, 5th Floor
Tallahassee, FL 32301
Telephone: (850) 270-0566
Email: chris@ckise.net

Lindsey Halligan
Florida Bar No. 109481
511 SE 5th Avenue
Fort Lauderdale, FL 33301
Email: lindseyhalligan@outlook.com



          M. Evan Corcoran
          Silverman Thompson Slutkin White, LLC
          400 East Pratt Street – Suite 900
          Baltimore, MD 21202
          Telephone: (410) 385-2225
          Email: ecorcoran@silvermanthompson.com

*Counsel for Plaintiff President Donald J. Trump*

CC:    Jay I. Bratt, jay.bratt2@usdoj.gov
         Julie A. Edelstein, julie.edelstein@usdoj.gov
         Stephen Marzen, Stephen.Marzen@usdoj.gov>
         Juan Antonio Gonzalez, Jr., juan.antonio.gonzalez@usdoj.gov