UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-CV-81294-CANNON

**DONALD J. TRUMP,**

    Plaintiff,

v.

**UNITED STATES OF AMERICA,**

    Defendants.

_____/

**PLAINTIFF'S NOTICE OF FILING**

Plaintiff Donald J. Trump, through the undersigned counsel, hereby gives notice that it is providing to the Special Master Plaintiff Donald J. Trump's Response to the Government's Brief on Global Issues. Consistent with the Government's treatment of its Response Brief, Plaintiff will promptly file the corresponding Response Brief on the public docket if the Court unseals the underlying Global Issues Briefs.

Dated: November 12, 2022

    Respectfully submitted,

    */s/ Lindsey Halligan*
    Lindsey Halligan
    Florida Bar No. 109481
    511 SE 5th Avenue
    Fort Lauderdale, FL 33301
    Email: lindseyhalligan@outlook.com

    James M. Trusty
    Ifrah Law PLLC
    1717 Pennsylvania Ave. NW, Suite 650
    Washington, D.C. 20006
    Telephone: (202) 524-4176
    Email: jtrusty@ifrahlaw.com

Christopher M. Kise
Chris Kise & Associates, P.A.
201 East Park Avenue, 5th Floor
Tallahassee, FL 32301
Telephone: (850) 270-0566
Email: chris@ckise.net

M. Evan Corcoran
Silverman Thompson Slutkin White, LLC
400 East Pratt Street – Suite 900
Baltimore, MD 21202
Telephone: (410) 385-2225
Email: ecorcoran@silvermanthompson.com

*Counsel for Plaintiff Donald J. Trump*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on November 12, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                 */s/ Lindsey Halligan*
                 Lindsey Halligan