## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

### CASE NO. 22-81294-CIV-CANNON

**DONALD J. TRUMP**,

     Plaintiff,

v.

**UNITED STATES OF AMERICA**,

     Defendant.

_____/

### ORDER GRANTING JOINT MOTION TO UNSEAL
### REDACTED GLOBAL ISSUES BRIEFS

**THIS CAUSE** comes before the Court upon the parties' Joint Motion to Unseal Redacted Global Issues Briefs (the "Motion") [ECF No. 174]. The Motion seeks to unseal redacted versions of memoranda previously submitted by the parties on November 8, 2022 [ECF Nos. 171, 173].

The Court has reviewed the Motion and is otherwise duly advised. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion [ECF No. 174] is **GRANTED**.

2. The Clerk of Court is instructed to **UNSEAL** Plaintiff's Principal Redacted Brief to the Special Master on Global Issues [**ECF No. 171**] and Defendant's Principal Redacted Brief to the Special Master on Global Issues [**ECF No. 173**].

3. **Docket entries 170 and 172 shall remain under seal pending further order of the Court**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 14th day of November 2022.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record