UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-CV-81294-CANNON

**DONALD J. TRUMP**,

    Plaintiff,

v.

**UNITED STATES OF AMERICA**,

    Defendant.

_____/

## UNITED STATES' NOTICE OF FILING

The United States of America hereby files its Response Brief to the Special Master on Global Issues, attached as Attachment A. As indicated in Dkt. No. 177, the brief was provided on November 12, 2022, to the Special Master and to counsel of record.

    Respectfully submitted,

    JUAN ANTONIO GONZALEZ
    UNITED STATES ATTORNEY

    MATTHEW G. OLSEN
    Assistant Attorney General

    By: /s/ _____
    JAY I. BRATT
     Chief
    JULIE A. EDELSTEIN
     Deputy Chief
    STEPHEN MARZEN
     Trial Attorney
    Counterintelligence and Export Control Section
        National Security Division
    Department of Justice

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 14, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/     *Julie A. Edelstein*
Julie A. Edelstein
Deputy Chief
Counterintelligence and Export Control Section
National Security Division
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
Special Bar # A5502949
Tel.: 202-233-0986
Email: julie.a.edelstein@usdoj.gov