UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-CV-81294-CANNON

**DONALD J. TRUMP,**

    Plaintiff,

v.

**UNITED STATES OF AMERICA,**

    Defendants.

_____/

**PLAINTIFF'S NOTICE OF FILING**

Plaintiff, through the undersigned counsel, hereby files its Response to the Government's Brief on Global Issues, attached as Attachment A. The Response Brief was provided to the Special Master and counsel of record on November 12, 2022.

Dated: November 14, 2022            Respectfully submitted,

                                                */s/ Lindsey Halligan*
                                                Lindsey Halligan
                                                Florida Bar No. 109481
                                                511 SE 5th Avenue
                                                Fort Lauderdale, FL 33301
                                                Email: lindseyhalligan@outlook.com

                                                James M. Trusty
                                                Ifrah Law PLLC
                                                1717 Pennsylvania Ave. NW, Suite 650
                                                Washington, D.C.  20006
                                                Telephone: (202) 524-4176
                                                Email: jtrusty@ifrahlaw.com

                                                Christopher M. Kise
                                                Chris Kise & Associates, P.A.
                                                201 East Park Avenue, 5th Floor
                                                Tallahassee, FL 32301

2

Telephone: (850) 270-0566
Email: chris@ckise.net

M. Evan Corcoran
Silverman Thompson Slutkin White, LLC
400 East Pratt Street – Suite 900
Baltimore, MD 21202
Telephone: (410) 385-2225
Email: ecorcoran@silvermanthompson.com

*Counsel for Plaintiff Donald J. Trump*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 14, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Lindsey Halligan*
Lindsey Halligan
