UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:   22-CV-81294-AMC

**DONALD J. TRUMP,**

   **Plaintiff,**

   v.

**UNITED STATES OF AMERICA,**

   **Defendant.**
_____/

**UNOPPOSED MOTION TO FILE PRIVILEGE REVIEW
TEAM LETTER DATED NOVEMBER 12, 2022, UNDER SEAL**

The United States of America, through the undersigned attorneys assigned to its Privilege Review Team, respectfully move this Court to file under seal a Privilege Review Team letter that was transmitted to the Special Master and Plaintiff's counsel on November 12, 2022.[1] The Privilege Review Team letter should be sealed because it refers to a one-page document over which, in part, Plaintiff seeks to assert attorney-client privilege. *See* DE:91 at ¶ 9 (directing Special Master to file under seal any potentially privileged . . . material that is submitted to be filed under seal).

WHEREFORE, the United States respectfully request permission to file this letter under

---

[1] On November 14, 2022, Plaintiff's counsel confirmed by email that Plaintiff does not object filing the letter under seal.

seal for preservation in the record.

                         Respectfully submitted,

                         JUAN ANTONIO GONZALEZ
                         UNITED STATES ATTORNEY

          By:   /s/*Anthony W. Lacosta*
                Anthony W. Lacosta
                Managing Assistant United States Attorney - WPB
                Court. No.  A5500698
                500 S. Australian Avenue (4th Floor)
                West Palm Beach, Florida 33132
                Ph:  (561) 209-1015
                email: anthony.lacosta@usdoj.gov

                /s/*Benjamin J. Hawk*
                Benjamin J. Hawk
                Deputy Chief for Export Control and Sanctions
                National Security Division
                950 Pennsylvania Avenue, NW
                Washington, D.C.  20530
                New Jersey Bar No. 030232007
                Ph:  (202) 307-5176
                Email:  Benjamin.Hawk@usdoj.gov

## CERTIFICATE OF SERVICE

      I HEREBY CERTFIY that on November 15, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                /s/*Anthony W. Lacosta*
                Anthony W. Lacosta
                Managing Assistant United States Attorney - WPB