UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

--------------------------------------------------------- x
DONALD J. TRUMP,

                        Plaintiff,

     - against -                             **SPECIAL MASTER ORDER**
                                                              No. 22-81294-CIV-CANNON

UNITED STATES OF AMERICA,

                        Defendant.

--------------------------------------------------------- x
RAYMOND J. DEARIE, Special Master

        The undersigned has reviewed the Scanned Materials Log the parties submitted on November 12, 2022, as well as the government's letter of the same date which included an updated Filter Materials Log, ECF 176-1. These logs contain certain discrepancies, as detailed below.

        First, there does not appear to be any entry in the Scanned Materials Log relating to the record bearing Bates numbers SM_MAL-00000011 to SM_MAL-00000012.

        Second, there are three entries as to which (a) the Plaintiff has categorized the record as Presidential and (b) the government has categorized the record as personal, but (c) the parties have nevertheless indicated that they have no dispute: SM_MAL-00018439 to SM_MAL-00018444; SM-MAL-00020243; SM_MAL-00021523 to SM_MAL-00021528.

        Third, there are four entries as to which the government has made dual designations under the Presidential Records Act, 44 U.S.C. § 2201, *et seq*.: SM_MAL-00001541; SM_MAL-00004502 to SM_MAL-00004503; SM_MAL-00004789 to SM_MAL-00004790; SM_MAL-00018583 to SM_MAL-00018603. The government does not provide any explanation for why it believes these documents are simultaneously "Presidential" and "personal" under the PRA. To

the extent the government does intend to assert dual designations for a single document, the government must clarify which pages it categorizes as "Presidential" and which pages it categorizes as "personal" (or advise that the dual designations were made in error).

Finally, in the updated Filter Materials Log, the government categorizes document C-001 as a Presidential record but argues in the letter's text that the same document is a personal record. ECF 176-1 at 7.

The parties are directed to review the Scanned Materials Log and Filter Materials Log and to submit revised logs that accurately reflect their positions on each of the documents mentioned above by 5:00 p.m. on November 16, 2022. In updating the logs, the parties are also directed to review for any additional errors and to correct, in the revised logs, any other issues discovered in the course of this review.

Dated: Brooklyn, New York  /s/ Raymond J. Dearie
       November 15, 2022  Raymond J. Dearie
       United States District Judge