UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81294-CIV-CANNON

**DONALD J. TRUMP**,

    Plaintiff,

v.

**UNITED STATES OF AMERICA**,

    Defendant.

_____/

## ORDER GRANTING MOTION TO FILE PRIVILEGE REVIEW TEAM LETTER UNDER SEAL

**THIS CAUSE** comes before the Court upon Defendant's Unopposed Motion to File Privilege Review Team Letter Dated November 12, 2022, Under Seal (the "Motion") [ECF No. 184]. Pursuant to the Order Appointing Special Master [ECF No. 91 ¶ 9], the Motion seeks permission to file under seal a letter transmitted by the Privilege Review Team to the Special Master and Plaintiff's counsel [ECF No. 184 p. 1]. The Court has reviewed the Motion and is otherwise duly advised. Following such review, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Motion [ECF No. 184] is **GRANTED** for the reasons stated in the Motion.

2. On or before **November 18, 2022**, Defendant shall file the November 12, 2022, Privilege Review Team Letter under seal.

3. The seal will remain in place until further order of the Court.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 16th day of November 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record