

**U.S. Department of Justice**

National Security Division

---

*Counterintelligence and Export Control Section*          *Washington, D.C. 20530*

November 16, 2022

**By ECF and Courtesy Copy**

Judge Raymond J. Dearie
United States District Court
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11202

Re:   *Donald J. Trump v. United States of America*, Case No. 22-81294-CIV-CANNON –
       <u>Corrected Logs of Disputed Documents for Report and Recommendation</u>

Dear Judge Dearie:

The discrepancies in the Scanned Materials Log identified in ECF 185 are corrected in a revised log as follows:

- The revised log adds the missing row for SM_MAL-00000011 to SM_MAL-00000012 – there is no dispute for the Special Master to resolve;

- The revised log corrects the government's designation of three documents to Presidential records from personal records (SM_MAL-00018439 to SM_MAL-00018444, SM_MAL-00020243, and SM_MAL-00021523 to SM_MAL-00021528) – there is no dispute for the Special Master to resolve; and

- The revised log removes the government's dual designations of four documents, which was in error (SM_MAL-00001541, SM_MAL-00004502 to SM_MAL-00004503, SM_MAL-00004789 to SM_MAL-00004790, and SM_MAL-00018583 to SM_MAL-00018603) – three of the documents are designated by the government as Presidential records and remain in dispute; one record is designated by the government as a personal record and is no longer in dispute.

In reviewing the Scanned Materials Log, the government also identified additional errors. The revised Scanned Materials Log is submitted to the Special Master with the courtesy copy of this letter.

The discrepancy in the Filter Materials Log with respect to Filter Document 22, C-001, is corrected in the table that begins on the next page. The parties have no dispute as to the categorization of Filter Log Document 22 as personal and unprivileged.

| Filter Document Log Reference Number | Filter Bates Number(s) | Document Categorization | Privilege Status (Executive Privilege Only) |
|---|---|---|---|
| 1 | A-001 | Dispute<br>Plaintiff: personal records<br>Government: Presidential records | Dispute<br>Plaintiff: Executive privilege<br>Government: no privilege against Executive Branch |
| 2 | A-002 to A-003 | Dispute<br>Plaintiff: personal records<br>Government: Presidential records | Agreed: no claim of Executive Privilege by Plaintiff |
| 3 | A-004 | Dispute<br>Plaintiff: personal records<br>Government: Presidential records | Agreed: no claim of Executive Privilege by Plaintiff |
| 4 | A-005 | Dispute<br>Plaintiff: personal records<br>Government: Presidential records | Agreed: no claim of Executive Privilege by Plaintiff |
| 5 | A-006 to A-016 | Agreed<br>Plaintiff: personal records<br>Government: personal records | Agreed: no claim of Executive Privilege by Plaintiff |
| 6 | A-017 to A-018 | Dispute<br>Plaintiff: personal records<br>Government: Presidential records | Dispute<br>Plaintiff: Executive privilege<br>Government: no privilege against Executive Branch |
| 7 | A-019 to A-020 | Dispute<br>Plaintiff: personal records<br>Government: Presidential records | Agreed: no claim of Executive Privilege by Plaintiff |
| 8 (portion) | A-021 to A-022 and A-025 to A-026 | Dispute<br>Plaintiff: personal records<br>Government: Presidential records | [UPDATED] Dispute<br>Plaintiff: Executive privilege<br>Government: no privilege against Executive Branch |
| 8 (portion) | A-023 to A-024 | Dispute<br>Plaintiff: personal records (*Judicial Watch*)<br>Government: Presidential records | Dispute<br>Plaintiff: Executive privilege<br>Government: no privilege against Executive Branch |

| Filter Document Log Reference Number | Filter Bates Number(s) | Document Categorization | Privilege Status (Executive Privilege Only) |
|---|---|---|---|
| 9 | A-029-A-030 | [UPDATED] Dispute Plaintiff: personal records Government: Presidential records | Agreed: no claim of Executive Privilege by Plaintiff |
| 10 | A-031 to A-032 | Dispute Plaintiff: personal records (*Judicial Watch*) Government: Presidential records | Dispute Plaintiff: Executive privilege Government: no privilege against Executive Branch |
| 11 | A-033 | [UPDATED] Dispute Plaintiff: personal records Government: Presidential records | Agreed: no claim of Executive Privilege by Plaintiff |
| 12 (portion) | A-034 to A-035 | Dispute Plaintiff: personal records (*Judicial Watch*) Government: Presidential records | Dispute Plaintiff: Executive privilege Government: no privilege against Executive Branch |
| 12 | A-036 to A040 | Dispute Plaintiff: personal records Government: Presidential records | [UPDATED] Dispute Plaintiff: Executive privilege Government: no privilege against Executive Branch (N.B. Part of document 12 was withheld from the government Case Team because Plaintiff claims attorney-client privilege and work product immunity) |
| 13 (portion) | A-041 to A-042 | Dispute Plaintiff: personal records (*Judicial Watch*) Government: Presidential records | Dispute Plaintiff: Executive privilege Government: no privilege against Executive Branch |
| 13 | A-043 to A052 | Dispute Plaintiff: personal records Government: Presidential records | [UPDATED] Dispute Plaintiff: Executive privilege Government: no privilege against Executive Branch (N.B. Part of document 13 was withheld from the government Case Team |

| Filter Document Log Reference Number | Filter Bates Number(s) | Document Categorization | Privilege Status (Executive Privilege Only) |
|---|---|---|---|
| | | | because Plaintiff claims attorney-client privilege and work product immunity) |
| 14 | A-053 | Agreed: personal records | Agreed: no claim of Executive Privilege by Plaintiff |
| 15 | A-054 | Agreed: personal records | Dispute Plaintiff: Executive privilege Government: no Executive privilege |
| 16 | A-055 | Agreed: personal records | Dispute Plaintiff: Executive privilege Government: no Executive privilege |
| 17 | A-056 to A-058 | Agreed: personal records | Agreed: no claim of Executive Privilege by Plaintiff |
| 19 | A-065 to A-091 | Agreed Plaintiff: personal records Government: personal records | Agreed: no claim of Executive Privilege by Plaintiff |
| 20 | A-092 to A-098 | Agreed Plaintiff: personal records Government: personal records | Agreed: no claim of Executive Privilege by Plaintiff |
| 21 | A-099 to A-137 | Agreed Plaintiff: personal records Government: personal records | Agreed: no claim of Executive Privilege by Plaintiff |
| 22 | C-001 | Agreed Plaintiff: personal records Government: personal records | Agreed: no claim of Executive Privilege by Plaintiff |
| SM_MAL_00001185 to SM_MAL_00001195 excluding SM_MAL_00001190, which is the subject of a separate letter from the Filter Team | | Dispute Plaintiff: personal records Government: Presidential records | Dispute Plaintiff: Executive privilege Government: no privilege against Executive Branch |

5

The parties regret the discrepancies. Should any further discrepancies be identified, the parties will address them promptly.

                                            Respectfully submitted,

                                            JUAN ANTONIO GONZALEZ
                                            UNITED STATES ATTORNEY

                                            MATTHEW G. OLSEN
                                            Assistant Attorney General

By:   /s/_____
JAY I. BRATT
 Chief
JULIE EDELSTEIN
 Deputy Chief
STEPHEN MARZEN
 Trial Attorney
Counterintelligence and Export Control Section
National Security Division
Department of Justice