**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CV-81294-AMC**

**DONALD J. TRUMP,**

   **Plaintiff,**

   v.

**UNITED STATES OF AMERICA,**

   **Defendant.**

_____/

**ORDER**

**THIS CAUSE** comes before the Court upon Plaintiff's Motion to Unseal Affidavit (the "Motion"). The Court has reviewed the Motion and is otherwise duly advised. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.

2. On or before _____, Defendant shall provide to Plaintiff and counsel for Plaintiff an unredacted copy of the August 5, 2022, search warrant affidavit.

3. The Parties shall treat the unredacted copy of the search warrant affidavit consistent with the provisions of the Judicial Protective Order entered on September 23, 2022 [ECF No. 113].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this _____ day of _____, 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   Counsel of record