UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-81294-AMC

DONALD J. TRUMP,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____/

## NOTICE OF FILING

The United States notifies the Court that, under authorities including 28 U.S.C. §§ 509, 510, 515, and 533, the Attorney General has appointed a Special Counsel, Jack Smith (New York Bar Number 2678084), to conduct certain proceedings in the Southern District of Florida and elsewhere, including the investigation that gave rise to this case. The Appointment Letter signed by the Attorney General and Special Counsel Smith's Appointment Affidavit are attached as exhibits to this filing. Going forward, the Special Counsel's name and bar number will be affixed to pleadings filed in matters under his authority.

Date: November 22, 2022

Respectfully submitted,

  /s *Juan Antonio Gonzalez*
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY
Florida Bar No. 897388
99 NE 4th Street, 8th Floor
Miami, Fl 33132
Tel: 305-961-9001
Email: juan.antonio.gonzalez@usdoj.gov

  /s *Jay I. Bratt*
JAY I. BRATT
CHIEF
Counterintelligence and Export Control Section
National Security Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Illinois Bar No. 6187361
Tel: 202-233-0986
Email: jay.bratt2@usdoj.gov

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on November 22, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                          *s/Juan Antonio Gonzalez*
                                          Juan Antonio Gonzalez
                                          United States Attorney