



**The Attorney General**
Washington, D.C.

November 18, 2022

Hon. John L. Smith
████████████

Dear Mr. Smith:

You are appointed as a Special Attorney pursuant to 28 U.S.C. §§ 509, 510, 515 and 533. You are authorized to conduct in any judicial district, proceedings necessary to:

(1) conduct the ongoing investigation into whether any person or entity violated the law in connection with efforts to interfere with the lawful transfer of power following the 2020 presidential election or the certification of the Electoral College vote held on or about January 6, 2021, as well as any matters that arose or might arise directly from this investigation or that are within the scope of 28 C.F.R. § 600.4(a);[1] and

(2) conduct the ongoing investigation referenced and described in the United States' Response to Motion for Judicial Oversight and Additional Relief, *Donald J. Trump v. United States*, No. 9:22-CV-81294-AMC (S.D. Fla. Aug. 30, 2022) (ECF No. 48 at 5–13), as well as any matters that arose or may arise directly from this investigation or that are within the scope of 28 C.F.R. § 600.4(a).

You are further authorized to prosecute federal crimes arising from the investigation of these matters.

Please execute the enclosed Appointment Affidavit (Standard Form 61), which contains the oath of office. You must file a copy of this letter and the enclosed oath of office with the

---

[1] This authorization does not apply to prosecutions that are currently pending in the District of Columbia, and to future investigations and prosecutions of individuals for offenses they committed while physically present on the Capitol grounds on January 6, 2021. Those investigations and prosecutions remain under the authority of the United States Attorney for the District of Columbia.

Clerk of the United States District Court where you make an appearance to evidence this authorization.

Sincerely,

Merrick B. Garland
Attorney General

Enclosure

I agree to and accept the foregoing terms and conditions:

John L. Smith