UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-CV-81294-CANNON

**DONALD J. TRUMP**,

    Plaintiff,

v.

**UNITED STATES OF AMERICA**,

    Defendant.

_____/

## UNITED STATES' NOTICE OF FILING

The United States of America hereby files the Parties' Joint Response to ECF 191, attached as Attachment A.

    Respectfully submitted,

    JOHN L. SMITH
    SPECIAL COUNSEL

    By: /s/_____
    JAY I. BRATT
    Chief
    JULIE EDELSTEIN
    Deputy Chief
    STEPHEN MARZEN
    Trial Attorney
    Counterintelligence and Export Control Section
    National Security Division
    Department of Justice

    JUAN ANTONIO GONZALEZ
    UNITED STATES ATTORNEY

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 1, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/   *Julie A. Edelstein*
Julie A. Edelstein
Deputy Chief
Counterintelligence and Export Control Section
National Security Division
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
Special Bar # A5502949
Tel.: 202-233-0986
Email: julie.a.edelstein@usdoj.gov