

U.S. Department of Justice

National Security Division

*Counterintelligence and Export Control Section*  Washington, D.C. 20530

December 1, 2022

**By ECF and Courtesy Copy**

Judge Raymond J. Dearie
United States District Court
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11202

Re:   *Donald J. Trump v. United States of America*, Case No. 22-81294-CIV-CANNON – Parties' Joint Response to ECF 191

Dear Judge Dearie:

The parties jointly respond to the three questions in ECF 191 as follows.

In response to question 1, the parties' coding as "personal" is correct and the documents should not have been highlighted as green (Disputed – Judicial Watch), with one exception. The one exception is document SM_MAL_00012246 to SM_MAL_00012248, which the government should have coded as a Presidential record. The green highlighting of the row with that document is correct.

In response to question 2, document SM_MAL_00007017 is correctly coded and the document should have been highlighted as green (Disputed – Judicial Watch).

In response to question 3, Plaintiff does not assert executive privilege over Filter Document 15 (A-054) and Filter Document 16 (A-055).

Plaintiff further requests that the record reflect whether the Special Master has consulted, or is still considering consulting, with representatives of the National Archives and Records Administration ("NARA"). Plaintiff objects to such consultation unless the parties can examine the NARA representative. ECF 175. Since the December 1, 2022, status conference has been removed from the calendar, ECF 191, Plaintiff respectfully requests the opportunity to be heard on that issue should such consultation be further considered.

Thank you for your consideration.

2

Respectfully submitted,

*On behalf of the United States*

JOHN L. SMITH
SPECIAL COUNSEL

By: /s/
JAY I. BRATT
 Chief
JULIE EDELSTEIN
 Deputy Chief
STEPHEN MARZEN
 Trial Attorney
Counterintelligence and Export Control Section
National Security Division
Department of Justice

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

*On behalf of Plaintiff, President Donald J. Trump*

/s James M. Trusty
James M. Trusty
Ifrah Law PLLC
1717 Pennsylvania Ave. NW, Suite 650
Washington, D.C. 20006
Telephone: (202) 524-4176
Email: jtrusty@ifrahlaw.com

Lindsey Halligan
Florida Bar No. 109481
511 SE 5th Avenue
Fort Lauderdale, FL 33301
Email: lindseyhalligan@outlook.com

M. Evan Corcoran
SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC
400 East Pratt Street – Suite 900
Baltimore, MD 21202
Telephone: (410) 385-2225
Email: ecorcoran@silvermanthompson.com

*Counsel for Plaintiff President Donald J. Trump*