**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PLAM BEACH DIVISION**

**CASE NO. 22-CV-81294-CANNON**

**DONALD J. TRUMP,**

      **Plaintiff,**

      **v.**

**UNITED STATES OF AMERICA,**

      **Defendant.**

_____/

## OPPOSITION TO MOTION FOR EXTENSION

Plaintiff President Donald J. Trump, through his undersigned counsel, respectfully opposes The United States' Motion For A One-Week Extension Of Time Pending Issuance Of The Eleventh Circuit's Mandate (ECF 194), and states as follows:

1.    The Government filed its Motion after unilaterally setting an overnight deadline for counsel to President Trump to provide their position, then filed its Motion before that arbitrarily set deadline for response had run. Mot. at § 7.

2.    The Eleventh Circuit shortened the time to issue the mandate, thereby decreasing the already limited time available to President Trump to pursue legal options. Mot. at § 3.

3.    President Trump opposes modification of the current case management order at this time.

4.    In the alternative, counsel for President Trump can be available for a telephonic status conference on Tuesday, December 6, 2022, or anytime thereafter at this Court's convenience.

## **CONCLUSION**

For the reasons set forth above, Plaintiff respectfully requests that this Court deny The United States' Motion For A One-Week Extension Of Time Pending Issuance Of The Eleventh Circuit's Mandate.

Dated: December 2, 2022

Respectfully submitted,

*/s/ Lindsey Halligan*
Lindsey Halligan
Florida Bar No. 109481
511 SE 5th Avenue
Fort Lauderdale, FL 33301
Email: lindseyhalligan@outlook.com

James M. Trusty
Ifrah Law PLLC
1717 Pennsylvania Avenue NW
Suite 650
Washington, D.C. 20006
Telephone: (202) 524-4176
Email: jtrusty@ifrahlaw.com

M. Evan Corcoran
SILVERMAN | THOMPSON |
SLUTKIN | WHITE, LLC
400 East Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: (410) 385-2225
Email: ecorcoran@silvermanthompson.com

*Counsel for President Donald J. Trump*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on December 2, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Lindsey Halligan*
Lindsey Halligan