UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-CV-81294-CANNON

DONALD J. TRUMP,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

_____/

## [PROPOSED] ORDER EXTENDING UPCOMING DEADLINES BY ONE WEEK

THIS MOTION comes before the Court on the government's request [ECF No. 194] for a one-week extension of time of upcoming deadlines pending the issuance of the Eleventh Circuit's mandate in *Donald J. Trump v. United States of America*, No. 22-13005 (11th Cir. Dec. 1, 2022) (*per curiam*). The Court reviewed the government's motion, Plaintiff's opposition [ECF No. 195], the government's reply [ECF No. 196], and the full record. Upon review, the Court **GRANTS** the motion [ECF No. 194] and **EXTENDS** upcoming deadlines by one week as follows.

1.      The government's response to Plaintiff's motion to unseal the search-warrant affidavit (D.E. 189) be and hereby is extended to and including December 13, 2022.

2.      The parties' response to the News Media's Joint Motion for Access to Unredacted Search Warrant Affidavit (D.E. 192) be and hereby is extended to and including December 21, 2022.

3.      The Special Master's report and recommendation (D.E. 125, at 5) be and hereby is extended to and including December 23, 2022.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this ___ day of December 2022.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record