UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81294-CIV-CANNON

**DONALD J. TRUMP**,

    Plaintiff,

v.

**UNITED STATES OF AMERICA**,

    Defendant.
_____/

## ORDER DISMISSING CASE

**THIS CAUSE** comes before the Court following the Eleventh Circuit's opinion vacating the Court's September 5, 2022 Order [ECF No. 64] and instructing the Court to dismiss the underlying civil action. *See Trump v. United States*, No. 22-13005 (11th Cir. Dec. 1, 2022). Pursuant to that opinion and the associated mandate, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. This case is **DISMISSED FOR LACK OF JURISDICTION**.

2. Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

3. The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 12th day of December 2022.

                                                  AILEEN M. CANNON
                                                **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record