December 10, 2022

James H. Brady
2422 Apple Ridge Circle
Manasquan, NJ 08736

Hon. Aileen M. Cannon
Alto Lee Adams, Sr. United States Courthouse
101 South U.S. Highway 1
Chambers 4044
Fort Pierce, FL 34950



FILED BY ___YAR___ D.C.

Dec 13, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

Index No. 9:22-cv-81294, *Trump v. United States of America*

Dear Hon. Judge Cannon:

I am concerned that my "Friend of the Court" letter dated December 3, 2022, which was received by the Court on Tuesday December 6, 2022 at 11:47am, is still not on the docket sheet.

On Friday December 9, 2022, I called the Clerk of the Court and was told that Your Honor has been receiving a lot of mail and will eventually get to my letter. I would have thought the "Friend of the Court" letter would have been put on the docket sheet when it was received by the Clerk on December 6, 2022.

Please make sure that my December 3, 2022 "Friend of the Court" letter is placed on the docket sheet without additional delay as that is where this type of letter belongs. The contains of the letter provides important information regarding United States Attorney Mr. Merrick B. Garland and FBI Director Christopher Wray that is relevant to the case of Trump v The United States that must not be censored by anyone.

Thank You,

James H. Brady

1