FILED BY ___ N.D. _ D.C.

APR 2 2 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

REC'D BY ___ D.C.

MAY 2 0 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

SCANNED

22cv 81294

To Whom it CONCERNS                    April 13th 2024
Hello its Develin Dion Ray Lay, an
inmate in Oklahoma Department of Corrections
I writing pertaining to a case in
U.S. Courts of the Eleventh Circuit
Southern District of Florida
Case number = 22-13005.
See, some of the classified documents
in said case, pertains to me and
statements I've made concerning
election tampering and ~~████~~ what
is considered Civil Conspiracy against
what was a sitting President.
I am proof that Mr. Trumps constitutional
rights was put in violation. By members
of the State and citizens who stood to
lose money if Mr. Trump didn't keep his
end of a ~~too~~ bargin.
I can also prove "a individual" intrest
in said classified documents. And individual
financial intrest in keeping said
classified documents hidden.
  Several attempts on my life have taken
place, to silence me ~~████~~ and keep me
from exposing certain forms of corruption
and fraud, ~~████~~ medicaid ; Medicare and
other crimes against our Nations intrest.
Aswell as trying to keep me from whistle
blowing on the violations of ~~████~~ polution
to the land, and violations of
Constitutional Rights, of Citizens ; State
; Federal Employees.          ↓ Other Side

Also I'd like to inform the Great Courts of our Great Nation about the violation of U.S. and state laws concerning theft of land, mineral right theft. Murder, more than one

Law 3 Constitutional rights violations of children, who've been molested- sold for sex - and State Employees who've been harmed raped and fired aswell as let go of in order to silence them and or retaliate on for refusing to stay silent concerning violations of law and rights concerning state Employees and State Inmates.

The last attempt on my life was November 15th 2022 at Sayre Correctional Facility. The records say it was alcohol and drug related or induced. But thats a flat lie. And I can prove that aswell.

I do wish to help Mr. Governor Stitt put a possitive spin on whats happened in our State and State prisons, to help get programs and reform to our laws and state prisons. Instead of charging inmates with rapes and attempts on my life, use the truths and facts to set some free, get certain types of programs started in prisons and establish a type of program that helps us before we become inmates.

Also I'd like to use this situation to help our youth who are being allowed to be used in sexual therapies for sex offenders.

See some of us inmates, are victims of the same abuses being allowed to happen to our children ages 3 to 16.

I can prove that Law Enforcement can't do the job our Tax payers, pay them to do. See, soul providers who are willing to do counseling & pay the fee's are allowed to use the kids on sexual prostitution, and to allow the parent to sexually assault them. Law Enforcement admitted it. So I don't see why its allowed, it just creates more folks like us. Secondly how is it that our prisons are over crowded when inmates who were soul providers and have drug charges, why can't they be allowed out to take care of their families and pay taxes, since others are being allowed to sexually assault, and prostitute children in the name of therapy and soul provider? Why aren't we allowed the same privileges? Anyways thats a different issue, but it still is one of the reasons people wish harm on me.

Also, a person who claimed to be a Federal agent instructed me to take whatever charge and whatever type of sentence offered and once I got to our Lexington Arrival and Reception Center, they'd pick me up and take me to Witness Protection Program. Apartment for six months and provisions till I got a job a started providing for myself.

That never happened! But I can prove that prison staff & officers knew I was gonna be stabbed. Infact an Officer warned me.

Other side ↓

which proves that my testimony of said rights violations, and law violations ~~cited~~ are as true and correct as I writing to you.

Now some of these issues are not yours to manage. But my information and the phone records, and people who've been affected ~~by all this~~ deserves relief.

Also as to the case of No. 22-13005 in the Great State of Florida, I "can" prove and establish ~~xxxxxxxx~~ #1 Individual Intrests #2 "Risk of irreparable injury" #3 How his handling of said classified documents posed a threat to the safety of Intrest in National Security and the costly integrity of several investigations.

Not to mention, we can prove that several of our Nation's leaders directly caused the violation of Constitutional rights of Police Officers - Taxpaying Citizens - State Employees Aswell as by the mishandling of said documents has harmed the integrity of the courts and risked the safety of sexually abused children. Kept Justice from being served to the system being fraudulently used to provide funds to threats to our Nations Security. Southern border

The mishandling of those documents caused harm to active investigations of State & Federal Agency's, ~~xxxxx~~ caused State Employees to be raped - retaliated on, and jobs to be lost out of retaliation and force of silence.

Next Page ~~xxxxxx~~

Also about the middle or latter end
of 2018, I spoke with President Mr. Trump.
I was in Tulsa when another attempt on my
life took place, I called 911, I protect the
Tulsa Police and whoever the Medics were.
But I say that to say this ... I made a verbal
agreement with Mr. Trump to expose the individuals
who taught me the information, that was to
get him impeached in his .... well what would
of been His 2nd Term 2nd year. He and
I discussed that and I was supposed to show who
recieved the pay offs and which I still can.
But ~~instead~~ instead of that, the part of
the system allowing children to be murdered
and used for sexual therapy, got ahold of me
and put me on a drug considered a date rape
drug. I kinda remember some stuff. But I never
requested assisted suicide help - nor did I agree
to allowed Gillespie Causeling to use me to
be beat - raped by sexual predators who was in
therapy. One of which is a Army Vet of Afganistan.
They told him I was a child molester who was
offering my life to him to punish me and kill
me to let said Vets agression out on from his
abuse as a child. I came to and was being
assaulted sexually, physically by choking me till
I was out. During which self survival instinct
kicked in and I informed the Vet, I was a
presidential whistle blower. He still choked
me out. I remember him rubbing my color
back into my skin. Telling the paramedics ⟶
other side

Don't let them "Stephens County Jailers" touch him. Mr Jauler the jail administrator was aware of 2 trips of so called therapy. There was 3 trips through. He admits it also.

But in short it was all simply put whistle blower retaliation, and so do to this physical and mental torture by several hundred people in jail and Oklahoma Department of Corrections. The computer of O.D.O.C, says I wasn't incarcerated in the end of 2018- first part of 2019. But I was in custody and due to the meds "daterape meds" I had another couple hundred men use me sexually. My anal cavity was ruptured at Sayre Correctional facility And the inmate Kevin Barnard admits it to me and apologized. I have several types of proof! Inmates - State Employees - phone records of pictures sent, video of a gang fight where my face is in video. And a call to News 4 speaking on staff initiated violence, and murder of a inmate that was wrote off as self harm. Which ties in with the several reasons State Employees allowed me to be stabbed by Kenneth Bayler in 2022. Around same time Mr Pence was on T.V. and a few of his facts were lies and I was calling the lies down. The inmates tried to get me to let it go but when I stated, I've almost died several times over all this, and refuse to be silent. It's a Nation! So I almost died trying to expose corruption thats costing us our Gold status.

Next page

And some staff was good and others
worried and then some flat hateful at me.
They knew I was a whistle blower, and they
exploited the inmates and used them to try
and kill me. Its been admitted.
    So yes I'd like to take a very difficult
situation meant for harm and "make" as much
good as possible.
    Where is it said... Turn from evil and do
good? O·yea the Holy Bible.

    Justice - Reform and all the means to
see it through. I've laid down my life for
this Great Nation, inside of it! I am a
politicial prisoner in my own dang Country!
But, I deeply wish to use the bad choices they
made to silence me, to help the Children,
Elders, prisoner and those negatively
affected. The Nurse who was raped by 3 inmates
in 2016. The canteen lady who was let go r
the officers who lost jobs.
    Also before I forget... They've locked me up
almost everytime I've got caught breaking the Law.
    Yet these leaders of our State, County
Medicial, Cansiling places, who've absolutely
broken law and violated our Fundamental
Constitutional rights = Bill of Rights = Amendments
#1-#4-#5-#6-#8-#10 and Article 1 section 8
    Nor shall "any" State deprive any
person person of Life- Liberty or property
with out due process of "Law" Nor deny "any
person with in its jurisdiction the equal

...back up us the Laws & Constitution speak...
Numbers 35:9-34, which is law & old covenant, then Matthew 18:2-11 which is Jesus speaking, and under New covenant. Legally, Constitutionally & Scripturally speaking

protection of the laws.
And the childrens rights was adamently violated. The rights of the prisoners was; and whats even more disrespectful is this... a police man couldnt do the job He took oath for due to the fact that the man who I caught sexually assaulting his son was going to Gillespie Counseling and was a soul provider. So why are the inmates who were soul providers even in Prison? Plus the drugs and very little money that Mark made selling his son & daughter for sex made them the soul providers! The Kids

Wow....
But back to the point, those documents have my name in then, I am pretty sure by law I can prove all I claim. I am reporting to our Great Federal Courts, so that I can follow the law. I stand for Justice & Reform, and I'm only alive cause God and some real Good people kept me. Isaiah 61:8 For I the Lord, love justice; I hate robbery for burnt offering; I will direct their work in Truth.
Isaiah 62:6 I have set watchmen on your walls, they shall never hold their peace day or night. You who make mention of the Lord, do not keep silent.
I am to preach about Gods love for us, and the setting of the captives & prisoners free. And the opening of the prison doors.
To Honor God the Father and to worship & serve Him alone!

Denelin Fox

Develin Lay # 330278
G.C.C. DA-Y3
P.O. Box 700
Hinton, Oklahoma 73047

OKLAHOMA CITY OK 730
16 APR 2024 PM 6 L

33301-197799

United States District Courts Florida
299 Broward Blvd        Ste 108
Fort Lauderdale, Florida 33301

This correspondence is from an inmate under
the custody of the OKDOC. For any information
about the inmate sending this correspondence,
such as: offense, projected rele...
refer to our website at: www...
... "Offender Information" link then...
... contact GPCC Records at (4...
... not responsible for the subs...
...tional may be returned to...
at Great Plains Correctional

Develin Lay #83D678
G.P.C.C. A-F-J 104
P.O. Box 700
Hutton, Oklahoma 73047

**LEGAL MAIL**
5/3/24

33401-510199

OKLAHOMA CITY OK 730
6 MAY 2024 PM

US POSTAGE ~ PITNEY BOWES

ZIP 73047
02  4W
000037271MAY 06 2024

$ 000.64°

To. United States Courts
701 Clematis Street
West Palm Beach, Fl.
33401

MAIL 5/8/24

USMS INSPECTED
BY