UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81294-CIV-CANNON

**DONALD J. TRUMP,**

    Plaintiff,

v.

**UNITED STATES,**

    Defendant.

_____/

## ORDER DISMISSING OR ALTERNATIVELY DENYING NON-PARTY MOTION

**THIS MATTER** comes before the Court upon Movant's Sealed Ex Parte Motion to File as an Interested Party and to Determine the Confidentiality of Records ("Motion") [ECF No. 203]. The Motion is filed by a non-party seeking to file as an interested party on the grounds that her "intellectual property is being stolen" [ECF No. 203-1 p. 2]. Movant states that her "father's estate is being embezzled" [ECF No. 203-1 p. 14], and that she is a "direct descendant" of a presidential family [ECF No. 203-1 p. 21], among other claims. Movant asks the Court "to determine the confidentiality" of various records and includes 98 pages of unrelated documentation in support of the Motion [ECF No. 203 p. 1 ¶¶ (b), (d)].

This case was previously dismissed for lack of jurisdiction in December 2022 [ECF No. 199]. The Court therefore dismisses the instant Motion for lack of jurisdiction. To the extent the Court retains jurisdiction to address the instant Motion as a collateral matter, however, the Motion is denied as frivolous.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Movant's Motion [ECF No. 203] is **DISMISSED** or alternatively **DENIED**.

CASE NO. 22-81294-CIV-CANNON

2. The Clerk is **DIRECTED TO UNSEAL** the Motion [ECF No. 203], but all attachments to the Motion [ECF Nos. 203-1, 203-2, 203-3, 203-4 and 203-5] shall remain sealed because they contain personal identifying information of the Movant.

3. **This Order shall not be filed under seal**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 7th day of October.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE